1  Elizabeth J. Cabraser (State Bar No. 083151)
     *ecabraser@lchb.com*
2  Scott P. Nealey (State Bar No. 193062)
     *snealey@lchb.com*
3  Daniel E. Barenbaum (State Bar No. 209261)
     *dbarenbaum@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
5  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

Attorneys for Plaintiff JAMES IVES
[Additional counsel for plaintiff on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:  Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, MDL 1699 | Case No.:  M:05-cv-01699-CRB<br><br>RELATED CASE: *Ives v. Pfizer, et al.*, Case No.: C-05-3659 PJH<br><br>**NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**Submitted For Decision:  September 26, 2005** |

**NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION**

PLEASE TAKE NOTICE THAT James Ives, plaintiff in *Ives v. Pfizer, Inc., et al.*, Case No. C-05 3659 PJH ("*Ives*"), filed in the United States District Court, Northern District of California, County of San Francisco on September 12, 2005, moves this Court under Local Rule 3-12(b) for reassignment based on relatedness.

*Ives* is related to the above-captioned matter, *In re Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation*, No.: M:05-cv-01699-CRB, filed on September 8, 2005, within the meaning of Local Rule 3-12(a).  By the September 6, 2005 order of

the Judicial Panel on Multidistrict Litigation, *In re Bextra and Celebrex Marketing, Sales Prac. and Pro. Liab. Lit.*, MDL-1966 (September 6, 2005 J.P.M.L), all federal litigation arising from the marketing, sales, or product liability personal injuries resulting from Bextra is consolidated before this Court for pre-trial purposes.

Because Pfizer, Inc., Pharmacia Corp., and G.D. Searle, L.L.C. are all defendants in both actions, and because both cases involve injuries caused by the drug Bextra, these actions concern substantially the same parties and issues. *See* Local Rules 3-12(a) and (1). Moreover, there would likely be an undue burdensome duplication of labor and expenses if the cases were conducted before different judges, or if the matter had to be transferred to the Judicial Panel of Multidistrict Litigation wherein it would then be sent for reassignment before this Court. *See* Local Rule 3-12(a)(2).

The causes of action asserted in *Ives* substantially overlap with the causes of action in the cases already pending before this Court, pursuant to the Order of the Judicial Panel on Multidistrict Litigation; all Complaints allege claim for breach of implied and express warranty and consumer fraud, and numerous of the complaints further allege claims for personal injury based upon negligence and strict liability as does *Ives*. *Ives*, and the other claims before this Court also contain overlapping categories of relief, including: compensatory and punitive damages, disgorgement, and medical monitoring. *Ives*, and the other cases currently pending before this Court, contain common questions of fact in the law, and no proper purpose would be served in litigating them separately, or requiring a transfer through the Judicial Panel of Multidistrict Litigation.

In light of the overlapping questions presented by *Ives*, and the other cases currently pending before this Court. Mr. Ives requests that this Court deem *Ives*, and the cases currently before it, to be related within the meaning of Local Rules 3-12(a).

| | | |
|---|---|---|
| Dated: September 20, 2005 | | Respectfully submitted, |

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
    Scott P. Nealey

Elizabeth J. Cabraser, Bar No. 083151
  *ecabraser@lchb.com*
Scott P. Nealey, Bar No. 193062
  *snealey@lchb.com*
Daniel E. Barenbaum, Bar No. 209261
  *dbarenbaum@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Wendy R. Fleishman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Virginia M. Buchanan, FL Bar No. 793116
B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
Matthew D. Schultz, FL Bar No. 640320
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7023
Facsimile: (850) 435-7020

Attorneys for Plaintiff