REGINA M. CALCATERRA
BARRACK, RODOS & BACINE
170 East 61st Street
New York, NY 10021
Telephone No.: (212) 688-0782
Facsimile No.: (212) 688-0784
-and-
JEFFREY B. GITTLEMAN
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone No. (215) 963-0600
Facsimile: (215) 963-0838

Attorneys For Plaintiffs

[Additional Counsel Listed On Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 1699 |
| *This document relates to*<br><br>ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc. et al. | No. CA: 1:05-3803<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE TIME FOR FILING RESPONSIVE PLEADING TO COMPLAINT OR ANY FURTHER PROCEEDING** |

WHEREAS, on or about June 14, 2005, the Honorable Laura Taylor Swain of the Southern District of New York granted the *ASEA/AFSCME Local Health 52 Health Benefits Trust v. Pfizer, Inc. et al* (S.D. NY., CA: 1:05-3803) parties' stipulation to extend Defendants' time to respond to the Complaint until thirty days after the entry of orders by the JPML;

WHEREAS, on or about September 6, 2005, the JPML centralized *ASEA/AFSCME Local Health 52 Health Benefits Trust v. Pfizer, Inc. et al.* with other related actions as *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1699;

WHEREAS, MDL No. 1699 is now pending before this Court;

WHEREAS, this Court has not yet held an initial status conference for MDL No. 1699; and

WHEREAS, the parties agree that it would be more efficient for all involved to stay any further proceedings until after the Court has held the initial status conference for MDL No. 1699 and set a briefing schedule for Defendants' response.

WHEREFORE, the parties stipulate and agree that Defendants' responsive pleading to Plaintiff's Complaint should not be due, and that any further proceedings in the above captioned cases should be stayed, until after the Court has held the initial status conference for MDL No. 1699 and set a briefing schedule for Defendants' response:

IT IS SO STIPULATED:

DATED: October 5, 2005

BARRACK, RODOS & BACINE

By ______________________
REGINA M. CALCATERRA
170 East 61st Street
New York, NY 10021
Telephone No.: (212) 688-0782

Facsimile No.: (212) 688-0783

JEFFREY B. GITTLEMAN
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone No.: (215) 963-0600
Facsimile No. : 215-963-0838

Attorneys for Plaintiff and Proposed Class

SIDLEY AUSTIN BROWN & WOOD LLP
JAMES D. ARDEN
BENJAMIN R. NAGIN

By ______________________
BENJAMIN R. NAGIN
787 Seventh Avenue
New York, NY 10019
Telephone No.: (212) 839-5300
Facsimile No.: (212) 839-5599

THOMAS P. HANRAHAN
JUSTIN MA
KENNETH FRIEDMAN
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants Pfizer Inc., Pharmacia Corp. and G.D. Searle

*******

## ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Defendants' response to Plaintiff's Complaint should not be due, and any further action in the above captioned case should be stayed, until after the Court has held the initial status conference for MDL No. 1699 and set a briefing schedule for Defendants' response and further proceedings.

IT IS SO ORDERED.

Dated: October 7, 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

THE HONO[...]ER