## SERVICE LIST FOR CASE #: M:05-cv-01699-CRB

**Plaintiffs' Counsel**

**Allan L. Armstrong**
**James W. Wolley**
WOOLLEY LAW FIRM
2013 First Avenue, North
Suite 450
Birmingham, AL 35203
dawn@wooleylawfirm.com
allan@wooleylawfirm.com

Counsel for Plaintiffs: Lemond, Peterman, et al. v. Pfizer, ND of AL, C.A. No. 7:05-691

**Richard J. Arsenault**
NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309
rarsenault@nbalawfirm.com

Counsel for Plaintiffs: Clark v. Pfizer, Inc., WD of LA, C.A. No. 1:05-620 [ND of CA, C.A. No. 3:05-cv-03859]

**Daniel E. Becnel, Jr.**
**Bradley B. Becnel**
**Kevin P. Klibert**
**Matthew B. Moreland**
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
dbecnel@becnellaw.com
bbecnel@becnellaw.com
kklibert@becnellaw.com
mmoreland@becnellaw.com

Counsel for Plaintiffs:  Aiola v. Pfizer, ED of LA, C.A. No. 2:05-1207
Counsel for Plaintiffs: Turner v. Pfizer, WD of LA, C.A. No. 1:05-619

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue ,Suite 2900
Seattle, WA 98101
steve@hbsslaw.com

Counsel for Plaintiffs:  Balloveras v. Pfizer, Inc. SD of FL, C.A. No. 1:05-20429; Greaves v. Pfizer, D of AZ, C. A. No. C-05-00647 PHX [ND of CA 3:05-cv-03803]; Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804]

**Stephanie Bozzo**
**Robert B. Carey**
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, AZ 85016
stephanie@hbsslaw.com
rcarey@hbsslaw.com

Counsel for Plaintiff Aurora Balloveras, et al.; Greaves v. Pfizer, D of AZ, C. A. No. C-05-00647 PHX [ND of CA 3:05-cv-03803]

**Elaine T. Byszewski**
HAGENS BERMAN LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213-330-7150
213-330-7152 (fax)
elaine@hagens-berman.com

Counsel for Plaintiff Aurora Balloveras, et al.

| | |
|---|---|
| **Andy D. Birchfield, Jr.**<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILESPC<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br><br>Counsel for Plaintiff Lula Eckols, et al.<br><br>**George Kevin Buchanan**<br>BUCHANAN & BURKE, LLP<br>200 Premier Place<br>5910 North Central Expressway<br>Dallas, TX 75206<br>courtfilings@texjur.com<br><br>Counsel for Plaintiff James Booker, ND of TX, C.A. No. 3:05-cv-0496<br><br>**Virginia M. Buchanan**<br>**K. Rasmussen**<br>**Matthew D. Schultz**<br>**Rachael M. Raymon**<br>LEVIN PAPANTONIO THOMAS, ET AL. ECHSNER & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>P.O. Box 12308<br>Pensacola, FL 32591<br>krasmussen@levinlaw.com<br><br>Counsel for Plaintiffs: McConnell v. Pfizer, ND of FL, C.A. No. 3:05-123<br>Ives v. Pfizer, ND of CA, C.A. No. 3:05-cv-03659; Ayers, et al. v. Pfizer, ND of CA, C.A. No. 3:05-cv-03770<br><br>**Salvadore Christina, Jr.**<br>126 Colonial Heights<br>River Ridge, LA 70123<br><br>Counsel for Plaintiffs: Turner v. Pfizer, WD of LA, C.A. No. 1:05-619 | **John R Climaco**<br>**Keith T. Vernon**<br>CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOL<br>Suite 900 The Halle Building<br>1228 Euclid Avenue<br>Cleveland, OH 44115<br>jrclim@climacolaw.com<br>keithvernon@hotmail.com<br><br>Counsel for Plaintiff Blatnik, et al., ND of OH, C.A. No. 1:05-cv-00900 [ND of CA, C.A. No. 3:05-cv-03805]<br><br>**Anthony Gallucci**<br>**John A. Sivinski**<br>**Michael V. Kelley**<br>KELLEY & FERRARO LLP<br>1300 East Ninth Street, Suite 1901<br>Cleveland, OH 44114<br>agallucci@kelley-ferraro.com<br><br>Counsel for Plaintiff Blatnik, et al., ND of OH, C.A. No. 1:05-cv-00900 [ND of CA, C.A. No. 3:05-cv-03805]<br><br>**Joseph R. Colingo**<br>WILLIAMS, HEIDELBERG, ET AL.<br>P.O. Box 1407<br>711 Delmas Avenue<br>Pascagoula, MS 39568-1407<br><br>Counsel for Plaintiff Dr. Reginald Stewart<br><br>**Rebecca A. Cunard**<br>CUNARD LAW FIRM<br>9214 Interline Avenue<br>Baton Rouge, LA 70809<br>Rebecca@cunardlaw.com<br><br>Counsel for Plaintiffs: Abel, etc. v. Pfizer, Inc., MD of LA, C.A. No. 3:05-258 |

484115.1

| | |
|---|---|
| **Frank D. Davis**<br>**Tyler C. Vail**<br>**John E. Norris**<br>DAVIS & NORRIS, LLP<br>One Highland Place, Suite 100<br>2151 Highland Avenue<br>Birmingham, AL 35205<br>fdavis@davisnorris.com<br>jnorris@davisnorris.com<br><br>Counsel for Plaintiffs: Blue, etc v. Pfizer, ND of AL, C.A. No. 2:05-464<br><br>**James R. Dugan, II**<br>**David L. Browne**<br>**Douglas R. Plymale**<br>DUGAN & BROWN, PLC<br>650 Poydras Street<br>Suite 2150<br>New Orleand, LA 70130<br>jduggan@duganbrowne.com<br>dbrowne@duganbrowne.com<br>doug@duganbrowne.com<br><br>Counsel for Plaintiffs: Alexander, et al. v. Pfizer, Inc. ED of LA, C.A. No. 2:05-1720<br><br>**Thomas E. Dutton**<br>PITTMAN HOOKS DUTTON KIRBY & HELLUMS PC<br>Park Place Tower<br>Suite 1100<br>2001 Park Place North<br>Birmingham, AL 35203<br>tomd@pittmanhooks.com<br><br>Counsel for Plaintiffs: Lemond, Peterman, et al. v. Pfizer, ND of AL, C.A. No. 7:05-691 | **Richard M. Edmonson**<br>ARMSTRONG ALLEN, PLLC<br>4450 Old Canton Road<br>Suite 210<br>Jackson, MS 39211<br><br>Counsel for Plaintiff Fred's Express<br><br>**Calvin C. Fayard, Jr.** ,<br>**Wanda Jean Edwards**<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>calvinfayard@fayardlaw.com<br>wandaedwards@fayardlaw.com<br><br>Counsel for Plaintiffs: Woodberry v. Pfizer, Inc. ED of LA, C.A. No. 2:05-1350<br><br>**R. Allen Flowers**<br>FLOWERS LAW FIRM<br>341 North 25th Avenue<br>Hattiesburg, MS 39401<br><br>Counsel for Plaintiff M.D. Todd Willis<br><br>**Jeffrey B. Gittleman**<br>BARRACK, RODO & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA  19103<br>jgittleman@barrack.com<br><br>Counsel for Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al. SD of NY, C.A. No. 1:05-3803<br><br>**Regina Calcaterra**<br>BARRACK, RODO & BACINE<br>170 East 61st Street<br>New York, NY 10021<br><br>Counsel for Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al. SD of NY, C.A. No. 1:05-3803 |

484115.1

**Ronald S. Goldser**
**Charles Zimmerman**
ZIMMERMAN REED
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123
rsg@zimmreed.com
csz@zimmreed.com

Counsel for Plaintiffs: Harris v. Pfizer, Inc., D of MN, C.A. No. 0:05-728; Counsel for Plaintiff Watters, et al., USDC ED of MI, C.A. No. 2:05-71434 [ND of CA, C.A. No. 3:05-cv-03987]

**Robert M. Hodges**
WISE CARTER CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Counsel for Plaintiff Mississippi Emergency Associates, P.A.

**Jesse L. Howell, III**
COPELAND COOK TAYLOR & BUSH P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Counsel for Plaintiff Bonners Pharmacy

**John F. Hughes**
WILKINS STEPHENS & TIPTON
P.O. Box 13429
Jackson, MS 39236-3429

Counsel for Plaintiff M.D. Richard Reid

**Whitman B. Johnson, III**
CURRIE JOHNSON GRIFFIN GAINES & MYERS
P.O. Box 750
Jackson, MS 39205-0750

Counsel for Plaintiff M.D. Charles D. Lee

**Melissa Kelly**, **Brian Kelly**
623 Beth Street
Bluffton, IN 46714

*PRO SE*
Plaintiff Melissa, Brian Kelly, ED of NY, C.A. No. 1:05-949 [ND of CA, C.A. No. 3:05-cv-04008]

**John W. Land**
BRYAN NELSON RANDOLPH & WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Counsel for Plaintiff Mettsave Drugs, et al.

**Jeffrey D. Leathers**
GREER PIPKIN RUSSELL DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Counsel for Plaintiff Community Discount Pharmacy

**Carlene Rhodes Lewis**
**Shelly A. Sanford**
GOFORTH LEWIS SANFORD LLP
1111 Bagby, Suite 2200
Houston, TX 77002
carlenelewis@goforthlewis.com
shellysanford@goforthlewis.com

Counsel for Plaintiffs: Baker, et al. v. Pfizer, Inc., SD of TX, C.A. No. 3:05-206

**J. Leray McNamara**
COPELAND COOK TAYLOR & BUSH, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Counsel for Plaintiff M.D. David Ball, et al.

484115.1

| | |
|---|---|
| **S. Kirk Milam**<br>HICKMAN GOZA & SPRAGINS, PLLC<br>P.O. Drawer 668<br>Oxford, MS 38655-0668<br><br>Counsel for Plaintiff M.D. Susan Gunn, et al. | **Thomas M. Sobol**<br>**David S. Nalven**<br>**Ann K. Mandt**<br>**Jason J. Thompson**<br>HAGENS BERMAN SOBOL SHAPIRO, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>tom@hbsslaw.com<br>davidn@hbsslaw.com |

**S. Kirk Milam**
HICKMAN GOZA & SPRAGINS, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Counsel for Plaintiff M.D. Susan Gunn, et al.

**Stephen B. Murray**
**Robert J. Diliberto**
**Dominick F. Impastato, III**
MURRAY LAW FIRM
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000
smurray@murray-lawfirm.com
rdiliberto@murray-lawfirm.com
dimpastato@murray-lawfirm.com

Counsel for Plaintiffs: Bridges v. Pfizer, ED of LA, C.A. No. 2:05-1353

**Eugene R. Naylor**
WISE CARTER CHILD & CARAWAY
600 Heritage Bldg.
401 East Capitol St.
P.O. Box 651
Jackson, MS 39205-0651

Counsel for Plaintiff Pravin Patel

**Ronnie G. Penton**
LAW OFFICES OF RONNIE G. PENTON
209 Hoppen Place
Bogalusa, LA 70427
dischilling@rgplaw.com

Counsel for Plaintiffs: Creel, et al. v. Pfizer, Inc. ED of LA, C.A. No. 2:04-3470

**Thomas M. Sobol**
**David S. Nalven**
**Ann K. Mandt**
**Jason J. Thompson**
HAGENS BERMAN SOBOL SHAPIRO, LLP
One Main Street, 4th Floor
Cambridge, MA 02142
tom@hbsslaw.com
davidn@hbsslaw.com

Counsel for Plaintiffs: Ronnie L. Hatcher, et al.; Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804]; Sheet Metal Workers' International Association Local No. 28 of Metropolitan New York and Long Island, USDC SDNY, C.A. No. 1:05-cv-04125 [ND of CA, C.A. No. 3:05-cv-03861]; Steamfitters' Industry Welfare Fund et al v. Pfizer Inc. et al, ND of CA, C.A. No. 3:05-cv-03863.

**David Scott Nalven**
HAAR & WOODS
1010 Market Street, Suite 1620
St. Louis, MO 63101

Counsel for Plaintiffs: Steamfitters' Industry Welfare Fund et al v. Pfizer Inc. et al, ND of CA, C.A. No. 3:05-cv-03863

**Barry A. Ragsdale**
**Garve Ivey, Jr.**
**William Adair, Jr.**
IVEY & RAGSDALE
P.O. Box 1349
315 West 19th Street
Jasper, AL 35502-1349

Counsel for Plaintiffs: Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804]

484115.1

| | |
|---|---|
| **Jeffrey L. Kodroff**<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br><br>Counsel for Plaintiffs: Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804] | **Jason J. Thompson**<br>**Ann Mandt**<br>CHARFOOS & CHRISTENSEN, P.C.<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>jthompson@c2law.com<br>Amandt@c2law.com<br><br>Counsel for Plaintiff Watters, et al., USDC ED of MI, C.A. No. 2:05-71434 [ND of CA, C.A. No. 3:05-cv-03987] |
| **Jonathan B. Lowe**<br>LOWE MOBLEY & LOWE<br>P.O. Box 576<br>Haleyville, Al 35575-0576<br><br>Counsel for Plaintiffs: Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804] | **Lawrence D. Wade, Jr.**<br>CAMPBELL DELONG HAGWOOD & WADE<br>P.O. Box 1856<br>Greenville, MS 38702-1856<br><br>Counsel for Plaintiff M.D. Salvador Petilos, et al. |
| **Robert F. Stacy**<br>DANIEL COKER HORTON & BELL<br>P.O. Box 1084<br>Jackson, MS 39215-1084<br><br>Counsel for Plaintiff Don's Pharmacy, et al. | **Chris J. Walker**<br>MARKOW WALKER, P.A.<br>P.O. Box 13669<br>Jackson, MS 39236-3669<br><br>Counsel for Plaintiff M.D. Deck Stone |
| **John J. Tasker**<br>**Jeremy L. Tissot**<br>CALLAHAN, MCCUNE & WILLIS<br>11755 Wilshire Boulevard<br>Suite 1200<br>West Los Angeles, CA 90025<br>Jeremy_tissot@cmlaw.net<br><br>Counsel for Plaintiffs: John Bolwell, et al. v. Pfizer, et al. CD of CA, C.A. No. 2:05-1967 [ND of CA, C.A. No. 3:05-cv-03902] | **Jeffrey S. Goddess**<br>ROSENTHAL MONHAIT GROSS & GODDESS<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>302-656-4433<br>jgoddess@rmgglaw.com<br><br>Counsel for Plaintiffs: Hatcher v. Pfizer, et al. D of DE, C.A. No. 1:05-208 |
| **Cassandra Faye Thomas**<br>514-C Woodrow Wilson Avenue<br>Jackson, MS 39213<br><br>*PRO SE*<br>Counsel for Plaintiff Cassandra Faye Thomas | |

| | |
|---|---|
| **Michael A. Stratton**<br>STRATTON FAXON<br>59 Elm Street<br>New Haven, CT 06510<br>mstratton@strattonfaxon.com<br><br>Counsel for Plaintiff Arroyo, Kaye, Bernardi, Gasparino, Mastrio, USDC CT, C.A. No. 3:05-cv-00385 [ND of CA, C.A. No. 3:05-cv-03798]; Bailey, et al. USDC CT, C. A. No. 3:05-cv-0386 [ND of CA, C.A. No. 3:05-cv-03806]<br><br>**Brian C. Roche**<br>**James T. Shearin**<br>PULLMAN & COMLEY<br>850 Main St., P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>broche@pullcom.com, jshearin@pullcom.com<br><br>Counsel for Defendant Pfizer:  Arroyo, Kaye, Bernardi, Gasparino, Mastrio, D of CT, C.A. No. 3:05-cv-00385 [ND of CA, C.A. No. 3:05-cv-03798]; ]; Bailey, et al. USDC CT, C. A. No. 3:05-cv-0386 [ND of CA, C.A. No. 3:05-cv-03806]<br><br>**Frank M. Pitre**<br>**Ara R. Jabagchourian**<br>**Nancy L. Fineman**<br>**Niki B. Okcu**<br>COTCHETT PITRE SIMON & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>fpitre@cpsmlaw.com, ajabagchourian@cpsmlaw.com, nfineman@cpsmlaw.com, nokcu@cpsmlaw.com<br><br>Counsel for Plaintiffs Milano v. Pfizer, ND of CA, C.A. No. 3:05-cv-03710 | **William M. Audet**<br>**Adel Nadji**<br>**Joshua C. Ezrin**<br>**Michael McShane**<br>**Susanne N. Scovern**<br>ALEXANDER, HAWES & AUDET, LLP<br>300 Montgomery Street , Suite 400<br>San Francisco, CA 94104<br>anadji@alexanderlaw.com<br>waudet@alexanderlaw.com<br>jezrin@alexanderlaw.com<br>mmcshane@alexanderlaw.com<br><br>Counsel for Plaintiff Calderon, ND of CA, C.A. No. 3:05-cv-03642<br><br>**Robert K. Shelquist**<br>LOCKRIDGE, GRINAL & NAUEN, PLLP<br>100 Washington Avenue South<br>Minneapolis, MN 55401<br>612-339-6990<br>Fax: 612-339-0981<br><br>Counsel for Plaintiff Calderon, ND of CA, C.A. No. 3:05-cv-03642<br><br>**Elizabeth J. Cabraser**<br>**Scott P. Nealy**<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Flr.<br>San Francisco, CA 94111-3339<br>ecabraser@lchb.com<br>snealey@lchb.com<br><br>Counsel for Plaintiffs:Ayers v. Pfizer, Inc. et al Ives v. Pfizer, ND of CA, C.A. No. 3:05-cv-03659; Ayers, et al. v. Pfizer, ND of CA, C.A. No. 3:05-cv-03770 |

484115.1

**Wendy R. Fleishman**
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
wfleishman@lchb.com

Counsel for Plaintiffs: Ayers v. Pfizer, Inc. et al
Ives v. Pfizer, ND of CA, C.A. No. 3:05-cv-03659; Ayers, et al. v. Pfizer, ND of CA, C.A. No. 3:05-cv-03770

**Howard M. Bushman**
**Lance A. Harke**
**Sarah Becket Clasby**
HARKE & CLASBY
155 S. Miami Avenue, Suite 600
Miami, FL 33130
(305) 538-8220
(305) 536-8229
hbushman@harkeclasby.com

Counsel for Plaintiffs: Balloveras v. Pfizer, Inc. SD of FL, C.A. No. 1:05-20429

**Don Barrett**
**David McMullan, Jr.**
BARRETT LAW OFFICE, PA
404 Court Square North
PO Box 987
Lexington, MS 39095
(662) 834-2376
(662) 834-2628
dbarrett@barrettlawoffice.com

**Ben Barnow**
BARNOW & GOLDBERG
One North LaSalle Street, Suite 4600
Chicago, IL 60602
(312) 621-2000
b.barnow@barnowlaw.com

**Marissa Bosek**
**Sheri L. Tarr**
WEITZ & LUXENBERG
120 Wall Street, 15th Floor
New York, NY 10028
(212) 558-5500 x307
(212) 363-2721
Mbosek@weitzlux.com

**Michael S. Burg**
**Peter W. Burg**
**Seth A. Katz**
BURG SIMPSON ELDREDGE HERSH JARDINE, PC
400 Inverness Drive, East
Englewood, CO 80112
(303) 792-5595
(303) 708-0527
mburg@burgsimpson.com

**Sarah B. Clasby**
HARKE & CLASBY
155 S. Miami Avenue, Suite 600
Miami, FL 33130
305) 536-8220
(305) 536-8223
sengel@harkeclasby.com

**Mark Crawford**
**Marilyn Dupies**
**Ramon R. Lopez**
**John Resaino**
**Steven Skikos**
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
625 Market Street, 11th Floor
San Francisco, California 94105
(415) 956-5257
(415) 956-4416
mcrawford@lopez-hodes.com

**Lewis S. Kahn**
Kahn Gauthier Law Group, LLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
(985) 536-1186
Lewis.kahn@kglg.com

**Jeffrey Kodroff**
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
(215) 496-6611
jkodroff@srk-law.com

**Jonathan B. Lowe**
LOWE, MOBLEY & LOWE
1210 21st Street
P.O. Box 576
Haleyville, Alabama 35565
205-486-5296
205-486-4531
jbl@lowemobleylowe.com

**Shannon Lukei**
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
(949) 720-1288
(949) 720 1292
slukei@rcrlaw.net

**Tina Nieves**
GANCEDO & NIEVES, LLP
119 E. Union St., Suite G
Pasadena, CA 91103
(626) 685-9800
(626) 685-9808
tnieves@gancedonieves.com

484115.1

**Defendants Counsel**

**Amy W. Schulman**
PIPER RUDNICK GRAY CARY
1251 Avenue of the Americas
New York, NY  10020-1104
Tel:  (212) 835-6108
Fax: (212) 884-8508
amy.schulman@diapiper.com

**John Christopher Allen, Jr.**
**Joseph J. Leghorn**
NIXON & PEABODY, LLP
889 Elm Street
Manchester, MA 03101

Counsel for Defendants Pfizer, Pharmacia, G.D. Searle: Health Care for All et al v. Pfizer Inc. et al, USDC MA, C.A. No. 1:05-cv-10707 [ND of CA, C.A. No. 3:05-cv-03804]

**Quentin F. Urquhart, Jr.**
**Camala E. Capodice**
**John W. Sinnott**
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
504/310-2100
Fax: 504/310-2101

Counsel for Defendants Pfizer: Abel, etc. v. Pfizer, Inc., MD of LA, C.A. No. 3:05-258
Counsel for Defendants Pfizer: Turner v. Pfizer, WD of LA, C.A. No. 1:05-619; Clark v. Pfizer, Inc., WD of LA, C.A. No. 1:05-620 [ND of CA, C.A. No. 3:05-cv-03859]

**Benjamin Robert Nagin**
SIDLEY AUSTIN BROWN & WOOD LLP (NY)
787 7th Avenue
NY, NY 10019
bnagin@sidley.com

Counsel for Defendants, Pfizer, Pharmacia, G.D. Searle: ASEA/AFSCME Local 52 Health Benefits Trust v. Pfizer, Inc., et al. SD of NY, C.A. No. 1:05-3803; Sheet Metal Workers' International Association Local No. 28 of Metropolitan New York and Long Island, USDC SDNY, C.A. No. 1:05-cv-04125 [ND of CA, C.A. No. 3:05-cv-03861]; Steamfitters' Industry Welfare Fund et al v. Pfizer Inc. et al, ND of CA, C.A. No. 3:05-cv-03863.

**Jack M. Fribley**
FAEGRE & BENSON, LLP
90 South 7th Street
Suite 2200
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
jfribley@faegre.com

Counsel for Defendants Pfizer:  Harris v. Pfizer, Inc., D of MN, C.A. No. 0:05-728

**Jay H. Henderson**
**T. Scott Allen**
CRUSE SCOTT HENDERSON & ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019-3005
jhenderson@crusescott.com

Counsel for Defendant Steven George Bander, Dakota Medical Associates, PA, Liberty Healthcare Management, Inc. (dba) Northeast Rehab: James Booker, ND of TX, C.A. No. 3:05-cv-0496

484115.1

**D. Michael Wallach**
WALLACH ANDREWS & STOUFFER
Summit Office Park
1300 Summit Ave., Suite 300
Fort Worth, TX 76102-4418
m.wallach@wallach-law.com

Counsel for Defendant Steven George Bander, Dakota Medical Associates, PA, Liberty Healthcare Management, Inc. (dba) Northeast Rehab: James Booker, ND of TX, C.A. No. 3:05-cv-0496

**Lawrence B. Clark**
**Gilbert C. Steindorff, IV**
ADAMS & REESE/LANGE SIMPSON, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Birmingham, AL 35203-3367
lawrence.clark@arlaw.com
Bert.steindorff@arlaw.com

Counsel for Defendants Monsanto Co.; Pharmacia & Upjohn Co.; Pharmacia & Upjohn Co., LLC : Lemond, Peterman, et al. v. Pfizer, ND of AL, C.A. No. 7:05-691;

Counsel for Defendants Pfizer: Blue, etc v. Pfizer, ND of AL, C.A. No. 2:05-464

**Matthew P. Moriarty**
**Robert C. Tucker**
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44113-1475
mmoriarty@tuckerellis.com,
rtucker@tuckerellis.com

Counsel for Defendants Pfizer: Blatnik, et al., ND of OH, C.A. No. 1:05-cv-00900 [ND of CA, C.A. No. 3:05-cv-03805]

**Peter Edward Schnaitman**
**Michael Carl Zellers**
TUCKER ELLIS & WEST LLP
1000 Wilshire Blvd , Suite 1800
Los Angeles, CA 90017
213-430-3400 x3369
Fax: 213-430-3409
Peter.Schnaitman@tuckerellis.com

Counsel for Defendant Pfizer, Inc. Calderon, ND of CA, C.A. No. 3:05-cv-03642

Counsel for Defendant Pfizer, Inc., Pharmacia, G.D. Searle, Ives v. Pfizer, ND of CA, C.A. No. 3:05-cv-03659

**Thomas P. Hanrahan**
**Kenneth E Friedman**
SIDLEY AUSTIN BROWN & WOOD LLP
555 West Fifth Street
Los Angeles, CA 90013
thanrahan@sidley.com, kfriedman@sidley.com

Counsel for Defendants Pfizer:  Milano v. Pfizer, ND of CA, C.A. No. 3:05-cv-03710; John Bolwell, et al. v. Pfizer, et al. CD of CA, C.A. No. 2:05-1967 [ND of CA, C.A. No. 3:05-cv-03902]

**Benjamine Reid**
CARLTON FIELDS
100 SE 2nd Street , Suite 4000
PO Box 019101
Miami, FL 33131-9101
305-530-0050

Counsel for Defendant Pfizer:  Balloveras v. Pfizer, Inc. SD of FL, C.A. No. 1:05-20429

| | |
|---|---|
| **Richard L. Horwitz**<br>POTTER ANDERSON & CARROON LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>PO Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>(302) 658-1192<br>rhorwitz@potteranderson.com<br><br>Counsel for Defendants Pfizer, Pharmacia, G.D. Searle: Hatcher v. Pfizer, et al. D of DE, C.A. No. 1:05-208<br><br>**Howard R. Cabot**<br>PERKINS COIE BROWN & BAIN PA<br>PO Box 400<br>Phoenix, AZ 85001-0400<br>hcabot@perkinscoie.com<br><br>Counsel for Defendant Pfizer, Pharmacia, Monsanto, G. D. Searle, Greaves v. Pfizer, D of AZ, C. A. No. C-05-00647 PHX [ND of CA 3:05-cv-03803]<br><br>**Gregory A Markel**<br>CADWALAER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br><br>Counsel for Defendants G.D. Searle & Co.; Pharmacia Corp.; G.D. Searle, LLC; Pfizer Inc.<br><br>**Walter T. Johnson**<br>WATKINS & EAGER<br>P.O. Box 650<br>Jackson, MS 39205-0650<br><br>Counsel for Defendants G.D. Searle & Co.; Pharmacia Corp. | **William O. Luckett, Jr.**<br>LUCKETT LAW FIRM<br>P.O. Drawer 1000<br>Clarksdale, MS 38614-1000<br><br>Counsel for Defendant The Kroger Co.<br><br>**Richard F. O'Malley, Jr.**<br>**Sara J. Gourley**<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>10 South Dearborn Street<br>48th Floor<br>Chicago, IL 60603<br>sgourley@sidley.com<br><br>Counsel for Defendant Pfizer Inc.<br><br>**Justin Ma**<br>SIDLEY AUSTIN BROWN & WOOD, LLP<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013-1010<br>JMA@Sidley.com<br><br>Counsel for Defendant Pfizer Inc.<br><br>**Jonathan B. Skidmore**<br>**H. Douglas Wabner**<br>**Joe W. Tomaselli, Jr.**<br>**Richard S. Krumholz**<br>FULBRIGHT & JAWORSKI, L.L.P.<br>Texas Commerce Bank Tower<br>2200 Ross Avenue<br>Suite 2800<br>Dallas, TX 75201-2784<br><br>Counsel for Defendant Merck & Co., Inc.: James Booker, ND of TX, C.A. No. 3:05-cv-0496 |

484115.1

**Kenneth J. Ferguson**
**Kelly R. Kimbrough**
**Leslie Anne Benitez**
CLARK THOMAS & WINTERS
P.O. Box 1148
Austin, TX 78767-1148
vtf@ctw.com

Counsel for Defendant Pfizer Inc, and
Pharmacia: James Booker, ND of TX, C.A. No.
3:05-cv-0496


**Charles Q. Socha**
SOCHA PERCZAK SETTER AND
ANDERDON, P.C.
Denver Financial Center Tower 1
1775 Sherman Street, Suite 1925
Denver, CO 80203
cqsocha@spsalaw.com

Counsel for Defendants Pfizer

**William S. Boggs**
**Matthew A. Holian**
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA 92101
william.boggs@dlapiper.com
matt.holian@dlapipper.com

Counsel for Defendants Pfizer

**Stuart M. Gordon**
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Counsel for Defendants Pfizer