LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ATTORNEYS AT LAW

ELIZABETH J. CABRASER
PARTNER

EMBARCADERO CENTER WEST
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3339
TELEPHONE: (415) 956-1000
FACSIMILE: (415) 956-1008
mail@lchb.com
www.lchb.com

NEW YORK
WASHINGTON, D.C.
BEVERLY HILLS
NASHVILLE

October 28, 2005

**FILED**

**NOV 0 8 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Honorable Charles R. Breyer
United States District Court
Courtroom 8, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   In re Bextra and Celebrex Marketing, Sales Practices and Products
Liability Litigation, MDL No. 1699

Your Honor:

The undersigned are acting as interim liaison counsel for Plaintiffs and
Defendants in the above-referenced MDL litigation, recently transferred to the Court. On the
advice of Ms. Barbara Espinoza, we respectfully request approval of our enclosed Stipulation
and [Proposed] Order Setting Initial Case Management Conference in this matter. We have
requested a date of December 2, 2005, which Ms. Espinoza indicated was available and
convenient to the Court. We also enclose a service list, for the Court's convenience, that
includes counsel of record for Defendants and Plaintiffs' in the federal cases known to us at this
time, including those in potential tag-along actions.

Respectfully,

Amy Weinfeld Schulman
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Stuart M. Gordon
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Joseph W. Cotchett
Frank W. Pitre
Cotchett Pitre Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

October 28, 2005
Page 2

*On behalf of Pfizer Defendants*

*On behalf of Plaintiffs*

cc:        All counsel of record in cases transferred to Northern District
           All counsel of record in identified tag-along actions

484044.1

1

2

3

4

**FILED**

5

**NOV 0 8 2005**

6

7       RICHARD W. WIEKING
        CLERK, U.S. DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX | CASE NO. M:05-CV-01699-CRB |
| 12  MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| 13 | |
| 14  This Order Relates to: | **STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE** |
| 15       ALL CASES. | **MANAGEMENT CONFERENCE** |
| 16 | |

17                          **STIPULATION**

18       1.     WHEREAS the Judicial Panel on Multidistrict Litigation ("the Panel") has

19  transferred certain product liability and marketing and sales practices actions relating to Bextra

20  and Celebrex to this Court (collectively, "*In Re: Bextra and Celebrex Marketing, Sales Practices*

21  *and Product Liability Litigation, MDL No. 1699*") for coordinated pretrial proceedings;

22       2.     WHEREAS pursuant to Civil Local Rule 16-2, the Court would ordinarily issue an

23  Order Setting Initial Case Management Conference in each action;

24       3.     WHEREAS the number and complexity of the actions in *In Re: Bextra and*

25  *Celebrex Marketing, Sales Practices and Product Liability Litigation, MDL No. 1699* warrant

26  holding a single, coordinated initial case management conference for all actions in *In Re: Bextra*

27  *and Celebrex Marketing, Sales Practices and Product Liability Litigation, MDL No. 1699*;

28  /////

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1643946.3
13415-401

STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

1    4.    WHEREAS various counsel for Plaintiffs and counsel for Defendant PFIZER INC.

2  and certain of its corporate predecessors (collectively, "Pfizer") have met and conferred regarding

3  a variety of issues pertaining to the litigation;

4    5.    WHEREAS counsel for Plaintiffs and counsel for Pfizer wish to further meet and

5  confer in order to provide the Court with a joint status report in advance of the initial case

6  management conference, which such report would include: (a) a short summary of the principal

7  issues in *In Re: Bextra and Celebrex Marketing, Sales Practices and Product Liability Litigation,*

8  *MDL No. 1699;* (b) a report on the status of related litigation in state courts; (c) a master list of

9  cases, including those already transferred to the Court and any potential tag-along actions; (d) a

10  master service list of all counsel; and (e) a joint proposal for handling various pretrial issues in a

11  coordinated fashion; and

12    6.    WHEREAS holding a single, coordinated initial case management conference for

13  all actions in *In Re: Bextra and Celebrex Marketing, Sales Practices and Product Liability*

14  *Litigation, MDL No. 1699,* and specifying the papers that the Court wishes the parties to file will

15  promote judicial economy and conserve the parties' resources;

16    IT IS HEREBY STIPULATED AND AGREED that the parties respectfully request that

17  the Court hold the initial case management conference on Friday, December 2, 2005, at a time to

18  be set by the Court, or on such other date as ordered by the Court.

19  /////
20  /////
21  /////
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

-2-

1    The parties respectfully request that the Court enter the proposed order filed herewith.

2    **IT IS SO STIPULATED.**

3    Dated:  October  28 , 2005          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

4

5                                        By _____

6                                            ELIZABETH J. CABRASER
                                             SCOTT P. NEALEY

7                                        Elizabeth J. Cabraser  (CA State Bar No. 083151)
                                         Scott P. Nealey  (CA State Bar No. 193062)
8                                        Embarcadero Center West
                                         275 Battery Street, 30th Floor
9                                        San Francisco, CA  94111-3339
                                         Telephone:  (415) 956-1000
10                                       Facsimile:  (415) 956-100

11                                       Joseph W. Cotchett  (CA State Bar No. 36324)
                                         Frank W. Pitre  (CA State Bar No. 100077)
12                                       COTCHETT PITRE SIMON & MCCARTHY
                                         840 Malcolm Road, Suite 200
13                                       Burlingame, CA  94010
                                         Telephone:  (650) 697-6000
14                                       Facsimile:  (650) 697-0577

15                                       On Behalf of Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            -3-

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1643946.3
13415-401

STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

1    Dated: October 18, 2005      GORDON & REES LLP

2

3                          By _____

4                              STUART M. GORDON

5                       Stuart M. Gordon (CA State Bar No. 37477)
                            275 Battery Street, Suite 2000

6                       San Francisco, CA 94111
                            Telephone: (415) 986-5900

7                       Facsimile: (415) 986-8054

8                       Amy Weinfeld Schulman
                            DLA PIPER RUDNICK GRAY CARY US LLP

9                       1251 Avenue of the Americas
                            New York, NY 10020-1104

10                     Telephone: (212) 835-6000
                          Facsimile: (212) 835-6001

11                       William S. Boggs (CA State Bar No. 53013)
                          Matthew A. Holian (CA State Bar No. 211728)

12                     DLA PIPER RUDNICK GRAY CARY US LLP
                          401 B Street, Suite 1700

13                     San Diego, CA 92101-4297
                          Telephone: (619) 699-2700

14                     Facsimile: (619) 699-2701

15                     Attorneys for Defendant PFIZER INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

SD\1643946.3
13415-401

STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

DLA PIPER RUDNICK
GRAY CARY US LLP

1

## ORDER

2        The Court, having considered the above stipulation, and for good cause appearing, hereby

3    ORDERS as follows:

4        1.        Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16, an initial

5    case management conference in *In Re: Bextra and Celebrex Marketing, Sales Practices and*

6    *Product Liability Litigation, MDL No. 1699*, will be held on Friday, _____,

7    2005 at ___:__ __.m., in Courtroom 8, 19th floor, 450 Golden Gate Avenue, San Francisco,

8    California.

9        2.        All counsel of record are encouraged to designate a representative to appear on

10   their behalf at the initial case management conference.  Any counsel wishing to appear by

11   telephone must file a request at least five days before the conference.

12       3.        Counsel for plaintiffs and counsel for Pfizer shall meet and confer in advance of

13   the initial case management conference and shall file a single joint status report consisting of:

14   (a) a short summary of the principal issues in *In Re: Bextra and Celebrex Marketing, Sales*

15   *Practices and Product Liability Litigation, MDL No. 1699*; (b) a report on the status of related

16   litigation in state courts; (c) a master list of cases, including those already transferred to the Court

17   and any potential tag-along actions; (d) a master service list of all counsel; and (e) a joint proposal

18   for handling various pretrial issues in a coordinated fashion, which may attach proposed case

19   management orders for this Court's consideration.  The joint status report shall be electronically

20   filed with the Court not less than ten days before the initial case management conference, with a

21   courtesy copy delivered to chambers by noon the next day.

22       4.        Other than the joint status report described herein, no party shall file any other

23   paper pertaining to the initial case management conference absent a specific order by the Court.

24   Civil Local Rules 4-2, 16-9, and 16-10 are hereby waived for all parties, except as ordered herein.

25       5.        Any status conference(s), hearing date(s), trial date(s), and any other deadline

26   previously set in any actions in *In Re: Bextra and Celebrex Marketing, Sales Practices and*

27   *Product Liability Litigation, MDL No. 1699*, including any deadlines pertaining to initial

28   disclosures or other discovery or deadlines for responding to complaints, are hereby vacated.

-5-

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1643946.3
13415-401

STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE – M:05-CV-01699-CRB

1   This Order shall apply to any actions filed in or transferred to this Court after the date of this

2   Order before the entry of an initial case management order.

3       6.      Interim liaison counsel for plaintiffs shall serve this Order on all counsel of record

4   listed on the Court's docket as of the date of this Order, and shall serve any counsel of record in

5   actions that are subsequently filed in, related to or transferred to this Court prior to the entry of an

6   initial case management order.

7   **IT IS SO ORDERED.**

8

9   Dated: _____, 2005

10                                              _____
                                                HONORABLE CHARLES R. BREYER
                                                UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        -6-

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1643946.3
13415-401

STIPULATION AND [PROPOSED] ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE – M:05-CV-01699-CRB