A CERTIFIED TRUE COPY

NOV - 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

FILED
NOV - 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1699

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Mary Henderson v. Merck & Co., Inc., et al.*, E.D. Pennsylvania, C.A. No. 2:04-5987

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Henderson*) on September 29, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Henderson* on October 17, 2005. The Panel has now been advised, however, that *Henderson* was dismissed in the Eastern District of Pennsylvania by the Honorable Legrome D. Davis in an order filed on October 13, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on September 29, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel