A CERTIFIED TRUE COPY

NOV - 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED OCT 18 2005

NOV 1 4 2005  FILED
CLERK'S OFFICE
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NOS. 1657 AND 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657- IN RE VIOXX PRODUCTS LIABILITY LITIGATION*
*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-27) WITH SEPARATION, REMAND AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-2)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 1,728 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel



Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case3:05-md-01699-CRB   Document66   Filed11/14/05   Page3 of 3

# SCHEDULE CTO-27 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

# SCHEDULE CTO-2 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ~~ALN 2 05-1214~~ | ~~Juanell Y. McBrayer Wilkes, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/2/05 |
| ALN 2 05-1809 | Wynelle S. Davis, et al. v. Merck & Co., Inc., et al. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 05-451~~ | ~~Jackie Collins v. Merck & Co., Inc., et al.~~ | Opposed 10/27/05 |
| ILS 3 05-615 | Nancy McCormick v. Merck & Co., Inc., et al. | |
| ILS 3 05-616 | Shirley Glasco v. Merck & Co., Inc., et al. | |
| ~~ILS 3 05-673~~ | ~~Gracie Blount v. Merck & Co., Inc., et al.~~ | Opposed 10/27/05 |
| **MINNESOTA** | | |
| MN 0 05-1178 | Mylon Larson, et al. v. Merck & Co., Inc., et al. | |
| **MISSOURI EASTERN** | | |
| MOE 4 05-1163 | Lillian Farkas, etc. v. Merck & Co., Inc., et al. | |
| **MISSOURI WESTERN** | | |
| MOW 4 05-596 | Vicky Garlett v. Merck & Co., Inc., et al. | |
| MOW 4 05-877 | Richard Weber, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-880 | Ella Robertson, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-882 | Lorraine Wyss, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-884 | Richard Rhodes, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-885 | Larry Vilmer, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-892 | Rolland Schach, et al. v. Merck & Co., Inc., et al. | |
| MOW 4 05-894 | Richard Rupniewski, et al. v. Merck & Co., Inc., et al. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-7567 | Rhonda Parker, et al. v. Pfizer, Inc., et al. | |
| NYS 1 05-7691 | Bernice Gidseg, et al. v. Pfizer, Inc., et al. | |
| NYS 1 05-8068 | Eliahu Tzfanya v. Pfizer, Inc., et al. | |
| **TEXAS EASTERN** | | |
| TXE 1 05-371 | Sandra H. McClelland v. Merck & Co., Inc., et al. | |
| TXE 1 05-441 | Michael Wayne Kennett, etc. v. Merck & Co., Inc., et al. | |
| TXE 1 05-552 | Jim Wise, etc. v. Merck & Co., Inc., et al. | |
| TXE 1 05-653 | Diane Actkinson, et al. v. Merck & Co., Inc., et al. | |
| **TEXAS WESTERN** | | |
| TXW 1 05-542 | James Allen, et al. v. Merck & Co., Inc., et al. | |
| TXW 1 05-543 | Ranny Daugherty, et al. v. Merck & Co., Inc., et al. | |