1   Elizabeth J. Cabraser  (CA State Bar No. 083151)
    Scott P. Nealey  (CA State Bar No. 193062)
2   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
3   275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
4   Telephone:  (415) 956-1000
    Facsimile:   (415) 956-100
5
    Interim Liaison Counsel for Plaintiffs
6
    Joseph W. Cotchett
7   Frank M. Pitre
    COTCHETT PITRE SIMON & MCCARTHY
8   San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
9   Burlingame, CA  94010
    Telephone:  415.697.6000
10  Facsimile:  415.692.1112

11  Interim Lead Counsel for Plaintiffs

12  [Additional Plaintiffs' Counsel on signature page]

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16  IN RE:  BEXTRA AND CELEBREX              CASE NO. M:05-CV-01699-CRB
    MARKETING SALES PRACTICES AND
17  PRODUCT LIABILITY LITIGATION             MDL No. 1699

18

19  This Order Relates to:                   **PLAINTIFFS' JOINT REQUEST FOR
                                             APPROVAL OF PROPOSED**
20        ALL CASES.                         **ORGANIZATIONAL STRUCTURE AND
                                             DESIGNATION OF PLAINTIFFS' LEAD**
21                                           **COUNSEL, LIAISON COUNSEL, AND
                                             PLAINTIFFS' STEERING COMMITTEE**
22                                           **MEMBERS**

23

24  I.    **INTRODUCTION**

25        This Joint Request is respectfully submitted by the undersigned counsel pursuant to

26  Paragraph 16 of this Court's November 8, 2005 Pretrial Order #1, which called for submissions

27

28

1  for appointment to the Plaintiffs' Steering Committee, and in connection with <u>Proposed Pretrial</u>

2  <u>Order #2</u>, as jointly submitted by plaintiffs' and defense counsel on December 1, 2005.[1]

3       The applicants included in this <u>Joint Request</u> are each submitting herewith their individual

4  applications (limited to 3 pages or less each as this Court directed), detailing their respective

5  qualifications under the criteria for membership this Court articulated in <u>Pretrial Order #1</u>,

6  paragraph 16:

7            (a)    willingness and availability to commit to a time-consuming project;

8            (b)    ability to work cooperatively with others; and

9            (c)    professional experience in this type of litigation.

10      Because the undersigned have been functioning, on an ongoing basis, as a working group

11  in this litigation, and have achieved, through a consensus-building process, the consent and

12  authorization of the vast majority of Plaintiffs' counsel who have been active in what is now

13  MDL No. 1699 to represent their interests, we respectfully submit this <u>Joint Request</u> for this

14  Court's consideration regarding formal appointments to, and the detailed roles, responsibilities,

15  and functions of, the plaintiffs' organizational structure herein.

16  **II.    THE PROPOSED PLAINTIFFS' ORGANIZATIONAL STRUCTURE**

17      The proposed Plaintiffs' Organizational Structure referenced in this <u>Joint Request</u> was

18  developed by plaintiffs' counsel cooperatively and voluntarily, through a series of personal

19  meetings, conferences, teleconferences, and correspondence among *Bextra* and *Celebrex*

20  plaintiffs' attorneys from across the country.  These organizational activities included pre-MDL

21  gatherings, as well as two major meetings of plaintiffs' counsel, in Las Vegas and San Francisco,

22  that were convened subsequent to the Judicial Panel's transfer of MDL No. 1699 to this Court for

23  coordinated proceedings.

24      Accordingly, the proposed structure reflects a consensus among the MDL 1699 plaintiffs'

25  counsel of record who are active in this litigation; is comprised of attorneys with substantial

26  experience and expertise in MDL litigation, including, specifically, pharmaceutical products

27  liability litigation; is geographically balanced; is inclusive of both class actions and individual

28  ---
[1] A copy of <u>Proposed Pretrial Order #2</u> is also attached as Exhibit "A" hereto for convenience.

1   cases; includes the entire spectrum of claims (both personal injury and economic, for both

2   consumers and third party payors); and reflects an existing and ongoing functional relationship

3   among the active and committed plaintiffs' counsel who are prosecuting this litigation in good

4   faith for the common benefit of all plaintiffs, as well as their respective clients.

5         The undersigned discussed the specifics of their proposed Plaintiffs' organizational

6   structure with Defendants' counsel, in the context of conferring and reaching agreement on the

7   major provisions of Proposed Pretrial Order #2, which was jointly submitted by Plaintiffs' and

8   Defendants' counsel to this Court on December 1, 2005.  Proposed Pretrial Order #2 provides

9   additional detail with respect to the roles and functions of designated Plaintiffs' counsel, which

10  are consistent with the PSC responsibilities delineated by this Court in paragraph 16 of its Pretrial

11  Order #1.  Plaintiffs respectfully request that this Court consider, and enter, Proposed Pretrial

12  Order #2, and that it designate the counsel listed below, whose individual applications are

13  attached hereto, to serve on the PSC.

14        The undersigned respectfully request that this Court designate Joseph W. Cotchett, of

15  Cotchett, Pitre, Simon & McCarthy, as Plaintiffs' Lead Counsel, and Elizabeth J. Cabraser, of

16  Lieff, Cabraser, Heimann & Bernstein, LLP, as Plaintiffs' Liaison Counsel.  Plaintiffs' Lead and

17  Liaison Counsel would head the Plaintiffs' Steering Committee proposed to be comprised of the

18  following plaintiffs' counsel:

19

20  Joseph W. Cotchett                          Elizabeth J. Cabraser
    (Frank M. Pitre)                            LIEFF, CABRASER, HEIMANN &
21  COTCHETT PITRE SIMON &                      BERNSTEIN, LLP
    MCCARTHY                                    275 Battery Street, 30th Floor
22  San Francisco Airport Office Center         San Francisco, CA 94111-3339
    840 Malcolm Road, Suite 200                 Telephone:  415.956.1000
23  Burlingame, CA  94010                       Facsimile:  415.956.1008
    Telephone:  415.697.6000                    Email:  ecabraser@lchb.com
24  Facsimile:  415.692.1112
    Email: jcotchett@cpsmlaw.com                *Plaintiffs' Liaison Counsel*
25          fpitre@cpsmlaw.com

26  *Plaintiffs' Lead Counsel*

27

28

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA  71301-1190
Telephone:  318.487.9874
Facsimile:  318.561.2591
Email:  rarsenault@nbalawfirm.com

William M. Audet
ALEXANDER, HAWES & AUDET
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  415.921-1776
Facsimile:  415.576.1776
Email:  waudet@alexanderlaw.com

Don Barrett
BARRETT LAW OFFICES
405 Court Square
Lexington, MS  39095-0987
Telephone:  662.834.2376
Facsimile:  662.834.2628
Email:  dbarrett@barrettlawoffice.com

Daniel E. Becnel
LAW OFFICES OF DANIEL E. BECNEL
Post Office Drawer H
106 West Seventh Street
Reserve, LA  70084
Telephone:  985.536.1186
Facsimile:  985.536.6445
Email:  dbecnel@becnellaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO,
LLP
1310 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  206.623.7292
Facsimile:  206.623.1290
Email:  steve@hbsslaw.com

Christopher Seeger
SEEGER WEISS LLP
ONE WILLIAM STREET
New York, NY  10004
Telephone:  212.584.0700
Facsimile:  212.584.0799
Email:  cseeger@seegerweiss.com

Peter W. Burg
BURG SIMPSON ELDREDGE HERSH
    & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO  80112
Telephone:  303.792.5595
Facsimile:  303.708.0527
Email:  pburg@burgsimpson.com

John. L. Burris
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport, Suite 1120
Oakland, CA  94621
Telephone:  510.839.5200
Facsimile:  510.839.3882
Email:  burris@pacbell.net

Thomas P. Cartmell
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Telephone:  816.701.1100
Facsimile:  816.531.2372
Email:  tcartmell@wcllp.com

James D. Dugan, II
DUGAN & BROWNE PLC
650 Poydras Street
Suite 2150
New Orleans, LA  70130
Telephone:  504.648.0180
Facsimile:  504.648.0181
Email:  jdugan@duganbrowne.com

| | |
|---|---|
| Michael A. Galpern<br>LOCKS LAW FIRM PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ  08002<br>Telephone:  856.663.8200<br>Facsimile:  856.661.8400<br>Email:  mgalpern@lockslaw.com | Carlene Rhodes Lewis<br>GOFORTH, LEWIS, SANFORD LLP<br>1111 Bagby, Suite 2200<br>Houston, TX  77002<br>Telephone:  713.650.0022<br>Facsimile:  713.650.1669<br>Email:  carlenelewis@goforthlewis.com |
| David P. Matthews<br>ABRAHAM, WATKINS, NICHOLS,<br>SORRELS, MATTHEWS & FRIEND<br>800 Commerce Street<br>Houston, TX  77002-1776<br>Telephone:  713.222.7211<br>Facsimile:  713.225.0827<br>Email:  dmatthews@abrahamwatkins.com | Tina Bailer Nieves<br>GANCEDO & NIEVES, LLP<br>144 W. Colorado Boulevard<br>Pasadena, CA  91105<br>Telephone:  626.685.9800<br>Facsimile:  626.685.9808<br>Email:  tnieves@gancedonieves.com |
| Kristian W. Rasmussen<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, ECHSNER & PROCTOR, P.A.<br>P.O. Box 12308<br>Pensacola, FL  32591<br>Telephone:  850.435.7000<br>Facsimile:  850.435.7020<br>Email:  krasmussen@levinlaw.com | Mark P. Robinson<br>ROBINSON, CALCAGNIE & ROBINSON<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA  92660<br>Telephone:  949.720.1288<br>Facsimile:  949.720.1292<br>Email:  mrobinson@rcrlaw.net |
| Steven J. Skikos<br>LOPEZ, HODES, RESTAINO, MILMAN &<br>SKIKOS<br>450 Newport Center Drive, 2nd Floor<br>Newport Beach, CA  92660<br>Telephone:  949.640.8222<br>Facsimile:  949.640.8294<br>Email:  sskikos@lopez-hodes.com | Paul Sizemore<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>218 Commerce Street<br>Montgomery, AL  36104<br>Telephone:  334.269.2343<br>Facsimile:  334.954.7555<br>Email:  paul.sizemore@beasleyallen.com |

Proposed Pretrial Order #2 additionally provides for the designation of a PSC Executive

Committee and for a Purchase Claims Committee.  As Proposed Pretrial Order #2 describes these

roles, their functions, and their rationales:

> 15.    The PSC Executive Committee is chaired by Plaintiffs'
> Lead and Plaintiffs' Liaison Counsel and is vested by the Court
> with the authority and duty to coordinate and oversee the
> responsibilities of the PSC set forth below; to schedule PSC
> meetings and keep minutes or transcripts of these meetings; to
> appear at periodic Court-noticed status conferences and hearings; to
> sign and file pleadings relating to all actions; and to bind the PSC in
> scheduling depositions, setting agendas, entering into stipulations,
> and in other necessary interactions with defense counsel.  They
> shall perform other necessary administrative and logistic functions
> of the PSC and carry out any other duty as the Court may order.
>
> 16.    The PSC Executive Committee is given the responsibility to

create such committees and subcommittees of the PSC as are
necessary to efficiently carry out its responsibilities, to designate
members thereof, and to delegate common benefit work
responsibilities to selected counsel (including non-members of the
PSC), as may be required for the common benefit of plaintiffs.  All
attorneys carrying out such common benefit work who may look to
any common fund or agreement for reimbursement or
compensation shall maintain and submit time and expense records,
as this Court shall specify in a subsequent Order.  All such
reimbursement and compensation shall be subject to this Court's
approval.

\* \* \*

20.     Some of the actions transferred (or to be transferred) to this
Court for coordinated treatment under Paragraph 1 of this Order are
proposed class actions on behalf of "third party payors" (such as
health and welfare funds, self-insured employers, and private for-
profit and not-for-profit insurers), and/or on behalf of cash paying
or co-paying consumers of Bextra and/or Celebrex.  The third party
payors and consumers are sometimes collectively referred to as
"endpayors," and their claims are sometimes collectively referred to
as "purchase claims," to differentiate them from the wrongful death
and personal injury claims ("product liability claims") also included
in these proceedings.  Purchase claims allege violations of law in
connection with the sales and marketing of Bextra and/or Celebrex
and seek to recover, among other things, all or a portion of the
purchase price paid for Bextra and/or Celebrex during the class
periods specified in those actions.

21.     PSC Executive Committee member _____
is designated to serve as Chair of the Purchase Claims Committee,
with PSC members _____ and
_____ as Vice-Chairs.  They may designate
additional members of the Committee.  The Purchase Claims
Committee shall be directly responsible for propounding,
scheduling, and conducting party and third party document and
deposition discovery that pertains to purchase claims, and for
pleadings, briefs and arguments on merits, class, and discovery-
related motions and matters that pertain to purchase claims.

The undersigned respectfully request that Elizabeth J. Cabraser, Joseph W. Cotchett,
William M. Audet, Richard J. Arsenault, Steve W. Berman, Daniel E. Becnel, Kristian W.
Rasmussen, Mark P. Robinson and Paul Sizemore be appointed to serve on the PSC Executive
Committee; and that Steve W. Berman, Don Barrett, and James D. Dugan, II be appointed to
serve as Chair and Vice-Chairs, respectively, of the Purchase Claims Committee.

**III.    THE PROPOSED PLAINTIFFS' ORGANIZATIONAL STRUCTURE REFLECTS THE MANUAL FOR COMPLEX LITIGATION'S RECOMMENDATIONS AND THIS COURT'S P.T.O. #1 CRITERIA.**

The *Manual for Complex Litigation (Fourth)* (Federal Judicial Center 2004)("*MCL 4th*") recommends that courts entrusted with the management of complex litigation, including MDL litigation, designate plaintiffs' counsel, to serve, *e.g.*, as lead counsel, liaison counsel, and plaintiffs' steering committee members, who demonstrate a proven track record of working for the common benefit.  As the *MCL 4th* observes:

> Counsel need to fulfill their obligations as advocates in a manner that will foster and sustain good working relations among fellow counsel and with the Court.  They need to communicate constructively and civilly with one another and attempt to resolve disputes informally as often as possible.  Even where the stakes are high, counsel should avoid unnecessary contentiousness and limit the controversy to material issues genuinely in dispute.

*MCL 4th*, § 10.21 "Responsibilities in Complex Litigation."

Accordingly, the *MCL 4th* recommends that courts designate attorneys to act on behalf of common interests.  The Court is advised to "conduct an independent review…to ensure that counsel appointed to leading roles are qualified and responsible, that they will fairly and adequately represent all of the parties on their side, and that their charges will be reasonable." *MCL 4th*, § 1022.

As the *MCL 4th* notes, however, "in some cases the attorneys coordinate their activities without the court's assistance, and such effort should be encouraged."  *Id.*  Such is certainly the case here:  the undersigned counsel have organized themselves voluntarily, have already devoted extensive time to this litigation on a priority basis, and are cooperating with each other to advance the common interests of plaintiffs.  They have commenced the process of discussion, among themselves, and with defense counsel, of the essential procedures of this MDL:  matters such as protective and evidence preservation orders, discovery protocols, document organization and pretrial schedules.  Indeed, the undersigned interim lead and liaison counsel have, with the consent and consensus of the plaintiffs' counsel active in the MDL 1699 litigation, met in person and by telephone as a committee and with defense counsel; have prepared and circulated drafts of proposed pretrial orders addressing the afore-mentioned matters, and have submitted, on

1  December 1, 2005, the Plaintiffs' and joint submissions called for by this Court's <u>Pretrial Order</u>

2  <u>#1</u>.  The undersigned are continuing to meet and confer with defense counsel on other case

3  management issues, including the coordination of discovery in federal and state courts, a schedule

4  for discovery, the order of expert discovery, the use of a plaintiff fact sheet, and a protective

5  order.

6       The undersigned applicants respectfully submit that they have demonstrated in their prior

7  MDL appointments, and are demonstrating by their ongoing conduct in *this* litigation, the

8  qualities of experience, cooperation, time commitment, civility and skill essential to function

9  effectively as a formally appointed Plaintiffs' Steering Committee herein.

10      The proposed Plaintiffs' Organizational Structure for MDL No. 1699 comprises the major

11  categories recognized by the *MCL 4th*:  Lead Counsel, Liaison Counsel and a Plaintiffs' Steering

12  Committee.  *MCL 4th*, § 10.221.  In the process of discussing, developing and now proposing the

13  formal designation of this structure, plaintiffs' counsel kept in mind the factors discussed in the

14  *MCL 4th*, and recognized that "the most important is achieving efficiency and economy without

15  jeopardizing fairness to the parties." *Id.*

16      The resulting structure is thus an inclusive one, and special care was taken to include

17  within it all counsel whose experience in other cases, whose expertise with respect to the Bextra

18  and Celebrex claims, and whose substantial case loads, necessitated, as a practical matter, their

19  inclusion and involvement, to assure that these MDL proceedings are a central nexus in which

20  Bextra and Celebrex claims are managed, prepared for trial, adjudicated, and resolved.

21  Experience in many other mass tort MDLs has taught the undersigned applicants that such

22  inclusion, far from creating inefficiency, duplication of effort, or waste of resources, is essential,

23  in a mass tort litigation context, to achieving the efficiency and economy that are the *MCL 4th*'s

24  goals.

25      Unlike, for example, modern federal securities litigation, in which a single "Lead

26  Plaintiff" dominates the proceedings and appoints counsel, mass tort plaintiffs enjoy greater

27  autonomy; including, most significantly, the free choice of individual counsel; and, in many

28  cases, the ability to choose between the federal (MDL) forum and state courts.  For this reason, as

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

a practical matter, plaintiffs' organizational structures in mass tort cases tend to be larger and more inclusive than their counterparts in securities or antitrust litigation.  The proposed PSC herein is similar in size to the Court-appointed PSC presently serving in the *Vioxx* (MDL No. 1657) and *Baycol* (MDL No. 1431) pharmaceutical products liability MDLs.

The common benefit services of designated plaintiffs' counsel on the PSC will not add to the expenses of the litigants.  Funding of the litigation and reimbursement for common benefit work is accomplished as follows:

First, mass tort MDLs commonly utilize a percentage assessment system, whereby a small percentage of all plaintiffs' recoveries, whether by judgment or settlement, are deposited into a common benefit fund under the MDL Transferee Court's jurisdiction.  Application is made, at the conclusion of the matter, by designated counsel and others who have provided authorized common benefit services, for reimbursement of costs and payment of fees from this common benefit fund.  Any unawarded residue is returned to the contributors.  MDL assessment orders are typically entered after the appointment of designated counsel, in conjunction with an order providing for the maintenance and submission of time and expense records (*see MCL 4th*, § 40.23), and provide for percentage contributions, typically less than 10 percent.[2]

Second, to fund the substantial and immediate expenses of plaintiffs' common benefit work, the designated attorneys advance costs by voluntary instead of periodic assessments.  Reimbursement for these advanced costs is also sought at the conclusion of the matter, from the common benefit fund.

Plaintiffs' counsel have placed the timekeeping and compensation issues on the Joint Proposed Agenda for discussion at the initial pretrial conference, and are in the process of drafting a proposed common benefit assessment/time and expense records order for this Court's consideration, to be entered as a subsequent pretrial order in this case.

---

[2] *See In re MGM Grand Hotel Fire Litigation*, 660 F. Supp. 522, 525-29 (D. Nev. 1987) (7% assessment); *In re Air Crash Disaster at Florida Everglades on December 29, 1972*, 549 F.2d 1006, 1019-21 (5th Cir. 1977) (8% assessment); *In re Diet Drugs Product Liability Litigation*, MDL No. 1203 (E.D. Pa.) (6% assessment); *In re Baycol Prods. Liab. Litig.*, MDL 1431 (6% assessment); *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, MDL 1407 (4% assessment); *In re Propulsid Prods. Liab. Litig.*, MDL 1355 (6%); *In re Rezulin Prods. Liab. Litig.*, MDL 1348 (6%).

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

1    The undersigned applicants gave careful consideration to the optimum size, as well as the

2    structure and functions, of the proposed Plaintiffs' Steering Committee.  They selected, as their

3    proposed Lead and Liaison Counsel, prominent Northern District of California practitioners from

4    sizeable Northern California firms with extensive MDL and mass tort experience, whose facilities

5    and resources enable them to fulfill the lead and liaison counsel roles specified by the *MCL 4th*.

6    The members of the Plaintiffs' Steering Committee and its Executive Committee include

7    attorneys who have filed both personal injury and "purchase" claims (class actions on behalf of

8    third-party payors and/or consumers), and include a diverse and distinguished array of men and

9    women from every geographic region, with substantial experience, and success, in the

10   prosecution, adjudication, and resolution of other important recent mass torts including (as the

11   individual applications set forth in detail) the *Breast Implants*, *Rezulin*, *Propulsid*, *Diet Drugs*,

12   *Baycol*, *Zyprexa*, and *Vioxx* products liability MDLs.

13   We respectfully request this Court's approval of the proposed Plaintiffs' Organizational

14   Structure, and the designation of the undersigned to serve therein.

15

16   Dated:  December 2, 2005              Respectfully submitted,

17                                        By _____

18                                           ELIZABETH J. CABRASER

19                                        Elizabeth J. Cabraser  (CA State Bar No. 083151)
                                          Scott P. Nealey  (CA State Bar No. 193062)
                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
20                                        Embarcadero Center West
                                          275 Battery Street, 30th Floor
21                                        San Francisco, CA  94111-3339
                                          Telephone:  (415) 956-1000
22                                        Facsimile:   (415) 956-100

23                                        *Interim Liaison Counsel for Plaintiffs*

24

25

26

27

28

490379.1                         - 10 -            Case No. M:05-CV-01699-CRB; MDL No. 1699

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

1    Joseph W. Cotchett  (CA State Bar No. 36324)
     Frank W. Pitre  (CA State Bar No. 100077)
2    COTCHETT PITRE SIMON & MCCARTHY
     840 Malcolm Road, Suite 200
3    Burlingame, CA  94010
     Telephone:  (650) 697-6000
4    Facsimile:  (650) 697-0577

5    *Interim Lead Counsel for Plaintiffs*

6
     Richard J. Arsenault
7    J. R. Whaley
     NEBLETT, BEARD & ARSENAULT
8    2220 Bonaventure Court
     P.O. Box 1190
9    Alexandria, LA  71301-1190
     Telephone: 318.487.9874
10   Facsimile: 318.561.2591

11   William M. Audet
     ALEXANDER, HAWES & AUDET
12   221 Main Street, Suite 1460
     San Francisco, CA  94105
13   Telephone: 415.921-1776
     Facsimile: 415.576.1776
14
     Don Barrett
15   BARRETT LAW OFFICES
     405 Court Square
16   Lexington, MS  39095-0987
     Telephone: 662.834.2376
17   Facsimile: 662.834.2628

18   Daniel E. Becnel
     LAW OFFICES OF DANIEL E. BECNEL
19   Post Office Drawer H
     106 West Seventh Street
20   Reserve, LA  70084
     Telephone: 985.536.1186
21   Facsimile: 985.536.6445

22   Steve W. Berman
     Thomas M. Sobol
23   HAGENS BERMAN SOBOL SHAPIRO, LLP
     1310 Fifth Avenue, Suite 2900
24   Seattle, WA  98101
     Telephone: 206.623.7292
25   Facsimile: 206.623.1290

26

27

28

490379.1                          - 11 -                 Case No. M:05-CV-01699-CRB; MDL No. 1699

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

Christopher Seeger
David R. Buchanan
SEEGER WEISS LLP
ONE WILLIAM STREET
New York, NY 10004
Telephone: 212.584.0700
Facsimile: 212.584.0799

Peter W. Burg
BURG SIMPSON ELDREDGE HERSH
 & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Telephone: 303.792.5595
Facsimile: 303.708.0527

John. L. Burris
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport, Suite 1120
Oakland, CA 94621
Telephone: 510.839.5200
Facsimile: 510.839.3882

Thomas P. Cartmell
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816.701.1100

James D. Dugan, II
DUGAN & BROWNE PLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
Telephone: 504.648.0180
Facsimile: 504.648.0181

Michael A. Galpern
LOCKS LAW FIRM PLLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Telephone: 856.663.8200
Facsimile: 856.661.8400

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD LLP
1111 Bagby, Suite 2200
Houston, TX 77002
Telephone: 713.650.0022
Facsimile: 713.650.1669

PLTFS' JOINT REQUEST FOR APPROVAL OF PROPOSED ORGANIZATIONAL STRUCTURE & DESIGNATION OF COUNSEL

1   Steven J. Skikos
    LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
2   450 Newport Center Drive, 2nd Floor
    Newport Beach, CA 92660
3   Telephone: 949.640.8222

4   David P. Matthews
    ABRAHAM, WATKINS, NICHOLS, SORRELS,
5   MATTHEWS & FRIEND
    800 Commerce Street
6   Houston, TX 77002-1776
    Telephone: 713.222.7211
7   Facsimile: 713.225.0827

8   Tina Bailer Nieves
    GANCEDO & NIEVES, LLP
9   144 W. Colorado Boulevard
    Pasadena, CA 91105
10  Telephone: 626.685.9800
    Facsimile: 626.685.9808

11

12  Kristian W. Rasmussen
    LEVIN, PAPANTONIO, THOMAS, MITCHELL,
    ECHSNER & PROCTOR, P.A.
13  P.O. Box 12308
    Pensacola, FL 32591
14  Telephone: 850.435.7000
    Facsimile: 850.435.7020

15  Mark P. Robinson
16  ROBINSON, CALCAGNIE & ROBINSON
    620 Newport Center Drive, 7th Floor
17  Newport Beach, CA 92660
    Telephone: 949.720.1288
18  Facsimile: 949.720.1292

19  Paul Sizemore
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS &
20  MILES, P.C.
    218 Commerce Street
21  Montgomery, AL 36104
    Telephone: 334.269.2343
22  Facsimile: 334.954.7555

23  *Plaintiffs' Joint PSC Applicants*

24

25

26

27

28