A CERTIFIED TRUE COPY
NOV 21 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

FILED

(SEE ATTACHED SCHEDULE)

DEC - 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 100 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 2 05-824~~ | ~~Katie Thomas v. Pfizer, Inc., et al.~~ | Opposed 11/18/05 |
| ~~ALM 2 05-832~~ | ~~Rosa M. Nelson v. Pfizer, Inc., et al.~~ | Opposed 11/18/05 |
| ~~ALM 2 05-841~~ | ~~Ozzie Jackson v. Pfizer, Inc., et al.~~ | Opposed 11/18/05 |
| ~~ALM 2 05-941~~ | ~~William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.~~ | Opposed 11/18/05 |
| **ALABAMA NORTHERN** | | |
| ALN 4 05-2041 | Kimberly Campbell, etc. v. Pfizer, Inc., et al. | |
| ALN 7 05-1280 | Samanthia Russell v. G.D. Searle, LLC, et al. | |
| **ALABAMA SOUTHERN** | | |
| ALS 2 05-542 | Ann Beverly, etc. v. Pfizer, Inc., et al. | |
| **ARKANSAS EASTERN** | | |
| ARE 4 05-1279 | Claude Griffin v. Pfizer, Inc. | |
| **FLORIDA MIDDLE** | | |
| FLM 6 05-1425 | Diane Marshall, etc. v. Pfizer, Inc., et al. | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 05-22483 | Joan H. Grimsley v. Pfizer, Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 05-706 | Juanita Allen, et al. v. Pfizer, Inc., et al. | |
| **KANSAS** | | |
| KS 2 05-2337 | Elizabeth Winlaw, etc. v. Pharmacia & Upjohn Co., et al. | |
| **KENTUCKY WESTERN** | | |
| ~~KYW 3 05-598~~ | ~~Roger G. Ewing v. Pfizer, Inc.~~ | Opposed 11/17/05 |
| KYW 5 05-193 | James Hill v. Pfizer, Inc. | |
| **LOUISIANA EASTERN** | | |
| LAE 2 05-1873 | Albert Stockfelt, et al. v. Pfizer, Inc. | |
| LAE 2 05-2114 | Sandy Kenny v. Pfizer, Inc. | |
| LAE 2 05-2138 | Ronald P. Lockwood v. Pfizer, Inc. | |
| ~~LAE 2 05-2436~~ | ~~Raymond Audler, et al. v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| LAE 2 05-3669 | Philip Burnson, Jr., et al. v. Pfizer, Inc. | |
| LAE 2 05-3977 | Charles C. Foti, Jr., et al. v. Pfizer, Inc. | |
| LAE 2 05-4214 | Cafray Richard, et al. v. Pfizer, Inc. | |
| **MINNESOTA** | | |
| MN 0 05-2306 | Margaret Allen, et al. v. Pfizer, Inc. | |
| MN 0 05-2326 | Robert Wilson v. Pfizer, Inc. | |

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699

**DIST. DIV. C.A. #**          **CASE CAPTION**

MISSOURI EASTERN
| MOE 1 05-165 | Vernice T. Brasher v. Pfizer, Inc., et al. | |
|---|---|---|
| ~~MOE 4 05-1302~~ | ~~Vern Bowers v. Pfizer, Inc., et al.~~ | Opposed 11/18/05 |
| MOE 4 05-1343 | Donald Cross, et al. v. G.D. Searle, LLC, et al. | |
| MOE 4 05-1601 | Leo L. Koester, et al. v. Pfizer, Inc., et al. | |
| ~~MOE 4 05-1602~~ | ~~Georgette Asbury v. Pharmacia Corp., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1603~~ | ~~Brenda Bryan v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1604~~ | ~~Frances D. Bangs v. Pharmacia Corp., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1605~~ | ~~J.C. Bunch v. Pharmacia Corp., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1606~~ | ~~Kathy Dimick v. Pharmacia Corp., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1607~~ | ~~Marla Harper v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1608~~ | ~~Beverly Mitchell v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1609~~ | ~~Sonja Mooberry v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1610~~ | ~~Helen Zdrakovich v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1611~~ | ~~Jewell Allen v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1612~~ | ~~John Beaber v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1613~~ | ~~Leonard Berry v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1614~~ | ~~Rogelio Caldera v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1615~~ | ~~Sybil Ball v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1617~~ | ~~Henry Cooper v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1619~~ | ~~Eugene Clervi v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1620~~ | ~~Alberta Cox v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1621~~ | ~~Linda Douglas v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1622~~ | ~~Robert Gordon v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1623~~ | ~~Betty Jo Green v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1624~~ | ~~Hazel Humphrey v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1625~~ | ~~Rudean Hurt v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1626~~ | ~~Robert Kraemer v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1627~~ | ~~Brenda Mahone v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1628~~ | ~~Leonard Mask v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1629~~ | ~~Dolores McNearney v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1630~~ | ~~Daniel Moser v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1631~~ | ~~Dolly Peterson v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1632~~ | ~~Lilly Pierce v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1633~~ | ~~Timothy Tarpley v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1634~~ | ~~William Washington v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1635~~ | ~~Helen Webb v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1636~~ | ~~Raymond Winn v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1637~~ | ~~Jack Backowski v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1638~~ | ~~Sandy Jeffers v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1639~~ | ~~Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1640~~ | ~~Patty Welch v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1641~~ | ~~Teresa Whitledge v. G.D. Searle, LLC, et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1642~~ | ~~Donna Alubur v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1643~~ | ~~Sharlene Border v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1644~~ | ~~Charles Bruun v. G.D. Searle, LLC, et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1645~~ | ~~Tireta Johnson v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1646~~ | ~~Tina McCoy v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1647~~ | ~~Evelina Anderson, et al. v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1648~~ | ~~Deborah Caywood, et al. v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1649~~ | ~~Don Stobbe v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1650~~ | ~~Stephanie Shearer v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1651~~ | ~~John Cogle v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1652~~ | ~~Thomas DeVault v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1653~~ | ~~James Dougan v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1654~~ | ~~Margaret Hamilton v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1655~~ | ~~Wanda Newport v. Monsanto Co., et al.~~ | Opposed 11/21/05 |

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| ~~MOE 4 05-1656~~ | ~~Phyllis Taylor v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1657~~ | ~~Thomas Nolan v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1658~~ | ~~Barbara Singleton v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1659~~ | ~~Judy McRoberts v. Pfizer, Inc., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1660~~ | ~~Carol Snowbarger v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1661~~ | ~~William Stutz v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1662~~ | ~~Margaret White v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1663~~ | ~~Edward Wilt v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| ~~MOE 4 05-1664~~ | ~~Ardella Heckman v. Monsanto Co., et al.~~ | Opposed 11/21/05 |
| MOE 4 05-1774 | Tresa J. Abney v. Pfizer, Inc., et al. | |

MISSOURI WESTERN
    MOW 2 05-4314    Linda M. Salas v. Pfizer, Inc.
    MOW 4 05-855    William Banning, et al. v. Pfizer, Inc.
    MOW 4 05-856    Mary McKinney v. Pfizer, Inc.
    MOW 4 05-857    Phillip Kanngiesser, et al. v. Pfizer, Inc.
    MOW 4 05-858    John Ryan, et al. v. Pfizer, Inc.
    MOW 4 05-958    Maisie Cavanah, et al. v. Pfizer, Inc.
    MOW 4 05-959    Barbara Goddard, et al. v. Pfizer, Inc.
    MOW 6 05-3455    Ron M. Lipe v. Pfizer, Inc., et al.

MISSISSIPPI SOUTHERN
    MSS 1 05-256    Kathleen Cote, etc. v. G.D. Searle, LLC, et al.
    MSS 1 05-397    Margaret Stockert v. Pharmacia Corp., et al.
    MSS 2 03-247    Leona McFarland, et al. v. Merck & Co., Inc., et al.
    MSS 2 03-249    Bettye J. Magee, et al. v. Merck & Co., Inc., et al.
    MSS 2 05-128    Hugh Rankin Collins, et al. v. Pharmacia Corp., et al.
    MSS 5 05-65    Velma L. Lee v. Pfizer, Inc.
    MSS 5 05-110    Ernest Lee Pennebaker, Jr. v. Pfizer, Inc.

NEW JERSEY
    NJ 2 05-3744    Roseanne Sachs, et al. v. Pfizer, Inc.

NEW YORK SOUTHERN
    NYS 1 05-7542    Cheryl Benford, et al. v. Pfizer, Inc.
    NYS 1 05-7543    Toni Skinner, et al. v. Pfizer, Inc.
    NYS 1 05-7544    Ronald Lipe, et al. v. Pfizer, Inc.
    NYS 1 05-8030    Henry Routh, et al. v. Pfizer, Inc., et al.
    NYS 1 05-8097    Maryann Sweeney, etc. v. Pfizer, Inc.
    NYS 1 05-8491    Marla Murphy v. Pfizer, Inc.

OREGON
    OR 3 05-1517    Linda Armstrong, et al. v. Pfizer, Inc.

PENNSYLVANIA WESTERN
    PAW 1 05-270    Priscilla M. Chetoni, et al. v. Pfizer, Inc.

TEXAS EASTERN
    TXE 1 05-641    Gerald Russell, et al. v. Pfizer, Inc.
    TXE 1 05-671    Martha Ward v. Pfizer, Inc., et al.
    TXE 1 05-672    James W. Betz, etc. v. Pfizer, Inc., et al.
    TXE 2 05-425    Donald Lynn Browne, et al. v. Pfizer, Inc.
    TXE 6 05-358    Mary Beth Hooper, etc. v. Pfizer, Inc., et al.

TEXAS NORTHERN
    TXN 3 05-736    Judy Jones, et al. v. Pfizer, Inc., et al.

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TEXAS SOUTHERN | |
| TXS 7 05-149 | Santos Villarreal Layton v. Dario Arango, M.D., et al. |
| TEXAS WESTERN | |
| TXW 1 05-411 | Robert Eugene German, et al. v. Pfizer, Inc. |
| TXW 5 05-796 | Sylvester Torres v. G.D. Searle & Co., et al. |
| UTAH | |
| UT 1 05-93 | Dennis P. Jensen v. Pfizer, Inc. |