A CERTIFIED TRUE COPY

NOV 2 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 7 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-4)**

FILED

DEC - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 100 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**         **CASE CAPTION**

CALIFORNIA CENTRAL
- CAC 2  05-6227    Sheraldine Joseph v. G.D. Searle & Co., et al.
- CAC 2  05-6228    Larry Jenkins v. G.D. Searle & Co., et al.
- CAC 2  05-6229    Henry A. Roland v. G.D. Searle & Co., et al.
- CAC 2  05-6234    Carol Williams v. G.D. Searle & Co., et al.
- CAC 2  05-6236    Peggy Love v. G.D. Searle & Co., et al.
- CAC 2  05-6238    Ramona Kenney v. G.D. Searle & Co., et al.
- CAC 2  05-6239    Richard McCaulley v. G.D. Searle & Co., et al.
- CAC 2  05-6241    Theresa Roux v. G.D. Searle & Co., et al.
- CAC 2  05-6243    Edwin Wagner v. G.D. Searle & Co., et al.
- CAC 2  05-6246    Connie Bush v. G.D. Searle & Co., et al.
- CAC 2  05-6247    L.E. Glenn v. G.D. Searle & Co., et al.
- CAC 2  05-6249    Billy Joe Bratcher v. G.D. Searle & Co., et al.
- CAC 2  05-6251    Betty Claunch v. G.D. Searle & Co., et al.
- CAC 2  05-6252    Franklin Dean Elders v. G.D. Searle & Co., et al.
- CAC 2  05-6253    Joan Gibb v. G.D. Searle & Co., et al.
- CAC 2  05-6254    Cecil Carter v. G.D. Searle & Co., et al.
- CAC 2  05-6255    Bessie Jean Carson v. G.D. Searle & Co., et al.
- CAC 2  05-6256    Patricia Fuller v. G.D. Searle & Co., et al.
- CAC 2  05-6258    Eugene Jackson v. G.D. Searle & Co., et al.
- CAC 2  05-6260    Rudena Hurt v. G.D. Searle & Co., et al.
- CAC 2  05-6261    Olganova Winona Rodgers v. G.D. Searle & Co., et al.
- CAC 2  05-6262    Richard Pruitt v. G.D. Searle & Co., et al.
- CAC 2  05-6263    Bessie Noe v. G.D. Searle & Co., et al.
- CAC 2  05-6264    Edna G. Rippe v. G.D. Searle & Co., et al.
- CAC 2  05-6265    Ella Wren v. G.D. Searle & Co., et al.
- CAC 2  05-6266    Lenora Randall v. G.D. Searle & Co., et al.
- CAC 2  05-6272    Joyce M. Hayes v. G.D. Searle & Co., et al.
- CAC 2  05-6273    Dorothy Hughes v. G.D. Searle & Co., et al.
- CAC 2  05-6302    Janice Dalton, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6304    Michael Christensen, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6305    Melissa Collins, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6307    Dale Casey, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6308    James Chronister, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6309    Doris Branson, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6311    Homer F. Atkinson, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6312    Marvin H. Dooms, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6313    Ira Carter, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6314    Jimmy Elder, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6315    Ralph E. Flippo, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6316    Judith Ann Gunnerson, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6317    Alton Johnson, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6318    Jim Johnson, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6320    Regina Reidi, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6321    Shirley Milam, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6322    Beverly Steiniger, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6323    Clemon S. Seaton, Jr., et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6324    Judy Young, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6325    Angelo Vitale, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6326    James McKinney, et al. v. G.D. Searle & Co., et al.
- CAC 2  05-6327    Pamela Plummer, et al. v. G.D. Searle & Co., et al.

**DIST. DIV. C.A. #**            **CASE CAPTION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CAC 2 05-6328 | Charles Motley, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6329 | Teresa Middleton, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6331 | Roy Kackley, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6332 | Sharon Noble, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6333 | Zedith Lillard, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6334 | Glossie Love, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6336 | Terrace Lee Salsman, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6354 | Gayle Williams-Rhinehart, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6355 | Willa L. Doyle, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6356 | Kevin Yonke, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6357 | Robert Willing, Sr., et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6358 | Linda Trent, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6359 | Olganova Winona Rodgers v. G.D. Searle & Co., et al. |
| CAC 2 05-6362 | Rudena Hurt v. G.D. Searle & Co., et al. |
| CAC 2 05-6364 | Dorothy Hughes v. G.D. Searle & Co., et al. |
| CAC 2 05-6366 | Joyce M. Hayes v. G.D. Searle & Co., et al. |
| CAC 2 05-6367 | Sharon Clark, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6368 | Robert M. Hill v. G.D. Searle & Co., et al. |
| CAC 2 05-6369 | Josephine Butcher v. G.D. Searle & Co., et al. |
| CAC 2 05-6370 | Cassie Glover v. G.D. Searle & Co., et al. |
| CAC 2 05-6371 | Virginia Bowden v. G.D. Searle & Co., et al. |
| CAC 2 05-6372 | Theodore L. Guthrie v. G.D. Searle & Co., et al. |
| CAC 2 05-6373 | Franklin Dean Elders v. G.D. Searle & Co., et al. |
| CAC 2 05-6375 | Corine Bush v. G.D. Searle & Co., et al. |
| CAC 2 05-6376 | William Ball v. G.D. Searle & Co., et al. |
| CAC 2 05-6377 | James Stanbro, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6378 | Marvin H. Dooms, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6379 | Raymond Decker, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6380 | Melissa Collins, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6381 | David Chenault, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6382 | Sharon Thompson v. G.D. Searle & Co., et al. |
| CAC 2 05-6385 | Thomas R. Hendrickson, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6386 | Dennis Eilenstine, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6387 | Donald Young, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6389 | Deborah Whittaker, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6390 | Linda Trent, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6391 | Dennis Eilenstine, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6392 | Gayle Rhinehart-Williams, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6393 | Norman Schniedermeyer, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6394 | Louann Dennis, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6395 | Alanda Creer v. G.D. Searle & Co., et al. |
| CAC 2 05-6396 | Joyce Croft v. G.D. Searle & Co., et al. |
| CAC 2 05-6397 | Sharon Thompson v. G.D. Searle & Co., et al. |
| CAC 2 05-6398 | Richard Wright v. G.D. Searle & Co., et al. |
| CAC 2 05-6399 | Angela M. Swedeen, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6400 | Carole Longworth, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6401 | Joyce Peoples, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6402 | Norma Sawyers, etc. v. G.D. Searle & Co., et al. |
| CAC 2 05-6416 | Thomas Rice, et al. v. G.D. Searle & Co., et al. |
| CAC 2 05-6438 | Don McIntosh v. G.D. Searle & Co., et al. |
| CAC 2 05-6480 | Sedik Pirvezrdean, et al. v. G.D. Searle & Co., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 2 05-2220 | Roy Carter v. Pfizer, Inc. |
| ILC 3 05-3254 | Autumn L. Sinkhorn v. Pfizer, Inc. |
| ILC 3 05-3255 | Gary Pharis v. Pfizer, Inc. |

SCHEDULE CTO-4 - TAG-ALONG ACTIONS MDL-1699                              Page 3 of 3

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| ILLINOIS NORTHERN | |
| ILN 1 05-5731 | Nadyne Milinkovich v. Pfizer, Inc. |
| LOUISIANA EASTERN | |
| LAE 2 05-4449 | Chester Brown, et al. v. Pfizer, Inc. |
| MISSOURI EASTERN | |
| MOE 4 05-1903 | Donald G. Newmann v. Pfizer, Inc. |
| MISSOURI WESTERN | |
| MOW 2 05-4335 | Louise Kidd v. Pfizer, Inc. |
| MOW 4 05-1010 | Ella Wren v. G.D. Searle & Co., et al. |
| MOW 4 05-1011 | Eugene Jackson v. G.D. Searle & Co., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 05-8815 | James Wright v. Pfizer, Inc., et al. |
| NYS 1 05-8849 | Monty Cooper v. Pfizer, Inc. |
| TEXAS SOUTHERN | |
| TXS 2 05-499 | Delia Vera Pena v. Pfizer, Inc. |