A CERTIFIED TRUE COPY

DEC 2 3 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 3:05-md-01699-CRB   Document 122   Filed 12/28/05   Page 1 of 2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 7 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 & 1699

M 05 1699 CRB

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

FILED
DEC 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gavin Dineen v. Merck & Co., Inc., et al., E.D. Louisiana, C.A. No. 2:05-2289 (E.D. Missouri, C.A. No. 4:05-624)

## MDL-1657 SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-9)

A conditional transfer order was filed in MDL-1657 in this action (*Dineen*) on May 20, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Dineen* on June 7, 2005, and *Dineen* was transferred to the Eastern District of Louisiana for inclusion in the MDL-1657 centralized pretrial proceedings. The Panel has now determined, however, that in addition to claims relating to the prescription drug Vioxx that are appropriate for inclusion in MDL-1657, *Dineen* contains claims relating to the prescription drugs Bextra and Celebrex that are appropriate for inclusion in the MDL-1699 centralized pretrial proceedings occurring in the Northern District of California before the Honorable Charles R. Breyer.

IT IS THEREFORE ORDERED that the Bextra/Celebrex claims in *Dineen* be separated and remanded to the Eastern District of Missouri pursuant to 28 U.S.C. § 1407(a).

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex action is transferred under 28 U.S.C. § 1407 from the Eastern District of Missouri to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, ___F. Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 23 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel