# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX, ETC.

Plaintiff(s),

v.

PFIZER, INC.

Defendant(s).

CASE NO. MDL 1699

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

HENRY CABELL LEVENTIS, an active member in good standing of the bar of U.S.D.C., SC, whose business address and telephone number is P.O. Box 1792, Mt. Pleasant, SC (843)216-9000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Tomm L. Gipe.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Jan. 03, 2006

JUDGE CHARLES R. BREYER
United States District Judge