A CERTIFIED TRUE COPY

DEC 28 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 12 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1699**

M 05-1699 CRB

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-10)**

FILED
JAN - 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 349 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-10 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA EASTERN** | |
| CAE 2 05-2234 | Julie Meggers v. Pfizer Inc., et al. |
| CAE 2 05-2280 | Jose Montano v. Pfizer Inc. |
| CAE 2 05-2281 | Robert Evans v. Pfizer Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 05-1154 | Sharon Walker v. Pfizer Inc. |
| FLM 3 05-1166 | Lorraine Jenkins v. Pfizer Inc. |
| **KANSAS** | |
| KS 2 05-2464 | James Stephan v. Monsanto Co., et al. |
| KS 2 05-2465 | James Lemons v. G.D. Searle, LLC, et al. |
| **LOUISIANA WESTERN** | |
| LAW 6 05-1930 | Clara Mae Randle v. Pfizer Inc. |
| **MAINE** | |
| ME 2 05-209 | Maria Gilbert, etc. v. Pfizer Inc. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1886~~ | ~~Edward Spinaio v. G.D. Searle, LLC, et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-1962~~ | ~~Bruce Williams v. Pfizer Inc., et al.~~ Opposed 12/28/05 |
| MOE 4 05-2005 | Jane Swinney v. Monsanto Co., et al. |
| MOE 4 05-2059 | Michael R. Watson v. Monsanto Co., et al. |
| ~~MOE 4 05-2066~~ | ~~Harry Lambert, et al. v. Pfizer Inc., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2095~~ | ~~Loretta Henke v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2098~~ | ~~Fay D. Finley v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2099~~ | ~~Marilyn Mattick v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2100~~ | ~~Dale Lewis-Lockett v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| ~~MOE 4 05-2101~~ | ~~Ervin L. Meek v. Monsanto Co., et al.~~ Opposed 12/28/05 |
| **MISSOURI WESTERN** | |
| MOW 4 05-984 | Garland Schnack, et al. v. Pfizer Inc. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-982 | Charlotte Pickett v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| ~~TXE 6 05-342~~ | ~~George Carey, et al. v. Pfizer Inc., et al.~~ Opposed 12/21/05 |
| **TEXAS NORTHERN** | |
| TXN 4 05-699 | Kathryn F. Adair v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 05-883 | Larry Larue, et al. v. Pfizer Inc. |