A CERTIFIED TRUE COPY

DEC - 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case3:05-md-01699-CRB   Document134   Filed12/13/05   Page1 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 22 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

FILED

(SEE ATTACHED SCHEDULE)

DEC 1 3 2005

**CONDITIONAL TRANSFER ORDER (CTO-6)**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 121 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-6 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 05-2115 | Judy W. Lockridge v. Pfizer, Inc., et al. | |
| **ARKANSAS WESTERN** | | |
| ARW 2 05-2151 | Jack Myers v. Pfizer, Inc. | |
| ARW 5 05-5172 | Tim Schrader v. Pfizer, Inc. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7824 | Lilly Jaslowski, et al. v. Pfizer, Inc., et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2169 | Richard Sanders v. Pfizer, Inc., et al. | |
| CAE 2 05-2173 | Fred Bunzel v. Pfizer, Inc., et al. | |
| CAE 2 05-2178 | Frank Johnson v. Pfizer, Inc., et al. | |
| CAE 2 05-2179 | Michael Pease v. Pfizer, Inc., et al. | |
| **COLORADO** | | |
| CO 1 05-2123 | Darick Nees, et al. v. Pfizer, Inc. | |
| **KENTUCKY EASTERN** | | |
| ~~KYE 5 05-442~~ | ~~Mary Hedges, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| ~~KYE 6 05-602~~ | ~~Teresa Duff, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/05/05 |
| **KENTUCKY WESTERN** | | |
| ~~KYW 1 05-182~~ | ~~Barry Jewell, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| KYW 3 05-683 | Patricia Alvey v. Pfizer, Inc. | |
| ~~KYW 3 05-701~~ | ~~Anna Matthews, et al. v. Pfizer, Inc.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-702~~ | ~~William Johnson, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-703~~ | ~~Joseph Ruble v. Pfizer, Inc.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-704~~ | ~~Aileen Arnett, et al. v. Pfizer, Inc.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-705~~ | ~~Janet Knowland, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-706~~ | ~~Christen Summers, et al. v. Pfizer Inc., et al.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-708~~ | ~~Edna Messinger, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| ~~KYW 3 05-709~~ | ~~Clyde H. Dodson, et al. v. Pfizer, Inc., et al.~~ | Opposed 12/06/05 |
| **LOUISIANA WESTERN** | | |
| LAW 5 05-1885 | Dora Pea, etc. v. G.D. Searle & Co., et al. | |
| **MISSOURI EASTERN** | | |
| MOE 4 05-2006 | Raymond L. Sutton v. Monsanto Co., et al. | |
| **MISSOURI WESTERN** | | |
| MOW 4 05-986 | Barbara Coleman, etc. v. Pfizer, Inc. | |
| MOW 4 05-1000 | Edith Stubbs v. Pfizer, Inc., et al. | |
| MOW 4 05-1013 | L.E. Glenn v. G.D. Searle & Co., et al. | |
| MOW 4 05-1051 | Virginia D. Bowden v. G.D. Searle & Co., et al. | |
| MOW 4 05-1064 | Tiffany Perkey v. Monsanto Co., et al. | |
| MOW 4 05-1065 | Karen Kerens, et al. v. Monsanto Co., et al. | |
| MOW 4 05-1066 | Nafia Balsha, et al. v. G.D. Searle, LLC, et al. | |
| MOW 4 05-1067 | Benny Brookins, et al. v. G.D. Searle, LLC, et al. | |

SCHEDULE CTO-6 - TAG-ALONG ACTIONS MDL-1699

Page 2 of 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

MISSISSIPPI NORTHERN
   MSN 4 05-235                Michael S. Person v. Pfizer, Inc.

NEW JERSEY
   ~~NJ 1 05-5055~~                ~~Ronny Maria Sanders, etc. v. Pfizer, Inc.~~        Vacated 12/06/05

TEXAS EASTERN
   TXE 1 05-689                Tommy Whitney, et al. v. Pfizer, Inc.
   TXE 1 05-691                Colleen Roth, etc. v. Pfizer, Inc.

TEXAS NORTHERN
   TXN 4 05-670                Dale E. Richards v. Pfizer, Inc.