A CERTIFIED TRUE COPY

JAN -6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699

M 05-1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

FILED
JAN 10 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-35) WITH SEPARATION, REMAND AND*
*MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-11)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 2,680 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, 349 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN -6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-35 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 05-2239 | Virgil Boutwell, et al. v. Merck & Co., Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-7691 | Laura Davenport, et al. v. Merck & Co., Inc., et al. |
| **CALIFORNIA EASTERN** | |
| ~~CAE 2 05-2193~~ | ~~Barbara Hacker v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 |
| ~~CAE 2 05-2240~~ | ~~Christopher Leeson v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-6333 | John L. Stumpe, et al. v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS 2 05-2466 | Alex Thomas v. Pfizer, Inc., et al. |
| **KENTUCKY EASTERN** | |
| KYE 0 05-190 | Rex Collins, et al. v. Merck & Co., Inc., et al. |
| ~~KYE 5 05-437~~ | ~~William Kelly, et al. v. Merck & Co., Inc., et al.~~ Vacated 1/5/06 |
| **KENTUCKY WESTERN** | |
| ~~KYW 3 05-656~~ | ~~Robert Manley, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-669~~ | ~~Harold Thomas, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-681~~ | ~~Joan O'Bryan, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-682~~ | ~~Doyle A. Coen, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-685~~ | ~~Johnnie Anderson, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-700~~ | ~~Galen Noe, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-710~~ | ~~Cathy Groce Stearns, etc. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-716~~ | ~~Natella Kaye Cox v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-722~~ | ~~Robert Sampson v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| ~~KYW 3 05-723~~ | ~~Douglas Adams, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/6/06 |
| **LOUISIANA WESTERN** | |
| LAW 6 05-1879 | Bobby Gibson, et al. v. Ronald Degeyter, M.D., et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 05-1947~~ | ~~Shirley Adams, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/3/06 |
| MOE 4 05-2038 | Caroline Yanca v. Pfizer, Inc., et al. |
| ~~MOE 4 05-2040~~ | ~~Marie Nobles, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 |
| ~~MOE 4 05-2043~~ | ~~Bernadette Dryer, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 |
| ~~MOE 4 05-2076~~ | ~~Jean Davis, et al. v. Merck & Co., Inc., et al.~~ Opposed 1/5/06 |
| MOE 4 05-2161 | Sonia Smith, etc. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-35 TAG-ALONG ACTIONS (MDL-1657)  PAGE 2 of 2
SCHEDULE CTO-11 TAG-ALONG ACTIONS (MDL-1699)

DIST. DIV. C.A. #              CASE CAPTION

MISSOURI WESTERN
  MOW 4 05-1041          Linda Dornes v. Merck & Co., Inc., et al.
  MOW 4 05-1091          Helene Hancock, etc. v. Merck & Co., Inc., et al.
  MOW 4 05-1092          Gerri Collins v. Merck & Co., Inc., et al.
  MOW 4 05-1093          Alan Jewell, etc. v. Merck & Co., Inc., et al.
  MOW 4 05-1115          Octavia Gahagans, etc. v. Merck & Co., Inc., et al.

OREGON
  OR  3 05-1695           James Jackson, etc. v. Merck & Co., Inc., et al.

PUERTO RICO
  ~~PR  3 05-2019~~           ~~Nereida Del-Rio-Perez, et al. v. Astra Merck, Inc., et al.~~ Vacated 1/6/06
  ~~PR  3 05-2031~~           ~~Francisco Sanchez-Aviles, et al. v. Astra Merck, Inc., et al.~~ See Separate 1/6/06 Order
  PR  3 05-2040           Rafaela Roman-Velez, et al. v. Asstra Merck, Inc., et al .

TENNESSEE MIDDLE
  TNM 3 05-897            James P. Fields v. Merck & Co., Inc., et al.

TEXAS WESTERN
  TXW 5 05-1081           Lillian Vick, et al. v. Merck & Co., Inc., et al.