A CERTIFIED TRUE COPY

JAN 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 13 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1699**

M 05-1699 CRB

FILED
JAN 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

### *IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Harry Lambert, et al. v. Pfizer Inc., et al.*, E.D. Missouri, C.A. No. 4:05-2066

### ***ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER***

    A conditional transfer order was filed in this action (*Lambert*) on December 12, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Lambert* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-10" filed on December 12, 2005, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel