A CERTIFIED TRUE COPY
JAN 3 0 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
JAN 3 0 2006
FILED
CLERK'S OFFICE

FEB - 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NOS. 1657 AND 1699

M 05-1699 CRB

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
## MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Shirley Adams, et al. v. Merck & Co., Inc., et al.*, E.D. Missouri, C.A. No. 4:05-1947

## ORDER REINSTATING STAY OF CTO-35 IN MDL-1657 AND REINSTATING STAY OF CTO-11 IN MDL-1699

On December 21, 2005, the Panel filed an order conditionally i) transferring this action (*Adams*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *Adams* and remanding them to the Eastern District of Missouri, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Adams* filed a notice of opposition to the proposed transfers. On January 23, 2006, the Panel filed an order i) lifting the stay of CTO-35 in MDL-1657 and transferring *Adams* to the Eastern District of Louisiana, ii) separating and remanding to the Eastern District of Missouri the claims in *Adams* relating to Bextra and/or Celebrex, and iii) lifting the stay of CTO-11 in MDL-1699 and transferring the resulting Bextra/Celebrex action to the Northern District of California. This transfer order was predicated on the failure of plaintiffs in *Adams* to file the required motion and brief to vacate the conditional transfer orders. Reinstatement of the conditional transfer orders in *Adams* is warranted, however, because a motion and brief to vacate the conditional transfer orders was in fact filed by plaintiffs in *Adams* on January 11, 2006.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-35" in MDL-1657 filed on December 21, 2005, is REINSTATED insofar as it relates to this action.

- 2 -

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-11" in MDL-1699 (with prior separation and remand of Bextra/Celebrex claims), filed on December 21, 2005, is REINSTATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

A CERTIFIED TRUE COPY

JAN 3 0 2006