IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ This order relates to: ALL ACTIONS _____/ | No. M: 05-1699 CRB **PRETRIAL ORDER NO. 7: SCHEDULING ORDER FOR PURCHASING CLAIMS** |

1. <u>Order Applicable to Purchase Claims in MDL Proceedings</u>.  This Order applies to all purchase claims (as defined in Pretrial Order No. 2, paragraph 21) currently pending in MDL No. 1699 and to all purchase claims that have been or will be originally filed in, transferred to, or removed to this Court and assigned thereto.  This Order is binding on all parties and their counsel in all purchase claims currently pending or subsequently made part of these proceedings and shall govern each such case in the proceedings unless otherwise explicitly ordered in specific cases.

2. <u>Schedule for a Consolidated Complaint and Motions for Purchase Claims</u>.

| | |
|---|---|
| March 1, 2006 | Plaintiffs file consolidated master complaint |
| March 31, 2006 | Defendants file motion to dismiss consolidated master complaint |
| April 28, 2006 | Plaintiffs file opposition to motion to dismiss |

| | | |
|---|---|---|
| 1 | May 26, 2006 | Defendants file reply |
| 2 | **June 15, 2006   10:00 a.m.** | Hearing on motion to dismiss |

The Court will set class certification deadlines at a later date.

**IT IS SO ORDERED.**

Dated: February 14, 2006

_/s/ E. B._
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE