A CERTIFIED TRUE COPY

FEB 15 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 30 2006

FILED
CLERK'S OFFICE

M 05-1699 CRB
DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-15)**

FILED

FEB 21 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 387 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 5 05-5202 | Saundra Merle Taylor v. Pfizer Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-6619 | Herbert Tauzier, et al. v. Pfizer Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 05-2356 | Rebecca James v. Pfizer Inc., et al. |
| MOE 4 05-2357 | Eula Kilpatrick v. Monsanto Co., et al. |
| MOE 4 05-2391 | Cecil Thomas Blumm v. Monsanto Co., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 05-1249 | Dennis Noble, et al. v. G.D. Searle & Co., et al. |
| MOW 4 05-1250 | Richard Wright v. G.D. Searle & Co., et al. |
| **NEW JERSEY** | |
| NJ 3 05-5965 | Mildred Hance v. Pfizer Inc., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 05-1073 | Marshall W. Mitchell v. Pfizer Inc. |