UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>ALL CASES. | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**PRETRIAL ORDER NO. 9: AUTHORIZATIONS FOR RELEASE OF MEDICAL AND OTHER RECORDS** |

Pursuant to paragraphs 3(a) and 3(b) of Pretrial Order No. 6, Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel have met and conferred regarding authorizations for the release of medical and other records. Liaison Counsel have also obtained the custodian-specific authorizations referenced in paragraph 3(c) of that Order. Attached hereto are the following authorizations:

| Attachment | Authorization |
|---|---|
| A | Authorization for the Release of Medical Records (No Psychological Injury Asserted) |
| B | Authorization for the Release of Medical Records (Psychological Injury Asserted) |
| C | Authorization for the Release of Employment Records (No Wage Loss Asserted) |
| D | Authorization for the Release of Employment Records (Wage Loss Asserted) |

-1-

| Attachment | Authorization |
|---|---|
| E | U.S. Social Security Administration – Form for Requesting Social Security Earnings Records |
| F | U.S. Social Security Administration – Form for Requesting Social Security Disability Records |
| G | Albertson's Pharmacy |
| H | Caremark Pharmacy |
| I | CVS Pharmacy |
| J | Target Pharmacy |
| K | Walgreen's Pharmacy |
| L | Wal-Mart Pharmacy |

These authorizations are issued pursuant to paragraph 3 of Pretrial Order No. 6.

**IT IS SO ORDERED.**

Dated:  March _____, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE