UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASEW NO. M:05 –CV-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates to:<br><br>C.A. C 06 0097; *Delia Pena v. Pfizer Inc.* | **ORDER GRANTING MOTION FOR SUBSTITION OF COUNSEL FOR PLAINTIFF** |

This matter comes before the Court on Plaintiff's Motion for Substitution of Counsel. Having considered the motion and the pleadings in this matter, the Court finds that good cause is shown for the requested substitution of counsel for Plaintiff. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Substitution of Counsel is hereby **GRANTED**.

Russell T. Abney of Watts Law Firm, L.L.P. is hereby substituted for Edward C. McClees as attorney of record for Plaintiff.

SIGNED this  17th day of   March        , 2006.



_____
JUDGE PRESIDING