STUART GORDON (SBN: 37477)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Attorney for Defendant Pfizer Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | MDL Docket No. 1699 |
| | CASE NO. CA: 1:05-1491 |
| *This document relates to* | |
| JOHN EARNEST GREENWOOD CAMPBELL, INDIVIDUALLY AND ON BEHALF OF HIS DECEASED WIFE, DAISY CAMPBELL, AND THEIR CHILDREN, CHARLES GREENWOOD CAMPBELL, JOHN ERNEST GREENWOOD CAMPBELL II, DAVID GREENWOOD CAMPBELL, JUANITA GREENWOOD CAMPBELL, PATRICK GREENWOOD CAMPBELL, AND MARY GREENWOOD CAMPBELL HALEY v. Merck & Co., Inc. and Pfizer Inc. | **STIPULATION FOR DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the Plaintiffs, John Ernest Greenwood Campbell, individually and on behalf of his deceased wife, Daisy Campbell, and their children, Charles Greenwood Campbell, John Earnest Greenwood Campbell II, David Greenwood Campbell, Juanita Greenwood Campbell, Patrick Greenwood Campbell, and Mary Greenwood Campbell Haley (collectively, "Plaintiffs") and Defendant, Pfizer Inc., ("Defendant" or

-1-

1  "Pfizer"), by and through their undersigned attorneys that:

2      I.    All claims by Plaintiffs against Defendant are dismissed with prejudice as to the future filing or maintenance of any action in State Court and dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to the future filing and maintenance of any action in United States District Court.

    II.    Defendant agrees that the dismissal with prejudice as to the future filing or maintenance of any action in State Court agreed to herein will not be the basis for any defense, including, but not limited to, defenses based upon *res judicata* or the collateral estoppel doctrine in an action concerning Celebrex® or Bextra® by any of the Plaintiffs against Defendant in a United States District Court.

IT IS SO STIPULATED.

Dated: March 20, 2006

GORDON & REES LLP

By: Stuart M. Gordon
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
*Attorney for Defendant Pfizer Inc.*

Dated: March 15, 2006

MURRAY LAW FIRM

By: Stephen B. Murray
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED: March 28, 2006

HON. CHARLES R. BREYER
Judge, United States District Court for the
Northern District of California