UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>PURCHASE CLAIMS. | **STIPULATION AND ORDER REGARDING PAGE LIMITS FOR BRIEFS ON PFIZER ENTITIES' MOTIONS TO DISMISS PURCHASE CLAIMS MASTER COMPLAINTS** |

1. Pursuant to Pretrial Order No. 7, certain plaintiffs have filed the "Purchase Claims Master Celebrex Complaint" and the "Purchase Claims Master Bextra Complaint" (collectively, "Master Complaints"). The Master Complaints aggregate 146 pages and assert numerous claims under the laws of several different states, as well as federal law. Defendants named in those Master Complaints intend to file separate motions to dismiss each of the Master Complaints. At the Case Management Conference on March 16, 2006, the Court discussed with Liaison Counsel for Plaintiffs and for Defendants the request for briefing on the motions to dismiss in excess of the limits set forth in Local Rules 7.2(b) and 7.4(b).

2. The parties hereby stipulate that relief from the limits stated in the Local Rules is warranted in this proceeding. Memoranda in support of the motions to dismiss shall not exceed eighty (80) pages in the aggregate; the same limitation applies to memoranda in

-1-

opposition to the motions to dismiss. This page limitation may be allocated between the motion directed to the Purchase Claims Master Celebrex Complaint and that directed to the Purchase Claims Master Bextra Complaint as the parties deem necessary to state their positions without needless duplication. To the extent arguments apply to both Master Complaints, those arguments need not be repeated in each moving or opposing memorandum but may be incorporated by reference.

3. The parties and the Court will consider the appropriate length of reply memoranda after opposition memoranda have been filed.

**IT IS SO STIPULATED.**

Dated: March 29, 2006          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By      /s/
       ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel

Dated: March 29, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

By      /s/
       AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 30, 2006                    /s/
                              HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE