A CERTIFIED TRUE COPY

MAR 21 2006

ATTEST
ON THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 21 2006

FILED
CLERK'S OFFICE

M 05 1699 CRB
DOCKET NO. 1699

APR - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Charles Poole, et al. v. Pfizer Inc., et al., W.D. Kentucky, C.A. No. 3:06-40

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On March 2, 2006, the Panel filed a conditional transfer order in this action (*Poole*). Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Poole* submitted to the Panel for filing a timely notice of opposition to transfer of *Poole*. Plaintiffs' notice of opposition was not filed, however, due to a clerical error. As a result, the stay of transmittal of the conditional transfer order was lifted on March 20, 2006, and *Poole* was erroneously transferred to the Northern District of California at that time. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Poole* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-17" filed on March 2, 2006, is REINSTATED. Plaintiffs' notice of opposition is deemed filed as of March 21, 2006, and in accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order on or before April 5, 2006.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel