A CERTIFIED TRUE COPY

MAR 2 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

FILED
CLERK'S OFFICE

M 05-1699 CRB

DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-17)

FILED

APR - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 498 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-17 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 1 05-2591 | Willie Frank Patterson, et al. v. Pfizer Inc. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-8876 | Mark Wagner v. G.D. Searle & Co., et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-153 | Vigen Oganyan v. Pfizer Inc., et al. | |
| **GEORGIA NORTHERN** | | |
| GAN 1 06-111 | Tom Blumhardt, et al. v. Pfizer Inc., et al. | |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-97 | Michael Quinn v. Pfizer Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-66 | William Crowley v. Pfizer Inc. | |
| ~~ILS 3 06-86~~ | ~~Marie Lehnen, etc. v. G.D. Searle, LLC, et al.~~ | Opposed 3/9/06 |
| **KENTUCKY WESTERN** | | |
| KYW 3 06-40 | Charles Poole, et al. v. Pfizer Inc., et al. | |
| **LOUISIANA EASTERN** | | |
| LAE 2 05-6879 | Leodee Beavers, et al. v. Pfizer Inc. | |
| LAE 2 06-27 | Mary Lee, et al. v. Pfizer Inc. | |
| LAE 2 06-343 | Elton Johnson, Jr. v. Pfizer Inc. | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 05-1441 | Turlie Richardson v. Pfizer Inc. | |
| LAM 3 06-16 | Jewel T. Wisner, etc. v. Pfizer Inc., et al. | |
| LAM 3 06-18 | Gaetano J. Ruggiero, Jr. v. Pfizer Inc. | |
| **MINNESOTA** | | |
| MN 0 06-282 | Josephine Sadlowsky v. Pfizer Inc. | |
| MN 0 06-283 | Ronald Spence v. Pfizer Inc. | |
| MN 0 06-284 | Ronald Peterson v. Pfizer Inc. | |
| MN 0 06-285 | Linda Courtney v. Pfizer Inc. | |
| MN 0 06-286 | Jerome E. Ritter v. Pfizer Inc. | |
| MN 0 06-367 | Daryl Schuett v. Pfizer Inc. | |
| MN 0 06-368 | Hattie Wilder v. Pfizer Inc. | |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 06-116~~ | ~~Mark John Harrison, et al. v. Monsanto Co., et al.~~ | Opposed 3/17/06 |
| **MISSOURI WESTERN** | | |
| MOW 4 06-25 | Mike Harrison v. Monsanto Co., et al. | |
| MOW 4 06-81 | James Chronister v. G.D. Searle & Co., et al. | |
| MOW 4 06-82 | Rudena Hurt v. G.D. Searle & Co., et al. | |
| MOW 4 06-83 | Henry A. Roland v. G.D. Searle & Co., et al. | |
| MOW 5 06-6011 | Joyce Hayes v. G.D. Searle & Co., et al. | |

SCHEDULE CTO-17 - TAG-ALONG ACTIONS MDL-1699                          Page 2 of 2

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| NORTH CAROLINA MIDDLE | |
| NCM 1 06-69 | Michelle White, et al. v. Pfizer Inc. |
| NEW JERSEY | |
| NJ 1 05-5055 | Ronny Maria Sanders, etc. v. Pfizer Inc. |
| OKLAHOMA WESTERN | |
| OKW 5 06-97 | Wilma F. Mathews, etc. v. Pfizer Inc. |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-6794 | Alfred Czajkowski v. Searle, Ltd., et al. |
| PUERTO RICO | |
| PR 3 05-2041 | Gloria Pilar Santiago-Serrano, et al. v. Pfizer Inc., et al. |
| TEXAS EASTERN | |
| TXE 1 06-7 | John Walter Choate v. Pfizer Inc. |
| TXE 1 06-30 | Darlene F. Lannom, et al. v. Pfizer Inc. |
| TXE 1 06-41 | Robert L. Morton, et al. v. Pfizer Inc. |
| TXE 1 06-43 | June Trahan v. Pfizer Inc. |
| TXE 2 05-549 | Pauline Botkin, et al. v. Pfizer Inc., et al. |
| TEXAS NORTHERN | |
| TXN 3 05-2470 | Doris E. Bennett, et al. v. Pfizer Inc. |
| TEXAS SOUTHERN | |
| TXS 1 06-8 | Maria De La Luz Ruiz v. Pfizer Inc. |
| TXS 4 06-179 | Linda Sancic v. Pfizer Inc., et al. |
| TXS 4 06-181 | Edward L. Twiggs v. Pfizer Inc., et al. |
| TXS 4 06-184 | Helen Mary Scyres v. Pfizer Inc., et al. |
| VIRGINIA WESTERN | |
| VAW 7 05-718 | James Preston Taylor v. Pfizer Inc., et al. |
| VAW 7 05-723 | James A. White, etc. v. Pfizer Inc., et al. |