**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Clifford L. Carter, SBN 149621**
**Kirk J. Wolden, SBN 138902**
**608 University Avenue**
**Sacramento, CA 95825**
**Telephone (916) 924-3100**
**Fax (916) 924-1829**

**Rodney A. Klein, SBN 035541**
**Lawrence S. Paikoff, M.D., J.D., SBN 191732**
**2300 Bell Executive Lane**
**Sacramento, CA 95825**
**Telephone (916) 929-6000**
**Fax (916) 929-5137**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRED BUNZEL,** ) | **Case No: 3:06-CV-00291-CRB** |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER OF** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| **vs.** ) | |
| ) | |
| **PFIZER INC., MCKESSON** ) | |
| **CORPORATION and DOES 1 through** ) | |
| **100, inclusive,** ) | |
| ) | |
| **Defendants.** ) | |

IT IS HEREBY STIPULATED by and between plaintiff FRED BUNZEL (now deceased),

Clifford L. Carter of CLAYEO C. ARNOLD, PLC, and defendants PFIZER INC. and

MCKESSON CORPORATION, to dismiss case No. 3:06-CV-00291-CRB without prejudice.


Dated: April 7, 2006                          CLAYEO C. ARNOLD
                                              A Professional Law Corporation


                                              By:___/s/ - Clifford L. Carter_____
                                                 CLIFFORD L. CARTER
                                                 Attorney for Plaintiff
                                                 FRED BUNZEL

1    Dated: April 7, 2006                         TUCKER ELLIS & WEST LLP

2
                                       By:   /s/ - Peter E. Schnaitman
3                                            Peter E. Schnaitman
                                             Attorney for Defendants
4                                            PFIZER INC. and
                                             MCKESSON CORPORATION
5

6
        IT IS SO ORDERED.
7

8      April 10, 2006
                                       _____
9                                      Judge of the U.S. District Court TO ALL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2