William M. Audet (CA 117456)
Susanne N. Scovern (CA 161407)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY | MDL 1699 |
| This Document Relates to: | Case No. C:06-00119 CRB |
| YOUNG, vs. PFIZER, INC., et al. | [~~PROPOSED~~] ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

**BY FAX**

This matter comes before the Court on Plaintiff's Motion for Substitution of Counsel. Having considered the motion and the pleadings in this matter, the Court finds that good cause is shown for the requested substitution of counsel for Plaintiff. It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Substitution of Counsel is hereby GRANTED.

Michael Williams of the Barnes Firm to be substituted as attorney-in-charge for Plaintiff.

SIGNED this _17th_ day of _April_, 2006.

_____
JUDGE PRESIDING

---

1

[Proposed] Order Granting Motion for Substitution of Counsel for Plaintiff

sub atty ord.wpd