IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO.: M:05-cv-01699-CRB<br>MDL DOCKET NO. 1699<br>JUDGE CHARLES R. BREYER |
| This Document Relates to:<br>    Eunice M. Dabbs, et al.,<br>        Plaintiffs<br>        vs.<br>    Pfizer, Inc., et al.<br>        Defendants.<br><br>Case No.: 06-1710-CRB | MAGISTRATE JUDGE<br>ROBERT R. ARMSTRONG, JR. |

## ~~PROPOSED~~ ORDER TO APPEAR AS ADDITIONAL COUNSEL

This matter comes before the Court on Plaintiff's Motion to Appear as Additional Counsel. Having considered the motion and pleadings in this matter, the Court finds that good cause is shown for the requested appearance of additional counsel for the Plaintiffs. It is therefore,

ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Motion to Appear as Additional Counsel is hereby GRANTED.

Elisabeth French of the firm of Pittman, Hooks, Dutton, Kirby & Hellums, P.C., to be added as additional counsel for the Plaintiffs.

SIGNED this __21__ day of April, 2006.



_____
Judge Charles R. Breyer
United States District Court
Northern District of California