

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
APR - 5 2006

APR 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-cv-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 504 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 06-279 | Hun Suos v. Pfizer Inc., et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-1257 | Estate of Lamont Jones, et al. v. Pfizer Inc., et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-402 | Stephen Virdure v. Pfizer Inc., et al. | |
| **ILLINOIS SOUTHERN** | | |
| ILS 3 06-113 | Gaile Blair, etc. v. G.D. Searle, LLC, et al. | |
| ILS 3 06-145 | Arnold Swick v. Pfizer Inc. | |
| ILS 3 06-185 | Juanita Allen, et al. v. Pfizer Inc., et al. | |
| **KENTUCKY WESTERN** | | |
| KYW 1 06-22 | Vivie Nell Melton v. Pharmacia Corp., et al. | |
| **LOUISIANA EASTERN** | | |
| LAE 2 06-910 | Louise Herty v. Pfizer Inc. | |
| LAE 2 06-1217 | Wayne W. Yuspeh, et al. v. Pfizer Inc., et al. | |
| LAE 2 06-1224 | Mark H. Rutledge v. Pfizer Inc., et al. | |
| **LOUISIANA MIDDLE** | | |
| LAM 3 06-79 | Colleen Sapp, etc v. Merck & Co., Inc., et al. | |
| LAM 3 06-171 | Deanna Gremillion v. Pfizer Inc. | |
| **LOUISIANA WESTERN** | | |
| LAW 1 06-258 | Earl J. Lachney v. G.D. Searle, LLC, et al. | |
| **MARYLAND** | | |
| MD 1 06-1 | Edward Jefferson Clarke v. Pharmacia Co., et al. | |
| **MINNESOTA** | | |
| MN 0 06-666 | Elizabeth Judd v. Pfizer Inc. | |
| MN 0 06-668 | Nancy D. Macklin v. Pfizer Inc. | |
| MN 0 06-944 | Joyce Gardner, etc. v. Pfizer Inc. | |
| MN 0 06-945 | John Cooper v. Pfizer Inc. | |
| **MISSOURI EASTERN** | | |
| ~~MOE 4 06-176~~ | ~~Donna K. Armer v. Monsanto Co., et al.~~ | Opposed 4/13/06 |
| **MISSOURI WESTERN** | | |
| MOW 4 06-59 | Sandra Sue Dean v. G.D. Searle & Co., et al. | |
| MOW 6 06-3084 | Edna G. Rippe v. G.D. Searle & Co., et al. | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 06-59 | Mary Dellinger v. Pfizer Inc. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-1562 | Betty Ann LaCourse v. Pharmacia Corp., et al. | |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO NORTHERN** | |
| OHN 3 06-7056 | Marcos P. Sanchez, Jr., et al. v. Pfizer Inc., et al. |
| OHN 5 06-479 | Edward Baitt, et al. v. Pfizer Inc. |
| OHN 5 06-480 | Chris M. Guest, etc. v. Pfizer Inc. |
| **SOUTH CAROLINA** | |
| SC 3 06-630 | Jack G. Brown v. Pfizer Inc., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 1 06-4 | Jimmy B. Welch v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-580 | Thomas M. McCay, et al. v. Pfizer Inc. |
| TXS 4 06-688 | Lynda Marze v. Pfizer Inc. |
| **TEXAS WESTERN** | |
| TXW 6 06-69 | Valaree Hathaway v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-104 | Clyde R. Bailey, etc. v. Pfizer Inc., et al. |
| WVS 1 06-132 | Violet Akers v. Pfizer Inc. |
| WVS 1 06-133 | Ellen Lambert, et al. v. Pfizer Inc. |
| WVS 1 06-140 | Hassel Rife v. Pfizer Inc. |