

A CERTIFIED TRUE COPY

APR 11 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED  APR - 5 2006

APR 2 6 2006    FILED
CLERK'S OFFICE
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*DOCKET NO. 1699*
M 05-cv-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-20)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 504 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
_____
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                    **CASE CAPTION**

ALABAMA NORTHERN
  ALN  2  06-279                   Hun Suos v. Pfizer Inc., et al.

CALIFORNIA CENTRAL
  CAC  2  06-1257                  Estate of Lamont Jones, et al. v. Pfizer Inc., et al.

CALIFORNIA EASTERN
  CAE  2  06-402                   Stephen Virdure v. Pfizer Inc., et al.

ILLINOIS SOUTHERN
  ILS  3  06-113                   Gaile Blair, etc. v. G.D. Searle, LLC, et al.
  ILS  3  06-145                   Arnold Swick v. Pfizer Inc.
  ILS  3  06-185                   Juanita Allen, et al. v. Pfizer Inc., et al.

KENTUCKY WESTERN
  KYW  1  06-22                    Vivie Nell Melton v. Pharmacia Corp., et al.

LOUISIANA EASTERN
  LAE  2  06-910                   Louise Herty v. Pfizer Inc.
  LAE  2  06-1217                  Wayne W. Yuspeh, et al. v. Pfizer Inc., et al.
  LAE  2  06-1224                  Mark H. Rutledge v. Pfizer Inc., et al.

LOUISIANA MIDDLE
  LAM  3  06-79                    Colleen Sapp, etc v. Merck & Co., Inc., et al.
  LAM  3  06-171                   Deanna Gremillion v. Pfizer Inc.

LOUISIANA WESTERN
  LAW  1  06-258                   Earl J. Lachney v. G.D. Searle, LLC, et al.

MARYLAND
  MD  1  06-1                      Edward Jefferson Clarke v. Pharmacia Co., et al.

MINNESOTA
  MN  0  06-666                    Elizabeth Judd v. Pfizer Inc.
  MN  0  06-668                    Nancy D. Macklin v. Pfizer Inc.
  MN  0  06-944                    Joyce Gardner, etc. v. Pfizer Inc.
  MN  0  06-945                    John Cooper v. Pfizer Inc.

MISSOURI EASTERN
  ~~MOE  4  06-176~~                ~~Donna K. Armer v. Monsanto Co., et al.~~        Opposed 4/13/06

MISSOURI WESTERN
  MOW  4  06-59                    Sandra Sue Dean v. G.D. Searle & Co., et al.
  MOW  6  06-3084                  Edna G. Rippe v. G.D. Searle & Co., et al.

NORTH CAROLINA WESTERN
  NCW  1  06-59                    Mary Dellinger v. Pfizer Inc.

NEW YORK SOUTHERN
  NYS  1  06-1562                  Betty Ann LaCourse v. Pharmacia Corp., et al.

SCHEDULE CTO-20 - TAG-ALONG ACTIONS  MDL-1699

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| OHIO NORTHERN | |
| OHN 3  06-7056 | Marcos P. Sanchez, Jr., et al. v. Pfizer Inc., et al. |
| OHN 5  06-479 | Edward Baitt, et al. v. Pfizer Inc. |
| OHN 5  06-480 | Chris M. Guest, etc. v. Pfizer Inc. |
| | |
| SOUTH CAROLINA | |
| SC  3  06-630 | Jack G. Brown v. Pfizer Inc., et al. |
| | |
| TENNESSEE MIDDLE | |
| TNM 1  06-4 | Jimmy B. Welch v. Pfizer Inc., et al. |
| | |
| TEXAS SOUTHERN | |
| TXS 4  06-580 | Thomas M. McCay, et al. v. Pfizer Inc. |
| TXS 4  06-688 | Lynda Marze v. Pfizer Inc. |
| | |
| TEXAS WESTERN | |
| TXW 6  06-69 | Valaree Hathaway v. Pfizer Inc. |
| | |
| WEST VIRGINIA SOUTHERN | |
| WVS 1  06-104 | Clyde R. Bailey, etc. v. Pfizer Inc., et al. |
| WVS 1  06-132 | Violet Akers v. Pfizer Inc. |
| WVS 1  06-133 | Ellen Lambert, et al. v. Pfizer Inc. |
| WVS 1  06-140 | Hassel Rife v. Pfizer Inc. |