1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB ) ) MDL No. 1699 ) |
| This document relates to: | ) JUDGE BREYER ) |
| **ELLA L. WREN** **Individual Case No. 3:05-cv-05383-CRB** | ) **STIPULATION AND ORDER OF** ) **DISMISSAL ONLY AS TO CASE** ) **NUMBER 4:05-cv-01010-FJG** ) **ORIGINALLY FILED IN THE** ) **WESTERN DISTRICT OF MISSOURI** |

17
18
19

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Ella L. Wren, Case Number 4:05-cv-01010-FJG, originally filed in the Western District of Missouri on October 21, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:05-cv-05383-CRB, may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which Ella L. Wrren is also a named plaintiff: Ella L. Wren *v. G.D. Searle & Co.*, Case Number CV05-6265-AHM (VBKx) (a "Celebrex" complaint), originally filed in the Central District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the

California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: April 21, 2006

ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
ELLA L. WREN

Dated: April 27, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3 Dated: _May 12, 2006_____

4 HONORABLE _____

5

6

7

8

9

*(Court seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Charles R. Breyer)*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28