# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB ) ) MDL No. 1699 ) |
| This document relates to:<br><br>**L. E. GLENN**<br>**Individual Case No. 3:06-cv-00455-CRB** | ) JUDGE BREYER ) ) **STIPULATION AND ORDER OF** ) **DISMISSAL ONLY AS TO CASE** ) **NUMBER 4:05-cv–01031-ODS,** ) **ORIGINALLY FILED IN THE** ) **WESTERN DISTRICT OF MISSOURI** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff L. E. Glenn, Case Number 4:05-cv-01031-ODS, originally filed in the Western District of Missouri on October 21, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00455-CRB, may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which L. E. Glenn is also a named plaintiff: L. E. Glenn *v. G.D. Searle & Co.*, Case Number CV05-06247-AHM (JTLx) (a "Celebrex" complaint), originally filed in the Central District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of

the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

    The parties shall each bear their own costs.

Dated: April 21, 2006                ROBINSON, CALCAGNIE & ROBINSON

                                              _____

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

                -AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
L.E. GLENN

Dated: April 24, 2006                GORDON & REES

                                              _____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

---

2
STIPULATION AND ORDER OF DISMISSAL

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: __May 12, 2006_____     _____
         HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer, signed]*