1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: BEXTRA AND CELEBREX | CASE NO. M:05-CV-01699-CRB
MARKETING SALES PRACTICES AND
12 | PRODUCT LIABILITY LITIGATION | MDL No. 1699

13

14 | This Order Relates to: | **STIPULATION AND ORDER REGARDING NOTICE TO PLAINTIFFS**
15 | ALL CASES. | **OF DISCOVERY OBLIGATIONS**

16

17
         1.      Pursuant to Pretrial Order No. 6, paragraph 8(a), the parties have drafted an
18
Initial Notice to plaintiffs' counsel regarding these MDL proceedings and the plaintiffs' discovery
19
obligations contained in Pretrial Order No. 6. The agreed-upon Initial Notice is attached hereto as
20
Exhibit A.
21
         2.      Plaintiffs' Liaison Counsel has provided the information contained in the
22
Initial Notice to all plaintiffs' counsel with cases pending in the MDL proceedings as of the date
23
of this stipulation. Accordingly, the parties hereby waive (a) the requirement in Pretrial Order
24
No. 6, paragraph 8(b) that Plaintiffs' Liaison Counsel provide the Initial Notice to plaintiffs'
25
counsel with any case pending in the MDL proceedings as of the date of that Order, and (b) the
26
requirement in Pretrial Order No. 6, paragraph 8(c) that Plaintiffs' Liaison Counsel provide the
27
Initial Notice to plaintiffs' counsel with any case subsequently transferred to or filed in the MDL
28

-1-

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1662546.1
13415-401

STIPULATION AND ORDER REGARDING NOTICE TO PLAINTIFFS OF
DISCOVERY OBLIGATIONS – M:05-CV-01699-CRB

1  proceedings after that Order, to the extent such case was transferred to or filed in the MDL
2  proceedings between the dates of that Order and this stipulation.  No plaintiff shall rely upon
3  paragraph 8 of Pretrial Order No. 6 in support of any claim that he or she did not have notice of
4  the discovery obligations imposed by that Order.

5        3.     Plaintiffs' Liaison Counsel shall transmit the Initial Notice to any
6  plaintiffs' counsel who has a case transferred to or filed in the MDL proceedings after the date of
7  this stipulation if such counsel does not already have at least one case pending in these
8  proceedings.  Where such counsel already has at least one case pending in these proceedings,
9  provision of the Initial Notice is waived.

10 **IT IS SO STIPULATED.**

11 Dated: May 11, 2006              LIEFF CABRASER HEIMANN & BERNSTEIN LLP

13 By   /s/
14      ELIZABETH J. CABRASER
15 Plaintiffs' Liaison Counsel

17 Dated: May 11, 2006             DLA PIPER RUDNICK GRAY CARY US LLP

19 By   /s/
     AMY W. SCHULMAN
20 Defendants' Liaison Counsel

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24 Dated: May 15, 2006             /s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-
SD\1662546.1
13415-401
STIPULATION AND ORDER REGARDING NOTICE TO PLAINTIFFS OF
DISCOVERY OBLIGATIONS – M:05-CV-01699-CRB

DLA PIPER RUDNICK GRAY CARY US LLP