United States District Court

Northern District of California
United States Courthouse
San Francisco, California 94102

Chambers of
Charles R. Breyer
United States District Judge



May 11, 2006

Re: *In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*, MDL 1699

Dear Counsel:

Your case has been received by this Court as part of the consolidated Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation. I briefly write to welcome you to this Court, to provide you some basic contact information regarding this litigation, and to make you aware of the progress so far in this litigation and your obligations under the Court's Pretrial Orders which govern this litigation.

Pursuant to Pretrial Orders (PTO) Nos. 1 and 3, the Court has established a Plaintiffs' Steering Committee to govern the conduct of this litigation and has appointed Elizabeth J. Cabraser of Lieff, Cabraser, Heimann & Bernstein as Plaintiffs' Liaison Counsel and Joseph W. Cotchett of Cotchett Pitre Simon & McCarthy as Plaintiffs' Lead Trial Counsel. In addition, the Court has appointed Amy W. Schulman of DLA Piper Rudnick Gray Cary as Defendants' Liaison Counsel. Liaison Counsel and the Plaintiffs' Steering Committee have worked collaboratively with the Court to craft a series of Pretrial Orders which will govern this litigation on a going-forward basis.

These Pretrial Orders Nos. 1 through 11 can be obtained from this Court's website: https://ecf.cand.uscourts.gov/cand/bextra/. Links to the Court's Orders as they are issued and the current docket can be found on this website, which you should review regularly for developments in this litigation. You should also carefully review and familiarize yourself with the contents of the Court's Pretrial Orders and your obligations thereunder.

In brief, Plaintiff Counsel's immediate obligations are as follows:

1. Register for the Northern District ECF/PACER system if you have not already done so (see PTO No. 1, ¶ 9).

2. Provide, within 60 days of transfer to, or filing in, this Court of your case, a *completed* Plaintiff Fact Sheet, the documents called for on the Fact Sheet, and the appropriate medical and employment authorizations to Defense Counsel (see PTO Nos. 6 and 9). To the

May 11, 2006
Page 2

extent that you have questions regarding the Plaintiff Fact Sheets and authorizations, you can contact Plaintiffs' Liaison Counsel via e-mail at MDL1699liaison@lchb.com or by phone.

       3.     Review and execute the appropriate attachments to Pretrial Order No. 8, which establishes a common benefit fund for this litigation. Participation agreements under PTO No. 8 must be executed within 45 days of the first receipt of a case filed by yourself in the MDL (see PTO No. 8(A)(2)(a)).

My staff, our Special Master, the Honorable Fern Smith, Plaintiffs' Liaison Counsel and Lead Trial Counsel, the PSC, Defendants' Liaison Counsel, and I all look forward to working with you as this litigation proceeds. Under PTO 2, you must contact Liaison Counsel with any issues which you feel should be brought before this Court. In their role as liaison under PTO Nos. 1 and 2, Liaison Counsel will meet and confer on scheduling to have such issues brought before this Court.

                                                         Very truly yours,

                                                         The Honorable Charles R. Breyer
                                                         United States District Judge