

DOCKET NO. 1699

M 05-CV-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-22)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 552 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-22 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 7 06-241 | Harmon David Kelley, et al. v. Pfizer Inc. |
| **ALABAMA SOUTHERN** | |
| ALS 1 06-11 | Corrine Morrisette, etc. v. Pfizer Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8555 | Azell Willis v. G.D. Searle & Co., et al. |
| CAC 2 05-8556 | Johnny G. Luna, et al. v. G.D. Searle & Co., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-1483 | John Boyle v. Monsanto Co., et al. |
| ILN 1 06-1484 | Betty Belford v. G.D. Searle, LLC, et al. |
| **INDIANA SOUTHERN** | |
| INS 1 06-361 | Stephen Keisker v. Pfizer Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-1086 | Dana R. Gay v. Pfizer Inc. |
| LAE 2 06-1262 | Olivia Kiff, etc. v. Pfizer Inc. |
| LAE 2 06-1263 | Phillip Maxwell v. Pfizer Inc. |
| LAE 2 06-1264 | Diane Miskell, et al. v. Pfizer Inc. |
| LAE 2 06-1265 | Edna Griffin, et al. v. Pfizer Inc. |
| LAE 2 06-1267 | Priscella Adams, et al. v. Pfizer Inc. |
| LAE 2 06-1268 | Henry Brady, Sr., et al. v. Pfizer Inc. |
| LAE 2 06-1289 | Louise L. McConnell, et al. v. Pfizer Inc. |
| LAE 2 06-1410 | Earl Chittenden, et al. v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-1073 | Charles Vaughn v. Pfizer Inc. |
| **MISSOURI EASTERN** | |
| MOE 4 05-2258 | Janice Dalton, et al. v. G.D. Searle & Co., et al. |
| **NEW MEXICO** | |
| NM 6 06-128 | Chris Sutherland, et al. v. Pfizer Inc. |
| **NEVADA** | |
| NV 2 06-370 | Sally Kaplan v. Pfizer Inc. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-1757 | Lucinda Johnston v. Pfizer Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-827 | Kathleen Wagner v. Pfizer Inc. |
| **PENNSYLVANIA MIDDLE** | |
| PAM 1 06-556 | Cindy Hockenberry, etc. v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| TXE 1 06-158 | Barbara Sanders, et al. v. Pfizer Inc. |
| TXE 4 06-110 | Beverly A. Parr v. Pfizer Inc. |
| **TEXAS WESTERN** | |
| TXW 5 06-206 | Sheila Lynn Campbell Yuras, etc. v. Pfizer Inc. |