1 | **Mark P. Robinson, Jr.**, SBN 054426
2 | **Carlos A. Prietto, III**, SBN 166410
3 | **Ted B. Wacker**, SBN 157416
    | **ROBINSON, CALCAGNIE & ROBINSON**
4 | 620 Newport Center Drive, 7th Floor
    | Newport Beach, CA 92660
5 | 949-720-1288; Fax 949-720-1292
6 |
7 | Attorneys for Plaintiff
    | THERESA ROUX
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No. M:03-CV-01699-CRB<br>)<br>) MDL No. 1699<br>)<br>) JUDGE BREYER |
| This document relates to:<br>**THERESA ROUX**<br>**Individual Case No. 3:05-cv-05420-CRB** | ) **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06241-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA**<br>) |

   **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Theresa Roux, Case Number CV 05-06241-SJO, originally filed in the Central District of California on August 25, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:05-cv-05420-CRB, may be and is hereby dismissed without prejudice.

---

1

1    The parties hereby stipulate that Plaintiff will proceed in the MDL only

2  through the California action, and jurisdiction and venue for the trial of the action

3  will be proper in whichever of the following is selected by Pfizer: San Francisco,

4  Los Angeles, Missouri.

5    The parties shall each bear their own costs.

6

7  Dated: May 8, 2006                    ROBINSON, CALCAGNIE & ROBINSON

8

9

10                                         Mark P. Robinson, Jr., SBN054426
                                           mrobinson@rcrlaw.net
11                                         Carlos A. Prietto, III, SBN 166410
                                           cprietto@rcrlaw.net
12
13                                         Ted B. Wacker, SBN 157416
                                           twacker@rcrlaw.net
14                                         620 Newport Center Drive, 7th Floor
15                                         Newport Beach, CA 92660
                                           Telephone: (949) 720-1288
16                                         Fax: (949) 720-1292

17
18                                         *Counsel for Plaintiff*
                                           THERESA ROUX
19

20
   Dated: May [ ], 2006                    GORDON & REES
21

22

23

24                                         Stuart M. Gordon, Esq.
                                           sgordon@gordonrees.com
25                                         Embarcadero Center West
                                           275 Battery Street, 20th Floor
26                                         San Francisco, CA 94111
27                                         Telephone: (415) 986-5900
                                           Fax: (415) 986-8054
28                                         *Defendants' Liaison Counsel*

---

2

Stipulation and Order of Dismissal

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2

3

4  Dated: __May 18, 2006__

5  HONORABLE CHARLES R. BREYER



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order of Dismissal