Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiff
Marvin H. Dooms

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br>**MARVIN H. DOOMS**<br>**Individual Case No. 3:06-cv-00138-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-06312-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Marvin H. Dooms, Case Number CV 05-06312-SJO, originally filed in the Central District of California on August 26, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00138-CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that Plaintiff will proceed in the MDL only
2  through the California action, and jurisdiction and venue for the trial of the action
3  will be proper in whichever of the following is selected by Pfizer: San Francisco,
4  Los Angeles, Missouri.

5  The parties shall each bear their own costs.

7  Dated: May 8, 2006        ROBINSON, CALCAGNIE & ROBINSON

                              _____
                              Mark P. Robinson, Jr., SBN054426
                              mrobinson@rcrlaw.net
                              Carlos A. Prietto, III, SBN 166410
                              cprietto@rcrlaw.net
                              Ted B. Wacker, SBN 157416
                              twacker@rcrlaw.net
                              620 Newport Center Drive, 7th Floor
                              Newport Beach, CA 92660
                              Telephone: (949) 720-1288
                              Fax: (949) 720-1292

                              *Counsel for Plaintiff*
                              MARVIN H. DOOMS

20 Dated: May 1, 2006       GORDON & REES

                              _____
                              Stuart M. Gordon, Esq.
                              sgordon@gordonrees.com
                              Embarcadero Center West
                              275 Battery Street, 20th Floor
                              San Francisco, CA 94111
                              Telephone: (415) 986-5900
                              Fax: (415) 986-8054
                              *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4  Dated: __May 18, 2006__



HONORABLE CHARLES R. BREYER