1  **Mark P. Robinson, Jr.**, SBN 054426
2  **Carlos A. Prietto, III**, SBN 166410
3  **Ted B. Wacker**, SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
4  620 Newport Center Drive, 7th Floor
5  Newport Beach, CA 92660
   949-720-1288; Fax 949-720-1292
6
7  Attorneys for Plaintiffs
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12

13 | IN RE: BEXTRA AND CELEBREX      ) Case No. M:03-CV-01699-CRB
   | MARKETING, SALES PRACTICES      )
14 | AND PRODUCTS LIABILITY          ) MDL No. 1699
15 | LITIGATION                      )
                                     ) JUDGE BREYER
16 | _____ )
17 | This document relates to:       )
                                     ) **STIPULATION AND ORDER OF**
18 | **JAMES STANBRO and**           ) **DISMISSAL ONLY AS TO CASE**
   | **MARY STANBRO**                ) **NUMBER CV 05-06377-VAP-SGL,**
19 | **Individual Case No. 3:06-cv-00235-CRB** ) **ORIGINALLY FILED IN THE CENTRAL DISTRICT OF**
20                                   ) **CALIFORNIA**
                                     )
21

22     **IT IS HEREBY STIPULATED AND AGREED** by and between counsel
23 for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs JAMES
24 STANBRO and MARY STANBRO, Case Number CV 05-06377-VAP-SGL,
25 originally filed in the Central District of California on August 26, 2005 and later
26 transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales*
27 *Practices and Products Liability Litigation*, with the assigned individual case
28 number 3:06-cv-00235-CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that Plaintiffs will proceed in the MDL only
2  through the California action, and jurisdiction and venue for the trial of the action
3  will be proper in whichever of the following is selected by Pfizer: San Francisco,
4  Los Angeles, Missouri.

5  The parties shall each bear their own costs.

7  Dated: May 8, 2006     ROBINSON, CALCAGNIE & ROBINSON

10  Mark P. Robinson, Jr., SBN054426
11  mrobinson@rcrlaw.net
    Carlos A. Prietto, III, SBN 166410
12  cprietto@rcrlaw.net
13  Ted B. Wacker, SBN 157416
    twacker@rcrlaw.net
14  620 Newport Center Drive, 7th Floor
15  Newport Beach, CA 92660
    Telephone: (949) 720-1288
16  Fax: (949) 720-1292
17  *Counsel for Plaintiffs*
18  JAMES STANBRO & MARY STANBRO

20  Dated: May [ ], 2006     GORDON & REES

23  Stuart M. Gordon, Esq.
    sgordon@gordonrees.com
24  Embarcadero Center West
25  275 Battery Street, 20th Floor
    San Francisco, CA 94111
26  Telephone: (415) 986-5900
27  Fax: (415) 986-8054
    *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: May 18, 2006

_____
HONORABLE CHARLES R. BREYER

