Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiff
EUGENE JACKSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>**EUGENE JACKSON**<br>**Individual Case No. 3:06-cv-00152-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6258-SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Eugene Jackson, Case Number CV 05-6258-SJO, originally filed in the Central District of California on August 25, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00152-CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: May 8, 2006

ROBINSON, CALCAGNIE & ROBINSON

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

*Counsel for Plaintiff*
EUGENE JACKSON

Dated: May 15, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
*Defendants' Liaison Counsel*

2

Stipulation and Order of Dismissal

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: __May 18, 2006__    _____
                              HONORABLE CHARLES R. BREYER



3