George W. Murgatroyd, III (SBN 109761)
Karen Barth Menzies (SBN 180234)
Robert M. Brava-Partain (SBN 221477)
Jessica R. Dart (SBN 225054)
BAUM HEDLUND, A Professional Corporation
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
310-207-3233; Fax 310-820-7444

Attorneys for Plaintiffs
CRAIG C. KNIGHT and
CARTHY A. KNIGHT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB <br><br> MDL No. 1699 <br><br> JUDGE BREYER |
| This document relates to: <br> **CRAIG C. KNIGHT and CATHY A. KNIGHT** <br> **Individual Case No. 3:06-cv-01648-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-8354-VAP (SGLx), ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs Craig C. Knight and Cathy A. Knight, Case Number CV 05-8354-VAP (SGLx), originally filed in the Central District of California on November 28, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-01648-CRB, may be and is hereby dismissed without prejudice.

---

1

The parties hereby stipulate that Plaintiffs will proceed in the MDL only through the California action, and jurisdiction and venue for the trial of the action will be proper in whichever of the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

The parties shall each bear their own costs.

Dated: May 8, 2006

BAUM HEDLUND
A Professional Corporation

George W. Murgatroyd, III
Karen Barth Menzies
Robert M. Brava-Partain
Jessica R. Dart
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233;
Fax: (310) 820-7444

*Counsel for Plaintiffs*
CRAIG C. KNIGHT & CATHY A. KNIGHT

Dated: May 19, 2006

GORDON & REES

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 24, 2006__



HON. _____ BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

---

3

Stipulation and Order of Dismissal

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: _____          _____
                                 HONORABLE CHARLES R. BREYER

Stipulation and Order of Dismissal