**Mark P. Robinson, Jr.**, SBN 054426
**Carlos A. Prietto, III**, SBN 166410
**Ted B. Wacker**, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292

Attorneys for Plaintiff
DON McINTOSH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:03-CV-01699-CRB <br><br> MDL No. 1699 <br><br> JUDGE BREYER |
| This document relates to: <br><br> **DON McINTOSH** <br> **Individual Case No. 3:06-cv-00289-CRB** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER CV 05-6438-DSF (CTx), ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff DON McINTOSH, Case Number CV 05-6438-DSF (CTx), originally filed in the Central District of California on August 30, 2005 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number 3:06-cv-00289-CRB, may be and is hereby dismissed without prejudice, each party to bear their own costs.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2006 | ROBINSON, CALCAGNIE & ROBINSON |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Mark P. Robinson, Jr., SBN054426 |
| 5 | | mrobinson@rcrlaw.net |
| | | Carlos A. Prietto, III, SBN 166410 |
| 6 | | cprietto@rcrlaw.net |
| 7 | | Ted B. Wacker, SBN 157416 |
| | | twacker@rcrlaw.net |
| 8 | | 620 Newport Center Drive, 7th Floor |
| 9 | | Newport Beach, CA 92660 |
| | | Telephone: (949) 720-1288 |
| 10 | | Fax: (949) 720-1292 |

*Counsel for Plaintiff*
DON McINTOSH

Dated: May 17, 2006           GORDON & REES

*[signature]*

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 25, 2006_

HONORABLE CHARLES R. BREYER

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

2

Stipulation and Order of Dismissal