UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>PURCHASE CLAIMS. | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS AND FILING DEADLINE FOR REPLY BRIEFS ON PFIZER ENTITIES' MOTIONS TO DISMISS PURCHASE CLAIMS MASTER COMPLAINTS** |

1. Pursuant to Pretrial Order No. 7, certain plaintiffs have filed the "Purchase Claims Master Celebrex Complaint" and the "Purchase Claims Master Bextra Complaint" (collectively, "Master Complaints"). The Master Complaints aggregate 146 pages and assert numerous claims under the laws of several different states, as well as federal law.

2. On March 29, 2006, the parties stipulated that memoranda in support of and in opposition to the Pfizer Defendants' motions to dismiss the Master Complaints could not exceed eighty pages in aggregate.

3. The Pfizer Defendants' memoranda in support of the motions to dismiss the Master Complaints, excluding tables of contents and authorities and additional signature pages, totaled sixty-two pages: forty-four pages for the motion to dismiss the Purchase Claims

/////

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1664256.3
13415-401

-1-
STIP. & [PROPOSED] ORDER RE: PAGE LIMITS & DEADLINE FOR REPLIES ON MOTS. TO DISMISS PURCHASE CLAIMS MASTER COMPL. – M:05-CV-01699-CRB

1   Master Celebrex Complaint and eighteen pages for the motion to dismiss the Purchase Claims
2   Master Bextra Complaint.

3          4.      The plaintiffs' memoranda in opposition to the Pfizer Defendants' motion
4   to dismiss, excluding tables of contents and authorities and additional signature pages, totaled
5   eighty pages: fifty-two pages for the opposition to the motion to dismiss the Purchase Claims
6   Master Celebrex Complaint and twenty-eight pages for the opposition to the motion to dismiss
7   the Purchase Claims Master Bextra Complaint.

8          5.      In the March 29, 2006 stipulation, the parties agreed to consider the
9   appropriate length of reply memoranda after the opposition memoranda were filed.

10         6.      In light of the length of the Master Complaints and the memoranda in
11   support of and in opposition to the Pfizer Defendants' motions to dismiss, the parties hereby
12   stipulate that relief from the page limits for reply briefs stated in the Local Rules is warranted in
13   this proceeding. The Pfizer Defendants' briefs in support of their motions to dismiss the Master
14   Complaints shall not exceed forty-five (45) pages in the aggregate, excluding tables of contents
15   and authorities and additional signature pages. This page limitation may be allocated between the
16   reply brief in support of the motion directed to the Purchase Claims Master Celebrex Complaint
17   and the reply brief in support of the motion directed to the Purchase Claims Master Bextra
18   Complaint as the Pfizer Defendants deem necessary to state their positions without needless
19   duplication. To the extent arguments apply to both Master Complaints, those arguments need not
20   be repeated in the reply briefs but may be incorporated by reference.
21   /////
22   /////
23   /////
24   /////
25   /////
26   /////
27   /////
28   /////

-2-

1   7. The Pfizer Defendants must e-file their reply briefs by 9:00 a.m. Pacific on
2   Tuesday, May 30.

**IT IS SO STIPULATED.**

Dated: May 26, 2006          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By  /s/
    ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel

Dated: May 26, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

By  /s/
    AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __May 30_____, 2006    _____
                                  HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER RUDNICK
GRAY CARY US LLP

SD\1664256.3
13415-401

-3-
STIP. & [PROPOSED] ORDER RE: PAGE LIMITS & DEADLINE FOR REPLIES ON
MOTS. TO DISMISS PURCHASE CLAIMS MASTER COMPL. – M:05-CV-01699-CRB