A CERTIFIED TRUE COPY

MAY 25 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2006

MAY -9 2006

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-25)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 653 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 25 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-25 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-349 | Henry C. Morris v. Pfizer Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-308 | Arlene Keller-Wilson, etc. v. Pfizer Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-1997 | Mary Twilbeck Senia, et al. v. Pfizer Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-1325 | Gerdis Leger, et al. v. Pfizer Inc. |
| MN 0 06-1327 | Linda Jackson, et al. v. Pfizer Inc. |
| MN 0 06-1328 | Jerry L. Crawford, et al. v. Pfizer Inc. |
| MN 0 06-1617 | Debbie James, et al. v. Monsanto Co., et al. |
| **NEW JERSEY** | |
| NJ 3 06-1878 | James Hall, et al. v. Pfizer Inc. |
| NJ 3 06-1879 | Lori Sargent, etc v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| TXE 5 06-87 | Larry Graves, et al. v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1061 | Cheryl McCullough, et al. v. Pfizer Inc., et al. |