


DOCKET NO. 1699

M 05-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*D. Woodrow Van Dancer v. Monsanto Co., et al.,* E.D. Missouri, C.A. No. 4:06-515

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Van Dancer*) on May 2, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiff in *Van Dancer* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-23" filed on May 2, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel