MARK P. ROBINSON, JR., SBN 054426
CARLOS A. PRIETTO, III, SBN 166410
TED B. WACKER, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: 49-720-1288
Facsimile: 949-720-1292
Email: mrobinson@rcrlaw.net
       cprietto@rcrlaw.net
       twacker@rcrlaw.net

Attorneys for Plaintiffs
ROBERT WILLING, SR. AND
GISELE WILLING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL 1699<br><br>JUDGE CHARLES R. BREYER<br><br>Docket No. 3:06-cv-225 |
| This Document Relates to:<br><br>ROBERT WILLING, SR., and GISELE WILLING,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE, et al.,<br><br>　　　　　　　Defendants. | MOTION TO SUBSTITUTE COUNSEL; SUBSTITUTION OF COUNSEL; ORDER OF SUBSTITUTION |

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Robert Willing, Sr., and Gisele Willing, who request that they be permitted to substitute Francis Flynn with Carey and Danis, LLP, as their counsel of record in place of the firm of Robinson, Calcagnie & Robinson.

Dated: May 10, 2006

*Mark P. Robinson, Jr.*
_____
MARK P. ROBINSON, JR.
CARLOS A. PRIETTO, III
TED B. WACKER
ROBINSON, CALCAGNIE & ROBINSON
Attorneys for Plaintiffs
ROBERT WILLING, SR. and
GISELE WILLING

# SUBSTITUTION OF COUNSEL

Plaintiffs, Robert Willing, Sr. and Gisele Willing, hereby substitute Francis Flynn and Carey and Danis, LLP, 8235 Forsyth Boulevard, Suite 1100, St. Louis, Missouri 63105, telephone number (314) 725-7700, as attorney of record in the place and stead of Robinson, Calcagnie & Robinson.

Dated: May 10, 2006

_____
Robert Willing, Sr.

Dated: May 10, 2006

_____
Gisele Willing

We consent to the above substitution.

Dated: May 10, 2006

_____
Mark P. Robinson, Jr.
Carlos A. Prietto, III
Ted B. Wacker
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Facsimile: (949) 720-1292

We accept this substitution.

Dated: May /6, 2006

_____
Francis Flynn
**CAREY AND DANIS, LLP**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700

## ORDER OF SUBSTITUTION

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby **GRANTED** and Francis Flynn and Carey and Danis, LLP, 8235 Forsyth, Suite 1100, St. Louis, MO 63105, is substituted as counsel of record for plaintiffs in this matter for the firm of Robinson, Calcagnie & Robinson.

IT IS SO ORDERED this __5th__ day of __June__, 2006.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Motion to Substitute Counsel; Substitution of Counsel; Order of Substitution** was filed and served pursuant to General Order 45, Section VI, and Pretrial Order No. 1, by electronically uploading same to the ECF website, this 2 day of June, 2006.

_____
Mark P. Robinson, Jr.