UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 14: REGARDING PSC MEMBER CARLENE RHODES LEWIS** |

      The Court notes with great sadness the death of Plaintiffs' Steering Committee member Carlene Rhodes Lewis, who died in Houston, Texas on Monday, June 6, 2006, and extends its expression of sorrow and condolences to Ms. Lewis's husband and daughters, other members of her family, and her friends and professional colleagues around the country, who now mourn her passing.

      The Court would like to acknowledge and express its gratitude and appreciation for Ms. Lewis's service to this Court, this case, and her clients, especially since that service continued in the face of her illness. Her ability to balance family, community, and professional responsibilities serves as an example and inspiration to all who strive to maintain and promote such balance in our lives and careers.

      IT IS HEREBY ORDERED that: the contributions and service of Carlene Rhodes Lewis to this litigation, as an Officer of the Court, and as a Court-appointed member of the

- 1 -

Plaintiffs' Steering Committee, are acknowledged by this Court with deep appreciation, respect and gratitude; and that this ORDER be entered on the docket of MDL No. 1699 with respect to all actions.

IT IS HEREBY FURTHER ORDERED that Shelly Sanford, of Goforth Lewis Sanford, Ms. Lewis's law partner, who has actively participated in this action, and has served the PSC as the chair of its Experts and Science Committee, is appointed to serve as a member of the Plaintiffs' Steering Committee in Ms. Lewis's stead.

Dated: June 13, 2006

/s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE