Francisco M. Troncoso (USDC-PR No. 120007)
ftroncoso@troncosolaw.com
Richard Schell-Asad (USDC-PR No. 203207)
rschell@troncosolaw.com
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563

Attorneys for Plaintiffs Sr. Mario González Galán,
Mildred Hernández Centeno, Mario González Andújar,
Wally González Andújar, Vanessa González Andújar

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, MDL 1699 | Case No.: M:05-cv-01699-CRB<br><br>RELATED CASE: *Mario González Galán, et al. vs.Pfizer, et al*<br>Case No.: 06-cv-02866-CRB<br><br>**MOTION & ORDER FOR SUBSTITUTION OF COUNSEL** |

**TO THE HONORABLE COURT:**

**COMES NOW** plaintiffs, through the undersigned attorneys, and very respectfully state, allege and pray as follows:

The herein plaintiffs have been represented by Susan M. Cordero-Ladner, Esq., of the Cordero, Cordero & Associates Law Firm. In this regard, plaintiffs have acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the Troncoso & Schell Law Firm, to assume their legal representation herein.

In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs' attorneys

herein. As such, plaintiffs respectfully request that this Honorable Court and the defendants cease to notify orders and motions to Ms. Cordero and that any such orders and motions be notified to the following:

    Francisco M. Troncoso, Esq.
    Richard Schell-Asad, Esq.
    Troncoso & Schell
    P.O. Box 9023352
    San Juan, PR 00902-3352
    Tel: (787) 722-0741
    Fax: (787) 724-2563
    e-mails:  ftroncoso@troncosolaw.com
             rschell@troncosolaw.com

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-Ladner from their legal representation and authorize Francisco M. Troncoso, Esq., and Richard Schell-Asad to act as plaintiffs' new counsel of record.

Dated: June 12, 2006        Respectfully submitted,

                            TRONCOSO & SCHELL


                            BY:  /s/ **Francisco M. Troncoso**
                                  Francisco M. Troncoso

Francisco M. Troncoso (USDC-PR No. 120007)
  ftroncoso@troncosolaw.com
Richard Schell-Asad (USDC-PR No. 203207)
  rschell@troncosolaw.com
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563

Attorneys for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | **/s/ Susan M. Cordero-Ladner**<br>Susan M. Cordero-Ladner - Bar No. 221103<br>Cordero, Cordero & Assoc. |
| 3 | 150 Rodríguez Irizarry St.<br>Inés Cordero Bldg. |
| 4 | Arecibo, PR 00612<br>Tel: (787) 881-4481 |
| 5 | Fax: (787) 879-4523<br>e-mail: scordero$corderoycordero.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

***ORDER***

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

Dated: June _12_, 2006

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*