1  Francisco M. Troncoso (USDC-PR No. 120007)
       ftroncoso@troncosolaw.com
2  Richard Schell-Asad (USDC-PR No. 203207)
       rschell@troncosolaw.com
3  Troncoso & Schell
   P.O. Box 9023352
4  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
5  Facsimile: (787) 724-2563

6  Attorneys for Plaintiffs Gloria P. Santiago, Gloria
   Ivette Pérez Santiago, Ivonne Pérez Santiago, Zaida
7  Liz Pérez Santiago

8

# UNITED STATES DISTRICT COURT

9

# NORTHERN DISTRICT OF CALIFORNIA

10

## (SAN FRANCISCO DIVISION)

11

12  | In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, MDL 1699 | Case No.: M:05-cv-01699-CRB |

13  RELATED CASE: *Gloria P. Santiago, et al. vs.Pfizer, et al*
14  Case No.: 06-cv-02634-CRB

15

16  **MOTION & ORDER FOR SUBSTITUTION OF COUNSEL**

17  **TO THE HONORABLE COURT:**

18       **COMES NOW** plaintiffs, through the undersigned attorneys, and very

19  respectfully state, allege and pray as follows:

20       The herein plaintiffs have been represented by Susan M. Cordero-Ladner,

21  Esq., of the Cordero, Cordero & Associates Law Firm. In this regard, plaintiffs have

22  acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and

23  have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the

24  Troncoso & Schell Law Firm, to assume their legal representation herein.

25       In view of the foregoing, the undersigned attorneys respectfully request that

26  this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal

27  counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs' attorneys

28

1  herein. As such, plaintiffs respectfully request that this Honorable Court and the
2  defendants cease to notify orders and motions to Ms. Cordero and that any such
3  orders and motions be notified to the following:
4          Francisco M. Troncoso, Esq.
5          Richard Schell-Asad, Esq.
6          Troncoso & Schell
           P.O. Box 9023352
7          San Juan, PR 00902-3352
8          Tel: (787) 722-0741
           Fax: (787) 724-2563
9          e-mails:   ftroncoso@troncosolaw.com
10                rschell@troncosolaw.com
11     **WHEREFORE**, plaintiffs respectfully request that this Honorable Court
12 authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-
13 Ladner from their legal representation and authorize Francisco M. Troncoso, Esq.,
14 and Richard Schell-Asad to act as plaintiffs' new counsel of record.
15
16
17 Dated:  June 12, 2006        Respectfully submitted,
18                               TRONCOSO & SCHELL
19
20                               BY:  /s/ **Francisco M. Troncoso**
                                      Francisco M. Troncoso
21
22                               Francisco M. Troncoso (USDC-PR No. 120007)
                                  ftroncoso@troncosolaw.com
23                               Richard Schell-Asad (USDC-PR No. 203207)
                                  rschell@troncosolaw.com
24                               Troncoso & Schell
                                 P.O. Box 9023352
25                               San Juan, PR 00902-3352
                                 Telephone: (787) 722-0741
26                               Facsimile: (787) 724-2563
27                               Attorneys for Plaintiffs
28

1

**/s/ Susan M. Cordero-Ladner**
2  Susan M. Cordero-Ladner - Bar No. 221103
Cordero, Cordero & Assoc.
3  150 Rodríguez Irizarry St.
Inés Cordero Bldg.
4  Arecibo, PR 00612
Tel: (787) 881-4481
5  Fax: (787) 879-4523
e-mail: scordero$corderoycordero.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
***ORDER***

Good cause appearing, **IT IS ORDERED:**

3
4
5
6
7

That the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

8
9
10

Dated: June _12_, 2006



_____
Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28