1   Francisco M. Troncoso (USDC-PR No. 120007)
    ftroncoso@troncosolaw.com
2   Richard Schell-Asad (USDC-PR No. 203207)
    rschell@troncosolaw.com
3   Troncoso & Schell
    P.O. Box 9023352
4   San Juan, PR 00902-3352
    Telephone: (787) 722-0741
5   Facsimile: (787) 724-2563

6   Attorneys for Plaintiffs Luis R. Carrión Vélez,
    Leticia M. Natal Rivera, Luis R. Carrión Natal
7   Rubén M. Carrión Natal

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, MDL 1699 | Case No.: M:05-cv-01699-CRB<br><br>RELATED CASE: *Luis R. Carrión Vélez, et al. vs.Pfizer, et al*<br>Case No.: 06-cv-02658-CRB<br><br>**MOTION & ORDER FOR SUBSTITUTION OF COUNSEL** |

**TO THE HONORABLE COURT:**

    **COMES NOW** plaintiffs, through the undersigned attorneys, and very respectfully state, allege and pray as follows:

    The herein plaintiffs have been represented by Susan M. Cordero-Ladner, Esq., of the Cordero, Cordero & Associates Law Firm. In this regard, plaintiffs have acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the Troncoso & Schell Law Firm, to assume their legal representation herein.

    In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs' attorneys

1  herein. As such, plaintiffs respectfully request that this Honorable Court and the
2  defendants cease to notify orders and motions to Ms. Cordero and that any such
3  orders and motions be notified to the following:
4         Francisco M. Troncoso, Esq.
5         Richard Schell-Asad, Esq.
6         Troncoso & Schell
       P.O. Box 9023352
7         San Juan, PR 00902-3352
8         Tel: (787) 722-0741
       Fax: (787) 724-2563
9         e-mails:    ftroncoso@troncosolaw.com
10                      rschell@troncosolaw.com

11      **WHEREFORE**, plaintiffs respectfully request that this Honorable Court
12  authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-
13  Ladner from their legal representation and authorize Francisco M. Troncoso, Esq.,
14  and Richard Schell-Asad to act as plaintiffs' new counsel of record.
15
16
17  Dated:   June 12, 2006        Respectfully submitted,
                             TRONCOSO & SCHELL
18
19
20                               BY:  /s/ **Francisco M. Troncoso**
                                   Francisco M. Troncoso
21
22                           Francisco M. Troncoso (USDC-PR No. 120007)
                         ftroncoso@troncosolaw.com
23                           Richard Schell-Asad (USDC-PR No. 203207)
                         rschell@troncosolaw.com
24                          Troncoso & Schell
                         P.O. Box 9023352
25                          San Juan, PR 00902-3352
                         Telephone: (787) 722-0741
26                          Facsimile: (787) 724-2563
27                          Attorneys for Plaintiffs
28

1
2  **/s/ Susan M. Cordero-Ladner**
   Susan M. Cordero-Ladner -  Bar No. 221103
   Cordero, Cordero & Assoc.
3  150 Rodríguez Irizarry St.
   Inés Cordero Bldg.
4  Arecibo, PR 00612
   Tel: (787)  881-4481
5  Fax: (787) 879-4523
   e-mail: scordero$corderoycordero.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2    ***ORDER***

3    Good cause appearing, **IT IS ORDERED:**

4    That the substitution of counsel is allowed, attorneys Francisco M.
5    Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as
6    counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as
7    counsel for plaintiffs.

8
9    Dated: June _12_, 2006
10                                        _____
                                          Charles R. Breyer
11                                        United States District Judge



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28