1  Francisco M. Troncoso (USDC-PR No. 120007)
      ftroncoso@troncosolaw.com
2  Richard Schell-Asad (USDC-PR No. 203207)
      rschell@troncosolaw.com
3  Troncoso & Schell
   P.O. Box 9023352
4  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
5  Facsimile: (787) 724-2563

6  Attorneys for Plaintiffs Gloria P. Santiago Serrano,
   Gloria Ivette Pérez-Santiago, Ivonne Pérez-Santiago,
7  Zaida Liz Pérez-Santiago

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### (SAN FRANCISCO DIVISION)

11

| | |
|---|---|
| 12  In re: Bextra and Celebrex Marketing Sales Practices and Product Liability 13  Litigation, MDL 1699 | Case No.: M:05-cv-01699-CRB  RELATED CASE: *Gloria P. Santiago Serrano, et al. vs.Pfizer, et al*  Case No.: 06-cv-02867-CRB |
| | **MOTION & ORDER FOR SUBSTITUTION OF COUNSEL** |

17  **TO THE HONORABLE COURT:**

18      **COMES NOW** plaintiffs, through the undersigned attorneys, and very respectfully state, allege and pray as follows:

20      The herein plaintiffs have been represented by Susan M. Cordero-Ladner, Esq., of the Cordero, Cordero & Associates Law Firm.  In this regard, plaintiffs have acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the Troncoso & Schell Law Firm, to assume their legal representation herein.

25      In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs' attorneys

1  herein. As such, plaintiffs respectfully request that this Honorable Court and the
2  defendants cease to notify orders and motions to Ms. Cordero and that any such
3  orders and motions be notified to the following:
4       Francisco M. Troncoso, Esq.
5       Richard Schell-Asad, Esq.
6       Troncoso & Schell
      P.O. Box 9023352
7       San Juan, PR 00902-3352
8       Tel: (787) 722-0741
      Fax: (787) 724-2563
9       e-mails:     ftroncoso@troncosolaw.com
10                     rschell@troncosolaw.com
11
12  **WHEREFORE**, plaintiffs respectfully request that this Honorable Court
13  authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-
14  Ladner from their legal representation and authorize Francisco M. Troncoso, Esq.,
15  and Richard Schell-Asad to act as plaintiffs' new counsel of record.
16
17  Dated:   June 12, 2006        Respectfully submitted,
18                        TRONCOSO & SCHELL
19
20                        BY:   /s/ **Francisco M. Troncoso**
                               Francisco M. Troncoso
21
22                        Francisco M. Troncoso (USDC-PR No. 120007)
                        ftroncoso@troncosolaw.com
23                        Richard Schell-Asad (USDC-PR No. 203207)
                        rschell@troncosolaw.com
24                        Troncoso & Schell
                       P.O. Box 9023352
25                        San Juan, PR 00902-3352
                       Telephone: (787) 722-0741
26                        Facsimile: (787) 724-2563
27                        Attorneys for Plaintiffs
28

1
2  **/s/  Susan M. Cordero-Ladner**
   Susan M. Cordero-Ladner -  Bar No. 221103
   Cordero, Cordero & Assoc.
3  150 Rodríguez Irizarry St.
   Inés Cordero Bldg.
4  Arecibo, PR 00612
   Tel: (787)  881-4481
5  Fax: (787) 879-4523
   e-mail: scordero$corderoycordero.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***ORDER***

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is allowed, attorneys Francisco M. Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as counsel for plaintiffs.

Dated: June __12__, 2006



MOTION FOR SUBSTITUTION OF COUNSEL
CASE NO. M:05-cv-01699-CRB
-4-