1  Francisco M. Troncoso (USDC-PR No. 120007)
      ftroncoso@troncosolaw.com
2  Richard Schell-Asad (USDC-PR No. 203207)
      rschell@troncosolaw.com
3  Troncoso & Schell
   P.O. Box 9023352
4  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
5  Facsimile: (787) 724-2563

6  Attorneys for Plaintiffs William López López,
   Natividad Feliciano Ruiz, Iviletzy López Feliciano,
7  Doris A. López Feliciano, Belinda López Feliciano,
   Militza López Feliciano

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                       **(SAN FRANCISCO DIVISION)**

12  In re: Bextra and Celebrex Marketing          Case No.: M:05-cv-01699-CRB
    Sales Practices and Product Liability
13  Litigation, MDL 1699                          RELATED CASE: *William López López,*
                                                  *et al. vs.Pfizer, et al*
14                                                Case No.: 06-cv-02621-CRB

15
                                                     **MOTION & ORDER FOR**
16                                                 **SUBSTITUTION OF COUNSEL**

17  **TO THE HONORABLE COURT:**

18       **COMES NOW** plaintiffs, through the undersigned attorneys, and very

19  respectfully state, allege and pray as follows:

20       The herein plaintiffs have been represented by Susan M. Cordero-Ladner,

21  Esq., of the Cordero, Cordero & Associates Law Firm. In this regard, plaintiffs have

22  acquiesced to Ms. Cordero's withdrawal of their legal representation herein, and

23  have authorized Francisco M. Troncoso, Esq., and Richard Schell-Asad, Esq., of the

24  Troncoso & Schell Law Firm, to assume their legal representation herein.

25       In view of the foregoing, the undersigned attorneys respectfully request that

26  this Honorable Court authorize the withdrawal of Ms. Cordero as plaintiffs' legal

27  counsel herein, and accept Mr. Troncoso and Mr. Schell as plaintiffs' attorneys

28

1   herein.  As such, plaintiffs respectfully request that this Honorable Court and the

2   defendants cease to notify orders and motions to Ms. Cordero and that any such

3   orders and motions be notified to the following:

4                           Francisco M. Troncoso,Esq.

5                           Richard Schell-Asad, Esq.

6                           Troncoso & Schell
                            P.O. Box 9023352

7                           San Juan, PR 00902-3352

8                           Tel: (787) 722-0741
                            Fax: (787) 724-2563

9                           e-mails:_____ ftroncoso@troncosolaw.com

10                                      rschell@troncosolaw.com

11          **WHEREFORE**, plaintiffs respectfully request that this Honorable Court

12   authorize the substitution of counsel prayed herein, relieve Susan M. Cordero-

13   Ladner from their legal representation and authorize Francisco M. Troncoso, Esq.,

14   and Richard Schell-Asad to act as plaintiffs' new counsel of record.

15

16   Dated:   June 12, 2006            Respectfully submitted,

17
                                       TRONCOSO & SCHELL
18

19
                                       BY:  /s/ **Francisco M. Troncoso**
20                                          Francisco M. Troncoso

21                                     Francisco M. Troncoso (USDC-PR No. 120007)
                                         ftroncoso@troncosolaw.com
22                                     Richard Schell-Asad (USDC-PR No. 203207)
                                         rschell@troncosolaw.com
23                                     Troncoso & Schell
                                       P.O. Box 9023352
24                                     San Juan, PR 00902-3352
                                       Telephone: (787) 722-0741
25                                     Facsimile: (787) 724-2563

26                                     Attorneys for Plaintiffs

27

28

                                    MOTION FOR SUBSTITUTION OF COUNSEL
                          -2-          CASE NO. M:05-cv-01699-CRB

1

2
**/s/  Susan M. Cordero-Ladner**
Susan M. Cordero-Ladner -  Bar No. 221103

3
Cordero, Cordero & Assoc.
150 Rodríguez Irizarry St.

4
Inés Cordero Bldg.
Arecibo, PR 00612

5
Tel: (787)  881-4481
Fax: (787) 879-4523

6
e-mail: scordero$corderoycordero.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

***ORDER***

3

Good cause appearing, **IT IS ORDERED:**

4

That the substitution of counsel is allowed, attorneys Francisco M.

5

Troncoso and Richard Schell-Asad of Troncoso & Schell are allowed to appear as

6

counsel for plaintiffs and Susan M. Cordero-Ladner is allowed to withdraw as

7

counsel for plaintiffs.

8

9

10

Dated: June __12__, 2006

Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR SUBSTITUTION OF COUNSEL
CASE NO. M:05-cv-01699-CRB

-4-