# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CLAUDE BARTLETT
114 Maury Drive
Mobile, Alabama 36606-2404

     Plaintiff,

v.

PFIZER, INC.,
     Serve: Registered Agent
        CT Corporation
        818 West 7th Street
        Los Angeles, CA 90017

CASE NO.: 3:06-CV-2913

MDL Docket No. 1699

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

     Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Claude Bartlett and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Plaintiff Claude Bartlett or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

     AND IT IS ORDERED.

Dated: __ June 15, 2006 ____



_____
Hon. Charles R. Breyer
United States District