UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | CASE NO. M:05-cv-01699-CRB MDL DOCKET NO. 1699 JUDGE BREYER |
| This Document Relates to: James Davis, Individually and as Personal Representative of the Estate of Barbara Davis, Jacqueline Allen, and Gaylynn Ellerd, | § § § § § § | MAGISTRATE JUDGE ROBERT R. ARMSTRONG, JR. |
| Plaintiffs, | § § | CIVIL ACTION NO. C:05cv4438 |
| vs. | § § | |
| Merck & Co., Inc., Pfizer, Inc., G. D. Searle & Co., and Pharmacia Corp. | § § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Came on to be heard the Motion to Substitute Counsel filed on behalf of James Davis, Individually and as Personal Representative of the Estate of Barbara Davis, Jacqueline Allen and Gaylynn Ellerd, Plaintiff herein, and the Court is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Randell C. Roberts and the law firm of Roberts & Roberts be removed as attorneys of record for James Davis, Individually and as Personal Representative of the Estate of Barbara Davis, Jacqueline Allen and Gaylynn Ellerd, Plaintiffs herein, AND THAT Douglas C. Monsour and The Monsour Law Firm be substituted as attorney of record for said Plaintiffs.

SIGNED this  19th  day of _____ June _____, 2006.

_____
JUDGE PRESIDING



IT IS SO ORDERED
Judge Charles R. Breyer