UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ] Master Docket No. M:05-CV-01699-CRB ] ] MDL No. 1699 ] |
| THIS RELATES TO: MDL Case No. _____ The Estate of Clarence King, Deceased, et al. v. Pfizer, Inc., W.Dist. TN Case No. 2:06-cv-2192 CTO #23 dated 05/18/06 | ] ] Plaintiffs:   Walter L. Raley ]                       Robert D. Self ]                       Helen J. Shackelford ]                           (Names) ] ] |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiffs Walter L. Raley, Robert D. Self, Helen J. Shackelford ("Plaintiffs") and Defendant Pfizer, Inc. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which were filed in a consolidated, multi-plaintiff Complaint] against Defendant Pfizer:

1. Walter L. Raley

2. Robert D. Self

3. Helen J. Shackelford

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendant Pfizer and the following remaining Plaintiffs:

1. Bobby J. Larkins, deceased, and his adult heir, Barbara j. Gizzard;

2. Inise R. Southerland, deceased, and her adult heir, Sandra F. Painter;

3. Brenda J. Bell

4. Ina Mae Henry

5. Grady G. Jones

6. Hayden Vincent Phebus

7.  Raymond S. Potts

8.  Della J. Ray

9.  Wanda J. Swift

10. Mae F. Donald

11  Stanley D. Taylor

Specifically, the parties hereby stipulate and agree as follows:

1.  The above three [3] Plaintiffs, Walter L. Raley, Robert D. Self, and Helen J. Shackelford, are voluntarily dismissing their individual causes of action [filed within the above multiparty, consolidated Plaintiffs Complaint] without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(ii).

2.  This dismissal is voluntary and not on the merits. Plaintiffs certify that no other cause of action based on this claim has been previously dismissed in any Federal or State court.

3.  Plaintiffs agree that, in the event they refile a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuit will be filed in a United States District Court and it will not include defendants whose presence would destroy diversity jurisdiction;

4.  Plaintiffs further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had an opportunity to participate in that discovery.

5.  Each party will bear its own fees, expenses and costs.

Case 3:05-md-01699-CRB   Document 390   Filed 06/20/06   Page 3 of 3

Plaintiffs and Defendant agree to the above-stated conditions and these specific Plaintiffs' wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Pfizer may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Walter L. Ray, Robert D. Self and Helen J. Shackelford in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SAN FRANCISCO, CALIFORNIA, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE CHARLES R. BREYER

Respectfully Submitted by:

Dated: __June 7th__, 2006

_____
Mark B. Hutton
Elizabeth L. Dudley
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638
Telephone: (316) 688-1166
Telecopier: (316) 686-1077

Attorneys for Plaintiffs Walter L. Raley, Robert D. Self and Helen J. Shackelford

Dated: __6/13/06__, 2006

_____
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-6900
Telecopier: (415) 262-3801

Attorneys for Defendant Pfizer, Inc.

June 15, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-3-