UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Narmon Moore<br>215 South Broadway Street<br>Lodi, Ohio 44254<br><br>Walter Wittman<br>689 Leisure Lane<br>Medina, Ohio 44256-1690<br><br>    Plaintiffs,<br><br>    v.<br><br>PFIZER, INC.,<br>Serve: Registered Agent<br>CT Corporation<br>36 East Seventh Street Suite 2400<br>Cincinnati, Ohio 45202 | CASE NO.: 3:05-CV-00199<br><br>MDL Docket No. 1699<br><br><br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE**<br><br><br>Transferred from:<br>The United States District Court<br>Southern District of Ohio<br>Western Division<br>Civil Action No.: 3:05-CV-00199 |

    Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Narmon Moore, Walter Wittman and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Plaintiffs Narmon Moore, Walter Wittman or a representative of Plaintiffs attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

    AND IT IS ORDERED.

Dated: __June 15, 2006____



_____
Hon. C[harles R. Breyer]
United [States District Judge]

IT IS SO ORDERED
Judge Charles R. Breyer