# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur Coyle<br>632 South Ricerview Avenue<br>Miamisburg, Ohio 45342 | CASE NO.: 05-CV-3112<br><br>MDL Docket No. 1699 |
| William D. Day Sr.<br>2180 Sunset Drive<br>Hamilton, Ohio 45013 | |
| Effie Horn as Wrongful Death<br>Beneficiary of the Estate<br>of Frank J. Horn<br>1823 Putnam Street<br>Sandusky, Ohio 44870 | **ORDER OF DISMISSAL**<br>**WITHOUT PREJUDICE** |
| Diane E. Martin<br>7606 South Oakbrook Drive<br>Reynoldsburg, Ohio 43068 | Transferred from:<br>The Court of Common Pleas<br>Montgomery County, Ohio<br>Civil Division |
| Plaintiffs, | Civil Action No.: 05-cv-3112 |
| v. | |
| PFIZER, INC.,<br>    Serve: Registered Agent<br>    CT Corporation<br>    36 East Seventh Street Suite 2400<br>    Cincinnati, Ohio 45202 | |

    Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Arthur W. Coyle, William Day Sr., Effie Horn as Wrongful Death Beneficiary of the Estate of Frank J. Horn, and Diane Martin and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Plaintiffs Arthur W. Coyle, William Day Sr., Effie Horn as Wrongful Death Beneficiary of the Estate of Frank J. Horn, and Diane Martin or a representative of Plaintiffs attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

    AND IT IS ORDERED.

Dated: June 15, 2006



Hon. Charles R. Breyer
United States