# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Sheila Morgan
10541 Wilkins Run Road Northeast
Newark, Ohio  43055

Catherine Resek
8799 Euga Road
Newcomerstown, Ohio  43832

Martha Ridolfo
Post Office Box 550
Chauncey, Ohio  45719

Florence Terry
253 West Poplar Street
Saint Paris, Ohio  43072

       Plaintiffs,

         v.

PFIZER, INC.,
Serve: Registered Agent
CT Corporation
36 East Seventh Street Suite 2400
Cincinnati, Ohio 45202

CASE NO.: 05-CV-3114

MDL Docket No. 1699

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

Transferred from:
The Court of Common Pleas
Montgomery County, Ohio
Civil Division
Civil Action No.: 05-CV-3114

       Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure,
Plaintiffs Sheila Morgan, Catherine Resek, Martha Ridolfo, Florence Terry and
Defendant Pfizer, Inc. move to dismiss this case without prejudice.  The parties have
agreed that each party will bear their own costs and fees in this matter.  Should Plaintiffs
Sheila Morgan, Catherine Resek, Martha Ridolfo, Florence Terry or a representative of
Plaintiffs attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in
the United States District Court, Northern District of California, MDL 1699.

       AND IT IS ORDERED.

Dated:   June 15, 2006     

Hon. Ch
United S

