IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**Elise Norman**<br><br>**Plaintiff,**<br><br>v.<br><br>**PFIZER, INC. et. al.,**<br><br>**Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 052-8935** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Elise Norman, is herby dismissed without prejudice.

1. Plaintiff is Elise Norman; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On August 24, 2005, plaintiff sued defendants;

3. Plaintiff moves to dismiss her claims against defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

1

7.      Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8.      Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted:

Dated: 6/12/06

By: /s/ Navan Ward
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 6/13/06

**GORDON & REES**

/s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 20, 2006   _____
                       Hon. Charles R. Breyer
                       United States Di...



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE NORMAN<br>1501 Vindiver, #97<br>Columbia, Missouri 65202<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br>Serve: Registered Agent<br>CT Corporation<br>120 South Central Avenue<br>Clayton, Missouri 63105 | CASE NO.: 052-8935<br><br>MDL Docket No. 1699<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE**<br><br>Transferred from:<br>Missouri Circuit Court<br>Twenty-Second Judicial Circuit<br>St. Louis City<br>Civil Action No.: 052-8935 |

       Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Elise Norman and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Elise Norman or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

       AND IT IS ORDERED.

Dated: _____

 

_____
Hon. Charles R. Breyer
United States District Judge

I SO MOVE:

*/s/ Navan Ward F.*

Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*


I CONSENT:

*/s/ Stuart M Jordan*

Stuart M. Gordon, Esq.
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
sgordon@gordonrees.com

*Attorneys for Defendant*