UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEA FARMER,**
Individually and as the Personal
Representative of the Estate of
Thurman Denton Farmer,

**DEBBIE JACKSON,**
Individually and as the Personal
Representative of the Estate of
Thomas W. Jackson

    Plaintiffs,

          v.

**PFIZER, INC.,**
    Serve: Registered Agent
          CT Corporation
          818 West 7th Street
          Los Angeles, CA 90017

CASE NO.: C-06-2605 CRB

MDL Docket No. 1699

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Bea Farmer individually and as the Personal Representative of the Estate of Thurman Denton Farmer and Debbie Jackson individually and as the Personal Representative Of the Estate of Thomas W. Jackson move to dismiss this case without prejudice. The Plaintiffs have filed the dismissal motion prior to service by the Defendants of an answer. Therefore the dismissal without prejudice is granted. The parties will bear their own costs and fees in this matter.

    AND IT IS ORDERED.

Dated: June 21, 2006

