A CERTIFIED TRUE COPY

JUN 2 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

FILED
JUN 2 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-28)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 728 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 1 06-843 | Roger D. Conner v. G.D. Searle, LLC, et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-1010 | Norma Bunzel v. Pfizer Inc., et al. | |
| **CONNECTICUT** | | |
| CT 3 06-692 | Linda A. Hope, etc. v. Pfizer Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-372~~ | ~~Henry Kahn, et al. v. Pfizer Inc., et al.~~ | Opposed 6/14/06 |
| **KENTUCKY EASTERN** | | |
| KYE 7 06-97 | Doshie Bartley, etc. v. Pfizer Inc., et al. | |
| **LOUISIANA WESTERN** | | |
| LAW 5 06-723 | Robert Landers, et al. v. Pfizer Inc. | |
| LAW 6 06-784 | Robert Minvielle, et al. v. Pfizer Inc. | |
| **MINNESOTA** | | |
| MN 0 06-1642 | Joanne Reese v. Pfizer Inc., et al. | |
| MN 0 06-1644 | Paula H. Shipman, etc. v. Pfizer Inc., et al. | |
| **NEW JERSEY** | | |
| NJ 3 06-2131 | Debbie Mitchell v. Pfizer Inc., et al. | |
| **TEXAS EASTERN** | | |
| TXE 1 06-242 | Tommie Jean Reasoner, et al. v. Pfizer Inc. | |
| TXE 1 06-260 | Leroy Carl Spears v. Pfizer Inc., et al. | |
| **TEXAS SOUTHERN** | | |
| TXS 2 06-201 | Debra Garza, etc. v. Pfizer Inc. | |
| TXS 4 06-1334 | Jeannie Grinnell v. Pfizer Inc. | |