A CERTIFIED TRUE COPY

JUN 1 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

JUN 2 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Sharon Clark, etc. v. G.D. Searle & Co., et al.*, W.D. Missouri, C.A. No. 2:06-4068

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Clark*) on May 2, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Clark* on May 18, 2006, but pursuant to 28 U.S.C. § 1407(c), the Panel's transfer of *Clark* did not become effective until May 25, 2006, the date the transfer order was filed in the office of the clerk of the transferee court (the Northern District of California). The Panel has now been advised, however, that *Clark* was dismissed in the Western District of Missouri pursuant to a notice of dismissal filed on May 19, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-23" filed on May 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel