1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
|---|---|---|
| This document relates to:<br><br>ROBERT M. HILL<br>Individual Case No. C 06-0174 CRB | ) ) ) ) ) ) | STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Robert M. Hill, originally filed in the Central District of California, Case Number CV 05-6368 SJO (SHx), and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0174 CRB, may be and is hereby dismissed without prejudice.

The parties shall each bear their own costs.

| | |
|---|---|
| 1  Dated: June 19, 2006 | ROBINSON, CALCAGNIE & ROBINSON |
| 2 | |
| 3 | Mark P. Robinson, Jr., SBN054426 |
| | mrobinson@rcrlaw.net |
| 4 | Carlos A. Prietto, III, SBN 166410 |
| | cprietto@rcrlaw.net |
| 5 | Ted B. Wacker, SBN 157416 |
| | twacker@rcrlaw.net |
| 6 | 620 Newport Center Drive, 7th Floor |
| | Newport Beach, CA 92660 |
| 7 | Telephone: (949) 720-1288 |
| | Fax: (949) 720-1292 |
| 8 | |
| | -AND- |
| 9 | |
| | Samuel M. Wendt, MO #53573 |
| 10 | David Peterson, MO #32229 |
| | PETERSON & ASSOCIATES, P.C. |
| 11 | 801 West 47th Street, Suite 107 |
| | Kansas City, MO 64112-1253 |
| 12 | Telephone: (816) 531-4440 |
| | Fax: (816) 531-0660 |
| 13 | |
| | *Counsel for Plaintiff* |
| 14 | ROBERT M. HILL |
| 15 | |
| 16  Dated: June 28, 2006 | GORDON & REES |
| 17 | |
| 18 | Stuart M. Gordon, Esq. |
| 19 | sgordon@gordonrees.com |
| | Embarcadero Center West |
| 20 | 275 Battery Street, 20th Floor |
| | San Francisco, CA 94111 |
| 21 | Telephone: (415) 986-5900 |
| | Fax: (415) 986-8054 |
| 22 | |
| | *Defendants' Liaison Counsel* |
| 23 | |
| 24 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 29, 2006

HON. [IT IS SO ORDERED — Judge Charles R. Breyer]

STIPULATION