1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.:  M:05-cv-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates To:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 16 APPOINTMENT OF PAUL J. HANLY, JR., DANIEL E. BECNEL JR., AND WILLIAM M. AUDET TO THE PSC** |

         Plaintiffs' Liaison Counsel, Elizabeth J. Cabraser has requested that Paul J. Hanly, Jr., Daniel E. Becnel, Jr., and William M. Audet be appointed to the Plaintiffs' Steering Committee in this litigation.  The Court having reviewed this matter, the status of this litigation, and being informed that these individuals have actively participated in this action to date on behalf of all Plaintiffs,  and based upon the recommendation of Liaison Counsel:

         IT IS HEREBY ORDERED that Paul J. Hanley, Jr., Daniel E. Becnel, Jr., and William M. Audet, are hereby appointed to serve this Court and all Plaintiffs with claims on file as members of the Plaintiffs' Steering Committee and to have the obligations and responsibilities placed on members of the Plaintiffs' Steering Committee by this Court's orders.

Dated: June 30, 2006

                         _____/s/_____
                         HONORABLE CHARLES R. BREYER
                         United States District Court