1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

(SAN FRANCISCO DIVISION)

4

5

6

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 |
| --- | --- |
| | District Judge: Charles R. Breyer |
| | Magistrate: |

7

8

9

10

11

12

13

| MARIE McCONNELL, individually,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C 05 3901 CRB<br><br>**ORDER OF DISMISSAL** |
| --- | --- |

14

15

16

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

17

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

18

19

DONE AND ORDERED this _7th_ day of ___July_____, 2006, in San Francisco, California.

20

21

_____
CHARLES R. BREYER
District Judge

22

23

24

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

IT IS SO ORDERED

Judge Charles R. Breyer

25

26

27

28