UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No.: 1699 |
| This Document Relates to: | Civil Action No.: 05-2967 (Transfer Case) |
| James F. Adams | 3:05-cv-04543 CRB |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF JAMES F. ADAMS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, James F. Adams, in the above-referenced matter is dismissed with prejudice.

Dated: July __18__, 2006.



Hon. Charles R. Breyer
United States District Judge