Attorney, Robert T. Myers, for
Plaintiff, Louise Herty

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge:   Charles R. Breyer |
| **Louise Herty**<br>　　　　　　　**Plaintiff**<br>-versus-<br>**Pfizer, Inc.**<br>　　　　　　　**Defendant** | C 06-3264-CRB<br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. LAE206-910 |

　　　Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

　　　Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court, Northern District of California, MDL 1699 In re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation.

DATED: July 10 , 2006         YOUNG RICHAUD & MYERS

                 By: _____
                     ROBERT T. MYERS
                     Attorney for Plaintiff, Louise Herty

DATED: July __, 2006          GORDON & REES

                 By: _____
                     STUART M. GORDON
                     Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _July 18, 2006_          _____
                              HON. CHARLES R. BREYER
                              United States District Court

