IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| **William Adams**, Tammy Gravely, as administrator of the estate of Phillip R. Vaughn, Timothy Robertson, Sandra Robinson, and Margaret Sergo, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Pfizer Pharmaceuticals, Inc.,<br><br>Defendant. | Case No. 05-4970 CRB<br><br>**ORDER OF DISMISSAL ONLY AS TO WILLIAM ADAMS** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this  20  day of __July__, 2006, in San Francisco, California.

Conformed copies to:
Genevieve M. Bernal, Esq.
Stuart M. Gordon, Esq.



IT IS SO ORDERED
Judge Charles R. Breyer
CHARLES R. BREYER
United States District