Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
JOYCE PEOPLES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>JOYCE PEOPLES<br>Individual Case No. C 06-0238 CRB | **STIPULATION AND ORDER OF DISMISSAL AS TO CASE NUMBER CV 05-6401 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Joyce Peoples, initially filed in the Central District of California, Case Number CV 05-6401 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0238 CRB, may be and is hereby dismissed without prejudice.

1     The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2 Plaintiff will only re-file in Federal Court.
3     The parties shall each bear their own costs.

Dated: July 13, 2006      ROBINSON, CALCAGNIE & ROBINSON

_____
Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
JOYCE PEOPLES

Dated: July 20, 2006      GORDON & REES

_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: __July 24, 2006____

HONORABLE CHARLES R. BREYER

