1  **Mark P. Robinson, Jr.,** SBN 054426
   **Carlos A. Prietto, III,** SBN 166410
2  **Ted B. Wacker,** SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  RICHARD WRIGHT

7

8

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN  DISTRICT OF CALIFORNIA**

12

13  **IN RE: BEXTRA AND** ) Case No. M 05-CV-1699-CRB
    **CELEBREX MARKETING,** )
14  **SALES PRACTICES AND** ) MDL No. 1699
    **PRODUCTS LIABILITY** )
15  **LITIGATION** ) JUDGE BREYER
    ———————————————— )
16                                    ) **STIPULATION AND ORDER OF**
    **This document relates to:** ) **DISMISSAL AS TO CASE NUMBER**
17                                    ) **CV 05-6398 SJO, ORIGINALLY**
    **RICHARD L. WRIGHT** ) **FILED IN THE CENTRAL**
18  **Individual Case No. C 06-0285 CRB** ) **DISTRICT OF CALIFORNIA**
    ———————————————— )
19

20

21      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

22  Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Richard L.

23  Wright, initially filed in the Central District of California, Case Number CV 05-6398

24  SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex,*

25  *Marketing, Sales Practices and Products Liability Litigation,* with the assigned

26  individual case number C 06-0285 CRB, may be and is hereby dismissed without

27  prejudice.

28

1    The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2 Plaintiff will only re-file in Federal Court.

3    The parties shall each bear their own costs.

4

5 Dated: July 19, 2006                 ROBINSON, CALCAGNIE & ROBINSON

6

7                                       Mark P. Robinson, Jr., SBN054426
                                        mrobinson@rcrlaw.net
8                                       Carlos A. Prietto, III, SBN 166410
                                        cprietto@rcrlaw.net
9                                       Ted B. Wacker, SBN 157416
                                        twacker@rcrlaw.net
10                                      620 Newport Center Drive, 7th Floor
                                        Newport Beach, CA 92660
11                                      Telephone: (949) 720-1288
                                        Fax: (949) 720-1292
12
                                        -AND-
13
                                        Samuel M. Wendt, MO #53573
14                                      David Peterson, MO #32229
                                        PETERSON & ASSOCIATES, P.C.
15                                      801 West 47th Street, Suite 107
                                        Kansas City, MO 64112-1253
16                                      Telephone: (816) 531-4440
                                        Fax: (816) 531-0660
17
                                        *Counsel for Plaintiff*
18                                      RICHARD L. WRIGHT

19

20 Dated: July 24, 2006                GORDON & REES

21

22                                      Stuart M. Gordon, Esq.
23                                      sgordon@gordonrees.com
                                        Embarcadero Center West
24                                      275 Battery Street, 20th Floor
                                        San Francisco, CA 94111
25                                      Telephone: (415) 986-5900
                                        Fax: (415) 986-8054
26
                                        *Defendants' Liaison Counsel*
27

28

                                        2

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: __July 21, 2006___

4   HONORABLE CHARLES R. BREYER



STIPULATION AND ORDER OF DISMISSAL