IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**Magdaline Criner,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PFIZER, INC. et. al.,**<br><br>**Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 052-8935**<br><br>Case No. 3:06-cv-02081-CRB |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendants that the Complaint of Plaintiff Magdaline Criner, is herby dismissed without prejudice.

1. Plaintiff is Magdaline Criner; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On August 24, 2005, plaintiff sued defendants;

3. Plaintiff moves to dismiss her claims against defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

1

7.   Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8.   Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in Federal Court.

Respectfully submitted:

Dated: 7/21/06

By: /s/ Navan Ward
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 7/21/06

**GORDON & REES**

/s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 24, 2006

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

2