IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



E-filing
7·24·06

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

Evelina Anderson, et al.,

Plaintiff,

v.

PFIZER, INC., et al.,

Defendants.

STIPULATION AND ~~PROPOSED~~
ORDER OF DISMISSAL
WITHOUT PREJUDICE

**THIS DOCUMENT RELATES
TO PLAINTIFFS ROBERT
LAFEVER and SHIRLEY A.
TALLEY <u>ONLY</u>**

CASE NO. 3:06-cv-2081-CRB

#7 PM

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaints of **Plaintiff Robert Lafever on behalf of Mary Frances Lafever and Plaintiff Shirley A. Talley** are hereby dismissed without prejudice.

1. Plaintiffs are Robert Lafever, on behalf of Mary Frances Lafever, and Shirley A. Talley; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On August 24, 2005, Plaintiffs sued Defendants;

3. Plaintiffs move to dismiss their claims against Defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiffs have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plaintiffs attempt to re-file their claims against Defendants, they shall do so only by filing said claims in Federal Court.

Respectfully submitted:

Dated: 7/21/06

By: /s/ Navan Ward Jr.
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff's Robert Lafever and Shirley A. Talley*

Dated: 7/21/06

GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 24, 2006

Honorable Charles R. Breyer
United States District Court

2