1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Clifford L. Carter, SBN 149621
3  Kirk J. Wolden, SBN 138902
   608 University Avenue
4  Sacramento, CA 95825
   Telephone (916) 924-3100
5  Fax (916) 924-1829

6  Rodney A. Klein, SBN 035541
   Lawrence S. Paikoff, M.D., J.D., SBN 191732
7  2300 Bell Executive Lane
   Sacramento, CA 95825
8  Telephone (916) 929-6000
   Fax (916) 929-5137

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN VIRDURE, | Case No: 3:06-CV-3126-CRB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| PFIZER INC., MCKESSON CORPORATION and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff STEPHEN VIRDURE, Clifford L. Carter of CLAYEO C. ARNOLD, PLC, and defendants PFIZER INC. and MCKESSON CORPORATION, to dismiss case No. 3:06-CV-3126-CRB without prejudice and with each party bearing their own costs and fees. If the action is to be re-filed, it will be re-filed in the Federal District Court of the U.S. District Court.

Dated: July 25, 2006

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
CLIFFORD L. CARTER
Attorney for Plaintiff
STEPHEN VIRDURE

1

| | |
|---|---|
| 1 Dated: July 31, 2006 | GORDON & REESE, LLP |
| 2 | |
| 3 | By: _____<br>STUART M. GORDON |
| 4 | Attorney for Defendants<br>PFIZER INC. |
| 5 Dated: July 26, 2006 | TUCKER ELLIS & WEST LLP |
| 6 | |
| 7 | By: _____<br>PETER E. SCHNAITMAN |
| 8 | Attorney for Defendants<br>MCKESSON CORPORATION |

IT IS SO ORDERED.

Dated: ___August 01,___ 2006

Judge of the U.S. _____

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA