UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br><br>MDL Case No. 06-2976 | Plaintiff: _____Nancy D. Macklin_____<br>(name) |

## REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The undersigned agree to voluntary dismissal of the above referenced action without prejudice and without further costs to any party, with the condition that if the case is re-filed it will be filed in Federal Court. The undersigned further stipulate that the Court may enter its Order and Judgment for Dismissal Without Prejudice, without further notice to any party.

Dated: 7/18/06

By: _____
Ronald S. Goldser - MN# 35932
Stacy Hauer MN # 317093
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844

*ATTORNEY FOR PLAINTIFF*

By: _____
Stuart M. Gordon, CA#
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-900
415-986-8054

*ATTORNEY FOR DEFENDANT*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 04, 2006



Hon. Charles R. Breyer
United States District Court