**Mark P. Robinson, Jr.,** SBN 054426
**Carlos A. Prietto, III,** SBN 166410
**Ted B. Wacker,** SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. M 05-CV-1699-CRB |
| | MDL No. 1699 |
| | JUDGE BREYER |
| **This document relates to:** | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6354 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |
| **GAYLE WILLIAMS-RHINEHART, et al.** **Individual Case No. C 05-5350 CRB** | |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiffs, Gayle Williams-Rhinehart and Suzette Coleman, originally filed in the Central District of California, Case Number CV 05-6354 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5350 CRB, may be and is hereby dismissed without prejudice, as to Plaintiff, Gayle Williams-Rhinehart only.

1    The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2    Plaintiff will only re-file in Federal Court.

3    The parties shall each bear their own costs.

4

5    Dated: August 2, 2006          ROBINSON, CALCAGNIE & ROBINSON

6

7                                   _____

8                                   Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
9                                   Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
                                    Ted B. Wacker, SBN 157416
10                                  twacker@rcrlaw.net
                                    620 Newport Center Drive, 7th Floor
11                                  Newport Beach, CA 92660
                                    Telephone: (949) 720-1288
12                                  Fax: (949) 720-1292

13                                         -AND-

14                                  Samuel M. Wendt, MO #53573
                                    David Peterson, MO #32229
15                                  PETERSON & ASSOCIATES, P.C.
                                    801 West 47th Street, Suite 107
16                                  Kansas City, MO 64112-1253
                                    Telephone: (816) 531-4440
17                                  Fax: (816) 531-0660

18                                  *Counsel for Plaintiffs*

19

20

21   Dated: August 4, 2006          GORDON & REES

22                                   _____

23

24                                  Stuart M. Gordon, Esq.
                                    sgordon@gordonrees.com
25                                  Embarcadero Center West
                                    275 Battery Street, 20th Floor
26                                  San Francisco, CA 94111
                                    Telephone: (415) 986-5900
27                                  Fax: (415) 986-8054

28                                  *Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:   _August 08, 2006 __

HONORABLE CHARLES R. BREYER



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER OF DISMISSAL