IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY BETH HOOPER, ET AL<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CASE NO.: 3:05-cv-05382-CRB<br><br><br><br><br>MDL NO. 1699<br> |
| vs | | |
| PFIZER, INC., ET AL.<br>Defendant. | | |

### ORDER

Good cause appearing, **IT IS ORDERED**:

That the substitution of counsel is allowed, attorneys David Matthews and Jason Webster, of Abraham, Watkins, Nichols, Sorrels, Matthews & Friend are allowed to appear as counsel for plaintiff and Paul F. Waldner is allowed to withdraw as counsel for plaintiff.

APPROVED AS TO FORM:

ABRAHAM, WATKINS, NICHOLS,
SORRELS, MATTHEWS, & FRIEND

By: /s/_____
Jason Webster
Texas Bar No: 24033318
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile: (713) 225-0827

_____
Honorable Charles R. Breyer, Presiding



August 08, 2006