1  Mark P. Robinson, Jr., SBN 054426
   Carlos A. Prietto, III, SBN 166410
2  Ted B. Wacker, SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiffs
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br>GAYLE WILLIAMS-RHINEHART, et al.<br>Individual Case No. C 06-0340 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6392 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiffs, Gayle Williams-Rhinehart and Suzette Coleman, originally filed in the Central District of California, Case Number CV 05-6392 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0340 CRB, may be and is hereby dismissed without prejudice, as to Plaintiff, Gayle Williams-Rhinehart only.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: August 2, 2006    ROBINSON, CALCAGNIE & ROBINSON

*[signature]*

Mark P. Robinson, Jr., SBN 054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiffs*

Dated: August 4, 2006    GORDON & REES

*[signature]*

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: August 8, 2006 _____
     HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*