1  **Mark P. Robinson, Jr.,** SBN 054426
   **Carlos A. Prietto, III,** SBN 166410
2  **Ted B. Wacker,** SBN 157416
   **ROBINSON, CALCAGNIE & ROBINSON**
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiffs
6

7

8

9

10                    **UNITED STATES DISTRICT COURT**

11              **NORTHERN  DISTRICT OF CALIFORNIA**

12

13  **IN RE: BEXTRA AND**                )   Case No. M 05-CV-1699-CRB
    **CELEBREX MARKETING,**              )
14  **SALES PRACTICES AND**              )   MDL No. 1699
    **PRODUCTS LIABILITY**              )
15  **LITIGATION**                       )   JUDGE BREYER
    ─────────────────────────────       )
16                                       )   **STIPULATION AND ORDER OF**
    **This document relates to:**        )   **DISMISSAL ONLY AS TO CASE**
17                                       )   **NUMBER 05-6480 SJO,**
    **SEDIK PIRVERDEAN and SIROB**      )   **ORIGINALLY FILED IN THE**
18  **MEGERDECHAN**                      )   **CENTRAL DISTRICT OF**
    **Individual Case No. C 06-1352 CRB** )  **CALIFORNIA**
19  ─────────────────────────────       )

20

21       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

22  Plaintiff and counsel for Defendants that the Complaint of Plaintiffs, Sedik

23  Pirverdean and Sirob Megerdechan, originally filed in the Central District of

24  California, Case Number CV 05-6480 SJO, and later transferred to the MDL No.

25  1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability*

26  *Litigation,* with the assigned individual case number C 06-1352 CRB, may be and is

27  hereby dismissed without prejudice.

28

1    The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,

2  Plaintiff will only re-file in Federal Court.

3    The parties shall each bear their own costs.

4

5  Dated: August 2, 2006          ROBINSON, CALCAGNIE & ROBINSON

6

7                                 _____

8                                 Mark P. Robinson, Jr., SBN054426
                                   mrobinson@rcrlaw.net
9                                  Carlos A. Prietto, III, SBN 166410
                                   cprietto@rcrlaw.net
10                                 Ted B. Wacker, SBN 157416
                                   twacker@rcrlaw.net
11                                 620 Newport Center Drive, 7th Floor
                                   Newport Beach, CA 92660
12                                 Telephone: (949) 720-1288
                                   Fax: (949) 720-1292

13                                            -AND-

14                                 Samuel M. Wendt, MO #53573
                                   David Peterson, MO #32229
15                                 PETERSON & ASSOCIATES, P.C.
                                   801 West 47th Street, Suite 107
16                                 Kansas City, MO 64112-1253
                                   Telephone: (816) 531-4440
17                                 Fax: (816) 531-0660

18                                 *Counsel for Plaintiffs*

19

20

21  Dated: August 4, 2006         GORDON & REES

22

23                                 _____

24                                 Stuart M. Gordon, Esq.
                                   sgordon@gordonrees.com
25                                 Embarcadero Center West
                                   275 Battery Street, 20th Floor
26                                 San Francisco, CA 94111
                                   Telephone: (415) 986-5900
27                                 Fax: (415) 986-8054

28                                 *Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: __August 8, 2006___



HONORABLE CHARLES R. BREYER

---

STIPULATION AND ORDER OF DISMISSAL