IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br>Judge Charles R. Breyer |
| This document relates to:<br>BRUCE NAZAROVICH,<br>Plaintiff,<br>v.<br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br>Defendants. | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF CASE NO. 3:06-CV-03369-CRB |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiff, Bruce Nazarovich ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia Corporation and G.D. Searle LLC (FKA G.D. Searle & Co.) ("Defendants"), to a dismissal without prejudice of the following Plaintiff's claims which were filed in a consolidated, multi-plaintiff Complaint against Defendants:

1. Plaintiff is Bruce Nazarovich; Defendants are Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC (FKA G.D. Searle & Co.);

2. On April 26, 2006, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss his claims without prejudice against Defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. This dismissal is voluntary and not on the merits.

9. Should Plaintiff or a representative of Plaintiff re-file this claim against Defendants, he shall do so only by filing said claims in MDL-1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

10. This voluntary dismissal does not affect any claims, counterclaims or issues by and between Defendants and Plaintiff with respect to his action against Defendants for his Celebrex-related injury. (Master Docket MDL 1699/Case Number 3:06-cv-02849-CRB).

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims or issues by and between Defendants and the following remaining Plaintiffs:

1. Donald L. Leavenworth, individually and on behalf of Mary C. Leavenworth, deceased;

2. Ross Meier

///
///
///
///
///
///
///

- 2 -

| | |
|---|---|
| 1 | Respectfully submitted: |
| 2 | |
| 3 | Dated: _____     GANCEDO & NIEVES, LLP |
| 4 | By: _____ |
| 5 |          Christopher W. Taylor, Esq. |
| 6 | Hector G. Gancedo (SB# 132139) |
| 7 | hgancedo@gancedonieves.com <br> Tina B. Nieves (SB# 134384) |
| 8 | tnieves@gancedonieves.com <br> Christopher W. Taylor (SB# 236245) |
| 9 | chris@gancedonieves.com <br> GANCEDO & NIEVES LLP |
| 10 | 144 W. Colorado Boulevard |
| 11 | Pasadena, California 91105 <br> Telephone: (626) 685-9800 |
| 12 | Facsimile: (626) 685-9808 |
| 13 | Attorneys for Plaintiffs |
| 14 | |
| 15 | Dated: August 8, 2006     GORDON & REES |
| 16 | |
| 17 | By: _____ |
| 18 |          Stuart M. Gordon, Esq. |
| 19 | Embarcadero Center West |
| 20 | 275 Battery Street 20th Floor <br> San Francisco, California 94111 |
| 21 | (415) 986-5900 (Tel.) <br> (415) 986-8054 (Fax) |
| 22 | Defendants' Liaison Counsel |

## ORDER

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Robert Nezarez in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SAN FRANCISCO, CALIFORNIA, this __14th__ day of __August__, 2006.



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer