UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**ERIC CARTEE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORDELIUS JONES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PFIZER, INC.,**<br><br>**Defendant.** | **CASE NO. 06CV4465** |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendant that the Complaint of Plaintiff Eric Cartee, As Personal Representative of the Estate of Cordelius Jones is hereby dismissed without prejudice:

1. Plaintiff is Eric Cartee, As Personal Representative of the Estate of Cordelius Jones; Defendant is Pfizer, Inc.;

2. On July 21, 2006, Plaintiff sued Defendant;

3.  Plaintiff moves to dismiss only his claims against Defendant;

4.  Defendant has answered these claims;

5.  This case is not a class action;

6.  A receiver has not been apointed to this action;

7.  Plainitff has not dismissed an action based on or including the same claims as those present in this suit.

8.  Should Plaintiff or a representative of Plaintff attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: August 9, 2006

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

1
2
3   Dated: August 15 2006
4
5
6
7
8
9
10
11
12
13
14
15  Dated: August 18, 2006
16
17
18
19
20
21
22
23
24
25
26
27
28

**GORDON & REES**

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFF ERIC CARTEE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CORDELIUS JONES' CLAIMS ARE DISMISSED.**

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

