A CERTIFIED TRUE COPY

AUG - 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 18 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-31)**

FILED

AUG 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 749 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CONNECTICUT** | |
| CT 3 06-669 | Clifford Lowman v. Pfizer Inc. |
| CT 3 06-670 | Estate of Beverly Kudla v. Pfizer Inc. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1493 | Christine Bahktiary v. Pfizer Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 3 06-50122 | Patricia Richter, etc. v. G.D. Searle, LLC, et al. |
| **LOUISIANA WESTERN** | |
| LAW 6 06-1067 | Sarah Simpson, et al. v. Pfizer Inc. |
| **MARYLAND** | |
| MD 1 06-1121 | Daphne Mencarini v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-2439 | Dorothy Johnson v. Pfizer Inc., et al. |
| MN 0 06-2440 | Clifford Jackson v. Pfizer Inc., et al. |
| MN 0 06-2441 | Mildred Torrence v. Pfizer Inc., et al. |
| MN 0 06-2547 | Shelia Adams, etc. v. Pfizer Inc., et al. |
| MN 0 06-2700 | Bridgette Weston v. Pfizer Inc. |
| MN 0 06-2701 | Richard Odey v. Pfizer Inc. |
| MN 0 06-2702 | Tonja Henderson v. Pfizer Inc. |
| MN 0 06-2724 | William Coulson, etc. v. Pfizer Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 6 06-3257 | Petra Curry v. Pfizer Inc. |
| **NEW JERSEY** | |
| NJ 2 06-2941 | Linda S. Hawkins v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| TXE 1 06-311 | Donald Gene Alexander, Sr. v. Pfizer Inc. |
| TXE 1 06-312 | May Joy Bradley, etc. v. Pfizer Inc. |
| TXE 1 06-362 | Willie Mae Tyler, et al. v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2090 | Marilyn R. Pickaree v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-489 | Clifford Ellis, et al. v. Pfizer Inc. |