# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**MARY R. JUDKINS,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**PFIZER, INC.,**<br><br>　　　　　　**Defendant.** | **CASE NO. 06CV01862** |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendant that the Complaint of Plaintiff, Mary R. Judkins, is hereby dismissed without prejudice:

　　1.　　Plaintiff is Mary R. Judkins; Defendant is Pfizer, Inc.;

　　2.　　On March 10, 2006, Plaintiff sued Defendant;

　　3.　　Plaintiff moves to dismiss her claims against Defendant;

　　4.　　Defendant has answered these claims;

5. This case is not a class action;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff or a representative of Plaintff attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: August 14, 2006

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

Dated: August 17, 2006

GORDON & REES

/s/ Stuart M. Gordon

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFF'S CLAIMS ARE DISMISSED.**

Dated: August 25, 2006



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer