Seth Sharrock Webb, MO Fed. Bar No. 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05- 1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Clara Jean Hunter v. Merck & Co., Inc., et. al.* No. 3:05-cv-4580-CRB (previously Case No. 4:05-CV-00870-HEA EDMO USDC) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:05-CV-4580 |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of the Plaintiff Clara Jean Hunter, is hereby dismissed without prejudice.

1. Plaintiff is Clara Jean Hunter; defendants are Merck & Co., Inc., G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.,;

2. On May 27, 2005, Plaintiff sued defendants;

3. Plaintiff moves to dismiss her claims against defendants;

4. Defendants have not answered these claims;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against, Defendants, she shall do so only by filing said claims in MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Dated: 8-16-6

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

Seth Sharrock Webb, MO Fed. Bar No. 505666
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421-0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

Dated: 8/23/06

GORDON & REES

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900
(415) 986-8054 fax
DEFENDANTS' LIAISON COUNSEL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | MDL NO. 05- 1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>Clara Jean Hunter v. Merck & Co., Inc., et al No. 3:05-cv-4580-CRB (previously Case No. 4:05-cv-00870-HEA EDMO USDC) | ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:05-cv-4580 |

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Gracie Blount and the Defendants, Merck & Co., Inc., Pfizer, Inc., Pharmacia Corporation, and Walgreen Company move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Gracie Blount or a representative of Plaintiff attempt to re-file claim against Merck & Co., Inc., Pfizer, Inc., Pharmacia Corporation, or Walgreen Company, she shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

    AND IT IS ORDERED.

Dated: August 25, 2006

_____
Hon. Charles R. Breyer
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

ORDER OF DISMISSAL
3:05-cv-4580CRB

1