RECEIVED
AUG 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Robert Landers and Shirley Smith

                          Plaintiff(s),

    v.

Pfizer, Inc.

                       Defendant(s).

CASE NO. C 06 4079 CRB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert L. Salim , an active member in good standing of the bar of USDC, Western District of Louisiana (particular court to which applicant is admitted) whose business address and telephone number is 1762 Texas Street, Natchitoches, LA 71457, (318) 352-5999 or toll free (877) 807-2924 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs, Harold Johnston and Fred A. Langston

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 29, 2006

                                             United States District Judge