IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**ORDER DISMISSING JAMES A. TRAINOR v. PFIZER INC., CASE NO. C 05 4588 CRB, AS A DUPLICATIVE LAWSUIT** |
| This Order Relates To:<br><br>Case No. C 05 4598 CRB, *James A. Trainor v. Pfizer Inc.*<br><br>Case No. C 05 4588 CRB, *James A. Trainor v. Pfizer Inc.* | |

    Having duly considered Defendant Pfizer Inc.'s Unopposed Motion to Dismiss or Consolidate Duplicative Lawsuit, the Court is of the opinion that Case No. C 05 4588 CRB is, in fact, duplicative of Case No. C 05 4598. Therefore, the Court ORDERS that Case No. C 05 4588 CRB is hereby DISMISSED. The clerk is directed to close Case No. C 05 4588 CRB and the parties are instructed to make all future filings pertaining to the cases originally filed by Plaintiff James A. Trainor in the District Court for the Eastern District of Texas (Case Nos. 1:05-CV-00309 and 1:05-CV-00459) in Case No. C 05 4598 CRB.

1  IT IS SO ORDERED.
2
3  Dated:  _August 30_ ___, 2006
4                                                        THE HONORABLE CHARLES R. BREYER
                                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*