UNITED STATESDISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

---------------------------------------------------------X

In re BEXTRA AND CELEBREX MARKETING,
SALES PRACTICE, AND PRODUCT LIABILITY         STIPULATION OF
LITIGATION                                                                  VOLUNTARY
---------------------------------------------------------X       DISMISSAL
                                                                                     WITH PREJUDICE

This Document Relates to:
Linda Salas            06-0292 CRB
---------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and/or their counsel in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action, the above-captioned action brought by Plaintiff, LINDA SALAS, be voluntarily dismissed <u>with prejudice</u>, and without costs to either party as against the other.

    **IT IS FURTHER HEREBY STIPULATED AND AGREED**, that this Stipulation may be filed with the Clerk of the Court without further notice to the parties herein.

Dated: August 29, 2006

_____            _____
Todd S. Hageman                                               BY: Stuart Gordon
SIMON PASSANANTE, PC                                Gordon & Rees, LLP
701 Market Street, Suite 1450                          Embarcadero Center West
St. Louis, Missouri 63101                                  275 Battery Street, Suite 2000
Phone: (314) 241-2929                                     San Francisco, CA 94111
Fax: (314) 241-2029                                          (415) 986-5900
And                                                                        (415) 986-8054
Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010
Phone: (713) 751-0025
Fax: (713) 751-0030



So Ordered.

Date: __August 30, 2006_____

_____
PRESIDING JUDGE

