UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | STIPULATION OF DISMISSAL WITH PREJUDICE |

This Document Relates to:
Vernice Brasher          06-3494 CRB

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has an interest in the subject matter of this action, the above-captioned action brought by Plaintiff, VERNICE BRASHER, be voluntarily dismissed with prejudice, and without costs to either party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that this Stipulation may be filed with the Clerk of the Court without further notice to the parties herein.

Dated: August 29, 2006

_____
Todd S. Hageman
SIMON PASSANANTE, PC
701 Market Street, Suite 1450
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
And
Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010
Phone: (713) 751-0025
Fax: (713) 751-0030

_____
Stuart Gordon
Gordon & Rees, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054



So Ordered.

Date: __August 30, 2006__

