1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
|---|---|
| This Order Relates to:<br><br>ALL PURCHASE CLAIMS. | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR AMENDED PURCHASE CLAIMS MASTER COMPLAINTS** |

1.  On August 16, 2006, this Court granted in part and denied in part the Pfizer Defendants' motion to dismiss the Purchase Claims Master Celebrex Complaint. On August 24, 2006, this Court granted in part and denied in part the Pfizer Defendants' motion to dismiss the Purchase Claims Master Bextra Complaint. Certain claims in the Purchase Claims Master Complaints were dismissed with leave to amend.

2.  The Plaintiffs' Steering Committee ("PSC"), on behalf of all plaintiffs asserting Purchase Claims, may file amended Purchase Claims Master Complaint(s) relating to Bextra and/or Celebrex on or before Friday, September 22, 2006.

3.  The Pfizer Defendants may file motion(s) to dismiss the amended Purchase Claims Master Complaint(s) by Friday, November 3, 2006.

/////

4. The PSC shall file any opposition brief(s) to the Pfizer Defendants' motion(s) to dismiss the Purchase Claims Master Complaint(s) by Friday, December 1, 2006.

5. The Pfizer Defendants shall file any reply brief(s) in support of their motion(s) to dismiss the Purchase Claims Master Complaint(s) by Friday, December 15, 2006.

6. By Friday, September 29, the parties shall meet and confer with respect to the page limits for briefing on the Purchase Claims Master Complaints.

**IT IS SO STIPULATED.**

Dated:  August 31, 2006                LIEFF CABRASER HEIMANN & BERNSTEIN LLP


By   /s/
     ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel


Dated:  August 31, 2006                DLA PIPER RUDNICK GRAY CARY US LLP


By   /s/
     AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Sep. 7, 2006                         /s/
                                       HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE