**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER TO SHOW CAUSE** |

*This document relates to:*

| | |
|---|---|
| Zedith Lillard and Don Lillard, | 05-5430 CRB |
| Dale Casey and Janice Casey | 05-5354 CRB |
| Ira Carter and Woford Carter | 05-5441 CRB |
| Gayle Williams-Rhinehart and Suzette Coleman | 05-5350 CRB |
| | 06-0340 CRB |
| Glossie Love and Huey Love | 06-0151 CRB |
| Estate of Helen M. Shelton | 06-0221 CRB |
| Angela M. Swedeen and Dana Swedeen | 06-0175 CRB |
| Joyce Croft | 06-0222 CRB |
| Alanda Creer | 06-0233 CRB |
| Sheraldine Joseph, | 06-0241 CRB |
| Sharon Thompson | 06-0288 CRB |
| | 06-0283 CRB |
| Franklin Dean Elders | 06-0287 CRB |
| | 06-0245 CRB |
| Joyce M. Hayes, | 06-0385 CRB |
| | 06-0224 CRB |

Now pending for decision before the Court are the motions of the law firm of Robinson, Calcagnie & Robinson ("Robinson") to (1) file affidavits under seal, and (2) withdraw as counsel for plaintiffs in the above actions. Robinson's motions to file affidavits under seal are GRANTED.

After carefully considering those affidavits, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) Robinson's motion to withdraw as counsel should not be granted; and (2) each plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If a plaintiff wishes to contest the withdrawal of counsel Robinson and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall appear, either individually or through new counsel, at a hearing at **10:00 a.m. on October 6, 2006 at Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.**

Counsel Robinson is directed to immediately serve this order on the above plaintiffs at their last known addresses.

**IT IS SO ORDERED.**

Dated: September 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE