IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **Gaile Blair,** as Special Administrator of the Estate of **Morris Markum,**<br><br>Plaintiffs,<br><br>v.<br><br>**PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-3011 CRB<br><br>NOTICE OF DISMISSAL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

Dated: August 24, 2006

| | |
|---|---|
| By _____/s/_____<br>Stuart M. Gordon, Esq.<br>CA Bar No.: 37477<br>Gordon & Reese<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801 | By _____/s/_____<br>Robert D. Rowland, IL Bar No. 06198915<br>Aaron K. Dickey, IL Bar No. 06281731<br>GOLDENBERG HELLER ANTOGNOLI<br>ROWLAND SHORT & GORI P.C.<br>2227 South State Route 157<br> P.O. Box 959<br>Edwardsville, IL 62025<br>Telephone: (618) 656-5150<br>Facsimile: (618) 656-6230 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

 September 6, __, 2006.

_____
Honorable Charles R. Breyer
United States District Court

