Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
ROY KACKLEY AND
PHYLLIS KACKLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>ROY KACKLEY AND PHYLLIS KACKLEY<br><br>Individual Case No. C 05-5432 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6331 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Roy Kackley and Phyllis Kackley, originally filed in the Central District of California, Case Number CV 05-6331 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5432 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

6  Dated: August 31, 2006              ROBINSON, CALCAGNIE & ROBINSON

                                       Mark P. Robinson, Jr., SBN054426
                                       mrobinson@rcrlaw.net
                                       Carlos A. Prietto, III, SBN 166410
                                       cprietto@rcrlaw.net
                                       Ted B. Wacker, SBN 157416
                                       twacker@rcrlaw.net
                                       620 Newport Center Drive, 7th Floor
                                       Newport Beach, CA 92660
                                       Telephone: (949) 720-1288
                                       Fax: (949) 720-1292

                                                    -AND-

                                       Samuel M. Wendt, MO #53573
                                       David Peterson, MO #32229
                                       PETERSON & ASSOCIATES, P.C.
                                       801 West 47th Street, Suite 107
                                       Kansas City, MO 64112-1253
                                       Telephone: (816) 531-4440
                                       Fax: (816) 531-0660

                                       *Counsel for Plaintiffs*
                                       ROY KACKLEY AND PHYLLIS KACKLEY

22  Dated: September 1, 2006           GORDON & REES

Sept. 6, 2006
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                       Stuart M. Gordon, Esq.
                                       sgordon@gordonrees.com
                                       Embarcadero Center West
                                       275 Battery Street, 20th Floor
                                       San Francisco, CA 94111
                                       Telephone: (415) 986-5900
                                       Fax: (415) 986-8054

                                       *Defendants' Liaison Counsel*

2
STIPULATION AND ORDER OF DISMISSAL