IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** ) ) ) ) ) ) ) ) ) | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **HILDA TUCKER**, individually, ) ) Plaintiff, ) ) ) ) v. ) ) ) PFIZER, INC., PHARMACIA CORP., and ) G.D.SEARLE & CO., ) ) Defendants. ) | Case No. 06-3014 CRB<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __6th____ day of __September_____, 2006, in San Francisco, California.



_____
CHARLES R. BREYER
United States District

IT IS SO ORDERED
Judge Charles R. Breyer