Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
LINDA TRENT and
LARRY TRENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>LINDA TRENT and<br>LARRY TRENT<br>Individual Case No. C 06-0129 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6358 DDP, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Linda Trent and Larry Trent, originally filed in the Central District of California, Case Number CV 05-6358 DDP, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0129 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

5  Dated: September 6, 2006        ROBINSON, CALCAGNIE & ROBINSON

7                                  _____
                                   Mark P. Robinson, Jr., SBN054426
8                                  mrobinson@rcrlaw.net
                                   Carlos A. Prietto, III, SBN 166410
                                   cprietto@rcrlaw.net
9                                  Ted B. Wacker, SBN 157416
                                   twacker@rcrlaw.net
10                                 620 Newport Center Drive, 7th Floor
                                   Newport Beach, CA 92660
11                                 Telephone: (949) 720-1288
                                   Fax: (949) 720-1292

                                            -AND-

                                   Samuel M. Wendt, MO #53573
                                   David Peterson, MO #32229
                                   PETERSON & ASSOCIATES, P.C.
                                   801 West 47th Street, Suite 107
                                   Kansas City, MO 64112-1253
                                   Telephone: (816) 531-4440
                                   Fax: (816) 531-0660

                                   *Counsel for Plaintiffs*
                                   LINDA TRENT and LARRY TRENT

20  Dated: September __, 2006      GORDON & REES

                                   _____
                                   Stuart M. Gordon, Esq.
                                   sgordon@gordonrees.com
                                   Embarcadero Center West
                                   275 Battery Street, 20th Floor
                                   San Francisco, CA 94111
                                   Telephone: (415) 986-5900
                                   Fax: (415) 986-8054

                                   *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: September 8, 2006

HONORABLE CHARLES R. BREYER

