Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
LINDA TRENT and
LARRY TRENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br><br>LINDA TRENT and<br>LARRY TRENT<br>Individual Case No. C 06-0467 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6390 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Linda Trent and Larry Trent, originally filed in the Central District of California, Case Number CV 05-6390 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0467 CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: September 6, 2006            ROBINSON, CALCAGNIE & ROBINSON

                                    _____
                                    Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
                                    Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
                                    Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
                                    620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
                                    Telephone: (949) 720-1288
                                    Fax: (949) 720-1292

                                    -AND-

                                    Samuel M. Wendt, MO #53573
                                    David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
                                    801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
                                    Telephone: (816) 531-4440
                                    Fax: (816) 531-0660

                                    *Counsel for Plaintiffs*
                                    LINDA TRENT and LARRY TRENT

Dated: September ⌊, 2006            GORDON & REES

                                    _____
                                    Stuart M. Gordon, Esq.
                                    sgordon@gordonrees.com
                                    Embarcadero Center West
                                    275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 986-5900
                                    Fax: (415) 986-8054

                                    *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: September 8, 2006

   HONORABLE CHARLES R. BREYER

