UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br>Judge Charles R. Breyer |
| This document relates to:<br><br>**VERNA M. AND ROBERT VESCIO,**<br>　　　　**Plaintiffs,**<br>v.<br>**PFIZER, INC.,**<br>　　　　**Defendant.** | CASE NO. 06CV5200 |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs, Verna M. and Robert Vescio, is hereby dismissed without prejudice:

1. Plaintiffs are Verna M. and Robert Vescio; Defendant is Pfizer, Inc.;

2. On August 24, 2006, Plaintiffs sued Defendant;

3. Plaintiffs move to dismiss their claims against Defendant;

4. Defendant has not answered these claims;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitffs have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plaintiffs attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: August 30, 2006

Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

| | |
|---|---|
| | GORDON & REES |
| Dated: ⟨signature⟩, 2006 | ⟨signature⟩ |
| | Stuart M. Gordon, Esq. |
| | Embarcadero Center West |
| | 275 Battery Street, 20th Floor |
| | San Francisco, CA 94111 |
| | (415) 986-5900 (Tel.) |
| | (415) 986-8054 (Fax) |
| | *Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFF'S CLAIMS ARE DISMISSED.**

Dated: September 11, 2006



_____
CHARLES R. BREYER
DISTRICT JUDGE