IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA HALLMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>Defendants. | Cause No.   3:06-cv-00088-CRB<br><br>MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT         LIABILITY LITIGATION |

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the case of Martha Hallman *only* be and is VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiff Martha Hallman is to refile her action, plaintiff Martha Hallman can only do so in federal court. All other plaintiffs cases in the above styled action remain pending.

GORDEN & REES

By:_____/s/Stuart M. Gordon

    Stuart M. Gordon
    275 Battery St., 20th Floor
    Suite 200
    San Francisco, CA 94111
    415-986-5900

JEFFREY J. LOWE, PC

By:_____/s/Jeffrey J. Lowe

    Jeffrey J. Lowe      #10538
    Francis J. "Casey" Flynn #118147
    Attorney for Plaintiff
    8235 Forsyth, Suite 1100
    St. Louis, Missouri 63105

415-896-8054
Attorney for Defendants

(314) 678-3400
Fax: (314) 678-3401
John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA HALLMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>        Defendants. | Cause No.  3:06-cv-00088-CRB<br><br>MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

### ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Martha Hallman's claims against defendants are dismissed without prejudice.

September 13, 2006

United States District Judge R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer