UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | **MDL No. 1699**<br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **PHYLLIS WRIGHT**, individually and on behalf of JAMES WRIGHT, deceased,<br><br>                    Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>                    Defendants. | Case No. C 06 0819 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND (SUBSTITUTE NAMED PLAINTIFF) AND SUGGESTION OF DEATH** |

The Court having reviewed the respective pleadings, applicable rules of procedure, and being otherwise fully advised in the premises, hereby grants the Plaintiff's Motion to Amend (Substitution Named Plaintiff), accepts the Motion and accompanying exhibits attached thereto as the suggestion of death, and orders the following:

    1.    Phyllis Wright, as the widow and personal representative of decedent,

Order                                                                                                          CASE NO. C 06 0819 CRB

1  James Wright, shall be substituted as the named plaintiff in this action;

2      2. Such amendment will relate back to the date of original filing: October 14,

3  2005.

4      IT IS SO ORDERED.

6  Dated: This the 21st day of _Sept._, 2006   Respectfully submitted,

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

CC:
B. Kristian W. Rasmussen, Esq.
Stuart M. Gordon, Esq.
Peter Turcotte, Esq.

Order      - 2 -      CASE NO. C 06 0819 CRB