1  Mark P. Robinson, Jr., SBN 054426
   Carlos A. Prietto, III, SBN 166410
2  Ted B. Wacker, SBN 157416
   ROBINSON, CALCAGNIE & ROBINSON
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  MELISSA COLLINS and
   KENNETH COLLINS
7

8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 | IN RE: BEXTRA AND CELEBREX       ) Case No. M 05-CV-1699-CRB
   | MARKETING, SALES                 )
14 | PRACTICES AND PRODUCTS           ) MDL No. 1699
   | LIABILITY LITIGATION             )
15 |                                  ) JUDGE BREYER
   |                                  )
16 | This document relates to:        ) STIPULATION AND ORDER OF
   |                                  ) DISMISSAL ONLY AS TO CASE
17 | MELISSA JANE COLLINS and         ) NUMBER 05-6305 SJO,
   | KENNETH                          ) ORIGINALLY FILED IN THE
18 | COLLINS                          ) CENTRAL DISTRICT OF
   | Individual Case No. C05-5352-CRB ) CALIFORNIA
19 |                                  )

20

21

22        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

23  Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Melissa Collins

24  and Kenneth Collins, originally filed in the Central District of California, Case

25  Number CV 05-6305 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra*

26  *and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the

27  assigned individual case number C 05-5352 CRB, may be and is hereby dismissed

28  without prejudice.

                                          1
                        STIPULATION AND ORDER OF DISMISSAL

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: September 12, 2006        ROBINSON, CALCAGNIE & ROBINSON

6

7                                   _____
                                    Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
8                                   Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
9                                   Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
10                                  620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
11                                  Telephone: (949) 720-1288
                                    Fax: (949) 720-1292
12
                                    -AND-
13
                                    Samuel M. Wendt, MO #53573
14                                  David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
15                                  801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
16                                  Telephone: (816) 531-4440
                                    Fax: (816) 531-0660
17
                                    *Counsel for Plaintiffs*
18                                  MELISSA COLLINS and
                                    KENNETH COLLINS
19

20  Dated: September 15, 2006       GORDON & REES

21

22                                  _____
                                    Stuart M. Gordon, Esq.
23                                  sgordon@gordonrees.com
                                    Embarcadero Center West
24                                  275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
25                                  Telephone: (415) 986-5900
                                    Fax: (415) 986-8054
26
                                    *Defendants' Liaison Counsel*
27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 21, 2006

HONORABLE CHARLES R. BREYER

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*