TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and MONSANTO
COMPANY (the Monsanto Company
now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0120 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>SHARON LEHR,<br>Individually and on Behalf of the Estate of Dorothy Schwartz Case No. 06-0120 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0120 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff SHARON LEHR, individually and on behalf of the Estate of Dorothy Schwartz, originally filed in the Northern District of California, Case Number 06-0120, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00171 / 578435 / 1 /

1  prejudice. The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's
2  claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their
3  own costs.

4  DATED: September 21, 2006                TUCKER ELLIS & WEST LLP

7                                           By:   /s/ Peter E. Schnaitman
                                                  Michael C. Zellers
8                                                 Michael.zellers@tuckerellis.com
                                                  Peter E. Schnaitman
9                                                 Peter.schnaitman@tuckerellis.com
                                                  Aggie B. Lee
10                                                Aggie.lee@tuckerellis.com
                                                  1000 Wilshire Blvd., Suite 1800
11                                                Los Angeles, CA 90017
                                                  Telephone: (213) 430-3400
12                                                Facsimile: (213) 430-3409

13                                           Attorneys for Defendants
                                             PFIZER INC., PHARMACIA
14                                           CORPORATION, and
                                             MONSANTO COMPANY (the
15                                           Monsanto Company now known
                                             as Pharmacia Corporation)

16  DATED: September 20, 2006                ALEXANDER, HAWES & AUDET LLP

19                                           By:   /s/ Adel A. Nadji
                                                   William M. Audet
20                                                 Joshua C. Ezrin
                                                   221 Main Street, Suite 1460
21                                                 San Francisco, CA 94105
                                                   Telephone: (415) 982-1776
22                                                 Facsimile: (415) 576-1776

23                                           Michael E. Schmidt
                                             THE SCHMIDT FIRM
24                                           2911 Turtle Creek Blvd.,
                                             Suite 1400
25                                           Dallas, TX 75219
                                             Telephone: (214) 521-4898
26                                           Facsimile: (214) 521-9995

27                                           Attorneys for Plaintiff
                                             Sharon Lehr

28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

LAimanage / 28762 / 00171 / 578435 / 1 /

2.
STIPULATION AND ORDER OF DISMISSAL

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**
2
3 | Dated: September 22, 2006
4 | HONORABLE CHARLES R. BREYER



3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00171 / 578435 / 1 /

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475