TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and MONSANTO
COMPANY (the Monsanto Company
now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0784 CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This Document relates to:<br><br>WYVONNE HOLLINGSWORTH<br>Individual Case No. 06-0784 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0784 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff WYVONNE HOLLINGSWORTH originally filed in the Northern District of California, Case Number 06-0784, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00184 / 578306 / 1 /

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties each shall bear their own costs.

| | |
|---|---|
| DATED: September 21, 2006 | TUCKER ELLIS & WEST LLP |
| | |
| | By:  /s/ Peter E. Schnaitman |
| | Michael C. Zellers |
| | Michael.zellers@tuckerellis.com |
| | Peter E. Schnaitman |
| | Peter.schnaitman@tuckerellis.com |
| | Aggie B. Lee |
| | Aggie.lee@tuckerellis.com |
| | 1000 Wilshire Blvd., Suite 1800 |
| | Los Angeles, CA  90017 |
| | Telephone: (213) 430-3400 |
| | Facsimile: (213) 430-3409 |
| | |
| | Attorneys for Defendants PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation) |
| DATED: September 20, 2006 | ALEXANDER, HAWES & AUDET LLP |
| | |
| | By:  /s/ Adel A. Nadji |
| | William M. Audet |
| | Joshua C. Exrin |
| | Adel A. Nadji |
| | 221 Main Street, Suite 1460 |
| | San Francisco, CA  94105 |
| | Telephone: (415) 982-1776 |
| | Facsimile: (415) 576-1776 |
| | |
| | Michael E. Schmidt |
| | THE SCHMIDT FIRM |
| | 2911 Turtle Creek Blvd., Suite 1400 |
| | Dallas, TX  75219 |
| | Telephone: (214) 521-4898 |
| | Facsimile: (214) 521-9995 |
| | |
| | Attorneys for Plaintiff Wyvonne Hollingsworth |

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00184 / 578306 / 1 /

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4  Dated:  September 22, 2006                    _____
                                                  HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00184 / 578306 / 1 /