TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0785 CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This Document relates to:<br><br>RON NATALI<br>Individual Case No. 06-0785 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0785 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff RON NATALI originally filed in the Northern District of California, Case Number 06-0785, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

DATED: September 21, 2006                TUCKER ELLIS & WEST LLP

By:   /s/ Peter E. Schnaitman
Michael C. Zellers
Michael.zellers@tuckerellis.com
Peter E. Schnaitman
Peter.schnaitman@tuckerellis.com
Aggie B. Lee
Aggie.lee@tuckerellis.com
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

DATED: September 20, 2006                ALEXANDER, HAWES & AUDET LLP

By:   /s/ Adel A. Nadji
William M. Audet
Joshua C. Ezrin
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

Michael E. Schmidt
THE SCHMIDT FIRM
2911 Turtle Creek Blvd.,
Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
Ron Natali

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL
LAimanage / 28762 / 00188 / 578440 / 1 /

1 PURSUANT TO STIPULATION, IT IS SO ORDERED

3 Dated: September 22, 2006

_____
HONORABLE CHARLES R. BREYER



TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00188 / 578440 / 1 /