A CERTIFIED TRUE COPY

SEP 15 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

SEP 21 2006

AUG 30 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-35)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 813 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-35 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
## PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA NORTHERN | |
| ALN 7 06-1369 | Regina Adams v. Pfizer Inc., et al. |
| ARKANSAS EASTERN | |
| ARE 5 06-206 | Harold Gunter, Jr., et al. v. Pfizer Inc. |
| ARKANSAS WESTERN | |
| ARW 4 06-4054 | Corene May, etc. v. Pfizer Inc., et al. |
| FLORIDA MIDDLE | |
| FLM 5 06-282 | Paul Bailey v. Pfizer Inc., et al. |
| FLORIDA NORTHERN | |
| FLN 4 06-310 | Geraldine Givens, etc. v. Pharmacia Corp., et al. |
| IOWA NORTHERN | |
| IAN 1 06-102 | Dale P. Kimm v. Pfizer Inc. |
| IAN 5 06-4055 | Joan Heissel v. G.D. Searle, LLC, et al. |
| IAN 6 06-2051 | Edward Judge, et al. v. Pfizer Inc., et al. |
| ILLINOIS CENTRAL | |
| ILC 4 06-4042 | Robert O. Beeks, et al. Pfizer Inc. |
| ILLINOIS NORTHERN | |
| ILN 1 06-3840 | June Nei, et al. v. G.D. Searle, LLC, et al. |
| KANSAS | |
| KS 2 06-2066 | Brian Grover v. Monsanto Co., et al. |
| LOUISIANA WESTERN | |
| LAW 3 06-1275 | Edwin Clack v. G.D. Searle, LLC, et al. |
| LAW 5 06-1306 | Judith K. Koudssi, et al. v. G.D. Searle & Co., et al. |
| LAW 6 06-1240 | Troby Elzie, et al. v. Pfizer Inc. |
| MINNESOTA | |
| MN 0 06-2987 | Zelma Riffle, etc. v. Pfizer Inc., et al. |
| MN 0 06-3016 | Karen K. Ballard, et al. v. Pfizer Inc., et al. |
| MN 0 06-3128 | Roger Harper v. Pfizer Inc., et al. |
| MISSOURI EASTERN | |
| ~~MOE 4 06-1201~~ | ~~Wayne Adamson, et al. v. Pfizer Inc., et al.~~ Opposed 9/15/06 |
| PUERTO RICO | |
| PR 3 06-1356 | Awilda Cruz-Flores, et al. v. Pfizer Inc., et al. |
| TEXAS EASTERN | |
| TXE 1 06-423 | Jon Lee Wasserman, et al. v. Pfizer Inc. |

SCHEDULE CTO-35 - TAG-ALONG ACTIONS  MDL-1699                                            Page 2 of 2

**DIST. DIV. C.A. #**               **CASE CAPTION**

WISCONSIN EASTERN
  WIE  2  06-717            Alexander Murawski, et al. v. Pfizer Inc.

WEST VIRGINIA SOUTHERN
  WVS  1  06-578            John W. Smith, et al. v. Pfizer Inc.
  WVS  2  06-586            Russell Batten, et al. v. Pfizer Inc., et al.