

DOCKET NOS. 1657 & 1699

M 05-cv-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
### MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Bettye J. Magee, et al. v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. 2:05-494
(S.D. Mississippi, C.A. No. 2:03-249)

### MDL-1657 SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER AND MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-36)

The Panel has been advised that the above-captioned action (*Magee*), which was transferred by the Panel to the Eastern District of Louisiana for inclusion in the MDL-1657 initial transfer order on February 16, 2005, contains i) claims relating to ingestion of the prescription drug Vioxx that are appropriate for inclusion in MDL-1657, and ii) claims relating to ingestion of the prescription drug Celebrex that are not appropriate for inclusion in MDL-1657.

IT IS THEREFORE ORDERED that all Celebrex claims of plaintiff Bennie Henderson in *Magee* be separated and remanded to the Southern District of Mississippi pursuant to 28 U.S.C. § 1407(a).

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Celebrex action is transferred under 28 U.S.C. § 1407 from the Southern District of Mississippi to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.



IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel