UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EULA KILPATRICK, individually, and as )
a party to act as Administrator of the estate )
of Decedent, MARION KILPATRICK )
                                                                    )    MDL No. 1699
                                                                    )    Case No. 3:06-cv-1869
                      Plaintiffs, )
                                                                     )
v. )
                                                                     )
MONSANTO CO., et al. )
                                                                     )
                      Defendants. )

## ORDER

Upon Consideration of Plaintiff's Uncontested Motion For Leave To File Amended Complaint, this Court hereby grants Plaintiffs Motion for Leave to File their Amended Complaint.

_Sept. 28, 2006__                 _____
DATE                                 JUDGE CHARLES R. BREYER



cc:

Grant L. Davis           MO #34799
Shawn Foster            MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo 64196
(816) 421-1600
Fax (816) 472-5972

Stuart Gordon
Gordon & Rees, LLP
275 Battery Street, #2000
San Francisco, CA 94111
415-986-5900
Fax 415-986-8054