UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYBIL BALL, individually and STEVEN SON, as a party to act as Administrator Of the estate of Decedent, ARTHUR BALL )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MONSANTO CO., et al. )<br>)<br>Defendants. ) | MDL No. 1699<br>Case No. 3:~~05~~-2097-CRB<br>06 |

## **ORDER**

Upon Consideration of Plaintiff's Uncontested Motion For Leave To File Amended Complaint, this Court hereby grants Plaintiffs Motion for Leave to File their Amended Complaint.

 Sept. 28, 2006      _____
DATE                          JUDGE CHARLES R. BREYER



cc:

Grant L. Davis         MO #34799
Shawn Foster          MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Stuart Gordon
Gordon & Rees, LLP
275 Battery Street, #2000
San Francisco, CA 94111
415-986-5900
Fax 415-986-8054