UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BRYAN and JAMES MARCUS ) <br> BRYAN, individually, and as parties to act ) <br> as Co-Administrators of the estate of ) <br> Decedent, LAVINIA BRYAN ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MONSANTO CO., et al. ) <br> ) <br> Defendants. ) | MDL No. 1699 <br><br> Case No. 3:06-cv-02098-CRB |

## ORDER

Upon Consideration of Plaintiff's Uncontested Motion For Leave To File Amended Complaint, this Court hereby grants Plaintiffs Motion for Leave to File their Amended Complaint.

  Sept. 28, 2006
_____                    _____
DATE                                                 JUDGE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

cc:

Grant L. Davis          MO #34799
Shawn Foster           MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Stuart Gordon
Gordon & Rees, LLP
275 Battery Street, #2000
San Francisco, CA 94111
415-986-5900
Fax 415-986-8054