UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA STRANGE, individually, and as a party to act as Administrator of the estate of Decedent, ROY STRANGE )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONSANTO CO., et al. )<br>)<br>Defendants. ) | MDL No. 1699<br><br>Case No. 3:06-cv-03039-CRB |

**<u>ORDER</u>**

Upon Consideration of Plaintiff's Uncontested Motion For Leave To File Amended Complaint, this Court hereby grants Plaintiffs Motion for Leave to File their Amended Complaint.

_Sept. 28, 2006___
DATE                                    JUDGE CHARLES R. BREYER



cc:

Grant L. Davis            MO #34799
Shawn Foster             MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Mo  64196
(816) 421-1600
Fax (816) 472-5972

Stuart Gordon
Gordon & Rees, LLP
275 Battery Street, #2000
San Francisco, CA 94111
415-986-5900
Fax 415-986-8054