1  Scott Levensten
2  The Levensten Law Firm, PC
   1325 Spruce Street
3  Philadelphia, PA 19107
   215-545-5600
4  fax 215-545-5156

5  Attorneys for Plaintiff, Keith Cardone

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 IN RE: BEXTRA AND CELEBREX           )  MDL NO. 1699
13 MARKETING SALES PRACTICES AND        )  District Judge: Charles R. Breyer
   PRODUCT LIABILITY LITIGATION         )
14                                      )
15 This document relates to:            )
                                        )
16 Keith Cardone,                       )  STIPULATION AND ORDER OF
                                        )  DISMISSAL WITHOUT PREJUDICE
17               Plaintiffs,            )  ONLY AS TO CASE NO. 05-~~4488~~ CRB
                                        )                          4490
18         vs.                          )
                                        )
19 Pfizer, Inc., et al.                 )
         4490       Defendants.         )
20 Case No. 05-~~4488~~ CRB

21

22     Come now the Plaintiff, Keith Cardone and Defendants, by and through the undersigned

23 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24 dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25 costs.

26     Should Plaintiff Keith Cardone or a representative of Plaintiff attempt to re-file claim

27 against Defendants, they should do so only by re-filing in the United States District Court,

28

-1-

1
2  DATED: September 26, 2006.
3  By: _____
   Scott Levensten
4  Attorneys for Plaintiff, Ethel Brooks
5
6  DATED: September 26, 2006.    GORDON & REES
7  By: _____
   Stuart M. Gordon
8  Attorneys for Defendants
9
10
11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13  Dated: Sept. 29, 2006
14  Hon. Charles R. Breyer
    United States District Court
15
    IT IS SO ORDERED
    Judge Charles R. Breyer

-2-

Stipulation and Order of Dismissal Without Prejudice