UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates To:    Judge Breyer
Irene Bailey, et al v. Pfizer Inc.
(3:05-cv-03806-CRB)

## ORDER

It is ordered that the plaintiffs, Tiganella, Arroyo, Mastroianni, Tiganella, Sims, Bartee, Matyka, McCellan, Walker, McAuliffe, Mendoza, and Digna, only be granted motion for voluntary dismissal of their action, without prejudice, individually, from case captioned Irene Bailey, et al v. Merck & Co., Inc. If the claims are refiled, they must be filed in federal court. (CRB)

GRANTED / ~~DENIED~~

Sept. 29, 2006

IT IS SO ORDERED
Judge Charles R. Breyer