UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates To: Judge Breyer
Thomas Durica, et al v. Pfizer Inc.
(3:06-cv-00726-CRB)

## ORDER

It is ordered that the plaintiff, David Miville, only, be granted motion for voluntary dismissal of his action, without prejudice, individually, from case captioned Thomas Durica, et al v. Merck & Co., Inc.

GRANTED / ~~DENIED~~

September 29, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*