UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates To: Judge Breyer
Thomas Durica, et al v. Pfizer Inc.
(3:06-cv-00726-CRB)

### ORDER

It is ordered that the plaintiff, Diane Lyles, only, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Thomas Durica, et al v. Merck & Co., Inc.   If the claims are refiled, they must be filed in federal court.  (CRB)

GRANTED / DENIED

