1   Jaime Aldape
    LAW OFFICE OF JAIME ALDAPE
2   5511 IH10 West, #1
    San Antonio, TX 78201
3   Attorneys for Plaintiff
    Brigida Gonzales, on behalf of Benny Gonzales (decedent)
4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                          )
                                            )
    IN RE: BEXTRA AND CELEBREX             )   **MDL NO. 1699**
13  MARKETING SALES PRACTICES AND          )   **District Judge:  Charles R. Breyer**
    PRODUCT LIABILITY LITIGATION           )
14                                          )
                                            )
15                                          )
    Brigida Gonzales, on behalf of Benny Gonzales )   **STIPULATION AND ORDER OF**
16  (decedent),                            )   **DISMISSAL WITHOUT PREJUDICE**
                                            )
17                    Plaintiffs,          )
                                            )
18              vs.                         )
                                            )
19  Pfizer, Inc., et al.                    )
                      Defendants.           )
20
    CASE NO. 06-1874 CRB
21

22        Come now the Plaintiff Brigida Gonzales, on behalf of Benny Gonzales (decedent) and

23  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with

25  each side bearing its own attorneys' fees and costs.

26        Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

                                    -1-

1   DATED: September 29, 2006.          LAW OFFICE OF JAIME ALDAPE

2

3                                        By:

4                                        Jaime Aldape
                                         Attorneys for Plaintiff
                                         Brigida Gonzales, on behalf Benny Gonzales
5                                        (decedent)

6   DATED: September 12, 2006.          GORDON & REES

7

8                                        By:
                                         Stuart M. Gordon
9                                        Attorneys for Defendants

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

13

14

15  Dated:  Sept. 29, 2006

16                                       Hon. Charles R. Breyer
                                         United States D...
17

18                                                   IT IS SO ORDERED
19
                                                     Judge Charles R. Breyer
20

21

22

23

24

25

26

27

28

-2-