UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: M:05-cv-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates To:<br><br>ALL CASES. | **ORDER RE: TUTORIAL TRANSCRIPT** |

The Court will hold a science tutorial on November 14, 2006. The parties may present the "science" in any format they choose and the persons educating the Court will not be placed under oath. The proceeding, however, will be transcribed.

The parties dispute what, if any, use the parties may make of the tutorial transcript in later proceedings. After carefully considering the parties' arguments, the Court, in its discretion, chooses to adhere to its regular practice; that is, because the tutorial is an informal proceeding designed to educate the Court on the background science, the transcript of the tutorial may not be used in any subsequent MDL 1699 proceeding for any purpose.

Date: October 11, 2006                                /s/
                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE

- 1 -                                     CASE NO. M:05-cv-01699-CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

478080.6                                    - 1 -                                    **EXHIBIT "B"**