UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| *This document relates to*: | |
| Marnie Bisazza             06-0446 CRB<br>Laura Davenport          06-0446 CRB<br>Maudie Davis              06-0446 CRB<br>Eleanor Dramis           06-0446 CRB<br>Willie Elston                06-0446 CRB<br>Leon Jackson, Jr.        06-2691 CRB<br>Robert Kongstvedt       06-0446 CRB<br>Bernice Maddox           06-0446 CRB<br>Jose Martinez              05-4488 CRB<br>Joseph Panarisi           06-0446 CRB<br>Carlos Perales             06-0446 CRB<br>Aram Yeghiazarian     06-0446 CRB<br>Samuel Zito                06-2619 CRB | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER DEFENDANTS' MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS**<br><br>Date:   October 27, 2006<br>Time:  10:00 a.m.<br>Judge: Charles R. Breyer |

1  TO:    ATTACHED SERVICE LIST

2  PLEASE TAKE NOTICE that the Pfizer Defendants and Plaintiffs' Liaison Counsel and
3  the Plaintiffs' Steering Committee agree and hereby stipulate that the hearing on Pfizer
4  Defendants' Motion Seeking an Order Dismissing Plaintiffs' Claims with Prejudice or Other
5  Appropriate Sanctions shall be continued from October 13, 2006 at 10:00 a.m. to **October 27,**
6  **2006 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard
7  before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor,
8  450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Dated: October 3, 2006         LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By _____
   ELIZABETH J. CABRASER
   SCOTT P. NEALEY

Plaintiffs' Liaison Counsel

Dated: October 3, 2006         DLA PIPER RUDNICK GRAY CARY US LLP

By ___/s/_____
   AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 6__, 2006     _____
                                HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

PFZR/1035934/1077964v.1