UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates to : : Judge Breyer
James I. Fontenot, et al. v. Pfizer, Inc.    C-06-03662CRB
(CV06-0543 (LAW)

## ORDER

In consideration of the above and foregoing *Notice to Substitute Counsel*, it is hereby ordered that Calvin C. Fayard, Jr. and Wanda J. Edwards be and they hereby are withdrawn from the representation of George Richard, Sr. on behalf of his deceased wife, Versa Richard and that Mr. Viel P. Caswell be and hereby is substituted as counsel of record for George Richard, Sr. on behalf of his deceased wife, Versa Richard.

**GRANTED / ~~DENIED~~**



JUDGE