```
1  Scott Levensten
   The Levensten Law Firm, PC
2  1325 Spruce Street
   Philadelphia, PA  19107
3  215-545-5600
4  fax 215-545-5156

5  Attorneys for Plaintiff,
   JOSE MARTINEZ
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>Jose Martinez,<br>　　　　　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　　　Defendants.<br><br>Case No. 05-4488 CRB | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer**<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 05-4488 CRB** |

　　　　Come now the Plaintiff, Jose Martinez and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

　　　　Should Plaintiff Jose Martinez or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: October 4, 2006.

By: _____
Scott Levensten
Attorneys for Plaintiff, Jose Martinez

DATED: October 4, 2006.   GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 6, 2006

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

Stipulation and Order of Dismissal Without Prejudice