Scott Levensten
The Levensten Law Firm, PC
1325 Spruce Street
Philadelphia, PA  19107
215-545-5600
fax 215-545-5156

Attorneys for Plaintiff, MARIA CAMARDELLA,
individually, and as administratrix of the estate of
ROSE PASCERELLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| *This document relates to:* | |
| MARIA CAMARDELLA, individually, and as administratrix of the estate of Rose Pascarella, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 05-4602 CRB** |
| Plaintiffs, | |
| vs. | |
| MERCK & CO., INC., et al. Defendants. | |
| Case No. 05-4602 CRB | |

Come now the Plaintiffs, Maria Camardella, individually, and as administratrix of the estate of Rose Pascarella, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.  Should Plaintiffs, Maria Camardella, individually, and as administratrix of the estate of Rose Pascarella, or a

-1-

1    representative of Plaintiffs attempt to re-file claim against Defendants, they will do so only by re-
2    filing in the United States District Court.

3

4         DATED: September 28, 2006.

5                                          _____
                                           Scott Levensten
6                                          Attorneys for Plaintiffs, Maria Camardella,
                                           individually, and as administratrix of the
7                                          estate of Rose Pascarella

8

9         DATED: September 28, 2006.

10                                         GORDON &REES

11        By:_____
                                           Stuart M. Gordon
12                                         Attorneys for Defendants

13

14

15    PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17    Dated: October 06, 2006

18                                         Hon. Charles R. Breyer
                                           United States District Judge
19

20

21

22

23

24

25

26

27

28

-2-

PPZZ/1035934/1067216v.1