1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            NORTHERN DISTRICT OF CALIFORNIA
10

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
|---|---|
| This Order Relates to:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 17: EQUIPMENT AND TECHNIQUES FOR VIDEOTAPED DEPOSITIONS** |

     1.    <u>Order Applicable to All Cases in MDL Proceedings</u>.  This Order shall apply to all cases currently pending in MDL No. 1699 and to all related actions that have been or will be originally filed in, transferred to, or removed to this Court and assigned thereto (collectively, "the MDL proceedings").  This Order is binding on all parties and their counsel in all cases currently pending or subsequently made a part of these proceedings and shall govern each case in the proceedings unless it explicitly states that it relates only to specific cases.

     2.    <u>Scope of Order</u>.  Pursuant to paragraph 34(b) of Pretrial Order No. 4, the parties have met and conferred regarding the equipment and techniques to be used to videotape depositions of witnesses in the MDL proceedings, and in particular have reviewed the sample order in the *Manual for Complex Litigation, Fourth*, § 40.29, paragraph 9(b)(1)(i) to (v).  This Order shall govern any and all depositions in the MDL proceedings.

/////

3. <u>Video Operator</u>. The operator(s) of the videotape recording equipment shall be subject to the provisions of Fed. R. Civ. P. 28(c). At the commencement of the deposition the operator(s) shall swear or affirm to record the proceedings fairly and accurately.

4. <u>Attendance</u>. Each witness, attorney, and other person attending the deposition shall be identified on camera at the commencement of the deposition. Thereafter, only the deponent (and any demonstrative materials and exhibits used during the deposition, which may be taped via split screen) will be videotaped.

5. <u>Standards</u>. The deposition will be conducted in a manner to replicate, to the extent feasible, the presentation of evidence at a trial. Unless physically incapacitated, the deponent shall be seated at a table or in a witness box except when reviewing or presenting demonstrative materials for which a change in position is needed. To the extent practicable, the deposition will be conducted in a neutral setting, against a solid background, with only such lighting as is required for accurate video recording. Lighting, camera angle, lens setting, and field of view will be changed only as necessary to record accurately the natural body movements of the deponent or to portray exhibits and materials used during the deposition. Sound levels will be altered only as necessary to record satisfactorily the voices of counsel and the deponent. Eating and smoking by deponents or counsel during the deposition will not be permitted.

6. <u>Interruptions</u>. Videotape recording will be suspended during all "off the record" discussions.

7. <u>Index</u>. The videotape operator shall use a counter on the recording equipment and after completion of the deposition shall prepare a log, cross-referenced to counter numbers, that identifies the positions on the tape at which examination by different counsel begins and ends, objections are made and examination resumes at which exhibits are identified, and any interruption of continuous tape recording occurs, whether for recesses, "off the record" discussions, mechanical failure, or otherwise.

8. <u>Use of Depositions at Trial</u>. Prior to any trial, the parties shall meet and confer with respect to the use of any videotaped deposition testimony or exhibits (including exhibits displayed through trial software such as Trial Director, Summation, or Concordance).

The procedures for and manner of display of any such testimony or exhibits to the jury at trial shall be the subject of a further order by this Court.

9. No Amendment to Other Pretrial Orders. This Order shall not be construed to amend any other provision of the Pretrial Orders entered by this Court.

**IT IS SO ORDERED.**

Dated: October 20, 2006

/s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE