UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL PURCHASE CLAIMS. | **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON AMENDED PURCHASE CLAIMS MASTER COMPLAINTS** |

1. On September 22, 2006, certain plaintiffs filed the "First Amended Purchase Claims Master Bextra Complaint" and the "First Amended Purchase Claims Master Celebrex Complaint" (collectively, "First Amended Master Complaints"). The First Amended Master Complaints aggregate 190 pages and assert numerous claims under the laws of several different states, as well as federal law. Defendants named in those First Amended Master Complaints intend to file separate motions to dismiss each of the First Amended Master Complaints.

2. Pursuant to a stipulation and order, the parties have met and conferred with respect to whether the briefing on the motions to dismiss the First Amended Master Complaints should exceed the limits set forth in Local Rules 7.2(b) and 7.4(b).

3. The parties hereby stipulate that relief from the limits stated in the Local Rules is warranted in this proceeding. Memoranda in support of the motions to dismiss shall not

-1-

BOST1\443150.1
13415-401

STIP. & [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON AMENDED PURCHASE CLAIMS MASTER COMPLAINTS – M:05-CV-01699-CRB

1  exceed fifty (50) pages in the aggregate; the same limitation applies to memoranda in opposition
2  to the motions to dismiss.  Reply memoranda in support of the motions to dismiss shall not
3  exceed thirty (30) pages in the aggregate.

4      4. These page limitations shall not apply to any signature blocks or exhibits
5  submitted in support of the memoranda.

6      5. These page limitations may be allocated between the briefs directed to the
7  First Amended Purchase Claims Master Bextra Complaint and those directed to the First
8  Amended Purchase Claims Master Celebrex Complaint as the parties deem necessary to state
9  their positions without needless duplication.  To the extent arguments apply to both First
10 Amended Master Complaints, those arguments need not be repeated in each brief but may be
11 incorporated by reference.

12 **IT IS SO STIPULATED.**

13 Dated: October 16, 2006         LIEFF CABRASER HEIMANN & BERNSTEIN LLP

15                                 By   /s/
16                                    ELIZABETH J. CABRASER
17                                    Plaintiffs' Liaison Counsel

18 Dated: October 16, 2006         DLA PIPER RUDNICK GRAY CARY US LLP
19

21                                 By   /s/
                                       AMY W. SCHULMAN
22                                     Defendants' Liaison Counsel

23
24 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25
26 Dated:  October 20  , 2006      _____
                                   HONORABLE CHARLES R. BREYER
27                                 UNITED STATES DISTRICT JUDGE
28

-2-
BOST1\443150.1
13415-401
STIP. & [PROPOSED] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON
AMENDED PURCHASE CLAIMS MASTER COMPLAINTS – M:05-CV-01699-CRB

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – IT IS SO ORDERED – Judge Charles R. Breyer]*