Allan Berger, LA Bar 2977
John D. Sileo, LA Bar 17797
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 838-9903 (temporary)
Attorneys for Plaintiff

IN THE UNITED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
| ARTHUR GRANIER<br><br>Plaintiff<br><br>v.<br><br>PFIZER, INC.<br>Defendant | CASE NO. C-06-3684 CRB |

## ORDER

Considering the above and foregoing Motion for Dismissal,

IT IS HEREBY ORDERED that all claims against Pfizer, Inc. is hereby dismissed, and against any other party, whether named or unnamed, each party to bear its own costs.

Page 3 of 4

Signed at San Francisco, California, this _20th_ day of ___October_____, 2006.

_____
JUDGE



Respectfully

**ALLAN BERGER & ASSOCIATES, P.L.C.**

_____
**ALLAN BERGER (BAR NO. 2977)**
**JOHN D. SILEO (BAR NO. 17797)**
4173 Canal St.
New Orleans, LA 70119-5972
(504) 486-9481
FAX: (504) 483-8130
*Attorneys for Plaintiff*