**IN UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**Debra A. Jones,**

**Plaintiff,**

v.

**PFIZER, INC. et. al.,**

**Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:06-cv-02431**

     **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for

the Plaintiffs and counsel for the Defendants that the Complaint of Plaintiff Debra A.

Jones, is herby dismissed without prejudice.

    1.    Plaintiff is Debra A. Jones; defendants are Pfizer, Inc., Pharmacia

            Corporation, Monsanto Company, and G.D. Searle L.L.C.;

    2.    On April 6, 2006, plaintiff sued defendants;

    3.    Plaintiff moves to dismiss her claims against defendants;

    4.    Defendants have not answered these claims;

    5.    This case is not a class action;

    6.    A receiver has not been appointed to this action;

1

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted:


Dated: 10/16/06

By: _Navan Ward_

Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*


Dated: 10-16-06

**GORDON & REES**

_Stuart M. Gordon_

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*


2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Oct. 23, 2006



Hon, Charles R. Breyer
United States District C

IT IS SO ORDERED

Judge Charles R. Breyer

3