1  Elisabeth French
   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2  1100 Park Place Tower
   Birmingham, AL 35203
3  (205) 322-8880
   (205) 328-2711 (fax)
4  Attorneys for Plaintiff,
   William Long

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>District Judge: Charles R. Breyer |
| William Long           06-0370<br>          Plaintiff,<br>     vs.<br>Pfizer, Inc., et al.<br>          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff William Long and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1
2
3   DATED: October 24, 2006.        PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
4
                                    By: /s/ Elisabeth French
5                                   Elisabeth French
                                    Attorney for Plaintiff
6                                   Henry Carroll
7   DATED: October 24, 2006.        GORDON & REES
8
                                    By: /s/ Stuart M. Gordon
9                                   Stuart M. Gordon
                                    Attorneys for Defendants
10
11
12
13  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
14
15  Dated: Oct. 27, 2006
16                                  _____
                                    Hon. Charles R. Breyer
17                                  United States District Court
18
19                                  IT IS SO ORDERED
                                    /s/ Judge Charles R. Breyer
20                                  UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
21
22
23
24
25
26
27
28