Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 (fax)
Attorneys for Plaintiff:
Henry Carroll

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Henry Carroll,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

CASE NO. 06-0880 CRB

　　　　Come now the Plaintiff Henry Carroll and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1
2  DATED: October 24, 2006.   PITTMAN, DUTTON, KIRBY & HELLUMS
3                             By: _____/s/ Elisabeth French_____
                                   Elisabeth French
4                                  Attorney for Plaintiff, William Long
5
6  DATED: October 24, 2006.   GORDON & REES
7                             By: _____/s/ Stuart M. Gordon_____
                                   Stuart M. Gordon
8                                  Attorney for Defendants
9
10
11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
12  IT IS SO ORDERED.**
13
    Dated: Oct. 27, 2006       _____
14                              Hon. Charles R. Breyer
                                United States District
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-