UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Vern Bowers | ) ) ) ) ) ) ) ) ) ) ) ) **MDL No.: 1699**<br><br>**Civil Action No.: 06-2100 (Transfer Case)** |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF VERN BOWERS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Vern Bowers, in the above-referenced matter is dismissed with prejudice.

Dated: October __27__, 2006.



_____
Hon. Charles R. Breyer
United States District Judge

NEWY1\8050246.1