IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02682-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| SHIRLEY BERRY, et al.<br><br>      Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-02682 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff SHIRLEY BERRY originally filed in the US District Court, Eastern District of Louisiana, Case Number 2:05-cv-04445-EEF-DEK, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed without prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 10/-9/06                 By: _____Shirley Berry_____
                                    Shirley Berry

Dated: 10-19-2006               By: _____
                                    Jeffrey A. Bowersox, OSB # 81442
                                    Email: Jeffrey@BLFpc.com
                                    BOWERSOX LAW FIRM, P.C.
                                    620 SW Fifth Avenue, Suite 1125
                                    Portland, Oregon 97204
                                    Telephone: (503) 452-5858
                                    Facsimile: (503) 248-0200


                                    Daniel E. Becnel, Jr., LA Bar #2929
                                    Matthew B. Moreland, LA Bar #24567
                                    Kevin P. Klibert, LA Bar #26954
                                    LAW OFFICES OF DANIEL E. BECNEL, JR.
                                    106 W. Seventh Street
                                    Post Office Drawer H
                                    Reserve, LA 70084
                                    Telephone: (985) 536-1186
                                    Facsimile: (985) 536-6445

                                    *Attorneys for Plaintiff Shirley Berry*

Dated: 10-24-06                 By: _____
                                    Stuart Gordon, Esq., CA Bar #37477
                                    Embarcadero Center West
                                    275 Battery Street 20th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 986-5900
                                    Facsimile: (415) 986-8054

                                    *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  October 27, 2006  

_____
Honorable Charles Breyer
United States District Court



BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204