IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| DONALD CROSS, et al.,<br><br>    Plaintiff,<br>v.<br><br>G.D. SEARLE LLC., et al.,<br><br>    Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL**<br><br>CASE NO. 3:06-cv-00087-CRB |

NOTICE IS HEREBY GIVEN that Gerald B. Taylor, Jr. and the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. hereby withdraw as co-counsel for Plaintiff Norman B. McFadden in the above-styled cause. The law firm of Brown & Crouppen, P.C. will continue as counsel for Plaintiff Norman B. McFadden, and all future pleadings and correspondence relating to Plaintiff Norman B. McFadden should be directed to Brown & Crouppen, P.C.

                                      Respectfully submitted:

Dated: October 23, 2006        By: _____
                                        Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                                        Email: jerry.taylor@beasleyallen.com
                                        Navan Ward, Jr. (AL State Bar No. WAR062)
                                        Email: navan.ward@beasleyallen.com
                                        Jere L. Beasley (AL State Bar No. BEA020)
                                        Email: jere.beasley@beasleyallen.com
                                        Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                                        Email: andy.birchfield@beasleyallen.com

> BEASLEY, ALLEN, CROW, METHVIN,
> PORTIS & MILES, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103-4160
> (334) 269-2343 telephone
> (334) 954-7555 facsimile
>
> *Attorneys for Plaintiff Norman B. McFadden*

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2006, the foregoing was electronically served on all counsel of record by using the Court's CM/ECF system.

> By: _____
> Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
> Email: jerry.taylor@beasleyallen.com
> Navan Ward, Jr. (AL State Bar No. WAR062)
> Email: navan.ward@beasleyallen.com
> Jere L. Beasley (AL State Bar No. BEA020)
> Email: jere.beasley@beasleyallen.com
> Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
> Email: andy.birchfield@beasleyallen.com
> BEASLEY, ALLEN, CROW, METHVIN,
> PORTIS & MILES, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103-4160
> (334) 269-2343 telephone
> (334) 954-7555 facsimile
>
> *Attorneys for Plaintiff Norman B. McFadden*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

October 27, 2006