**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                  No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,              **ORDER RE: MOTION TO**
                                                **WITHDRAW AS COUNSEL**
13   _____/

14   *This document relates to:*

15        Paul Kahl            06-0159
          Bennie Henderson     06-0159
16        Lula Eckols          06-0159
          Melissa Griffin      06-0159
17        Maggie Mae Gross     06-0159
          Jeffrey Dubose       06-0159
18        Lue Ella Jones       06-0159
          Dorothy Clark        06-0159
19        Freddie Triplett     06-0159
          Joe Lewis Brown      06-0159
20        E.Q. Eckford         06-0159
          Dianne H. Baer       06-0159
21        Eone Virgil          06-0159
          Antoinette Abram     06-0160
22        Sharon Johnson       06-0160

23

24        Now pending for decision are the motions of the Gibson Law Firm to withdraw as

25   counsel for plaintiffs in the above actions.   The Gibson Law Firm has not submitted a

26   declaration in support of its motion to withdraw.  Instead, it states in its motion that in or

27   about November 1, 2005, counsel mailed a letter to all of the plaintiffs in the above actions

28   suggesting that they dismiss their claims with prejudice.

United States District Court

For the Northern District of California

1   The letter also advised that if a party would not agree to dismiss, counsel would move to

2   withdraw and the party should seek new counsel.  Some of the plaintiffs responded by

3   agreeing to dismissal.  Some of the plaintiffs, namely plaintiffs Paul Kahl, Bennie

4   Henderson, Lula Eckols, Melissa Griffin, Maggie Mae Gross and Jeffrey Dubose advised

5   counsel that they wished to pursue their claims.  And the letters to the other plaintiffs,

6   namely, Lue Ella Jones, Dorothy Clark, Freddie Triplett, Joe Lewis Brown, E.Q. Eckford,

7   Dianne H. Baer, Eone Virgil, Antoinette Abram and Sharon Johnson, were returned to

8   counsel "as the addressee refused, never accepted or never collected the certified letter."

9          The motion to withdraw is DENIED as to the latter plaintiffs, those whose letters from

10  counsel were returned to counsel.  The denial is without prejudice to counsel bringing a

11  renewed motion which documents, by declaration and exhibits, the efforts counsel has made

12  since November 2005 to locate their clients.

13         Counsel represents that the other group of plaintiffs, those who wish to proceed with

14  their cases, do not object to the withdrawal of the Gibson Law Firm; however, they seek a 60

15  day continuance to obtain new counsel.  Counsel's motion to withdraw then states that if new

16  counsel does not make an appearance within 60 days, the plaintiffs' claims shall be

17  dismissed.

18         The Court is not prepared to grant counsel's motion to withdraw at this time.  First,

19  counsel must submit a declaration under oath that attests to the representations made in the

20  motion.  The declaration should also specify whether these plaintiffs have complied with

21  PTO 6 regarding plaintiff fact sheets.  Such declaration may be filed under seal to the extent

22  counsel wishes to include information not disclosed in the moving papers that counsel

23  believe should remain confidential.  Second, counsel shall submit as an exhibit to the

24  declaration a copy of the letter sent to the plaintiffs.  The letter may be filed under seal.  The

25  declaration and exhibit shall be filed within 10 days of the date of this Order.

26         **IT IS SO ORDERED.**

27

28  Dated: November 1, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28