| | |
|---|---|
| 1 | Christine DeSue |
| 2 | Leger, Shaw & DeSue |
|   | 600 Carondelet St. |
| 3 | 9th Floor |
|   | New Orleans, LA 70130 |
| 4 | 504-588-9043 |
|   | fax 504-588-9980 |
| 5 | |
| 6 | Attorneys for Plaintiff, |
|   | JEANETTE HARRIS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to: | |
| Jeanette Harris, | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO INDIVIDUAL CASE OF BARBARA LAMB FILED UNDER CASE NO. 06-2479 CRB INVOLVING MULTIPLE PLAINTIFFS |
| Plaintiffs, | |
| vs. | |
| Pfizer, Inc., et al. | |
| Defendants. | |

Case No. 06-2479 CRB

Come now the Plaintiff, Jeanette Harris and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff Jeanette Harris or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

1
2  DATED: October 27, 2006.
3  By: _____
    Christine DeSue
4  Attorneys for Plaintiff, Jeanette Harris

5
6  DATED: October 30, 2006.      GORDON & REES
7  By: _____
    Stuart M. Gordon
8  Attorneys for Defendants

9
10
11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13  Dated: Nov. 3, 2006
14  _____
    Hon. Charles R. Breyer
    United States District Court
15
16  IT IS SO ORDERED
    Judge Charles R. Breyer
17
18
19
20
21
22
23
24
25
26
27
28

-2-