Christine DeSue
Leger, Shaw & DeSue
600 Carondelet St.
9th Floor
New Orleans, LA 70130
504-588-9043
fax 504-588-9980

Attorneys for Plaintiff,
BARBARA LAMB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *This document relates to:*<br><br>Barbara Lamb,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO INDIVIDUAL CASE OF BARBARA LAMB FILED UNDER CASE NO. 06-2479 CRB INVOLVING MULTIPLE PLAINTIFFS** |

Case No. 06-2479 CRB

　　　Come now the Plaintiff, Barbara Lamb and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

　　　Should Plaintiff Barbara Lamb or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

-1-

1

2  DATED: October 27, 2006.

3  By: _____
    Christine DeSue
4  Attorneys for Plaintiff, Barbara Lamb

5

6  DATED: October 30, 2006.        GORDON & REES

7  By: _____
    Stuart M. Gordon
8  Attorneys for Defendants

9

10

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13  Dated: Nov. 3, 2006       _____
                              Hon. Charles R. Breyer
14                            United States District Court

15

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
United States District Court
Northern District of California