IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05324-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| JEFF ARRIETA, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05324 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff JEFF ARRIETA originally filed in the US District Court, District of Minnesota, Case Number 05-cv-02306PAM-JSM, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

Respectfully submitted:

Case 3:05-md-01699-CRB   Document 724   Filed 11/07/06   Page 2 of 3

FROM : ARRIETAS CONCRETE INC      FAX NO. : 5032633721      Oct. 25 2006 01:23PM  P1
10/24/2006  15:19    5032480200            BOWERSOX LAW FIRM PC

Respectfully submitted:

Dated: 10-24-06      By: _____
                          Jeff Arrieta

Dated: 10.26.06      By: _____
                          Jeffrey A. Bowersox, OSB #81442
                          Email: Jeffrey@BLFpc.com
                          BOWERSOX LAW FIRM, P.C.
                          620 SW Fifth Avenue, Suite 1125
                          Portland, Oregon 97204
                          Telephone: (503) 452-5858
                          Facsimile: (503) 248-0200

Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

Ronald Goldser, MN Bar #35932
Zimmerman Reed PLLP
651 Nicollet Mall #501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
*Attorneys for Plaintiff Mark Fernquist*

Dated: 10-31-06     By: _____
                         Stuart Gordon, Esq., CA Bar #37477
                         Embarcadero Center West
                         275 Battery Street 20th Floor
                         San Francisco, CA 94111
                         Telephone: (415) 986-5900
                         Facsimile: (415) 986-8054

*Defendant's Liaison Counsel*

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

2 - STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: November 3, 2006



Honorable Charles Breyer
United States District Court

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204