UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL PURCHASE CLAIMS. | **STIPULATION AND [PROPOSED] ORDER REGARDING USE OF CEREMONIAL COURTROOM AND EQUIPMENT FOR SCIENCE TUTORIAL** |

1. The Court has scheduled a joint science tutorial for these MDL proceedings on Tuesday, November 14, 2006, and has invited participation by the Courts and litigants from the coordinated New York proceedings and the coordinated New Jersey proceedings.

2. In light of the number of judges and litigants who may be attending the tutorial, the parties have agreed and the Court has indicated that the tutorial will be held in the Ceremonial Courtroom.

3. The parties wish to use certain equipment to display their presentations to the Courts and each other, including the following:

   a. Nine monitors for the display of the parties' presentations to the Courts (one for each judge, one for the Special Master, one for Judge Breyer's law clerk, and one for the court reporter) and the parties (one for each counsel table and one for the presenter at the witness stand or podium);

-1-

1            b.      One large screen for the display of the parties' presentations to
2 other audience members;
3            c.      A high-resolution projector for the large screen;
4            d.      Several wireless microphones for individuals who will be
5 presenting;
6            e.      A flip chart;
7            f.      An easel;
8            g.      A Wolfvision Visualizer (also known as an "elmo");
9            h.      Several laser pointers;
10            i.      Switchers, amplifiers, and speakers;
11            j.      Two carts with drapes for the projector and the elmo;
12            k.      A table (approximately 19" x 60") to hold the sound and other
13 equipment; and
14            l.      Cables and extension cords for the equipment listed above.

15      4.      So that the parties may set up the equipment and test it before the tutorial,
16 the parties respectfully request permission to bring the equipment listed in paragraph 3 into the
17 courthouse on Monday, November 13 at 11:30 a.m., subject to inspection by building security.
18 Similarly, the parties request access to the Ceremonial Courtroom on November 13 from
19 12:00 p.m. until 4:00 p.m.
20      5.      The parties will remove the equipment immediately after the tutorial on
21 Tuesday, November 14.

22 **IT IS SO STIPULATED.**

23 Dated: November 8, 2006            LIEFF CABRASER HEIMANN & BERNSTEIN LLP

24

25            By    /s/
26                 ELIZABETH J. CABRASER
27            Plaintiffs' Liaison Counsel
28

-2-

1  Dated: November 8, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

2

3                                              By ___/s/_____
                                                  AMY W. SCHULMAN
4
                                                Defendants' Liaison Counsel
5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  Dated: __November 9____, 2006          _____
                                           HONORABLE CHARLES R. BREYER
9                                          UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

BOST1\445597.1
13415-401

STIPULATION AND [PROPOSED] ORDER REGARDING USE OF CEREMONIAL COURTROOM AND EQUIPMENT FOR SCIENCE TUTORIAL – M:05-CV-01699-CRB