## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUANITA ALLEN, et al.

                          Plaintiffs,

    v.

MERCK & CO., INC., PFIZER INC,
MONSANTO COMPANY
PHARMACIA CORPORATION,
and G.D. SEARLE LLC,

                        Defendants.

Cause No.   3:06-cv-00361-CRB

MDL:   05-cv-01699

IN RE: BEXTRA AND
CELEBREX MARKETING
SALES PRACTICES AND
PRODUCT LIABILITY
LITIGATION

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Erters Maxie's claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

Novmeber 9, 2006



_____
United States District Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer