IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN DAVIS, et al. <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC, <br><br> Defendants. | Cause No.   3:06-cv-03019-CRB <br><br> MDL:   05-cv-01699 <br><br> IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiffs Jean Davis and Dorothy Haywood's claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

November 13, 2006



United States District Judge Charles R. Breyer

PFZR/1035934/1099427v.1