IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE NOBLES FOR DECEDENT MARY ELLEN BEARD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>Defendants. | Cause No.  3:06-cv-03033-CRB<br><br>MDL:  05-cv-01699<br><br>IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the cases against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) brought by Roselyn Shanklin, Michaelene Spikes, Leon Bradley, Marie Vance, Orville Periman, and Lovia Henderson are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiffs Roselyn Shanklin, Michaelene Spikes, Leon Bradley, Marie Vance, Orville Periman, and Lovia Henderson are to refile their action, plaintiffs Roselyn Shanklin, Michaelene Spikes, Leon Bradley, Marie Vance, Orville Periman, and Lovia Henderson can only do so in federal court. All other plaintiffs cases in the above styled action remain pending, including Roselyn Shanklin, Michaelene Spikes, Leon Bradley, Marie Vance, Orville Periman, and Lovia Henderson's cases against Merck for Vioxx-related injuries.

| | |
|---|---|
| GORDON & REES LLP | JEFFREY J. LOWE, PC |
| By: _____/s/_____<br>Stuart M. Gordon | By: _____/s/_____<br>Jeffrey J. Lowe |
| Stuart M. Gordon #37477<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>(415) 986-5900<br>(415) 986-8054 fax<br><br>Attorneys for Defendants | Jeffrey J. Lowe #10538<br>Francis J. "Casey" Flynn #118147<br>JEFFREY J. LOWE, PC<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>(314) 678-3400<br>(314) 678-3401 fax<br><br>John Carey<br>Joseph P. Danis<br>David Bauman<br>Sarah Hale<br>CAREY & DANIS, LLC<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>(314) 725-7700<br>(314) 721-0905 fax<br><br>Charles Lampin<br>Kell Lampin LLC<br>4700 Mexican Rd.<br>St. Peters, Missouri 63376<br>(636) 498-4000<br><br>T. Evan Schaeffer<br>Andrea B. Lamere<br>SCHAEFFER & LAMERE, P.C.<br>5512 Godfrey Road<br>Highway 67, Suite B<br>Godfrey, IL 62035<br>(618) 467 8200<br><br>Evan Buxner<br>Walther Glenn Law Offices<br>10 S. Brentwood Blvd., Suite 102<br>St. Louis, MO 63105<br>(314) 725-9595<br>(314) 725-9597 fax<br><br>Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE NOBLES FOR DECEDENT MARY ELLEN BEARD, et al.<br><br>                   Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>                   Defendants. | Cause No.  3:06-cv-03033-CRB<br><br>MDL:  05-cv-01699<br><br>IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiffs Roselyn Shanklin, Michaelene Spikes, Leon Bradley, Marie Vance, Orville Periman, and Lovia Henderson's claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

November 13, 2006
_____
United States District Judge Charles R. Breyer

