1
2
3　Attorneys for Plaintiffs, SANDERS VIENER GROSSMAN, LLP
　　100 Herricks Road
　　Mineola, NY 11501
4
5
6
7
8

9　　　　　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14　IN RE: BEXTRA AND CELEBREX　　　　)　　MDL NO. 1699
　　MARKETING SALES PRACTICES AND　　)　　District Judge: Charles R. Breyer
15　PRODUCT LIABILITY LITIGATION　　　)
　　　　　　　　　　　　　　　　　　　　)
16　_____)
　　　　　　　　　　　　　　　　　　　　)　　**STIPULATION AND ORDER OF**
17　Ruben Schmidt　　　　　　　　　　　　)　　**DISMISSAL WITHOUT PREJUDICE**
　　　　　　　　　　　　　　　　　　　　)
18　　　　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　　　　)
19　　　　　　　vs.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
20　Pfizer, Inc., et al.　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　)
21　Case No. C-06-2438 CRB
_____

22　　　　　Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

23　pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24　this action without prejudice with each side bearing its own attorneys' fees and costs.

25　　　　　Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

26　Defendants, they should do so only by re-filing in the United States District Court.

27
28

1  DATED: 11/14, 2006.

2

3                          By: _____

4                          Attorneys for Plaintiff, Marc D. Grossman

5  DATED: 11/14, 2006.      GORDON & REES

6

7                          By: _____
                              Stuart M. Gordon
8                             Attorneys for Defendants

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: Nov. 15 2006

14                          Hon. Charles R. Breyer
                            United States ~~

15                          IT IS SO ORDERED

16

17                          Judge Charles R. Breyer

18