Attorneys for Plaintiffs, SANDERS VIENER GROSSMAN, LLP
100 Herricks Road
Mineola, NY 11501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Juan Gonzalez de Lopez<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>CRB 06-2438 CRB　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1  DATED: 11/14, 2006.

2

3                                    By: _____
                                         Attorneys for Plaintiff, Marc D. Grossman
4

5  DATED: 11/14, 2006.          GORDON & REES

6

7                                    By: _____
                                         Stuart M. Gordon
8                                        Attorneys for Defendants

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: Nov. 15, 2006         _____
14                                    Hon. Charles R. Breyer
                                      United States District Court
15
                                      IT IS SO ORDERED
16
                                      Judge Charles R. Breyer
17

18

19

20

21

22

23

24

25

26

27

28

-2-