A CERTIFIED TRUE COPY

NOV - 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED     NOV - 3 2006

NOV - 9 2006     FILED
CLERK'S OFFICE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DOCKET NO. 1699**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Linda Lile, et al. v. Pfizer Inc., et al.*, S.D. Illinois, C.A. No. 3:06-637

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Lile*) on October 2, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Lile* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-38" filed on October 2, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel