A CERTIFIED TRUE COPY

NOV - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 23 2006

FILED
CLERK'S OFFICE

FILED

M 05-1699 CRB NOV 14 2006

DOCKET NO. 1699  RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-41)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 845 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-41 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **CONNECTICUT** | |
| CT 3 06-1335 | Joseph Kulhowvich, et al. v. Pfizer Inc. |
| **FLORIDA NORTHERN** | |
| FLN 4 06-447 | Booker Flowers v. Pharmacia Corp., et al. |
| FLN 4 06-449 | Waltdell Robinson v. Pharmacia Corp., et al. |
| **MINNESOTA** | |
| MN 0 06-3855 | Tammy L. Ribble v. Pfizer Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 2 06-391 | Margaret E. Allen, et al. v. Pfizer Inc. |
| TXE 2 06-399 | Samuel Lee Buffington, et al. v. Pfizer Inc. |
| TXE 2 06-402 | Clifford Edward Fain, et al. v. Pfizer Inc., et al. |
| TXE 2 06-404 | Diana E. Benton, et al. v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-3029 | Bonnie Fields, etc. v. Pfizer Inc. |
| TXS 4 06-3039 | Manuela Salgado v. Pfizer Inc. |
| TXS 4 06-3041 | James Moore, et al. v. Pfizer Inc. |
| TXS 4 06-3045 | Beatrice Ybarra v. Pfizer Inc. |
| **TEXAS WESTERN** | |
| TXW 7 06-123 | Linda Cote v. Pfizer Inc., et al. |