Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs,
Michael Christensen and Maria Eaton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>MICHAEL CHRISTENSEN and MARIA EATON<br><br>Individual Case No. C05-5443 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6304 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Michael Christensen and Maria Eaton, originally filed in the Central District of California, Case Number C 05-6304 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5443 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

5  Dated: November 10, 2006         ROBINSON, CALCAGNIE & ROBINSON

                                    _____
                                    Mark P. Robinson, Jr., SBN054426
                                    mrobinson@rcrlaw.net
                                    Carlos A. Prietto, III, SBN 166410
                                    cprietto@rcrlaw.net
                                    Ted B. Wacker, SBN 157416
                                    twacker@rcrlaw.net
                                    620 Newport Center Drive, 7th Floor
                                    Newport Beach, CA 92660
                                    Telephone: (949) 720-1288
                                    Fax: (949) 720-1292

                                    -AND-

                                    Samuel M. Wendt, MO #53573
                                    David Peterson, MO #32229
                                    PETERSON & ASSOCIATES, P.C.
                                    801 West 47th Street, Suite 107
                                    Kansas City, MO 64112-1253
                                    Telephone: (816) 531-4440
                                    Fax: (816) 531-0660

                                    *Counsel for Plaintiffs*
                                    Michael Christensen and Maria Eaton


Dated: November 15, 2006            GORDON & REES

                                    _____
                                    Stuart M. Gordon, Esq.
                                    sgordon@gordonrees.com
                                    Embarcadero Center West
                                    275 Battery Street, 20th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 986-5900
                                    Fax: (415) 986-8054

                                    *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: November 20, 2006

                                      HONORABLE CHARLES R. BREYER

