

M 05-1699 CRB

DOCKET NO. 1699

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-43)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005).  Since that time, 872 additional actions have been transferred to the Northern District of California.  With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 3 06-1911 | Tammie Bridgmon, etc. v. Pfizer Inc. |
| ALN 3 06-1944 | Myrtle Vandiver v. Pfizer Inc., et al. |
| ALN 4 06-1943 | Bobby Lee Fox v. Pfizer Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-781 | Arthur Davis, etc. v. Pfizer Inc. |
| FLM 6 06-1590 | Mark Roberts v. Pfizer Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4 06-446 | Marionette Bryant v. Pharmacia Corp., et al. |
| FLN 4 06-448 | Lillie Mae Daniels v. Pharmacia Corp., et al. |
| FLN 4 06-450 | Sharon Jones v. Pharmacia Corp., et al. |
| **MINNESOTA** | |
| MN 0 06-3993 | Vicki Spencer, etc. v. Pfizer Inc. |
| MN 0 06-4240 | Constance Bratt, et al. v. Pfizer Inc., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-258 | Dorothy L. Parrish v. Pharmacia Corp, et al. |
| MSN 2 06-145 | Mary Lyn Boggs v. Pharmacia Corp., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-1021 | Larry E. Holcomb, et al. v. Pharmacia Corp., et al. |
| MSS 2 06-216 | John D. McDaniel v. Pharmacia Corp., et al. |
| MSS 2 06-234 | Delores Abram v. Pharmacia Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 06-390 | Helen M. Marcum v. Pfizer Inc., et al. |
| OHS 2 06-814 | Fred Georgeson, et al. v. Pfizer Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 3 06-1249 | Earminia Saenz v. Pfizer Inc. |
| TXN 3 06-1250 | William Arthur Holman v. Pfizer Inc. |
| TXN 3 06-1251 | Roy Thomas Sellers v. Pfizer Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-3216 | Carol Adams, et al. v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-868 | Theodore Russell, Jr. v. Pfizer Inc. |
| WVS 1 06-893 | Shirley Mitchell, et al. v. Pfizer Inc., et al. |