IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTIE BOSWELL, et al.

                Plaintiffs,

v.

PFIZER INC, MONSANTO COMPANY
PHARMACIA CORPORATION,
and G.D. SEARLE LLC,

                Defendants.

Cause No.   3:06-cv-0133-CRB

MDL:   05-cv-01699 IN RE:
BEXTRA AND CELEBREX
MARKETING SALES
PRACTICES AND
PRODUCT   LIABILITY
LITIGATION

### ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Robert O'Hara as the administrator for the Estate of Linnie Rundles claims against defendants are dismissed without prejudice.



United States District Judge R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

November 28, 2006