William M. Audet (CA 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 06-3560 |
| | MDL No. 1699 |
| | JUDGE BREYER |
| This Document relates to: | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-3560, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |
| IRMA HERRERA Individual Case No. 06-3560 | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff IRMA HERRERA originally filed in the Northern District of California, Case Number 06-3560, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.  The parties shall each bear their own costs.

DATED:  November 20, 2006                    GORDON & REES, LLP

                                             By:  _____
                                                  Stuart M. Gordon
                                                  sgordon@gordonrees.com
                                                  Embarcadero Center West
                                                  275 Battery Street
                                                  20th Floor
                                                  San Francisco, CA  94111
                                                  Telephone: (415) 986-5900
                                                  Facsimile: (415) 986-8054

                                                  Attorney for Defendants

DATED:  November 20, 2006                    ALEXANDER, HAWES & AUDET LLP

                                             By:     /s/  Adel A. Nadji
                                                  William M. Audet
                                                  Joshua C. Ezrin
                                                  221 Main Street, Suite 1460
                                                  San Francisco, CA  94105
                                                  Telephone:  (415) 982-1776
                                                  Facsimile:  (415) 576-1776

                                                  Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  November 28, 2006

                                             _____
                                             HONORABLE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2.
**STIPULATION AND ORDER OF DISMISSAL**