## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ] Master Docket No. M:05-CV-01699-CRB <br> ] <br> ] MDL No. 1699 <br> ] |
| THIS RELATES TO: <br> MDL Case No.  C-06-4092-CRB | ] <br> ] Plaintiffs:   Gloria J. McKissack; Otis Porter; <br> ]            Patricia E. Thomas |
| Gloria J. McKissack, et al., | ]                (Names) <br> ] |
| Plaintiffs, | ] <br> ] |
| vs. | ] <br> ] |
| Pfizer, Inc., et al., | ] <br> ] |
| Defendants. | ] <br> ] |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiffs Gloria J. McKissack; Otis Porter; and Patricia E. Thomas ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D. Searle, L.L.C.  ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which was filed in a consolidated, multi-plaintiff Complaint] against Defendants:

1.      Gloria J. McKissack;

2.      Otis Porter;

3.      Patricia E. Thomas.

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the following remaining Plaintiff:

1.      Charlene Davenport.

Specifically, the parties hereby stipulate and agree as follows:

1.      Gloria J. McKissack; Otis Porter; and Patricia E. Thomas dismiss their individual causes of action [which were filed within the above multiparty, consolidated Plaintiffs Complaint]

-1-

without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(ii).

2.      This dismissal is voluntary and not on the merits.  Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3.      Plaintiffs agree that, in the event they refile a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuits will be filed in a United States District Court and it will not include defendants whose presence would destroy diversity jurisdiction;

4.      Plaintiffs further agree that in the event they re-file such lawsuits, any discovery that has taken place or will take place *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had an opportunity to participate in that discovery.

5.      Each party will bear their own fees, expenses and costs.

Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs wish to dismiss their claims in the instant lawsuit without prejudice to re-filing, subject to the conditions stated above.  There are no counterclaims or third-party claims.  Nothing in this stipulation shall constitute a waiver of any rights and defenses defendants may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Gloria J. McKissack; Otis Porter; and Patricia E. Thomas in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.


SAN FRANCISCO, CALIFORNIA, this __30th__ day of __November__, 2006.



_____
UNITED STATES DISTRICT JUDGE CHARLES R.
BREYER

-2-

Respectfully Submitted by:

Dated: _____, 2006

_____
Mark B. Hutton
Elizabeth L. Dudley
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638
Telephone: (316) 688-1166
Telecopier: (316) 686-1077

Attorneys for Plaintiffs Gloria J. McKissack; Otis Porter;
and Patricia E. Thomas

Dated: _____, 2006

_____
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-6900
Telecopier: (415) 262-3801

Attorneys for Defendants