A CERTIFIED TRUE COPY

NOV 3 0 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 3 0 2006

FILED
CLERK'S OFFICE

M 05-cv-1679 CRB

FILED
DEC - 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NOS. 1657 AND 1699

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1657 – IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*
*MDL-1699 – IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Marilyn McCandles, et al. v. Merck & Co., Inc., et al.,* E.D. Missouri, C.A. No. 4:06-1434

### ORDER LIFTING STAY OF CTO-70 IN MDL-1657, SEPARATING AND REMANDING CERTAIN CLAIMS, AND LIFTING STAY OF CTO-42 IN MDL-1699

On October 24, 2006, the Panel filed an order conditionally i) transferring this action (*McCandles*) to the Eastern District of Louisiana in MDL-1657, ii) separating the Bextra/Celebrex claims in *McCandles* and remanding them to the Eastern District of Missouri, and iii) transferring the resulting Bextra/Celebrex action to the Northern District of California in MDL-1699. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *McCandles* filed a notice of opposition to the proposed transfers. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-70" in MDL-1657 filed on October 24, 2006, is LIFTED insofar as it relates to this action, and thus the action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the claims in this action relating to Bextra and/or Celebrex are separated and simultaneously remanded, pursuant to 28 U.S.C. § 1407(a), to the Eastern District of Missouri.

- 2 -

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-42" in MDL-1699 is lifted insofar as it relates to the resulting Bextra/Celebrex action, and thus this action is transferred to Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel