Peter W. Burg
Seth A. Katz
Jennifer L. Thompson, CA State Bar No. 241865
BURG SIMPSON ELDREDGE HERSH & JARDINE, PC
40 Inverness Drive, East
Englewood, CO 80112
Telephone: (303)-792-5595
Facsimile: (303)-708-0527

*Counsel Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO 1*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No.: M:05-CV-01699-CRB  <br><br> MDL No.: 1699 <br><br> Case No.: C-06-7092 |
| This document relates to: <br><br> DEBORAH CAYWOOD, <br>                 Plaintiff, <br><br> v. <br><br> PFIZER, INC., <br>                 Defendant | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO.: C-06-7092** |

Come now the Plaintiff and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this personal injury action relating to her use of Bextra without prejudice with each side bearing its own attorneys' fees and costs.

Should plaintiff or a representative of Plaintiff attempt to re-file these claims against Defendant, they shall be permitted to do so only by re-filing in the United States District Court.

DATED: December 5, 2006.

BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.

By: _____
Seth A. Katz
Attorneys for Plaintiff Deborah Caywood

DATED: December 5, 2006.

GORDON & REES

By: _____
Steven Lawniczak
Attorneys for Defendant Pfizer

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: December 07, 2006



Hon. Charles R. Breyer
United States District Court