IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES         MDL Docket No. 1699
AND PRODUCT LIABILITY LITIGATION
_____     Judge Charles R. Breyer

JAMES SWAIN                              NOTICE OF WITHDRAWAL AS
                                         COUNSEL
         Plaintiff,
v.                                       CASE NO. 3:06-CV-3603-CRB

PFIZER, INC., PHARMACIA CORPORATION,
AND G.D.SEARLE LLC., et al.,

         Defendants.

_____


NOTICE IS HEREBY GIVEN that Mary F. Whitaker of the firm of Miller & Associates, hereby withdraws as counsel for Plaintiff James Swain in the above-styled cause. The law firm of Miller & Associates will continue as counsel for Plaintiff James Swain, and all future pleadings and correspondence relating to Plaintiff James Swain should be directed to J. Christopher Ide.

                              Respectfully submitted:

Dated: December 5, 2006       By: _____
                              Mary F. Whitaker (VA State Bar No. 27565)
                              Michael J. Miller (VA State Bar No. 19171)
                              J. Christopher Ide (VA State Bar No. 19307)



December 8, 2006