Attorneys for Plaintiffs,
SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY 11501
P: (516) 741-5252
F: (516) 741-1243

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br>Case No. 06-2438 CRB |
| Elisa Medina Maldonado<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Docket: 2438/06 |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1  DATED: _____, 2006.

2

3  　　　　　　　　　　　By: _____

4  　　　　　　　　　　　Attorneys for Plaintiff, Marc D. Grossman

5  DATED: 12/6, 2006.　　GORDON & REES

6

7  　　　　　　　　　　　By: _____
　　　　　　　　　　　　Stuart M. Gordon
8  　　　　　　　　　　　Attorneys for Defendants

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: Dec. 12, 2006

14  　　　　　　　　　　　_____
　　　　　　　　　　　　Hon. Charles R. Breyer
15  　　　　　　　　　　　United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*