A CERTIFIED TRUE COPY

DEC - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 3 2006    NOV 2 2 2006

RICHARD W. WIEKING         FILED
CLERK, U.S. DISTRICT COURT  CLERK'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1699

M 05-1699 CRB

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-45)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 893 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-45 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 8 06-1996 | Margaret Andrews, etc. v. Pfizer Inc., et al. |
| **KANSAS** | |
| KS 2 06-2467 | Ronald D. Sanburg, etc. v. Pfizer Inc. |
| KS 2 06-2476 | Ferrell Heeter, et al. v. Pfizer Inc. |
| KS 5 06-4119 | Annetta Papa v. Pfizer Inc. |
| KS 5 06-4120 | Thomas J. Gray, et al. v. Pfizer Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 06-601 | William Long, et al. v. G.D. Searle & Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-7848 | Gary Myers v. Pfizer Inc. |
| **OHIO NORTHERN** | |
| OHN 5 06-1560 | Edward Murphy, et al. v. Pfizer Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 06-387 | Geraldine Holder v. Pfizer Inc., et al. |
| OHS 1 06-388 | Connie Morris, et al. v. Pfizer Inc., et al. |
| OHS 1 06-391 | William A. White, et al. v. Pfizer Inc., et al. |
| OHS 1 06-392 | Geneva Hoffer, et al. v. Pfizer Inc., et al. |
| OHS 1 06-395 | Charles M. Sesher, et al. v. Pfizer Inc., et al. |
| OHS 2 06-508 | Keitha Ann Williams v. Pfizer Inc., et al. |
| OHS 2 06-509 | Patsy D. Hoskins, et al. v. Pfizer Inc., et al. |
| OHS 2 06-510 | Franklin A. Wolfe, et al. v. Pfizer Inc., et al. |
| OHS 2 06-511 | Wayne R. Nunn, et al. v. Pfizer Inc., et al. |
| OHS 2 06-512 | Robert C. Duke, et al. v. Pfizer Inc., et al. |
| OHS 2 06-513 | Judy Mullins v. Pfizer Inc., et al. |
| OHS 2 06-519 | Margaret Lyons v. Pfizer Inc., et al. |
| OHS 2 06-520 | James R. Rife, et al. v. Pfizer Inc., et al. |
| OHS 2 06-522 | James F. Mathis, et al. v. Pfizer Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-1356 | Betty Costantino, et al. v. Pfizer Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 3 06-1797 | Roger Shenefield, etc. v. Pfizer Inc., et al. |
| TXN 5 06-220 | Louise Norris, et al. v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2 06-433 | Sharon Serrata, et al.v . Pfizer Inc., et al. |
| TXS 3 06-619 | Linda Nunez, et al. v. Pfizer Inc., et al. |
| TXS 3 06-620 | Lonnie Lunday, etc. v. Pfizer Inc., et al. |
| TXS 4 06-3079 | Libby Chavez, etc. v. Pfizer Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-931 | Loretta Semenske v. Pfizer Inc., et al. |