IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL McCULLOUGH and BRYAN R. McCULLOUGH | |
| v. | CIVIL ACTION NO. 4:06-cv-01061 |
| PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE & CO. | |

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | MDL No. M:05-cv-01699 |
| This Document Relates to: CHERYL and BRYAN McCULLOUGH | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

On _Dec. 08_, 2006, the Court considered Plaintiffs' Unopposed Motion for Leave to File Amended Complaint. After considering the application, the court:

GRANTS Plaintiffs' Unopposed Motion for Leave to File Amended Complaint and ORDERS that Plaintiffs have leave to file Plaintiff's First Amended Complaint.

SIGNED on _Dec. 08_, 2006.

_____
U.S DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Russell W. Endsley
Attorney for Plaintiffs