United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/ | No. C 05-01699 CRB |
| This document relates to: WALLACE JACKSON and ESPERNOLA JACKSON,     Plaintiffs,  v. PFIZER INC., et al.,     Defendants.       Nos.  06-7573 CRB                 06-7574 CRB _____/ | **ORDER** |

     As it appears that 06-7574 CRB is an exact duplicate of 06-7573 CRB, 06-7574 CRB is DISMISSED without prejudice.

     **IT IS SO ORDERED.**

Dated: Dec. 19, 2006

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre06-7574.wpd