1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE:  BEXTRA AND CELEBREX            CASE NO. M:05-CV-01699-CRB
     MARKETING SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION           MDL No. 1699

13

14   This Order Relates to:                 **STIPULATION AND ORDER
                                            REGARDING CERTIFICATION OF
15       ALL CASES.                         AMENDED OR SUPPLEMENTAL
                                            PLAINTIFF FACT SHEETS**

16

17              1.      Requirements in Pretrial Order No. 6.  Pretrial Order No. 6 ("PTO 6")

18   requires all personal injury plaintiffs to provide Plaintiff Fact Sheets ("PFSs"), authorizations, and

19   responsive documents (collectively, "the discovery required by PTO 6").  *See* PTO 6, ¶¶ 2-3.  The

20   PFSs are binding on the plaintiffs as if they were contained in responses to interrogatories and

21   must be signed by the plaintiffs (or the appropriate plaintiff representative) under penalty of

22   perjury.  *See id.* ¶ 2(c).  Where the Pfizer Defendants believe that a plaintiff's PFS is materially

23   deficient, they can notify the plaintiff with a deficiency letter.  *See* PTO 6, ¶ 9.

24              2.      Responses to Deficiency Letters.  In response to such deficiency letters,

25   many plaintiffs have provided additional information in letters from their counsel to counsel for

26   the Pfizer Defendants without providing an amended PFS or a certification for those amended

27   responses, or have provided amended PFSs without an updated certification.

28   /////

                                        -1-

1           3.     <u>Plaintiffs May Provide Certifications of Amended or Supplemental</u>

2    <u>Responses After Counsel Provides Amended or Supplemental Responses</u>.  To minimize the

3    administrative burden of providing amended or supplemental PFSs on plaintiffs' counsel, and to

4    remove an impediment to the PFS collection process, the parties hereby stipulate that plaintiffs

5    may provide certifications for amended or supplemental responses after plaintiffs' counsel

6    provides the amended or supplemental responses themselves, as provided herein.

7           a.     <u>Language for Certifications</u>.  Where a plaintiff's counsel sends a

8    letter with amended or supplemental PFS responses or provides an amended PFS, such plaintiff

9    shall provide a signed and dated certification for such responses with the following language in

10   accordance with the provisions of paragraphs 4 and 5 herein:

11              I declare under penalty of perjury subject to 28 U.S.C. § 1746 that
     all of the information provided in this amended or supplemental
12              Plaintiff Fact Sheet and/or letter from my counsel containing
     amended or supplemental PFS responses is true, complete and
13              correct to the best of my knowledge.  I acknowledge that I must
     supplement my responses if I learn that they are incomplete or
14              incorrect in any material respect.

15          b.     <u>Certification of Responses Based on Medical Records</u>.  Where a

16   plaintiff's counsel provides amended or supplemental PFS responses that are based on that

17   counsel's review of medical records rather than the plaintiff's personal knowledge, plaintiff's

18   counsel shall indicate in the responses that the responses are based on medical records rather than

19   the plaintiff's personal knowledge and shall specify a particular bates number for the specific

20   page(s) that support the response.  Where a bates number is not available, plaintiff's counsel shall

21   provide specific information identifying the applicable records, such as the provider, date of visit,

22   and description of the record, and shall enclose the records themselves with the amended or

23   supplemental response.

24          4.     <u>Amended or Supplemental Responses Sent Before Date of Stipulation</u>.  For

25   any amended or supplemental responses sent prior to the date of this stipulation, plaintiffs shall

26   have thirty (30) days from the date this stipulation is signed and served by the Court via the

27   Court's Electronic Case Filing system ("ECF") to send certifications of the amended or

28   supplemental responses.  Where a plaintiff is selected to be part of the discovery pool, such

-2-

1  plaintiff shall provide the certifications as soon as possible and in no event later than three days

2  before the plaintiff's deposition.

3           5.      Amended or Supplemental Responses Sent After Date of Stipulation.  For

4  any amended or supplemental responses sent after the date of this stipulation, plaintiffs shall

5  endeavor to provide the certifications contemporaneously with the amended or supplemental

6  responses.  If providing the certifications at the same time as the amended or supplemental

7  responses will delay the transmission of the PFS, plaintiffs shall have thirty (30) days from the

8  date plaintiffs' counsel transmits an amended or supplemental PFS response to send certifications

9  of the amended or supplemental responses.  Where a plaintiff is selected to be part of the

10  discovery pool, such plaintiff shall provide the certifications as soon as possible and in no event

11  later than three days before the plaintiff's deposition.

12           6.      Stipulation Binding on All Plaintiffs.  Plaintiffs' Liaison Counsel and the

13  Plaintiffs' Steering Committee can enter into stipulations binding all plaintiffs upon the receipt of

14  court approval.  *See* Pretrial Order No. 1, ¶ 16(C)(2); Pretrial Order No. 2, ¶ 15.  Plaintiffs'

15  Liaison Counsel and the Plaintiffs' Steering Committee collectively agree that this stipulation

16  shall bind all plaintiffs in these proceedings, including after remand to transferor courts (if any).

17  **IT IS SO STIPULATED.**

18  Dated:  December 18, 2006               LIEFF CABRASER HEIMANN & BERNSTEIN LLP

19

20                                          By   /s/
21                                             ELIZABETH J. CABRASER

22                                          Plaintiffs' Liaison Counsel

23

24  Dated:  December 18, 2006               DLA PIPER US LLP

25

26                                          By   /s/
27                                             AMY W. SCHULMAN

28                                          Defendants' Liaison Counsel

-3-

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:  Dec. 19, 2006                    _____/s/_____
                                              HONORABLE CHARLES R. BREYER
4                                             UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING CERTIFICATION OF AMENDED OR
SUPPLEMENTAL PLAINTIFF FACT SHEETS – M:05-CV-01699-CRB