1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  MILLER AND ASSOCIATES
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11

| 12 | DONALD MARSH, VERONICA TIDWELL, MICHAEL GROSS AND MARZIE HUGGINS, | **MDL NO. 1699** |
|---|---|---|
| 13 | | **District Judge: Charles R. Breyer** |
| 14 | Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS VERONICA TIDWELL AND MARZIE HUGGINS** |
| 15 | v. | |
| 16 | PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | Case No. 06-CV-05847-CRB |
| 17 | | |
| 18 | Defendants. | |

19

20      Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

21  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

22  Plaintiffs, Veronica Tidwell and Marzie Huggins from this action without prejudice with each

23  side bearing its own attorney's fees and costs.

24      Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against

25  Defendant's, they should do so only by re-filing in the United States District Court.

26

27

28

COMPLAINT

| | |
|---|---|
| Dated: 12/12/06 | Respectfully submitted,<br><br>MILLER & ASSOCIATES<br><br>By: /s/ J. Christopher Ide<br>J. CHRISTOPHER IDE<br><br>Michael J. Miller, VA Bar No. 19171<br>J. Christopher Ide, VA Bar No. 19307<br>MILLER AND ASSOCIATES<br>105 North Alfred Street,<br>Alexandria, Virginia 22314<br>Telephone: (703) 519-8080<br>Facsimile: (703) 519-8084<br><br>Attorneys for Plaintiffs |
| Dated: _____ | Respectfully submitted,<br><br>GORDON & REES<br><br>By: /s/ Stuart M. Gordon<br>STUART M. GORDON<br><br>CA Bar No. 37477<br>GORDON & REESE<br>275 Battery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801<br><br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: December 19, 2006

_____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

- - 2 - -

COMPLAINT