Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
MILLER AND ASSOCIATES
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone:  (703) 519-8080
Facsimile:  (703) 519-8084

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GEORGIA WILLIAMSON, DOUG DEYARMOND, ROBERT SHELTON AND HAROLD JANDRESKI,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | **MDL NO. 1699**<br><br>**District Judge:  Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS GEORGIA WILLIAMSON, HAROLD JANDRESKI AND DOUG DEYARMOND**<br><br>Case No.  06-CV-05802-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Georgia Williamson, Harold Jandreski and Doug Deyarmond from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: 12/14/06 | Respectfully submitted, |
| 2 | | |
| 3 | | MILLER & ASSOCIATES |
| 4 | | By: /s/ J. Christopher Ide |
| 5 | | J. CHRISTOPHER IDE |

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
MILLER AND ASSOCIATES
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiff

Dated: 12-18-06

Respectfully submitted,

GORDON & REES

By: /s/ Stuart M. Gordon
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: Dec. 19, 2006

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

- - 2 - -

COMPLAINT