1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  MILLER AND ASSOCIATES
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiffs

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHARON PALMER, KENNETH STRICKLAND AND DAVID EDWARDS,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | **MDL NO. 1699**<br><br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SHARON PALMER**<br><br>Case No. 06-CV-05844-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Sharon Palmer, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

| | |
|---|---|
| Dated: 12/12/06 | Respectfully submitted, |
| | MILLER & ASSOCIATES |
| | By: _____ |
| | J. CHRISTOPHER IDE |
| | |
| | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| | MILLER AND ASSOCIATES |
| | 105 North Alfred Street, |
| | Alexandria, Virginia 22314 |
| | Telephone: (703) 519-8080 |
| | Facsimile: (703) 519-8084 |
| | |
| | Attorneys for Plaintiffs |
| | |
| Dated: 12-18-06 | Respectfully submitted, |
| | GORDON & REES |
| | By: _____ |
| | STUART M. GORDON |
| | |
| | CA Bar No. 37477 |
| | GORDON & REESE |
| | 275 Battery Street, Ste. 2000 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 986-5900 |
| | Facsimile: (415) 262-3801 |
| | |
| | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: December 19, 2006

_____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer, United States District Court, Northern District of California

- - 2 - -   COMPLAINT