Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
MILLER AND ASSOCIATES
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SHARON HAUG, | **MDL NO. 1699** |
| Plaintiff, | **District Judge: Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF SHARON HAUG** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | Case No. 06-CV-2378-CRB |
| Defendants. | |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Sharon Haug from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

| | |
|---|---|
| 1   Dated: __12/14/06__ | Respectfully submitted, |
| 2 | |
| 3 | MILLER & ASSOCIATES |
| 4 | By: __J. Christopher Ide__ |
| 5 | J. CHRISTOPHER IDE |
| 6 | |
| 7 | Michael J. Miller, VA Bar No. 19171 |
| 8 | J. Christopher Ide, VA Bar No. 19307 |
| 9 | MILLER AND ASSOCIATES |
| 10 | 105 North Alfred Street, |
| 11 | Alexandria, Virginia 22314 |
| 12 | Telephone: (703) 519-8080 |
| 13 | Facsimile: (703) 519-8084 |

Attorneys for Plaintiff

Dated: __12-18-06__

Respectfully submitted,

GORDON & REES

By __Stuart M. Gordon__
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: __Dec. 19, 2006__

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - 2 - -

COMPLAINT