UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX® MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND TAKING MOTIONS OFF CALENDAR** |

1. The Court shall hold a case management conference in these proceedings on Friday, January 26, 2007 at 10:00 a.m.

2. The Pfizer Defendants' motions to dismiss the amended purchase claims master complaints [docket numbers 716 and 717], previously noticed for a hearing on Friday, January 26, 2007, are taken off calendar. Liaison and involved counsel shall continue to meet and confer with respect to the motions and a schedule for further pleadings with respect to the purchase claims master complaints.

**IT IS SO ORDERED.**

Dated: January 3, 2007

/s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE