1   B. Kristian W. Rasmussen, III, FL Bar No. 0229430
    Rachael Raymon Gilmer, FL Bar No. 0887331
2   LEVIN, PAPANTONIO, THOMAS,
      MITCHELL, ECHSNER & PROCTOR, P.A.
3   316 South Baylen Street, Suite 600 (32502)
    P. O. Box 12308
4   Pensacola, Florida 32591
    Telephone:  (850) 435-7080
5   Facsimile:  (850) 435-7020

6   Attorneys for Plaintiff

7                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                     (SAN FRANCISCO DIVISION)

10  **In re: Bextra and Celebrex Marketing Sales** | **MDL No. 1699**
    **Practices and Product Liability Litigation**
11                                                 | **District Judge: Charles R. Breyer**
12                                                 | **Magistrate:**

13

14  RAYMOND SUGALSKI, Administrator        | Case No. C 06 5708 CRB
    of the Estate of PATRICIA SUGALSKI
15                                         | **STIPULATION OF SUBSTITUTION OF**
                                           | **COUNSEL FOR PLAINTIFF AND**
16              Plaintiff,                 | ~~[PROPOSED]~~ **ORDER**

17  v.

18  PFIZER, INC.,

19              Defendant.

20

21       IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Raymond Sugalski,

22  substitutes B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer, Esq. of the law firm,

23  LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A., as counsel of

24  record in lieu of PAUL PERLSTEIN, Esq. and ROBERT W. SINK, Esq. in the above-titled

25  action.

26       DATED this 12 day of Dec , 2006.

27

28  //

Outgoing counsel:

Dated:

Paul M. Perlstein, Esquire
Attorney I.D. #10340
P.O. Box 834
Doylestown, PA 18901-0834
(215) 348-3700
Pensacola, FL 32502

Outgoing counsel:

Dated:

Robert W. Sink, Esq
Attorney I.D. # 73201
319 W. Front Street
Media, PA 19063
(610) 566-4408

Incoming counsel:

Dated:

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone:  (850) 435-7080
Facsimile:  (850) 435-7020

## ORDER

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS ORDERED THAT B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer,
Esq. of the law firm, LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER &
PROCTOR, P.A., as counsel of record in lieu of PAUL PERLSTEIN, Esq. and ROBERT
W. SINK, Esq. in the above-titled action.**

**A file stamped copy of this Stipulation and Order shall be served on the attorney for
the defendant.**

Dated: Jan. 3, 2007

Hon. Charles R. Breyer
United States

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

PFZR/1035934/1030331v.1