| | |
|---|---|
| 1 | **Steven J. Skikos (SBN 148110)** |
| | **Mark G. Crawford (SBN 136501)** |
| 2 | **Kathleen N. Millican (SBN 203691)** |
| 3 | **LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS** |
| | 625 Market Street, 11th Floor |
| 4 | San Francisco, CA  94105 |
| | Telephone: 415-956-5257 |
| 5 | Facsimile: 415-956-4416 |
| 6 | kmillican@lopez-hodes.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB <br><br> MDL No. 1699 |
| MILES McCASLIN; GLORIA NATIVIDAD; HELEN POWELL; and SEYED YAGHOUBI, <br><br> Plaintiff, <br><br> vs. <br><br> G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT, <br><br> Defendants. | CASE NO.  C-06-6125-CRB <br><br><br><br> **NOTICE OF SUBSTITUTION OF COUNSEL and [PROPOSED] ORDER** |

COME NOW Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, and show the Court as follows:

---

1.

1. The original complaint Miles McCaslin, et al. v. G.D.Searle & Co., et al. was filed on September 29, 2006.

2. Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause, have now retained alternate counsel: Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., P.O. Box 4160, Montgomery, Alabama 36103-4160, (334) 269-2343 telephone, (334) 954-7555 facsimile.

3. Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause, seek to allow the firm of Lopez, Hodes, Restaino, Milman and Skikos to withdraw from representing them in this action.

4. Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. filed their notice of appearance as counsel on behalf of Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause. Said notice of appearance was filed on December 13, 2006.

WHERFORE, Plaintiffs pray the Court recognize said alternate counsel, Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as their counsel of record; and allow Lopez, Hodes, Restaino, Milman & Skikos to withdraw from their representation effective on receipt of this document.

Dated: December 21, 2006

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By _____
STEVEN J. SKIKOS
MARK G. CRAWFORD
KATHLEEN N. MILLICAN
Attorneys for Plaintiffs

# ORDER

In consideration of the above and foregoing Notice of Substitution of Counsel, it is hereby ordered that the firm of Lopez, Hodes, Restaino, Milman & Skikos is hereby withdrawn from the representation of Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause, and hereby is substituted as counsel of record, Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

**IT IS SO ORDERED.**

DATE: January 3, 2007

HONORABLE _____



IT IS SO ORDERED
Judge Charles R. Breyer

Notice of Substitution of Counsel and Proposed Order