# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | **MDL No. 1699** <br> **District Judge: Charles R. Breyer** <br> **Magistrate:** |
| KATHLEEN WAGNER, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., <br><br> Defendant. | Case No. C 06 3365 CRB <br><br> **STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Kathleen Wagner, substitutes B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer, Esq. of the law firm, LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A., as counsel of record in lieu of PAUL PERLSTEIN, Esq. and ROBERT W. SINK, Esq. in the above-titled action.

//

//

//

Outgoing counsel:

Dated: *(signature)*

Paul M. Perlstein, Esquire
Attorney I.D. #10340
P.O. Box 834
Doylestown, PA 18901-0834
(215) 348-3700
Pensacola, FL 32502

Outgoing counsel:

Dated:

*(signature)*
Robert W. Sink, Esq
Attorney I.D. # 73201
319 W. Front Street
Media, PA 19063
(610) 566-4408

Incoming counsel:

Dated: *(signature)*

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020

DATED this 12 day of Dec, 2006.

## ORDER

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS ORDERED THAT B. Kristian W. Rasmussen, Esq. and Rachael Raymon Gilmer, Esq. of the law firm, LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A., as counsel of record in lieu of PAUL PERLSTEIN, Esq. and ROBERT W. SINK, Esq. in the above-titled action.

A file stamped copy of this Stipulation and Order shall be served on the attorney for the defendant.

Dated: January 3, 2007

Hon. Charles R. Breyer
United States District *(Judge)*

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California (seal)*

PFZR/1035934/1030331v.1

- 2 -