Dennis S. Mackin and
Stephen H. DeBaun
3758 LaVista Road
Tucker, Georgia 30084
Attorney for Plaintiff,
Christine Bahktiary

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Christine Bahktiary,<br><br>        Plaintiff,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br>        Defendants.<br>Case No. 06-6902 CRB | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Come now the Plaintiff, CHRISTINE BAHKTIARY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

    Should Plaintiff or a representative of Plaintiff attempt to re-file her claim against Defendants, they should do so only by re-filing in the United States District Court.

DATED:  December 22, 2006.

By: **/s/ Dennis S. Mackin**
Dennis S. Mackin and
Stephen H. DeBaun

Attorneys for Plaintiff,

DATED:  December 22, 2006.

TROUTMAN SANDERS LLP

By: **/s/ Adam C. Bassing**
N. Karen Deming
Adam C. Bassing

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 03, 2007

Hon. Charles R. Breyer
United States D...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*