A CERTIFIED TRUE COPY

JAN 17 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 2 2007

DEC 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05-cv-1699 CRB

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-48)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 961 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 17 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 5  06-417 | William Crigler v. Pfizer Inc., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1  06-6838 | Susan Salzer v. Pfizer Inc., et al. |
| **MARYLAND** | |
| MD 1  06-2971 | Mary Frances Stromyer, et al. v. Pfizer Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4  06-997 | Marsha Bratton, et al. v. Pfizer Inc., et al. |
| **OREGON** | |
| OR 3  06-1708 | Beverly Myers v. Pfizer Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2  06-4910 | Jane A. Gagliardo, et al. v. Pfizer Inc., et al. |
| **TEXAS SOUTHERN** | |
| ~~TXS 2  06-519~~ | ~~Jesus Sauceda v. Pfizer Inc., et al.~~    Vacated 1/9/07 |
| TXS 4  06-3069 | Joseph Curry, et al. v. G.D. Searle & Co., et al. |
| **TEXAS WESTERN** | |
| TXW 6  06-290 | Gwendolyn Lewis, et al. v. Pfizer Inc., et al. |
| **UTAH** | |
| UT 1  06-150 | Brenda Whitaker, et al. v. Pfizer Inc. |
| UT 2  06-982 | Allen Collings, et al. v. Pfizer Inc. |
| UT 2  06-983 | Lincoln Lecheminant, et al. v. Pfizer Inc. |
| UT 2  06-984 | Willie Wulf, et al. v. Pfizer Inc. |
| UT 2  06-1000 | Randall Iverson v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2  06-976 | Ernestine Browning, et al. v. Pfizer Inc., et al. |
| WVS 2  06-977 | Willis D. Damron, et al. v. Pfizer Inc., et al. |
| WVS 2  06-978 | Fred Means, et al. v. Pfizer Inc., et al. |
| WVS 2  06-979 | Thomas Eugene Knisely, et al. v. Pfizer Inc., et al. |
| WVS 2  06-980 | Connie J. Farmer, et al. v. Pfizer Inc., et al. |
| WVS 2  06-981 | Barbara B. Miller v. Pfizer Inc., et al. |
| WVS 2  06-982 | James Edward Roy, et al. v. Pfizer Inc., et al. |
| WVS 2  06-983 | Frances E. Young v. Pfizer Inc., et al. |
| WVS 2  06-984 | Francis C. Stump, et al. v. Pfizer Inc., et al. |
| WVS 2  06-985 | Beverly Sattler, et al. v. Pfizer Inc., et al. |
| WVS 2  06-986 | Sidney Douglas Rayburn, et al. v. Pfizer Inc., et al. |
| WVS 2  06-987 | Ramonia Pannell v. Pfizer Inc., et al. |
| WVS 3  06-1022 | Daniel Westmoreland v. Pfizer Inc. |