1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

No. MDL 05-1699 CRB

12

**ORDER GRANTING MOTION TO
WITHDRAW AND DISMISSING
PLAINTIFFS' CLAIMS**

13

_____/

14

*This document relates to:*

15

| | |
|---|---|
| Paul Kahl | 06-0159 |
| Bennie Henderson | 06-0159 |
| Lula Eckols | 06-0159 |
| Melissa Griffin | 06-0159 |
| Maggie Mae Gross | 06-0159 |
| Jeffrey Dubose | 06-0159 |
| Lue Ella Jones | 06-0159 |
| Dorothy Clark | 06-0159 |
| Freddie Triplett | 06-0159 |
| Joe Lewis Brown | 06-0159 |
| E.Q.   Eckford | 06-0159 |
| Dianne H. Baer | 06-0159 |
| Eone Virgil | 06-0159 |
| Antonientte Abram | 06-0160 |
| Sharon Johnson | 06-0160 |

16
17
18
19
20
21
22
23

The Court previously ordered the above plaintiffs to show cause why (1) The Gibson

24

Law Firm's motion to withdraw as counsel should not be granted; and (2) each plaintiff's

25

lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. The Court

26

advised that if a plaintiff wished to contest the withdrawal of counsel and/or dismissal of the

27

plaintiff's lawsuit for failure to prosecute, the plaintiff shall appear, either individually or

28

through new counsel, at a hearing at 10:00 a.m. on January 26, 2007 in Courtroom 8, 19th

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1   Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

2          None of the plaintiffs appeared at the January 26 hearing and none of the plaintiffs has

3   otherwise communicated with the Court.  Accordingly, The Gibson Law Firm's motion to

4   withdraw is GRANTED and the claims of the above plaintiffs are DISMISSED with

5   prejudice.

6          **IT IS SO ORDERED.**

7

8   Dated: January 26, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28