UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**WINSTON O. and MARJORIE JENNISON,**<br><br>Plaintiffs,<br><br>v.<br><br>**PFIZER, INC.,**<br><br>Defendant. | **CASE NO. 06CV6945** |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs, Winston O. and Marjorie Jennison, is hereby dismissed without prejudice:

1. Plaintiffs are Winston O. and Marjorie Jennison; Defendant is Pfizer, Inc.;

2. On November 7, 2006, Plaintiffs sued Defendant;

3. Plaintiffs move to dismiss their claims against Defendant;

1
Stipulation and Order of Dismissal

4. Defendant has not answered these claims;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitffs have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plaintiffs attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: January 3, 2007

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

|   |   |
|---|---|
| Dated: 1/9, 2007 | **GORDON & REES**<br>_____<br>Stuart M. Gordon, Esq.<br>Embarcadero Center West<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>(415) 986-5900 (Tel.)<br>(415) 986-8054 (Fax)<br>*Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFF'S CLAIMS ARE DISMISSED**.

Dated: Jan.12, 2007

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT



IT IS SO ORDERED
Judge Charles R. Breyer