UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Document Relates to:<br><br>*Michael O. McCarthy, Jr. v. Pfizer, Inc.,*<br>MDL No. 06-4053 | **ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

Dated: Jan. 24, 2007

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT



IT IS SO ORDERED
Judge Charles R. Breyer