IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BETRAX AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:06-CV-02682-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| PHILLIP O. BURNSON, JR. and MARILYN BURNSON<br><br>        Plaintiffs,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>        Defendants, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-0158 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF LOUISIANA |

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs PHILLIP O. BURNSON, JR. and MARILYN BURNSON originally filed in the US District Court, District of Louisiana, Case Number 05-3669, Sect. F, Mag. 4, and then later transferred to the MDL No. 1699, *In Re: Betrax and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

    The parties shall each bear their own costs.

Date: 1/22/07

Respectfully Submitted:

By: _____
PHILLIP O. BURNSON, JR.

Date: 1/23/07

By: _____
Brandon J. Taylor, LA Bar #27662
Email: btaylor@cossichlaw.com
COSSICH, SUMICH & PARSIOLA, LLC
8056 Highway 23, Suite 200,
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

Date: 1/24/07

By: _____
Jennise Stubbs, Esq, TX Bar #24033309
SHOOK, HARDY & BACON
600 Travist, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5682
Facsimile: (713) 227-9508

By: _____
Stuart Gordon, Esq., CA Bar #37477
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __January 25, 2007__



Honorable Charles Breyer
United St...

Judge Charles R. Breyer