UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | | |
|---|---|---|
| In re: BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1699<br><br>**Charles R. Breyer**<br>U.S. District Judge |
| This Document Relates to: | | |
| *Luis R. Carrion Velez*  06-cv-02658<br>*William L. Lopez*  06-cv-02621<br>*Teresita F. Matos*  06-cv-02660<br>*Herminia S. Navarro*  06-cv-02627<br>*Rafaela Roman Velez*  06-cv-02649<br>*Jorge L. Perez Otero*  06-cv-02634<br>*Efrain R. Fernandez*  05-cv-06022<br>*Ana I. Figueroa*  05-cv-06022<br>*Awilda C. Flores*  05-cv-06022<br>*Carmelo L. Velez Nieves*  05-cv-06022 | | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

NOW after all parties having had an opportunity to be heard, and after due deliberation upon Plaintiffs' motion for substitution of counsel, it is

ORDERED that Francisco M. Troncoso and Troncoso & Schell, Esqs. are granted leave to withdraw as counsel of record for Plaintiffs Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia S. Navarro, Rafaela Roman Velez, Jorge L. Perez Otero, Efrain R. Fernandez, Ana I Figueroa, Awilda C. Flores and Carmelo L. Velez Nieves, and that they are relieved from all responsibility as counsel of record in this cause, and it is further

ORDERED that Glenn Zuckerman and Weitz & Luxenberg, P.C. are hereby substituted as counsel of record for Plaintiffs Luis R. Carrion Velez, William L. Lopez, Teresita F. Matos, Herminia S. Navarro, Rafaela Roman Velez, Jorge L. Perez Otero, Efrain R. Fernandez, Ana I Figueroa, Awilda C. Flores and Carmelo L. Velez Nieves.

E N T E R E D:   January 25, 2007



HON._____
Judge Charles R. Breyer

IT IS SO ORDERED