1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  THE MILLER FIRM
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiff

6

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11

12  PATRICIA FREEMAN,                    **MDL NO. 1699**

13            Plaintiff,                  **District Judge:  Charles R. Breyer**

14  v.                                   **STIPULATION AND ORDER OF
                                         DISMISSAL WITHOUT PREJUDICE AS
15  PFIZER INC., PHARMACIA               TO PLAINTIFF PATRICIA FREEMAN**
    CORPORATION, and G.D. SEARLE, LLC,
16                                       Case No.  06-CV-05857-CRB
            Defendants.
17

18

19         Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

20  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

21  Plaintiff, Patricia Freeman from this action without prejudice with each side bearing its own

22  attorney's fees and costs.

23         Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against

24  Defendant's, they should do so only by re-filing in the United States District Court.

25

26

27

28

                                                                              COMPLAINT

1

2    Dated:  January 22, 2007                        Respectfully submitted,

3                                                     THE MILLER FIRM

4                                                     By: _____

5                                                          J. CHRISTOPHER IDE

6

7                                                     Michael J. Miller, VA Bar No. 19171
                                                      J. Christopher Ide , VA Bar No. 19307
8                                                     THE MILLER FIRM
                                                      105 North Alfred Street,
                                                      Alexandria, Virginia 22314
9                                                     Telephone:  (703) 519-8080
                                                      Facsimile:  (703) 519-8084
10

11                                                    Attorneys for Plaintiffs

12

13   Dated: _____                           Respectfully submitted,

14                                                     GORDON & REES

15

16                                                     By: _____

17                                                          STUART M. GORDON

18                                                    CA Bar No.  37477
                                                      GORDON & REESE
19                                                    275 Battery Street, Ste. 2000
                                                      San Francisco, CA 94111
20                                                    Telephone:  (415) 986-5900
                                                      Facsimile:  (415) 262-3801
21

22                                                    Attorneys for Defendants

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
     SO ORDERED**
24
     Dated:  January 31, 2007
25

26                                                    _____

27                                                    Hon.
                                                      Unite

28

                                                                              COMPLAINT