Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
THE MILLER FIRM
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ESTHER BENENATE, WILMA DAVEPORT, DAMEKA BEY, and JAMES MCKNIFF,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF DAMEKA BEY**<br><br>Case No. 06-CV-05852-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Dameka Bey, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

| | |
|---|---|
| 1 | |
| 2  Dated: January 22, 2007 | Respectfully submitted, |
| 3 | THE MILLER FIRM |
| 4 | By: _J. Christopher Ide_ (signature) |
| 5 | J. CHRISTOPHER IDE |
| 6 | |
| 7 | Michael J. Miller, VA Bar No. 19171 |
|   | J. Christopher Ide , VA Bar No. 19307 |
| 8 | THE MILLER FIRM |
|   | 105 North Alfred Street, |
| 9 | Alexandria, Virginia 22314 |
|   | Telephone: (703) 519-8080 |
| 10 | Facsimile: (703) 519-8084 |
| 11 | Attorneys for Plaintiffs |

Dated: 1/26/07

Respectfully submitted,

GORDON & REES

By: _Stuart M. Gordon_ (signature)

STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: January 31, 2007

Hon. Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

COMPLAINT