1    Michael J. Miller, VA Bar No. 19171
     J. Christopher Ide, VA Bar No. 19307
2    THE MILLER FIRM
     105 North Alfred Street,
3    Alexandria, Virginia 22314
     Telephone:  (703) 519-8080
4    Facsimile:  (703) 519-8084

5    Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11

12   VIRGINIA BURDEN, MELVIN              **MDL NO. 1699**
     TEASLEY, and NANCY GRAVETTE,
13                                        **District Judge:  Charles R. Breyer**
               Plaintiffs,
14                                        **STIPULATION AND ORDER OF**
     v.                                   **DISMISSAL WITHOUT PREJUDICE AS**
15                                        **TO PLAINTIFFS VIRGINIA BURDEN,**
     PFIZER INC., PHARMACIA               **MELVIN TEASLEY AND NANCY**
16   CORPORATION, and G.D. SEARLE, LLC,   **GRAVETTE**

17             Defendants.                Case No.   06-CV-05819-CRB

18

19

20        Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

21   pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

22   Plaintiffs, Virginia Burden, Melvin Teasley and Nancy Gravette from this action without

23   prejudice with each side bearing its own attorney's fees and costs.

24        Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against

25   Defendant's, they should do so only by re-filing in the United States District Court.

26

27

28

                                                              COMPLAINT

1

2    Dated:  January 22, 2007                    Respectfully submitted,

3                                               THE MILLER FIRM

4
                                               By: _____
5                                                   J. CHRISTOPHER IDE

6
                                               Michael J. Miller, VA Bar No. 19171
7                                              J. Christopher Ide , VA Bar No. 19307
                                               THE MILLER FIRM
8                                              105 North Alfred Street,
                                               Alexandria, Virginia 22314
9                                              Telephone:  (703) 519-8080
                                               Facsimile:  (703) 519-8084
10
11                                             Attorneys for Plaintiffs

12
13   Dated:  1/26/07                           Respectfully submitted,

14                                             GORDON & REES

15
16                                             By: _____
                                                   STUART M. GORDON
17

18                                             CA Bar No.  37477
                                               GORDON & REESE
19                                             275 Battery Street, Ste. 2000
                                               San Francisco, CA 94111
20                                             Telephone:  (415) 986-5900
                                               Facsimile:  (415) 262-3801
21
22                                             Attorneys for Defendants

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
     SO ORDERED**
24
     Dated:  January 31, 2007
25
26
27                                             Hon.
                                               United

28                                                      IT IS SO ORDERED

                                                      Judge Charles R. Breyer

                                                                    COMPLAINT