UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
|---|---|
| This Order Relates to:<br><br>ALL CASES. | **SCHEDULING ORDER REGARDING:<br>(1) HEARING AND BRIEFING SCHEDULE FOR PFIZER'S MOTIONS TO DISMISS SECOND AMENDED PURCHASE CLAIMS MASTER COMPLAINTS; AND<br>(2) DATE OF NEXT CASE MANAGEMENT CONFERENCE** |

1. On Friday, January 5, 2007, the Plaintiffs' Steering Committee ("PSC"), on behalf of all plaintiffs asserting Purchase Claims, filed Second Amended Purchase Claims Master Complaints. The Second Amended Purchase Claims Master Bextra Complaint comprises sixty-one pages, while the Second Amended Purchase Claims Master Celebrex Complaint comprises one hundred seven pages.

2. The Pfizer Defendants filed motions to dismiss the Second Amended Purchase Claims Master Complaints on Wednesday, January 31, 2007, with briefs comprising thirty-five pages in the aggregate.

/////

3.	The PSC shall file opposition briefs to the Pfizer Defendants' motions to dismiss the Second Amended Purchase Claims Master Complaints by Friday, March 2, 2007. Such briefs shall not exceed thirty-five (35) pages in the aggregate.

4.	The Pfizer Defendants shall file reply briefs in support of their motions to dismiss the Second Amended Purchase Claims Master Complaints by Friday, March 16, 2007. Such briefs shall not exceed twenty-five (25) pages in the aggregate.

5.	The page limitations set forth herein shall not apply to any signature blocks or exhibits submitted in support of the memoranda.  Further, the pages may be allocated between the briefs directed to the Second Amended Purchase Claims Master Bextra Complaint and those directed to the Second Amended Purchase Claims Master Celebrex Complaint as the parties deem necessary to state their positions without needless duplication.  To the extent arguments apply to both Second Amended Master Complaints, those arguments need not be repeated in each brief but may be incorporated by reference.

6.	The hearing on Pfizer's motions to dismiss the Second Amended Purchase Claims Master Complaints shall take place at 10:00 a.m. on Friday, April 20, 2007.  Pfizer need not re-notice the motions.  The Court shall hold a case management conference ("CMC") on April 20 immediately following the hearing on the motions.

7.	The CMC and hearing previously scheduled for March 30 (and Pfizer's notice of hearing on April 13) are hereby vacated.

**IT IS SO ORDERED.**

Dated: Feb. 2, 2007                      /s/
                                       HONORABLE CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

-2-