1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  THE MILLER FIRM
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KIMBERELY BARRON, DAISY HALL, RICHARD MAGALDI, CATHERINE RUSSO, REPRESENTATIVE OF THE ESTATE OF JAMES RUSSO, HOWARD STONE, AND BETTY TRITES,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>Defendants. | MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS KIMBERELY BARRON, DAISY HALL, CATHERINE RUSSO, REPRESENTATIVE OF THE ESTATE OF JAMES RUSSO AND BETTY TRITES<br><br>Case No. 06-CV-03875-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiffs, Kimberley Barron, Daisy Hall, Catherine Russo, Representative of the Estate of James Russo and Betty Trites, from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

Dated: January 22, 2007

Respectfully submitted,

THE MILLER FIRM

By: _____
J. CHRISTOPHER IDE

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
THE MILLER FIRM
105 North Alfred Street,
Alexandria, Virginia 22314
Telephone: (703) 519-8080
Facsimile: (703) 519-8084

Attorneys for Plaintiffs

Dated: 1/26/07

Respectfully submitted,

GORDON & REES

By: _____
STUART M. GORDON

CA Bar No. 37477
GORDON & REESE
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: February 1, 2007

_____
Hon. Charles R. Breyer
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- - 2 - -                                                    COMPLAINT