

DOCKET NO. 1699

M 05-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-49)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 983 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-4862 | Katherine Middleton, etc. v. Pfizer Inc., et al. |
| **MINNESOTA** | |
| MN 0 06-3793 | William Edward Simpson v. Pfizer Inc., et al. |
| MN 0 06-4852 | Lawrence Burris, etc. v. Pfizer Inc., et al. |
| MN 0 06-4937 | James Byron McVay v. Pfizer Inc., et al. |
| MN 0 06-4938 | Ricky Estep v. Pfizer Inc., et al. |
| MN 0 06-4939 | Terry Vintson v. Pfizer Inc., et al. |
| MN 0 06-4940 | George S. Chiotakiss v. Pfizer Inc., et al. |
| MN 0 06-4941 | Floretta Gholston v. Pfizer Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-5498 | Joseph B. Dale, et al. v. Pfizer Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 5 06-252 | Vena Mae Surratt v. Pfizer Inc., et al. |
| **UTAH** | |
| UT 1 06-154 | Leo Harris, et al. v. Pfizer Inc. |