| | |
|---|---|
| 1 | B. Kristian W. Rasmussen, III, FL Bar No. 0229430 |
| | Rachael Raymon Gilmer, FL Bar No. 0887331 |
| 2 | LEVIN, PAPANTONIO, THOMAS, |
| | MITCHELL, ECHSNER & PROCTOR, P.A. |
| 3 | 316 South Baylen Street, Suite 600 (32502) |
| | P. O. Box 12308 |
| 4 | Pensacola, Florida 32591 |
| | Telephone: (850) 435-7080 |
| 5 | Facsimile: (850) 435-7020 |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| RONNIE LESLIE, individually, and on behalf of YVONNE LESLIE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C 06 4599 CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF, RONNIE LESLIE, INDIVIDUALLY AND ON BEHALF OF YVONNE LESLIE, DECEASED |

Comes now the Plaintiff, Ronnie Leslie, individually and on behalf of Yvonne Leslie, deceased ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff Ronnie Leslie, individually and on behalf of Yvonne Leslie, deceased, claims with prejudice, with each side bearing its own attorneys' fees and costs.

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1. Joseph Lautieri, Case No. C 06 4599 CRB

2. Clarence Thomas, Case No. C 06 4599 CRB

3. Dorothy Fornes, Case No. C 06 4599 CRB

4. Muriel Beetz, Case No. C 06 4599 CRB

5. Veronica Alexander, Case No. C 06 4599 CRB

6. Earlene Terrell, Case No. C 06 4599 CRB

Dated: February 2, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801

Attorney for the Defendants

Dated: February 2, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 6th day of February, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB