IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN re BEXTRA and CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| This Document Relates to: | |
| Ella Robertson | 3:05-CV-04923 CRB |

## AGREED UPON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiffs Ella and Willie Robertson, by and through counsel, and state:

1. Pursuant to Rule 47(a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss **all** causes of action against **all** defendants without prejudice.

2. Plaintiffs' original complaint was filed on August 15, 2005.

3. Defendants Merck and Pfizer were served on August 18, 2005.

4. Defendant Pfizer filed an Answer to Plaintiffs' complaint on September 27, 2005.

5. Defendant Merck filed an Answer to Plaintiffs' complaint on September 26, 2005, and the causes of action against this particular Defendant have been transferred to MDL Docket No. 1657 in the United States District Court for the Eastern District of Louisiana where Plaintiffs have filed a Notice of Dismissal.

6. As of this filing, none of the defendants have filed a Motion for Summary Judgment or a Motion to Dismiss.

7. Plaintiffs and Defendant agree that if Plaintiffs re-file their action they will only do so in the federal district court.

Respectfully Submitted,

HUMPHREY, FARRINGTON & MCCLAIN, P.C.

Kenneth B. McClain   MO #32430
Daniel A. Thomas     MO #52030
221 West Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 Facsimile

ATTORNEYS FOR PLAINTIFFS

Respectfully Submitted,

GORDON & REES LLP

Stuart M. Gordon
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 262-3801 Facsimile

ATTORNEYS FOR DEFENDANT

Pursuant to stipulation, it is so ordered.

Dated: February 6, 2007



IT IS SO ORDERED
Judge Charles R. Breyer