Erik Brent Walker
Troy Chandler
Carlos A. Fernandez
Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060
P: (713) 224-7670
F: (713) 224-7671
Email: erik@hkhlaw.com
Email: tchandler@hkhlaw.com
Email: cfernandez@hkhlaw.com

*Counsel for Plaintiff Delores McConnell*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Master Docket No. M:05-CV-01699-CRB** |
| | **MDL NO. 1699** |
| | **Case No. 06-4090 CRB** |
| Richard Brown, et al., | **District Judge: Charles R. Breyer** |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Pfizer, Inc., | |
| Defendant. | |

Come now the Plaintiff, **DELORES MCCONNELL**, and Defendant Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: _February 2_, 2007 | **HISSEY, KIENTZ & HERRON, P.L.L.C.** |
| 2 | | |
| 3 | | By: _____ |
| | | Erik Brent Walker |
| 4 | | Troy Chandler |
| | | Carlos A. Fernandez |
| 5 | | 16800 Imperial Valley Drive |
| | | Suite 130 |
| 6 | | Houston, TX 77060 |
| | | P: (713) 224-7670 |
| 7 | | F: (713) 224-7671 |
| | | Email: erik@hkhlaw.com |
| | | Email: tchandler@hkhlaw.com |
| 8 | | Email: cfernandez@hkhlaw.com |
| 9 | | *Counsel for Plaintiff Delores McConnell* |
| 10 | | |
| 11 | DATE: _2/2_, 2007 | **TROUTMAN SANDERS LLP** |
| 12 | | |
| 13 | | By: _____ |
| | | N. Karen Deming |
| 14 | | Georgia Bar No. 217581 |
| | | karen.deming@troumansanders.com |
| 15 | | Adam C. Bassing |
| | | Georgia Bar No. 041061 |
| 16 | | adam.bassing@troumansanders.com |
| | | Bank of America Plaza, Suite 5200 |
| 17 | | 600 Peachtree Street, N.E. |
| | | Atlanta, Georgia 30308-2216 |
| 18 | | (404) 885-3000 |
| | | (404) 885-3900 (facsimile |
| 19 | | |
| 20 | | *Attorneys for Defendant Pfizer Inc.* |
| 21 | | |
| 22 | DATED: _2/2_, 2007 | **GORDON & REES** |
| 23 | | |
| 24 | | By: _____ |
| | | Stuart M. Gordon |
| 25 | | Embarcadero Center West |
| | | 275 Battery Street 20th Floor |
| 26 | | San Francisco, CA 94111 |
| | | (410) 986-5900 (Tel.) |
| 27 | | (410) 986-8054 (Fax) |
| 28 | | *Defendants Liaison Counsel* |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 6, 2007

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE