Bryan Aylstock SBN: __78263__
**AYLSTOCK, WITKIN & SASSER, PLC**
4400 Bayou Blvd., Suite 58
Pensacola, FL 32503
Telephone:  (850) 916-7450
Facsimile:   (850) 916-7449
Baylstock@aws-laws.com

Attorney for Plaintiff, Joan Grimsley.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| JOAN GRIMSLEY, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC. <br><br> Defendant. | Case No. C-06-3164-CRB <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL and [PROPOSED] ORDER** |

**COMES NOW** Plaintiff, JOAN GRIMSLEY, only, and shows the Court as follows:

1.      The original complaint Joan Grimsley v. Pfizer, Inc., was filed on September 12, 2005 in the United States District Court of the Southern District of Florida, Miami Division, Case No. 05-22483.

2.      This case was transferred to the United States District Court of the Northern District of California on November 3, 2005 via Conditional Transfer Order No. 3.

3.      Plaintiff, JOAN GRIMSLEY, only, in this cause, has now retained alternate counsel:  Austin W. Anderson of The Watts Law Firm, L.L.P., 2506 North Port Avenue, Corpus Christi, Texas 78401, (361) 693-3100 [telephone], and (361) 882-1261 [facsimile].

4. Plaintiff, JOAN GRIMSELY, only, in this cause, seek to allow the firm of Aylstock, Witkin & Sasser, PLC, to withdraw from representing her in this action.

5. Austin W. Anderson of The Watts Law Firm, L.L.P., filed his notice of appearance as counsel on behalf of Plaintiff, JOAN GRIMSLEY, only, in this cause. Said Notice of Appearance was filed on February 6, 2007.

WHEREFORE, Plaintiff prays the Court recognize said alternate counsel, Austin W. Anderson of The Watts Law Firm, L.L.P. as her counsel of record; and allow Aylstock, Witkin & Sasser, PLC, to withdraw from her representation effective on receipt of this document.

Dated: February 6, 2007        AYLSTOCK, WITKIN & SASSER

By: _____
    Bryan Aylstock

Notice of Substitution of Counsel
And Proposed Order                    - 2 -

1

## <u>ORDER</u>

2

In consideration of the above foregoing Notice of Substitution of Counsel, it is hereby

3

ordered that the firm of Aylstock, Witkin & Sasser, PLC, is hereby withdrawn from the

4

representation of Plaintiff, JOAN GRIMSLEY, only, in this cause, and hereby is substituted as

5

counsel of record, Austin W. Anderson of The Watts Law Firm, L.L.P.

6

7

**IT IS SO ORDERED.**

8

9

10

Dated: _February 7, 2007_____

11

Honorable Judge



IT IS SO ORDERED

Judge Charles R. Breyer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Substitution of Counsel
And Proposed Order

- 3 -