1  STIPULATION AND ORDER
2  SAMUEL A. HARDING, ESQ.
   Nv State Bar #1877
3  BOURGAULT & HARDING
   1100 East Bridger Avenue
4  Las Vegas, Nevada 89101
5  702-384-8023
   bhscash@lvcm.com
6
   Attorneys for Plaintiffs
7  NANCY MURPHY AND
   PATRICK MURPHY
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 IN RE: BEXTRA AND CELEBREX      )    Master Docket No.  M:05-CV-01699-
   MARKETING SALES PRACTICES AND  )    CRB
13 PRODUCT LIABILITY LITIGATION    )
                                        CASE No. 06-4925-CRB
14                                      MDL No 1699

15                                      Plaintiff:   NANCY MURPHY
                                        Case No.    2:06-CV-00680-PMP-RJJ
16                                                   (USDC Nevada)

17

18       STIPULATION AND ORDER FOR DISMISSAL OF ACTION AS TO
                        " NANCY MURPHY" ONLY
19
20    Come now the parties, by and through their respective attorneys, and stipulate and agree

21
22 / / / / /

23 / / / / /

24 / / / / /

25 / / / / /

26 / / / / /
27
28

| | |
|---|---|
| 1 | to dismiss the claim of NANCY MURPHY ONLY, without prejudice, in the above matter. |
| 2 | BOURGAULT & HARDING                GORDON & REES |
| 3 | |
| 4 | _____      _____ |
|   | SAMUEL A. HARDING, ESQ.            STUART M. GORDON, ESQ. |
| 5 | Nevada Bar No. 001877              California Bar No. _____ |
|   | 1100 East Bridger Avenue           275 Battery Street, Suite 2000 |
| 6 | Las Vegas, Nevada 89101            San Francisco, CA 94111 |
|   | Attorneys for Plaintiffs           Attorneys for Defendants |
| 7 | NANCY MURPHY and |
|   | PATRICK MURPHY |

IT IS SO ORDERED

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*

Prepared and submitted by:

February 7, 2007

BOURGAULT & HARDING

_____
SAMUEL A. HARDING, ESQ.
Nevada Bar No. 001877
1100 East Bridger Avenue
Las Vegas, Nevada 89101
Attorneys for Plaintiffs
NANCY MURPHY and
PATRICK MURPHY