1  STRATTON FAXON
   59 Elm Street
2  New Haven, Connecticut  06510
   T 203.624.9500
3  F 203.624.9100

4
   Attorneys for Plaintiff, Catherine Bernardi
5

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Kenneth Kaye, et al., v. Pfizer Inc., MDL No.05-3798: <u>Plaintiff Catherine Bernardi</u>, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, CATHERINE BERNARDI, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: Feb 6, 2007 | STRATTON FAXON |
| 2 | | |
| 3 | | By: _____ |
| | | Michael Stratton |
| 4 | | Attorneys for Plaintiff, Catherine Bernardi |
| 5 | DATE: __6__, 2007 | DLA PIPER US LLP |
| 6 | | |
| 7 | | By: _____ |
| | | Matthew Lepore |
| 8 | | Attorneys for Defendants, Pfizer Inc. |
| 9 | | |
| 10 | DATED: Feb. 6, 2007 | GORDON & REES LLP |
| 11 | | |
| 12 | | By: _____ |
| | | Stuart M. Gordon |
| | | Attorneys for Defendants, Pfizer Inc. |

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: Feb. 07, 2007          _____
                              Hon. Charles R. Breyer
                              United States District Court

**IT IS SO ORDERED**
Judge Charles R. Breyer

Error! Unknown document property name.