IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITGATION, _____/ *This document relates to:*    Albertha Anderson, 06-2081 CRB _____/ | No. MDL 05-01699 CRB **ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFF TO SHOW CAUSE** |

     Now pending for decision is the motion of the law firm of Beasley, Allen, Crow, Methvin, Portis and Miles P.C. to withdraw as counsel for plaintiff.  After carefully considering the motion, and the supporting affidavit filed under seal, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) Beasley, Allen's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **February 26, 2007** of the reasons the withdrawal should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action, she shall advise the Court of the name and address of her new counsel or, if she will be representing herself, she must advise the Court of her current contact information.  Plaintiff is warned that

her failure to communicate with the Court in writing as set forth above may result in dismissal of her action with prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2007

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\showcauseorders\Beasley2osc.wpd