United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. C 05-01699 CRB |
| This document relates to: | |
| WALLACE JACKSON, | **ORDER VACATING DISMISSAL** |
| Plaintiff, | |
| v. | |
| PFIZER INC., et al., | |
| Defendants. | |
| No. 06-7574 CRB | |

The Order of December 19, 2006 dismissing this action as a duplicate is VACATED; 06-7574 CRB is restored to the Court's docket.

**IT IS SO ORDERED.**

Dated: Feb. 13, 2007

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\ordervacatingdismissal06-7574.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\ordervacatingdismissal06-7574.wpd

2