1  STRATTON FAXON
   59 Elm Street
2  New Haven, Connecticut 06510
   T 203.624.9500
3  F 203.624.9100

4

   Attorneys for Plaintiff, Carol Howland
5

6

7

8

9

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14

15  | IN RE: BEXTRA AND CELEBREX          ) Case No. 05-CV-1699-CRB
    | MARKETING SALES PRACTICES AND       )
16  | PRODUCT LIABILITY LITIGATION        ) MDL NO. 1699
                                          ) District Judge: Charles R. Breyer
17                                        )
                                          )
18  Irene Bailey et al., v. Pfizer, Inc., MDL No. 05- )
    3806: Plaintiff Carol Howland         ) STIPULATION AND ORDER OF
19                                        ) DISMISSAL WITH PREJUDICE
                                          )
20                                        )

21        Come now the Plaintiff, CAROL HOWLAND, and Defendants, by and through the
22
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23
    stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
24
    fees and costs.
25

26

27

28

-1-

| | | |
|---|---|---|
| 1 | DATED: Feb 5, 2007 | STRATTON FAXON |
| 2 | | |
| 3 | | By: /s/ Michael Stratton |
| 4 | | Michael Stratton<br>Attorneys for Plaintiff, Carol Howland |
| 5 | DATE: 2/6, 2007 | DLA PIPER US LLP |
| 6 | | |
| 7 | | By: /s/ Matthew Lepore |
| 8 | | Matthew Lepore<br>Attorneys for Defendants, Pfizer Inc. |
| 9 | | |
| 10 | DATED: 2/5, 2007 | GORDON & REES LLP |
| 11 | | |
| 12 | | By: /s/ Stuart M. Gordon |
| 13 | | Stuart M. Gordon<br>Attorneys for Defendants, Pfizer Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 12, 2007

_____
Hon. Charles R. Breyer
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*