1  Christine DeSue
2  Walter J. Leger, Jr.
   Franklin G. Shaw
3  Leger, Shaw & DeSue
   600 Carondelet St.
4  9th Floor
   New Orleans, LA 70130
5  504-588-9043
   fax 504-588-9980
6

7  Attorneys for Plaintiffs,
   BYRON HALL, ROY SAUCER,
8  BRENDA CLARK, THOMAS DREHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| *This document relates to:* | |
| Joyce Pierce, et al.<br><br>         Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO INDIVIDUAL CASES OF BYRON HALL, ROY SAUCER, BRENDA CLARK and THOMAS DREHER FILED UNDER CASE NO. 06-2479 CRB INVOLVING MULTIPLE PLAINTIFFS** |

Case No. 06-2479 CRB

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiffs Byron Hall, Roy Saucer, Brenda Clark and Thomas Dreher ("Plaintiffs") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D.Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiffs' claims which were filed in a multi-plaintiff Complaint against Defendants:

   1.   Byron Hall

2. Roy Saucer

3. Brenda Clark

4. Thomas Dreher

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendants and the remaining Plaintiffs.

Specifically, the parties hereby stipulate and agree as follows:

1. Plaintiffs, Byron Hall, Roy Saucer, Brenda Clark and Thomas Dreher, dismiss their individual causes of action [which were filed within the Multi-Plaintiff Complaint] without prejudice.

2. This dismissal is voluntary and not on the merits. Plaintiffs certify that no other causes of action based on these claims have been previously dismissed in any Federal or State court.

3. Plaintiffs agree that in the event they re-file a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuits will be filed in a United States District Court;

4. Plaintiffs further agree that in the event they re-file such lawsuits, any discovery that has taken place or will take place in *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been parties and had an opportunity to participate in that discovery.

5. Each party will bear their own fees, expenses and costs.

Plaintiffs and Defendants agree to the above-stated conditions and the specific Plaintiffs wish to dismiss their claims in the instant lawsuit without prejudice, subject to the conditions stated above.

Stipulation and Order of Dismissal Without Prejudice

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiffs Byron Hall, Roy Saucer, Brenda Clark and Thomas Dreher in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

DATED: February 7, 2007.

By: /s/ Christine L. DeSue
Christine DeSue
Walter J. Leger, Jr.
Franklin G. Shaw
Leger, Shaw & DeSue
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

Attorneys for Plaintiffs,
Byron Hall, Roy Saucer,
Brenda Clark and Thomas Dreher

DATED: February 7, 2007.

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-6900
Telecopier: (415) 262-3801

Attorneys for Defendants



February 12, 2007

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation and Order of Dismissal Without Prejudice