A CERTIFIED TRUE COPY

FEB - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05 - 1699 CRB

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
FEB 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

*Steve Whitehead, etc. v. Merck & Co., Inc., et al.*, E.D. Louisiana, C.A. No. 2:06-10838

## CONDITIONAL TRANSFER ORDER (CTO-50)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,009 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action on this conditional transfer order comprises claims relating to: 1) the prescription drugs Bextra and/or Celebrex; and 2) the prescription drug Vioxx. This action is already included in MDL-1657 previously centralized in the Eastern District of Louisiana before the Honorable Eldon E. Fallon. The Bextra/Celebrex claims, however, appear to share questions of fact with actions in MDL-1699 previously centralized in the Northern District of California.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

The claims in this action relating to Vioxx are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to the Eastern District of Louisiana for continued inclusion in the centralized pretrial proceedings in MDL-1657.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel