Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
TERRACE LEE SALSMAN and
MARY B. SALSMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br>TERRACE LEE SALSMAN and MARY B. SALSMAN<br>Individual Case No.<br> 3:05-cv-05431- CRB | STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Terrace Lee Salsman and Mary B. Salsman with the assigned individual case number 3:05-cv-05431-CRB, may be and is hereby dismissed with prejudice.

///

///

///

The parties shall each bear their own costs.

Dated: February 8, 2007        ROBINSON, CALCAGNIE & ROBINSON

                                                                     _____
                                                                     Mark P. Robinson, Jr., SBN054426
                                                                     mrobinson@rcrlaw.net
                                                                     Carlos A. Prietto, III, SBN 166410
                                                                     cprietto@rcrlaw.net
                                                                     Ted B. Wacker, SBN 157416
                                                                     twacker@rcrlaw.net
                                                                     620 Newport Center Drive, 7th Floor
                                                                     Newport Beach, CA 92660
                                                                     Telephone: (949) 720-1288
                                                                     Fax: (949) 720-1292

                                                                     *Counsel for Plaintiffs*
                                                                     Terrace Lee Salsman and Mary B. Salsman

Dated: February 12, 2007        GORDON & REES

                                                                     _____
                                                                     Stuart M. Gordon, Esq.
                                                                     sgordon@gordonrees.com
                                                                     Embarcadero Center West
                                                                     275 Battery Street, 20th Floor
                                                                     San Francisco, CA 94111
                                                                     Telephone: (415) 986-5900
                                                                     Fax: (415) 986-8054

                                                                     *Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 14, 2007
                                            _____
                                            HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*