BECNEL LAW FIRM, L.L.C.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone:    985-651-6101
Facsimile:    985-651-6104

Attorneys for Plaintiff
ROBERT McWHORTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Robert McWhorter<br><br>       Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>       Defendants. | **Case No. M:05-CV-01699-CRB**<br><br>**MDL No. 1699**<br>Case No. 06-3528-CRB<br>**District Judge:  Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff ROBERT McWHORTER and Defendants PFIZER, INC., et al., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated: ___J̄a̅n̄__ 2̄-9̄_____, 2007       Becnel Law Firm L.L.C.

By: _____
       Bradley D. Becnel
       Attorneys for Plaintiff
       Robert McWhorter

1

Dated: _February 12_, 2007     Winston & Strawn LLP

By: _Julie A. Bauer_
Julie A. Bauer
Attorneys for Defendant
Pfizer, Inc.

Dated: _February 12_, 2007     DLA Piper

By: _Tracey Turner_
Tracey Turner
Attorneys for Defendant
Pfizer, Inc.

Dated: _2/13_, 2007     Gordon & Rees

By: _Stuart M. Gordon_
Stuart M. Gordon
Attorneys for Defendant
Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___Feb. 14___, 2007



Hon. Charles R. Breyer
United States Dist...

IT IS SO ORDERED
Judge Charles R. Breyer

2