R. Lewis Van Blois, Esq.  sbn 38912
Thomas C. Knowles, Esq.  sbn 40899
Darren J. Van Blois, Esq.  sbn 232583
VAN BLOIS & ASSOCIATES
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA  94621
Telephone:  (510) 635-1284
Facsimile:  (510) 635-1516

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 01699-CRB |
| This document relates to: | Case No. C-06-4720 MMC |
| REGINALD GERALD PATES, <br><br>       Plaintiff, <br>v. <br><br>PFIZER INC., <br><br>       Defendant <br>_____/ | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. C-06-04720-MMC |

Plaintiff REGINALD GERALD PATES and Defendant PFIZER INC., by and through the undersigned attorneys, hereby stipulate pursuant to FRCP 41(a) to dismiss this individual case without prejudice, with each side bearing its own fees and costs.

Stipulation and Order of Dismissal            1

If the case is subsequently refiled, it will only be filed in federal court.

Dated: February 12, 2007                                     VAN BLOIS & ASSOCIATES

*[signature]*

By: Darren J. Van Blois,
Attorneys for plaintiff Reginald Pates

Dated: February 13, 2007                                     GORDON & REES, LLP

*[signature]*

By: Stuart M. Gordon
Attorneys for defendant Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: February 14, 2007

Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Stipulation and Order of Dismissal              2