IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Albertha Anderson, 06-2081 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR LACK OF PROSECUTION** |

The Court ordered plaintiff Albertha Anderson to show cause why the motion of the law firm of Beasley, Allen, Crow, Methvin, Portis and Miles P.C. to withdraw as counsel for plaintiff and why her lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. In particular, the Court directed plaintiff to notify the Court in writing on or before February 26, 2007 of the reasons the withdrawal motion should not be granted or the case dismissed. The Order warned plaintiff that her failure to communicate with the Court in writing could result in dismissal of her action with prejudice.

As of the date of this Order plaintiff has not submitted any writing to the Court and has not otherwise communicated with the Court. Accordingly, the motion to withdraw is

//

//

1  GRANTED and plaintiff's action is DISMISSED with prejudice for a failure to prosecute.
2  **IT IS SO ORDERED.**

Dated: February 27, 2007

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE