UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **SCHEDULING ORDER REGARDING:**<br>**(1) HEARING AND BRIEFING SCHEDULE FOR PFIZER'S MOTIONS TO DISMISS SECOND AMENDED PURCHASE CLAIMS MASTER COMPLAINTS; AND**<br>**(2) DATE OF NEXT CASE MANAGEMENT CONFERENCE** |

1. On February 2, 2007, this Court entered a scheduling Order regarding the briefing schedule for Pfizer's motions to dismiss the Second Amended Purchase Claims Master Complaints.

2. The Court's Order set the following briefing dates: Opposition briefs to be filed by the Plaintiffs' Steering Committee ("PSC") on March 2, 2007, reply briefs to be filed by Pfizer on March 16, 2007, and the hearing on the motions to take place on April 20, 2007.

3. Due to scheduling conflicts of the PSC attorneys responsible for the briefing, the parties have agreed to change the briefing dates as follows: Opposition briefs to be filed by the PSC by March 16, 2007, reply briefs to be filed by Pfizer by March 30, 2007, and the

-1-

1  hearing on the motions to take place on May 11, 2007 at 10:00 a.m. or at such time as is
2  convenient for the Court.
3      4.    Pursuant to the parties' agreement, the hearing on Pfizer's motions to
4  dismiss the Second Amended Purchase Claims Master Complaints shall take place at 10:00 a.m.
5  on Friday, May 11, 2007.  Pfizer need not re-notice the motions.  All other provisions of the
6  Court's February 2, 2007 Order shall remain the same.
7      5.    The Court shall hold a case management conference ("CMC") on May 11
8  immediately following the hearing on the motions.
9      6.    The CMC and hearing previously scheduled for April 20 are hereby
10  vacated.
11  **IT IS SO ORDERED.**
12
13  Dated:  March 1, 2007        /s/
14      HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

-2-
SCHEDULING ORDER RE: (1) MOTIONS TO DISMISS SECOND AMENDED PURCHASE CLAIMS MASTER COMPLAINTS; AND (2) DATE OF NEXT CASE MANAGEMENT CONFERENCE – M:05-CV-01699-CRB