UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br>MDL Case No. 3:05-CV- 04920 | Plaintiff: **Vicky Garlett** |

**AGREED UPON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Vicky Garlett, by and through counsel, and states:

1. Pursuant to Rule 47(a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses all causes of action against Defendant Deborah M. Hall, M.D. without prejudice.

2. Plaintiff's original complaint was filed on May 20, 2005.

3. Defendants Merck and Pfizer were served on June 3, 2005.

4. Defendant Deborah M. Hall, M.D. was personally served on June 1, 2005.

5. Defendant Pfizer filed an Answer to Plaintiff's First Amended Complaint on September 29, 2005.

6. Defendant Deborah M. Hall filed an Answer to Plaintiff's complaint on June 28, 2005.

7. Defendant Merck filed an Answer to Plaintiff's complaint on June 20, 2005 and the causes of action against this particular Defendant have been transferred to MDL Docket No. 1657 in the United States District Court for the Eastern District of Louisiana where Plaintiff is simultaneously filing a Notice of Dismissal.

8. Plaintiff and Defendant agree that if Plaintiff re-files her action against Defendant Deborah M. Hall, M.D. she will only do so in the federal district court.

Respectfully Submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

_____
Kenneth B. McClain    MO #32430
Daniel A. Thomas      MO #52030
221 West Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 Facsimile
ATTORNEYS FOR PLAINTIFF


Respectfully Submitted,

HORN AYLWARD & BANDY, LLC

_____
Richard Acosta
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108
(816) 421-0700
(816) 421-0899 Facsimile
(415) 986-5900
(415) 262-3801 Facsimile
ATTORNEYS FOR DEFENDANT DEBORAH
M. HALL, M.D.


Respectfully Submitted,

GORDON & REES LLP

_____
Stuart M. Gordon
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 262-3801 Facsimile
ATTORNEYS FOR DEFENDANT PFIZER


Pursuant to stipulation, it is so ordered.

Dated: February 26, 2007            _____
                                    Honorable Charles R. Breyer
                                    United States District

IT IS SO ORDERED
Judge Charles R. Breyer