GRUBER & GRUBER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
T 818.981.0066
F 818.981.2122

LAW OFFICES OF HOWARD A. SNYDER
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
T 818.461.1790
F 818.461.1793

Attorneys for Plaintiff, James Weibel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *Tammy Alfaro, et al. v. Pfizer, Inc., et al.*, MDL No. 06-02405: <u>Plaintiff James Weibel</u> | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, JAMES WEIBEL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: _____, 2007 | GRUBER & GRUBER |
| 2 | | |
| 3 | | By: /s/ Daniel S. Gruber |
| 4 | | Daniel S. Gruber<br>Attorneys for Plaintiff, James Weibel |
| 5 | DATE: Feb. W, 2007 | DLA PIPER US LLP |
| 6 | | |
| 7 | | By: /s/ Matthew Lepore by Stuart M. Gordon |
| 8 | | Matthew Lepore<br>Attorneys for Defendants, Pfizer Inc. |
| 9 | | |
| 10 | DATED: Feb. W, 2007 | GORDON & REES LLP |
| 11 | | |
| 12 | | By: /s/ Stuart M. Gordon |
| 13 | | Stuart M. Gordon<br>Attorneys for Defendants, Pfizer Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 26, 2007

_____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*