1 | GRUBER & GRUBER
2 | 15165 Ventura Boulevard, Suite 400
  | Sherman Oaks, California 91403
  | T 818.981.0066
3 | F 818.981.2122

4 | LAW OFFICES OF HOWARD A. SNYDER
  | 15165 Ventura Boulevard, Suite 400
5 | Sherman Oaks, California 91403
  | T 818.461.1790
6 | F 818.461.1793

7 | Attorneys for Plaintiff, Phyllis J. Ross

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| *Tammy Alfaro, et al. v. Pfizer, Inc., et al.*, MDL No. 06-02405: Plaintiff Phyllis J. Ross | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, PHYLLIS J. ROSS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: _____, 2007          GRUBER & GRUBER

                                 By: _____
                                     Daniel S. Gruber
                                 Attorneys for Plaintiffs, Phyllis J. Ross and James Weibel

   DATE: _____ 2007          DLA PIPER US LLP

                                 By: _____
                                     Matthew Lepore
                                 Attorneys for Defendants, Pfizer Inc.

   DATED: _____, 2007        GORDON & REES LLP

                                 By: _____
                                     Stuart M. Gordon
                                 Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 26, 2007            _____
                                Hon. Charles R. Breyer
                                United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**