1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

7              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                    (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 |
   | --- | --- |
11 | | District Judge: Charles R. Breyer |
   | | Magistrate: |

14 | SHARON TUMINSKI, individually, and NORMA WINTON, individually, | Case No. C 06 4048 CRB |
   | --- | --- |
15 | | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS SHARON TUMINSKI AND NORMA WINTON |
16 | Plaintiffs, | |
   | vs. | |
17 | Pfizer, Inc., et al. | |
18 | Defendants. | |

    Comes now the Plaintiffs, Norma Winton, Sharon Tuminski ("Plaintiffs"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the following plaintiffs' claims without prejudice with each side bearing its own attorneys' fees and costs:

    1. Norma Winton, Case No. C 06 4048 CRB

    2. Sharon Tuminski, Case No. C 06 4048 CRB

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1. Mark Coats, Case No. C 06 4048 CRB
2. Joan Detloff, Case No. C 06 4048 CRB RB
3. Katherine Greenwood, Case No. C 06 4048 CRB
4. Loretta Meinsen, Case No. C 06 4048 CRB
5. Ronald St. Pierre, Case No. C 06 4048 CRB
6. Margie Tims, Case No. C 06 4048 CRB
7. Joesph Wilcher, Case No. C 06 4048 CRB
8. Freddie Smith, Case No. C 06 4048 CRB
9. Gerald Rittenberry, Case No. C 06 4048 CRB

Plaintiffs, Norma Winton and Sharon Tuminksi agree to re-file any and all claims against Defendants, in a United States District Court.

Dated: February 22, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: February 21, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
    MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 26th day of February, 2007, in San Francisco, California.

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire