**A CERTIFIED TRUE COPY**

FEB 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED** JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEB -1 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1699

M 05- 1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-52)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,009 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 1 06-4884 | Alvin F. Johnson, et al. v. Pfizer Inc. |
| ALN 2 06-4882 | Lorenza Minor, et al. v. Pfizer Inc. |
| ALN 2 06-4900 | Alan Lamm v. Pfizer Inc. |
| ALN 3 06-4883 | Randall C. Harrison, et al. v. Pfizer Inc. |
| ALN 7 07-45 | Sandra S. Dunlap, etc. v. Pfizer Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4 06-538 | Mary E. Baker, et al. v. Pharmacia Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 0 07-60026 | Gary S. Shimminger, et al. v. Pfizer Inc. |
| **IOWA NORTHERN** | |
| IAN 6 06-2076 | Christie Bean v. Pfizer Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 07-139 | Jessie Phillips v. Pfizer Inc., et al. |
| LAE 2 07-141 | John K. Dearing, et al. v. Pfizer Inc., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 06-989 | Edith Carlin, et al. v. Pfizer Inc. |
| LAM 3 06-990 | Michelle Boyer, etc. v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-4936 | Deanna L. Walston v. Pfizer Inc., et al. |
| MN 0 06-4995 | Barbara Dyer, et al. v. Pfizer Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 07-101 | Mary Ann Seitz v. Pfizer Inc. |
| **OHIO SOUTHERN** | |
| OHS 2 06-1029 | Larry Cooper v. Pfizer Inc. |
| **TEXAS EASTERN** | |
| TXE 4 07-8 | Gary Holman v. Pfizer Inc. |
| **TEXAS NORTHERN** | |
| TXN 2 06-369 | Geneva Rose Taylor v. Pfizer Inc. |
| TXN 3 06-2263 | Polly Gibson v. Pfizer Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 07-123 | Elidia Hartnett, etc. v. Pfizer Inc. |
| TXS 4 07-124 | Qynne Addison, et al. v. Pfizer Inc. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 2 07-13 | Connie Mullins, et al. v. Pfizer Inc., et al. |