1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone:  (850) 435-7080
5  Facsimile:  (850) 435-7020

6  Attorneys for Plaintiffs

7               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                    (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales | MDL No. 1699
   | Practices and Product Liability Litigation |
11 |                                            | District Judge: Charles R. Breyer
   |                                            | Magistrate:
12

13

14 **VERONICA J. ALEXANDER,**              Case No. C 06 4599 CRB
   individually, and **EARLENE**
15 **TERRELL,** individually, and on behalf  **STIPULATION AND ~~[PROPOSED]~~**
   of **JAMES TERRELL,** deceased,          **ORDER OF DISMISSAL WITHOUT**
16                                           **PREJUDICE AS TO PLAINTIFFS**
                Plaintiffs,                  **VERONICA J. ALEXANDER, AND**
17                                           **EARLENE TERRELL, INDIVIDUALLY,**
   v.                                        **AND ON BEHALF OF JAMES TERRELL,**
18                                           **DECEASED**
   PFIZER, INC., PHARMACIA CORP., and
19 G.D. SEARLE & CO.,

20              Defendants.

21

22        Comes now the Plaintiffs, Veronica J. Alexander, Earlene Terrell ("Plaintiffs"), and

23 Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through

24 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25 stipulate to the dismissal of the following plaintiffs' claims without prejudice with each side

26 bearing its own attorneys' fees and costs:

27      1.  Veronica J. Alexander, Case No. C 06 4599 CRB

28
                                                    NOTICE OF VOLUNTARY DISMISSAL
                                                    CASE NO. C 06 4599 CRB

2.  Earlene Terrell individually, and on behalf of James Terrell, deceased, Case No. C 06 4599 CRB

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1.  Joseph Lautieri, Case No. C 06 4599 CRB

2.  Clarence Thomas, Case No. C 06 4599 CRB

3.  Dorothy Fornes, Case No. C 06 4599 CRB

4.  Muriel Beetz, Case No. C 06 4599 CRB

Plaintiffs, Veronica Alexander and Earlene Terrell agree to re-file any and all claims against Defendants, in a United States District Court.


Dated: February 22, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: February 21, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB

1

## ORDER OF DISMISSAL WITHOUT PREJUDICE

2    THIS MATTER having come before this Court on the Parties Stipulation of Dismissal,

3    pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

4    This matter is dismissed without prejudice with each side bearing its own attorneys' fees
and costs.

5    DONE AND ORDERED this 26th day of __February____, 2007, in San Francisco,

6    California.

7

8    CHARLES R. BREYER
     United States District Judge

9

10   Conformed copies to:
     B. Kristian W. Rasmussen, Esquire

11   Stuart M. Gordon, Esquire

IT IS SO ORDERED

Judge Charles R. Breyer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -