1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales  | MDL No. 1699
   | Practices and Product Liability Litigation   |
11 |                                              | District Judge: Charles R. Breyer
   |                                              | Magistrate:

14 | CHARLES IRONS, individually,                 | Case No. C 06 7690 CRB
15 |                                              | STIPULATION AND [PROPOSED]
   |           Plaintiff,                         | ORDER OF DISMISSAL WITHOUT
16 |                                              | PREJUDICE
17 | v.
18 | PFIZER, INC., PHARMACIA CORP., and
   | G.D. SEARLE & CO.,
19 |
   |           Defendants.

21      Comes now the Plaintiff, Charles Irons, ("Plaintiff"), and Defendants Pfizer, Inc.,

22 Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned

23 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24 dismissal of Plaintiff, Charles Irons' claims with prejudice, with each side bearing its own

25 attorneys' fees and costs.

27      Plaintiff agrees to re-file any and all claims against Defendants, in a United States District

28 Court.

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 7690 CRB

| | |
|---|---|
| Dated: February 22, 2007<br><br>Respectfully submitted<br><br>By: _____<br><br>Stuart M. Gordon, Esq.<br>CA Bar No.: 37477<br>GORDON & REES, LLP<br>275 Battery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801<br><br>Attorney for the Defendants | Dated: February 22, 2007<br><br>Respectfully submitted<br><br>By: _____<br><br>B. Kristian W. Rasmussen, III, FL Bar No. 0229430<br>Rachael M. Raymon, FL Bar No. 0887331<br>LEVIN, PAPANTONIO, THOMAS,<br>  MITCHELL, ECHSNER & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600 (32502)<br>P. O. Box 12308<br>Pensacola, Florida 32591<br>Telephone: (850) 435-7080<br>Facsimile: (850) 435-7020<br><br>Attorneys for Plaintiff |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 26th day of February, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire