1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699
District Judge: Charles R. Breyer
Magistrate: |
|---|---|
| LILLY O'DEAR, individually,
          Plaintiff,
   vs.
Pfizer, Inc., et al.
          Defendants. | Case No. C 06 7691 CRB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF LILLY O'DEAR |

Comes now the Plaintiff, Lilly O'Dear ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Lilly O'Dear's claims without prejudice with each side bearing its own attorneys' fees and costs:

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1. LaTeena Bull on behalf of the Estate of Larry Bull, Case No. C 06 7691 CRB

1
2. Corrine Thomas, Case No. C 06 7691 CRB

2
3. David Gott, Case No. C 06 7691 CRB

3
4. Marvin Wickline, Case No. C 06 7691 CRB

4
5. Edward Komoski, Case No. C 06 7691 CRB

5
6
6. Michael Tubbs, Case No. C 06 7691 CRB

7
7. Rosalyn Benson on behalf of the Estate of Judith Green, Case No. C 06 7691 CRB

8
Plaintiff Lilly O'Dear agrees to re-file any and all claims against Defendants, in a United

9
States District Court.

10
11
Dated: February 22, 2007

Dated: February 21, 2007

12
Respectfully submitted

Respectfully submitted

13
By: _____

By: _____

14
Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
   Attorney for the Defendants

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
   MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
   Attorneys for Plaintiff

15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 26th day of February, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire