IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-00229-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| HELEN LATIMER, et al.<br><br>　　　Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 3:05-CV-1517 AS, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF OREGON** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff HELEN LATIMER originally filed in the US District Court, District of Oregon, Case Number :3:05-CV-1517 AS, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201

Respectfully submitted:

Dated: 2-13-07     By: *Helen Latimer*
                        Helen Latimer

Dated: 2-12-2007   By: _____
                        Jeffrey A. Bowersox, OSB # 81442
                        Email: Jeffrey@BLFpc.com
                        BOWERSOX LAW FIRM, P.C.
                        111 S.W. Columbia St., Suite 1000
                        Portland, Oregon 97201
                        Telephone: (503) 452-5858
                        Facsimile: (503) 525-4833

                        Daniel E. Becnel, Jr., LA Bar #2929
                        Matthew B. Moreland, LA Bar #24567
                        Kevin P. Klibert, LA Bar #26954
                        LAW OFFICES OF DANIEL E. BECNEL, JR.
                        106 W. Seventh Street
                        Post Office Drawer H
                        Reserve, LA 70084
                        Telephone: (985) 536-1186
                        Facsimile: (985) 536-6445
                        *Attorneys for Plaintiff Helen Latimer*

Dated: February 15, 2007  By: _____
                        Stuart Gordon, Esq., CA Bar #37477
                        Embarcadero Center West
                        275 Battery Street 20th Floor
                        San Francisco, CA 94111
                        Telephone: (415) 986-5900
                        Facsimile: (415) 986-8054

                        *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2007

_____
Honorable Charles Breyer
United States District Court

