IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-00229-CRB<br><br>MDL NO. 1699 |
| LAMAR THREET, et al.<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | JUDGE CHARLES R. BREYER<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 3:05-CV-1517 AS, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF OREGON** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff LAMAR THREET originally filed in the US District Court, District of Oregon, Case Number :3:05-CV-1517 AS, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

Respectfully submitted:

Dated: 2/13/2007 .          By: _____
                                 Lamar Threet

Dated: 2-13-2007            By: _____
                                 Jeffrey A. Bowersox, OSB # 81442
                                 Email: Jeffrey@BLFpc.com
                                 BOWERSOX LAW FIRM, P.C.
                                 111 S.W. Columbia St., Suite 1000
                                 Portland, Oregon 97201
                                 Telephone: (503) 452-5858
                                 Facsimile: (503) 525-4833


                                 Daniel E. Becnel, Jr., LA Bar #2929
                                 Matthew B. Moreland, LA Bar #24567
                                 Kevin P. Klibert, LA Bar #26954
                                 LAW OFFICES OF DANIEL E. BECNEL, JR.
                                 106 W. Seventh Street
                                 Post Office Drawer H
                                 Reserve, LA 70084
                                 Telephone: (985) 536-1186
                                 Facsimile: (985) 536-6445
                                 *Attorneys for Plaintiff Lamar Threet*

Dated: 2/13/07              By: _____
                                 Stuart Gordon, Esq., CA Bar #37477
                                 Embarcadero Center West
                                 275 Battery Street 20th Floor
                                 San Francisco, CA 94111
                                 Telephone: (415) 986-5900
                                 Facsimile: (415) 986-8054

                                 *Defendant's Liaison Counsel*


2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: February 26, 2007



Honorable Charles R. Breyer
United States

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201