**SPOHRER WILNER, P.A.**
701 West Adams Street, Ste. 2
Jacksonville, FL 32201
Phone: (904) 354-8310
Fax: (904) 358-6889

**FARAH & FARAH, P.A.**
10 West Adams Street
Jacksonville, FL 32202
Phone: (904) 396-5555
Fax: (904) 358-2424

Attorneys for Plaintiff
ARTHUR DAVIS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE No.: M:05-CV-01699-CRB<br><br>MDL No.: 1699 |
| ARTHUR DAVIS, individually, and as PERSONAL REPRESENTATIVE OF THE ESTATE OF KATHRYN DAVIS, deceased,<br><br>*Plaintiff*,<br>vs.<br><br>PFIZER, INC., a foreign corporation,<br><br>*Defendant*. | Case No.: 3:06-CV-07559-CRB<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, ARTHUR DAVIS, individually, and as a Personal Representative of the Estate of KATHRYN DAVIS, and Defendants PFIZER, INC., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Respectfully submitted,

Dated: Feb. 27, 2007              SPOHRER WILNER, P.A.

                                  By: _____
                                      Erin A. Juzapavicus, Esquire
                                      Eddie E. Farah, Esquire
                                      Attorneys for Plaintiff
                                      Arthur Davis on behalf of Kathryn Davis

Dated: February 27, 2007          GORDON & REES, LLP

                                  By: _____
                                      Stuart M. Gordon, Esquire
                                      Attorneys for Defendant
                                      Pfizer, Inc.

**IT IS SO ORDERED.**

Dated: March 5, 2007              _____
                                  HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*