United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

06-3674, Edward Earl Thomas
_____/

    The Court is in receipt of various communications from plaintiff Edward Earl Thomas, who is proceeding in pro se. Plaintiff asks for up-to-date information on the case as well as for appointment of counsel.

    Plaintiff's request for appointment of counsel is DENIED; however, plaintiffs' liaison counsel shall assist plaintiff with search for counsel. Plaintiffs' liaison counsel shall also provide plaintiff with plaintiff fact sheets and any other documents he needs to maintain his action. Plaintiff's current address is:

        208 S. Harrison
        Saginaw, Michigan 48602
        Inmate No. 081023.

**IT IS SO ORDERED.**

Dated: March 6, 2007

                              CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order1edwardearlthomas.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\ordersmisc\order1edward2earlthomas.wpd