## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Master Docket No. M:05-CV-01699-CRB

MDL No. 1699

THIS RELATES TO:
MDL Case No. 3:05-CV- 04920

Plaintiff: **Vicky Garlett**

## AMENDED AGREED UPON NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Vicky Garlett, by and through counsel, and states:

1. Pursuant to Rule 47(a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiff

hereby dismisses all causes of action against Defendant Deborah M. Hall, M.D. without

prejudice.

2. Plaintiff's original complaint was filed on May 20, 2005.

3. Defendants Merck and Pfizer were served on June 3, 2005.

4. Defendant Deborah M. Hall, M.D. was personally served on June 1, 2005.

5. Defendant Pfizer filed an Answer to Plaintiff's First Amended Complaint on

September 29, 2005.

6. Defendant Deborah M. Hall filed an Answer to Plaintiff's complaint on June 28,

2005.

7. Defendant Merck filed an Answer to Plaintiff's complaint on June 20, 2005 and

the causes of action against this particular Defendant have been transferred to MDL Docket No.

1657 in the United States District Court for the Eastern District of Louisiana where Plaintiff is

simultaneously filing a Notice of Dismissal.

Respectfully Submitted,

HUMPHREY, FARRINGTON & MCCLAIN, P.C.

Kenneth B. McClain   MO #32430
Daniel A. Thomas     MO #52030
221 West Lexington, Suite 400
Independence, Missouri 64050
(816) 836-5050
(816) 836-8966 Facsimile
ATTORNEYS FOR PLAINTIFF


Respectfully Submitted,

HORN AYLWARD & BANDY, LLC

Timothy M. Aylward
K. Chris Jayaram          Mo 50771
Richard Acosta
2600 Grand Boulevard, Suite 500
Kansas City, Missouri 64108
(816) 421-0700
(816) 421-0899 Facsimile
(415) 986-5900
(415) 262-3801 Facsimile
ATTORNEYS FOR DEFENDANT DEBORAH
M. HALL, M.D.


Respectfully Submitted,

GORDON & REES LLP

Stuart M. Gordon
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 262-3801 Facsimile
ATTORNEYS FOR DEFENDANT PFIZER


Pursuant to stipulation, it is so ordered.

Dated: ____March 8, 2007____

Honorable Charles R. Breyer
United States District Court

2

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA