IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

  Linda Jackson,   06-3658 CRB
  Reava Newman,   06-4520 CRB
_____/

Now pending for decision is the motion of Hissey, Kientz & Herron, LLC and attorney Erik B. Walker of that firm, to withdraw as counsel for plaintiffs in the above matters.

After carefully considering the motion, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) Hissey, Kientz & Herron, LLC's motion to withdraw as counsel of record should not be granted; and (2) each plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If either plaintiff wishes to contest the withdrawal of counsel and/or dismissal of plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **April 13, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of the name and address of new counsel or, if

plaintiff will be proceeding without a lawyer, plaintiff must advise the Court of how the Court should contact plaintiff. In addition, plaintiff shall advise the Court as to whether plaintiff has completed and served defendants with a plaintiff fact sheet and provided defendants with authorizations for the release of medical records. Plaintiffs are warned that their failure to communicate with the Court in writing as set forth above may result in dismissal of their claims with prejudice.

Plaintiff's counsel shall ensure that each plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: March 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\hisseyordertoshowcause.wpd