1  DANIEL S. GRUBER, ESQ., SBN 113351
   **GRUBER & GRUBER**
2  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
3  (818) 981-0066 - Telephone
   (818) 981-2122 - Facsimile
4  dgruber@gruberlaw.com

5  HOWARD A. SNYDER, ESQ., SBN 113637
   **LAW OFFICES OF HOWARD A. SNYDER**
6  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
7  (818) 461-1790 - Telephone
   (818) 461-1793 - Facsimile
8  howard@howardsnyderlaw.com

9  Attorneys for Plaintiffs,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:06-cv-02405-CRB<br><br>LEAD CASE NO.: 05-cv-01699-CRB |
| *TAMMY ALFARO, et. al., vs. PFIZER, Inc., et. al.*, MDL No: 06-02405;<br>**Plaintiff Tammy Alfaro, only** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO TAMMY ALFARO, ONLY** |

COME NOW the Plaintiff, **TAMMY ALFARO**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff with prejudice with each side bearing its own attorneys' fees and costs.

\\\
\\\
\\\

1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO TAMMY ALFARO, ONLY**

| | | |
|---|---|---|
| 1 | DATE: March 5, 2007 | GRUBER & GRUBER |
| 2 | | |
| 3 | | By: /s/ Daniel S. Gruber |
| 4 | | DANIEL S. GRUBER<br>Attorneys for Plaintiffs |
| 5 | DATE: 3-8, 2007 | DLA PIPER US LLP |
| 6 | | |
| 7 | | By: Matthew Lepore By Stuart M. Gordon<br>MATTHEW LEPORE<br>Attorneys for Defendants, Pfizer, Inc. |
| 8 | DATE: 3-8, 2007 | GORDON & REES, LLP |
| 9 | | |
| 10 | | By: /s/ Stuart M. Gordon |
| 11 | | STUART M. GORDON<br>Attorneys for Defendants, Pfizer, Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATE: March 15, 2007

Hon. Charles R. Breyer
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

(United States District Court, Northern District of California seal)

2

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO TAMMY ALFARO, ONLY**