1  Gerald B. Taylor, Jr. (TAY026)
   Andy D. Birchfield, Jr. (BIR006)
2  Navan Ward, Jr. (WAR062)
   BEASLEY, ALLEN, CROW, METHVIN,
3  PORTIS & MILES, P.C.
   Post Office Box 4160
4  Montgomery, Alabama 36103-4160
5  (334) 269-2343 telephone
   (334) 954-7555 facsimile
6
   Attorneys for Plaintiffs
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                          (SAN FRANCISCO DIVISION)
11

12 | IN RE: BEXTRA AND CELEBREX         | MDL No. 1699
   | MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

14 |———————————————————————————

15 | JOHN COLE, et al.,                  | Case No. 3:06-cv-2432-CRB

16 |         Plaintiffs,

17 | v.                                  | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER**

18 | PFIZER, INC., et al.,

19 |         Defendants.

20

21    **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs,

22 John Cole and Glen Davis, and counsel for the Defendants that all claims of individual Plaintiffs

23 John Cole and Glen Davis, only, are hereby dismissed, with prejudice, as all claims pertaining to

24 John Cole and Glen Davis have been settled between the parties.

25

26

27

28

Respectfully submitted:

Dated: March 9, 2007

By: _____
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile
*Attorneys for Plaintiffs
Tatyana Gorelik and Carolyn S. Richards*

Dated: 3-12-07

By: _____
Stuart M. Gordon, Esq.
Gordon & Rees
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
*Defendant's Liaison Counsel*

Robert C. Tucker
Tucker Ellis & West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44113-1475
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 16, 2007

_____
Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 2 -