IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| CURTIS MCELDOWNEY, JR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>G.D. SEARLE LLC, et al.,<br><br>    Defendants. | ~~PROPOSED~~ **ORDER GRANTING PLAINTIFF TERESA MELTON'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>CASE NO. 3:05-cv-4783-CRB |

The Court having considered Plaintiff Teresa Melton's Motion for Leave to File Amended Complaint,

IT IS HEREBY ORDERED that Plaintiff is granted leave of court to file her Amended Complaint.

SIGNED this __16th__ day of __March__, 2007.

_____
HONORABLE

*IT IS SO ORDERED*
*Judge Charles R. Breyer* [signature]