1  JOHN C. THORNTON, ESQ. SBN: 84492
   ANNE ANDREWS, ESQ. SBN: 103280
2  **ANDREWS & THORNTON**
   2 CORPORATE PARK, SUITE 110
3  IRVINE, CALIFORNIA 92606
   TELEPHONE: (949) 748-1000
4  FACSIMILE: (949) 315-3540

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| Julie Meggers, | Case No. 3:06-cv-00729-CRB |
| Plaintiff, vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND PROPOSED ORDER** |
| G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., | |
| Defendants. | |

STIPULATION OF DISMISSAL

AND NOW, this 23rd Day of March, 2007, it is hereby STIPULATED, ORDERED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(I)(ii), that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE as to the Defendants, G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., with each party to bear its own costs and counsel fees. If the case is subsequently refiled, it will only be filed in federal district court.

|   |   |
|---|---|
|   | Respectfully Submitted by: |
| Dated: 3-14-07 | By: /s/ John C. Thornton |
|   | John C Thornton, Esq. |
|   | Anne Andrews, Esq. |
|   | **ANDREWS & THORNTON** |
|   | 2 Corporate Park, Suite 110 |
|   | Irvine, CA 92606 |
|   | Tel: (949) 748-1000 |
|   | Fax: (949) 315-3540 |
|   | Attorney for Plaintiff, Julie Meggers |
| Dated: 3-20-07 | By: /s/ Stuart M. Gordon |
|   | Stuart M. Gordon, Esq. |
|   | **GORDON & REES** |
|   | Embarcadero Center West |
|   | 275 Battery Street, 20th Fl. |
|   | San Francisco, CA 94111 |
|   | Tel: (415) 986-5900 |
|   | Fax: (415) 986-8054 |
|   | Defendant's Liaison Counsel |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2007

IT IS SO ORDERED

/s/ Judge Charles R. Breyer

Honorable Charles R. Breyer
United States District Court

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**