1   Steven J. Skikos (SBN 148110)
    Mark G. Crawford (SBN 136501)
2   Kathleen N. Millican (SBN 203691)
3   LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
    625 Market Street, 11ᵗʰ Floor
4   San Francisco, CA 94105
    Telephone: 415-956-5257
5   Facsimile: 415-956-4416
6   kmillican@lopez-hodes.com

7   Attorneys for Plaintiff

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: BEXTRA AND CELEBREX          ) Master Docket No. M:05-CV-01699-CRB
12  MARKETING AND SALES PRACTICES AND    )
    PRODUCT LIABILITY LITIGATION         ) MDL Docket No. 1699
13                                       )
14  RICHARD ABERNATHY, ROBERT FELLERS,   ) CASE NO. C 06 6127 CRB
    ROBERT GREER, ARTHUR LOREDO, ARITHA  )
15  MARSHALL, DANIEL McCLANNAHAN, EARL   ) JUDGE CHARLES R. BREYER
    SANDERS, PATRICIA STEELE and JOEL    )
16  WOOD                                 )
17              Plaintiffs,              ) STIPULATION AND ORDER OF
                                         ) VOLUNTARY DISMISSAL WITHOUT
18                                       ) PREJUDICE
    vs.                                  ) [Fed. R. Civ. Pro. 41(a)(2)]
19                                       )
20  G.D. SEARLE & CO.; PHARMACIA         )
    CORPORATION; MONSANTO COMPANY; and   )
21  PFIZER, INC.,                        )
                                         )
22              Defendants.              )
23                                       )
                                         )
24                                       )
                                         )
25

26          Come now the Plaintiff ROBERT GREER and Defendants, by and through the

27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28  stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys'

---

                                        1

1  fees and costs.  Should Plaintiff ROBERT GREER or a representative of Plaintiff attempt to re-file

2  claims against Defendants, they shall do so only by re-filing in the United States District Court.

3
4      Plaintiff ROBERT GREER'S claim was filed in a consolidated, multi-plaintiff complaint

   against defendants.  This dismissal is a partial dismissal of plaintiff ROBERT GREER'S claims
5
   only and does not affect any claim brought by the remaining plaintiffs.
6

7  Dated: March 21, 2007                    **LOPEZ HODES RESTAINO MILMAN &**
                                            **SKIKOS**
8

9

10

11                                         By: _____

12                                            Steven J. Skikos, Esq.
                                              Kathleen N. Millican, Esq.
13                                            Attorneys for Plaintiff ROBERT GREER

14

15  Dated: March 20, 2007                   **GORDON & REES LLP**

16

17

18                                         By: _____

19                                            Stuart M. Gordon, Esq.
                                              Attorneys for Defendants
20

21

22

23      IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of

24  plaintiff ROBERT GREER only are dismissed without prejudice.

25

26  DATED:  March 23, 2007        _____

27                                 The Honorable
                                   Judge of
28

                                   IT IS SO ORDERED

                                   Judge Charles R. Breyer

   STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE