UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKET SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br>*This document relates to*<br><br>JAMES ALLEN and JOYCE ALLEN<br>   Plaintiffs,<br><br>v.<br><br>PFIZER, INC.<br>   Defendant.<br><br>Case No. 3:05-CV-04936-CRB | MDL NO. 1699<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED AND AGREED by and between counsel for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiffs James Allen and Joyce Allen is hereby dismissed without prejudice.

1. Plaintiffs are James Allen and Joyce Allen; defendant is Pfizer, Inc.

2. On July 13, 2006, Plaintiffs sued Defendant.

3. Plaintiffs move to dismiss their claims against Defendant. Defendant, who has answered, agrees to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. Plaintiffs have not dismissed an action based on or including the same claims as those present in this suit.

7. Should Plaintiffs or a representative of Plaintiffs attempt to re-file

1

their claims against Defendants, they shall do so only by filing said claims in Federal Court.

Respectfully submitted,

By _____
Price Ainsworth (State Bar No. 00950300)
LAW OFFFICES OF PRICE AINWORTH, P.C.
48 East Avenue
Austin, Texas 78701
512-474-6061
512-474-1605 fax

ATTORNEY FOR PLAINTIFFS

By _____
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900
415-986-8054 fax

DEFENDANT'S LIAISON COUNSEL

PURSUANT TO THE TERMS SET FORTH IN THIS ORDER IT IS SO ORDERED.

Dated: __March 27, 2007_____

_____
Honorable Charles R. Breyer
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)