Mar 26 2007 1:57PM   MAPLES & KIRWAN, LLC        5616597584                P.2
03/23/2007 14:10 FAX 5124741129    570   CLARK THOMAS & WINTERS            ☒003/004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Leodee Beavers, et al., v. Pfizer, Inc., et al., MDL No. 06-2870: Plaintiff Alean Buckley | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, ALEAN BUCKLEY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of plaintiff ALEAN BUCKLEY's action, only, with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Case 3:05-md-01699-CRB   Document 1171   Filed 04/09/07   Page 2 of 2

Mar 26 2007 1:57PM    MAPLES & KIRWAN, LLC        5616597584              p.3
03/23/2007 14:10 FAX 5124741129    570    CLARK THOMAS & WINTERS          @004/004

1  DATED: 3/26, 2007
2
3                              MAPLES & KIRWAN, LLC
4                              By: _____
                                   J. Stuart Kirwan
5                                  Attorneys for Plaintiff, Alean Buckley
6
7  DATED: 3/27, 2007
8
                               CLARK, THOMAS & WINTERS, P.C.
9
10                             By: _____
                                   Cedric E. Evans
11                                 Attorneys for Defendants, Pfizer Inc.
12
13 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
14 IT IS SO ORDERED.**
15
16 Dated: April 6, 2007
                               _____
17                             Hon. Charles R. Breyer
                               United States District Court
18
                               *[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
                               *IT IS SO ORDERED*
                               *Judge Charles R. Breyer*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**