## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Irene Anders, et al.** | |
| Plaintiffs, | |
| v. | **Cause No.   3:06-cv-5451-CRB** |
| **MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,** | **MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT                 LIABILITY LITIGATION** |
| Defendants. | |

### STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in this

action through their designated counsel that the case against the Celebrex defendants (Pfizer Inc,

Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) brought by Joyce

Seets are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of

Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiff Joyce Seets is to refile

their actions, plaintiff Joyce Seets can only do so in federal court. Plaintiff Joyce Seets' case in

the above styled action remains pending against Merck for Vioxx-related injuries.

GORDEN & REES

By:____ /s/Stuart M. Gordon

   Stuart M. Gordon
   275 Battery St., 20th Floor
   Suite 200
   San Francisco, CA 94111
   415-986-5900

JEFFREY J. LOWE, PC

By:____ /s/Jeffrey J. Lowe_____

   Jeffrey J. Lowe      #10538
   Francis J. "Casey" Flynn #118147
   Attorney for Plaintiff
   8235 Forsyth, Suite 1100
      St. Louis, Missouri 63105

415-896-8054
Attorney for Defendants

(314) 678-3400
Fax: (314) 678-3401
John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Irene Anders, et al.

                          Plaintiffs,

        v.

MERCK & CO., INC., PFIZER INC,
MONSANTO COMPANY
PHARMACIA CORPORATION,
and G.D. SEARLE LLC,

                          Defendants.

Cause No.   3:06-cv-5451-CRB

MDL  :05-cv-01699 IN RE:
   BEXTRA AND CELEBREX
     MARKETING SALES
       PRACTICES AND
PRODUCT            LIABILITY
LITIGATION

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation,

plaintiff Joyce Seets' claims against the Celebrex defendants (Pfizer Inc, Monsanto

Company, Pharmacia Corporation, and G.D. Searle LLC)  are dismissed without

prejudice.  Plaintiff Joyce Seets' case in the above styled action remains pending against

Merck for Vioxx-related injuries.  All other plaintiffs' claims remain pending in the above

styled action.

April 6, 2007

_____

United States District Judge Charles Breyer

