IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Mary Brady, 06-2479 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR LACK OF PROSECUTION** |

The Court ordered Mary Brady to show cause why the motion of the law firm of Leger, Shaw & DeSue to withdraw as counsel for plaintiff in the above matter should not be granted and why plaintiff's claims should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. In particular, the Court directed plaintiff to notify the Court in writing on or before April 13, 2007, of the reasons the withdrawal motion should not be granted or the case dismissed. The Order warned plaintiff that plaintiff's failure to communicate with the Court in writing could result in dismissal of plaintiff's action with prejudice.

As of the date of this Order plaintiff has not submitted any writing to the Court and has not otherwise communicated with the Court. Accordingly, the motion to withdraw is

//

//

1  GRANTED and plaintiff's claims are DISMISSED with prejudice for a failure to prosecute.

2  **IT IS SO ORDERED.**

3  Dated: April 17, 2007

4  CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE