1  DANIEL S. GRUBER, ESQ., SBN 113351
   **GRUBER & GRUBER**
2  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
3  (818) 981-0066 - Telephone
   (818) 981-2122 - Facsimile
4  dgruber@gruberlaw.com

5  HOWARD A. SNYDER, ESQ., SBN 113637
   **LAW OFFICES OF HOWARD A. SNYDER**
6  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
7  (818) 461-1790 - Telephone
   (818) 461-1793 - Facsimile
8  howard@howardsnyderlaw.com

9  Attorneys for Plaintiffs,

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  (SAN FRANCISCO DIVISION)

14

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:06-cv-02405-CRB<br>LEAD CASE NO.: 05-cv-01699-CRB |
| *TAMMY ALFARO, et. al., vs. PFIZER, Inc., et. al.*, MDL No: 06-02405;<br>**Plaintiff Patricia Rodriguez, only** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO PATRICIA RODRIGUEZ, ONLY** |

21    COME NOW the Plaintiff, **PATRICIA RODRIGUEZ**, and Defendants, by and
22 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23 41(a), and hereby stipulate to the dismissal of this Plaintiff with prejudice with each
24 side bearing its own attorneys' fees and costs.
25 \\\
26 \\\
27 \\\
28

1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (F.R.C.P. 41 (a)) AS TO PATRICIA RODRIGUEZ, ONLY**

```
DATE: April 3, 2007                    GRUBER & GRUBER

                                       By: /s/ Daniel S. Gruber
                                       DANIEL S. GRUBER
                                       Attorneys for Plaintiffs

DATE: 4-9, 2007                        DLA PIPER US LLP

                                       By: /s/ Matthew W. Lepore By Stuart M.
                                       MATTHEW LEPORE                  Gordon
                                       Attorneys for Defendants, Pfizer, Inc.

DATE: 4-9, 2007                        GORDON & REES, LLP

                                       By: /s/ Stuart M. Gordon
                                       STUART M. GORDON
                                       Attorneys for Defendants, Pfizer, Inc.
```

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATE: April 13, 2007

_____
Hon. Charles R. Breyer
United States District Court

**IT IS SO ORDERED**
Judge Charles R. Breyer