BECNEL LAW FIRM, L.L.C.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone: 985-651-6101
Facsimile: 985-651-6104

Attorneys for Plaintiff
BROOKSEY SEMPLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Adams, Tilford, et al., v. Pfizer, Inc., et al., MDL No. 06-3528: <u>Plaintiff Brooksey Semple</u> | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BROOKSEY SEMPLE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of plaintiff BROOKSEY SEMPLE's action, only, with each side bearing its own attorneys' fees and costs.

DATED: April 2, 2007

BECNEL LAW FIRM, LLC

By: _____
Daniel E. Becnel, Jr.
Attorneys for Plaintiff, Brooksey Semple

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: April 9, 2007

ADORNO & YOSS LLP

By: _____
Anthony N. Upshaw
Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 13, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**