1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-2228<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Frederick Bertrand, individually and on behalf of Nancy Bertrand,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Come now the Plaintiff, FREDERICK BERTRAND, INDIVIDUALLY AND ON BEHALF OF NANCY BERTRAND, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: April 11, 2007 | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |

By: /s/ Navan Ward, Jr.
Navan Ward, Jr.
Jere L. Beasley
Gerald B. Taylor
Andy D. Birchfield
Attorneys for Plaintiff, Frederick Bertrand,
individually and on behalf of Nancy Bertrand

DATED: 4/10, 2007          IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ Stuart M. Gordon
Quentin F. Urquhart, Jr.
Camala E. Capodice
Attorneys for Defendants

DATED: 4-10, 2007          GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 20, 2007

_____
Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE