IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| ELAINE KUHNKE, et al., <br> Plaintiffs, <br> v. <br> PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through FIFTY. <br> Defendants. | Case No. 2:06-CV-4591-CRB <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ELAINE KUHNKE ONLY** <br><br> HONORABLE CHARLES R. BREYER |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff ELAINE KUHNKE originally filed in the U.S. District Court for the Northern District of California, Case Number 2:06-CV-4591-CRB, and then later transferred to the MDL No. 1699, *In re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

-1-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF KUHNKE

The parties shall each bear their own costs.

IT IS FURTHER STIPULATED AND AGREED that should plaintiff or a representative on their behalf re-file plaintiff's claims against Pfizer, Inc., they will do so only in a United States District Court.

DATED: 4/16, 2007    By _____
Amy Eskin
Hersh & Hersh
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102
415-441-5544
Fax: 415-441-7586

DATED: 4/16, 2007    By _____
Stuart Gordon
Gordon & Rees
275 Battery Street, 20th Floor
Suite 2000
San Francisco, CA 94111
415-986-5900
Fax: 415-896-8054
Defendants' Liaison Counsel

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES" STIPULATION, IT IS SO ORDERED.

DATED: April 20, 2007.

_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF KUHNKE