UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Mattie Minor and James Minor v. Pfizer Inc., et al., MDL No. 1699 | Case No.    07-0473-CRB<br><br>MDL No.    1699 |

## PLAINTIFFS' RULE 41 VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, Mattie Minor and James Minor("plaintiffs") hereby stipulate to voluntarily dismiss their action against the defendants without prejudice. The plaintiffs and defendants ("parties") agree to bear their own costs and expenses. All parties who have appeared in this action acknowledge their agreement hereto as evidenced by their signatures below. This stipulation is effective upon filing with the court and binding on all parties. Should Plaintiffs or a representative of Plaintiffs attempt to refile their claims against Pfizer, Inc., they shall do so only by filing it in the United States District Court in which venue would be proper and without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332.

Presented by:

_____
Thomas G. Wilson (WV Bar 4087)
James F. Humphreys & Associates, L.C.
United Center-Suite 800
500 Virginia Street, East
Charleston, WV 25301
(304) 347-5050

and

Inspected and agreed to by:

_____
Stuart M. Gordon
Gordon & Rees, LLP
Attorneys At Law
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

ORDER

Pursuant to the terms set forth in the parties' stipulation, it is so ordered.

Dated:   April  20 , 2007.

_____
Hon. Charles Breyer
United States District Court

