IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| GERALD AELLIG, etc., et al.,<br><br>　　　Plaintiff,<br><br>v.<br><br>G.D. SEARLE LLC, et al.,<br><br>　　　Defendants. | STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>CASE NO. 3:05-cv-4780-CRB |

Come now the Plaintiff, Patricia Lewis-Chambliss, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedures, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

Respectfully submitted:

Dated: April 10, 2007    By: /s/ Navan Ward
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff Patricia Lewis-Chambliss*

1

|  |  |
|---|---|
| Dated: 4-10-07 | **GORDON & REES**<br><br>By: _____<br>Stuart M. Gordon, Esq.<br>Embarcadero Center West<br>275 Battery Street 20th Floor<br>San Francisco, CA 9411<br>(415) 986-5900 (Tel.)<br>(415) 986-8054 (Fax)<br><br>*Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 20, 2007            _____
                                 Honorable Charles R. Breyer
                                 United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA