Peter W. Burg
Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, PC
40 Inverness Drive, East
Englewood, CO 80112
Telephone: (303)-792-5595
Facsimile: (303)-708-0527

*Counsel Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO 1*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No.: M:05-CV-01699-CRB <br><br> MDL No.: 1699 <br><br> Case No.: 07-1407 CRB |
| This document relates to: <br><br> POLLY GIBSON, <br>                    Plaintiff, <br><br> v. <br><br> PFIZER, INC., <br>                    Defendant | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO.:** <br> **07-1407 CRB** |

Come now the Plaintiff and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this personal injury action relating to her use of Celebrex without prejudice with each side bearing its own attorneys' fees and costs.

1

Plaintiff, Polly Gibson agrees that, in the event she re-files a lawsuit against Pfizer that contains claims relating to Celebrex, such lawsuit will be filed in the United States District Court.

DATED: April 22, 2007.

BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.

By: _____
Peter W. Burg
Attorneys for Plaintiff Polly Gibson

DATED: April 24, 2007.

GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2007

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-- 2 --