1  Steven J. Skikos (SBN 148110)
   Mark G. Crawford (SBN 136501)
2  Kathleen N. Millican (SBN 203691)
3  LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
   625 Market Street, 11th Floor
4  San Francisco, CA 94105
   Telephone: 415-956-5257
5  Facsimile: 415-956-4416
6  kmillican@lopez-hodes.com

7  Attorneys for Plaintiff ARTHUR LOREDO

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) Master Docket No. M:05-CV-01699-CRB |
|---|---|---|
| 12 | | ) MDL Docket No. 1699 |
| 13 | | |
| 14 | RICHARD ABERNATHY, ROBERT FELLERS, ROBERT GREER, ARTHUR LOREDO, ARITHA MARSHALL, DANIEL McCLANNAHAN, EARL SANDERS, PATRICIA STEELE and JOEL WOOD | ) CASE NO. C 06 6127 CRB |
| 15 | | ) JUDGE CHARLES R. BREYER |
| 16 | | |
| 17 | Plaintiffs, | ) STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| 18 | vs. | ) [Fed. R. Civ. Pro. 41(a)(2)] |
| 19 | | |
| 20 | G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., | |
| 21 | | |
| 22 | Defendants. | |

26  Come now the Plaintiff ARTHUR LOREDO and Defendants, by and through the
27  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28  stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys'

---

1
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1  fees and costs. Should Plaintiff ARTHUR LOREDO or a representative of Plaintiff attempt to re-
2  file claims against Defendants, they shall do so only by re-filing in the United States District
3  Court.

4  　　Plaintiff ARTHUR LOREDO'S claim was filed in a consolidated, multi-plaintiff complaint
5  against defendants. This dismissal is a partial dismissal of plaintiff ARTHUR LOREDO'S claims
6  only and does not affect any claim brought by the remaining plaintiffs.

8  Dated: April 24, 2007　　　　　　　　　　LOPEZ HODES RESTAINO MILMAN &
9  　　　　　　　　　　　　　　　　　　　　　SKIKOS

13  　　　　　　　　　　　　　　　　　　　　By: _____
14  　　　　　　　　　　　　　　　　　　　　Steven J. Skikos, Esq.
　　　　　　　　　　　　　　　　　　　　　　Kathleen N. Millican, Esq.
15  　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ARTHUR LOREDO

16  Dated: April 24, 2007　　　　　　　　　　GORDON & REES LLP

19  　　　　　　　　　　　　　　　　　　　　By: _____
20  　　　　　　　　　　　　　　　　　　　　Stuart M. Gordon, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

24  　　　　　IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of
25  plaintiff ARTHUR LOREDO only are dismissed without prejudice.

27  DATED: __April 25, 2007__　　　　　　　_____
28  　　　　　　　　　　　　　　　　　　　　The Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　　　Judge of the District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE