1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:05-cv-03806<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Muriel Norris,<br>　　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, MURIEL NORRIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 4-19, 2007 | STRATTON FAXON FIRM |
| 2 | | |
| 3 | | By: _____ |
| | | MICHAEL A. STRATTON |
| 4 | | 59 Elm Street |
| | | New Haven, Connecticut 06510 |
| 5 | | Telephone: 203-624-9500 |
| | | Attorney for Plaintiff, Muriel Norris |
| 6 | | |
| 7 | DATED: 4/24, 2007 | IRWIN FRITCHIE URQUHART & MOORE LLC |
| 8 | | |
| 9 | | By: _____ |
| | | QUENTIN F. URQUHART, JR. |
| 10 | | CAMALA E. CAPODICE |
| | | 400 Poydras Street, Suite 2700 |
| 11 | | New Orleans, LA 70130 |
| | | Telephone: (504) 310-2100 |
| 12 | | Attorneys for Defendants |
| 13 | | |
| 14 | DATED: 4/24, 2007 | GORDON & REES LLP |
| 15 | | |
| | | By: _____ |
| 16 | | STUART M. GORDON |
| | | Embarcadero Center West |
| 17 | | 275 Battery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 18 | | Telephone: (415) 986-5900 |
| | | Attorney for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2007

_____
Hon. Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Charles R. Breyer]

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE