IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| CURTIS McELDOWNEY, Jr., et al.,<br><br>　　　Plaintiff,<br><br>v.<br><br>G.D. Searle, LLC, et al.,<br><br>　　　Defendants. | STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>CASE NO. 3:05-cv-04783-CRB |

Come now the Plaintiff, ROSE PIRSLIN, and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Prosedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

Dated: April 10, 2007

Respectfully submitted:

By: /s/ Karen Ward

Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile
*Attorneys for Plaintiff Rose Pirslin*

1

Dated: 4-24-07

**GORDON & REES**

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2007

_____
Honorable Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA