IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-2436<br>MDL Docket No. 1699<br>Judge Charles R. Breyer |

This document relates to:

LEWIE GENE JOHNSON,

        Plaintiff,

v.

PFIZER, INC. et. al.,

        Defendants.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    Come now the Plaintiff, LEWIE GENE JOHNSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Respectfully submitted:

Dated: 4/23/07

By: _/s/ Navan Ward/_
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| | (334) 269-2343 telephone |
| | (334) 954-7555 facsimile |
| | *Attorneys for Plaintiff* |
| Dated: 4/23/07 | **CLARK, THOMAS & WINTERS, P.C.** |
| | Cedric E. Evans |
| | Clark, Thomas & Winters, P.C. |
| | 300 West 6th Street, 15th Floor |
| | Austin, TX 78701 |
| | (512) 472-8800 (Tel.) |
| | *Attorneys for Defendants* |
| Dated: 4/24/07 | **GORDON & REES** |
| | Stuart M. Gordon, Esq. |
| | Embarcadero Center West |
| | 275 Battery Street 20th Floor |
| | San Francisco, CA 9411 |
| | (415) 986-5900 (Tel.) |
| | (415) 986-8054 (Fax) |
| | *Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 27, 2007

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer

- 2 -   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE