UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KEENAN (MO); | Docket No. 06-5613 CRB |
| JAN MARIE BROWN and PHILLIP BROWN (NV); | ORDER |
| CHARLES BANASKY and MAUREEN BANASKY (FL); | |
| GEORGE ROBINSON and THERESA ROBINSON (TX); | |
| DINA MERCALDI and VINCENT MERCALDI (TX); | |
| WILLIAM SPAKES (TX); | |
| TOMASA ESTRADA and STEVEN ESTRADA (TX); | |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, | |
| Defendants. | |

## ORDER

Came on to be heard Plaintiff's Motion for Leave to Amend Plaintiff's Complaint. The Court, having considered the motion, finds the motion to be of merit and hereby GRANTS Plaintiff's Motion for Leave to Amend Plaintiff's Complaint.

Signed this __8th__ day of ____May____, 2007.

_____
HONORABLE JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

1