Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ESTHER BENENATI, WILMA DAVENPORT, AND JAMES MCKNIFF, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, <br><br> Defendants. | **MDL NO. 1699** <br><br> **District Judge: Charles R. Breyer** <br><br> **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF ESTHER BENENATI** <br><br> Case No. 06-CV-05852-CRB |

   Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Esther Benenati, from this action without prejudice with each side bearing its own attorney's fees and costs.

   Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

| | |
|---|---|
| Dated: April 18, 2007 | Respectfully submitted, |
| | THE MILLER FIRM, LLC |
| | By: /s/ David C. Andersen |
| | DAVID C. ANDERSEN |
| | |
| | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| | David C. Andersen, CA Bar No. 194095 |
| | THE MILLER FIRM, LLC |
| | 108 Railroad Avenue |
| | Orange, VA 22960 |
| | Telephone: (540) 672-4224 |
| | Facsimile: (540) 672-3055 |
| | |
| | Attorneys for Plaintiffs |
| | |
| Dated: 5-14-07 | Respectfully submitted, |
| | GORDON & REES |
| | By: /s/ Stuart M. Gordon |
| | STUART M. GORDON |
| | |
| | CA Bar No. 37477 |
| | GORDON & REESE |
| | 275 Battery Street, Ste. 2000 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 986-5900 |
| | Facsimile: (415) 262-3801 |
| | |
| | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: May 15, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-- 2 --

COMPLAINT