# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06:989<br>USDC Middle District Louisiana<br><br>MDL Docket No. 1699<br><br>Judge Charles R. Breyer |

This document relates to:

**PHIL MCLEAN,**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

             **Plaintiff,**

v.

**PFIZER, INC. et. al.,**

             **Defendants.**

Action No. 07-1313 CRB

Come now the Plaintiff, Phil McLean, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Respectfully submitted:

Dated: 5/14/07

By: _[signature]_
Eulis Simien, Jr. (LA State Bar No. 12077)
Email: Eulis@simien.com
Simien & Simien, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, LA 70809
(225) 932-9221 telephone
(334) 954-7555 facsimile
*Attorneys for Plaintiff*

| | | |
|---|---|---|
|1| Dated: 5-14-07 | **CLARK, THOMAS & WINTERS, P.C.** |
|2| | *[signature: Stuart M. Gordon for Cedric E. Evans]* |
|3| | Cedric E. Evans |
| | | Clark, Thomas & Winters, P.C. |
|4| | 300 West 6th Street, 15th Floor |
| | | Austin, TX 78701 |
|5| | (512) 472-8800 (Tel.) |
| | | *Attorneys for Defendants* |
|6| Dated: 5-14-07 | **GORDON & REES** |
|7| | *[signature]* |
|8| | Stuart M. Gordon, Esq. |
|9| | Embarcadero Center West |
| | | 275 Battery Street 20th Floor |
|10| | San Francisco, CA 9411 |
| | | (415) 986-5900 (Tel.) |
|11| | (415) 986-8054 (Fax) |
| | | *Defendant's Liaison Counsel* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 15, 2007

Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

- 2 -   STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE