UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
| *This document relates to:*<br>Terry Scally 05-01669 CRB | STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE HEARING ON PFIZER'S MOTION SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE<br><br>Date: May 18, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Pfizer and Plaintiff's counsel agree and hereby stipulate that the hearing on Pfizer, Inc's Motion Seeking an Order Dismissing Plaintiff Terry Scally's Claims With Prejudice shall be continued from May 18, 2007 at 10:00 a.m. to **June 1, 2007 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Pretrial Order Nos. 6 and 18, the Opposition, if any, shall be due on or before Tuesday, May 22, 2007 and the Reply, if any, shall be due on or before Friday, May 25, 2007.

May 15 2007 23:25 DOUGLAS & LONDON, P.C. 2125667501 p.2

**IT IS SO STIPULATED.**

Dated: 5/16/07

GORDON & REES LLP

By: ______________________
J. DOMINIC CAMPODONICO
Counsel for Defendant Pfizer, Inc.

Dated: 5/16/07

DOUGLAS & LONDON, P.C.

By: ______________________
MICHAEL A. LONDON (ML-7510)
Counsel for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 17, 2007

By: ______________________
Hon. Charles R. Breyer
Judge of the U.S. District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -

PFZR/1043673/1213572v.1

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER'S MOTION SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE

May 15 2007 23:25 DOUGLAS & LONDON, P.C. 2125667501 p.3