Steven J. Skikos (SBN 148110)
Mark G. Crawford (SBN 136501)
Kathleen N. Millican (SBN 203691)
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone: 415-956-5257
Facsimile: 415-956-4416
kmillican@lopez-hodes.com

Attorneys for Plaintiff JOEL WOOD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB <br> MDL Docket No. 1699 |
| RICHARD ABERNATHY, ROBERT FELLERS, ROBERT GREER, ARTHUR LOREDO, ARITHA MARSHALL, DANIEL McCLANNAHAN, EARL SANDERS, PATRICIA STEELE and JOEL WOOD <br><br> Plaintiffs, <br><br> vs. <br><br> G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC., <br><br> Defendants. | CASE NO. C 06 6127 CRB <br><br> **JUDGE CHARLES R. BREYER** <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br> **[Fed. R. Civ. Pro. 41(a)(2)]** |

Come now the Plaintiff JOEL WOOD and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

1  Should Plaintiff JOEL WOOD or a representative of Plaintiff attempt to re-file claims against
2  Defendants, they shall do so only by re-filing in the United States District Court.

   Plaintiff JOEL WOOD'S claim was filed in a consolidated, multi-plaintiff complaint against defendants. This dismissal is a partial dismissal of plaintiff JOEL WOOD'S claims only and does not affect any claim brought by the remaining plaintiffs.

   Dated: May 8, 2007                    **LOPEZ HODES RESTAINO MILMAN & SKIKOS**

                                          By: /s/
                                          Steven J. Skikos, Esq.
                                          Kathleen N. Millican, Esq.
                                          Attorneys for Plaintiff ARTHUR LOREDO

   Dated: May 15, 2007                   **GORDON & REES LLP**

                                          By: /s/
                                          Stuart M. Gordon, Esq.
                                          Attorneys for Defendants

   IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the claims of plaintiff JOEL WOOD only are dismissed without prejudice.

   DATED: May 16, 2007
                                          The Hon. Charles R. Breyer
                                          Judge of the District Court

   *IT IS SO ORDERED — Judge Charles R. Breyer*

   2
   STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE