1  Troncoso & Schell
   P.O. Box 9023352
2  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
3  Facsimile: (787) 724-2563
   Attorneys for Plaintiff
4

5  UNITED STATES DISTRICT COURT

6  NORTHERN DISTRICT OF CALIFORNIA

7
                                              ) Case No.: 06-cv-02867-CRB
8  _____ )
   IN RE: BEXTRA AND CELEBREX         )
9  MARKETING SALES PRACTICES AND      ) MDL NO. 1699
   PRODUCT LIABILITY LITIGATION       ) District Judge: Charles R. Breyer
10 _____ )
                                              )
11 Gloria P. Santiago-Serrano, et al.         )
                                              )
12        Plaintiffs,                         ) STIPULATION AND ORDER OF
                                              ) DISMISSAL WITHOUT PREJUDICE
13        vs.                                 )
                                              )
14 Pfizer, Inc., et al.                       )
                                              )
15        Defendants.                         )
   _____ )
16

17
        **Come Now** the Plaintiffs, GLORIA PILAR SANTIAGO-SERRANO,
18
   GLORIA IVETTE PEREZ-SANTIAGO, IVONNE PEREZ-SANTIAGO AND
19
   ZAIDA LIZ PEREZ-SANTIAGO, and Defendants, by and through the undersigned
20
   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
21
   stipulate to the dismissal of this action without prejudice with each side bearing its
22
   own attorneys' fees and costs.
23
        Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim
24
   against Defendants, they should do so only by re-filing in the United States District
25
   Court.
26

27
                                              STIPULATION AND ORDER OF
28                                            DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| | | San Juan, PR 00902-3352 |
| 3 | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: *[signature]*
Francisco M. Troncoso
Attorneys for Plaintiffs
Gloria Pilar Santiago-Serrano
Gloria Ivette Pérez-Santiago
Ivonne Pérez-Santiago
Zaida Liz Pérez-Santiago

Dated: ~~April 25, 2007~~ May 15, 2007          GORDON & REES

By: *[signature]*
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 7, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE