1  Troncoso & Schell
   P.O. Box 9023352
2  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
3  Facsimile: (787) 724-2563
   Attorneys for Plaintiff
4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7
                                          ) Case No.: 06-cv-02866-CRB
8                                         )
   IN RE: BEXTRA AND CELEBREX             )
9  MARKETING SALES PRACTICES AND          ) MDL NO. 1699
   PRODUCT LIABILITY LITIGATION           ) District Judge: Charles R. Breyer
10                                        )
                                          )
11 Mario González-Galán, et al.           )
                                          )
12        Plaintiffs,                     ) STIPULATION AND ORDER OF
                                          ) DISMISSAL WITHOUT PREJUDICE
13        vs.                             )
                                          )
14 Pfizer, Inc., et al.                   )
                                          )
15        Defendants.                     )
                                          )
16

17      **Come Now** the Plaintiffs, MARIO GONZALEZ-GALAN, MILDRED
18 HERNANDEZ-CENTENO, MARIO GONZALEZ-ANDUJAR, WALLY
19 GONZALEZ-ANDUJAR AND VANESSA GONZALEZ-ANDUJAR, and
20 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of
21 Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action
22 without prejudice with each side bearing its own attorneys' fees and costs.
23      Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim
24 against Defendants, they should do so only by re-filing in the United States District
25 Court.
26
27
                                  STIPULATION AND ORDER OF
28                                DISMISSAL WITHOUT PREJUDICE

                                       -1-

Case 3:05-md-01699-CRB   Document 1339   Filed 05/21/07   Page 2 of 2

| | |
|---|---|
| 1  Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | P.O. Box 9023352 |
|   | San Juan, PR 00902-3352 |
| 3 | Telephone: (787) 722-0741 |
|   | Facsimile: (787) 724-2563 |

By: _____
Francisco M. Troncoso
Attorneys for Plaintiffs
Mario González-Galán
Mildred Hernández-Centeno
Mario González-Andújar
Wally González-Andújar
Vanessa González-Andújar

May 15, 2007
Dated: ~~April 25, 2007~~

GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2007

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-2-