1  Troncoso & Schell
   P.O. Box 9023352
2  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
3  Facsimile: (787) 724-2563
   Attorneys for Plaintiff
4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7  _____ )   Case No.: 06-cv-02663-CRB
                                    )
8                                   )
   IN RE: BEXTRA AND CELEBREX       )
9  MARKETING SALES PRACTICES AND    )   MDL NO. 1699
   PRODUCT LIABILITY LITIGATION     )   District Judge: Charles R. Breyer
10                                  )
   _____ )
                                    )
11 Esther Córdova-Pérez, et al.     )
                                    )
12      Plaintiffs,                 )   STIPULATION AND ORDER OF
                                    )   DISMISSAL WITHOUT PREJUDICE
13      vs.                         )
                                    )
14 Pfizer, Inc., et al.             )
                                    )
15      Defendants.                 )
   _____ )
16

17      **Come Now** the Plaintiffs, ESTHER CORDOVA-PEREZ, JOSE J.
18 MACEIRA-CORDOVA AND JUAN E. MACEIRA, and Defendants, by and
19 through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
20 41(a), and hereby stipulate to the dismissal of this action without prejudice with each
21 side bearing its own attorneys' fees and costs.
22      Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim
23 against Defendants, they should do so only by re-filing in the United States District
24 Court.

                                                STIPULATION AND ORDER OF
                                                DISMISSAL WITHOUT PREJUDICE

                                    -1-

Dated: April 25, 2007

TRONCOSO & SCHELL
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563

By: /s/ Francisco M. Troncoso
Francisco M. Troncoso
Attorneys for Plaintiffs
Esther Córdova-Pérez
José J. Maceira-Córdova
Juan E. Maceira

Dated: May 15, 2007 [handwritten, over "April 25, 2007"]

GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2007

Hon. Charles R. Breyer
United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]