Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-cv-02662-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| María M. López-Sáncez, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

**Come Now** the Plaintiffs, MARIA LOPEZ-SANCHEZ, WILFREDO VILLANUEVA, WILFREDO VILLANUEVA-LOPEZ, ALFREDO VILLANUEVA, MERCEDES W. VILLANUEVA, JESUS R. VILLANUEVA AND NANCY COLON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-1-

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| 3 | | San Juan, PR 00902-3352 |
| | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: _____
Francisco M. Troncoso
Attorneys for Plaintiffs
María López-Sánchez,
Wilfredo-Villanueva
Wilfredo Villanueva-López
Alfredo Villanueva
Mercedes W. Villanueva
Jesús R. Villanueva
Nancy Colón

Dated: ~~April 25, 2007~~ May 15, 2007

GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __May 17 2007__

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-2-