UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: BEXTRA and CELEBREX | * | MDL Docket No. 1699 |
| | * | |
| MARKETING, SALES PRACTICES | * | |
| AND PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE |
| | * | CHARLES L. BREYER |
| | * | |
| This document relates to: | * | |
| Betty Claunch | * | |
| Case No.  C 05-5416 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

~~[PROPOSED]~~ ORDER TO FILE
AFFIDAVIT UNDER SEAL

On considering the foregoing Motion to File Affidavit Under Seal:

**IT IS HEREBY ORDERED** that the Motion to File Affidavit Under Seal is GRANTED, and the Affidavit of Christy Westad in support of counsel's Motion to Withdraw may be filed under seal.

**IT IS SO ORDERED** this  17th  day of    May           , 2007.

_____
CHARLES L. BREYER
UNITED STATES DISTRICT JUDGE



1