IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05356-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| BEULAH STEWART, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO PLAINTIFF BEULAH STEWART ONLY, CASE NUMBER 0:05-cv-2305 PAM JJG, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff BEULAH STEWART originally filed in the U.S. District Court, District of Minnesota, Case Number 0:05-cv-2305 PAM JJG, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed with prejudice.

    The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201

Respectfully submitted:

Dated: 5/14/07    By: _____
                      Beulah Stewart

Dated: 5/16/07    By: _____
                      Jeffrey A. Bowersox, OSB # 81442
                      Email: Jeffrey@BLFpc.com
                      BOWERSOX LAW FIRM, P.C.
                      111 S.W. Columbia St., Suite 1000
                      Portland, Oregon 97201
                      Telephone: (503) 452-5858
                      Facsimile: (503) 525-4833


                      Daniel E. Becnel, Jr., LA Bar #2929
                      Matthew B. Moreland, LA Bar #24567
                      Kevin P. Klibert, LA Bar #26954
                      LAW OFFICES OF DANIEL E. BECNEL, JR.
                      106 W. Seventh Street
                      Post Office Drawer H
                      Reserve, LA 70084
                      Telephone: (985) 536-1186
                      Facsimile: (985) 536-6445

                      Ronald Goldser, MN Bar #35932
                      Zimmerman Reed PLLP
                      651 Nicollet Mall #501
                      Minneapolis, MN 55402
                      Telephone: (612) 341-0400
                      Facsimile: (612) 341-0844
                      *Attorneys for Plaintiff Beulah Stewart*

Dated: 5/21/07    By: _____
                      Stuart Gordon, Esq., CA Bar #37477
                      Embarcadero Center West
                      275 Battery Street 20th Floor
                      San Francisco, CA 94111
                      Telephone: (415) 986-5900
                      Facsimile: (415) 986-8054

                      *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:  May 22, 2007



Honorable Charles Breyer
United States District C...

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201