IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | MDL No. 1699<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| **RUTH MIKEALS**, Individually and as Special Administrator of the Estate of JOSEPH MIKEALS , individually,<br><br>Plaintiff,<br><br>v.<br><br>**PFIZER, INC., et al.,**<br><br>Defendants. | Case No. 3:07-cv-00499-CRB<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this  25th  day of  May , 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

Page 1 of 1