IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Jack Backowski, 05-2086 CRB _____/ | CASE NO. 05-1699 CRB MDL No. 1699 CRB **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |

Now pending before the Court is the motion of plaintiff Jack Backowski to dismiss his action without prejudice. After carefully considering plaintiff's motion and defendants' opposition, plaintiff's motion is DENIED. Defendant would be prejudiced if the Court were to allow plaintiff to abandon his action without prejudice at this stage in the litigation of plaintiff's lawsuit. In addition, a dismissal without prejudice would disrupt the orderly administration of this MDL action and, in particular, the selection of cases for the discovery pool.

**IT IS SO ORDERED.**

Dated: May 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebackowski.wpd