1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  144 W. Colorado Boulevard
   Pasadena, California 91105
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6
7  Attorneys for Plaintiffs

8
9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| 15  FRANKIE K. TANG, | Case No. C 06-0094 CRB |
| 16           Plaintiffs, | **MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |
| 17  v. | |
| 18  PFIZER INC., PHARMACIA CORPORATION, MONSANTO CO., and DOES ONE through FIFTEEN, inclusive | |
| 20           Defendants. | |

21       COMES NOW plaintiff Frankie K. Tang through the undersigned attorneys, and state,
22
23  allege and pray as follows:
24       The herein plaintiff has been represented by Jeanette Haagas of the Law firm of Hersh &
25  Hersh. Plaintiff has acquiesced to Hersh & Hersh's withdrawal of their legal representation
26  herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.
27
28

The undersigned attorneys respectfully request that this Honorable Court authorize the substitution of Hersh & Hersh as plaintiff's legal counsel herein, and accept Gancedo & Nieves LLP as plaintiff's attorneys herein.

**WHEREFORE,** plaintiff respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and authorize Gancedo & Nieves LLP to act as plaintiff's new counsel of record.

Dated: May 24, 2007

Respectfully submitted,

GANCEDO & NIEVES LLP

By: /s/ **Hector G. Gancedo**

Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

Case 3:05-md-01699-CRB    Document 1375    Filed 05/30/07    Page 3 of 4

## ORDER

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Frankie K. Tang.

Dated: May 29, 2007



Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
- 3 -

SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: **MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL**

I hereby certify that on May 25, 2007, a copy of the foregoing was mailed by United States Postal Service to the following:

Stuart M. Gordon
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Sara Gourley
Sherry A. Knutson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Charles Q. Socha
Michele Anderson
SOCHA PERCZAK SETTER & ANDERSON, P.C.
Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Brooke L. Killian
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Williams Boggs
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Matthew Lepore
DLA PIPER US
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Matthew Holian
DLA PIPER US
33 Arch Street, 26th Floor
Boston, MA 02110-1447

/s/ Rosario Castellanos
ROSARIO CASTELLANOS