IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ | No. MDL 05-01699 CRB  **ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFF TO SHOW CAUSE** |

*This document relates to:*

Michelle Boyer, 07-1374 CRB

_____/

Now pending for decision is the motion of the law firm of Simien & Simien, L.L.C. to withdraw as counsel for plaintiff Michelle Boyer. After carefully considering the motion, and the supporting affidavit, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) counsels' motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **June 22, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if plaintiff wishes to proceed with this action, she shall advise the Court of the name and address of her new counsel or, if she will be representing himself, she must advise the Court of her current contact information. Plaintiff is warned that her failure to communicate with the Court in

1  writing as set forth above may result in dismissal of her action with prejudice.

2  **IT IS SO ORDERED.**

3  Dated: June 4, 2007

4  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\simienosc2.wpd