Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| RUBY BEATTY, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through FIFTY. <br><br> Defendants. | Case No. C 07-0224 CRB <br><br> **MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |

COMES NOW plaintiff Ruby Beatty, through the undersigned attorneys, and state, allege and pray as follows:

The herein plaintiff has been represented by Jeanette Haagas of the Law firm of Hersh & Hersh. Plaintiff has acquiesced to Hersh & Hersh's withdrawal of their legal representation herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.

The undersigned attorneys respectfully request that this Honorable Court authorize the substitution of Hersh & Hersh as plaintiff's legal counsel herein, and accept Gancedo & Nieves LLP as plaintiff's attorneys herein.

**WHEREFORE**, plaintiff respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and authorize Gancedo & Nieves LLP to act as plaintiff's new counsel of record.

Dated: May 24, 2007                                    Respectfully submitted,

                                                       GANCEDO & NIEVES LLP

                                                       By: /s/ **Hector G. Gancedo**

                                                       Hector G. Gancedo (SB# 132139)
                                                       hgancedo@gancedonieves.com
                                                       Tina B. Nieves (SB# 134384)
                                                       tnieves@gancedonieves.com
                                                       GANCEDO & NIEVES LLP
                                                       144 W. Colorado Boulevard
                                                       Pasadena, California 91105
                                                       Telephone: (626) 685-9800
                                                       Facsimile: (626) 685-9808

                                                       Attorneys for Plaintiffs

# ORDER

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Ruby Beatty.

Dated: June 4, 2007



Charles R. Breyer
United States District