UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENTON & BARBARA BENTON, <br><br> PLAINTIFFS, <br><br> vs. <br><br> PFIZER, INC., <br><br> DEFENDANT. | Case No. C 06 2544 <br> (Related to MDL 1699) |

## [PROPOSED] ORDER ON SUGEGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY

Upon consideration of Plaintiff Barbara Benton's Suggestion of Death and Motion for Substitution of Party, the Court hereby orders that Barbara Benton be designated as the named Plaintiff in the above-referenced cause of action. Further, Barbara Benton will act as the personal representative with authority to prosecute and settle this cause of action on behalf of the Decedent.

SO ORDERED.

Dated: June 1, 2007

Honorable Charles R. Breyer
United States District Judge