1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  144 W. Colorado Boulevard
   Pasadena, California 91105
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6
7  Attorneys for Plaintiffs

8
9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| JACQUELINE GILBERT, individually, and HARVEY STENSON, spouse, | Case No. C 06-3507 CRB |
| Plaintiffs, | **MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |
| v. | |
| PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES ONE through FIFTY. | |
| Defendants. | |

COMES NOW plaintiffs Jaqueline Gilbert and Harvey Stenson, through the undersigned attorneys, and state, allege and pray as follows:

The herein plaintiffs' have been represented by Jeanette Haagas of the Law firm of Hersh & Hersh. Plaintiffs' have acquiesced to Hersh & Hersh's withdrawal of their legal representation herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.

SUBSTITUTION OF ATTORNEY

1  The undersigned attorneys respectfully request that this Honorable Court authorize the

2  substitution of Hersh & Hersh as plaintiffs' legal counsel herein, and accept Gancedo & Nieves

3  LLP as plaintiffs' attorneys herein.

4  **WHEREFORE**, plaintiffs' respectfully request that this Honorable Court authorize the

5

6  substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and

7  authorize Gancedo & Nieves LLP to act as plaintiffs' new counsel of record.

8  Dated: May 24, 2007                    Respectfully submitted,

9                                          GANCEDO & NIEVES LLP

10                                         By:  /s/ **Hector G. Gancedo**

11                                         Hector G. Gancedo (SB# 132139)
12                                         hgancedo@gancedonieves.com
                                           Tina B. Nieves (SB# 134384)
13                                         tnieves@gancedonieves.com
                                           GANCEDO & NIEVES LLP
14                                         144 W. Colorado Boulevard
                                           Pasadena, California 91105
15                                         Telephone: (626) 685-9800
16                                         Facsimile: (626) 685-9808

17                                         Attorneys for Plaintiffs

SUBSTITUTION OF COUNSEL

## ORDER

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiffs, Jaqueline Gilbert and Harvey Stenson.

Dated: June 1, 2007

Charles R. Breyer
United States District Judge
- 3 -

SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:
**MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL**

I hereby certify that on May 25, 2007, a copy of the foregoing was mailed by United States Postal Service to the following:

Stuart M. Gordon
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Sara Gourley
Sherry A. Knutson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Charles Q. Socha
Michele Anderson
SOCHA PERCZAK SETTER & ANDERSON, P.C.
Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Brooke L. Killian
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Williams Boggs
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Matthew Lepore
DLA PIPER US
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Matthew Holian
DLA PIPER US
33 Arch Street, 26th Floor
Boston, MA 02110-1447

/s/ **Rosario Castellanos**
ROSARIO CASTELLANOS