1   Hector G. Gancedo (SB# 132139)
    hgancedo@gancedonieves.com
2   Tina B. Nieves (SB# 134384)
    tnieves@gancedonieves.com
3   GANCEDO & NIEVES LLP
4   144 W. Colorado Boulevard
    Pasadena, California 91105
5   Telephone: (626) 685-9800
    Facsimile: (626) 685-9808
6
    Attorneys for Plaintiffs
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12  | IN RE: BEXTRA AND CELEBREX                 | MDL No. 1699 |
    | MARKETING SALES PRACTICES AND              |              |
13  | PRODUCT LIABILITY LITIGATION               |              |

14

15  | PAUL DENNIS, individually                  | Case No. C 06-4155 CRB |

16  |              Plaintiffs,                    | **MOTION AND ORDER FOR** |
17  | v.                                         | **SUBSITUTION OF COUNSEL** |

18  PFIZER INC., PHARMACIA
    CORPORATION, G.D. SEARLE LLC, (FKA
19  G.D. SEARLE & CO.), and DOES ONE
    through FIFTY.
20            Defendants.

21

22        COMES NOW plaintiff Paul Dennis through the undersigned attorneys, and state, allege

23  and pray as follows:

24        The herein plaintiff has been represented by Jeanette Haagas of the Law firm of Hersh &

25  Hersh. Plaintiff has acquiesced to Hersh & Hersh's withdrawal of their legal representation

26
    herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.
27

28

                                                        SUBSTITUTION OF ATTORNEY

1    The undersigned attorneys respectfully request that this Honorable Court authorize the

2    substitution of Hersh & Hersh as plaintiff's legal counsel herein, and accept Gancedo & Nieves

3    LLP as plaintiff's attorneys herein.

4    **WHEREFORE,** plaintiff respectfully request that this Honorable Court authorize the

5

6    substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and

7    authorize Gancedo & Nieves LLP to act as plaintiff's new counsel of record.

8    Dated: May 24, 2007                     Respectfully submitted,

9                                            GANCEDO & NIEVES LLP

10                                           By: /s/ **Hector G. Gancedo**

11                                           Hector G. Gancedo (SB# 132139)
12                                           hgancedo@gancedonieves.com
                                             Tina B. Nieves (SB# 134384)
13                                           tnieves@gancedonieves.com
                                             GANCEDO & NIEVES LLP
14                                           144 W. Colorado Boulevard
15                                           Pasadena, California 91105
                                             Telephone: (626) 685-9800
16                                           Facsimile: (626) 685-9808

17                                           Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

- 2 -                          SUBSTITUTION OF COUNSEL

1        **ORDER**

2        Good cause appearing, **IT IS ORDERED:**

3        That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in

4        as counsel for plaintiff, Paul Dennis.

5

6

7        Dated: June 1, 2007

         Charles R. Breyer
8        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        - 3 -                    SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:
**MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL**

I hereby certify that on May 25, 2007, a copy of the foregoing was mailed by United States Postal Service to the following:

Stuart M. Gordon
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Sara Gourley
Sherry A. Knutson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Charles Q. Socha
Michele Anderson
SOCHA PERCZAK SETTER & ANDERSON, P.C.
Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Brooke L. Killian
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Williams Boggs
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Matthew Lepore
DLA PIPER US
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Matthew Holian
DLA PIPER US
33 Arch Street, 26th Floor
Boston, MA 02110-1447

/s/ **Rosario Castellanos**
ROSARIO CASTELLANOS