1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  144 W. Colorado Boulevard
   Pasadena, California 91105
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6
7  Attorneys for Plaintiffs

8
9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| ROSEVELT CAIN; LAUREN CAMPLYN; SHEILA CUESTA; ESTER DUDLEY; DAVID DURAN; WILLIAM GREENE; ELLEN IVESTER; INEZ KIRKMAN; TONI KUHN; LETICIA RANGEL; SUSAN SKINNER; NIKKI SPENCER; ETTA TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, AND G.D. SEARLE, LLC,<br><br>Defendants. | Case No. C 06-4590 CRB<br><br>**MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |

COMES NOW plaintiffs, Rosevelt Cain, Lauren Camplyn, Sheila Cuesta, Ester Dudley, David Duran, William Greene, Ellen Ivester, Inez Kirkman, Toni Kuhn, Leticia Rangel, Susan Skinner, Nikki Spencer and Etta Taylor through the undersigned attorneys, and state, allege and pray as follows:

SUBSTITUTION OF ATTORNEY

1  The herein plaintiffs' have been represented by Jeanette Haagas of the Law firm of Hersh
2  & Hersh. Plaintiffs' have acquiesced to Hersh & Hersh's withdrawal of their legal representation
3  herein, and have authorized Gancedo & Nieves LLP to assume their legal representation herein.
4
5  The undersigned attorneys respectfully request that this Honorable Court authorize the
6  substitution of Hersh & Hersh as plaintiffs' legal counsel herein, and accept Gancedo & Nieves
7  LLP as plaintiffs' attorneys herein.

8  **WHEREFORE,** plaintiffs' respectfully request that this Honorable Court authorize the
9  substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and
10 authorize Gancedo & Nieves LLP to act as plaintiffs' new counsel of record.

Dated: May 24, 2007                                     Respectfully submitted,

                                                        GANCEDO & NIEVES LLP

                                                        By:  /s/ **Hector G. Gancedo**

                                                        Hector G. Gancedo (SB# 132139)
                                                        hgancedo@gancedonieves.com
                                                        Tina B. Nieves (SB# 134384)
                                                        tnieves@gancedonieves.com
                                                        GANCEDO & NIEVES LLP
                                                        144 W. Colorado Boulevard
                                                        Pasadena, California 91105
                                                        Telephone: (626) 685-9800
                                                        Facsimile: (626) 685-9808

                                                        Attorneys for Plaintiffs

## ORDER

Good cause appearing, IT IS ORDERED:

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiffs, Rosevelt Cain, Lauren Camplyn, Sheila Cuesta, Ester Dudley, David Duran, William Greene, Ellen Ivester, Inez Kirkman, Toni Kuhn, Leticia Rangel, Susan Skinner, Nikki Spencer and Etta Taylor.

Dated: June 1, 2007

Charles R. Breyer
United States District Judge

SUBSTITUTION OF COUNSEL