UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Terry Scally                    05-01669 CRB | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER'S MOTION SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE<br><br>Date:    May 18, 2007<br>Time:   10:00 a.m.<br>Judge:  Hon. Charles R. Breyer |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Pfizer and Plaintiff's counsel agree and hereby stipulate that the hearing on Pfizer's Motion Seeking an Order Dismissing Plaintiff Terry Scally's Claims With Prejudice shall be continued from June 1, 2007 at 10:00 a.m. **to June 29, 2007 at 10:00 a.m.** or as soon thereafter as counsel can be heard. Said motion shall be heard before the Honorable Charles R. Breyer, United States District Judge, Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Pretrial Order Nos. 6 and 18, the Opposition, if any, shall be due on or before Tuesday, June 19, 2007 and the Reply, if any, shall be due on or before Friday, June 22, 2007.

1  **IT IS SO STIPULATED.**

3  Dated: 6/4/07                    GORDON & REES LLP

4                                   By: _____
                                        J. DOMINIC CAMPODONICO
5                                       Counsel for Defendant Pfizer, Inc.

7  Dated: _____           DOUGLAS & LONDON, P.C.

8                                   By: _____
                                        MICHAEL A. LONDON
9                                       Counsel for Plaintiff

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 Dated: 06/07/07

15                                  By: _____
                                        Hon. Charles R. Breyer
16                                      of the U.S. District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]*

PFZR/1043673/1225271v.1

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER'S MOTION
SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE

## PROOF OF ELECTRONIC SERVICE

I, Charles Gonzalez, declare as follows;

1. I am employed in the City/County of San Francisco and am an employee at the law firm of Gordon & Rees, located at 275 Battery Street, Suite 2000, San Francisco, CA 94111.

2. I am over the age of 18 and not a party to the within action.

3. On **June 5, 2007**, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER'S MOTION SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE**

via electronic filing in accordance with the terms of GENERAL ORDER NO. 17 RE ESTABLISHMENT OF WEBSITE FOR ELECTRONIC SERVICE governing the In Re Diet Drug Litigation matters requiring all documents to be served upon interested parties via LexisNexis.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **5th day of June, 2007**, at San Francisco, California.

_____
Charles Gonzalez

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On **June 5, 2007**, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PFIZER'S MOTION SEEKING ORDER DISMISSING PLAINTIFF TERRY SCALLY'S CLAIMS WITH PREJUDICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

Michael A. London, Esq.
Douglas & London, P.C.
111 John Street
New York, NY 10038

Attorney for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 5, 2007**, at San Francisco, California.

_____
Charles Gonzalez