## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE A. GAGLIARDO | : |
| As Executrix of the Estate of | : |
| JOHN B. GAGLIARDO, | : |
| And in her own right | : |
| 113 W. Broad Street | : |
| East Stroudsburg, PA 18301 | : |
| | : MDL Civil Action No.: 3:07-cv-0592-CRB |
| Plaintiff | : |
| | : Transferred From: |
| v. | : UNITED STATES DISTRICT COURT |
| | : FOR THE EASTERN DISTRICT OF |
| PFIZER INC. | : PENNSYLVANIA |
| 235 East 42nd Street | : (Civil Action No.: 2:06-cv-04910) |
| New York, New York 10017 | : |
| | : |
| And | : |
| | : |
| PHARMACIA CORP. | : |
| 100 Route 206 North | : **NOTICE OF SUBSTITUTION OF** |
| Peapack, New Jersey, 07977 | : **COUNSEL** |
| | : |
| And | : |
| | : |
| MONSANTO COMPANY | : |
| 800 North Lindbergh Boulevard | : |
| St. Louis, Missouri 63167 | : |
| | : |
| And | : |
| | : |
| G.D. SEARLE, LLC | : |
| 4901 Searle Parkway | : |
| Skokie, Illinois 60077 | : |
| | : |
| Defendants | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please remove Stanford Lafayette Kimmel, III as counsel for Plaintiff Jane A.

Gagliardo. Patricia J. Kasputys and the Law Offices of Peter G. Angelos, P.C. should be

substituted as Plaintiff's counsel.

Respectfully submitted,

*Patricia Kasputys*

Patricia J. Kasputys (Fed. Bar No. 03775)

**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: 410-649-2000
Facsimile: 410-649-2101

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $\underline{29}$th day of $\underline{May}$, 2007, a copy of this Notice was served electronically to:

Stuart M. Gordon
sgordon@gordonrees.com

Charnanda T. Reid
charn.reid@dlapiper.com

Raymond M. Williams
raymond.williams@dlapiper.com

*Attorneys for Defendants*

*Patricia Kasputys*

Patricia J. Kasputys (Fed. Bar No. 03775)

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

June 1, 2007
DATE