**THE SCHMIDT FIRM, LLP**
Michael E. Schmidt
2911 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
GERTRUDE PISATURO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL 1699** |
| | **JUDGE CHARLES R. BREYER** |
| | **Docket No. 3:06-cv-00777 CRB** |
| This Document Relates to: | |
| **GERTRUDE PISATURO,** | **MOTION TO SUBSTITUTE COUNSEL; SUBSTITUTION OF COUNSEL; ORDER OF SUBSTITUTION** |
| Plaintiff, | |
| vs. | |
| **G.D. SEARLE, et al.,** | |
| Defendants. | |

1

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gertrude Pisaturo, who requests that she be permitted to substitute Mark P. Robinson, Jr. with Robinson, Calcagnie & Robinson, as her counsel of record in place of the firm of The Schmidt Firm, LLP.

Dated: February ___, 2007

_____
Michael E. Schmidt
THE SCHMIDT FIRM, LLP
Attorneys for Plaintiff
GERTRUDE PISATURO

1

## SUBSTITUTION OF COUNSEL

2

3      Plaintiff, Gertrude Pisaturo hereby substitutes Mark P. Robinson, Jr. and

4   Robinson, Calcagnie & Robinson, 620 Newport Center Drive, Seventh Floor,

5   Newport Beach, CA 92660, telephone number (949) 720-1288, as attorney of record

6   in the place and stead of The Schmidt Firm, LLP.

7

8   Dated: February _6_, 2007          *Gertrude Pisaturo*
                                       **Gertrude Pisaturo**
9

10

11      We consent to the above substitution.

12   Dated: February ___, 2007

13                                 Michael E. Schmidt
                                   **THE SCHMIDT FIRM, LLP**
14                                 2911 Turtle Creek Blvd, Suite 1400
15                                 Dallas, TX 75219
                                   Telephone: (214) 521-4898
16                                 Facsimile: (214) 521-9995
17

18      We accept this substitution.

19   Dated: February _28_, 2007

20

21

22                                 Mark P. Robinson, Jr.
                                   Carlos A. Prietto, III
23                                 Ted B. Wacker
                                   **ROBINSON, CALCAGNIE & ROBINSON**
24                                 620 Newport Center Drive, 7th Floor
25                                 Newport Beach, CA 92660
                                   Telephone: (949) 720-1288
26                                 Facsimile: (949) 720-1292
27

28

                                       3

1

## ORDER OF SUBSTITUTION

2

3

On considering the foregoing Motion to Substitute Counsel:

4

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and

5

the same is hereby **GRANTED** and Robinson, Calcagnie & Robinson, 620 Newport

6

Center Drive, 7th Floor, Newport Beach, CA 92660, is substituted as counsel of

7

record for plaintiffs in this matter for the firm of The Schmidt Firm, LLP.

IT IS SO ORDERED this 4th day of _June_ , 2006.

8

9

10

11

**CHARLES R. BREYER**
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28