**THE SCHMIDT FIRM, LLP**
Michael E. Schmidt
2911 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
JERRI MINK IN RE: OSCAR MINK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL 1699** |
| | **JUDGE CHARLES R. BREYER** |
| | **Docket No. 3:06-cv-00788 CRB** |
| This Document Relates to: | |
| **JERRI MINK IN RE: OSCAR MINK,** | **MOTION TO SUBSTITUTE COUNSEL; SUBSTITUTION OF COUNSEL; ORDER OF SUBSTITUTION** |
| Plaintiff, | |
| vs. | |
| **G.D. SEARLE, et al.,** | |
| Defendants. | |

1

## MOTION TO SUBSTITUTE COUNSEL

2

3     NOW INTO COURT, through undersigned counsel, comes Plaintiff, Jerri
4   Mink on behalf of Oscar Mink, who requests that she be permitted to substitute
5   Mark P. Robinson, Jr. with Robinson, Calcagnie & Robinson, as her counsel of
6   record in place of the firm of The Schmidt Firm, LLP.

7

8   Dated: ~~November~~ January 28, 2006

9

10

11

12   Michael E. Schmidt
     THE SCHMIDT FIRM, LLP
13   Attorneys for Plaintiff
     GERTRUDE PISATURO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2
                Motion to Substitute Counsel; Substitution; Order

1

## SUBSTITUTION OF COUNSEL

2

3     Plaintiff, Jerri Mink on behalf of Oscar Mink, hereby substitutes Mark P.

4   Robinson, Jr. and Robinson, Calcagnie & Robinson, 620 Newport Center Drive,

5   Seventh Floor, Newport Beach, CA 92660, telephone number (949) 720-1288, as

6   attorney of record in the place and stead of The Schmidt Firm, LLP.

7

8   Dated: November 12, 2006

9   **Jerri Mink on behalf of Oscar Mink**

10

11     We consent to the above substitution.

12   Dated: November 26, 2006

13   Michael E. Schmidt

14   **THE SCHMIDT FIRM, LLP**
     2911 Turtle Creek Blvd, Suite 1400

15   Dallas, TX 75219

16   Telephone: (214) 521-4898
     Facsimile: (214) 521-9995

17

18     We accept this substitution.

19   Dated: November 18, 2007

20

21   Mark P. Robinson, Jr.

22   Carlos A. Prietto, III

23   Ted B. Wacker

24   **ROBINSON, CALCAGNIE & ROBINSON**
     620 Newport Center Drive, 7th Floor

25   Newport Beach, CA 92660

26   Telephone: (949) 720-1288
     Facsimile: (949) 720-1292

27

28

                                    3
                                    Motion to Substitute Counsel; Substitution; Order

1

## ORDER OF SUBSTITUTION

2

On considering the foregoing Motion to Substitute Counsel:

3

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and

4

the same is hereby **GRANTED** and Robinson, Calcagnie & Robinson, 620 Newport

5

Center Drive, 7th Floor, Newport Beach, CA 92660, is substituted as counsel of

6

record for plaintiffs in this matter for the firm of The Schmidt Firm, LLP.

7

IT IS SO ORDERED this 4th day of ᴊᴜɴ , 2006.

8

9

10

**CHARLES R. BREYER**

11

UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4