UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate |
| DENISE WHITE<br>           Plaintiff,<br><br>VS.<br><br>PFIZER, INC. ET AL<br>           Defendants. | § § § § § § § § | C.A. No. 07 CV 1963<br><br>NOTICE OF DISMISSAL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGE:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __13th__ day of __June_____, 2007, in San Francisco, California.



_____
CHARLES R. BREYER
United States District Judge

1