IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

   Jose M. Ruiz Cordero,  06-2438
_____/

    Now pending for decision is the motion of the law firm of Sanders Viener Grossman, LLP to withdraw as counsel for plaintiff Jose M. Ruiz Cordero in the above matter.  After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) Sanders Viener Grossman, LLP's motion to withdraw as counsel should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **July 13, 2007** of the reasons the withdrawal should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action, he shall advise the Court of the name and address of his new counsel or, if he will be representing himself, he must advise the Court of his contact information.  In addition, he shall advise the Court as to

whether he has completed and served defendants with a plaintiff fact sheet and provided defendants with authorizations for the release of medical records.  Plaintiff is warned that his failure to communicate with the Court in writing as set forth above may result in dismissal of his action with prejudice.

Plaintiff's counsel shall ensure that plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: June 18, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Sanders2VienerGrossmanosc2.wpd