IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Lola Randolph, Robert Groce Sr.,
06-2101 CRB
_____/

Now pending for decision is the motion of the law firm of Brown & Crouppen, P.C. to withdraw as counsel for plaintiffs Lola Randolph and Robert Groce Sr. in the above matter. After carefully considering the motion, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) Brown & Crouppen's motion to withdraw as counsel should not be granted; and (2) plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If either plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, the plaintiff shall notify the Court in writing on or before **July 13, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if a plaintiff wishes to proceed with this action, plaintiff shall advise the Court of the name and address of plaintiff's new counsel or, if the plaintiff will be representing himself or herself, plaintiff must advise the Court of plaintiff's contact

information.  In addition, the plaintiff shall advise the Court as to whether the plaintiff has completed and served defendants with a plaintiff fact sheet and provided defendants with authorizations for the release of medical records.  Plaintiffs are warned that their failure to communicate with the Court in writing as set forth above may result in dismissal of their actions with prejudice.

Plaintiffs' counsel shall ensure that each plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: June 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\browngrouppenosc1.wpd