IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL** |

*This document relates to:*

Barbara Hargrove, Bernadine Poche,
    07-1167 CRB
_____/

    At plaintiffs' request, the claims of Barbara Hargrove and Bernadine Poche are dismissed without prejudice, on the condition that should plaintiffs decide to re-file their claims, the must file their claims in a United States District Court.

    **IT IS SO ORDERED.**

Dated: June 19, 2007

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre07-1167.wpd