IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, | No. MDL 05-01699 CRB<br><br>**ORDER** |

_____/

*This document relates to:*

Mary Twilbeck Senia, 06-4085 CRB
_____/

    Now pending before the Court is the motion of Allan Berger of the law firm of Allan Berger & Associates, P.L.C. to withdraw as counsel for plaintiff Mary Twilbeck Senia. Counsel Berger represents that plaintiff is now being represented by John Sileo, who has left the Allan Berger law offices. According to the docket, Mr. Sileo has not yet made a new appearance for plaintiff (or plaintiffs). Rather than grant the motion to withdraw, the Court will consider a properly submitted motion to substitute counsel. The motion should clearly identify as to what plaintiff or plaintiffs the motion applies. The motion to withdraw is therefore DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: June 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order1allanberger.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\ordersmisc\order1allanberger.wpd