**FILED**

**A CERTIFIED TRUE COPY**

JUL - 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 1 8 2007**

FILED
CLERK'S OFFICE

*DOCKET NO. 1699*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-73)*

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,102 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**SCHEDULE CTO-73 - TAG-ALONG ACTIONS**
**DOCKET NO. 1699**
**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

**DIST. DIV. C.A.#**    **CASE CAPTION**

FLORIDA MIDDLE
  FLM 3  07-449    Thomas Padgett v. Pfizer Inc., et al.

MINNESOTA
  MN  0  07-2589    Pauline Johnson, et al. v. Pfizer Inc., et al.

TEXAS NORTHERN
  ~~TXN 4  07-335~~    ~~Frances Carter v. Pfizer Inc., et al.~~    Opposed 7/5/07

TEXAS SOUTHERN
  ~~TXS 2  07-247~~    ~~Elva Estrada v. Pfizer Inc., et al.~~    Opposed 7/5/07
  ~~TXS 2  07-248~~    ~~Helen Beams, etc. v. Pfizer Inc., et al.~~    Opposed 7/5/07
  ~~TXS 2  07-250~~    ~~Margaret Ann Brittain, et al. v. Pfizer Inc., et al.~~    Opposed 7/5/07
  ~~TXS 2  07-254~~    ~~Louis A. Barrera v. Pfizer Inc., et al.~~    Opposed 7/5/07
  ~~TXS 2  07-256~~    ~~Viola Resendez, et al. v. Pfizer Inc., et al.~~    Opposed 7/5/07
  ~~TXS 7  07-136~~    ~~Roel Gonzalez, et al. v. Pfizer Inc., et al.~~    Opposed 7/5/07

TEXAS WESTERN
  ~~TXW 1  07-426~~    ~~Harold Walker, et al. v. Pfizer Inc., et al.~~    Opposed 7/5/07

WEST VIRGINIA SOUTHERN
  WVS 2  07-339    Carol Smith, et al. v. Pfizer Inc.