UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **NOTICE OF CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

The Case Management Conference ("CMC") previously scheduled for Wednesday, July 11, 2007 at 2:15 p.m. will be continued to a date to be determined by the Court. Notice of the date for the new CMC will be provided in a future order.

**IT IS SO ORDERED.**

Dated: July 6, 2007

/s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-1-