1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ Joseph Kulhowvich, et al v. Pfizer, Inc. MDL No. 06-7505: Plaintiff Dennis Pennengill | Case No. 06-7505 CRB MDL NO. 1699 District Judge: Charles R. Breyer STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, DENNIS PENNENGILL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

The Plaintiff Pennengill's claim was filed in a consolidated, multi-plaintiff complaint against the defendants. This dismissal is a partial dismissal of Plaintiff Pennengill's claim only and does not affect any claim brought by the remaining plaintiffs.

DATED: 6/20, 2007        STRATTON FAXON

By: _____
    Michael A. Stratton
    Attorney for Plaintiff, Dennis Pennengill

DATED: Jun 25, 2007      GORDON & REES

By: _____
    Stuart M. Gordon
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7/9/2007          _____
                         Hon. Charles R. Breyer
                         United States District Court

PFZR/1035934/1207725v.1

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**