UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1766 <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Dorothy Sanders, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff, DOROTHY SANDERS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: June 22, 2007 | KENNETH B. MOLL & ASSOCIATES |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Kenneth B. Moll |
| | | Attorneys for Plaintiff, DOROTHY SANDERS |
| 5 | DATED: June __, 2007 | GORDON & REES |
| 6 | | |
| 7 | | By: /s/ |
| 8 | | Stuart M. Gordon |
| | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7/9/2007

Hon. Charles R. Breyer
United States District Court

FZR/1035934/1361235v.1

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE