1  | AUDET & PARTNERS, LLP
2  | William M. Audet (CA 117456)
   | Joshua C. Ezrin (CA 220157)
3  | Adel A. Nadji (CA 232599)
   | 221 Main Street, Suite 1460
4  | San Francisco, CA 94105
   | Telephone: 415.568.2555
5  | Facsimile: 415.568.2556

6  Attorneys for Plaintiff

7

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  | IN RE: BEXTRA AND CELEBREX          ) | Case No. C-07-1982 CRB
14  | MARKETING, SALES PRACTICES          )
    | AND PRODUCTS LIABILITY              ) | MDL No. 1699
15  | LITIGATION                          )
                                          ) | JUDGE BREYER
16  | ————————————————————————            )
17  | This Document relates to:           ) | **STIPULATION AND ORDER OF**
                                          ) | **DISMISSAL ONLY AS TO CASE**
18  | NANNETTE LAMPHERE                   ) | **NUMBER 07-1982 CRB,**
    | Individual Case No. 07-1982         ) | **ORIGINALLY FILED IN THE**
19  |                                     ) | **NORTHERN DISTRICT OF**
20  |                                     ) | **CALIFORNIA**
                                          )
21

22

23        IT IS HEREBY STIPULATED AND AGREED by and between counsel for

24  Plaintiff and counsel for Defendants that the Complaint of Plaintiff NANNETTE

25  LAMPHERE originally filed in the Northern District of California, Case Number

26  07-1982, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex,*

27  *Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby

28  dismissed without prejudice.

1     The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's

2  claim, Plaintiff will only re-file in Federal Court.  The parties shall each bear their

3  own costs.

4  DATED:  June 25, 2007                    AUDET & PARTNERS, LLP

5

6                                           By:    /s/  Adel A. Nadji
7                                               William M. Audet
                                               Joshua C. Ezrin
8                                              221 Main Street, Suite 1460
                                               San Francisco, CA  94105
9                                              Telephone:  415.568.2555
                                               Facsimile:  415.568.2556
10
                                               Attorneys for Plaintiff
11                                             Nannette Lamphere

12 DATED:  June 25, 2007                    GORDON & REESE LLP

13

14
                                           By:
15                                             Stuart Gordon, Esq.
                                               Gordon & Reese LLP
16                                             275 Battery Street, Suite 2000
                                               San Francisco, CA  94105
17                                             Telephone: (213) 430-3400
                                               Facsimile:  (213) 430-3409
18
                                               Attorneys for Defendants
19                                             PFIZER INC., PHARMACIA
                                               CORPORATION, and
20                                             MONSANTO COMPANY (the
                                               Monsanto Company now known
21                                             as Pharmacia Corporation)

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  Dated: _____7/9/2007_____

_____
HONORABLE CHARLES R. BREYER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28