IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Joel Wood, Aritha Marshall, Earl Sanders, and Patricia Steele, 06-6127 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR A FAILURE TO PROSECUTE** |

On June 4, 2007, the Court issued Orders To Show Cause directing plaintiffs Joel Wood, Aritha Marshall, Earl Sanders, and Patricia Steele to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) plaintiffs' claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiffs to notify the Court in writing on or before June 22, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiffs wished to contest either action. As of the date of this Order, none of the plaintiffs has responded to the Court's June 4, 2007 Order and none has otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motions to

//

//

withdraw are GRANTED and plaintiffs' claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 10, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\wooderaldismiss.wpd