IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR A FAILURE TO PROSECUTE** |

*This document relates to:*

Michelle Boyer, 07-1374 CRB
_____/

On June 4, 2007, the Court issued an Order To Show Cause directing plaintiff Michelle Boyer to show cause as to why (1) her counsel's motion to withdraw should not be granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiff to notify the Court in writing on or before June 22, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiffs wished to contest either action. As of the date of this Order, plaintiff has not responded to the Court's June 4, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiff'' counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 10 2007

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\boyerdismiss.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\showcauseorders\boyerdismiss.wpd      2