IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Master Docket No. M:05-CV-01699-CRB

MDL No. 1699

This Relates to MDL Case No. 06-3205-CRB

Plaintiff: Diane Odom, et al.

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

KEN RAMON ADCOCK, an active member in good standing of the bar of the STATE OF MISSISSIPPI, whose business address and telephone number is Adcock & Morrison, PLLC, 199 Charmant Drive, Suite 1, Post Office Box 3308, Ridgeland, Mississippi 39158, (601)898-9887, and who has been admitted to practice before the United States District Court for the Southern District of Mississippi, whose business address and telephone number is 245 East Capitol Street, Jackson, Mississippi 39201, (601)965-4439, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff, Diane Odom.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 10, 2007

Honorable Charles R. Breyer
United States District Judge