IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 05-01699 CRB |
| This document relates to<br><br>Hilda Smart v. Merck & Co., Inc. and Pfizer, et al.<br><br>Case No.: 07-1167 CRB | JUDGE<br>CHARLES L. BREYER<br><br>~~PROPOSED~~ ORDER TO ALLOW ADDITIONAL TIME AND VACATE ORDER ENTERED JULY 10, 2007 |

**PROPOSED ORDER TO ALLOW PLAINTIFF ADDITIONAL TIME TO RESPOND TO ORDER DATED JUNE 4, 2007 AND VACATE ORDER ENTERED JULY 10, 2007**

Plaintiff's counsel, Simien & Simien, L.L.C. and Simien & Delphin, L.L.C., through Eulis Simien, Jr., moved to reinstate Plaintiff, Hilda Smart's, action and to allow additional time to respond to this Court's Order dated June 4, 2007. Therefore, based upon Plaintiff's Motion and without any opposition from the Defendant, Simien & Simien, L.L.C. and Simien & Delphin, L.L.C.'s Motion for Extension of Time to Respond to June 4, 2007 Order and to Vacate Court's Order of July 10, 2007 is granted. Plaintiff Hilda Smart has until August 6, 2007 to notify this Court in writing of the reasons the withdrawal should not be granted or the case dismissed if Plaintiff wishes to contest either action.

**IT IS SO ORDERED.**

Dated __ July 13 __, 2007

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]