A CERTIFIED TRUE COPY

JUL 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

JUL 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 0 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DOCKET NO. 1699

### IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions on June 18, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs subsequently withdrew their notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-73" filed on June 18, 2007, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE A

MDL-1699 -- IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Southern District of Texas
*Elva Estrada v. Pfizer Inc., et al.*, C.A. No. 2:07-247
*Helen Beams, etc. v. Pfizer Inc., et al.*, C.A. No. 2:07-248
*Margaret Ann Brittain, et al. v. Pfizer Inc., et al.*, C.A. No. 2:07-250
*Louis A. Barrera v. Pfizer Inc., et al.*, C.A. No. 2:07-254
*Viola Resendez, et al. v. Pfizer Inc., et al.*, C.A. No. 2:07-256

Western District of Texas
*Harold Walker, et al. v. Pfizer Inc., et al.*, C.A. No. 1:07-426