1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-00585 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Barnes, Bessie<br>Caldwell, Nona Ruth<br>Kuchera, Jerry<br>McCann, Dianne (Willie Roy Williams, deceased)<br>Zimmerman, Chuck,<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiffs, BESSIE BARNES, NONA RUTH CALDWELL, JERRY KUCHERA, DIANNE MCCANN (WILLIE ROY WILLIAMS, deceased) and CHUCK ZIMMERMAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: 7/16, 2007        GALLAGHER LAW FIRM

By: _____
Michael Gallagher
Elena Gonzales
Attorneys for Plaintiffs

DATED: 7/17, 2007        GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2007

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA