E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ This document relates to: Lola Randolph, Robert Groce Sr. 06-2101 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR A FAILURE TO PROSECUTE** |

On June 19, 2007, the Court issued and Order To Show Cause directing plaintiffs Lola Randolph and Robert Groce Sr. to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) plaintiffs' claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiffs to notify the Court in writing on or before July 13, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, neither plaintiff has responded to the Court's June 19, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motion to withdraw is

//
//
//

GRANTED and plaintiffs' claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 23 , 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\RandolphGroce.wpd