1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
                                              ) **Case Specific Number**
13  _____            )
                                              ) **MDL NO. 1699**
14  IN RE: BEXTRA AND CELEBREX                ) **C 07 1868 CRB**
    MARKETING SALES PRACTICES AND             ) **District Judge: Charles R. Breyer**
15  PRODUCT LIABILITY LITIGATION              )
                                              )
16  _____            )
                                              )
17  HAIM V. ABITBOL, et al.                   )
                                              ) **STIPULATION AND ORDER OF**
18                      Plaintiffs,           ) **DISMISSAL WITHOUT PREJUDICE**
                                              )
19           vs.                              )
                                              )
20  Pfizer, Inc., et al.                      )
                        Defendants.           )
21  _____

22      Come now the Plaintiff, ANGEL L. CARRERAS GUADALUPE and Defendants, by and
23  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
24  hereby stipulate to the dismissal of this action without prejudice with each side bearing its own
25  attorneys' fees and costs.
26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27  Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/12, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | By: _____ |
| 3 | | |
| 4 | | DAVID P. MATTHEWS<br>Fed No.11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |

DATED: 7/12, 2007    GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____

Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/1030331v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE