1

2   DAVID P. MATTHEWS
    Fed No.11816
3   JASON C. WEBSTER
    Fed No. 30910
4   2905 Sackett
    Houston, TX 77098
5   Tel: 713 222 8080
    Fax: 713 535 7184
6
    Attorneys for Plaintiffs
7

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12                                     )   **Case Specific Number**
                                       )
13  _____        )
    IN RE: BEXTRA AND CELEBREX         )   **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND      )   **C 07 1868 CRB**
    PRODUCT LIABILITY LITIGATION       )   **District Judge:  Charles R. Breyer**
15                                     )
    _____        )
16                                     )
                                       )
17  HAIM V. ABITBOL, et al.            )
                                       )   **STIPULATION AND ORDER OF**
18                     Plaintiffs,     )   **DISMISSAL WITHOUT PREJUDICE**
                                       )
19           vs.                       )
                                       )
20  Pfizer, Inc., et al.               )
                       Defendants.     )
21  _____

22      Come now the Plaintiff, JESSIE M. PHILLIPS and Defendants, by and through the

23  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24  stipulate to the dismissal of this action without prejudice with each side bearing its own

25  attorneys' fees and costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27  Defendants, they should do so only by re-filing in the United States District Court.

28

                                      -1-

    STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

DATED: _____, 2007          MATTHEWS & ASSOCIATES

                            By: _____

                            DAVID P. MATTHEWS
                            Fed No. 11816
                            JASON C. WEBSTER
                            Fed No. 30910
                            2905 Sackett
                            Houston, TX 77098
                            Tel: 713 222 8080
                            Fax: 713 535 7184
                            Attorneys for Plaintiff


DATED: _____, 2007          GORDON & REES

                            By: _____

                            Stuart M. Gordon
                            Attorneys for Defendants


PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.


Dated: _____

                            Hon. Charles R. Breyer
                            United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE