DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br>MDL NO. 1699<br>C 07 1868 CRB<br>District Judge: Charles R. Breyer |
| HAIM V. ABITBOL, et al.<br>　　　　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff, MARIA GOMEZ VILLARINI and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

```
 1   DATED: 7/17 2007        MATTHEWS & ASSOCIATES
 2
 3                           By: _____
                             DAVID P. MATTHEWS
 4                           Fed No. 11816
                             JASON C. WEBSTER
 5                           Fed No. 30910
                             2905 Sackett
 6                           Houston, TX 77098
                             Tel: 713 222 8080
 7                           Fax: 713 535 7184
                             Attorneys for Plaintiff
 8
 9
10   DATED: 7/17 2007        GORDON & REES
11                           By: _____
12                           Stuart M. Gordon
13                           Attorneys for Defendants
14
15
16   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.
17
18   Dated: _____
19                           Hon. Charles R. Breyer
                             United States District Court
20
```

-2-