UNITED STATES DISTRICT COURT

Northern District of California

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES
AND PRODUCT LIABILITY LITI-

Plaintiff(s),
v.

GATION ( MDL NO. 1699 )

Defendant(s).
_____/

CASE NO. M:05-CV-01699-CRB

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

MICHAEL L. BARNES, an active member in good standing of the bar of U.S. DISTRICT COURT, SO. DIST. of TEXAS whose business address and telephone number (particular court to which applicant is admitted) is

10806 ENDICOTT LANE
HOUSTON, TEXAS 77035
(713) 729-8564 ;

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing JERRY D. ROSS and BERTIE M. ROSS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 26, 2007

_____
United States District Judge