UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Filing Relates To:<br><br>*Daniel Westmoreland v. Pfizer*<br>Case No. 07-0743-CRB | CASE NO. M:05-cv-01699-CRB<br><br>MDL No. 1699<br><br>**STIPULATION OF SUBSTITUTION OF COUNSEL and [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel as follows:

1. The original complaint Daniel Westmoreland v. Pfizer, Inc. was filed on December 5, 2006 in the United States District Court, Southern District of West Virginia.

2. The following attorneys and their respective law firms, originally appearing on behalf of Plaintiff, hereby withdraw their counsel in this matter.

| | |
|---|---|
| Janet G. Abaray, Esq.<br>Burg Simpson Eldredge<br>Hersh & Jardine, P.C.<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH 45202 | H. Lee Thompson, Esq.<br>The Thompson Law Firm<br>85 East Gray Street, Suite 810<br>Columbus, OH 43215 |

Teresa C. Toriseva, Esq.
Wexler Toriseva Wallace
1446 National Road
Wheeling, WV 26003

3. Plaintiff has retained alternate counsel, Robert Bright, Story Law Office, 216 East Main Street, Suite 200, P.O. Box 72, Pomeroy, OH 45769, and requests that he be substituted in place of the above withdrawing counsel.

4. Attorney Robert Bright and the Story Law Office agree to serve as Lead Counsel and Attorney to be noticed in this case. Plaintiff and his new counsel understand that all further

filings, pleadings, discovery matters, and other matters related to this litigation will be the responsibility of attorney Robert Bright, and they consent to said substitution.

STIPULATED AND AGREED on this __ day of July, 2007.

| | |
|---|---|
| *Janet S. Abaray* | *H. Lee Thompson / per phone authority* |
| Janet G. Abaray, Esq. | H. Lee Thompson, Esq. |
| Burg Simpson Eldredge Hersh & Jardine P.C. | The Thompson Law Firm |
| 312 Walnut Street, Suite 2090 | 85 East Gray Street, Suite 810 |
| Cincinnati, OH 45202 | Columbus, OH 43215 |
| (513) 852-5600 | (614) 461-9000 |
| (513) 852-5611 (fax) | (614) 461-9334 (fax) |
| jabaray@burgsimpson.com | thomlaw@msn.com |
| | |
| *Withdrawing Counsel* | *Withdrawing Counsel* |
| | |
| *Teresa Toriseva / per phone authority* | *Robert W. Bright* |
| Teresa C. Toriseva, Esq. | Robert W. Bright, Esq. |
| Wexler Toriseva Wallace | Story Law Office |
| 1446 National Road | 216 East Main Street, Suite 200 |
| Wheeling, WV 26003 | P.O. Box 72 |
| (304) 238-0066 | Pomeroy, OH 45769 |
| (304) 233-0149 (fax) | (740) 992-6624 |
| tct@wtwlaw.us | robwbright@yahoo.com |
| | |
| *Withdrawing Counsel* | *Appearing Counsel* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24th, 2007, a true and accurate copy of the foregoing Notice of Substitution of Counsel was served via Ordinary U.S. Mail Delivery upon the following:

    Stuart M. Gordon, Esq.
    Attn: Bextra/Celebrex MDL PFS
    GORDON & REES LLP
    275 Battery Street, Suite 2000
    San Francisco, CA 94111
    *Counsel for Defendant*

    Robert W. Bright, Esq.
    Story Law Office
    216 East Main Street, Suite 200
    P.O. Box 72
    Pomeroy, OH 45769
    *Counsel for Plaintiff*

                                        */s/ Janet S. Abaray*
                                        Janet G. Abaray, Esq.

# [~~PROPOSED~~] ORDER

Pursuant to the terms set forth in the Parties' Stipulation, it is ORDERED that Robert W. Bright, Esq. of the law firm Story Law Office is substituted as counsel of record in lieu of Janet G. Abaray, Esq. of Burg Simpson Eldredge Hersh & Jardine, P.C.; H. Lee Thompson, Esq. of The Thompson Law Firm; and Teresa C. Toriseva, Esq. of the law firm Wexler Toriseva Wallace, LLP in the above-titled action.

A file stamped copy of this Stipulation and Order shall be served on the attorney for the defendant.

Dated: July 26, 2007

_____
Hon. Charles R. Breyer
United States District Judge