**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

| | |
|---|---|
| Beulah Stewart, | 05-5356 CRB |
| Ira Basinger, | 05-5356 CRB |
| Barbara Simpson, | 05-5356 CRB |
| Mark Fernquist, | 05-5356 CRB |
| Rick Brewer, | 05-5356 CRB |
| Netha Lester, | 05-5356 CRB |

_____/

Now pending for decision is the motion of the Bowersox Law Firm, P.C., and the Law Offices of Daniel E. Becnel, Jr. to withdraw as counsel for plaintiffs in the above matter.

After carefully considering the motion, and the supporting affidavit filed under seal, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) the motion of the Bowersox Law Firm P.C. and the Law Offices of Daniel E. Becnel, Jr. to withdraw as counsel of record should not be granted; and (2) plaintiffs' lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If any plaintiff wishes to contest the withdrawal of counsel and/or dismissal of that plaintiff's lawsuit for failure to prosecute, the

1  plaintiff shall notify the Court **in writing** on or before **August 23, 2007** of the reasons the
2  withdrawal should not be granted or the case dismissed.  In particular, if a plaintiff wishes to
3  proceed with this action, the plaintiff shall advise the Court of the name and address of
4  plaintiff's new counsel or, if plaintiff will be proceeding without a lawyer, plaintiff must
5  advise the Court of how the Court should contact the plaintiff.  In addition, the plaintiff shall
6  advise the Court as to whether the plaintiff has completed and served defendants with a
7  plaintiff fact sheet and provided defendants with authorizations for the release of medical
8  records.  Each plaintiff is warned that a plaintiff's failure to communicate with the Court in
9  writing as set forth above may result in dismissal of the plaintiff's claims with prejudice.
10         Plaintiffs' counsel shall ensure that each plaintiff receives a timely copy of this Order.
11  **IT IS SO ORDERED.**

Dated: July 31, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\bowers2x05-5356.wpd