1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
13 _____ )   **Case Specific Number**
                                       )
14 IN RE: BEXTRA AND CELEBREX          )   **MDL NO. 1699**
   MARKETING SALES PRACTICES AND       )   **C 07 1868 CRB**
15 PRODUCT LIABILITY LITIGATION        )   **District Judge: Charles R. Breyer**
                                       )
16 _____ )
                                       )
17 HAIM V. ABITBOL, et al.             )
                                       )   **STIPULATION AND ORDER OF**
18                      Plaintiffs,    )   **DISMISSAL WITHOUT PREJUDICE**
                                       )
19             vs.                     )
                                       )
20 Pfizer, Inc., et al.                )
                        Defendants.    )
21 _____

22      Come now the Plaintiff, BARBARA J. PORTER and Defendants, by and through the

23 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 stipulate to the dismissal of this action without prejudice with each side bearing its own

25 attorneys' fees and costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: 7/18 2007        MATTHEWS & ASSOCIATES

By: _____

DAVID P. MATTHEWS
Fed No.11816
JASON C. WEBSTER
Fed No. 30910
2905 Sackett
Houston, TX 77098
Tel: 713 222 8080
Fax: 713 535 7184
Attorneys for Plaintiff

DATED: 7·21, 2007        GORDON & REES

By: _____

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 25, 2007     _____
Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/1030331v.1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE