IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Byron Arthur, 06-2682 CRB
Albert Meisner, 05-5324 CRB

    Now pending before the Court are the motions of the Bowersox Law Firm, P.C. and the Law Offices of Daniel E. Becnel, Jr. to withdraw as counsel for the above plaintiffs in the above actions. Counsel are directed to file a declaration or declarations under seal that sets forth the reasons for their motions to withdraw. The Court will take the motions to withdraw under submission after the filing of the declaration(s).

    **IT IS SO ORDERED.**

Dated: July 31, 2007

                                                        CHARLES R. BREYER
                                                         UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebowersoxdeclarartion2.wpd