1 | Michael J. Miller, VA Bar No. 19171
J. Christopher Ide , VA Bar No. 19307
2 | David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
3 | 108 Railroad Avenue
Orange, VA 22960
4 | Telephone: (540) 672-4224
Facsimile: (540) 672-3055
5
Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | (SAN FRANCISCO DIVISION)

11

| | |
|---|---|
| 12 GEORGIA WILLIAMSON, DOUG DEYARMOND, ROBERT SHELTON, 13 HAROLD JANDRESKI, | **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| 14 Plaintiffs, 15 v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF ROBERT SHELTON** |
| 16 PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, 17 Defendants. 18 | Case No. 06-CV-05802-CRB |

19 | Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

20 | pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

21 | Plaintiff, Robert Shelton from this action without prejudice with each side bearing its own

22 | attorney's fees and costs.

23 | Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

24 | Defendant's, they should do so only by re-filing in the United States District Court.

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL

1  Dated: 7-16-07                    Respectfully submitted,

2
                                     THE MILLER FIRM, LLC
3

4                                    By: David C. Andersen
                                         DAVID C. ANDERSEN
5

6
                                     Michael J. Miller, VA Bar No. 19171
7                                    J. Christopher Ide , VA Bar No. 19307
                                     David C. Andersen, CA Bar No. 194095
8                                    THE MILLER FIRM, LLC
                                     108 Railroad Avenue
9                                    Orange, VA 22960
                                     Telephone:  (540) 672-4224
10                                   Facsimile:  (540) 672-3055

11                                   Attorneys for Plaintiffs

12

13 Dated: 7-19-07                    Respectfully submitted,
14
                                     GORDON & REES
15

16                                   By: STUART M. GORDON
17                                       STUART M. GORDON

18
                                     CA Bar No. 37477
19                                   GORDON & REESE
                                     275 Battery Street, Ste. 2000
20                                   San Francisco, CA 94111
                                     Telephone: (415) 986-5900
21                                   Facsimile: (415) 262-3801

22                                   Attorneys for Defendants

23
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
24 SO ORDERED**

25 Dated: July 25, 2007

26

27                                   Hon. Charles R. Breyer
                                     United States District Court
28

                                     -- 2 --                        COMPLAINT