1  HENINGER GARRISON DAVIS, LLC
   2224 First Avenue North
2  Birmingham, Alabama 35203
   T 205.326.3336
3  F 205.326.3332

4  Attorneys for Plaintiff, Hun Suos

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

14

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| *Hun Suos v. Pfizer, Inc,.*<br>MDL No. 06-02952 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21  Come now the Plaintiff, HUN SUOS, and Defendants, by and through the undersigned

22  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

23  dismissal of this Plaintiff **with prejudice** with each side bearing its own attorneys' fees and

24  costs.

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PHIL1\3836210.1

DATED: Jly 25, 2007    HENINGER GARRISON DAVIS, LLC

By: _____
    William L. Bross
    Attorneys for Plaintiff, Hun Suos

DATE: _____, 2007    DLA PIPER US LLP

By: _____
    Matthew Lepore
    Attorneys for Defendant, Pfizer Inc.

DATED: 7·16, 2007    GORDON & REES LLP

By: _____
    Stuart M. Gordon
    Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2007    _____
                        Hon. Charles R. Breyer
                        United States District Court

-2-

PHIL1\3836210.1