IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation | MDL No. 1699 |
| | District Judge: Charles R. Breyer |
| | Magistrate: |
| JACK HASKELL, individually, | Case No. 07-0595-CRB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| PFIZER, INC., et al. | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

Dated: July 20, 2007

By _____
Stuart M. Gordon, Esq.
CA Bar No.: 37477

By s/Aaron K. Dickey
Robert D. Rowland, IL Bar No. 06198915
Aaron K. Dickey, IL Bar No. 06281731

Page 1 of 2

| | |
|---|---|
| Gordon & Reese<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801 | GOLDENBERG HELLER ANTOGNOLI<br>ROWLAND SHORT & GORI P.C.<br>2227 South State Route 157<br>P.O. Box 959<br>Edwardsville, IL 62025<br>Telephone: (618) 656-5150<br>Facsimile: (618) 656-6230 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation ) ) ) ) ) ) ) ) ) | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| JACK HASKELL, individually, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>PFIZER, INC., et al., )<br>)<br>Defendants. ) | Case No. 07-0595-CRB<br><br>ORDER OF DISMISSAL |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this  27th  day of  July , 2007, in San Francisco, California.

CHARLES R. BREYER
United States District Judge

Page 1 of 1