A CERTIFIED TRUE COPY

JUL 31 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 3 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1699

*IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*

*Leeann Guerin, etc. v. Pfizer Inc., et al.*, D. Arizona, C.A. No. 2:07-724
*Maria De La Luz Gutierrez v. Pfizer Inc., et al.*, S.D. Texas, C.A. No. 2:07-280
*Juana Garza, et al. v. Pfizer Inc., et al.*, S.D. Texas, C.A. No. 2:07-281

### CONDITIONAL TRANSFER ORDER (CTO-76)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,126 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 3 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-76)
## MDL NO. 1699
## IN RE Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

John Andrew Hutton
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767-1148

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Barry Grant Reed
Zimmerman Reed, PLLP
14646 N Kierland Blvd.
Suite 145
Scottsdale, AZ 85254-2762

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403