IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:*    Hilda Smart, 07-1167 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR A FAILURE TO PROSECUTE** |

     On June 4, 2007, the Court issued and Order To Show Cause directing plaintiff Hilda Smart to show cause as to why (1) her counsel's motion to withdraw should not be granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution. By letter dated July 20, 2007, Ms. Smart advised the Court that she is withdrawing her claims in this lawsuit. Accordingly, plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with prejudice for a failure to prosecute.

     **IT IS SO ORDERED.**

Dated: August 7, 2007

                                                             _____
                                                             CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\hildasmart.wpd

Case 3:05-md-01699-CRB    Document 1713    Filed 08/07/07    Page 2 of 2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\osc\hilda3mart.wpd