IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 05-CV-01699 CRB |
| This Document Relates To:<br><br>C-06-7518-CRB (Lile v. Pfizer, Inc., et al.) | **WITHDRAWAL OF APPEARANCE** |

TO THE COURT AND ALL COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that John P. Cunningham and Brown & James, P.C. hereby withdraw as co-counsel of record for Defendant, American Drug Stores, Inc. d/b/a Osco Drugs in the above-reference case, including this multi-district litigation. Jonathan Allan Klein and Annmarie M. Liermann of Kelly, Herlihy and Klein, LLP have previously filed their Entry of Appearance, on or about May 7, 2007, as counsel of record for American Drug Stores, Inc. d/b/a Osco Drugs in this matter, and all future pleadings and correspondence pertaining to this matter should be directed to Kelly, Herlihy and Klein, LLP.



IT IS SO ORDERED
Judge Charles R. Breyer

Respectfully submitted,

John P. Cunningham  #6193598
BROWN & JAMES, P.C.
Richland Plaza 1
525 West Main Street, Suite 200
Belleville, Illinois 62220
(618) 235-5590
(618) 235-5591 (fax)
Attorneys for Defendant American Drug Stores, Inc., d/b/a Osco Drugs and Walgreen Co.

August 3, 2007