IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* All actions. _____/ | No. MDL 05-01699 CRB **ORDER RE: CONDUCT OF CAUSATION HEARINGS** |

After carefully considering the positions of the parties in connection with the conduct of the causation proceeding scheduled for October 2007, the Court rules as is set forth below.

1. The Court will not consider the written direct testimony of any witness that is not made available for live cross examination during the causation proceeding.

2. If a party chooses not to designate a particular expert witness to provide direct testimony, but the opposing party wishes to cross examine the witness during the causation proceeding, the cross-examining party shall pay all reasonable costs incurred by the expert in connection with the cross examination, including air fare, hotel costs, and other reasonable expenses, as well as the appearance fee for the expert's appearance in court. The party that chose not to designate the expert in the first place may not submit written direct testimony of that expert witness, unless the party is willing to pay the expert's costs. The non-designating

1  party, however, will be given the opportunity to conduct live redirect of the witness after the
2  conclusion of the cross examination.
3  **IT IS SO ORDERED.**

5  Dated: August 9, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE