UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION_____/ | No. MDL 05-01699 CRB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> BERNETTA PROSISE** |
| *This document relates to:*<br><br>     Bernetta Prosise, a single woman<br>     06-6085 CRB<br>_____/ | |

Plaintiff Bernetta Prosise and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Bernetta Prosise be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or her lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: July 27, 2007

**PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

1  
2  E-mail: lowellf@phillipslaw.ws  
AZ Bar ID 010872

**Attorneys for Plaintiff Bernetta Prosise**

3  
4  **GORDON & REES, LLP**

5  By s/Stuart M. Gordon  
Stuart M. Gordon, Esq.  
6  275 Battery Street, Suite 2000  
San Francisco, California 94111  
7  (415)986-5900 (Telephone)  
(415)262-3801 (Facsimile)  
8  E-mail: sgordon@gordonrees.com  
CA Bar No. 37477

9  
10  **Attorneys for Defendant Pfizer, Inc.**

11  THE FOREGOING STIPULATION  
IS APPROVED AND IS SO ORDERED.  
12  
13  DATED:  August 2, 2007  
          _____  
14  CHARLES R. BREYER  
UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge Charles R. Breyer)*

- 2 -