1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   LEVIN, PAPANTONIO, THOMAS,
2   MITCHELL, ECHSNER & PROCTOR, P.A.
   316 South Baylen Street, Suite 600 (32502)
3  P. O. Box 12308
   Pensacola, Florida 32591
4  Telephone: (850) 435-7023
   Facsimile: (850) 435-7020
5
   Attorneys for Plaintiff
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
| DAVID GOTT, individually,<br><br>           Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>           Defendants. | Case No. C 06 7691 CRB<br><br>~~[PROPOSED]~~ **ORDER GRANTING LEAVE TO AMEND THE COMPLAINT SUBSTITUTING PLAINTIFF'S PERSONAL REPRESENTATIVE AS PROPER PARTY AND NAMED PLAINTIFF** |

## ORDER GRANTING LEAVE TO AMEND THE COMPLAINT SUBSTITUTING PLAINTIFF'S PERSONAL REPRESENTATIVE AS THE PROPER PARTY AND NAMED PLAINTIFF

THIS MATTER having come before this Court on the Plaintiff's Motion for Leave to

Amend the Complaint Naming Plaintiff's Personal Representative as the Proper Party and Named

Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a), it is hereby ORDERED AND

ADJUDGED:

1       The Motion is hereby GRANTED.

2       DONE AND ORDERED this  3rd  day of   August      , 2007, in San Francisco,

3 California.

8 Conformed copies to:
B. Kristian W. Rasmussen, Esquire
9 Stuart M. Gordon, Esquire

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER: granting leave to amend the complaint
substituting plaintiff's personal representative as proper party     - 2 -     CASE NO. C 06 7691 CRB