B. Kristian W. Rasmussen, III, FL Bar No. 0229430
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone:  (850) 435-7080
Facsimile:  (850) 435-7020

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| **In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation** | **MDL No. 1699**<br><br>**District Judge: Charles R. Breyer**<br>**Magistrate:** |
|---|---|
| RONALD ST. PIERRE, individually,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C 06 4048 CRB<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND THE COMPLAINT SUBSTITUTING PLAINTIFF'S PERSONAL REPRESENTATIVE AS PROPER PARTY AND NAMED PLAINTIFF** |

## ORDER GRANTING LEAVE TO AMEND THE COMPLAINT SUBSTITUTING PLAINTIFF'S PERSONAL REPRESENTATIVE AS THE PROPER PARTY AND NAMED PLAINTIFF

THIS MATTER having come before this Court on the Plaintiff's Motion for Leave to Amend the Complaint Naming Plaintiff's Personal Representative as the Proper Party and Named Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a), it is hereby ORDERED AND ADJUDGED:

1      The Motion is hereby GRANTED.

2      DONE AND ORDERED this  3rd  day of ___August_____, 2007, in San Francisco,

3  California.

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

8  Conformed copies to:
   B. Kristian W. Rasmussen, Esquire
9  Stuart M. Gordon, Esquire

ORDER: granting leave to amend the complaint
substituting plaintiff's personal representative as proper           - 2 -                    CASE NO. C 06 4084 CRB
party