# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**TESSIE BOYSEL,**



**Plaintiff,**


v.

**PFIZER, INC. et. al.,**

   **Defendants.**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:05-cv-04781**

   **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for
the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Tessie Boysel
is herby dismissed without prejudice.

1.   Plaintiff is Tessie Boysel; defendants are Pfizer, Inc., Pharmacia
     Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.   On April 5, 2005, plaintiff sued defendants;

3.   Plaintiff moves to dismiss her claims against defendants;

4.   This case is not a class action;

5.   A receiver has not been appointed to this action;

1

6.  Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.


Respectfully submitted:


Dated: 7/30/07                    By: _____
                                  Navan Ward, Jr. (AL State Bar No. WAR062)
                                  Email:  navan.ward@beasleyallen.com
                                  Jere L. Beasley (AL State Bar No. BEA020)
                                  Email:  jere.beasley@beasleyallen.com
                                  Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                                  Email:  jerry.taylor@beasleyallen.com
                                  Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                                  Email:  andy.birchfield@beasleyallen.com
                                  BEASLEY, ALLEN, CROW, METHVIN,
                                  PORTIS & MILES, P.C.
                                  Post Office Box 4160
                                  Montgomery, Alabama 36103-4160
                                  (334) 269-2343 telephone
                                  (334) 954-7555 facsimile

                                  *Attorneys for Plaintiff*

Dated: 7/30/07                    **GORDON & REES**

                                  _____
                                  Stuart M. Gordon, Esq.
                                  Embarcadero Center West
                                  275 Battery Street 20th Floor
                                  San Francisco, CA 9411
                                  (415) 986-5900 (Tel.)
                                  (415) 986-8054 (Fax)

                                  *Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

Dated:  August 3, 2007

_____

Hon. Charles R. Breyer
United States District C



IT IS SO ORDERED

Judge Charles R. Breyer

3