1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
                                                ) **Case Specific Number**
13 ──────────────────────────────                 )
   IN RE: BEXTRA AND CELEBREX                   ) **MDL NO. 1699**
14 MARKETING SALES PRACTICES AND                ) **C 07 1868 CRB**
   PRODUCT LIABILITY LITIGATION                 ) **District Judge: Charles R. Breyer**
15                                              )
   ──────────────────────────────                )
16                                              )
17 HAIM V. ABITBOL, et al,                      )
                                                ) **STIPULATION AND ORDER OF**
18                        Plaintiffs,           ) **DISMISSAL WITHOUT PREJUDICE**
                                                )
19              vs.                             )
                                                )
20 Pfizer, Inc., et al.                         )
                           Defendants.          )
21 ──────────────────────────────

22      Come now the Plaintiff, Johnny Wilson, and Defendants, by and through the undersigned

23 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24 dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25 costs.

26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

27 Defendants, they should do so only by re-filing in the United States District Court.

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/27, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | By: /s/ David P. Matthews |
| 3 | | |
| 4 | | DAVID P. MATTHEWS<br>Fed No.11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |

DATED: 7/29, 2007    GORDON & REES

By: /s/ Stuart M. Gordon

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Aug, 3, 2007

_____
Hon. Charles R. Breyer
United States

IT IS SO ORDERED
/s/ Judge Charles R. Breyer

*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*