## <u>ORDER OF SUBSTITUTION</u>

On considering the foregoing Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Motion to Substitute Counsel, be and the same is hereby **GRANTED** and Robinson, Calcagnie & Robinson, 620 Newport Center Drive, 7th Floor, Newport Beach, CA 92660, is substituted as counsel of record for plaintiffs in this matter for the firm of The Schmidt Firm, LLP.

IT IS SO ORDERED this _3rd_ day of _August_, 2007.



_____
**CHARLES R. BREYER**
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

---

4

Motion to Substitute Counsel; Substitution; Order