UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-cv-01699-CRB<br><br>MDL No. 1699 |
| This Filing Relates To:<br><br>*Larry Cooper v. Pfizer*<br>Case No. 07-01408-CRB | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

NOW COME the Parties, Plaintiff Larry Cooper and Defendant Pfizer, by and through their undersigned counsel, and hereby file this Stipulation of Dismissal Without Prejudice.

1.  The original complaint Larry Cooper v. Pfizer, Inc. was filed on December 7, 2006 in the United States District Court, Southern District of Ohio.

2.  An Answer was filed on January 23, 2007 in the United States District Court, Southern District of Ohio.

3.  This matter was subsequently transferred to this Court in the above captioned matter on March 12, 2007.

4.  Pursuant to Federal Rule of Civil Procedure 41(A)(1), the Parties hereby stipulate to a dismissal of the above-captioned action without prejudice. Pursuant to Ohio's savings

statute, R.C. §2305.19, Plaintiff is permitted to refile this action within one year of the date of this dismissal. The Parties agree that if Plaintiff refiles this action, he will only refile in Federal Court.

          Respectfully submitted,

*/s/ Calvin S. Tregre, Jr.*
Calvin S. Tregre, Jr.
Burg Simpson Eldredge Hersh & Jardine P.C.
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
(513) 852-5600
(513) 852-5611 (fax)

Richard Manley Lewis
The Law Firm of Richard M. Lewis
295 Pearl Street
P.O. Box 664
Jackson, OH 45640
(740) 286-0071
(740) 286-2988 (fax)

*Counsel for Plaintiff*

*/s/ Stuart M. Gordon*
Stuart M. Gordon, Esq.
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054

Matthew P. Moriarty
TUCKER ELLIS & WEST, LLP
1150 Huntington Bldg.
925 Euclid Ave.
Cleveland, OH 44115-1475
(216) 592-5000
(216) 592-5009 (fax)

*Counsel for Defendant*

1  **IT IS SO ORDERED.**

2      **August   8  , 2007.**

3

4                                       _____
                                        **Hon. Charles R. Breyer**
5                                       **United States District Judge**

*(Signature seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California)*