1  AMY W. SCHULMAN
   DLA PIPER RUDNICK GRAY CARY US LLP
2  1251 Avenue of the Americas
   New York, NY 10020
3  Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
4
   STUART M GORDON (SBN: 037477)
5  GORDON & REES LLP
   Embarcadero Center West
6  275 Battery Street, Suite 2000
   San Francisco, CA 94111
7  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
8
   KENNETH J. FERGUSON
9  LESLIE A. BENITEZ
   KELLY R. KIMBROUGH
10 J. ANDREW HUTTON
   CLARK, THOMAS & WINTERS, P.C.
11 P.O. Box 1148
   Austin, Texas 78767
12 Telephone: (512) 472-8800
   Facsimile: (512) 474-1129
13
   Attorneys for: Defendants
14 PFIZER INC., PHARMACIA CORPORATION,
   G.D. SEARLE LLC, MARY KATRIADAKIS, AND SUSAN ADAMO
15

16                UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1699 |
| | CASE NO. 3:07-cv-3745-CRB |
| This document relates to | |
| CYNTHIA ULETT LYNCH, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MARY KATRIADAKIS AND SUSAN ADAMO |
| Plaintiff, | |
| vs. | |
| PFIZER, INC., ET AL., | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that Plaintiff Cynthia Ulett Lynch's claims and causes of action against Defendants Mary Katriadakis and Susan Adamo, only, are hereby dismissed, with prejudice, with each side bearing its own attorneys' fees and costs.  This stipulation has no effect on Plaintiff's claims or causes of action against Defendants Pfizer Inc., Pharmacia Corporation, or G.D. Searle LLC.

Respectfully submitted,

Dated: 07-25, 2007

By: /s/ Cynthia Ulett Lynch
Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, Texas 76543
(254) 680-7551

Plaintiff, *Pro Se*

Dated: 8-6, 2007

GORDON & REES LLP

By: /s/ Stuart M. Gordon
Stuart M. Gordon
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA  94111
Telephone:  (415) 986-5900
Fax:  (415) 986-8054

| | | |
|---|---|---|
| 1 | Dated: August 6, 2007 | CLARK, THOMAS & WINTERS, P.C. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Kenneth J. Ferguson<br>Email: kjf@ctw.com |
| 5 | | Leslie A. Benitez<br>Email: lab@ctw.com |
| 6 | | Kelly R. Kimbrough<br>Email: krk@ctw.com |
| 7 | | J. Andrew Hutton<br>Email: ah1@ctw.com |
| 8 | | P.O. Box 1148<br>Austin, Texas 78767 |
| 9 | | Telephone: (512) 472-8800<br>Facsimile: (512) 474-1129 |
| 10 | | Attorneys for Defendants |
| 11 | | PFIZER INC., PHARMACIA<br>CORPORATION, G.D. SEARLE LLC |
| 12 | | MARY KATRIADAKIS,<br>AND SUSAN ADAMO |

Gordon & Rees, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: Aug. 8, 2007    By: _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-3-
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – 3:07-cv-3745-CRB