**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
|---|---|
| THIS RELATES TO:<br>MDL Case No. 06-6077-CRB | STIPULATION AND ~~PROPOSED~~ DISMISSAL WITHOUT PREJUDICE AS TO ONLY BRETT BATES |

Plaintiff, Brett Bates, and defendant, Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only Brett Bates be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or their lawful representative(s) attempt to re-file this claim against defendant, he shall do so only be re-filing in the United States District Court.

Dated: July 30, 2007.

MATTHEWS & GUILD, P.A.

By: _.[1]______________________

Floyd L. Matthews, Jr.
Florida Bar No. 182511
2237 Riverside Avenue
Jacksonville, FL 32204
(904) 384-0505
(904) 384-0555, facsimile
fmatthews@matthewsguild.com

Attorneys for Plaintiff,
Brett Bates

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

GORDON & REES, LLP

7/30/07

By: ______________________________

Stuart M. Gordon, Esquire
California Bar No. 37477
275 Battery Street, Suite 2000
San Francisco, California 94111
(415) 986-5900
(415) 262-3801, facsimile
sgordon@gordonrees.com

Attorneys for Defendant,
Pfizer, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: Aug. 8, 2007

______________________________
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

