## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**LAWRENCE HERRICK,**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 5:07-cv-02530**

**Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

   **Defendants.**

   **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for
the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Lawrence
Herrick is herby dismissed without prejudice.

   1.   Plaintiff is Lawrence Herrick; defendants are Pfizer, Inc., Pharmacia
        Corporation, Monsanto Company, and G.D. Searle L.L.C.;

   2.   On May 11, 2007 plaintiff sued defendants;

   3.   Plaintiff moves to dismiss his claims against defendants;

   4.   This case is not a class action;

   5.   Defendants have not answered these claims;

   6.   A receiver has not been appointed to this action;

1

7.    Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8.    Should Plaintiff or a representative of Plaintiff attempt to re-file his claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated: _8|7|07_                     By: _Navan Ward Jr._

Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Jere L. Beasley (AL State Bar No. BEA020)
Email: jere.beasley@beasleyallen.com
Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
Email: jerry.taylor@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

**GORDON & REES**

Dated: _8/7/07_                     _Stuart M. Gordon_

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>Aug. 09, 2007</u>



_____
Hon. Charles R. Breyer
United States District Court

3