UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-2086 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Jack Backowski (on behalf of Lorraine Backowski; deceased),<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, JACK BACKOWSKI (on behalf of LORRAINE BACKOWSKI, deceased), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 7/03, 2007 | DAVIS, BETHUNE & JONES |
| 2 | | |
| 3 | | By: _____<br>Shawn G. Foster |
| 4 | | Attorneys for Plaintiff, Jack Backowski (on behalf of Lorraine Backowski, deceased) |
| 7 | DATED: 7/3, 2007 | GORDON & REES |
| 8 | | By: _____<br>Stuart M. Gordon |
| 9 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 08/16/07    _____
Hon. Charles R. Breyer
United States District Court

*[Seal: United States District Court, Northern District of California — Judge Charles R. Breyer]*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

PFZR/1035934/1226866v.1