R. Lewis Van Blois, Esq.  sbn 38912
Thomas C. Knowles, Esq.  sbn 40899
Darren J. Van Blois, Esq.  sbn 232583
VAN BLOIS & ASSOCIATES
Airport Corporate Centre
7677 Oakport Street, Suite 565
Oakland, CA  94621
Telephone:  (510) 635-1284
Facsimile:  (510) 635-1516

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 01699-CRB |
| This document relates to:<br><br>WARREN WAYNE GRAHAM,<br><br>    Plaintiff,<br>v.<br><br>PFIZER INC.,<br><br>    Defendant<br>_____/ | Case No. 3:05-cv-3943 CRB<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

      Plaintiff WARREN WAYNE GRAHAM and Defendant PFIZER INC., by and through the undersigned attorneys, hereby stipulate pursuant to FRCP 41(a) to dismiss this case against PFIZER INC. without prejudice, with each side bearing its own fees and costs.

Stipulation and Order of Dismissal       1

If the case is subsequently refiled, it will only be filed in federal court.

Dated: August 15, 2007                                      VAN BLOIS & ASSOCIATES

                                                            By: Darren J. Van Blois,
                                                            Attorneys for plaintiff Warren W. Graham


Dated: August 16, 2007                                      GORDON & REES, LLP

                                                            By: Stuart M. Gordon
                                                            Attorneys for defendant Pfizer Inc.


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2007

IT IS SO ORDERED
Judge Charles R. Breyer

Hon. Ch[arles R. Breyer]
United S[tates District Judge]

Stipulation and Order of Dismissal              2