1   B. Kristian W. Rasmussen, III, FL Bar No. 0229430
     Rachael Raymon Gilmer, FL Bar No. 0887331
2   LEVIN, PAPANTONIO, THOMAS,
      MITCHELL, ECHSNER & PROCTOR, P.A.
3   316 South Baylen Street, Suite 600 (32502)
     P. O. Box 12308
4   Pensacola, Florida 32591
     Telephone:  (850) 435-7080
5   Facsimile:  (850) 435-7020

6   Attorneys for Plaintiffs

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| | |
| **RAMON LUKAN**, individually,<br><br>        Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>        Defendants. | Case No. C 07 1826 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF RAMON LUKAN, INDIVIDUALLY** |

Comes now the Plaintiff, Ramon Lukan, individually ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Ramon Lukan's claims without prejudice with each side bearing its own attorneys' fees and costs.

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1.  Ester Baldwin, Case No. C 07 1826 CRB

2.  Candace Bebout, Case No. C 07 1826 CRB

3.  Paula Bradley, Case No. C 07 1826 CRB

4.  Delores Clayborne, Case No. C 07 1826 CRB

5.  Erma Cleeton, Case No. C 07 1826 CRB

6.  Elanore Cole, Case No. C 07 1826 CRB

7.  David Counterman, Case No. C 07 1826 CRB

8.  Virginia Daringer, Case No. C 07 1826 CRB

9.  Joseph Drake, Case No. C 07 1826 CRB

10. Linda Duvall, Case No. C 07 1826 CRB

11. Bobbie Feltman, Case No. C 07 1826 CRB

12. Ralph Frederick Jr, Case No. C 07 1826 CRB

13. Christine Gaines, Case No. C 07 1826 CRB

14. Ted Geiger, Case No. C 07 1826 CRB

15. Webster Green, Case No. C 07 1826 CRB

16. Webster Green, Case No. C 07 1826 CRB

17. Daryl Hood, Case No. C 07 1826 CRB

18. Jerry Hoyte, Case No. C 07 1826 CRB

19. Sherry Lockridge, Case No. C 07 1826 CRB

20. Edgar Luten, Case No. C07 1826 CRB`

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB

Dated: August 14, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: August 14, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

    This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

    DONE AND ORDERED this 22 day of August , 2007, in San Francisco, California.

CHARLES R. BREYER
United States Di...

IT IS SO ORDERED

Judge Charles R. Breyer

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

- 3 -