1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
    MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  (SAN FRANCISCO DIVISION)

10 | In re: Bextra and Celebrex Marketing Sales | MDL No. 1699
   | Practices and Product Liability Litigation |
11 | | District Judge: Charles R. Breyer
   | | Magistrate:
12
13
14 | BETTY WEYAND, individually, | Case No. C 07 1827 CRB
15 |         Plaintiff, | STIPULATION AND [PROPOSED]
   | | ORDER OF DISMISSAL WITHOUT
16 | v. | PREJUDICE AS TO PLAINTIFF BETTY
   | | WEYAND, INDIVIDUALLY
17 | PFIZER, INC., PHARMACIA CORP., and
   | G.D. SEARLE & CO.,
18 |
   |         Defendants.
19

20     Comes now the Plaintiff, Betty Weyand, individually ("Plaintiff"), and Defendants Pfizer,
21
   Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned
22
   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
23
   dismissal of the plaintiff Betty Weyand's claims without prejudice with each side bearing its own
24
   attorneys' fees and costs.
25
26     This Stipulation and Order, does not affect any claims on behalf of the following named
27 Plaintiffs:
28

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB

1. Louis Maclean, Case No. C 07 1827 CRB
2. Shirley Motley, Case No. C 07 1827 CRB
3. Elmer Murry, Case No. C 07 1827 CRB
4. Odis Payne, Case No. C 07 1827 CRB
5. Dolly Price, Case No. C 07 1827 CRB
6. Carmen Pomales, Case No. C 07 1827 CRB
7. John Slaybaugh, Case No. C 07 1827 CRB
8. Greg Rhoades, Case No. C 07 1827 CRB
9. Ardella Sims, Case No. C 07 1827 CRB
10. Katherine Sinnett, Case No. C 07 1827 CRB
11. William Skipper, Case No. C 07 1827 CRB
12. Charles Tautfest, Case No. C 07 1827 CRB
13. Jerry Trussel, Case No. C 07 1827 CRB
14. John Vasquez, Case No. C 07 1827 CRB
15. Danny Ward, Case No. C 07 1827 CRB
16. Monica Williams, Case No. C 07 1827 CRB
17. Veronica Carloss Crow on behalf of Estate of Dewey Carloss, Case No. C 07 1827 CRB
18. Mary S. Malone on behalf of the Estate of Bobby Malone, Case No. C 07 1827 CRB
19. Belinda Taylor on behalf of the Estate of Robert Taylor, Case No. C 07 1827 CRB
20. Vikki L. Wells on behalf of the Estate of Dwight Wells, SR, Case No. C 07 1827 CRB

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

Dated: August 14, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
  Attorney for the Defendants

Dated: August 14, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
  Attorneys for Plaintiff

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this  22  day of   August   , 2007, in San Francisco, California.

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

- 3 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. C 06 4599 CRB