Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711
Attorneys for Plaintiff,
Eunice M. Dabbs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| EUNICE M. DABBS, | MOTION FOR VOLUNTARY DISMISSAL<br>AND PROPOSED ORDER |
| 3:06-cv-01710 | |
| Plaintiff, | |
| vs. | |
| Pfizer, Inc., et al. | |
| Defendants. | |

Comes now the plaintiff, EUNICE M. DABBS, by and through the undersigned attorney, and hereby requests that this Court dismiss EUNICE M. DABBS as a plaintiff in this cause of action with prejudice. This request is in no way intended to alter, change and/or affect the claims

of any and all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

Wherefore, Plaintiff EUINICE M. DABBS, respectfully requests this Honorable Court to dismiss her as a party plaintiff in the present matter.

DATED: Aug 14, 2007                    PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

By: *Elisabeth French*
Elisabeth French
Attorney for Plaintiff
Eunice M. Dabbs

PURSUANT TO THE TERMS SET FORTH IN PLAINITFF'S MOTION FOR VOLUNTARY DISMISSAL, IT IS SO ORDERED.

Dated  August 22, 2007          _____
Hon. Charles R. Breyer
United States District Court

