BRADFORD D. MYLER, ESQ.
SHERI R. COURSEY, ESQ.
The Law Offices of Bradford D. Myler and Associates
P.O. Box 970039
1278 South 800 East
Orem, Utah 84097
bradmyler@hotmail.com
Utah Bar No. 7089 (Mr. Myler)
Utah Bar No. 11356 (Ms. Coursey)
Attorneys for Plaintiffs
(Plaintiffs listed in caption below)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

*In Re: Bextra and Celebrex Marketing Sales Prac. And Pro. Liability Lit.*, MDL - 1699

Chris Adams; Jack Brower; Toby Bullard; Vickie Busher; Lorna Carter; Kathleen Cashman; Jay Chickering; Sandral Clendening; Christina Crowther; Henrietta Dazet; Marie Donaldson; Carol Eno; James Gaunce; Connie Henderson; Elwood Hiveley; David Malone; Antonella Mirabella-Kelly; Arthur Noble; Wilton Patillo; Edward Prudence; Shirley Stewart; Edward Stotts; Randy Williams; Carl Anglin; William Bailey; Martha Baxter; Theresa Black Bull; Ethel Bowman-Dunn; Sarah Broadway; Karen Brown; Linda Dalman; Doris Dinwiddie; Tony Gentz; Patricia Kelley; Delbert King; Edna Klingensmith; Correene LaBonte; Lenora Lange; Claudia Marshall; Sharlene Meeh; Doris Mickel; Angie Moulton; LaDonna Mueller; Sharon Nichols; Ricky Oster; Sandra Painter; Teri Parmeter; Frances Patterson; Mary Reed-Provini; Sandra Rish; Brenda Russell; Gwen Schoen; Gregory Scholes; Helen Scott; Joel Smith; Ida Souza; Elizabeth Spears; Waymond Stone; Glen Streight; Exie Brenda Tenney; Julie Teeters; Ronnie Thomas; Antoinette Ticali; Douglas Walton; Michael Wheelock; Wesley Wilson; Charles Witte; Jean Yost

) **MDL No. 1699**
)
) **Civil Action No. 07 1956**
) **Judge Charles R. Breyer**

|                                         |                                                                                                                                           |
| --------------------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------- |
| Plaintiffs,                             | )<br>)<br>)                                                                                                                               |
| vs.                                     | ) **Stipulation and**<br>~~Proposed~~ **Order of**<br>**Dismissal Without**<br>**Prejudice For**<br>**Plaintiffs Edward**<br>**Stotts and Jean Yost**<br>**only**<br>)<br>)<br>) [PRODUCTS LIABILITY]<br>)<br>) |
| PFIZER INC., PHARMACIA CORPORATION,<br>G.D. Searle, LLC | )<br>)<br>)<br>)                                                                                                            |
| Defendants.                             | )                                                                                                                                         |

Plaintiffs Edward Stotts and Jean Yost and Defendants by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure Rule 41(a) hereby stipulate to the dismissal without prejudice of Plaintiff Stotts and Yost only from this action with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file a claim against Defendants, they should do so only by re-filing in the United States District Court.

                                        Law Offices of Bradford D.
                                        Myler and Associates

DATED:                                  By: /s/ [signature]

Sheri R. Coursey
Attorney for Plaintiff

Gordon & Rees

DATED: 8-14-07    By: _____
Stuart M. Gordon
Attorney for Defendant

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: August 22, 2007    By: _____
Hon. Charles R. Breyer
United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer