1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

No. MDL 05-01699 CRB

**ORDER DENYING MOTION TO
WITHDRAW AS COUNSEL**

14

*This document relates to:*

15
16

Carl Slusser, 06-2682 CRB

_____/

17
18

By Order dated July 31, 2007, the Court ordered plaintiff Carl Slusser to show cause

19

why his counsel's motions to withdraw should not be granted and his claims dismissed for a

20

failure to prosecute.  Plaintiff timely responded to the Court's order.  From his response it

21

appears that he is not aware of his obligation to produce plaintiff fact sheets and related

22

material.  Accordingly, counsel's motion to withdraw is DENIED.  The denial is without

23

prejudice to counsel filing a new motion to withdraw after they have assisted plaintiff with

24

completion and submission of the required documentation.

25

**IT IS SO ORDERED.**

26
27

Dated: August 28, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

28

G:\CRBALL\2005\1699\showcauseorders\bowersox06-2682Slusser.wpd

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California