## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br><br>MDL Case No. 3:06-cv-00359-CRB; Dale E. Richards | ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

This matter comes before the Court on Plaintiff's Motion for Substitution of Counsel. Having considered the motion and the pleadings in this matter, the Court finds that good cause is shown for the requested substitution of counsel for Plaintiff. It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Substitution of Counsel is hereby GRANTED.

Robert J. Patterson of Watts Law Firm, L.L.P. is hereby substituted for Russell T. Abney as attorney of record for Plaintiff.

SIGNED this __27th__ day of ___August___, 2007.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer