Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| BEVERLY MYERS,<br><br>                    Plaintiffs,<br><br>v.<br><br>PFIZER INC.,.<br><br>                    Defendants. | Case No. 07-0757 CRB<br><br>**MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |

COMES NOW plaintiff Beverly Myers, through the undersigned attorneys, and state, allege and pray as follows:

The herein plaintiff has been represented by David Foster of the Law firm of Sokol & Anuta, P.C. Plaintiff has acquiesced to Sokol & Anuta's withdrawal of their legal representation herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.

1 The undersigned attorneys respectfully request that this Honorable Court authorize the substitution of Sokol & Anuta, P.C. as plaintiffs' legal counsel herein, and accept Gancedo & Nieves LLP as plaintiffs' attorneys herein.

**WHEREFORE,** plaintiffs' respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Sokol & Anuta, P.C. from legal representation, and authorize Gancedo & Nieves LLP to act as plaintiffs' new counsel of record.

Dated: August 27, 2007

Respectfully submitted,

GANCEDO & NIEVES LLP

By: /s/ **Tina B. Nieves**

Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorney for Plaintiff

# ORDER

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Beverly Myers.

Dated: August 28, 2007

_____
Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

SUBSTITUTION OF COUNSEL

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 144 W. Colorado Boulevard Pasadena, CA 91105.

On August 27, 2007, I served the foregoing document described as

**MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Stuart M. Gordon
Attn: Bextra/Celebrex MDL PFS
GORDON & REESE
275 Battery Street, Suite 2000
San Francisco, CA 94111

___ **VIA FEDERAL EXPRESS** Said copies were placed in Federal Express envelopes which were then sealed and, with Federal Express charges to be paid by this firm, on this same date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the Federal Express Corp. on this date following ordinary business practices; and there is delivery service by Federal Express at the place so addressed.

___ I deposited CERTIFIED RETURN RECEIPT REQUESTED envelope with postage thereon fully prepaid in the mail at Pasadena, California.

___ VIA HAND DELIVERY Said copies were provided to _Time Machine_ A delivery service, whose employee, following ordinary business practices, did hand deliver the copies provided to the person or firm indicated herein.

_X_ **BY MAIL** I placed the envelope for collection and mailing following ordinary practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the United States Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party serve, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on August 27, 2007 at Pasadena, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Rosario Castellanos_
ROSARIO CASTELLANOS