1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  David C. Andersen, CA Bar No. 194095
   THE MILLER FIRM, LLC
3  108 Railroad Avenue
   Orange, VA 22960
4  Telephone: (540) 672-4224
   Facsimile: (540) 672-3055
5
   Attorneys for Plaintiffs
6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

12 | JACQUELINE WYNN,                            | **MDL NO. 1699**
13 |         Plaintiffs,                         | **District Judge: Charles R. Breyer**
14 | v.                                          | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF JACQUELINE WYNN**
15 | PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, |
16 |                                             | Case No. 06-CV-2446
   |         Defendants.                         |
17

18     Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

19 pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

20 Plaintiffs, Jacqueline Wynn, from this action without prejudice with each side bearing its own

21 attorney's fees and costs.

22     Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against

23 Defendant's, they should do so only by re-filing in the United States District Court.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: Thursday, August 16, 2007 | Respectfully submitted, |
| 3 | | THE MILLER FIRM, LLC |
| 4 | | By: /s/ David C. Andersen |
| 5 | | DAVID C. ANDERSEN |
| 6 | | |
| 7 | | Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307 |
| 8 | | David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC |
| 9 | | 108 Railroad Avenue
Orange, VA 22960 |
| 10 | | Telephone: (540) 672-4224
Facsimile: (540) 672-3055 |
| 11 | | Attorneys for Plaintiffs |
| 12 | | |
| 13 | | |
| 14 | Dated: 8-23-07 | Respectfully submitted, |
| 15 | | GORDON & REES |
| 16 | | |
| 17 | | By: /s/ Stuart M. Gordon
STUART M. GORDON |
| 18 | | |
| 19 | | CA Bar No. 37477
GORDON & REESE |
| 20 | | 275 Battery Street, Ste. 2000
San Francisco, CA 94111 |
| 21 | | Telephone: (415) 986-5900
Facsimile: (415) 262-3801 |
| 22 | | Attorneys for Defendants |
| 23 | | |
| 24 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED** | |
| 25 | Dated: August 29, 2007 | |
| 26 | | |
| 27 | | Hon. Charles R. Breyer
United States District Judge |
| 28 | | |

IT IS SO ORDERED
Judge Charles R. Breyer

-- 2 --