IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:*    Calvin Kimble, Howard Klever,    06-0229 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

      On July 31, 2007, the Court issued an Order To Show Cause directing the above plaintiffs to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) each plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed each plaintiff to notify the Court in writing on or before August 23, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, neither plaintiff has responded to the Court's July 31, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motions to withdraw are GRANTED and each

//

//

//

plaintiff's claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 28, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\osc\CalvinKimble.wpd