A CERTIFIED TRUE COPY

AUG 2 2 2007

ATTEST _Thomas R. Stewart_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**ORIGINAL**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 2 2007

FILED
CLERK'S OFFICE

**FILED**

SEP 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING,
SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION
   Billie Jean Johnstone v. G.D. Searle, LLC, et al.,  )
      N.D. Mississippi, C.A. No. 2:07-113        )      MDL No. 1699

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Johnstone*) on July 19, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Johnstone* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-77" filed on July 19, 2007, is LIFTED. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Breyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel