Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD JEFFERSON CLARKE | MDL NO. 1699 |
| Plaintiff, | Case No. C-06-2953 CRB |
| v. | |
| PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC | |
| Defendants. | |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF EDWARD JEFFERSON CLARKE

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Edward Jefferson Clarke, in the above-referenced matter is dismissed with prejudice.

Dated: 9/12, 2007.

Judge Charles R. Breyer
United States District Court

imanage9574311