Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Plaintiff,

v.

This document relates to *Billy Lafoon v.
Pfizer, Inc., et al.;* 4:05-cv-01639-CRB

Defendant.

MDL NO. 1699

Case No. M:05-CV-01699-CRB

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF BILLY LAFOON

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of

plaintiff, Billy Lafoon, in the above-referenced matter is dismissed with prejudice.

Dated: 9/17, 2007.

Judge Charles R. Breyer
United States District Court

manage0544951