Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
| | Case No. M:05-"CV-01699-CRB |
| Plaintiff, | |
| v. | |
| This document relates to *Frances Bangs v. Pfizer, Inc., et al.;* 3:06-cv-1868-CRB & 3:06-cv-6783-CRB | |
| Defendant. | |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF FRANCES BANGS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Frances Bangs, in the above-referenced matter is dismissed with prejudice.

Dated: 9/12, 2007.

Judge Charles R. Breyer
United States District Court

imanage9544951