Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Tel:  (212) 835-6108
Fax:  (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br><br>Case No. M:05-CV-01699-CRB |
| Plaintiff, | |
| v. | |
| This document relates to *Erin Roncali v. Pfizer, Inc., et al.;* 3:06-cv-0847-CRB | |
| Defendant. | |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF ERIN RONCALI

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Erin Roncali, in the above-referenced matter is dismissed with prejudice.

Dated: __Sept. 17____, 2007.



IT IS SO ORDERED
Judge Charles R. Breyer

imanage9544951