1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

*This document relates to:*

    Albert Meisner,  05-5324 CRB

_____/

No. MDL 05-01699 CRB

**ORDER GRANTING  MOTION TO
WITHDRAW AS COUNSEL AND
DISMISSING CLAIMS FOR A
FAILURE TO PROSECUTE**

      On August 7, 2007, the Court issued an Order To Show Cause directing plaintiff to

show cause as to why (1) his counsel's motion to withdraw should not be granted; and (2)

plaintiff's claims should not be dismissed for a lack of prosecution.  In particular, the Court

directed plaintiff to notify the Court in writing on or before August 30, 2007 of the reasons

the withdrawal should not be granted or the case dismissed if plaintiff wished to contest

either action.  As of the date of this Order, plaintiff has not responded to the Court's August

7, 2007 Order and has not otherwise communicated with the Court.  Accordingly, plaintiff's

counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with

//

//

//

prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 19, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California