**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Antoinette Smith, Betty Grayer, Jeanette Videau, Pearly Fleming, Sarah Matthews and Laura Sumly, the Surviving Children of Henrietta Marks, 07-1167 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

On August 6, 2007, the Court issued an Order To Show Cause directing the above plaintiffs to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) each plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed each plaintiff to notify the Court in writing on or before August 30, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, none of the plaintiffs has responded to the Court's August 6, 2007 Order and none has otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motions to withdraw are GRANTED and

//

1 each plaintiff's claims are dismissed with prejudice for a failure to prosecute.

2 **IT IS SO ORDERED.**

3 Dated: Sep. 19, 2007

4 _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\Smith2etal.wpd