## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**This pleading applies to:**

**The case of Debbie Wilburn for decedent Richard Wilburn on** <u>Stephen Baron v. Pfizer Inc et al</u>, **3:06-cv-07100-CRB**

**The cases of Kenneth Chancey and Dorothy Polk on** <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, **3:06-cv-07742-CRB**

MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

### STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in the above identified actions through their designated counsel that the cases against the Bextra/Celebrex defendants (**Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC**) brought by: (1) **Debbie Wilburn for decedent Richard Wilburn** on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB and (2) **Kenneth Chancey** and (3) **Dorothy Polk** on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiffs **Debbie Wilburn for decedent Richard Wilburn**, Kenneth Chancey and Dorothy Polk are to refile their actions, plaintiffs **Debbie Wilburn for decedent Richard Wilburn**, Kenneth Chancey and Dorothy Polk can only do so in federal court. Plaintiffs cases in the above styled action remain pending **against Merck for Vioxx-related injuries.**

| GORDEN & REES | JEFFREY J. LOWE, PC |
|---|---|
| By: /s/Stuart M. Gordon | By: /s/Jeffrey J. Lowe |

Stuart M. Gordon
275 Battery St., 20th Floor
Suite 200
San Francisco, CA 94111
415-986-5900
415-896-8054
Attorney for Defendants

Jeffrey J. Lowe     #10538
Francis J. "Casey" Flynn #118147
Attorney for Plaintiff
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401
John Carey
Joseph P. Danis
David Bauman
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| This pleading applies to:<br><br>The case of **Debbie Wilburn for decedent Richard Wilburn** on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB<br><br>The cases of Kenneth Chancey and Dorothy Polk on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB -cv-07742-CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, (1) Debbie Wilburn for decedent Richard Wilburn on <u>Stephen Baron v. Pfizer Inc et al</u>, 3:06-cv-07100-CRB and (2) Kenneth Chancey and (3) Dorothy Polk on <u>Marilyn McCandles et al v. Pfizer Inc et al</u>, 3:06-cv-07742-CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

Sept. 17, 2007

United States District Judge Charles R. Breyer