IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE: WITNESSES FOR DAUBERT HEARING** |

*This document relates to:*

ALL ACTIONS
_____/

The Court is scheduled to hold three days of hearings on the parties' Daubert motions on October 9, 10, and 11, 2007. On or before noon on Thursday, October 4, 2007, the parties shall jointly submit to the Court a list that identifies each party's witnesses and the order and day on which the parties anticipate each witness will testify.

**IT IS SO ORDERED.**

Dated: October 2, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\Daubert\orderrewitnesses.wpd