1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

11  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

CASE NO. M:05-CV-01699-CRB

12  MDL No. 1699

13

14  This Order Relates to:

**STIPULATION AND [PROPOSED] ORDER REGARDING USE OF CEREMONIAL COURTROOM AND EQUIPMENT FOR *DAUBERT* HEARING**

15  ALL CASES.

16

17  Date: October 9-11, 2007
Time: 9:00 A.M.
Judge: Hon. Charles R. Breyer, Courtroom 8

18

19      1.      The Court has scheduled a joint hearing for these MDL proceedings and

20  for the coordinated New York proceedings on Tuesday, October 9, 2007 through Thursday,

21  October 11, 2007.

22      2.      In light of the number of judges and litigants who may be attending the

23  hearing, the parties have agreed and the Court has indicated that the hearing will be held in the

24  Ceremonial Courtroom.

25      3.      The parties wish to use certain equipment to display material to the Courts

26  and each other, including the following:

27      a.      Nine monitors for the display of material to the Courts (one for

28  each judge, one for the Special Master, one for Judge Breyer's law clerk, and one for the court

-1-

1  reporter) and the parties (one for each counsel table, one for counsel at the podium, and one at the
2  witness stand);
3        b.      One large screen to display material to other audience members;
4        c.      A high-resolution projector for the large screen;
5        d.      Several wireless microphones for individuals who will be speaking;
6        e.      A flip chart;
7        f.      An easel;
8        g.      A Wolfvision Visualizer (also known as an "elmo");
9        h.      Several laser pointers;
10        i.      Switchers, amplifiers, and speakers;
11        j.      Two carts with drapes for the projector and the elmo;
12        k.      A table (approximately 19" x 60") to hold equipment; and
13        l.      Cables and extension cords for the equipment listed above.
14        4.      So that the parties may set up the equipment and test it before the hearing,
15  the parties respectfully request permission to bring the equipment listed in paragraph 3 into the
16  courthouse on Friday, October 5 at 11:00 a.m., subject to inspection by building security.
17  Similarly, the parties request access to the Ceremonial Courtroom on October 5 from 11:00 a.m.
18  until 4:00 p.m.
19        5.      The parties will remove the equipment immediately after the hearing on
20  Thursday, October 11.
21  **IT IS SO STIPULATED.**
22  Dated:  October 2, 2007            LIEFF CABRASER HEIMANN & BERNSTEIN LLP
23
24        By   /s/
25           ELIZABETH J. CABRASER
26        Plaintiffs' Liaison Counsel
27
28

-2-

BOST1\491815.2
13415-401

STIPULATION AND [PROPOSED] ORDER REGARDING USE OF CEREMONIAL
COURTROOM AND EQUIPMENT FOR *DAUBERT* HEARING – M:05-CV-01699-CRB

1  Dated:  October 2, 2007				DLA PIPER US LLP

3						By   /s/
						    AMY W. SCHULMAN
						Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 3         , 2007		_____
						HONORABLE CHARLES R. BREYER
						UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer