UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>ALL CASES. | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**PRETRIAL ORDER NO. 25: PROCEDURES AND SCHEDULE FOR SELECTION OF PLAINTIFFS FROM DISCOVERY POOL FOR TRIAL** |

    1.    <u>Scope of Order</u>. This Order shall govern the selection of plaintiffs from the Discovery Pool established by Pretrial Order No. 18 for the first two product liability trials in the MDL proceedings. This Order is binding on all parties and their counsel in all cases currently pending or subsequently made a part of these proceedings that are included in the Discovery Pool. This Order is agreed to jointly by the MDL Plaintiffs' Steering Committee ("PSC") and Pfizer.

    2.    <u>Selection of First Plaintiff for Trial</u>. Pfizer shall select the first plaintiff for trial from the PSC's selections of plaintiffs for the Discovery Pool who took Bextra.

    3.    <u>Selection of Second Plaintiff for Trial</u>. The PSC shall select the second plaintiff for trial from Pfizer's selections of plaintiffs for the Discovery Pool.

/////

/////

/////

-1-

BOST1\489867.6
13415-401

PRETRIAL ORDER NO. 25: PROCEDURES AND SCHEDULE FOR SELECTION OF PLAINTIFFS FROM DISCOVERY POOL FOR TRIAL – M:05-CV-01699-CRB

4.   Dismissals.

a.   Dismissal of First Trial Selection. If the PSC dismisses a PSC-selected plaintiff after Pfizer picks that plaintiff for the first trial, the next trial will be of a Pfizer-selected plaintiff picked by the PSC.

b.   Dismissal of Second Trial Selection. If the PSC dismisses a Pfizer-selected plaintiff after the PSC picks that plaintiff for the second trial, the PSC must pick another Pfizer-selected plaintiff for the second trial.

5.   Schedule.

a.   Exchange of Selections. The parties shall exchange their selections via email simultaneously on Friday, October 12, 2007 at 5:00 p.m. Eastern.

b.   Initial Trial Date. Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel respectfully request that the initial MDL trial commence in May 2008.

c.   Briefing Schedule Regarding Procedure and Schedule for Purchase Claims. Pfizer shall submit a letter brief to the Special Master regarding the procedure and schedule for proceeding with the Purchase Claims Master Complaints by Friday, October 19. The PSC shall file a letter brief in reply by Friday, November 2. The parties shall meet and confer and consult with the Special Master with respect to a hearing date.

6.   Limitations of Order.

a.   Order Subject to Court Approval. The procedures and schedule in this Order shall be subject to approval by the Court.

b.   No Impact on Structure of or Schedule for Subsequent Product Liability Trials. This Order shall not be construed to address the structure of or schedule for subsequent product liability trials, including but not limited to the preclusion of multi-plaintiff product liability trials after the first two trials, nor shall the Order be construed to endorse multi-plaintiff product liability trials after the first two trials.

c.   No Impact on Structure of or Schedule for Purchase Claims Procedure. This Order shall not be construed to affect the procedure and schedule for proceeding with the claims asserted in the Purchase Claims Master Complaints. In particular, this Order shall

-2-

BOST1\489867.6
13415-401

PRETRIAL ORDER NO. 25: PROCEDURES AND SCHEDULE FOR SELECTION OF PLAINTIFFS FROM DISCOVERY POOL FOR TRIAL – M:05-CV-01699-CRB

not be construed to require that the two product liability trials conclude prior to any hearing on or trial of any of the purchase claims, nor shall it be construed to require that any hearing on or trial of the purchase claims precede either of the product liability trials. Similarly, this Order shall not be construed to address whether the purchase claims are subject to bellwether trials, class certification proceedings, motions for summary judgment, or other proceedings.

       7. <u>Additional Discovery and Pretrial Schedules</u>. The parties shall meet and confer with respect to the scope of and schedules for additional fact and expert discovery involving the plaintiffs selected for the initial trials and pretrial schedules for the two trials.

**IT IS SO STIPULATED.**

Dated: October 2, 2007       LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By   /s/
ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel

Dated: October 2, 2007       DLA PIPER US LLP

By   /s/
AMY W. SCHULMAN

Defendants' Liaison Counsel

**IT IS SO RECOMMENDED.**

Dated: October _4_, 2007

HONORABLE FERN M. SMITH
SPECIAL MASTER

**IT IS SO ORDERED.**

Dated: October 05, 2007

HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Charles R. Breyer

-3-