UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION / | No. MDL 05-01699 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO <u>ONLY</u> GARY DEAN ANTWINE** |
| *This document relates to:* | |
| Gary Dean Antwine, a single man<br>06-6085 CRB / | |

Plaintiff Gary Dean Antwine and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of <u>only</u> Gary Dean Antwine be dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Should plaintiff or his lawful representative(s) attempt to re-file this claim against defendant, they shall do so only by re-filing in the United States District Court.

Dated: September 22, 2007

**PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

```
 1                                              E-mail: lowellf@phillipslaw.ws
                                                AZ Bar ID 010872
 2
                                                Attorneys for Plaintiff Bernetta Prosise
 3
 4   Dated: September 17, 2007                  GORDON & REES, LLP
 5
                                                By /s/ Stuart M. Gordon
 6                                              Stuart M. Gordon, Esq.
                                                275 Battery Street, Suite 2000
 7                                              San Francisco, California 94111
                                                (415)986-5900 (Telephone)
 8                                              (415)262-3801 (Facsimile)
                                                E-mail: sgordon@gordonrees.com
 9                                              CA Bar No. 37477

10                                              Attorneys for Defendant Pfizer, Inc.

11
         THE FOREGOING STIPULATION
12       IS APPROVED AND IS SO ORDERED.

13
         DATED: October 3, 2007                 _____
14                                              CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE
15
```

IT IS SO ORDERED

Judge Charles R. Breyer

- 2 -