JAMES F. HUMPHREYS AND ASSOCIATES
United Center
500 Virginia Street, East, Suite 800
T: 304.347.5050
F: 304.347.5055

Attorneys for Plaintiff, Clyde Bailey,
As Personal Representative for the Estate of Martha Ellen Bailey

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AMD CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| Clyde R. Bailey, et al., v. Pfizer Inc., MDL No. 06-3044: <u>Plaintiff Clyde Bailey as Personal Representative for the Estate of Martha E. Bailey</u>, | **STIPULATION AND ORDER DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, CLYDE BAILEY, as Personal Representative for the Estate of MARTHA ELLEN BAILEY, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate tot he dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
NEWY1\8137167.1

| | | |
|---|---|---|
| 1 | DATED: 11 Sept, 2007 | JAMES F. HUMPHREYS & ASSOCIATES, L.C. |

By: _____
Thomas G. Wilson
Attorneys for Plaintiff, Clyde Bailey, As Personal Representative for the Estate of Martha Ellen Bailey

DATED: _____, 2007      DLA PIPER US LLP

By: _____
Matthew Lepore
Attorneys for Defendants, Pfizer, Inc.

DATED: 9·W, 2007      GORDON & REES LLP

By: _____
Stuart M. Gordon
Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: October 3, 2007      _____
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer