## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| SANDRA M. ADAMCEWICZ, et al.,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>CASE NO. 3:06-cv-2431-CRB |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff **Ann Palmisano** is hereby dismissed without prejudice.

1. Plaintiff is Ann Pamisano; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On April 6, 2006, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss her claims against Defendants;

4. This case is not a class action;

5. A receiver has not been appointed to this action;

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

1

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file his claims against Defendants, she shall do so only by filing said claims in Federal Court.

Respectfully submitted:

Dated: 9/17/07

By: _____
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff Ann Palmisano*

GORDON & REES

Dated: 9-22-07

By: _____
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 03, 2007

_____
Honorable Charles R. Breyer
United States District Court



2