1

2

Attorneys for Plaintiffs,
3  SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
4  MINEOLA, NY 11501
P: (516) 741-5252
5  F: (516) 741-1243

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____  )
                                               )
    IN RE: BEXTRA AND CELEBREX                )  **MDL NO. 1699**
14  MARKETING SALES PRACTICES AND            )  **District Judge:  Charles R. Breyer**
    PRODUCT LIABILITY LITIGATION             )
15  _____  )
                                               )
16                                             )
    Richard Mills                             )  **STIPULATION AND ORDER OF**
17                        Plaintiffs,          )  **DISMISSAL WITHOUT PREJUDICE**
                                               )  **AS TO RICHARD MILLS ONLY**
18              vs.                            )
                                               )  Docket: 07:cv:2212
19  Pfizer, Inc., et al.                      )
                          Defendants.          )
20  _____  )

21

        Come now the Plaintiff and Defendants, by and through the undersigned attorneys,
22
    pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of
23
    this action without prejudice with each side bearing its own attorneys' fees and costs.
24
        Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
25
    Defendants, they should do so only by re-filing in the United States District Court.
26

27

28

                                    -1-

1

DATED:  September 21, 2007.

2

By:

3

SANDERS VIENER GROSSMAN, LLP
Attorneys for Plaintiff, Marc Grossman

4

5

DATED: 9-22 2007 GORDON & REES

6

7

By:

8

Stuart M. Gordon
Attorneys for Defendants

9

10

11

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

12

13

14

Dated:  Oct. 3, 2007

Hon. Charles R. Breyer
United States District Co...

15

16

IT IS SO ORDERED

17

Judge Charles R. Breyer

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**