Attorneys for Plaintiffs,
SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY 11501
P: (516) 741-5252
F: (516) 741-1243

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Maria De La Diaz Marrero<br>　　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants.<br>CV 07-2212 | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br>Docket: 2438/06 |

　　　Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

　　　Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

1  DATED: September 27, 2007

2
    By: _____
3   Attorneys for Plaintiff, SANDERS VIENER GROSSMAN
    Marc Grossman
4

5

6  DATED: 9-27, 2007        GORDON & REES

7
    By: _____
8   Stuart M. Gordon
    Attorneys for Defendants
9

10

11
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
12  IT IS SO ORDERED.**

13

14  Dated: Oct. 3, 2007      _____
                             Hon. Charles R. Breyer
15                           United States District Court

16                           [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-2-

PFZR/1035934/1030331v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**