UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Doshie Bartley, et al. v. Pfizer, Inc., et al.*,<br>MDL No.06-4160: Plaintiff Doshie J. Bartley, Individually and as Executrix of the Estate of William Ray Bartley, deceased | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, DOSHIE J. BARTLEY, Individually and as Executrix of the Estate of William Ray Bartley, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

RECEIVED
AUG 1 7 2007
BY:_____

| | |
|---|---|
| 1 | DATED: _____, 2007 |
| 2 | JAMES F. HUMPHREYS & ASSOCIATES, L.C. |
| 3 | |
| 4 | By: _____ |
| 5 | Thomas G. Wilson<br>Attorneys for Plaintiff |
| 6 | |
| 7 | |
| 8 | DATED: Aug 17, 2007 |
| 9 | CLARK, THOMAS & WINTERS, P.C. |
| 10 | |
| 11 | By: _____<br>Cedric E. Evans |
| 12 | 8/12/07    Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 03, 2007

_____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*