IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

ALBERTA COX

    Plaintiff,

v.

PFIZER, INC., et al.

    Defendants.

ORDER

CASE NO. 3:06-cv-02095-CRB

# ORDER

It is hereby ordered that Plaintiffs' cause of action should be and is hereby dismissed without prejudice as to Defendants Pfizer, Inc., Monsanto Company, Pharmacia Corporation, and G.D. Searle, LLC, with each party bearing its own costs, expenses and attorneys' fees. It is further ordered that if plaintiff re-files this case, that it shall be re-filed in Federal Court.

Date: Oct. 03, 2007

_____
Judge Charles R. Brewer



cc: Shawn Foster
    Davis, Bethune & Jones, L.L.C.
    1100 Main, Suite 2930
    Kansas City, MO 64105
    Attorneys for Plaintiffs

    Stuart M. Gordon
    Gordon & Rees LLP
    275 Battery Street, #2000
    San Francisco, CA 94111
    Attorneys for Defendants