Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711
Attorneys for Plaintiff,
Roy Rodgers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| ROY RODGERS,<br><br>3:06-cv-02491<br><br>    Plaintiff,<br><br>    vs.<br><br>Pfizer, Inc., et al.<br><br>    Defendants. | MOTION FOR VOLUNTARY DISMISSAL AND ~~PROPOSED~~ ORDER |

Comes now the plaintiff, ROY RODGERS, by and through the undersigned attorney, and hereby requests that this Court dismiss Roy Rodgers as a plaintiff in this cause of action with prejudice. This request is in no way intended to alter, change and/or affect the claims of any and

all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

Wherefore, Plaintiff Roy Rodgers, respectfully requests this Honorable Court to dismiss him as a party plaintiff in the present matter.

DATED: Oct 5, 2007              PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.


By: *Elisabeth French*
Elisabeth French
Attorney for Plaintiff
Roy Rodgers

PURSUANT TO THE TERMS SET FORTH IN PLAINITFF'S MOTION FOR VOLUNTARY DISMISSAL, IT IS SO ORDERED.

Dated   October 10, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer