FILED

OCT 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

OCT - 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1699

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-82)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,148 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION       MDL No. 1699

### SCHEDULE CTO-82 - TAG-ALONG ACTIONS

**DIST. DIV. C.A.#**          **CASE CAPTION**

MARYLAND
  MD  1  07-606          James Lomax v. Pfizer Inc.

OHIO NORTHERN
  OHN  3  07-2708        Joseph Cook, etc. v. St. Vincent Mercy Medical Center, et al.

TENNESSEE EASTERN
  TNE  2  07-223         Nettie J. Beckett, et al. v. Pfizer Inc.

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION               MDL No. 1699

## INVOLVED COUNSEL LIST (CTO-82)

James T. Ball
Law Offices of James T. Ball
200 North LaSalle Street
Suite. 1710
Chicago, IL 60601

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

George T. East
155 Shelby Street
Suite 3
Kingsport, TN 37660-4225

Theodore C. Jennings
Ball & Jennings
120 South LaSalle Street
Suite 1500
Chicago, IL 60603

Jennifer S. Kiesewetter
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120-4036

Anne M. Kordas
Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Gregory A. Markel
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Amy W. Schulman
DLA Piper
1251 Avenues of the Americas
45th Floor
New York, NY 10020-1104

Stephen R. Serraino
Anspach, Meeks Ellenberger
300 Madison Avenue
Suite 1600
Toledo, OH 43604-2633

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane
Suite 2
Hunt Valley, MD 21030