United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

*This document relates to:*

        Kurt Lebert,  06-0229 CRB

_____/

No. MDL 05-01699 CRB

**ORDER GRANTING  MOTION TO
WITHDRAW AS COUNSEL AND
DISMISSING CLAIMS FOR A
FAILURE TO PROSECUTE**

        On September 11, 2007, the Court issued an Order To Show Cause directing plaintiff

Balden Pratt to show cause as to why (1) his counsel's motion to withdraw should not be

granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution.  In

particular, the Court directed plaintiff to notify the Court in writing on or before October 5,

2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff

wished to contest either action.  As of the date of this Order, plaintiff has not responded to

the Court's Order and has not otherwise communicated with the Court.  Accordingly,

plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed

//

//

//

1    with prejudice for a failure to prosecute.

2         **IT IS SO ORDERED.**

3

4    Dated: October 12, 2007

          CHARLES  R. BREYER
          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\osc\KurtLebert.wpd