Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, Alabama 35203
(205)322-8880
(205)328-2711
Attorneys for Plaintiff,
Martha Lemond

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Martha Lemond<br><br>3:05cv3799<br><br>          Plaintiff,<br><br>     vs.<br><br>Pfizer, Inc., et al.<br><br>          Defendants. | **MOTION FOR VOLUNTARY DISMISSAL**<br>**AND ~~PROPOSED~~ ORDER** |

Comes now the plaintiff, Martha Lemond, by and through the undersigned attorney, and hereby requests that this Court dismiss Martha Lemond, as a plaintiff in this cause of action with prejudice. This request is in no way intended to alter, change and/or affect the claims of any and

all other named plaintiffs as previously set forth in the original complaint and any amendments thereto.

    Wherefore, Plaintiff Martha Lemond, respectfully requests this Honorable Court to dismiss her as a party plaintiff in the present matter.

DATED: Oct 5, 2007        PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.

By: *Elisabeth French*
Elisabeth French
Attorney for Plaintiff,
Martha Lemond

PURSUANT TO THE TERMS SET FORTH IN PLAINITFF'S MOTION FOR VOLUNTARY DISMISSAL, IT IS SO ORDERED.  Dismissal is with prejudice.

Dated  October. 15, 2007



Hon. Charles R. Breyer
United States District Court