Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) Master No.: M:05-CV-01699-CRB ) ) MDL No.: 1699 ) |
| THIS DOCUMENT RELATES TO: MDL Case no. 1:06-6838 07-00903 CRB Defendants. | ) Plaintiff: SUSAN SALZER ) ) ) ) |

**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**REGARDING PLAINTIFF SUSAN SALZER**

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Susan Salzer, in the above-referenced matter is dismissed with prejudice.

Dated: __October 19__, 2007.



IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court
Northern District of California