## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

JIMMY WYRICK, JR., individually

    Plaintiff,

v.

PFIZER, INC., et al.,

    Defendants.

STIPULATION AND ~~PROPOSED~~
ORDER OF DISMISSAL
WITHOUT PREJUDICE

CASE NO. 3:07-cv-00906CRB

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff **Jimmy Wyrick, Jr.** is hereby dismissed without prejudice.

1.  Plaintiff is Jimmy Wyrick, Jr.; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.  On February 13, 2007, Plaintiff sued Defendants;

3.  Plaintiff moves to dismiss his claims against Defendants;

4.  This case is not a class action;

5.  A receiver has not been appointed to this action;

6.  Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file his claims against Defendants, she shall do so only by filing said claims in Federal Court.

Respectfully submitted:

Dated: 10/19/07

By: _Navan Ward Jr._

Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff Jimmy Wyrick, Jr.*

**GORDON & REES**

Dated: 10-22-07

By: _____

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 23, 2007



Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

2