IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

*This document relates to:*

Alberta Cox., 06-2095 CRB

_____/

    The Court previously advised plaintiff that it would grant her motion to voluntarily dismiss her action on the condition that dismissal be with prejudice. As plaintiff has not indicated that she opposes dismissal with prejudice, her action is hereby DISMISSED WITH PREJUDICE.

    **IT IS SO ORDERED.**

Dated: October 29, 2007

                                                                                     CHARLES R. BREYER
                                                                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\orderre06-2095.wpd