1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10    IN RE: BEXTRA AND CELEBREX          No. MDL 05-01699 CRB
      MARKETING, SALES PRACTICES AND
11    PRODUCT LIABILITY LITIGATION        **STIPULATION AND PROPOSED**
                                          **ORDER OF DISMISSAL WITHOUT**
12    _____/   **PREJUDICE AS TO <u>ONLY</u> RICHARD**
                                          **CHARLES JOHNSON**
13    *This document relates to:*

14          Richard Charles Johnson;
            06-6074 CRB
15    _____/

16

17          Plaintiff Richard Charles Johnson and defendant Pfizer, Inc., by respective counsel

18    undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the

19    claims of <u>only</u> Richard Charles Johnson be dismissed with each side bearing its own attorneys' fees

20    and costs.

21          Should plaintiffs or their lawful representative(s) attempt to re-file this claim against

22    defendant, they shall do so only by re-filing in the United States District Court.
      Dated: October 22, 2007                    **PHILLIPS & ASSOCIATES**
23
                                                 By s/Lowell W. Finson[1]
24    _____

25          [1]I hereby attest that I have on file all holograph signatures for any signatures indicated by a
      "conformed" signature (/S/) within this e-filed document.
26

27

28                                     – 1 –

1

2

3

4

5

6

7   Dated: October 1⁄4, 2007

8

9

10

11

12

13

14

15

16   DATED: _____

17

18

19

20

21

22

23

24

25

26

27

28

Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

**Attorneys for Plaintiff Richard
Charles Johnson**

**GORDON & REES, LLP**

By _____
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

– 2 –