Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KENNEY W. HAYNES, | MDL NO. 1699 |
| Plaintiffs, | District Judge: Charles R. Breyer |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | Case No. C-06-~~2953~~ CRV  2379 |
| Defendants. | |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Kenney W. Haynes, from this action without prejudice with each side bearing its own attorney's fees and costs.

Dated: July 23, 2007

Respectfully submitted,

THE MILLER FIRM, LLC

By: _____
J. CHRISTOPHER IDE

COMPLAINT

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs

Dated: September 10, 2007

Respectfully submitted,

DLA PIPER US LLP

By: _____
AMY W. SCHULMAN

Bar No. AWS3417
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court

- - 2 - -

COMPLAINT

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEY W. HAYNES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC<br><br>　　　　Defendants. | MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>Case No. C-06-~~2953~~ CRV<br>2379 |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF KENNEY W. HAYNES

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Kenney W. Haynes, in the above-referenced matter is dismissed with prejudice.

Dated: _____, 2007.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　United States District Court

imanage9574311

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEY W. HAYNES<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC<br><br>Defendants. | MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>Case No. C-06-~~2953~~ CRV<br>2379 |

### VERIFICATION

As attorney for Defendants, I hereby verify that the required amount was paid to the common benefit expense fund by Plaintiffs' counsel on July 19, 2007 pursuant to Pretrial Order No. 8. Further, in accordance with the requirements of Pretrial Order No. 8, specifically that details of any settlement amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth in this document.

By /s/ Amy W. Schulman, Esq.

DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108

Attorneys for Defendants

imanage9574331

```
 1  Michael J. Miller, VA Bar No. 19171
    J. Christopher Ide, VA Bar No. 19307
 2  David C. Andersen, CA Bar No. 194095
    THE MILLER FIRM, LLC
 3  108 Railroad Avenue
    Orange, VA 22960
 4  Telephone: (540) 672-4224
    Facsimile: (540) 672-3055
 5
    Attorneys for Plaintiff
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     (SAN FRANCISCO DIVISION)
11
12  KENNEY W. HAYNES,                MDL NO. 1699
13          Plaintiffs,               District Judge: Charles R. Breyer
14  v.                                VERIFICATION
15  PFIZER INC., PHARMACIA            Case No. C-06-2953 CRV
    CORPORATION, and G.D. SEARLE, LLC,          2379
16
            Defendants.
17
```

18   As attorney for plaintiff, Kenney W. Haynes, I hereby verify that the required amount was
19 paid to the common benefit expense fund on July 19, 2007 pursuant to Pretrial Order No. 8.
20 Further, in accordance with the requirements of Pretrial Order No. 8 that details of any settlement
21 amounts deposited into escrow shall be confidential, the actual amount paid has not been set forth
22 in this document.

23 Dated: July 23, 2007                    Respectfully submitted,

                                           THE MILLER FIRM, LLC

                                           By: _____
                                              J. CHRISTOPHER IDE

VERIFICATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael J. Miller, VA Bar No. 19171
J. Christopher Ide, VA Bar No. 19307
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

Attorneys for Plaintiffs