AMY W. SCHULMAN (Bar No. NY-2361384)
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Defendants' Liaison Counsel

Sara J. Gourley
Sherry A. Knutson
Craig A. Knot
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendants
*Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-06-2849 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Harold Brown, et al.,<br><br>                       Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                       Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **DEBBIE OLIVAREZ**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this Plaintiff's action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

Date: ~~September~~ October 10, 2007

GANCEDO & NIEVES LLP

By: _____
Tina B. Nieves
Attorneys for Plaintiff, Debbie Olivarez

Date: ~~September~~ November 1, 2007

SIDLEY AUSTIN LLP

By: _____
Craig A. Knot
Attorneys for Defendants

Date: ~~September~~ November 1, 2007

GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 7, 2007

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

CH1 3997167v.1