UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 6A: STIPULATION AND ORDER AMENDING PRETRIAL ORDER NO. 6 REGARDING DELIVERY OF DEFENDANT FACT SHEETS** |

    1.    <u>Requirements in Pretrial Order No. 6</u>.  Pretrial Order No. 6 ("PTO 6") requires the Pfizer Entities to serve Defendant Fact Sheets ("DFSs") on personal injury plaintiffs within sixty (60) days after receipt of a substantially complete and verified Plaintiff Fact Sheet ("PFS") and substantially complete authorizations.  *See* PTO 6, ¶¶ 12-13.  Pfizer presently is required to provide a hard copy of the DFS to the counsel of record for the plaintiff to whom the DFS applies, as well as an electronic copy of the DFS to Plaintiffs' Liaison Counsel's designee and the counsel of record for the plaintiff to whom the DFS applies where that counsel has provided an email address in the PFS.  *Id.* ¶ 12.

    2.    <u>Defendants May Provide Defendant Fact Sheets by CD Only</u>.  For the sake of administrative simplicity and conservation of the parties' resources, and to minimize the unnecessary production of hard copies of DFSs, PTO 6, paragraph 12 is hereby amended so that

the Pfizer Entities may serve DFSs by CD only.  The Pfizer Entities still must provide CDs with DFSs to Plaintiffs' Liaison Counsel and individual plaintiffs' counsel of record, but no longer must provide hard copies of DFSs or send DFSs by electronic mail or other means.

**IT IS SO STIPULATED.**

Dated:  November 12, 2007          LIEFF CABRASER HEIMANN & BERNSTEIN LLP


                                   By   /s/
                                      ELIZABETH J. CABRASER

                                   Plaintiffs' Liaison Counsel


Dated:  November 12, 2007          DLA PIPER US LLP


                                   By   /s/
                                      AMY W. SCHULMAN

                                   Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 13, 2007                   /s/
                                   HONORABLE CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE