1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   IN RE:  BEXTRA AND CELEBREX              CASE NO. M:05-CV-01699-CRB
     MARKETING SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION            MDL No. 1699

13
     This Order Relates to:                  **PRETRIAL ORDER NO. 26:  SALES**
14                                           **REPRESENTATIVE DISCOVERY FOR**
        ALL CASES.                           **INITIAL MDL TRIALS**
15

16

17   **I.     SCOPE OF ORDER**

18              1.      <u>Scope of Order</u>.  This Order shall apply to the plaintiffs selected for trial

19   pursuant to Pretrial Order No. 25 ("the trial plaintiffs").  Pfizer shall provide the following

20   discovery in connection with the sales representatives who detailed the trial plaintiffs' prescribing

21   physician(s) regarding COX-2 inhibitors ("the trial case sales representatives").

22              2.      <u>Bextra Trial Plaintiffs</u>.  If a trial plaintiff alleges injury only from taking

23   Bextra, then Pfizer shall not be required to produce documents for or make available for

24   deposition any representative who stopped detailing the prescribing physician(s) before April

25   2002 or who did not start detailing the prescribing physician(s) until after April 2005.  The term

26   "trial case sales representative" shall not include any such representatives.

27   /////

28   /////

1   **II.     DOCUMENT PRODUCTION**

2           3.      Production of Trial Case Sales Representatives' Custodial Files.  Pfizer

3   shall produce documents from the custodial files of the trial case sales representatives that are

4   related to COX-2 inhibitors, including but not limited to emails; training materials (including

5   videotapes, which Pfizer shall make available for inspection or for which plaintiffs may pay

6   duplication costs); documents provided to prescribing physicians; correspondence with

7   prescribing physicians, managers, or other sales representatives; reports of weekly activity; Field

8   Trip Coaching Guide reports; and Goal Attainment Reports (GAR).  The parties shall meet and

9   confer with respect to whether Pfizer shall provide electronic documents in the trial case sales

10  representatives' custodial files dated after July 31, 2005.

11          4.      Production of Trial Case Sales Representatives' Personnel Files.  Pfizer

12  shall produce personnel files for the trial case sales representatives, including but not limited to

13  Year End and Mid Year Performance reviews, in their entirety, with the exception of information

14  regarding other products or personal information about the representatives, which Pfizer may

15  redact pursuant to Pretrial Order No. 3.

16          5.      Production of Reports from Pfizer Databases Regarding Trial Case Sales

17  Representatives.  Pfizer shall produce reports from its databases with the following information

18  regarding particular trial case sales representatives to the extent such information is available:

19          a.      BETSY.  Information regarding trial case sales representatives'

20  budget available for speaker programs and how the trial case sales representatives spent their

21  budgets.

22          b.      PEDAGOGUE.  Tests the trial case sales representatives took in

23  training to detail COX-2 inhibitors and the results of those tests.

24          c.      Goal Attainment Reports.  Goal Attainment Reports by area for

25  each area in which a trial case sales representative detailed.

26          6.      Production of Prescribing Data.  Pfizer shall work with its third party

27  vendor to facilitate production from that vendor of profiles regarding the trial plaintiffs'

28  /////

-2-

prescribing physician(s), including those physicians' prescribing history and potential with

respect to Bextra, Celebrex and Vioxx, as follows:

> a. <u>Deadline for Plaintiffs' Requests</u>.  The Plaintiffs' Steering
Committee ("PSC") shall identify all the prescribing physician(s) for the trial plaintiffs for whom
they request prescribing data by Friday, November 9 at 4:00 p.m. Eastern time.

> b. <u>Notification of Additional Requests by Pfizer</u>.  Pfizer will notify the
PSC if there are any additional prescribing physician(s) for the trial plaintiffs for whom Pfizer
will request prescribing data by November 9 at 5:00 p.m. Eastern time.

> c. <u>Transmission of Prescribing Data</u>.  Pfizer will request the
prescribing data from the vendor on November 9 and will transmit the prescribing data to the PSC
upon receipt.

> d. <u>Cost for Prescribing Data</u>.  Pfizer will bear the cost of the initial
requests on November 9.  If the PSC identifies any additional trial plaintiffs' prescribing
physician(s) after November 9 for whom they wish to obtain prescribing data, the PSC may do so
but will bear the full cost of any such request.

> 7. <u>Production of District and Regional Managers' Files</u>.

> a. <u>Regional Managers</u>.  Pfizer shall not be required to produce any
documents relating to regional managers.

> b. <u>District Managers Noticed for Deposition</u>.  In connection with
district managers' depositions noticed pursuant to paragraph 10 of this Order, Pfizer shall produce
those managers' files relating to Bextra and/or Celebrex as follows:  (1) any emails sent to or
received from the trial case sales representatives; (2) Field Trip Coaching Guides relating to the
trial case sales representatives; (3) any materials related to Plans of Action ("POAs"); and (4) the
managers' year-end performance reviews.  Pfizer shall not be required to produce any documents
relating to district managers who are not noticed for deposition.

> 8. <u>Compensation of Trial Case Sales Representatives Noticed for Deposition</u>.
Pfizer shall produce document(s) containing information regarding the salary and bonuses paid to
the trial plaintiff sales representatives noticed for deposition.  Pfizer shall not be required to

-3-

1    produce documents regarding compensation for the trial plaintiff sales representatives who are

2    not noticed for deposition or for district or regional managers.

3              9.    Deadline for Document Production.

4                    a.    Custodial Files, Personnel Files, Database Reports, and Prescribing

5    Data for Trial Case Sales Representatives.  Pfizer shall produce the custodial files, personnel files,

6    applicable database reports, and prescribing data required by paragraphs 3 through 6 of this Order

7    on a rolling basis and in no event later than December 21, 2007.  Pfizer shall provide custodial

8    files for at least five (5) trial case sales representatives by Friday, November 30; at least five (5)

9    more such custodial files by Friday, December 7; and at least five (5) more such custodial files by

10   Friday, December 14, with any remaining custodial files, personnel files, database reports, and

11   prescribing data by Friday, December 21.

12                   b.    Files of District Managers Noticed for Deposition.  Pfizer shall

13   produce the file of any district manager noticed for deposition as required by paragraph 7(b) of

14   this Order at least ten (10) days before the district manager's deposition.

15                   c.    Compensation of Trial Case Sales Representatives Noticed for

16   Deposition.  Pfizer shall produce the information required by paragraph 8 of this Order at least

17   five days (5) before the trial case sales representative's deposition.

18   **III.    DEPOSITIONS**

19             10.    Number of Depositions.  Plaintiff, in each of these two trial cases only,

20   shall be entitled to take up to eight (8) depositions of the trial case sales representatives.

21   Depositions of sales representatives previously conducted in the Discovery Pool phase shall count

22   against the limit of eight (8) depositions.  Of those eight depositions, plaintiff in each of these two

23   trial cases may depose up to two (2) sales representative regional managers and up to two (2)

24   district managers.

25             11.    Deposition Notices.

26                    a.    Trial Case Sales Representatives.  Absent agreement of Defendant's

27   Liaison Counsel or good cause shown, the trial case sale representatives' depositions shall be

28   noticed at least twenty (20) days in advance.

-4-

1          b.      District and Regional Managers.  Absent agreement of Defendant's

2   Liaison Counsel or good cause shown, the district and regional managers' depositions shall be

3   noticed at least thirty (30) days in advance.

4   **IT IS SO ORDERED.**

5

6   Dated:  November  13, 2007                    _____/s/_____

7                                                HONORABLE CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRETRIAL ORDER NO. 26:  SALES REPRESENTATIVE
DISCOVERY FOR INITIAL MDL TRIALS – M:05-CV-01699-CRB