IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>The case of Herman Bogard, Jessie Carson, Cynthia Cox, Jack Fately, Jr. for Albert L. Verhosek, Mary Jane Jonasen, Betty Sherman, Michael Starling on <u>Betty Sherman v. Pfizer Inc et al</u>, 3:07-cv-0403-CRB<br><br>Otis Sexton on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB<br><br>Bill Barlow, Steven Berenzansky, Tollie Brown, Robert Flanigan on <u>Wayne Adamson v. Pfizer Inc et al</u>, 3:07-cv-0288 CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, (1) Herman Bogard, Jessie Carson, Cynthia Cox, Jack Fately, Jr. for Albert L. Verhosek, Mary Jane Jonasen, Betty Sherman, Michael Starling on <u>Betty Sherman v. Pfizer Inc et al</u>, 3:07-cv-0403-CRB; (2) Otis Sexton on <u>Margaret Sturges et al v. Pfizer Inc. et al</u>, 3:07-cv-00290-CRB; (3) Bill Barlow, Steven Berenzansky, Tollie Brown, Robert Flanigan on <u>Wayne Adamson v. Pfizer Inc et al</u>, 3:07-cv-0288 CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

November 16, 2007

_____
United States District Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

48625.1