IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

*This document relates to:*

Earnest Karn, 06-2682 CRB
_____/

On October 12, 2007, the Court issued an Order To Show Cause directing the above plaintiff to show cause as to why (1) his counsel's motion to withdraw should not be granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiff to notify the Court in writing on or before November 2, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, plaintiff has not responded to the Court's October 12, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motion to withdraw is GRANTED and plaintiff's claims are

//
//
//

1  dismissed with prejudice for a failure to prosecute.

2  **IT IS SO ORDERED.**

3  Dated: Nov. 19, 2007

4  _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\Earnestkarn.wpd

2