IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER GRANTING MOTIONS TO VACATE JUDGMENT** |

*This document relates to:*

Betty Zito, et al., 06-2619 CRB
Pauline Jackson, et al., 06-2691 CRB
_____/

    Upon review of plaintiffs' supplemental submission in support of their Rule 60(b)(1) motions to vacate the judgments for excusable neglect, and no opposition having been filed, plaintiffs' motions are GRANTED upon the condition that plaintiffs comply with Pretrial Order 6 within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: November 19, 2007

                                                            CHARLES R. BREYER
                                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\ordervacatingzitojackson.wpd