Attorneys for Plaintiffs,
SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY 11501
P: (516) 741-5252
F: (516) 741-1243

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Iris Diaz Rivera<br>                    Plaintiffs,<br>        vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO IRIS DIAZ RIVERA ONLY**<br><br>Docket: 3:06-cv-02438-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

1  DATED: December 5, 2006.
2
3
4  By: Marc Grossman
   Attorneys for Plaintiff, Iris Diaz Rivera
5
6  DATED: 11/17, 2006.   GORDON & REES
7
8  By:
   Stuart M. Gordon
9  Attorneys for Defendants
10
11
12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
13
14  Dated: Nov. 20, 2007
15  Hon. Charles R. Breyer
   United States District
16
   IT IS SO ORDERED
17
18  Judge Charles R. Breyer
19
20
21
22
23
24
25
26
27
28

-2-

PFZR/1035934/1030331v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**