IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ULISES CASTELLANOS-CISNEROS,<br><br>    Defendant._____/ | No. C 07-00004 CRB<br><br>**ORDER FOR DEFENDANT'S COUNSEL TO APPEAR** |

    The Court held a status conference in the above matter on November 21, 2007. Arturo Hernandez, counsel for defendant Ulises Castellanos-Cisneros, did not appear and did not otherwise communicate with the Court. The Court continued the conference to November 28, 2007. Counsel Arturo Hernandez, again, did not appear and again did not otherwise communicate with the Court. Accordingly, counsel Arturo Hernandez is ordered to appear before the Court at 2:15 p.m. on December 5, 2007. The Office of the Public Defender for the Northern District of California is also ordered to appear at the hearing.

    **IT IS SO ORDERED.**

Dated: November 30, 2007

                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0004cr\orderreappearance.wpd