UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>*Beverly Haslam, et al. v. Pfizer, Inc., et al.*, MDL No. 06-2145: <u>Plaintiff Beverly Haslam on behalf of Glen Haslam, deceased</u><br><br>*Linda Cullor, et al. v. Pfizer, Inc.*, MDL No. 06-2547: <u>Plaintiff James P. Daly, Jr.</u> | **PRETRIAL ORDER NO. 27: SCHEDULING ORDER FOR INITIAL MDL TRIALS** |

Pursuant to Pretrial Order No. 25, the Court has established a procedure for the selection of two plaintiffs for initial trials in the MDL. Pursuant to that procedure, the parties have selected Beverly Haslam, on behalf of Glen Haslam (MDL No. 06-2145) and James Daly (MDL No. 06-2547) for the initial trials. The Court hereby establishes the following schedule for those trials, with hearing dates in bold:

/////

/////

/////

/////

-1-

| | |
|---|---|
| Immediately | Fact depositions may commence |
| Monday, December 31, 2007 | Preliminary fact witness lists served |
| Monday, January 28, 2008 | Case-specific fact discovery cut-off |
| Monday, February 4, 2008 | Plaintiff's Rule 26 reports served |
| Friday, February 15, 2008 | Defendants' Rule 26 reports served; expert depositions commence immediately thereafter; Plaintiffs' experts in each area must be completed before Defendants' experts in that area deposed; no party may submit any supplemental or rebuttal expert reports |
| Tuesday, March 18, 2008 | Expert depositions to be completed |
| Friday, March 21, 2008 | Briefs in support of dispositive and *Daubert* motions filed (for experts deposed by March 14) |
| Monday, March 24, 2008 | Exhibit lists served (including Fed. R. Evid. 1006 summaries) |
| | Deposition designations served |
| | Briefs in support of *Daubert* motions filed (for experts deposed after March 14) (by noon Pacific) |
| Monday, March 31, 2008 | Parties exchange draft joint pretrial statements, including witness lists |
| | Motions in limine (MILs) filed |
| Thursday, April 3, 2008 | Opposition briefs to dispositive and *Daubert* motions filed |
| Monday, April 7, 2008 | Objections to exhibit lists served |
| | Objections to deposition designations and counter-designations served |
| Wednesday, April 9, 2008 | Reply briefs in support of dispositive and *Daubert* motions filed |
| Monday, April 14, 2008 | Final witness lists filed |
| | Trial briefs and pretrial statements filed |
| | Objections to counter-designations and reply designations served |
| Wednesday, April 16, 2008 | Opposition briefs to MILs filed |
| Friday, April 18, 2008 | Objections to reply designations served |
| Monday, April 21, 2008 (proposed) | Hearing (if any) on dispositive motions and *Daubert* motions – scope of hearing to be determined by Court |

| | |
|---|---|
| Monday, April 28, 2008 (proposed) | Hearing on MILs, objections to deposition designations, and objections to exhibit lists |
| Monday, April 28, 2008 | Proposed jury instructions, jury questionnaires, and special verdict forms (if any) filed |
| Monday, May 5, 2008 | Trial commences |

**IT IS SO ORDERED.**


Dated:  November  30, 2007                             /s/
                                             HONORABLE CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE