IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Lottie Grixgby, 07-1039 CRB _____/ | CASE NO. 05-1699 CRB MDL No. 1699 CRB **ORDER DENYING PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff Lottie Grixgby's motion to voluntarily dismiss her claims against Merck & Co. Inc. only is DENIED. As the docket reflects, the MDL Panel transferred plaintiff's Merck & Co. Inc. claims to the Eastern District of Louisiana in April 2007.

**IT IS SO ORDERED.**

Dated: December 3, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderdenyinggrixgby.wpd