UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX: MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB |
| | MDL Docket No. 1699 |
| THIS RELATES TO: | Plaintiff: MICHAEL VERNON DOOLEY and GINGER DOOLEY USDC CALIFORNIA CASE NO: 3:07-CV-00110-CRB |

PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs, Michael Vernon Dooley and Ginger Dooley, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), dismiss without prejudice their claims against **PFIZER, INC., IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, MDL** Docket No. 1699, USDC California Case No. 3:07-CV-00110-CRB. Should Plaintiffs refile this case in the future, Plaintiffs represent the case will be filed in the appropriate United States District Court.

This 27th day of November, 2007.

CONSENTED TO:

/s/ JOHN R. BEVIS
John R. Bevis
Georgia Bar No. 056110
Attorney for Plaintiffs
The Barnes Law Group, LLC
P. O. Box 489
Marietta, Georgia 30061
Telephone: 770-419-8505
Facsimile: 770-590-8958
bevis@barneslawgroup.com

Stuart M. Gordon
Gordon & Rees, LLP
Attorneys for Pfizer, Inc.
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-8054
Facsimile: (415) 986-5900
sgordon@gordonrees.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 3 , 2007.



_____
Hon. Charles R. Breyer
United States District Judge