UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA AND CELEBREX )
MARKETING SALES PRACTICE AND )
PRODUCT LIABILITY LITIGATION. )
) MDL NO. 1699
) 3:06-CV-02101-CRB

THIS DOCUMENT RELATES TO FRED AUGUSTIN.

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF FRED AUGUSTIN

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Fred Augustin, in the above-referenced matter is dismissed with prejudice.

Dated: __Dec. 12__, 2007.



Judge Charles R. Breyer
United States District Court