Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: BEXTRA AND CELEBREX MARKETING SALES PRACTICE AND PRODUCT LIABILITY LITIGATION. | ) MDL NO. 1699 )<br>) 3:06-CV-00630-MDL )<br>) |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## REGARDING PLAINTIFF JACK G. BROWN

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Jack G. Brown, in the above-referenced matter is dismissed with prejudice.

Dated: dec. 12, 2007.



IT IS SO ORDERED
Judge Charles R. Breyer
United States District Court