UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA AND CELEBREX
MARKETING SALES PRACTICE AND
PRODUCT LIABILITY LITIGATION.

) MDL NO. 1699
) 4:07-CV-1151

THIS DOCUMENT RELATES TO LOIS RAMAGE

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF ~~FRED AUGUSTIN~~ LOIS RAMAGE

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Lois Ramage, in the above-referenced matter is dismissed with prejudice.

Dated: __Dec. 12__, 2007.



imanage\969827.1