UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION / | No. MDL 05-01699 CRB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY LILLY JASLOWSKI AND HANK JASLOWSKI** |
| *This document relates to:* | |
| Lilly Jaslowski and Hank Jaslowski, wife and husband, 06-0226 CRB / | |

Plaintiffs Lilly Jaslowski and Hank Jaslowski, and defendant Pfizer, Inc., by respective counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that the claims of only Lilly Jaslowski and Hank Jaslowski be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

Dated: December 17, 2007

**PHILLIPS & ASSOCIATES**

By s/Lowell W. Finson[1]
Lowell W. Finson
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
(602)258-8900 (Telephone)
(602)288-1632 (Facsimile)
E-mail: lowellf@phillipslaw.ws
AZ Bar ID 010872

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

- 1 -

Dated: 12/18/07

**Attorneys for Plaintiffs Lilly Jaslowski and Hank Jaslowski**

**GORDON & REES, LLP**

By s/Stuart M. Gordon
Stuart M. Gordon, Esq.
275 Battery Street, Suite 2000
San Francisco, California 94111
(415)986-5900 (Telephone)
(415)262-3801 (Facsimile)
E-mail: sgordon@gordonrees.com
CA Bar No. 37477

**Attorneys for Defendant Pfizer, Inc.**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: Dec. 19

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE