1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE: BEXTRA AND CELEBREX              No. MDL 05-01699 CRB
      MARKETING, SALES PRACTICES AND
12    PRODUCT LIABILITY LITIGATION           **STIPULATION AND PROPOSED**
      _____ /     **ORDER OF DISMISSAL WITHOUT**
                                             **PREJUDICE AS TO ONLY ANNE MARIE**
13    *This document relates to:*             **WHITE AND CODIE DALE WHITE**

14         Anne Marie White and Codie Dale
           White, wife and husband,
15         06-6085 CRB

16    _____ /

17         Plaintiffs Anne Marie White and Codie Dale White, and defendant Pfizer, Inc., by respective

18    counsel undersigned, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate

19    that the claims of only Anne Marie White and Codie Dale White be dismissed with prejudice, with

20    each side bearing its own attorneys' fees and costs.

21    Dated: December 17, 2007                **PHILLIPS & ASSOCIATES**

22                                             By s/Lowell W. Finson[1]
                                                  Lowell W. Finson
23                                                3030 North Third Street, Suite 1100
                                                  Phoenix, Arizona 85012
24                                                (602)258-8900 (Telephone)
                                                  (602)288-1632 (Facsimile)
25                                                E-mail: lowellf@phillipslaw.ws
                                                  AZ Bar ID 010872
26

27    _____
      [1]I hereby attest that I have on file all holograph signatures for any signatures indicated by a
28    "conformed" signature (/S/) within this e-filed document.

                                          - 1 -

**Attorneys for Plaintiffs Anne Marie White and Codie Dale White**

1

2

3    Dated:  12/18/07                          **GORDON & REES, LLP**

4

5                                              By s/Stuart M. Gordon
                                                   Stuart M. Gordon, Esq.
6                                                  275 Battery Street, Suite 2000
                                                   San Francisco, California 94111
7                                                  (415)986-5900 (Telephone)
                                                   (415)262-3801 (Facsimile)
                                                   E-mail: sgordon@gordonrees.com
8                                                  CA Bar No. 37477

9                                              **Attorneys for Defendant Pfizer, Inc.**

10
      THE FOREGOING STIPULATION
11    IS APPROVED AND IS SO ORDERED.

12
      DATED: Dec. 19
13                                             CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -