A CERTIFIED TRUE COPY

JAN -3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 14 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION     MDL No. 1699

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-91)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,164 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION  MDL No. 1699

## SCHEDULE CTO-91 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

FLORIDA MIDDLE
    FLM 8 07-2011     Vincent Rosenquist, et al. v. Pfizer Inc.

MARYLAND
    MD 1 07-3130     Alex Bondarenko v. Pfizer Inc.
    MD 1 07-3131     Melvin Brown v. Pfizer Inc.
    MD 1 07-3133     Theodore Carter v. Pfizer Inc.
    MD 1 07-3134     Hobert Church, Jr. v. Pfizer Inc.
    MD 1 07-3135     Gary Cox v. Pfizer Inc.
    MD 1 07-3136     Raymond Deigert v. Pfizer Inc.
    MD 1 07-3137     Dana Johnson v. Pfizer Inc.
    MD 1 07-3138     Ruth Logan v. Pfizer Inc.
    MD 1 07-3139     Nora Manning v. Pfizer Inc.
    MD 1 07-3140     Esther Nimarko v. Pfizer Inc.
    MD 1 07-3141     Carolyn Owens v. Pfizer Inc.
    MD 1 07-3142     George Sherain, II v. Pfizer Inc.
    MD 1 07-3143     Inetta Wood v. Pfizer Inc.

MINNESOTA
    MN 0 07-4634     Vivian Cobb v. Pfizer Inc., et al.
    MN 0 07-4661     Gene Summers v. Pfizer Inc., et al.
    MN 0 07-4662     Ed Narke v. Pfizer Inc., et al.
    MN 0 07-4670     Charlotte Allen, et al., Pfizer Inc., et al.
    MN 0 07-4671     Joann Burkeen, et al. v. Pfizer Inc., et al.

MISSISSIPPI NORTHERN
    MSN 4 07-124     Claiborne Leon Collier, Sr., et al. v. Pfizer Inc., et al.