Attorneys for Plaintiffs,
SANDERS VIENER GROSSMAN, LLP
100 HERRICKS ROAD
MINEOLA, NY 11501
P: (516) 741-5252
F: (516) 741-1243

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Rosita Navarro Flores<br>　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ROSITA NAVARRO FLORES ONLY**<br><br>Docket: 2438/06 |

　　　　Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

　　　　Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

DATED: January 2, 2008

By: _____

Attorneys for Plaintiff, Marc Grossman

DATED: \_\_\_\_, 2008.   GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan.09, 2008   _____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer