BECNEL LAW FIRM, L.L.C.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone: 985-651-6101
Facsimile: 985-651-6104

Attorneys for Plaintiff
FLORANCE GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB <br> **MDL NO. 1699** |
| FLORANCE GARCIA <br> Individual Case No. C06-~~3258~~ (CRB) <br> 3528 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Florance Garcia, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of plaintiff FLORANCE GARCIA'S action, only, with each side bearing its own attorneys' fees and costs.

DATED: January 9th, ~~2007~~ 2008

BECNEL LAW FIRM, LLC

By: _____
Daniel E. Becnel, Jr.
425 W. Airline Hwy., Suite B
Laplace, LA 70068
Telephone: 985-651-6101
Facsimile: 985-651-6104

Attorneys for Plaintiff
FLORANCE GARCIA


Dated: January 9th, 2008 ~~2007~~

ADORNO & YOSS LLP

By: _____
Anthony N. Upshaw
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and MONSANTO
COMPANY (the Monsanto Company
now known as Pharmacia Corporation)


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 14, 2008   _____
United States District [Judge]

*IT IS SO ORDERED*
Judge Charles R. Breyer
(United States District Court, Northern District of California seal)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE