IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LAIBILITY LITIGATION | MDL DOCKET 1699<br>Judge Charles R. Breyer |
| JOYCE GARDNER, individually and as Trustee and Representative of the Estate of Tim Gardner, Deceased,<br><br>Plaintiff,<br>v.<br><br>PFIZER INC., et al.,<br><br>Defendants | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>CASE NO. 06-3093 |

Plaintiff, Joyce Gardner, and Defendant, Pfizer, Inc., hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

Plaintiff agrees that, in the event he/she re-files a lawsuit against Pfizer that contains claims relating to Bextra/Celebrex, such lawsuit will be filed in a United States District Court; and

Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Dated: 1/18/08

Respectfully submitted:

By: _____
Ronald S. Goldser, MN #35932
Stacy K. Hauer, MN#
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400 Phone
612-341-0844 Fax

Attorney for Plaintiff Joyce Gardner

Dated: 1/23/08

By: _____
Stuart B. Gordon, Esq.
GORDON & REES
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 9411
415-986-5900 Phone
415-986-8054 Fax

Defendant's Liaison Counsel

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2008

_____
Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA