SHAWN KHORRAMI, ESQ., SBN 180411
DANIEL SETAREH, ESQ., SBN 251448
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street
Third-third Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:   (213) 596-6010
email:       skhorrami@khorrami.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| LENA BOSWELL, | : | MDL DOCKET NO. 1699 |
| Plaintiff, | : | District Judge: Charles Breyer |
| v. | : | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF LENA BOSWELL |
| PFIZER, INC., PHARMACIA & UPJOHN, INC a/k/a PHARMACIA & UPJOHN COMPANY, MCKESSON CORP. | | |
| Defendants. | : | Case No. 05-CV-01699-CRB |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff Lena Boswell from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so by re-filing in the United States District Court.

1

Date: January 15, 2008

Respectfully submitted,

/S/Daniel Setareh
Daniel Setareh, Esq.
Khorrami Pollard & Abir LLP
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071

/S/Stuart M. Gordon
Stuart M. Gordon, Esq.
Gordon & Rees LLP
Embarcadero Center West
275 Battery St., Suite 2000
San Francisco, CA 94111

IT IS SO ORDERED.

Signed: January 28, 2008



IT IS SO ORDERED
Hon.
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2