IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, | No. MDL 05-01699 CRB<br><br>**ORDER RE: ATTORNEY DECLARATION** |

_This document relates to:_

    Patricia O'Malley, 06-6085 CRB
    Robert Lee Lamb, 06-6074 CRB

      Now pending before the Court is the motion of Phillips & Associates and Lowell W. Finson and Robert Arentz to withdraw as counsel for the above plaintiffs in the above actions. Counsel are directed to file a declaration or declarations under seal that sets forth the reasons for their motion to withdraw. The Court will take the motion to withdraw under submission after the filing of the declaration(s). Counsel are further advised that the Court will not consider a motion to withdraw as counsel without such declaration; therefore, in the future counsel should not move to withdraw without simultaneously requesting permission to file under seal, and filing under seal, a declaration supporting the motion to withdraw.

**IT IS SO ORDERED.**

Dated: Feb. 11, 2008
                                                  CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrePhillipslawfirm.wpd