UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN re: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1699 |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE CHARLES L. BREYER |
| Teresa Duff, Individually and as Representative of the Estate of Bill Duff, Deceased, and as Next Friend of Christopher Ryan Duff, a Minor v. Pfizer, Inc., Mitchell Wicker, Jr., M.D., and Zoe Akers | ) ) ) ) ) ) ) | |
| Case No. 3:06-cv-02978-CRB | ) ) | |

## ORDER

On Motion of the Defendant, , and the Court being sufficiently advised;  IT IS HEREBY ORDERED:

1) That Melanie S. Marrs and David A. Trevey, of the firm Lynn, Fulkerson, Nichols & Kinkel, PLLC, located at 267 West Short Street, Lexington, KY 40507, with telephone number of (859) 253-0523 and facsimile of (859) 254-2098 are hereby substituted as counsel for Mitchell Wicker, Jr., M.D., and all counsel are requested to remove J.L. Roark, address of 272 E. Main St., P.O. Drawer 898, Hazard, KY 41702 from the service list and direct all future correspondence and pleadings new counsel.

This the  15th   day of February, 2008.

