IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

JOANNE REESE,

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-4157-CRB**

**Plaintiff,**

v.

**PFIZER, INC. et. al.,**

**Defendants.**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff JoAnne Reese is herby dismissed without prejudice.

1. Plaintiff is JoAnne Reese; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On July 5, 2006, plaintiff sued defendants;

3. Plaintiff moves to dismiss her claims against defendants;

4. This case is not a class action;

5. A receiver has not been appointed to this action;

1

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7. Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated: 2/27/08

By: /s/ Navan Ward Jr.
Navan Ward, Jr. (AL State Bar No. WAR062)
Email: navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email: andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 2/29/08

**GORDON & REES**

/s/ Stuart M. Gordon
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2008 
Hon. Charles R. Breyer
United States...