# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Peter L. Kaufman, an active member in good standing of the bar of the State of Florida whose business address and telephone number is 316 S. Baylen Street, STE 400, Pensacola, FL 32502, Telephone 850-435-7107, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing various BEXTRA and CELEBREX plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: __March 7, 2008__



Honorable
United States

IT IS SO ORDERED
Judge Charles R. Breyer