UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ] Master Docket No. M:05-CV-01699-CRB<br>]<br>] MDL No. 1699<br>] |
| THIS RELATES TO:<br>MDL Case No. C-08-255-CRB<br>Charlotte Allen, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.,<br><br>Defendants. | ]<br>]<br>] Plaintiff: Lorraine Rowe<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the following specific Plaintiff Lorraine Rowe ("Plaintiff") and Defendants Pfizer, Inc., Pharmacia Corporation and G.D. Searle, L.L.C. ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(1), to a dismissal without prejudice of the following Plaintiff's claims [which was filed in a consolidated, multi-plaintiff Complaint] against Defendant Pfizer:

1.   Lorraine Rowe

This Stipulation and Order, however, is a partial dismissal in that it does not affect any claims, counterclaims and issues by and between Defendant Pfizer and the following remaining Plaintiffs:

1.   Charlotte Allen; and

2.   Elizabeth Beutler.

Specifically, the parties hereby stipulate and agree as follows:

1. Plaintiff, Lorraine Rowe, dismisses her individual cause of action [which was filed within the above multiparty, consolidated Plaintiffs Complaint] without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(ii).

2. This dismissal is voluntary and not on the merits. Plaintiff certifies that no other cause of action based on this claim has been previously dismissed in any Federal or State court.

3. Plaintiff agrees that, in the event she refiles a lawsuit against Pfizer that contains claims relating to Bextra® and Celebrex®, such lawsuit will be filed in a United States District Court and it will not include Defendants whose presence would destroy diversity jurisdiction;

4. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place or will take place *In Re Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation* (MDL-1699), the MDL proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular plaintiff, can be used in any such lawsuit re-filed by Plaintiff, as though Plaintiff had been a party and had an opportunity to participate in that discovery.

5. Each party will bear its own fees, expenses and costs.

Plaintiff and Defendants agree to the above-stated conditions and the specific Plaintiff wishes to dismiss her claim in the instant lawsuit without prejudice to re-filing, subject to the conditions stated above. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Pfizer may have in any litigation.

WHEREFORE, the parties hereto stipulate to the dismissal of the claim of Plaintiff Lorraine Rowe in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SAN FRANCISCO, CALIFORNIA, this __19th__ day of __March__, 2008.

_____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Respectfully submitted,

Dated: __3 - 4__, 2008

_____
Mark B. Hutton
Elizabeth L. Dudley
Hutton & Hutton Law Firm, L.L.C.
P.O. Box 638
Wichita, KS 67201-0638
Telephone: (316) 688-1166
Telecopier: (316) 686-1077

Attorneys for Plaintiff Lorraine Rowe

Dated: __3 - 13__, 2008

_____
Stuart M. Gordon
Gordon & Rees, L.L.P.
275 Battery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-6900
Telecopier: (415) 262-3801

Attorneys for Defendant Pfizer, Inc.