JOHN C. THORNTON, ESQ. SBN: 84492
ANNE ANDREWS, ESQ. SBN: 103280
**ANDREWS & THORNTON**
2 CORPORATE PARK, SUITE 110
IRVINE, CALIFORNIA 92606
TELEPHONE: (949) 748-1000
FACSIMILE: (949) 315-3540

Attorney for Plaintiff,
**WAYNE SILVER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case Specific Number: C-06-6053 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Wayne Silver,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, WAYNE SILVER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: March 10, 2008         ANDREWS & THORNTON

By: _____
        JOHN C. THORNTON
        ANNE ANDREWS
        Attorneys for Plaintiff

DATED: March 17, 2008         GORDON & REES

By: _____
        Stuart M. Gordon
        Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2008         _____
        Hon. Charles R. Breyer
        United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE