JOHN C. THORNTON, ESQ. SBN: 84492
ANNE ANDREWS, ESQ. SBN: 103280
**ANDREWS & THORNTON**
2 CORPORATE PARK, SUITE 110
IRVINE, CALIFORNIA 92606
TELEPHONE: (949) 748-1000
FACSIMILE: (949) 315-3540

Attorney for Plaintiff,
**MICHAEL BRANDON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C-06-6057 CRB<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Michael Brandon,<br>                    Plaintiff,<br>vs.<br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, MICHAEL BRANDON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

///

///

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: March 10, 2008     ANDREWS & THORNTON

By: _____
JOHN C. THORNTON
ANNE ANDREWS
Attorneys for Plaintiff

DATED: March 17, 2008     GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2008     _____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*