UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  **BEXTRA** and **CELEBREX**
**MARKETING SALES**
**PRACTICES** and **PRODUCT**
**LIABILITY LITIGATION**

**MDL No.  1699**
**Master Docket No.:**
M:05-CV-01699-CRB

This Document Relates to:

Case No. 07-cv-00473-CRB

*Rhoda J. Marcum* v. *Pfizer Inc., et al.*

## PLAINTIFF'S RULE 41 VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to *Federal Rules of Civil Procedure* 41, Rhoda J. Marcum ("Plaintiff") hereby

stipulates to voluntarily dismiss her action against the Defendants, without prejudice.  The Plaintiff

and Defendants ("Parties") agree to bear their own costs and expenses.  All parties who have

appeared in this action acknowledge their agreement hereto as evidenced by their signatures below.

This Stipulation is effective upon filing with the Court and binding on all parties.  **Should Plaintiff**

**or a representative of Plaintiff attempt to \refile their claims against Pfizer, Inc., they shall do**

**so only by filing it in the United States District Court in which venue would be proper and**

**without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28**

**U.S.C. 1332.**

RHODA J. MARCUM,

Plaintiff,

By Counsel:

Christopher W. Luzier (WV Bar No. 9835)
James F. Humphreys & Associates, L.C.
500 Virginia Street, East
800 United Center
Charleston, West Virginia 25301
(304) 347-5050

and

3/13/08



Stuart M. Gordon
Gordon & Rees, LLP
Attorneys at Law
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900

IT IS SO ORDERED.

Dated: March 26 , 2008

_____

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA