UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>*Beverly Haslam, et al. v. Pfizer, Inc., et al.*, MDL No. 06-2145: <u>Plaintiff Beverly Haslam on behalf of Glen Haslam, deceased</u><br><br>*Linda Cullor, et al. v. Pfizer, Inc.*, MDL No. 06-2547: <u>Plaintiff James P. Daly, Jr.</u> | **PRETRIAL ORDER NO. 27A: AMENDED SCHEDULING ORDER FOR INITIAL MDL TRIALS** |

Pursuant to Pretrial Order No. 25, the Court has established a procedure for the selection of two plaintiffs for initial trials in the MDL. Pursuant to that procedure, the parties have selected Beverly Haslam, on behalf of Glen Haslam (MDL No. 06-2145) and James Daly (MDL No. 06-2547) for the initial trials. In the *Daly* matter only, the parties have agreed to defer any case-specific motions, case-specific deposition designations, identification of case-specific exhibits, the case-specific witness list, proposed jury instructions, proposed jury questionnaires, proposed special verdict forms, any case-specific trial briefs, and the portions of the joint draft pretrial statement that incorporate those filings until that case is set for trial. The Court hereby amends the remainder of the schedule established in Pretrial Order No. 27 as follows:

-1-

| | |
|---|---|
| Monday, March 31, 2008 | Expert depositions to be completed |
| | Briefs in support of dispositive and *Daubert* motions filed (for experts deposed by March 26) (by noon Pacific) |
| | Motions in limine (MILs) filed |
| | Preliminary exhibit lists exchanged (including Fed. R. Evid. 1006 summaries); parties to meet and confer regarding exhibits and objections |
| Thursday, April 3, 2008 | Briefs in support of *Daubert* motions filed (for experts deposed after March 26) |
| Monday, April 7, 2008 | Objections to deposition designations and counter-designations served |
| | Parties exchange draft joint pretrial statements, including witness lists |
| Friday, April 11, 2008 | Opposition briefs to dispositive and *Daubert* motions filed (for experts deposed by March 26) |
| Monday, April 14, 2008 | Final witness lists filed |
| | Objections to counter-designations and reply designations served |
| | Opposition briefs to *Daubert* motions filed (for experts deposed after March 26) (by 3:00 p.m. Pacific) |
| | Proposed jury questionnaires exchanged; parties to meet and confer on joint questionnaire |
| Wednesday, April 16, 2008 | Opposition briefs to MILs filed |
| | Reply briefs in support of dispositive and *Daubert* motions filed (for experts deposed by March 26) |
| Thursday, April 17, 2008 | Reply briefs in support of *Daubert* motions filed (for experts deposed after March 26) |
| Friday, April 18, 2008 | Objections to reply designations served |
| Monday, April 21, 2008 | Trial briefs and pretrial statements filed |
| | Proposed joint jury questionnaire filed with Court |
| Monday, April 28, 2008, 8:30 a.m. Pacific | **Hearing (if any) on dispositive motions and *Daubert* motions – scope of hearing to be determined by Court** |
| | Proposed jury instructions and special verdict forms (if any) filed |

| Tuesday, April 29, 2008, 8:30 a.m. Pacific | **Hearing on MILs, objections to deposition designations, and objections to exhibit lists** |
|---|---|
| | Jury questionnaire provided to prospective jurors |
| Thursday, May 1, 2008, 8:30 a.m. Pacific | Jury selection |
| Monday, May 5, 2008 | Trial commences |

**IT IS SO ORDERED.**

Dated:  March 26, 2008

                                  /s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE