1  Trent B. Miracle
   Eric Terry
2  SimmonsCooper, LLC
   707 Berkshire Boulevard
3  East Alton, IL 62024
   Telephone: (618) 259-2222
4
   Attorneys for: Plaintiff Lance Finley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br>MDL No. 1699 |
|---|---|
| This Document Relates to:<br><br>LANCE FINLEY<br><br>Individual Case No: 06-CV-2473-CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Lance Finley, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal **with prejudice** of Plaintiff, LANCE FINLEY's action, only, with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: March 24, 2008 | SIMMONSCOOPER, LLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | TRENT MIRACLE<br>ERIC TERRY |
| 5 | | 707 Berkshire Boulevard<br>East Alton, IL 62024 |
| 6 | | Telephone: (618) 259-2222 |
| 7 | | Attorneys for Plaintiff, Lance Finley |
| 8 | DATED: March 25, 2008 | IRWIN FRITCHIE URQUHART & MOORE LLC |
| 9 | | |
| 10 | | By: _____ |
| 11 | | QUENTIN F. URQUHART, JR.<br>CAMALA E. CAPODICE |
| 12 | | 400 Poydras Street, Suite 2700<br>New Orleans, LA 70130 |
| 13 | | Telephone: (504) 310-2100 |
| 14 | | Attorneys for Defendant, Pfizer Inc. |
| 15 | DATED: 3.25, 2008 | GORDON & REES LLP |
| 16 | | |
| 17 | | By: _____<br>STUART M. GORDON |
| 18 | | Embarcadero Center West<br>275 Battery Street, Suite 2000 |
| 19 | | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 20 | | Attorney for Defendant, Pfizer Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2008

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
United States District Court
Northern District of California

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE