IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-00356-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| CHESTER BROWN, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>    Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-00356 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Chester Brown originally filed in the US District Court, Eastern District of Louisiana, Case Number 3:06-cv-00356-CRB, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3-18-08        By: _____
                          Chester Brown

Dated: 3-21-08        By: _____
                          Jeffrey A. Bowersox, OSB # 81442
                          Email: Jeffrey@BLFpc.com
                          BOWERSOX LAW FIRM, P.C.
                          620 SW Fifth Avenue, Suite 1125
                          Portland, Oregon 97204
                          Telephone: (503) 452-5858
                          Facsimile: (503) 248-0200


                          Daniel E. Becnel, Jr., LA Bar #2929
                          Matthew B. Moreland, LA Bar #24567
                          Kevin P. Klibert, LA Bar #26954
                          LAW OFFICES OF DANIEL E. BECNEL, JR.
                          106 W. Seventh Street
                          Post Office Drawer H
                          Reserve, LA 70084
                          Telephone: (985) 536-1186
                          Facsimile: (985) 536-6445

                          *Attorneys for Plaintiff Chester Brown*

Dated: 3-25-08        By: _____
                          Stuart Gordon, Esq., CA Bar #37477
                          Embarcadero Center West
                          275 Battery Street 20th Floor
                          San Francisco, CA 94111
                          Telephone: (415) 986-5900
                          Facsimile: (415) 986-8054

                          *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2008



Honorable Charles R. Breyer
United States District Court

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201