IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05356-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| EARL MYERS, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>PFIZER, INC., et al.<br><br>   Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05356 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Earl Myers originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-2305 PAM JJG, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3-12-08            By: _____
                              Earl Myers

Dated: 3-17-08            By: _____
                              Jeffrey A. Bowersox, OSB # 81442
                              Email: Jeffrey@BLFpc.com
                              BOWERSOX LAW FIRM, P.C.
                              111 S.W. Columbia St., Suite 1000
                              Portland, Oregon 97201
                              Telephone: (503) 452-5858
                              Facsimile: (503) 525-4833

                              Daniel E. Becnel, Jr., LA Bar #2929
                              LAW OFFICES OF DANIEL E. BECNEL, JR.
                              106 W. Seventh Street
                              Post Office Drawer H
                              Reserve, LA 70084
                              Telephone: (985) 536-1186
                              Facsimile: (985) 536-6445

                              Ronald Goldser, MN Bar #35932
                              Zimmerman Reed PLLP
                              651 Nicollet Mall #501
                              Minneapolis, MN 55402
                              Telephone: (612) 341-0400
                              Facsimile: (612) 341-0844
                              *Attorneys for Plaintiff Earl Myers*

Dated: 3-24-08            By: _____
                              Stuart Gordon, Esq., CA Bar #37477
                              Embarcadero Center West
                              275 Battery Street 20th Floor
                              San Francisco, CA 94111
                              Telephone: (415) 986-5900
                              Facsimile: (415) 986-8054
                              *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2008

IT IS SO ORDERED
Judge Charles R. Breyer

Honorable Charles Breyer
United States District Court

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201