IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02682-CRB |
| | MDL NO. 1699 |
| LINDA FINCH, et al. | JUDGE CHARLES R. BREYER |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-02682 CRB** |
| v. | |
| PFIZER, INC., et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

counsel for Defendant that the Complaint of Plaintiff Linda Finch originally filed in the US

District Court, Northern District of California, Case Number 3:06-cv-02682-CRB, and then later

transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and*

*Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.  The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3/14/08

By: _____
Linda Finch

Dated: 3/19/09

By: _____
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833

Daniel E. Becnel, Jr., LA Bar #2929
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
*Attorneys for Plaintiff Linda Finch*

Dated: 3/24/08

By: _____
Stuart Gordon, Esq., CA Bar #37477
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
*Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _ March 31, 2008 _

Honorable Ch[...]
United States D[...]

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201