IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02688-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| JOANNE ELDRIDGE, et al.<br><br>      Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.<br><br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-02688 CRB** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Joanne Eldridge originally filed in the US District Court, Northern District of California, Case Number 3:06-cv-02688-CRB, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3/13/08          By: /s/ Joanne Eldridge
                            Joanne Eldridge

Dated: 3/17/08          By: /s/ Jeffrey A. Bowersox
                            Jeffrey A. Bowersox, OSB # 81442
                            Email: Jeffrey@BLFpc.com
                            BOWERSOX LAW FIRM, P.C.
                            111 S.W. Columbia St., Suite 1000
                            Portland, Oregon 97201
                            Telephone: (503) 452-5858
                            Facsimile: (503) 525-4833

                            Daniel E. Becnel, Jr., LA Bar #2929
                            LAW OFFICES OF DANIEL E. BECNEL, JR.
                            106 W. Seventh Street
                            Post Office Drawer H
                            Reserve, LA 70084
                            Telephone: (985) 536-1186
                            Facsimile: (985) 536-6445
                            *Attorneys for Plaintiff Joanne Eldridge*

Dated: 3-24-08          By: /s/ Stuart Gordon
                            Stuart Gordon, Esq., CA Bar #37477
                            Embarcadero Center West
                            275 Battery Street 20th Floor
                            San Francisco, CA 94111
                            Telephone: (415) 986-5900
                            Facsimile: (415) 986-8054
                            *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2008

_____
Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201