IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-02688-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| KIMBERLY RAMSEY, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., et al.<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 06-02688 CRB** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Kimberly Ramsey originally filed in the US District Court, Northern District of California, Case Number 3:06-cv-02688-CRB, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: March 12, 2008        By: _____
                                  Kimberly Ramsey

Dated: March 17, 2008        By: _____
                                  Jeffrey A. Bowersox, OSB # 81442
                                  Email: Jeffrey@BLFpc.com
                                  BOWERSOX LAW FIRM, P.C.
                                  111 S.W. Columbia St., Suite 1000
                                  Portland, Oregon 97201
                                  Telephone: (503) 452-5858
                                  Facsimile: (503) 525-4833

                                  Daniel E. Becnel, Jr., LA Bar #2929
                                  LAW OFFICES OF DANIEL E. BECNEL, JR.
                                  106 W. Seventh Street
                                  Post Office Drawer H
                                  Reserve, LA 70084
                                  Telephone: (985) 536-1186
                                  Facsimile: (985) 536-6445
                                  *Attorneys for Plaintiff Kimberly Ramsey*

Dated: 3/24/08               By: _____
                                  Stuart Gordon, Esq., CA Bar #37477
                                  Embarcadero Center West
                                  275 Battery Street 20th Floor
                                  San Francisco, CA 94111
                                  Telephone: (415) 986-5900
                                  Facsimile: (415) 986-8054
                                  *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 31, 2008

_____
Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201