IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: DEPOSITION DESIGNATIONS** |

*This document relates to:*

   Beverly Haslam, 06-2145 CRB
   Linda Cullor, 06-2547 CRB
_____/

The Court has reviewed the parties' objections to the deposition designations of Dr. Mitchell Gandelman and Dr. Raymond Gaspari.  The following objections are SUSTAINED:

   Dr. Gandelman: 552:20 to 553:22 (pg. 45); 671:21 to 671:23 (p. 73).

   Dr. Gaspari: 48:6 to 48:18 (p. 19); 57:20 to 58:18 (p. 20); 59:5 to 59:6 (p. 20); 110:16 to 110:20 (p. 40); 110:25 to 111:4 (p. 40); 121:15 to 122:5 (p. 47).

   All other objections are OVERRULED.

   **IT IS SO ORDERED.**

Dated: April 4, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\Haslam\orderredepodesign1.wpd