SHAWN KHORRAMI, SBN 180411
REBECCA KAMMERLING, SBN 251917
KHORRAMI POLLARD & ABIR LLP
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:    (213) 596-6000
Facsimile:    (213) 569-6010
Email:           skorrami@kpalawyers.com
                    bkammerling@kpalawyers.com

BRIAN KABATECK ESQ., SBN 152054
RICHARD KELLNER, ESQ., SBN 171416
KABATECK BROWN KELLNER
644 South Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 217-5000
Facsimile:    (213) 217-5010
Email:           bsk@kbklawyers.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-cv-01699 CRB<br>MDL NO. 1699 |
| *This document relates to:*<br>Charles A. Gordon   C-07-0952CRB | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF CHARLES A. GORDON** |

Come now the above-captioned Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff Charles A. Gordon from this action without prejudice with each side bearing its own attorneys' fees and costs.

/ / / /

1

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Should Plaintiff or a representative of Plaintiff attempt to re-file a claim against Defendants, they should do so only by re-filing in the United States District Court.

Respectfully Submitted,

DATED: April 2, 2008           KHORRAMI POLLARD & ABIR

By: *(signature)*
Rebecca Kammerling, Esq.
Attorneys for Plaintiff, Charles A. Gordon

DATED: 4-7, 2008.              GORDON & REES

By: *(signature)*
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: April 08, 2008

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE