B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue, STE 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | Master File No. M:05-CV-01699-CRB <br><br> District Judge: Charles R. Breyer <br> Magistrate: |
| Virgie Taulbee, individually, <br><br> Plaintiff, <br> v. <br><br> Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co., <br><br> Defendants | MDL No.: 1699 <br><br> Case No.: 3-06-cv-01506-CRB <br><br> **PLAINTIFFS' STIPULATION & ~~PROPOSED~~ ORDER FOR WITHDRAWAL & SUBSTITUTION OF ATTORNEYS** |

  1. Plaintiff, pursuant to Fed. R. Civ. P. 5(a) and NDCA Local Rule 11-5, by and through the undersigned attorneys, stipulate and consent to the following:

  2. B. Kristian W. Rasmussen hereby withdrawals as attorney of record and counsel for the Plaintiffs incorporated herein.

  3. Pete Kaufman, attorney at law in good standing with the Florida Bar and previously admitted *pro hac vice* in this litigation, is hereby substituted in place and instead of attorney, B. Kristian W. Rasmussen, as attorney for the Plaintiffs and counsel of record in this action.

Plaintiff's Stipulation to Withdrawal and Substitute Attorneys

CASE NO. 3-06-CV-01506-CRB

4. In support thereof the Plaintiffs state the following:

5. B. Kristian W. Rasmussen resigned from his position with his former firm, Levin Papantonio, et al., and joined the law firm of Cory Watson Crowder & DeGaris, P.C. Mr. Rasmussen's new contact information is:

> Cory Watson Crowder & DeGaris, P.C.
> 2131 Magnolia Avenue
> Birmingham, AL 35205
> 205-328-2200 (office)
> 205-271-7111 (office direct)
> 1-800-852-6299 (office – toll free)
> 205-324-7896 (facsimile)
> Krasmussen@cwcd.com

6. Pete Kaufman is and has been making all necessary arrangements to receive notice of any and all activity related to the Plaintiffs' claims.

7. This Withdrawal and Substitution will not to adversely affect any claims made on behalf of the clients nor will it cause any delay whatsoever in the litigation.

WHEREFORE, Plaintiffs, by and through the undersigned attorney respectfully request that this Honorable Court enter the Order Granting the Parties Stipulation to Withdrawal and Substitute Attorneys.

Dated: April 14, 2008                                   Respectfully submitted,

                                                        By: /s/ B. Kristian W. Rasmussen
                                                        B. Kristian W. Rasmussen, Esq.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2008          _____
                               Hon. Charles R. Breyer
                               United States District Judge

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]