UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>*Beverly Haslam, et al. v. Pfizer Inc., et al.*, MDL No. 06-2145: <u>Plaintiff Beverly Haslam on behalf of Glen Haslam, deceased</u> | **STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT FOR TRIAL**<br><br>Date:  April 29, 2008 – May 22, 2008 [TBD]<br>Time:  8:30 A.M.<br>Judge: Hon. Charles R. Breyer, Courtroom 8 |

1.  The Court has scheduled a trial to commence in this matter, with opening statements commencing on Monday, May 5, 2008. Prior to the parties' opening statements, the Court is holding a hearing on pretrial motions on Tuesday, April 29 and is selecting a jury beginning on Thursday, May 1.

2.  The parties wish to use certain equipment to display material to the Court and each other, including the following:

   a.  Three additional monitors for the Special Master, the Court's law clerk, and the parties' technician operating the equipment for the visual display of documents;

   b.  One large screen to display material to other audience members;

   c.  A high-resolution projector for the large screen;

   d.  A cart with a drape for the projector;

-1-

1    e. A flip chart;

2    f. An easel;

3    g. Several laser pointers;

4    h. Switchers, amplifiers, and speakers;

5    i. A table (approximately 19" x 60") to hold equipment; and

6    j. Cables and extension cords for the equipment listed above.

7  3. So that the parties may set up the equipment and test it before the hearing, the parties respectfully request permission to bring the equipment listed in paragraph 2 into the courthouse on Monday, April 28 at 1:00 p.m., subject to inspection by building security. Similarly, the parties request permission to set up the equipment on Monday, April 28 and leave it in the Courtroom through the completion of trial.

  4. The parties will remove the equipment immediately after trial.

**IT IS SO STIPULATED.**

Dated: April 25, 2008   LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By  /s/
  ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel

Dated: April 25, 2008   DLA PIPER US LLP

By  /s/
  AMY W. SCHULMAN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __April 25__, 2008   _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT [JUDGE]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-