IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DISMISSING CLAIMS** |

*This document relates to:*

   Louis Guiden, 06-6356 CRB
_____/

By Order filed March 17, 2008, the Court ordered plaintiff Louis Guiden to show cause by April 11, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and the claims of Louis Guiden are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 7, 2008

                                                   CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\Guidendismissal.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\Guidendismissal.wpd
2