UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | No. M:05-CV-01699 CRB |
| | MDL NO. 1699 |
| | Judge Charles R. Breyer |
| This relates to: All Cases. | Case No. 06-CV-02145-CRB |
| | **ORDER TO SHOW CAUSE WHY PTO 8(A) SHOULD NOT BE ENTERED** |

Plaintiffs' and Defendants' Liaison Counsel have met and conferred regarding a proposed amendment to the Common Benefit Order, PTO 8. This proposed amendment, entitled [Proposed] Pretrial Order No. 8: Amendment to Order Establishing Common Benefit Fund, is attached hereto as Exhibit A. Liaison Counsel are in agreement with the entry of this Order, except that Pfizer is taking no position on the assessment percentages requested by the Plaintiffs' Steering Committee

The Court, having reviewed the proposed Order carefully, and being well-informed about the extensiveness and conduct of this litigation, hereby issues this Order to Show Cause Why PTO 8(A) should not be entered.

1       If any party objects to the entry of PTO 8(A), their opposition, and any supporting

2   materials, must be filed electronically with the Court by Friday, May 23, 2008, at 12:00 p.m.

3   PDT.  Absent any opposition, the Proposed Order will be entered.

4       If any opposition is filed, the parties shall have until Tuesday, May 27, 2008, to file any

5   responses thereto.  The Court will notify the parties, and any objectors, if it feels oral argument is

6   required.

Dated:  May 19, 2008                /s/
                                    The Honorable Charles R. Breyer
                                    United States District Court Judge