```
Francisco M. Troncoso (USDC-PR No. 120007)
ftroncoso@troncosolaw.com
Richard Shell-Asad (USDC-PR No. 203207)
rschell@troncosolaw.com
Troncoso & Schell
P.O. Box 9023352
San Juan, Puerto Rico 00902-3352
Telephone (787) 722-0741
Facsimile (787) 724-2563
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE:<br><br>BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. M: 06-cv-02664-CRB<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Héctor B. Rivera Rivera, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**GRANTED** |

COME NOW the plaintiffs Héctor B. Rivera Rivera, Luz I. Pérez Quiñones, Héctor D. Rivera Díaz, Dennise Rivera Díaz, J.M.R.C. (minor), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim against Defendants, they should do so only by re-filing in the United States District Court.

Date: ~~April~~ May 5, 2008

**TRONCOSO & SCHELL**
P.O. Box 9023352
San Juan, PR 00902-3352
Telephone (787) 722-0741
Facsimile (787) 724-2563

By: _____
Francisco M. Troncoso
Attorneys for Plaintiffs
Héctor B. Rivera Rivera,
Luz I. Pérez Quiñones,
Héctor D. Rivera Díaz,
Dennise Rivera Díaz,
J.M.R.C. (minor)

Dated: ~~April~~ May 13, 2008

**GORDON & REES**

By: _____
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Date: April 20, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT