IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>**William Ball v. Pfizer Inc et al**, 3:06-cv-0223-CRB<br><br>**Robert Willing v. Pfizer Inc et al**, 3:06-cv-0225-CRB<br><br>**The case of Tom Ricketts for Kathy Ricketts** *only* on the case of <u>Tom Ricketts for Kathy Ricketts et al. v. Pfizer Inc et al</u>, 3:06-cv-4213-CRB<br><br>**The case of Lawrence Deatherage for decedent Vada Deatherage** *only* on <u>Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al</u>, 3:06-cv-03033-CRB<br><br>**The case of Milton Rainbolt for decedent Vada Deatherage** *only* on <u>Milton Rainbolt et al. v. Pfizer Inc et al</u>, 3:07-cv-03062-CRB<br><br>**The case of Sarah Salfi as administrator for the estate of Brenda Salfi** *only* on <u>Martha Vowell et al. v. Pfizer Inc et al</u>, 3:06-cv-00166-CRB<br><br>**The case of David Seeley only on** <u>Wayne Adamson et al. v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB | **MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION**<br><br><br><br><br><br><br><br><br><br><br><br>GRANTED |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties who have appeared in the

above identified actions through their designated counsel that the cases against the

Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D.

Searle LLC) brought by: (1) William Ball on <u>William Ball v. Pfizer Inc et al</u>, 3:06-cv-0223-

CRB; (2)  Robert Willing on  Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB; (3) Tom

Ricketts for Kathy Ricketts only on the case of Tom Ricketts for Kathy Ricketts et al. v. Pfizer

Inc et al, 3:06-cv-4213-CRB; (4)  Lawrence Deatherage for decedent Vada Deatherage only on

Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB; (5)  Milton

Rainbolt only on Milton Rainbolt et al. v. Pfizer Inc et al, 3:07-cv-03062-CRB; (6)  Sarah Salfi

as administrator for the estate of Brenda Salfi only on Martha Vowell et al. v. Pfizer Inc et al,

3:06-cv-00166-CRB; and by (7) David Seeley on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-

cv-00288-CRB are VOLUNTARILY DISMISSED WITHOUT  PREJUDICE pursuant to

Federal Rule of Civil Procedure 41(a)(1).  Each side will bear its own costs.  If plaintiffs William

Ball, Robert Willing,  Tom Ricketts for Kathy Ricketts, Lawrence Deatherage for decedent Vada

Deatherage, Milton Rainbolt, Sarah Salfi as administrator for the estate of Brenda Salfi, and

David Seeley are to refile their actions, these plaintiffs can only do so in federal court.  Plaintiffs'

cases in the above styled action remain pending against Merck for Vioxx-related injuries.


GORDEN & REES                              JEFFREY J. LOWE, PC

By:____/s/Stuart M. Gordon                  By:____/s/Jeffrey J. Lowe
       Stuart M. Gordon                             Jeffrey J. Lowe          #10538
       275 Battery St., 20th Floor                 Francis J. "Casey" Flynn #118147
       Suite 200                                   Attorney for Plaintiff
       San Francisco, CA 94111                     8235 Forsyth, Suite 1100
       415-986-5900                                St. Louis, Missouri 63105
       415-896-8054                                (314) 678-3400
       Attorney for Defendants                     Fax: (314) 678-3401

                                                   John Carey
                                                   Joseph P. Danis
                                                   David Bauman
                                                   Sarah Hale
                                                   CAREY & DANIS, LLC
                                                   8235 Forsyth Boulevard, Suite 1100
                                                   St. Louis MO 63105

Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**This pleading applies to:**

**William Ball v. Pfizer Inc et al, 3:06-cv-0223-CRB**

**Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB**

**The case of Tom Ricketts for Kathy Ricketts** *only* **on the case of Tom Ricketts for Kathy Ricketts et al. v. Pfizer Inc et al, 3:06-cv-4213-CRB**

**The case of Lawrence Deatherage for decedent Vada Deatherage** *only* **on Marie Nobles for decedent Mary Ellen Beard v. Pfizer Inc et al, 3:06-cv-03033-CRB**

**The case of Milton Rainbolt for decedent Vada Deatherage** *only* **on Milton Rainbolt et al. v. Pfizer Inc et al, 3:07-cv-03062-CRB**

**The case of Sarah Salfi as administrator for the estate of Brenda Salfi** *only* **on Martha Vowell et al. v. Pfizer Inc et al, 3:06-cv-00166-CRB**

**The case of David Seeley only on Wayne Adamson et al. v. Pfizer Inc et al, 3:07-cv-00288-CRB**

**MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION**

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation,

(1) William Ball on William Ball v. Pfizer Inc et al, 3:06-cv-0223-CRB; (2)  Robert Willing on

Robert Willing v. Pfizer Inc et al, 3:06-cv-0225-CRB; (3) Tom Ricketts for Kathy Ricketts *only*

on the case of Tom Ricketts for Kathy Ricketts et al., 3:06-cv-4213-CRB; (4)  Lawrence

Deatherage for decedent Vada Deatherage *only* on Marie Nobles for decedent Mary Ellen Beard

v. Pfizer Inc et al, 3:06-cv-03033-CRB; (5)  Milton Rainbolt *only* on Milton Rainbolt et al. v.

<u>Pfizer Inc et al</u>, 3:07-cv-03062-CRB; (6)  Sarah Salfi as administrator for the estate of Brenda

Salfi only on <u>Martha Vowell et al. v. Pfizer Inc et al</u>, 3:06-cv-00166-CRB; and (7) David Seeley

*only* on <u>Wayne Adamson et al. v. Pfizer Inc et al</u>, 3:07-cv-00288-CRB claims against the

Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D.

Searle LLC)  are dismissed without prejudice.

 5/20/2008                                     _____

                                        United States District Judge Charles R. Breyer