| | |
|---|---|
| 1 | Austin W. Anderson |
|   | WATTS LAW FIRM |
| 2 | 555 North Carancahua |
|   | Tower 11, 14th Floor |
| 3 | Corpus Christi, TX 78478 |
|   | Telephone: (361) 887-0500 |
| 4 | Facsimile: (361) 887-0055 |

Attorneys for Plaintiffs,
HARRY ANDREWS, RITA BLAGG, WILLIAM CORKILL, FREDDIE HARE, SR.,
ANGELA JOHNSON, CEOLA JONES, MARY J. LANFOR, LAURA LETHERWOOD,
LOUIS LESSER, SUSANA LOPEZ, LINDA STEPHENS, BONNIE STEVENS,
KHACHATOUR TRTRYAN, CLAUDIA WILLIAMS, VICTORIA WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ANDREWS, HARRY         07-1926-CRB<br>BLAGG, RITA            07-1926-CRB<br>CORKILL, WILLIAM       07-1926-CRB<br>HARE, FREDDIE SR.      07-1926-CRB<br>JOHNSON, ANGELA        07-1926-CRB<br>JONES, CEOLA           07-1926-CRB<br>LANFOR, MARY J.        07-1926-CRB<br>LETHERWOOD, LAURA      07-1926-CRB<br>LESSER, LOUIS          07-1926-CRB<br>LOPEZ, SUSANA          07-1926-CRB<br>STEPHENS, LINDA        07-1926-CRB<br>STEVENS, BONNIE        07-1926-CRB<br>TRTRYAN, KHACHATOUR 07-1926-CRB<br>WILLIAMS, CLAUDIA      07-1926-CRB<br>WILLIAMS, VICTORIA     07-1926-CRB | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>GRANTED |

Come now the Plaintiffs, HARRY ANDREWS, RITA BLAGG, WILLIAM CORKILL,

-1-

FREDDIE HARE, SR., ANGELA JOHNSON, CEOLA JONES, MARY J. LANFOR, LAURA LETHERWOOD, LOUIS LESSER, SUSANA LOPEZ, LINDA STEPHENS, BONNIE STEVENS, KHACHATOUR TRTRYAN, CLAUDIA WILLIAMS, VICTORIA WILLIAMS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action as to these identified plaintiffs only without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: 5/14, 2008        WATTS LAW FIRM

By: _____
Austin W. Anderson
Attorneys for Plaintiffs,
HARRY ANDREWS, RITA BLAGG, WILLIAM CORKILL, FREDDIE HARE, SR., ANGELA JOHNSON, CEOLA JONES, MARY J. LANFOR, LAURA LETHERWOOD, LOUIS LESSER, SUSANA LOPEZ, LINDA STEPHENS, BONNIE STEVENS, KHACHATOUR TRTRYAN, CLAUDIA WILLIAMS, VICTORIA WILLIAMS

DATED: 5/15, 2008        GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5/20/2008

_____
Hon. Charles R. Breyer
United States District Court

-2-