Levi Boone, III, Esq., MSB# 3686
**BOONE LAW FIRM, P.A.**
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732
Ph. (662) 843-7946
Fax (662) 843-7950
LBoone@BooneLawFirm.Com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Collier, et al vs. Pfizer, et al Cause No. 08-200-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Evelyn Koch,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, EVELYN KOCH and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

1  DATED: 5/9, 2008

2                                          BOONE LAW FIRM, P.A.

3                                          By: /s/ Levi Boone, III
4                                          Levi Boone, III, Esq.
                                           Attorneys for Plaintiff
5

6  DATED: 5/14, 2008                       GORDON & REES

7
                                           By: /s/ Stuart M. Gordon
8                                          Stuart M. Gordon
                                           Attorneys for Defendants
9

10

11

12 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

13

14 Dated: 5/20/08

15 Hon. Charles R. Breyer
   United States District Judge

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
   *[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/1030331v.1