1

2                              IN THE UNITED STATES DISTRICT COURT
                               FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
                                        (SAN FRANCISCO DIVISION)
4
   **In re: Bextra and Celebrex Marketing Sales**         **Master File No. M:05-CV-01699-CRB**
5  **Practices and Product Liability Litigation**
                                                          **District Judge: Charles R. Breyer**
6  _____              **Magistrate:**

7

8  This Document Relates to:                             MDL No.: 1699

9  **ONLY AS TO THE FOLLOWING**                          Case No.: 3-07-cv-00473-CRB
10 **PLAINTIFFS:**
                                                          **NOTICE OF DISMISSAL**
11 *Bonnie L. Brinkley and David L. Brinkley;*

12 *Betty Jane Christian and Orville Lee*
   *Christian;*
13
   *Audrey Nathan Edds;*
14
   *Robert Fivecoait and Linda Fivecoait;*
15
   *Charlotte Hatfield and Jimmy Hatfield;*
16
   *Rebecca Heater and Robert Heater;*
17
   *Brenda Hylton and Jerry Hylton;*
18
   *Pauline A. Jones and Robert Jones;*
19
   *Deloris J. Jordan and Billy Jordan;*
20
   *Sarah L. Legg, Individually and as*
21 *Personal Representative of the Estate of*
   *Thomas Browning, deceased;*
22
   *Paula Irene Long;*
23
   *Rhoda Jane Marcum and Donald Marcum;*
24
   *Garland McMillen and Virginia McMillen;*
25
   *Bernetta Ann Meredith;*
26
   *Eva Potts and Clarence Potts;*
27
   *Willie Ross and Betty Ross;*
28
   *Peggy Short and Gordon Short;*

1  
2   *Neal Sisler and Karen Sisler;*  
3   *Kevin Sparks and Kelly Sparks;*  
4   *William Steele and Daphene Steele;*  
5   *Charlotte Stewart and Gary Stewart;*  
6   *John R. Stone and Patsy C. Stone;*  
7   *Patricia Tate and Herbert Tate;*  
8   *Carl Lenwood Tennant and Mary Jane Tennant;*  
9                    Plaintiffs,  
10  v.  
11  *Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co.,*  
12                   Defendants.  
13  

14  ## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

15  Comes now the Plaintiffs and Defendants, by and through their undersigned attorneys,

16  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

17  this action without prejudice with each side bearing its own attorneys' fees and costs.

18  Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants,

19  they shall do so only by re-filing in the United States District Court, Northern District of

20  California, MDL 1699 In re Bextra and Celebrex Marketing and Sales Practices and Product

21  

22  Liability Litigation.

23  /////  
24  /////  
25  /////  
26  /////  
27  /////  
28  /////

Dated: April 2 5 , 2008                         Respectfully submitted.

By: _____          By: _____

Stuart M. Gordon. Esq.                          B. Kristian W. Rasmussen. Esq.
CA Bar No.: 37477                                FL Bar No. 0229430
Gordon & Reese                                   Cory Watson Crowder & DeGaris. P.C.
275 Battery Street, Ste. 2000                    2131 Magnolia Avenue
San Francisco, CA 94111                          Birmingham, AL 35205
Telephone: (415) 986-5900                        205-328-2200 (office)
Facsimile: (415) 262-3801                        205-324-7896 (facsimile)

Attorney for the Defendants                      Attorneys for Plaintiff

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 9th day of May 2008, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

- 3 -