IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DISMISSING CLAIMS** |

*This document relates to:*

   Jerome Ritter, 06-4522 CRB

_____/

    By Order filed May 7, 2008, the Court ordered plaintiff Jerome Ritter to show cause by May 30, 2008 as to why (1) his counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and the claims of Jerome Ritter are DISMISSED with prejudice for a failure to prosecute.

    **IT IS SO ORDERED.**

Dated: June 4, 2008

                                           _____
                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\JeromeRitter.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\osc\JeromeRitter.wpd