1  Mark P. Robinson, Jr., SBN 054426
   Shannon Lukei, SBN 202868
2  Ted B. Wacker, SBN 157416
   ROBINSON, CALCAGNIE & ROBINSON
3  620 Newport Center Drive, 7th Floor
   Newport Beach, CA 92660
4  949-720-1288
   949-720-1292 Fax
5
   Attorneys for Plaintiff
6  MELISSA COLLINS and
   KENNETH COLLINS
7

8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | IN RE: BEXTRA AND CELEBREX ) | Case No. M 05-CV-1699-CRB
   | MARKETING, SALES           )
14 | PRACTICES AND PRODUCTS     ) | MDL No. 1699
   | LIABILITY LITIGATION       )
15 |                            ) | JUDGE BREYER
   |_____)
16 | This document relates to:  ) | STIPULATION AND ORDER OF
   |                            ) | DISMISSAL ONLY AS TO CASE
17 | MELISSA JANE COLLINS and   ) | NUMBER 05-6380 RGK / 3:06-CV-
   | KENNETH                    ) | 00286, ORIGINALLY FILED IN THE
18 | COLLINS                    ) | CENTRAL DISTRICT OF
   | Individual Case No. C06-0286-CRB ) | CALIFORNIA
19 |_____)

20

21

22       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

23 Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Melissa Collins

24 and Kenneth Collins, originally filed in the Central District of California, Case

25 Number CV 05-6380 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra*

26 *and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the

27 assigned individual case number C 06-0286 CRB, may be and is hereby dismissed

28 without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: June 4, 2008

ROBINSON, CALCAGNIE & ROBINSON

_____
Mark P. Robinson, Jr., SBN 054426
mrobinson@rcrlaw.net
Shannon Lukei, SBN 202868
slukei@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiffs*
MELISSA COLLINS and
KENNETH COLLINS

Dated: June 0, 2008

GORDON & REES

_____
Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: June 12, 2008

HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

3
STIPULATION AND ORDER OF DISMISSAL

Received  Jun-04-08  03:14pm   From-   To-GORDON & REES,LLP 4   Page 005
TOTAL P.004