THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA/CELEBREX LIABILITY LITIGATION | * | CIVIL ACTION NO.: |
| | * | ~~3:06-1264~~ |
| *THIS DOCUMENT RELATES TO:* | * | C-06-1264 CRB |
| **DIANE MISKELL, ET AL** | * | **JUDGE** |
| **NORWEIDA BOOTH, ET AL** | * | **CHARLES BREYER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED:**_____          _____
                                                                    **DEPUTY CLERK**

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this __18th__ day of _____June_____, 2008.

_____
**UNITED STATES DISTRICT**



IT IS SO ORDERED
Judge Charles R. Breyer