UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL PURCHASE CLAIMS | **STIPULATION AND ORDER REGARDING APPOINTMENT OF LOREN H. BROWN AS DEFENDANTS' LIAISON COUNSEL** |

1. WHEREAS paragraph 24 of Pretrial Order No. 2 appointed Amy W. Schulman as Defendants' Liaison Counsel;

2. WHEREAS that paragraph provides that the Court may amend or expand the designation of Defendants' Liaison Counsel upon request from defendants as circumstances warrant;

3. WHEREAS Ms. Schulman has accepted a position at Pfizer Inc. as a Senior Vice President and General Counsel;

4. WHEREAS Loren H. Brown has served as counsel to Pfizer in this litigation and has played an active role in the MDL;

5. WHEREAS Mr. Brown has demonstrated the qualities necessary to serve as Defendants' Liaison Counsel and is Pfizer's choice to serve in that capacity; and

/////

-1-
STIPULATION AND ORDER REGARDING APPOINTMENT OF LOREN H. BROWN AS DEFENDANTS' LIAISON COUNSEL – M:05-CV-01699-CRB

1  6. WHEREAS the Plaintiffs' Steering Committee and Plaintiffs' Liaison Counsel have no opposition to Mr. Brown's appointment as Defendants' Liaison Counsel;

7. THEREFORE the parties hereby stipulate and respectfully request that the Court appoint Mr. Brown as Defendants' Liaison Counsel.

**IT IS SO STIPULATED.**

Dated:  June 20, 2008        LIEFF CABRASER HEIMANN & BERNSTEIN LLP


By   /s/
    ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel


Dated:  June 20, 2008        DLA PIPER US LLP


By   /s/
    LOREN H. BROWN

Defendants' Liaison Counsel (Acting)


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated June 20, 2008              /s/
                         HONORABLE CHARLES R. BREYER
                         UNITED STATES DISTRICT JUDGE