1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| 11 | IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB |
|---|---|---|
| 12 | | MDL No. 1699 |
| 13 | | |
| 14 | This Order Relates to: | **STIPULATION AND ORDER REGARDING SCHEDULE FOR BEXTRA PURCHASE CLAIMS CLASS CERTIFICATION PROCEEDINGS** |
| 15 | ALL PURCHASE CLAIMS | |
| 16 | | |

17        1.      WHEREAS the parties submitted a proposed scheduling order for class

18 certification proceedings in the Bextra purchase claims on May 19, 2008;

19        2.      WHEREAS that proposed order would have required Plaintiffs to file their

20 motion for class certification on June 18, 2008;

21        3.      WHEREAS the Court has not yet issued a scheduling order for class

22 certification proceedings in the purchase claims; and

23        4.      WHEREAS the parties wish to postpone temporarily any further discovery,

24 briefing, or other proceedings relating to class certification;

25        5.      THEREFORE the parties hereby stipulate and respectfully request that the

26 Court stay all discovery, briefing, or other proceedings relating to class certification in the

27 /////

28 /////

-1-

1   purchase claims until after September 15, 2008, at which time the parties will advise the Court of

2   how they wish to proceed and will propose a new scheduling order, if necessary.

3   **IT IS SO STIPULATED.**

4   Dated:  June 20, 2008                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP

5

6                                           By  ____/s/_____
                                                ELIZABETH J. CABRASER
7
                                            Plaintiffs' Liaison Counsel
8

9
10  Dated:  June 20, 2008                    DLA PIPER US LLP

11

12                                          By  ____/s/_____
                                                LOREN H. BROWN
13
                                            Defendants' Liaison Counsel (Acting)
14

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17  Dated: June 20, 2008                    _____/s/_____
                                            HONORABLE CHARLES R. BREYER
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING SCHEDULE FOR BEXTRA PURCHASE
CLAIMS CLASS CERT. PROCEEDINGS – M:05-CV-01699-CRB