United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. M: 05-1699 CRB<br><br>**ORDER** |

Any party wishing to oppose Defendants' motion for entry of a *Lone Pine* Case Management Order shall – in addition to filing a written opposition – appear in person at the hearing scheduled for Friday, August 1, 2008 at 10:00a.m. Telephonic participation will not be permitted.

**IT IS SO ORDERED.**

Dated: July 1, 2008

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\Lone Pine Order.wpd