UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PFIZER DEFENDANTS' MOTION FOR ENTRY OF *LONE PINE* CASE MANAGEMENT ORDER**<br><br>Date: August 1, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer, Courtroom 8 |

1. WHEREAS Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC (f/k/a G.D. Searle & Co.) (collectively "Pfizer Defendants" or "Pfizer") filed a motion for entry of a *Lone Pine* case management order on June 26, 2008 (Docket No. 2504) ("the Motion");

2. WHEREAS the hearing on Pfizer's Motion is scheduled for Friday, August 1, 2008 at 10:00 a.m.;

3. WHEREAS pursuant to paragraph 9 of Pretrial Order No. 2 and Northern District of California Civil Local Rule 7-3, any opposition to Pfizer's Motion presently is due on Friday, July 11 and any reply presently is due on Friday, July 18; and

4.     WHEREAS Plaintiffs' Liaison Counsel has requested an extension for any opposition to Pfizer's Motion, and Pfizer has agreed to such extension;

5.     THEREFORE the parties hereby stipulate and respectfully request that the Court permit Plaintiffs to file any opposition to Pfizer's Motion on Friday, July 18, with Pfizer's reply due on Friday, July 25.

**IT IS SO STIPULATED.**

Dated:  July 9, 2008                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP


By   /s/
     ELIZABETH J. CABRASER

Plaintiffs' Liaison Counsel


Dated:  July 9, 2008                    DLA PIPER US LLP


By   /s/
     LOREN H. BROWN

Defendants' Liaison Counsel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  ____July 10, 2008                    /s/

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-