IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DISMISSING CLAIMS** |

*This document relates to:*

    Estate of Evangelia Kyriakopoulos by James Kyriakopoulos,
    07-2212 CRB

_____/

By Order filed June 4, 2008, the Court ordered plaintiff to show cause by July 8, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and the claims of the Estate of Evangelia Kyriakopoulos are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 21, 2008



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\Kyriakopoulosdismissal.frm