1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PFIZER DEFENDANTS' MOTION FOR ENTRY OF *LONE PINE* CASE MANAGEMENT ORDER**<br><br>Date: August 1, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer, Courtroom 8 |

1.     WHEREAS Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC (f/k/a G.D. Searle & Co.) (collectively "Pfizer Defendants" or "Pfizer") filed a motion for entry of a *Lone Pine* case management order on June 26, 2008 (Docket No. 2504) ("the Motion");

2.     WHEREAS the hearing on Pfizer's Motion is scheduled for Friday, August 1, 2008 at 10:00 a.m.;

3.     WHEREAS the parties previously stipulated to delay the deadline for any opposition to Pfizer's Motion to Friday, July 18 and for any reply to Friday, July 25, a stipulation which the Court approved on July 10 (Docket No. 2509);

-1-

BOST1\527252.1
13415-401

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PFIZER
DEFS.' MOT. FOR *LONE PINE* CASE MGMT. ORDER – M:05-CV-01699-CRB

1         4.     WHEREAS Pfizer wishes to adjourn the Motion against all Plaintiffs other

2    than those listed in the attached Schedule A until a date to be determined in consultation with

3    Liaison Counsel and the Court; and

4         5.     WHEREAS counsel for Plaintiffs listed in Schedule A has requested an

5    extension for an opposition, if any, until Tuesday, July 22, to which Pfizer has agreed;

6         6.     THEREFORE the parties hereby stipulate and respectfully request that:

7         a.     The Court permit counsel for the Plaintiffs listed in Schedule A to

8    file any opposition to Pfizer's Motion on Tuesday, July 22, with Pfizer's reply due on Monday,

9    July 28; and

10        b.     For all Plaintiffs other than those listed in Schedule A, the Court

11   adjourn any further briefing or hearing on Pfizer's Motion until a later date to be determined in

12   consultation with Liaison Counsel and the Court.

13   **IT IS SO STIPULATED.**

14   Dated:  July 16, 2008          LIEFF CABRASER HEIMANN & BERNSTEIN LLP

15

16             By    /s/                 

17                   ELIZABETH J. CABRASER

18                   Plaintiffs' Liaison Counsel

19

20   Dated:  July 16, 2008          DLA PIPER US LLP

21

22             By    /s/                 
                     LOREN H. BROWN

23                   Defendants' Liaison Counsel

24

25   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27   Dated:   _____July 21__, 2008                     
               HONORABLE CHARLES

28             UNITED STATES DISTRI

IT IS SO ORDERED

Judge Charles R. Breyer

-2-

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PFIZER
DEFS.' MOT. FOR *LONE PINE* CASE MGMT. ORDER – M:05-CV-01699-CRB

## Schedule A

|     | Plaintiff's Name | Case Number |
| --- | --- | --- |
| 1 | Ablog, Joe M. | 06-5777 CRB |
| 2 | Ablog, Mary Lou | 06-5777 CRB |
| 3 | Adams, Ralph | 06-5591 CRB |
| 4 | Adams, Virginia Louise | 06-5591 CRB |
| 5 | Alexander, Jimmy | 06-4100 CRB |
| 6 | Alexander, Ruth B. | 06-4100 CRB |
| 7 | Anderson, Eileen | 07-2190 CRB |
| 8 | Aquino, Maria | 06-6168 CRB |
| 9 | Aquino, Michael A. | 06-6168 CRB |
| 10 | Arakelian, Boghos | 06-5764 CRB |
| 11 | Arakelian, Makrouhi | 06-5764 CRB |
| 12 | Archunde, Orlando | 07-3337 CRB |
| 13 | Atkins, Roselie K. | 06-5272 CRB |
| 14 | Ayala-Sansotta, Maritza | 06-2627 CRB |
| 15 | Ayala-Sansotta, Pedro | 06-2627 CRB |
| 16 | Bain, Thelma | 06-6068 CRB |
| 17 | Balda, Paul | 06-5765 CRB |
| 18 | Balda, Paulette M. | 06-5765 CRB |
| 19 | Bates, Robert | 06-6131 CRB |
| 20 | Bates, Robin | 06-6131 CRB |
| 21 | Bell, June N. | 06-6095 CRB |
| 22 | Bixby, Irene | 06-6170 CRB |
| 23 | Bixby, Noble K. | 06-6170 CRB |
| 24 | Blossom, Albert | 06-7676 CRB |
| 25 | Blossom, Patsy | 06-7676 CRB |
| 26 | Boland, Barbara | 06-5919 CRB |
| 27 | Boland, Kenneth J. | 06-5919 CRB |
| 28 | Boyd, Early | 06-6122 CRB |
| 29 | Boyd, Karen Ann | 06-6122 CRB |
| 30 | Bridges, Clarence L. | 07-0413 CRB |
| 31 | Brown, Louise | 06-5273 CRB |
| 32 | Brown, Norma M. | 06-6181 CRB |
| 33 | Browning, Cheryl | 06-6068 CRB |
| 34 | Browning, Vicki Mae | 06-6068 CRB |
| 35 | Brunson, Brenda | 07-1280 CRB |
| 36 | Brunson, Howard R. | 07-1280 CRB |
| 37 | Bryan, Cathy | 06-6097 CRB |
| 38 | Bryan, Stephen R. | 06-6097 CRB |
| 39 | Burnette, Edna | 07-2690 CRB |
| 40 | Cantu, Cinthia | 06-4586 CRB |
| 41 | Carr, Charles | 07-0022 CRB |
| 42 | Carr, Shamela | 07-0022 CRB |

## Schedule A

|    | Plaintiff's Name | Case Number |
|----|------------------|-------------|
| 43 | Carrion-Natal, Luis | 06-2658 CRB |
| 44 | Carrion-Natal, Ruben | 06-2658 CRB |
| 45 | Carter, Carolyn | 06-7570 CRB |
| 46 | Casillas, Bill | 06-3958 CRB |
| 47 | Cattanach, Nancy | 07-5001 CRB |
| 48 | Chapman, Edna | 06-6166 CRB |
| 49 | Chapman, Edna M. | 06-6157 CRB |
| 50 | Chapman, James | 06-6157 CRB |
| 51 | Chapman, James | 06-6166 CRB |
| 52 | Childs, Mark C. | 06-6067 CRB |
| 53 | Chute, Rosalyn | 06-7381 CRB |
| 54 | Clark, Verdell K. | 06-6072 CRB |
| 55 | Coleman, Della | 06-5918 CRB |
| 56 | Coleman, Michael | 07-1992 CRB |
| 57 | Coleman, William R. | 06-5918 CRB |
| 58 | Concepcion-Cruz, Ricardo | 06-2649 CRB |
| 59 | Concepcion-Roman, Miriam | 06-2649 CRB |
| 60 | Connolly, Catherine A. | 06-5738 CRB |
| 61 | Connolly, Timothy | 06-5738 CRB |
| 62 | Cox, Randall | 06-4462 CRB |
| 63 | Cox, Shirley | 06-4462 CRB |
| 64 | Crockett, Effie J. | 06-6199 CRB |
| 65 | Cruver, Scott | 07-5000 CRB |
| 66 | Dalton, Judy L. | 06-6064 CRB |
| 67 | Davidson, Donald E. | 06-6161 CRB |
| 68 | Davidson, Shirley | 06-6161 CRB |
| 69 | Davis, Diane | 06-5273 CRB |
| 70 | Davis, Raymond C. | 06-5273 CRB |
| 71 | Day, Carolyn | 06-6203 CRB |
| 72 | Dethrage, Debbie | 06-6207 CRB |
| 73 | Diaz, Rosslyn | 06-6072 CRB |
| 74 | Dillard, Don | 06-5740 CRB |
| 75 | Dominguez, Ruben G. | 06-6180 CRB |
| 76 | Dondero, Barbara M. | 06-6196 CRB |
| 77 | Dorsey, Bertha M. | 06-6087 CRB |
| 78 | Dorsey, Bertha M. | 06-5965 CRB |
| 79 | Dunkel, Daniel | 06-4147 CRB |
| 80 | Dunkel, Patricia | 06-4147 CRB |
| 81 | Edelen, Annette M. | 06-4147 CRB |
| 82 | Ernst, Cheryl | 06-6063 CRB |
| 83 | Estrada, Sergio | 06-5978 CRB |
| 84 | Faint, Paulette | 06-4678 CRB |

## Schedule A

|     | Plaintiff's Name | Case Number |
| --- | --- | --- |
| 85 | Feliciano, Belinda Lopez | 06-2621 CRB |
| 86 | Feliciano, Doris Lopez | 06-2621 CRB |
| 87 | Feliciano, Iriletzy Lopez | 06-2621 CRB |
| 88 | Feliciano, Militza Lopez | 06-2621 CRB |
| 89 | Feliciano-Ruiz, Natividad | 06-2621 CRB |
| 90 | Fernald, Joseph | 07-4745 CRB |
| 91 | Fernandez, Efrain Rodriguez | 06-6022 CRB |
| 92 | Figueroa, Ana Iris Irizarry | 06-6022 CRB |
| 93 | Fimbres, Josie | 06-4463 CRB |
| 94 | Flavell, Edward | 06-6171 CRB |
| 95 | Flavell, Jacqueline E. | 06-6171 CRB |
| 96 | Fletcher, Ronald | 06-5777 CRB |
| 97 | Fletcher, Sandra | 06-5777 CRB |
| 98 | Flores, Awilda Cruz | 06-6022 CRB |
| 99 | Flores-Rivera, Maria | 06-6022 CRB |
| 100 | Fowler, Dean R. | 07-3286 CRB |
| 101 | Francis, Emma-Ling | 07-4742 CRB |
| 102 | Fredricks, Homer | 07-5002 CRB |
| 103 | Fredricks, Sarah | 07-5002 CRB |
| 104 | Friedman-May, Connie | 06-6119 CRB |
| 105 | Froehlich, April | 06-6117 CRB |
| 106 | Frost, Merrin | 07-2909 CRB |
| 107 | Frost, Raymond | 07-2909 CRB |
| 108 | Ganga, Mary | 06-6073 CRB |
| 109 | Ganga, Willard J. | 06-6073 CRB |
| 110 | Garver, James E. | 06-6070 CRB |
| 111 | Garza, Carlos | 06-6199 CRB |
| 112 | Garza, Dawna | 06-5416 CRB |
| 113 | Garza, Madaline | 06-6199 CRB |
| 114 | Gastaldi, Gloria | 06-4362 CRB |
| 115 | Gastaldi, Joseph M. | 06-4362 CRB |
| 116 | Gates, Norma R. | 06-6084 CRB |
| 117 | Gatz, Michael | 06-7959 CRB |
| 118 | Gerrard, Joan W. | 06-5765 CRB |
| 119 | Gigliotti, Connie | 06-5273 CRB |
| 120 | Gigliotti, Frank | 06-5273 CRB |
| 121 | Gillet, Winetta P. | 06-6211 CRB |
| 122 | Gilmore, Melissa | 06-5977 CRB |
| 123 | Gilmore, Richard | 06-5977 CRB |
| 124 | Glenn, Joy A. | 06-6213 CRB |
| 125 | Gonzales, Juan M. | 06-6062 CRB |
| 126 | Gonzales, Mary | 06-6062 CRB |

## Schedule A

|     | Plaintiff's Name | Case Number |
| --- | --- | --- |
| 127 | Gonzalez, Margoth | 06-7571 CRB |
| 128 | Goodwin, Marjory J. | 06-6212 CRB |
| 129 | Grant, Ernest R. | 06-5970 CRB |
| 130 | Gray, James L. | 06-5916 CRB |
| 131 | Graziano, Jennie | 06-6186 CRB |
| 132 | Gregorio, Paulene A. | 06-5980 CRB |
| 133 | Gregorio, Sr., Thomas | 06-5980 CRB |
| 134 | Griffin, Charles | 06-6206 CRB |
| 135 | Griffin, Shirley | 06-6206 CRB |
| 136 | Gutierrez, Juan | 06-5764 CRB |
| 137 | Gutierrez, Thelma | 06-5980 CRB |
| 138 | Hall, Barbara J. | 06-6197 CRB |
| 139 | Hall, James F. | 06-3676 CRB |
| 140 | Hall, Sylvia | 06-3676 CRB |
| 141 | Halpin, Carolyn | 06-5777 CRB |
| 142 | Halpin, William F. | 06-5777 CRB |
| 143 | Hamblen, Barbara | 06-6058 CRB |
| 144 | Hamblen, Norman C. | 06-6058 CRB |
| 145 | Hance, Mildred | 06-1718 CRB |
| 146 | Hardee, Chalcey | 06-6088 CRB |
| 147 | Hardee, Fred D. | 06-6088 CRB |
| 148 | Harguess, Benita | 06-5738 CRB |
| 149 | Harsh, Nancy L. | 06-6083 CRB |
| 150 | Harsh, Thomas Michael | 06-6083 CRB |
| 151 | Hawkins, Betty Joyce | 06-6068 CRB |
| 152 | Hawkins, Luvine | 06-6068 CRB |
| 153 | Hayhurst, John W. | 06-3758 CRB |
| 154 | Henderson, Connie | 06-6283 CRB |
| 155 | Henderson, Gerald | 06-6283 CRB |
| 156 | Henning, Karen | 06-4678 CRB |
| 157 | Henning, Robert F. | 06-4678 CRB |
| 158 | Henry, Jerry | 06-5919 CRB |
| 159 | Henry, Jerry | 06-6191 CRB |
| 160 | Henry, Theresa A. | 06-6191 CRB |
| 161 | Henry, Theresa A. | 06-5919 CRB |
| 162 | Hilton, Carl B. | 07-0611 CRB |
| 163 | Hilton, Elizabeth | 07-0611 CRB |
| 164 | Hocker, Doris | 06-6129 CRB |
| 165 | Hodges, Lynn | 06-6089 CRB |
| 166 | Hodges, Sandy | 06-6089 CRB |
| 167 | Horton, Douglas E. | 06-6094 CRB |
| 168 | Horton, Leroy J. | 06-6190 CRB |

## Schedule A

|     | Plaintiff's Name | Case Number |
|-----|------------------|-------------|
| 169 | Horton, Lorraine | 06-6190 CRB |
| 170 | Howard, Jeffrey L. | 07-0816 CRB |
| 171 | Howard, Judee | 07-0816 CRB |
| 172 | Howard, Leroy | 06-5916 CRB |
| 173 | Howard, Patricia | 06-5916 CRB |
| 174 | Howell, Donna | 06-4463 CRB |
| 175 | Howell, Sr., John F. | 06-4463 CRB |
| 176 | Hunter, Barbara L. | 06-6419 CRB |
| 177 | Isaacs, Jack E. | 07-1991 CRB |
| 178 | Jack, Lynda L. | 06-6087 CRB |
| 179 | Jack, Lynda L. | 06-5965 CRB |
| 180 | Jackson-Cook, Bessie R. | 06-6061 CRB |
| 181 | James, Karen | 07-4740 CRB |
| 182 | Jennings, Mary Jane | 06-7205 CRB |
| 183 | Jennings, Robert H. | 06-7205 CRB |
| 184 | Jimenez, Sarah | 06-5739 CRB |
| 185 | Johns, Dennis P. | 06-6059 CRB |
| 186 | Johnson, Lyle L. | 06-6194 CRB |
| 187 | Johnson, Mary Helen | 06-6068 CRB |
| 188 | Johnston, Jessie | 07-3548 CRB |
| 189 | Johnston, Walter S. | 06-6204 CRB |
| 190 | Jones, Carol | 06-6171 CRB |
| 191 | Jones, James I. | 06-6171 CRB |
| 192 | Jones, Jenny | 06-6208 CRB |
| 193 | Jordan, Anthony | 06-6059 CRB |
| 194 | Jordan, Kathy | 06-6059 CRB |
| 195 | Juergenson, Carol | 06-5273 CRB |
| 196 | Juergenson, Rodney | 06-5273 CRB |
| 197 | Kamin, Thomas | 06-6173 CRB |
| 198 | Kelly, Alice | 06-6070 CRB |
| 199 | Kelly, Norman | 06-6070 CRB |
| 200 | Kennedy, Bobby | 06-6068 CRB |
| 201 | Kennedy, Carolyn | 06-6068 CRB |
| 202 | Kennedy, Charlotte | 07-0023 CRB |
| 203 | Kennedy, Jr., John | 07-0023 CRB |
| 204 | Kennett, Terry W. | 06-6158 CRB |
| 205 | Kenney, Melvin | 06-6064 CRB |
| 206 | Kenney, Sayann | 06-6064 CRB |
| 207 | King, Vanessa | 07-0816 CRB |
| 208 | Kiser, Grant E. | 06-6118 CRB |
| 209 | Kitchens, Sr., Charles F. | 06-6812 CRB |
| 210 | Klepps, Jack W. | 07-4153 CRB |

## Schedule A

| | Plaintiff's Name | Case Number |
|---|---|---|
| 211 | Klepps, Renee | 07-4153 CRB |
| 212 | Knudsen, Patricia A. | 06-4043 CRB |
| 213 | Kolsen, Lawrence | 06-6200 CRB |
| 214 | Kolsen, Lola | 06-6200 CRB |
| 215 | Korthas, Kay | 06-6117 CRB |
| 216 | Kreft, Bill | 07-4744 CRB |
| 217 | Kreft, Louise | 07-4744 CRB |
| 218 | Kroon, John | 06-6115 CRB |
| 219 | Lasalle-Malave, Jose | 06-2627 CRB |
| 220 | Lawson, Jr., Sylvania | 06-6121 CRB |
| 221 | Lawson, Peggy | 06-6121 CRB |
| 222 | Lehman, Beth | 06-6073 CRB |
| 223 | Lehman, John E. | 06-6073 CRB |
| 224 | Leong, Albert | 06-5666 CRB |
| 225 | Longoria, Rojelio | 06-4586 CRB |
| 226 | Lopez, William Lopez | 06-2621 CRB |
| 227 | Lovitt, Brad | 06-6116 CRB |
| 228 | Lovitt, Judith | 06-6116 CRB |
| 229 | Lynch, Mary | 06-6132 CRB |
| 230 | Lynch, Patrick | 06-6132 CRB |
| 231 | Madison, Paul B. | 06-6202 CRB |
| 232 | Maher, Lorraine A. | 07-2692 CRB |
| 233 | Markham, Connie R. | 06-5272 CRB |
| 234 | Markham, Michael | 06-5272 CRB |
| 235 | Marler, Janet C. | 06-4463 CRB |
| 236 | Marler, Linda L. | 06-5273 CRB |
| 237 | Martin-Huff, Ellen M. | 06-6070 CRB |
| 238 | Masker, Randy A. | 06-5739 CRB |
| 239 | Masker, Susan | 06-5739 CRB |
| 240 | Matos, Teresita Falcon | 06-2660 CRB |
| 241 | Matson, Calvin | 06-7958 CRB |
| 242 | Matson, Joyce | 06-7958 CRB |
| 243 | May, Steven | 06-6119 CRB |
| 244 | McBride, Earlene | 06-4462 CRB |
| 245 | McBride, Joseph | 06-4462 CRB |
| 246 | McCarrel, Robert | 06-6124 CRB |
| 247 | McDonald, Rex | 06-6210 CRB |
| 248 | McEwen, Murry | 06-6205 CRB |
| 249 | McFarland, Julia E. | 07-4152 CRB |
| 250 | McGhee, Gloria | 06-6072 CRB |
| 251 | McKibben, John M. | 06-7883 CRB |
| 252 | Means, Jerry W. | 06-5739 CRB |

## Schedule A

|     | Plaintiff's Name | Case Number |
| --- | --- | --- |
| 253 | Mercado, Jose A. Alicea | 06-6022 CRB |
| 254 | Meyer, Richard A. | 06-5273 CRB |
| 255 | Miller, Melanie | 06-5273 CRB |
| 256 | Miller, Melvin M. | 06-5273 CRB |
| 257 | Mitchell, Debbie S. | 06-4296 CRB |
| 258 | Mittag, Dwayne | 06-5919 CRB |
| 259 | Mittag, Monica B. | 06-5919 CRB |
| 260 | Mohapp, Charles | 06-4463 CRB |
| 261 | Mohapp, Mary Ann S. | 06-4463 CRB |
| 262 | Moncrief, Betty J. | 06-4100 CRB |
| 263 | Moncrief, James | 06-4100 CRB |
| 264 | Murphy, Catalina A. | 06-6064 CRB |
| 265 | Murphy, Tim | 06-6064 CRB |
| 266 | Murray, Robert E. | 06-6158 CRB |
| 267 | Natal-Rivera, Leticia | 06-2658 CRB |
| 268 | Nelson, Claudine | 06-5917 CRB |
| 269 | Nelson, Richard | 06-5917 CRB |
| 270 | Neville, Ronald | 06-2681 CRB |
| 271 | Nicholas, Abraham | 07-1570 CRB |
| 272 | Nieves, Carmelo Velez | 06-6022 CRB |
| 273 | Noell, Tiffany R. | 06-6071 CRB |
| 274 | O'Hagin, George R. | 06-3958 CRB |
| 275 | Ooft, Hellen | 06-5963 CRB |
| 276 | Ooft, Leopold | 06-5963 CRB |
| 277 | Pagan-Falcon, Francisco | 06-2660 CRB |
| 278 | Pagan-Falcon, Ivette | 06-2660 CRB |
| 279 | Pagan-Falcon, Jaime | 06-2660 CRB |
| 280 | Pagan-Falcon, Jose | 06-2660 CRB |
| 281 | Pagan-Falcon, Raul | 06-2660 CRB |
| 282 | Pagan-Garcia, Francisco | 06-2660 CRB |
| 283 | Pardikes, Sophia | 06-7306 CRB |
| 284 | Pardikes, Steve | 06-7306 CRB |
| 285 | Pareles, Victoria | 06-5977 CRB |
| 286 | Parson, Patricia C. | 06-6198 CRB |
| 287 | Payne, David | 06-6075 CRB |
| 288 | Payne, Sharon | 06-6075 CRB |
| 289 | Pellini, Alan | 06-6065 CRB |
| 290 | Pellini, Carol | 06-6065 CRB |
| 291 | Perales, Victoria | 06-6208 CRB |
| 292 | Perez-Otero, Jorge | 06-2634 CRB |
| 293 | Perez-Santiago, Gloria | 06-2634 CRB |
| 294 | Perez-Santiago, Ivonne | 06-2634 CRB |

**Schedule A**

|     | Plaintiff's Name | Case Number |
|-----|------------------|-------------|
| 295 | Perez-Santiago, Zaida | 06-2634 CRB |
| 296 | Perry, Koi Hoo | 06-5918 CRB |
| 297 | Perry, Robert | 06-5918 CRB |
| 298 | Peters, Ken | 06-5739 CRB |
| 299 | Pettit, Alice L. | 06-5973 CRB |
| 300 | Pettit, Theodore M. | 06-5973 CRB |
| 301 | Philama, Deborah | 06-6071 CRB |
| 302 | Phillips, Alease | 06-5919 CRB |
| 303 | Phillips, Dennis | 06-5919 CRB |
| 304 | Porter, Viola M. | 06-7882 CRB |
| 305 | Poyner, Delores | 06-6165 CRB |
| 306 | Poyner, William | 06-6165 CRB |
| 307 | Pratt, Louis L. | 06-6201 CRB |
| 308 | Pratts, Antonio | 06-6066 CRB |
| 309 | Ramirez, Guadalupe | 06-6064 CRB |
| 310 | Ramirez, Miguel S. | 06-6064 CRB |
| 311 | Rhome, Charlie L. | 06-5740 CRB |
| 312 | Rias, Princie M. | 06-6070 CRB |
| 313 | Rice, Alice | 06-6096 CRB |
| 314 | Rice, Jerry W. | 06-6096 CRB |
| 315 | Richardson, Alice | 06-7206 CRB |
| 316 | Richardson, Aubrey | 06-7201 CRB |
| 317 | Richardson, Jackie | 06-7206 CRB |
| 318 | Richardson, Jana | 06-7201 CRB |
| 319 | Rini, Dennis | 07-2190 CRB |
| 320 | Rivera, Elaine | 06-6173 CRB |
| 321 | Rivera, Rolando C. | 06-6173 CRB |
| 322 | Roberts, David | 06-5764 CRB |
| 323 | Robinson, Detrea | 07-2630 CRB |
| 324 | Robinson, Jimmie L. | 06-4463 CRB |
| 325 | Rogers, Brenda | 06-5919 CRB |
| 326 | Rogers, Patricia | 06-6130 CRB |
| 327 | Rolston, Belinda J. | 07-2691 CRB |
| 328 | Rolston, Homer | 07-2691 CRB |
| 329 | Roman, Noralynn | 06-6120 CRB |
| 330 | Roman, Sr., Gary | 06-6120 CRB |
| 331 | Roof, John R. | 06-5964 CRB |
| 332 | Rubio, Demetrio | 06-4449 CRB |
| 333 | Rubio, Severa | 06-4449 CRB |
| 334 | Russell, Angela | 06-5764 CRB |
| 335 | Ryan, Alice K. | 06-5917 CRB |
| 336 | Ryan, Archie | 06-5917 CRB |

## Schedule A

| | Plaintiff's Name | Case Number |
|---|---|---|
| 337 | Sanders, Ronny | 06-2681 CRB |
| 338 | Sansotta-Navarro, Herminia | 06-2627 CRB |
| 339 | Santiago-Serrano, Gloria | 06-2634 CRB |
| 340 | Sargent, Lori | 06-3675 CRB |
| 341 | Sargent, William | 06-3675 CRB |
| 342 | Saunders, Thomas M. | 06-6208 CRB |
| 343 | Schwoebel, Ruth C. | 06-6130 CRB |
| 344 | Scott, Betty J. | 06-5983 CRB |
| 345 | Scott, Eugene | 06-5983 CRB |
| 346 | Sheets, Mabel | 06-5916 CRB |
| 347 | Sheffield, Buford | 06-6203 CRB |
| 348 | Shepard, Edgar | 06-6169 CRB |
| 349 | Shepard, Marie | 06-6169 CRB |
| 350 | Smart, Constance | 06-6064 CRB |
| 351 | Smart, John | 06-6064 CRB |
| 352 | Smith, Cloteal | 07-3284 CRB |
| 353 | Smith, Cynthia C. | 06-5963 CRB |
| 354 | Smith, Donald | 06-6203 CRB |
| 355 | Smith, James P. | 07-4741 CRB |
| 356 | Smith, Janette | 06-4977 CRB |
| 357 | Smith, John L. | 07-3284 CRB |
| 358 | Smith, Nancy | 06-6203 CRB |
| 359 | Smith, Patricia D. | 07-4741 CRB |
| 360 | Smith, Paula Rae | 06-5975 CRB |
| 361 | Smith, Terry L. | 06-6195 CRB |
| 362 | Smith, Wade | 06-5975 CRB |
| 363 | Snyder, Beverly | 06-7202 CRB |
| 364 | Snyder, Glenn | 06-7202 CRB |
| 365 | Stevens, L.C. | 06-4920 CRB |
| 366 | Stevens, Martha | 06-4920 CRB |
| 367 | Stevens, Patricia | 06-7204 CRB |
| 368 | Stith, Carroll | 07-3338 CRB |
| 369 | Stith, Linda | 07-3338 CRB |
| 370 | Sullivan, Christine | 06-6157 CRB |
| 371 | Sullivan, Michael D. | 06-6157 CRB |
| 372 | Sweet, Debi | 07-0231 CRB |
| 373 | Swift, Catherine | 07-4743 CRB |
| 374 | Swift, Homer | 07-4743 CRB |
| 375 | Swihart, Donald Lee | 06-6093 CRB |
| 376 | Swihart, Pauline | 06-6093 CRB |
| 377 | Tetrault, Jacques L. | 06-7203 CRB |
| 378 | Tetrault, Sydney | 06-7203 CRB |

**Schedule A**

| | Plaintiff's Name | Case Number |
|---|---|---|
| 379 | Thompson, Clara L. | 06-5765 CRB |
| 380 | Thompson, Harry | 06-5765 CRB |
| 381 | Thorne, Virginia | 06-4464 CRB |
| 382 | Tinnell, Vera | 06-5740 CRB |
| 383 | Torkzadeh, Belghays | 06-5764 CRB |
| 384 | Trevino, Yvonne P. | 06-5764 CRB |
| 385 | Valdivia, Frank D. | 06-6196 CRB |
| 386 | Valdivia, Lydia | 06-6196 CRB |
| 387 | Vallee, Dorene | 06-5981 CRB |
| 388 | Vallee, John B. | 06-5981 CRB |
| 389 | Vaughn, Willie | 06-6092 CRB |
| 390 | Velázquez, Adelaida | 06-6022 CRB |
| 391 | Velez, Luis R. Carrion | 06-2658 CRB |
| 392 | Velez, Rafaela Roman | 06-2649 CRB |
| 393 | Vue, Chay Va | 06-6072 CRB |
| 394 | Walker, Marion | 06-6060 CRB |
| 395 | Walker, Pamela | 06-6060 CRB |
| 396 | Walkingstick, Christy | 06-4463 CRB |
| 397 | Walkingstick, Louis | 06-4463 CRB |
| 398 | Walsh, Ronald J. | 06-5273 CRB |
| 399 | Weese, Arthur | 07-3910 CRB |
| 400 | Weese, Verna | 07-3910 CRB |
| 401 | Welsh, Norman R. | 06-6812 CRB |
| 402 | West, Evelyn | 06-5980 CRB |
| 403 | White, Annie | 06-4678 CRB |
| 404 | White, Emma | 07-1432 CRB |
| 405 | White, Loyd D. | 07-1432 CRB |
| 406 | Whitman, Donald | 06-1350 CRB |
| 407 | Whitman, Polly | 06-1350 CRB |
| 408 | Wilson, Errol | 06-6211 CRB |
| 409 | Wilson, Sharon C. | 06-6211 CRB |
| 410 | Wilson-Blakeney, Bernadette | 07-1353 CRB |
| 411 | Woods, Rebecca | 06-6098 CRB |
| 412 | Woods, Steven J. | 06-6098 CRB |
| 413 | Woods, Warren L. | 06-6213 CRB |
| 414 | Yeager, Dennis D. | 06-6084 CRB |