Seth Sharrock Webb, MO Bar 505666
BROWN & CROUPPEN, P.C.
720 Olive Street, Suite 1800
St. Louis, MO 63101
Telephone: (314) 421.0216
Facsimile: (314) 421-3395
swebb@brownandcrouppen.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA and CELEBREX MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION | CASE NO. 3:06-cv-03037-CRB<br><br>MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
| THIS DOCUMENT RELATES TO:<br>*Shirley Adams et al v. Merck & Co., Inc. et al*; No. 3:06cv03037 (previously 4:05cv1947-CAS EDMO USDC) | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE FOR SHARON HYCHE |

## STIPULATION OF DISMISSAL FOR SHARON HYCHE

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants that the Complaint of the Plaintiff Sharon Hyche, ("Hyche") is hereby dismissed without prejudice. This motion applies only to representation of Plaintiff Hyche, Seth Sharrock Webb and Brown & Crouppen, P.C., remain as counsel for all other plaintiffs in the action.

1. Hyche is a plaintiff; defendants are Merck & Co, Inc., G.D. Searle, LLC, Pharmacia Corporation, Monsanto Company and Pfizer Inc.;
2. On September 28, 2005, Plaintiff sued defendants;
3. Plaintiff Hyche moves to dismiss her claims against defendants;
4. Defendants have not filed any counterclaim in this action;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff Hyche has not dismissed an action based on or including the same claims as those present in this suit;

8. Should Plaintiff Hyche or representative of Plaintiff Hyche attempt to re-file their claims against, Defendants, they shall only do so by filing said claims in the United States District Court, Northern District of California, MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation.

Respectfully submitted by:

BROWN & CROUPPEN, P.C.

Dated: July 15, 2008

/S/ Seth Sharrock Webb
Seth Sharrock Webb, MO Bar 505666
720 Olive Street, Ste 1800
St. Louis, MO 63101
(314) 421-0216
(314) 421-0395 fax
swebb@brownandcrouppen.com
ATTORNEY FOR PLAINTIFF

Dated: 7/15/08

GORDON & REES

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 fax
DEFENDANTS' LIAISON COUNSEL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 21, 2008



Hon. Charles R. Breyer,
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer