**FILED**

JUL 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 1 9 2008**

FILED
CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1699

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-104)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,234 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUL - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION                MDL No. 1699

## SCHEDULE CTO-104 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

MAINE
  ME   1  08-166                Marlene McAdam v. Pfizer Inc., et al.

MINNESOTA
  MN   0  07-4523               R.V. Perkins v. Pfizer Inc., et al.
  MN   0  07-4610               Garry Norman v. Pfizer Inc., et al.
  MN   0  08-1343               Deanna K. Renyer, et al. v. Pfizer Inc., et al.
  MN   0  08-1357               Michael S. Farciglia, et al. v. Pfizer Inc., et al.
  MN   0  08-1358               Marcia Anderson-Vance v. Pfizer Inc., et al.
  MN   0  08-1506               Marcel Rozario v. Pfizer Inc., et al.

MISSOURI EASTERN
  MOE  4  08-809                Michael D. Dobbs v. Pfizer Inc., et al.

MISSISSIPPI NORTHERN
  MSN  4  08-26                 Estate of Doris Burnett, etc. v. Pfizer Inc.

OREGON
  OR   6  08-571                Gene Sjoberg v. Pfizer Inc.