IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Estate of Otto Ramos Morales by his
    Administratrix Clara Asencio,
    06-2438 CRB
_____/

Now pending for decision is the motion of Sanders Viener Grossman, LLP to withdraw as counsel for plaintiff in the above matter. Plaintiff's counsel is directed to file an affidavit, under seal, in support of the motion. The Court will take the motion under submission after the filing of the required affidavit.

**IT IS SO ORDERED.**

Dated: July 31, 2008

                                                        CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\sanders06-2438.1.wpd