IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699 CRB<br><br>MDL No. 1699 |
| This Order Relates to: | **ORDER** |
| ALL PLAINTIFFS LISTED IN SCHEDULE A._____/ | |

The word "causation" on Page 1, line 28 of this Court's order dated August 1, 2008 is hereby stricken and replaced by the words "medical information."

**IT IS SO ORDERED.**

Dated: August 5, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\Order Amending Pretrial Order No. 29.wpd