| | |
|---|---|
| 1 | Hector G. Gancedo (SB# 132139) |
| 2 | hgancedo@gancedonieves.com<br>Tina B. Nieves (SB# 134384) |
| 3 | tnieves@gancedonieves.com<br>GANCEDO & NIEVES LLP |
| 4 | 144 W. Colorado Boulevard<br>Pasadena, California 91105 |
| 5 | Telephone: (626) 685-9800<br>Facsimile: (626) 685-9808 |
| 6 | |
| 7 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| LINDA CHAMBERLAIN,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), MERCK & COMPANY, INC., McKESSON CORPORATION and DOES ONE through FIFTY.<br><br>Defendants. | Case No. C 07-0229 CRB<br><br>**MOTION AND ORDER FOR SUBSITUTION OF COUNSEL** |

COMES NOW plaintiff Linda Chamberlain, through the undersigned attorneys, and state, allege and pray as follows:

The herein plaintiff has been represented by Jeanette Haagas of the Law firm of Hersh & Hersh. Plaintiff has acquiesced to Hersh & Hersh's withdrawal of their legal representation herein, and has authorized Gancedo & Nieves LLP to assume their legal representation herein.

The undersigned attorneys respectfully request that this Honorable Court authorize the substitution of Hersh & Hersh as plaintiff's legal counsel herein, and accept Gancedo & Nieves LLP as plaintiff's attorneys herein.

**WHEREFORE,** plaintiff respectfully request that this Honorable Court authorize the substitution of counsel prayed herein, relieve Hersh & Hersh from legal representation, and authorize Gancedo & Nieves LLP to act as plaintiff's new counsel of record.

Dated: May 24, 2007

Respectfully submitted,

GANCEDO & NIEVES LLP

By: /s/ **Hector G. Gancedo**

Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

# ORDER

Good cause appearing, **IT IS ORDERED:**

That the substitution of counsel is granted, and Gancedo & Nieves LLP, is substituted in as counsel for plaintiff, Linda Chamberlain.

Dated: Aug. 1, 2008

Charles R. Breyer
United States District Judge

SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:
**MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL**

I hereby certify that on May 25, 2007, a copy of the foregoing was mailed by United States Postal Service to the following:

Stuart M. Gordon
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Sara Gourley
Sherry A. Knutson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Charles Q. Socha
Michele Anderson
SOCHA PERCZAK SETTER & ANDERSON, P.C.
Denver Financial Center Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Brooke L. Killian
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Williams Boggs
DLA PIPER US
401 B Street, Suite 1700
San Diego, CA 92101-4297

Matthew Lepore
DLA PIPER US
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412

Matthew Holian
DLA PIPER US
33 Arch Street, 26th Floor
Boston, MA 02110-1447

                                                   **/s/ Rosario Castellanos**
                                                   ROSARIO CASTELLANOS