Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

## IN THE UNITED STATES DISTRIC COURT FO RTHE
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX            MDL No. 1699
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

BARBARA BROOKS MILLER 2:06-0981 (USDC Southern District of West Virginia)

       Plaintiff,

v.

PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC,

       Defendants.

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
### REGARDING PLAINTIFF BARBARA BROOKS MILLER

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Barbara Brooks Miller, in the above-referenced matter is dismissed with prejudice.

Dated: __August 11__, 2008.



IT IS SO ORDERED
Judge Charles R. Breyer
United States District Judge

28762:00841\990721.1