Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

IN THE UNITED STATES DISTRIC COURT FO RTHE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |

FRANCIS CROCKETT STUMP 2:06-0397 (USDC Southern District of West Virginia)

       Plaintiff,

v.

PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC,

       Defendants.

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF FRANCIS CROCKETT STUMP

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Francis Crockett Stump, in the above-referenced matter is dismissed with prejudice.

Dated: __August 11__, 2008.



Judge Charles R. Breyer
United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer

28762:00841\990724.1