Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6108
Fax: (212) 884-8675

Attorney for Defendants

### IN THE UNITED STATES DISTRIC COURT FO RTHE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |

**FRANCES YOUNG COLEMAN 3:06-0407 (USDC Southern District of West Virginia)**

        **Plaintiff,**

v.

**PFIZER INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC,**

        **Defendants.**

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF FRANCES YOUNG COLEMAN

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Frances Young Coleman, in the above-referenced matter is dismissed with prejudice.

Dated: __August 11__, 2008.



_____
Judge Charles R. Breyer
United States District Court

IT IS SO ORDERED

28762:00841\990725.1