IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

George Moran, 06-2101  CRB
Thomas Erwin, 06-3037  CRB

_____/

    Now pending before the Court are the motions of Brown & Crouppon to withdraw as counsel for the above plaintiffs in the above actions. With respect to the motion as to plaintiff Moran, counsel are directed to file a declaration that more fully explains the reasons for their motion to withdraw. As for the motion as to plaintiff Erwin, counsel are directed to file a declaration that specifies counsel's efforts to contact plaintiff. The Court will take the motions to withdraw under submission after the filing of the required declarations.

    **IT IS SO ORDERED.**

Dated: August 14, 2008

                                              CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebrowncrouppendeclaration.frm

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28