IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA E. BENTON § <br> OLLIE GEORGE § <br> BILLY GIBSON § <br> KATHY REYNOLDS, Individually and § <br>    as Representative of the Estate of § <br>    FREDRICK KIBAT, Deceased; § <br>    FREDRICK KIBAT, JR. and, § <br>    DONNA LAWRENCE § <br> ANNIE McCOY PORTER and § <br> ELIZABETH CLARK WARD, Individually § <br>    and as Legal Guardian and Next § <br>    Friend of FLORENCE § <br>    ALEXANDER CLARK,  Surviving § <br>    Spouse of HAROLD GEORGE § <br>    CLARK, Deceased § <br>       Plaintiffs § <br> v. § <br> PFIZER, INC., G. D. SEARLE & CO., § <br> and PHARMACIA CORPORATION § <br>       Defendants § | CIVIL ACTION NO. 3:06-cv-07286-CRB <br> JURY DEMAND |

Originally filed in the United States District Court
Eastern District of Texas-Marshall Division
Cause No. 2:06-cv-404

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

TO THE HONORABLE COURT:

    Plaintiff **Elizabeth Clark Ward, Individually and as Legal Guardian and Next Friend of Florence Alexander Clark, Surviving Spouse of Harold George Clark, Deceased** files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. **Plaintiff is:** Elizabeth Clark Ward, Individually and as Legal Guardian and Next Friend of Florence Alexander Clark, Surviving Spouse of Harold George Clark, Deceased.

2. **Defendant is:**  Pfizer, Inc., G. D. Searle & Co., and Pharmacia Corporation.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to the claims of Plaintiff Elizabeth Clark Ward, Individually and as Legal Guardian and Next Friend of Florence Alexander Clark, Surviving Spouse of Harold George Clark, Deceased pursuant to F.R.C.P. 41(a)(1).

Respectfully submitted,

**THE MONSOUR LAW FIRM**

/s/ Douglas C. Monsour
**DOUGLAS C. MONSOUR**
Attorney-in-Charge
State Bar No. 00791289
211 North Center Street
P. O. Drawer 4209
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Facsimile)
doug@monsourlawfirm.com
ATTORNEY FOR PLAINTIFF

**GORDON & REES LLP**

/s/
Stuart M. Gordon
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (Facsimile)
sgordon@gordonrees.com
ATTORNEY FOR DEFENDANT

ORDER

IT IS SO ORDERED.

Dated: August 22, 2008.

_____
Hon. Charles R. Breyer
Judge of the United S...

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

PFZR/1035934/5890586v.1          STIPULATION RE DISMISSAL AND [PROPOSED] ORDER