IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

This pleading applies to:

The case of Bobby Joe Conley only on
<u>Bobby Joe Conley et al. v. Pfizer Inc et al</u>,
3:06-cv-02484-CRB

MDL   :05-cv-01699 IN RE:
BEXTRA AND CELEBREX
MARKETING SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, (1) the case of Bobby Joe Conley only on <u>Bobby Joe Conley et al. v. Pfizer Inc et al</u>, 3:06-cv-02484-CRB against the Bextra defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC)  is dismissed without prejudice.

Signed:  August 22, 2008

United States District Judge Charles R. Breyer

IT IS SO ORDERED