IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

JOE BYNUM, 06-2862 CRB
_____/

Now pending for decision is the motion of Douglas C. Monsour to withdraw as counsel of record for plaintiff Joe Bynum in the above matter.

After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion of Joe Bynum to withdraw as counsel of record should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff has new counsel, such counsel shall file a notice of substitution of counsel on or before **October 2, 2008.** If no substitution of counsel is filed, and plaintiff wishes to contest the withdrawal of counsel and/or dismissal of plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **October 2, 2008** of the reasons the withdrawal should not be granted or the case dismissed. If plaintiff will be proceeding without a lawyer, plaintiff must advise the Court of how the

1  Court should contact plaintiff.

2      Plaintiff is warned that plaintiff's failure to communicate with the Court in writing as
3  set forth above may result in dismissal of plaintiff's claims with prejudice.

4      Plaintiff's counsel Douglas C. Monsour shall ensure that plaintiff and plaintiff's
5  putative counsel receive a copy of this Order.

6      **IT IS SO ORDERED.**

7  Dated: September 2, 2008



8                                    CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\showcauseorders\monsour06-2862.wpd