Nancy A. Mismash, 6615
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, Utah 84107
Telephone:  801/262-8915
Facsimile:  801/262-8995
E-mail:     nmismash@robertdebry.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: BEXTRA PRODUCTS LIABILITY LITIGATION | **STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** <br><br> MDL No. 1699 <br><br> CIVIL NO: C 07-0591 CRB <br><br> JUDGE: Charles R. Breyer |
|---|---|

**THIS DOCUMENT RELATES TO: Willie Wulf and Kaylin Wulf v. Pfizer, Inc. Docket No. 07-0591 CRB.**

<u>STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs Willie Wulf and Kaylin Wulf and Defendant Pfizer, Inc. ("Pfizer") hereby stipulate to a dismissal without prejudice of Plaintiffs' claims against Pfizer, subject to the following conditions:

1. Plaintiffs Willie Wulf and Kaylin Wulf agree that, in the event they re-file a lawsuit against Pfizer that contains claims relating to Bextra®, such lawsuit will be filed in a United States District Court.

2. Plaintiffs Willie Wulf and Kaylin Wulf further agree that in the event they re-file such lawsuit, any discovery that has taken place or will take place *In re BEXTRA Products Liab. Litig.* (MDL – 1699), the MDL

proceeding that has been established in the United States District Court for the Northern District of California, and that is not specific to a particular Plaintiff, can be used in any such lawsuit re-filed by Plaintiffs, as though Plaintiffs had been a party and had an opportunity to participate in that discovery.

Plaintiffs Willie Wulf and Kaylin Wulf agree to the above-stated conditions and wish to dismiss their claims in the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims. Nothing in this stipulation shall constitute a waiver of any rights and defenses Pfizer may have in any litigation. Further, nothing in this stipulation will affect the rights and defenses of any party to this case not specifically named in this pleading, and will not dismiss the claims of any other plaintiff in this case besides that of Willie Wulf and Kaylin Wulf.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiffs Willie Wulf and Kaylin Wulf in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

SAN FRANCISCO, CALIFORNIA this __3rd__ day of __September__, 2008.

_____
DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Respectfully Submitted by:

DATED: _28 Aug_, 2008.

_/s/ Nancy A. Mismash_
Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107
Telephone: (801) 262-8915
Facsimile:  (801) 262-8995

Attorneys for Plaintiffs Willie Wulf and Kaylin Wulf

DATED: _September 2_, 2008.

_/s/ Stuart M. Gordon_
Stuart M. Gordon
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Attorneys for Pfizer, Inc.