IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS** |

*This document relates to:*

JOE BYNUM, 06-2862 CRB
_____/

By Order filed September 2, 2008, the Court ordered plaintiff to show cause by October 2, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and the claims of Joe Bynum are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\bynumdismissal.frm

G:\CRBALL\2005\1699\dismissalorders\bynumdismissal.frm