UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Order Relates to:<br><br>ALL CASES. | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**PRETRIAL ORDER NO. 8B: AMENDMENT TO ORDER ESTABLISHING COMMON BENEFIT FUND** |

1. <u>Order Applicable to All Cases in MDL Proceedings</u>.  This Order shall apply to all cases currently pending in MDL No. 1699 and to all related actions that have been or will be originally filed in, transferred to, or removed to this Court and assigned thereto (collectively, "the MDL proceedings"). This Order is binding on all parties and their counsel in all cases currently pending or subsequently made a part of these proceedings and shall govern each case in the proceedings.

2. <u>Amendment to Paragraph 7 of Pretrial Order No. 8A</u>.  This Order shall amend and supersede only certain portions of paragraph 7 of Pretrial Order No. 8A.  Nothing in this Order shall be construed to amend any other portion of Pretrial Order No. 8 or Pretrial Order No. 8A, unless otherwise provided.

3. <u>Payments to Common Benefit Fund</u>.  Paragraphs 7(a) and 7(b) of Pretrial Order No. 8A provides that for settlements with Early Participating Attorneys and Later Participating Attorneys, Pfizer shall pay the assessment amount to the trust account established by

Plaintiffs' Liaison Counsel and disburse the remainder to the Early Participating Attorney. Paragraph 7(c) provides that Non-Participating Attorneys shall pay the assessment to the trust account for any of their settled MDL cases. Those provisions hereby are amended so that if the parties choose to deposit settlement proceeds into an escrow account, the escrow agent in charge of the account or any other third party selected by the parties may assume responsibility for the calculation and payment of the common benefit assessment.

**IT IS SO ORDERED.**

Dated: October 17, 2008

              /s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE