UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL PLAINTIFFS LISTED IN EXHIBIT A AND ALL CASES MADE PART OF THIS MDL AFTER SEPTEMBER 30, 2008. | **~~[PROPOSED]~~ PRETRIAL ORDER NO. 31: PROVISION OF DOCKET DATA SHEETS AND CASE-SPECIFIC EXPERT REPORTS** |

1.      <u>Order Applicable to All Cases Listed in Exhibit A and Any Cases Made Part of MDL After September 30, 2008</u>.  This Order shall apply to all Plaintiffs listed in Exhibit A, any Plaintiffs in these MDL proceedings whose cases are originally filed in, transferred to, or removed to this Court and assigned thereto after September 30, 2008, and any other Plaintiffs the Court later designates as subject to this Order (collectively, "PTO 31 Plaintiffs").  This Order is binding on all PTO 31 Plaintiffs and their counsel.

2.      <u>PTO 31 Plaintiffs' Obligation to Serve Docket Data Sheets</u>.  In addition to each Plaintiff's obligation under Pretrial Order No. 6 to serve a Plaintiff Fact Sheet ("PFS"), all responsive documents (or a written notice that none are in the possession of Plaintiff or Plaintiff's counsel), and properly executed authorizations, each PTO 31 Plaintiff shall execute the Docket Data Sheet attached hereto as Exhibit B.

-1-

a.      Address for Production of Docket Data Sheets.  Each PTO 31 Plaintiff shall send his or her Docket Data Sheet to Defendants' counsel by Federal Express or email at the following address:

> Stuart M. Gordon, Esq.
> Attn: Bextra/Celebrex MDL Docket Data Sheet
> GORDON & REES LLP
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111

b.      Schedule for Production of Docket Data Sheets.

i.      PTO 31 Plaintiffs Listed in Exhibit A.  PTO 31 Plaintiffs whose cases are listed in Exhibit A shall send their completed Docket Data Sheet to Defendants' counsel by January 9, 2009.

ii.     Other PTO 31 Plaintiffs.  PTO 31 Plaintiffs whose cases are originally filed in, transferred to, or removed to this Court and assigned thereto after September 30, 2008 shall send their completed Docket Data Sheet to Defendants' counsel within sixty (60) days after the date of such filing, transfer, or removal.  Plaintiffs whom the Court later designates as subject to this Order shall send their completed Docket Data Sheet to Defendants' counsel within sixty (60) days after the date of such order.

c.      Dismissal of PTO 31 Plaintiffs Who Fail to Provide Docket Data Sheets.  Any PTO 31 Plaintiff who fails to provide a Docket Data Sheet will be subject to having his or her claims, as well as any derivative claim(s), **dismissed with prejudice** pursuant to the following procedure:

i.      Deficiency Letter.  When any PTO 31 Plaintiff fails to provide a Docket Data Sheet, Defendants may write a letter to the PTO 31 Plaintiff's counsel ("the deficiency letter") stating that the PTO 31 Plaintiff will have fourteen (14) days to cure the alleged deficiency and that absent cure of the alleged deficiency within that time (or within any extension of that time as agreed to by the parties), Defendants may move for dismissal of the PTO 31 Plaintiff's claims, including dismissal with prejudice.

/////

ii. **Compliance Motion**.  If the PTO 31 Plaintiff's counsel does not provide a Docket Data Sheet that complies with this Order within fourteen days of receipt of the deficiency letter, Defendants may file a motion with the Special Master seeking an order requiring the PTO 31 Plaintiff to comply with this Order or face a motion to dismiss with prejudice, or other sanctions (a "compliance motion").  Such compliance motions shall be heard on an expedited basis.  A compliance motion may be noticed twenty-one (21) calendar days before the hearing date, with any opposition to be filed ten (10) calendar days before the hearing and any reply to be filed seven (7) calendar days before the hearing.

iii. **Compliance Order**.  If the Special Master determines that a PTO 31 Plaintiff has failed to provide a Docket Data Sheet that complies with this Order, the Special Master shall order the PTO 31 Plaintiff to comply with this Order within seven (7) days or face dismissal or other appropriate sanctions as determined by the Court ("the compliance order").

iv. <u>Failure to Comply with Special Master's Order and Motion to Dismiss</u>.  If the PTO 31 Plaintiff does not comply with the compliance order within seven (7) days, Defendants may file a motion with the Court to dismiss the PTO 31 Plaintiff's claims with prejudice or for other appropriate sanctions (a "motion to dismiss").  No further notice to the PTO 31 Plaintiff's counsel shall be required.  Such motions to dismiss shall be heard on an expedited basis.  A motion to dismiss may be noticed twenty-one (21) calendar days before the hearing date, with any opposition to be filed ten (10) calendar days before the hearing and any reply to be filed seven (7) calendar days before the hearing.  If the Court determines that the PTO 31 Plaintiff has not complied with the compliance order, it may dismiss the PTO 31 Plaintiff's claims with prejudice or impose other sanctions as it deems appropriate.

3. <u>Mandatory Settlement Conference between the Parties</u>.  After a PTO 31 Plaintiff provides Defendants with a Docket Data Sheet, the parties shall have sixty (60) days within which to hold a settlement conference with each other.  Such conference may be telephonic or in person.

/////

-3-

4. <u>Notice of Unsuccessful Settlement Conference</u>.  If the mandatory settlement conference is not successful, Defendants shall provide to the Special Master and the PTO 31 Plaintiff's counsel a Notice of Unsuccessful Settlement Conference ("Notice").

5. <u>PTO 31 Plaintiffs' Obligation to Serve Case-Specific Expert Report</u>. Within sixty (60) days of Defendants' transmission of the Notice to the Special Master, each PTO 31 Plaintiff (including each personal representative of an estate of any deceased or of any incompetent user of Celebrex® and/or Bextra®) and the PTO 31 Plaintiff's counsel, in consultation with such medical advisor(s) as they see fit to consult, shall consider whether there are good grounds to continue the action in light of the PTO 31 Plaintiff's individual circumstances.  If so, then the PTO 31 Plaintiff shall serve a Rule 26(a)(2) case-specific expert report regarding causation, signed and sworn to by a physician or other medical expert (a "Case-Specific Expert Report").  PTO 31 Plaintiffs shall send the Case-Specific Expert Reports to Defendants' counsel by Federal Express at the following address:

> Stuart M. Gordon, Esq.
> Attn: Bextra/Celebrex MDL Case-Specific Expert Report
> GORDON & REES LLP
> 275 Battery Street, Suite 2000
> San Francisco, CA 94111

6. <u>Contents of Case-Specific Expert Report</u>.  Each Case-Specific Expert Report shall include the following information:

a. <u>PTO 31 Plaintiff's Information</u>.  The PTO 31 Plaintiff's name and date of birth;

b. <u>Expert's Information</u>.  The name, professional address, and curriculum vitae of the expert, including a list of all publications authored by the witness within the preceding ten years;

c. <u>PTO 31 Plaintiff's Medical Records</u>.  A list of the PTO 31 Plaintiff's medical records reviewed by the expert prior to the preparation of the Case-Specific Expert Report by Bates number, as well as copies of any such records not posted on the web site of the medical record vendor hired jointly by the parties;

-4-

d.      <u>Use Dates</u>.  The dates during which the PTO 31 Plaintiff used Celebrex® and/or Bextra® <u>and</u> references to the Bates numbers of the particular pages relied upon as evidence of such use (or the actual pages if the pages are not Bates stamped);

e.      <u>Dose Information</u>.  The dose of Celebrex® and/or Bextra® that the PTO 31 Plaintiff ingested <u>and</u> references to the Bates numbers of the particular pages relied upon as evidence relating to dose (or the actual pages if the pages are not Bates stamped);

f.      <u>PTO 31 Plaintiff's Prescribing Physician</u>.  The name(s) of the physician(s) who prescribed Bextra and/or Celebrex to the PTO 31 Plaintiff;

g.      <u>PTO 31 Plaintiff's Injury</u>.  Whether the PTO 31 Plaintiff's medical records report that the Plaintiff experienced a myocardial infarction, ischemic stroke, sudden death, or any other injury while the Plaintiff was taking Celebrex® and/or Bextra® and, if so: (i) the nature of the alleged injury; (ii) the date of the alleged injury; and (iii) references to the particular pages relied upon as evidence of such injury;

h.      <u>Expert's Causation Opinion(s)</u>.  The expert's opinion(s) with respect to the causation of each claimed injury, including the cause of death (if applicable);

i.      <u>Expert's Other Opinion(s)</u>.  Any other opinion(s) the expert intends to offer;

j.      <u>Bases for Expert's Opinion(s)</u>.  All grounds for the opinions expressed by the expert, explained in detail;

k.      <u>All Information Received or Considered by Expert</u>.  Any other data or other information considered by the expert in forming the opinions, including a specific list of the documents the expert received in forming his or her opinion; and

l.      <u>Any Documents Summarizing or Supporting Expert's Opinion(s)</u>.  Any exhibits and/or documents other than the medical records listed above to be used as a summary of or support for the expert's opinions.

7.      <u>Dismissal of PTO 31 Plaintiffs Who Fail to Provide Case-Specific Expert Reports</u>.  Any PTO 31 Plaintiff who fails to provide a Case-Specific Expert Report that complies with this Order within sixty days of Defendants' transmission of the Notice to the Special Master

1    will be subject to having his or her claims, as well as any derivative claim(s), dismissed with

2    prejudice pursuant to the procedure outlined in paragraph 2.c of this Order.

3            8.      Schedule for Motions for Summary Judgment.  Within thirty (30) days of

4    receipt of any PTO 31 Plaintiff's Case-Specific Expert Report, Pfizer may file a motion for

5    summary judgment for any PTO 31 Plaintiff who:  (1) took Celebrex at a daily dose of 200 mg or

6    less at the time the PTO 31 Plaintiff suffered his or her alleged injury; (2) was not taking

7    Celebrex within three days of his her injury; (3) did not suffer a myocardial infarction or stroke

8    while taking Bextra or Celebrex; (4) suffered an injury after the implementation of the boxed

9    cardiovascular warning for Celebrex; or (5) did not file before the applicable statute of limitations

10   deadline.  This provision shall not be construed to waive or limit any motions for summary

11   judgment Defendants may wish to file at a later time.

12   **IT IS SO ORDERED.**

13

14   Dated:  October _17_, 2008

15                                        _____
                                         HONORABLE CHARLES R. BREYER
16                                       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

EAST\42087353.5
013415-000401

[PROPOSED] PRETRIAL ORDER NO. 31:  PROVISION OF DOCKET DATA SHEETS
& CASE-SPECIFIC EXPERT REPORTS – M:05-CV-01699-CRB

# EXHIBIT A

## EXHIBIT A

|   | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 1 | 05-5387 CRB | Abney, Tresa | Abney, Tresa J. | |
| 2 | 06-7503 CRB | Abram, Delores | Abram, Delores S. | |
| 3 | 06-3037 CRB | Adams, Shirley | Adams, Shirley | |
| 4 | 06-3664 CRB | Adrian, Dawn | Adrian, Dawn T. | |
| 5 | 07-2220 CRB | Affeldt, Donald | Affeldt, Donald E. | Affeldt, Violetjoy |
| 6 | 06-2598 CRB | Alegria, James | Alegria, James | Alegria, Cherie |
| 7 | 06-0377 CRB | Alvey, Patricia | Alvey, Patricia A. | |
| 8 | 07-0358 CRB | Anderson, Dale | Anderson, Dale | |
| 9 | 05-1699 CRB | Anderson-Vance, Marcia | Anderson-Vance, Marcia | |
| 10 | 06-5924 CRB | Andresen, Craig L. | Andresen, Craig L. | |
| 11 | 07-2908 CRB | Ardolino, Lawrence | Ardolino, Lawrence | Ardolino, Dorothy |
| 12 | 06-2675 CRB | Augillard, John | Augillard, John | |
| 13 | 07-4799 CRB | Ter-Martirosyan, Hasmik | Bagramyan, Anush | |
| 14 | 06-3023 CRB | Baitt, Edward | Baitt, Edward M. | Baitt, Barbara |
| 15 | 07-2222 CRB | Baker, Mary E. | Baker, Mary E. | |
| 16 | 06-5944 CRB | Ballard, Karen | Ballard, Karen K. | |
| 17 | 05-5381 CRB | Banning, William | Banning, William R. | Banning, Kimberly |
| 18 | 07-2222 CRB | Baker, Mary E. | Barnett, Geraldine | |
| 19 | 05-3805 CRB | Blatnik, Theresa | Beach, Alan | Beach, Clementia |
| 20 | 07-1316 CRB | Bean, Christie | Bean, Christie J. | |
| 21 | 06-2870 CRB | Beavers, Leodee | Beavers, Leodee | |
| 22 | 06-3037 CRB | Adams, Shirley | Beck, Randy K. | |
| 23 | 07-5303 CRB | Beckett, Nettie J. | Beckett, Nettie J. | Beckett, Earl Daniel |
| 24 | 06-2671 CRB | Bennett, Doris | Bennett, Doris E. | Mathis, Sue |
| 25 | 06-3037 CRB | Adams, Shirley | Besterfeldt, Linda G. | |
| 26 | 06-3207 CRB | Bilal, Jamal Ali | Bilal, Jamal Ali | |
| 27 | 07-0468 CRB | Streich, Elizabeth | Black, Richard | Streich, Elizabeth |
| 28 | 05-3805 CRB | Blatnik, Theresa | Blatnik, Theresa | Blatnik, John |
| 29 | 07-3447 CRB | Bluett, Arthur | Bluett, Arthur R. | Bluett, Patricia |
| 30 | 06-2761 CRB | Blumhardt, Tom | Blumhardt, Joan E. | Blumhardt, James Blumhardt, Jon Blumhardt, Robert Blumhardt, Tom Blumhardt, William |
| 31 | 06-7649 CRB | Boggs, Mary Lyn | Boggs, Mary Lyn | |
| 32 | 06-2870 CRB | Beavers, Leodee | Boitmann, Anna | Boitmann, Bernard |
| 33 | 05-3902 CRB | Bolwell, John | Bolwell, John | Davis, Alane |
| 34 | 06-3037 CRB | Adams, Shirley | Bond, Glen H. | |
| 35 | 05-4582 CRB | Bonnet, Raymond | Bonnet, Raymond A. | Bonnet, Fannie |
| 36 | 05-3897 CRB | Booker, James | Booker, James W. | |
| 37 | 05-1699 CRB | Bosch, Eleanor | Bosch, Eleanor | |
| 38 | 07-1313 CRB | Carlin, Edith | Boutte, Kathleena | |
| 39 | 06-3037 CRB | Adams, Shirley | Bowers, Winifred | |
| 40 | 06-6256 CRB | Givens, Geraldine | Branton, Eloise | Givens, Geraldine |
| 41 | 07-2222 CRB | Baker, Mary E. | Brasher, Betty | |
| 42 | 06-6687 CRB | Bright, Julie | Bright, Theodore H. | Bright, Julie |
| 43 | 06-3037 CRB | Adams, Shirley | Brookins, Paulette | |
| 44 | 06-3037 CRB | Adams, Shirley | Brooks, Letha L. | |
| 45 | 06-3667 CRB | Brown, Carolyn | Brown, Carolyn | |
| 46 | 05-1699 CRB | Brown, Cheryl Ann | Brown, Cheryl Ann | |

## EXHIBIT A

|    | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|----|-------------|-----------|----------------------|------------------------|
| 47 | 07-2222 CRB | Baker, Mary E. | Brown, Edna Scott | |
| 48 | 06-3037 CRB | Adams, Shirley | Brown, Sheena | |
| 49 | 06-7646 CRB | Bryant, Marionette | Bryant, Marionette | |
| 50 | 07-2222 CRB | Baker, Mary E. | Bryant, Nancy M. | |
| 51 | 07-5543 CRB | Buchanan, Virginia E. | Buchanan, Virginia E. | Buchanan, Sr., Sherman |
| 52 | 06-5924 CRB | Andresen, Craig L. | Burch, Robert | |
| 53 | 08-3638 CRB | Burnett, Doris | Burnett, Doris | Burnett, Monique |
| 54 | 06-3037 CRB | Adams, Shirley | Byram, Anthony D. | |
| 55 | 06-6314 CRB | Koudssi, Judith | Cammack, Joyce A. | Cammack, Leslie<br>Drewett, Leeza |
| 56 | 06-0355 CRB | Campbell, Kimberly | Campbell, Elijah | Campbell, Kimberly |
| 57 | 07-1313 CRB | Carlin, Edith | Carlin, Edith | |
| 58 | 08-2022 CRB | Carney, Stephanie W. | Carney, Stephanie W. | Carney, Stephanie W. |
| 59 | 07-2222 CRB | Baker, Mary E. | Carter, Charity | |
| 60 | 06-4215 CRB | Casperson, Morris | Casperson, Morris O. | |
| 61 | 05-5377 CRB | Cavanah, Maisie | Cavanah, Maisie G. | Cavanah, Richard |
| 62 | 06-7405 CRB | Champagne, Matthew | Champagne, Suzanne | Champagne, Matthew |
| 63 | 06-1348 CRB | Chandler, Gary | Chandler, Gary W. | |
| 64 | 07-3419 CRB | Chaney, Kevin L. | Chaney, Kevin L. | |
| 65 | 06-3037 CRB | Adams, Shirley | Cheers, Gloria | |
| 66 | 08-2477 CRB | Cherdak, Erik B. | Cherdak, Erik B. | |
| 67 | 07-1261 CRB | Chipps, Creed Patrick | Chipps, Creed Patrick | Chipps, Donna |
| 68 | 06-3678 CRB | Chittenden, Earl | Chittenden, Dorothy J. | Chittenden, Barbara<br>Chittenden, Brenda<br>Chittenden, Christopher<br>Chittenden, Earl<br>Chittenden, Earl Jr.<br>Hood, Cheryl<br>Williams, Sue |
| 69 | 05-5416 CRB | Claunch, Betty | Claunch, Betty A. | |
| 70 | 05-5046 CRB | Cloud, Jess | Cloud, Jess | |
| 71 | 06-3037 CRB | Adams, Shirley | Coble, Elizabeth C. | |
| 72 | 08-3890 CRB | Cochran, Barbara | Cochran, Barbara | |
| 73 | 07-3418 CRB | Cochran, Elizabeth | Cochran, Elizabeth | |
| 74 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Collier, Sr., Claiborne Leon | |
| 75 | 07-0588 CRB | Collings, Allen | Collings, Allen C. | Collings, Lana |
| 76 | 06-0098 CRB | Collins, Hugh | Collins, Hugh R. | Collins, Barbara |
| 77 | 06-1738 CRB | Collins, Jackie | Collins, Jackie | |
| 78 | 06-0734 CRB | Collins, Rex | Collins, Rex B. | Collins, Shelia |
| 79 | 06-2870 CRB | Beavers, Leodee | Condor, Tyrone | Condor, Bonnie |
| 80 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Conner, Mary | |
| 81 | 07-4506 CRB | Conway, Carol Flanagan | Conway, Carol Flanagan | Conway, Shelton |
| 82 | 07-5282 CRB | Cook, Joseph | Cook, Betty | Cook, Joseph |
| 83 | 07-1260 CRB | Cook, Richard B. | Cook, Richard B. | |
| 84 | 05-4485 CRB | Cook, Winnie | Cook, Winnie S. | Cook, Arthur |
| 85 | 06-3037 CRB | Adams, Shirley | Cooper, Gerald | |
| 86 | 06-6591 CRB | Gregory, Freddy | Cork, Bobbi B. | |
| 87 | 06-7892 CRB | Costantino, Betty | Costantino, Betty | Costantino, Louis |
| 88 | 05-1699 CRB | Cotto, Gladys M. | Cotto, Gladys M. | |

## EXHIBIT A

| | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 89 | 07-2219 CRB | Covatta, Lucia | Covatta, Lucia | Covatta, Michelino |
| 90 | 06-6778 CRB | Crane, Jerry | Crane, Jerry | Crane, Connie |
| 91 | 06-3037 CRB | Adams, Shirley | Cummings, Charity | |
| 92 | 06-2687 CRB | Czajkowski, Alfred | Czajkowski, Alfred | |
| 93 | 06-3037 CRB | Adams, Shirley | Dalton, Mark S. | |
| 94 | 06-7650 CRB | Daniels, Lillie Mae | Daniels, Lillie Mae | |
| 95 | 07-1061 CRB | Daroogar, Shahin | Daroogar, Shahin | |
| 96 | 05-4937 CRB | Daugherty, Ranny | Daugherty, Ranny | Daugherty, Jerry |
| 97 | 06-3037 CRB | Adams, Shirley | Davis, Bobbie | |
| 98 | 06-0446 CRB | Davenport, Laura | Davis, Maudie H. | |
| 99 | 06-3811 CRB | Randle, Debra | Davis, Yvonne C. | |
| 100 | 07-1397 CRB | Dearing, John K. | Dearing, John K. | Dearing, Anita |
| 101 | 06-2949 CRB | Dellinger, Mary | Dellinger, Mary Belle Pittman | |
| 102 | 06-3037 CRB | Adams, Shirley | Dickinson, Donald W. | |
| 103 | 07-2900 CRB | Diggs, Joan | Diggs, Joan B. | |
| 104 | 06-3037 CRB | Adams, Shirley | Doan, NHA | |
| 105 | 07-3493 CRB | Dohner, Barry | Dohner, Deborah | Dohner, Barry |
| 106 | 07-1866 CRB | Dover, Emory | Dover, Emory | Dover, Ruth |
| 107 | 06-0938 CRB | Drake, Kathleen | Drake, Kathleen D. | Drake, Ranell |
| 108 | 06-0469 CRB | Authement, Angela | Duhon, Larry J., Sr. | Duhon, Casey Duhon, Larry Jr. Duhon, Tammy Authement, Angela |
| 109 | 05-4746 CRB | Dulle, Maurice | Dulle, Maurice J. | |
| 110 | 06-2101 CRB | Smith, Elaine | Edminster, Sabrina | |
| 111 | 08-1017 CRB | Overton, Sr., Bobbie G. | Ellis, James | |
| 112 | 07-2221 CRB | Emralino, Rosalina | Emralino, Rosalina | Emralino, Eriberto |
| 113 | 05-4742 CRB | Engel, Judy | Engel, Stephen R. | Engel, Judy |
| 114 | 06-3037 CRB | Adams, Shirley | Erwin, Thomas | |
| 115 | 07-1588 CRB | Eskind, Edward George | Eskind, Edward George | |
| 116 | 08-0124 CRB | Eutsey, Betty | Eutsey, Betty | |
| 117 | 08-1017 CRB | Overton, Sr., Bobbie G. | Evans, Carolyn | |
| 118 | 05-1699 CRB | Farciglia, Michael S. | Farciglia, Michael S. | Farciglia, Dianne |
| 119 | 05-4929 CRB | Farkas, Lillian | Farkas, Paula Lynn | Farkas, Lillian |
| 120 | 07-0405 CRB | Farrell, Eileen M. | Farrell, Eileen M. | |
| 121 | 07-4817 CRB | Farrier, Daniel | Farrier, Daniel | |
| 122 | 07-2356 CRB | Farris, Barry | Farris, Barry L. | |
| 123 | 05-4579 CRB | Jones, Nancy | Ferguson, Theda | Jones, Nancy |
| 124 | 06-0727 CRB | Fields, James | Fields, James P. | |
| 125 | 07-2970 CRB | Finck, Edward | Finck, Edward | |
| 126 | 07-0215 CRB | Fisch, Robert | Fisch, Robert D. | |
| 127 | 06-3037 CRB | Adams, Shirley | Fisher, Alan | |
| 128 | 06-5885 CRB | Fisher, Martin | Fisher, Martin J. | |
| 129 | 06-2103 CRB | Fisher, Sherri | Fisher, Randy | Fisher, Buddy Fisher, Shane Fisher, Sherri |
| 130 | 06-7276 CRB | Flowers, Booker | Flowers, Booker T. | |
| 131 | 07-1259 CRB | Foster, Rhoda | Foster, Rhoda T. | Foster, Marcus |
| 132 | 06-2101 CRB | Smith, Elaine | Fox, Carol Sue | |
| 133 | 07-0473 CRB | Batten, Russell | Francis, Linda | Francis, Bruce |

## EXHIBIT A

|  | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 134 | 06-5046 CRB | Fredette, Audrey Jean | Fredette, Audrey Jean | |
| 135 | 07-0469 CRB | Frias, Josephine | Frias, Josephine (a/k/a Fernandez, Josefina) | Frias, Martin<br>Frias, Melissa<br>Heitleband, Jr. Mitchell<br>Heitleband, Mathew<br>Heitleband, Mitchell |
| 136 | 06-6386 CRB | Elzie, Troby | Fruge, Toby | |
| 137 | 06-3037 CRB | Adams, Shirley | Fuller, Judith (plaintiff decedent) | |
| 138 | 07-0592 CRB | Gagliardo, Jane | Gagliardo, John B. | Gagliardo, Jane<br>Stromeyer, Jane |
| 139 | 06-0440 CRB | Gahagans, Octavia | Gahagans, Debra | Gahagans, Octavia |
| 140 | 05-5326 CRB | German, Robert | German, Robert E. | German, Light |
| 141 | 06-0736 CRB | Gibson, Bobby | Gibson, Bobby J. | Gibson, Willo |
| 142 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Gilbert, Margie L. | |
| 143 | 05-4456 CRB | Gipe, Tomm | Gipe, Tomm L. | Gipe, Melinda |
| 144 | 05-4966 CRB | Glasco, Shirley | Glasco, Shirley | |
| 145 | 05-5376 CRB | Goddard, Barbara | Goddard, Barbara J. | Goddard, John |
| 146 | 07-1867 CRB | Godfrey, Render | Godfrey, Render | Godfrey, Beverly |
| 147 | 06-3814 CRB | Gomez, Maria | Gomez, Maria | |
| 148 | 06-3037 CRB | Adams, Shirley | Grammer, Stephen | |
| 149 | 06-1351 CRB | Gray, Christie | Gray, Christie S. | |
| 150 | 06-7893 CRB | Gray, Thomas | Gray, Thomas | Gray, Martha |
| 151 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Green, L.G. | Hampton, Stella |
| 152 | 05-4486 CRB | Greer, Debbria | Greer, Debbria L. | |
| 153 | 06-6591 CRB | Gregory, Freddy | Gregory, Freddy | Gregory, Norma Jean |
| 154 | 07-05077 CRB | Griffin, William | Griffin, Shirley | Griffin, William |
| 155 | 08-0124 CRB | Eutsey, Betty | Griggs, Paula | |
| 156 | 06-4158 CRB | Grinnell, Jeannie | Grinnell, Jeannie | |
| 157 | 06-3021 CRB | Guest, Chris | Guest, Gordon B. | Guest. Chris |
| 158 | 07-1516 CRB | Guidotti, Emily | Guidotti, Emily | |
| 159 | 06-6386 CRB | Elzie, Troby | Guilbert, Junius | |
| 160 | 06-3665 CRB | Gunnison, Wayne | Gunnison, Wayne A. | |
| 161 | 06-0444 CRB | Hancock, Helene | Hancock, Ellis | Hancock, Helene |
| 162 | 05-4585 CRB | Galvan, Rebecca | Hanger, Margery L. | Galvan, Rebecca L. |
| 163 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Harris, Charlie L. | |
| 164 | 07-2222 CRB | Baker, Mary E. | Harris, Hattie B. | |
| 165 | 07-0973 CRB | Harris, Leo | Harris, Leo N. | Harris, Verla B. |
| 166 | 06-2101 CRB | Smith, Elaine | Harris, Mary Wanda | |
| 167 | 06-6437 CRB | Stiff, David | Harris, Shirlene | |
| 168 | 05-4545 CRB | Haugh, JoLinda | Haugh, JoLinda | |
| 169 | 06-0824 CRB | Tracy, Judy | Heath, Steven K. | Heath, Pam |
| 170 | 06-7895 CRB | Heeter, Ferrell | Heeter, Ferrell | Heeter, Judy |
| 171 | 06-5947 CRB | Heissel, Joan | Heissel, Joan E. | |
| 172 | 06-3037 CRB | Adams, Shirley | Henderson, Robert | |
| 173 | 06-5265 CRB | Henderson, Tonja | Henderson, Tonja | |
| 174 | 06-6437 CRB | Stiff, David | Hernandez, Jorge | Jones, Candy<br>Kobielus, Rosemary |

**EXHIBIT A**

|  | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 175 | 07-2931 CRB | Hernandez-Gallegos, Mary | Hernandez-Gallegos, Mary R. | |
| 176 | 07-2222 CRB | Baker, Mary E. | Hill, James | |
| 177 | 06-3037 CRB | Adams, Shirley | Hiner, Dennis L. | |
| 178 | 06-7395 CRB | Holcomb, Larry E. | Holcomb, Larry E. | |
| 179 | 06-2101 CRB | Smith, Elaine | Holeman, Virginia A. | |
| 180 | 07-2964 CRB | Hollis, Clark | Hollis, Carol | Hollis, Clark<br>Weems, Lisa |
| 181 | 07-1319 CRB | Holman, Gary | Holman, Gary | |
| 182 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Holman, Hattie | |
| 183 | 06-3037 CRB | Adams, Shirley | Holt, Mack | |
| 184 | 06-2869 CRB | Hornig, Ruby | Hornig, Leroy A. | Hornig, Ruby |
| 185 | 07-3449 CRB | Hornsby, Lois | Hornsby, Lois | Hornsby, Howard |
| 186 | 06-3037 CRB | Adams, Shirley | Horrell, Mary | |
| 187 | 05-5205 CRB | Howard, Dewain | Howard, Dewain L. | |
| 188 | 06-0087 CRB | Cross, Donald | Hubble, Judith | |
| 189 | 06-3265 CRB | Burgos, Nancy Isaac | Isaac-Burgos, Nancy | Rosario-Isaac, Jose |
| 190 | 07-2034 CRB | Ison, James Alvin | Ison, Brenda G. | Ison, James Alvin |
| 191 | 07-0628 CRB | Iverson, Randall | Iverson, Randall | |
| 192 | 06-4603 CRB | Jackson, Mitchell | Jackson, Sr., Milton (plaintiff decedent) | Cowan, Doretha Jackson<br>Jackson, Elizabeth<br>Jackson, Jr., Milton<br>Jackson, Mitchell<br>Jackson, Naomi Lofton<br>Turner, Clair Jackson |
| 193 | 06-3037 CRB | Adams, Shirley | Jenkins, James R. | |
| 194 | 06-0086 CRB | Jensen, Dennis | Jensen, Dennis P. | |
| 195 | 06-2965 CRB | Funk, Constance | Johnson, Clyde D. | Funk, Constance |
| 196 | 07-1409 CRB | Johnson, Delois Ann | Johnson, Delois Ann | |
| 197 | 06-2872 CRB | Johnson, Elton Jr. | Johnson, Elton Jr. | |
| 198 | 07-6368 CRB | Johnson, Judith | Johnson, Thomas P. | Johnson, Judith |
| 199 | 06-3685 CRB | Jones, Lamont | Jones, Lamont F. | Henderson, Francella |
| 200 | 06-7517 CRB | Jones, Sharon | Jones, Sharon E. | |
| 201 | 06-5945 CRB | Judge, Edward | Judge, Edward J. | Judge, Melody |
| 202 | 06-3037 CRB | Adams, Shirley | Just, Richard N. | |
| 203 | 05-5379 CRB | Kanngiesser, Phillip | Kanngiesser, Phillip N. | Kanngiesser, Karen |
| 204 | 06-3490 CRB | Kaplan, Sally | Kaplan, Michael | Kaplan, Sally |
| 205 | 06-3037 CRB | Adams, Shirley | Kavanaugh, William | |
| 206 | 07-4799 CRB | Ter-Martirosyan, Hasmik | Kechechyan, Arshaluys | |
| 207 | 06-3037 CRB | Adams, Shirley | Keller, Madeline | |
| 208 | 05-4008 CRB | Kelly, Melissa | Kelly, Melissa | Kelly, Brian |
| 209 | 05-1699 CRB | Kendrick, Willie | Kendrick, Willie | |
| 210 | 06-2101 CRB | Smith, Elaine | Ketchman, Joyce | |
| 211 | 06-5946 CRB | Kimm, Dale | Kimm, Dale P. | |
| 212 | 05-1699 CRB | Kinds, Debra | Kinds, Ruthie | Kinds, Debra |
| 213 | 06-2101 CRB | Smith, Elaine | King, Anthony | |
| 214 | 08-1347 CRB | Kinnick, Beverly A. | Kinnick, Beverly A. | |
| 215 | 07-0404 CRB | Klos, John J. | Klos, Denise M. | Klos, Kenneth Richard<br>Klos, John J.<br>Klos, Scott Michael |

## EXHIBIT A

|     | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|-----|-------------|-----------|----------------------|------------------------|
| 216 | 05-5324 CRB | Allen, Margaret | Kocher, Jerry Lee | |
| 217 | 05-5388 CRB | Koester, Leo | Koester, Santa M. | Koester, Leo<br>Wood, Elaine<br>Wooden, Tammy |
| 218 | 06-5339 CRB | Kudla, Beverly | Kudla, Beverly | Kudla, Frank |
| 219 | 06-3037 CRB | Adams, Shirley | Lacy, Chester L. | |
| 220 | 07-1262 CRB | Ladva, Nanji | Ladva, Nanji | Ladva, Sumita |
| 221 | 07-2037 CRB | Lamm, Alan | Lamm, Allen L. | |
| 222 | 06-3124 CRB | Lampe, Albertha | Lampe, Juan H. Sr. | Berkel, Beverly<br>Gendricks, Juliet<br>Lampe, Albertha<br>Lampe, Fernando<br>Lampe, Janos<br>Lampe, Juan Jr.<br>Lampe, Louisa<br>Lampe, Nataskia<br>Philip, Carlos<br>Philip, Melville<br>Philip, Oliver<br>Richmond, Jacqueline<br>Tumblin, Cassandra |
| 223 | 06-0941 CRB | Larson, Mylon | Larson, Mylon E. | Larson, Barbara |
| 224 | 05-5386 CRB | Layton, Santos | Layton, Santos V. | |
| 225 | 08-1017 CRB | Overton, Sr., Bobbie G. | Lee, Elaine Joyce | |
| 226 | 07-2222 CRB | Baker, Mary E. | Lee, Joe B. | |
| 227 | 06-0132 CRB | Lee, Velma | Lee, Velma L. | |
| 228 | 06-2101 CRB | Smith, Elaine | Lesky, Janielle | |
| 229 | 08-1017 CRB | Overton, Sr., Bobbie G. | Lewis, Cornelius | |
| 230 | 08-1017 CRB | Overton, Sr., Bobbie G. | Lewis, Jackie D. | |
| 231 | 06-3037 CRB | Adams, Shirley | Lifritz, Janine A. | |
| 232 | 05-5204 CRB | Lipe, Ron | Lipe, Ron | |
| 233 | 07-0052 CRB | Long, William | Long, William F. | Long, Delilah |
| 234 | 06-6780 CRB | Lout, Derald | Lout, Derald | |
| 235 | 06-5707 CRB | Lowman, Clifford | Lowman, Clifford | |
| 236 | 07-3745 CRB | Lynch, Cynthia Ulett | Lynch, Cynthia Ulett | |
| 237 | 06-0446 CRB | Davenport, Laura | Maddox, Bernice | |
| 238 | 06-3670 CRB | Madere, Robert | Madere, Robert | Madere, Kathy |
| 239 | 06-0159 CRB | Magee, Bettye | Magee, Bettye | |
| 240 | 06-1875 CRB | Magnusson, Dorothy | Magnusson, Dorothy E. | |
| 241 | 05-1699 CRB | Magyar, Laszlo | Magyar, Laszlo | |
| 242 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Martin, Alberta | |
| 243 | 06-3666 CRB | Martindale, Bonnie | Martindale, Bonnie | |
| 244 | 06-2101 CRB | Smith, Elaine | Martinez, Julie | |
| 245 | 07-0407 CRB | Mason, Donald C. | Mason, Donald C. | |
| 246 | 06-2868 CRB | Mathews, Wilma | Mathews, Hugh E. | Mathews, Wilma |
| 247 | 07-3491 CRB | Mathews, Lisa | Mathews, Lisa | Leaks, Harold |
| 248 | 06-4689 CRB | Maycock, Brenda | Maycock, Larry | Maycock, Brenda |
| 249 | 06-3677 CRB | McConnell, Louise | McConnell, Louise L. | McConnell, Daniel |
| 250 | 05-4967 CRB | McCormick, Nancy | McCormick, Nancy M. | |
| 251 | 05-5057 CRB | McCoy, Lessie | McCoy, Lessie | |

## EXHIBIT A

|     | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|-----|-------------|-----------|----------------------|------------------------|
| 252 | 06-7504 CRB | McDaniel, John | McDaniel, John D. | |
| 253 | 06-6386 CRB | Elzie, Troby | McDonald, James | |
| 254 | 06-0087 CRB | Cross, Donald | McFadden, Norman B. | |
| 255 | 06-4512 CRB | McGrady, Donald | McGrady, Donald L. | |
| 256 | 07-0470 CRB | McGue, Caroline | McGue, Caroline | |
| 257 | 08-0200 CRB | Collier, Sr., Claiborne Leon | McIntee, Samuel | |
| 258 | 05-5380 CRB | McKinney, Mary | McKinney, Mary P. | |
| 259 | 06-2101 CRB | Smith, Elaine | Meatte, Terry | |
| 260 | 06-3095 CRB | Melton, Vivie | Melton, Vivie N. | |
| 261 | 07-0863 CRB | Middleton, Leon | Middleton, Leon F. | Middleton, Katherine |
| 262 | 06-4899 CRB | Mikkelson, Shirley | Mikkelson, Shirley | |
| 263 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Minchew, Paul | |
| 264 | 06-1737 CRB | Mitchell, Marshall | Mitchell, Marshall W. | |
| 265 | 05-1699 CRB | Monger, Rhonda | Monger, Debra | |
| 266 | 07-1863 CRB | Moody, Thomas | Moody, Thomas | Moody, Eartha |
| 267 | 06-2101 CRB | Smith, Elaine | Moran, George, Jr. | |
| 268 | 06-6045 CRB | Morton, Vaniel Lee | Morton, Vaniel Lee | Morton, Pauline |
| 269 | 07-3416 CRB | Muhilddine, Ali | Muhieddine, Ali | Muhilddine, Bassema |
| 270 | 06-4925 CRB | Murphy, Patrick | Murphy, Patrick J. | |
| 271 | 06-7897 CRB | Naber, Kerri | Naber, Kerri R. | |
| 272 | 06-2101 CRB | Smith, Elaine | Najeeullah, Audrey | |
| 273 | 06-6221 CRB | Nei, June | Nei, June H. | Nei, Ronald |
| 274 | 07-0406 CRB | Norris, Eula P. | Norris, Eula P. | |
| 275 | 06-5266 CRB | Odey, Richard | Odey, Richard | |
| 276 | 06-3205 CRB | Odom, Diane | Odom, William | Odom, Diane |
| 277 | 06-6916 CRB | Oravec, Richard | Oravec, Linda G. | Oravec, Richard |
| 278 | 06-4076 CRB | Orduno, Amelia | Orduno, Amelia A. | Orduno, Henry |
| 279 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Overton, Bobbie J. | Overton, Bobbie H. |
| 280 | 08-1017 CRB | Overton, Sr., Bobbie G. | Overton, Sr., Bobbie G. | |
| 281 | 06-7894 CRB | Papa, Annetta | Papa, Annetta | |
| 282 | 06-3037 CRB | Adams, Shirley | Parran, Lucy M. | |
| 283 | 06-7648 CRB | Parrish, Dorothy | Parrish, Dorothy L. | |
| 284 | 08-0124 CRB | Eutsey, Betty | Perkins, Larry | |
| 285 | 06-2101 CRB | Smith, Elaine | Persin, Frank, Jr. | |
| 286 | 05-4932 CRB | Peterson, Kenneth | Peterson, Kenneth | Peterson, Patsy |
| 287 | 07-0139 CRB | Phillips, Jessie | Phillips, Jessie | |
| 288 | 06-5263 CRB | Pickaree, Marilyn | Pickaree, Marilyn R. | |
| 289 | 06-6779 CRB | Porac, Louise | Porac, Louise M. | |
| 290 | 07-2033 CRB | Pritchard, William | Pritchard, William | Pritchard, Martha |
| 291 | 06-3812 CRB | Puri, Pratap | Puri, Pratap | |
| 292 | 06-3206 CRB | Quinn, Michael | Quinn, Michael K. | |
| 293 | 07-1931 CRB | Ramos, Alfredo | Ramos, Alfredo C. | Ramos, Ana |
| 294 | 06-3811 CRB | Randle, Debra | Randle, Debra A. | |
| 295 | 06-0878 CRB | Ratcliff, Gail | Ratcliff, Gail | Ratcliff, Austin Ratcliff, Mark |
| 296 | 08-0200 CRB | Collier, Sr., Claiborne Leon | Rawls, Robert | |
| 297 | 06-6437 CRB | Stiff, David | Reagen, Tommy | |

## EXHIBIT A

| | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 298 | 06-0463 CRB | Redman, Larry | Redman, Larry | |
| 299 | 06-2675 CRB | Augillard, John | Reeve, Margaret A. | |
| 300 | 05-1699 CRB | Rever, Winifred Ann | Rever, Winifred Ann | |
| 301 | 06-7285 CRB | Reynolds, James | Reynolds, James A. | |
| 302 | 06-5944 CRB | Ballard, Karen | Rhodes, Rebecca S. | |
| 303 | 06-0230 CRB | Richard, Cafray | Richard, Cafray | Richard, Janet |
| 304 | 06-2673 CRB | Richardson, Turlie | Richardson, Turlie | |
| 305 | 06-3037 CRB | Adams, Shirley | Richie, Beatrice | |
| 306 | 06-3037 CRB | Adams, Shirley | Riddle, Glenda | |
| 307 | 06-4832 CRB | Rinche, Linda | Rinche, Linda | Rinche, Paul |
| 308 | 06-6056 CRB | Rintz-Lasheras, Kathleen | Rintz, Maureen | Rintz-Lasheras, Kathleen |
| 309 | 06-7275 CRB | Robinson, Waltdell | Robinson, Waltdell | |
| 310 | 06-5924 CRB | Andresen, Craig L. | Rosenberg, Murry | Rosenberg, Myra |
| 311 | 07-0359 CRB | Ross, Sr., Jerry | Ross, Sr., Jerry D. | Ross, Bertie |
| 312 | 05-1699 CRB | Rozario, Marcel | Rozario, Marcel | |
| 313 | 06-2672 CRB | Ruggiero, Gaetano | Ruggiero, Gaetano J. | |
| 314 | 05-4928 CRB | Rupniewski, Richard | Rupniewski, Richard | Rupniewski, Sharon |
| 315 | 06-6258 CRB | Rutledge, Mark | Rutledge, Mark H. | Yuspeh, Amy |
| 316 | 05-5378 CRB | Ryan, John | Ryan, John P. | Ryan, Anna |
| 317 | 07-2164 CRB | Sadwick, Norma Levenfeld | Sadwick, Norma Levenfeld | |
| 318 | 06-7896 CRB | Sanburg, Ronald D. | Sanburg, Nancy | Sanburg, Ronald D. |
| 319 | 06-2101 CRB | Smith, Elaine | Sandefur, Carl D., Sr. | |
| 320 | 06-2618 CRB | Roberts, James | Sartain, Emma | Roberts, James |
| 321 | 05-4927 CRB | Schach, Rolland | Schach, Rolland S. | Schach, Francis |
| 322 | 06-0431 CRB | Schnack, Garland | Schnack, Garland | Schnack, Eileen |
| 323 | 06-0368 CRB | Scissom, Susan | Scissom, Mark Anthony | Scissom, Susan |
| 324 | 06-2101 CRB | Smith, Elaine | Scott-Price, Frances | |
| 325 | 05-1699 CRB | Scuteri, Rose | Scuteri, Rose | |
| 326 | 08-3650 CRB | Seacat, Dorothy Neal | Seacat, Dorothy Neal | Seacat, Billy Gene |
| 327 | 07-1514 CRB | Seitz, Mary Ann | Seitz, Mary Ann | |
| 328 | 06-3037 CRB | Adams, Shirley | Shelor, Thomas R. | |
| 329 | 07-1373 CRB | Shimminger, Gary | Shimminger, Gary | Shimminger, Karen |
| 330 | 05-4487 CRB | Sinclair, Roy | Sinclair, Roy K. | Sinclair, Frances |
| 331 | 06-2101 CRB | Smith, Elaine | Skradski, James J. | |
| 332 | 05MS047343 | Smith, Andre | Smith, Andre | |
| 333 | 05-1699 CRB | Smith, Barbara Ann | Smith, Barbara Ann | |
| 334 | 06-0731 CRB | Smith, Sonia | Smith, Bobby J. | Smith, Sonia |
| 335 | 07-3590 CRB | Smith, Carol | Smith, Carol | Smith, Albert |
| 336 | 06-3037 CRB | Adams, Shirley | Smith, James D. | |
| 337 | 07-2355 CRB | Smith, Victor | Smith, Ruth E. | Smith, Victor |
| 338 | 06-3037 CRB | Adams, Shirley | Smoleski, Elizabeth | |
| 339 | 07-1865 CRB | Sosebee, Dennis | Sosebee, Dennis | Sosebee, Louise |
| 340 | 07-3494 CRB | Stacy, Dustin | Stacy, Linda | Stacy, Dustin |
| 341 | 05-4747 CRB | Mule, Mary Ellen | Starr, Mary Ellen | |
| 342 | 06-2101 CRB | Smith, Elaine | Steiner, Connie | |
| 343 | 07-1862 CRB | Stevens, Owen | Stevens, Owen | Stevens, Geneva |
| 344 | 06-0382 CRB | Stockert, Margaret | Stockert, Margaret | |
| 345 | 06-0154 CRB | Stockfelt, Albert | Stockfelt, Albert J. | Stockfelt, Brenda Melendez, Michelle |

## EXHIBIT A

|  | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|---|---|---|---|---|
| 346 | 07-2222 CRB | Baker, Mary E. | Stokes, Curtis R. | |
| 347 | 05MS047302 | Storey, Sylvester | Storey, Sylvester | |
| 348 | 06-7396 CRB | Strickland, Trixy | Strickland, Trixy C. | |
| 349 | 07-0600 CRB | Stromyer, Mary Frances | Stromyer, Francis B. | Stromyer, Jane F. Stromyer, Andrew B Stromyer, Mary Frances |
| 350 | 06-0454 CRB | Stubbs, Edith | Stubbs, Edith A. | |
| 351 | 06-0725 CRB | Stumpe, John | Stumpe, John L. | Stumpe, Susan L. |
| 352 | 07-3415 CRB | Styles, Geneva | Styles, Geneva | Styles, John |
| 353 | 07-1469 CRB | Sullivan, Michelle R. | Sullivan, Randy | Sullivan, Michelle R. |
| 354 | 06-3652 CRB | Sutherland, Chris | Sutherland, Chris | Sutherland, Casann |
| 355 | 05-1699 CRB | Sweeney, Marietta | Sweeney, Marietta | |
| 356 | 06-3037 CRB | Adams, Shirley | Swinney, Celestine E. | |
| 357 | 06-2102 CRB | Tauzier, Herbert | Tauzier, Herbert J., Sr. | Tauzier, Mary |
| 358 | 07-1729 CRB | Taylor, Geneva Rose | Taylor, Geneva Rose | |
| 359 | 06-3813 CRB | Taylor, Marsha | Taylor, Mario | Taylor, Jake Taylor Hitchcock, Tami Ray |
| 360 | 06-2101 CRB | Smith, Elaine | Taylor, Vera | |
| 361 | 07-4799 CRB | Ter-Martirosyan, Hasmik | Ter-Martirosyan, Raffi | Ter-Martirosyan, Hasmik |
| 362 | 06-3674 CRB | Thomas, Edward | Thomas, Edward E. | |
| 363 | 07-3744 CRB | Thomas, Rosa | Thomas, Rosa | |
| 364 | 07-1515 CRB | Thompson, Carol | Thompson, Carol | Kays, Christine Kish, Denise Thompson, Jr., James Thompson, Kate |
| 365 | 06-4082 CRB | Thornsberry, Richard | Thornsberry, Richard | |
| 366 | 07-3417 CRB | Townsend, Bertha | Townsend, Bertha | Townsend, Herman |
| 367 | 06-2101 CRB | Smith, Elaine | Tulloh, Loretta | |
| 368 | 08-1019 CRB | Ford, Clara | Turner, Gladys | Ford, Clara |
| 369 | 08-0860 CRB | Ford, Clara | Turner, Joseph | Ford, Clara |
| 370 | 06-4677 CRB | Turns, Sharon | Turns, Sharon M. | |
| 371 | 06-3811 CRB | Randle, Debra | Van Horn, William | |
| 372 | 07-3492 CRB | Vantine, Wendel | Vantine, Maxine Lillian | Vantine, Wendel |
| 373 | 06-3037 CRB | Adams, Shirley | Vardiman, Joan | |
| 374 | 07-1315 CRB | Vasquez, Carlotta | Vasquez, Carlotta G. | |
| 375 | 06-7101 CRB | Vaughan, Ron | Vaughan, Everett E. | Vaughan, Ron |
| 376 | 06-3305 CRB | Vaughn, Charles | Vaughn, Charles L. | |
| 377 | 05-4926 CRB | Vilmer, Larry | Vilmer, Larry | Vilmer, Nancy |
| 378 | 06-1651 CRB | Valle, Rudolph | Wade, Mabell | Valle, Albert Valle, Rudolph |
| 379 | 06-0449 CRB | Walker, Sharon | Walker, Sharon S. | |
| 380 | 07-2222 CRB | Baker, Mary E. | Wallace, Gloria | |
| 381 | 06-0365 CRB | Pea, Dora | Walter, Rose Bell | Pea, Dora |
| 382 | 06-2617 CRB | McCray, Thelma | Washington, Dearie Mae | McCray, Thelma |
| 383 | 06-5944 CRB | Ballard, Karen | Washington, Kathy M. | |
| 384 | 07-1870 CRB | Waters, Betty Jane | Waters, Betty Jane | |
| 385 | 06-6046 CRB | Watkins, Jr., Tommy Lee | Watkins, Jr., Tommy Lee | Watkins, Patsy C. |
| 386 | 05-4921 CRB | Weber, Richard | Weber, Richard O. | Weber, Hattie |
| 387 | 06-0362 CRB | Wegerski, Mary | Wegerski, Mary | |

**EXHIBIT A**

|     | Case Number | Case Name | Bextra/Celebrex User | Derivative Claimant(s) |
|-----|-------------|-----------|----------------------|------------------------|
| 388 | 06-3208 CRB | Welch, Jimmy | Welch, Jimmy B. | |
| 389 | 07-0743 CRB | Westmoreland, Daniel | Westmoreland, Daniel R. | |
| 390 | 06-5578 CRB | Weston, Bridgette | Weston, Bridgette | |
| 391 | 06-2870 CRB | Beavers, Leodee | Wetzel, Cyril E. Jr. | |
| 392 | 07-0586 CRB | Whitaker, Brenda | Whitaker, Brenda | Whitaker, Eugene |
| 393 | 06-2766 CRB | White, Michelle | White, Addie M. | White, Michael<br>White, Michelle<br>White, Milton |
| 394 | 07-0473 CRB | Batten, Russell | White, James W. | White, Peggy |
| 395 | 06-7327 CRB | Fields, Bonnie | Wilkins, Paula | Fields, Bonnie |
| 396 | 06-3896 CRB | Williams, Albert | Williams, Albert | Williams, Linda |
| 397 | 07-2222 CRB | Baker, Mary E. | Williams, Bobby F. | |
| 398 | 07-0467 CRB | Williams, Nancy | Williams, Joe L. | Williams, Nancy |
| 399 | 06-3037 CRB | Adams, Shirley | Williamson, Robert | |
| 400 | 05-1699 CRB | Willis, Mack | Willis, Mack E. | |
| 401 | 05-4919 CRB | Wise, Jim | Wise, Carol | Wise, Jim |
| 402 | 06-2101 CRB | Smith, Elaine | Wood, Matilda | |
| 403 | 06-5944 CRB | Ballard, Karen | Wright, Annette R. | |
| 404 | 07-2222 CRB | Baker, Mary E. | Yelder-Swain, Geraldine | |
| 405 | 06-0119 CRB | Young, Marjorie | Young, Marjorie | |
| 406 | 06-6257 CRB | Yuspeh, Wayne | Yuspeh, Wayne W. | |
| 407 | 07-4799 CRB | Ter-Martirosyan, Hasmik | Zakarian, Freda | |
| 408 | 06-0297 CRB | Zupkas, Richard | Zupkas, Richard P. | Zupkas, Richard |
| 409 | 06-3185 CRB | McCay, Thomas | | McCay, Christopher<br>McCay, Kathleen<br>McCay, Matthew<br>McCay, Thomas |

# EXHIBIT B

## <u>MDL NO. 1699 DOCKET DATA SHEET</u>

**A.**    **The Bextra/Celebrex User**

Bextra/Celebrex User: _____

Social Security Number: _____

Date of Birth of Bextra/Celebrex User: _____

Gender of Bextra/Celebrex User: _____

Address of Bextra/Celebrex User: _____

City, State, Zip: _____

Is the Bextra/Celebrex User deceased?    _____

If so, the Bextra/Celebrex User was domiciled in the state of _____ at the time of death.

Does the Bextra/Celebrex User have a legal disability of any kind? _____

**B.**    **Individuals Asserting a Derivative Claim**

If the Bextra/Celebrex User is alive and legally competent, please list all other persons asserting a derivative claim, including but not limited to loss of consortium.  Please add additional pages as necessary.

1.  Derivative Claimant: _____

Social Security Number: _____

Address of Claimant: _____

City, State, Zip: _____

2.  Derivative Claimant: _____

Social Security Number: _____

Address of Claimant: _____

City, State, Zip: _____

**C.**    **If the Bextra/Celebrex User is deceased:**

1.    Please list any and all persons authorized under applicable law to resolve claims on behalf of the estate, e.g., the personal representative of the estate.  Please attach to this form the documentation providing such authority.


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


2.    Please list all heirs who, under applicable law, could bring a derivative claim or a wrongful death claim in connection with the Bextra/Celebrex User's use or purchase of Bextra/Celebrex, in addition to the person or persons listed above in Part C.1.  Please identify any minors or incompetent persons among such heirs.


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)


_____        _____        _____
(Name)                                    (Relationship)                        (Social Security #)

**D.     Bextra/Celebrex Use**

1.     Medication Used (check one line only):

Bextra only            _____

Celebrex only          _____

Bextra & Celebrex      _____

2.     Date(s) on which Bextra and/or Celebrex were used:

Date(s) started:       _____

Date(s) stopped:       _____

3.     Dosage of Bextra and/or Celebrex:     _____

**4.     Please attach the pharmacy or medical records or other proof that you were prescribed Bextra and/or Celebrex.**

5.     What injury did you suffer allegedly as a
result of ingesting Bextra and/or Celebrex?   _____

_____

6.     Date Injury Suffered:            _____

**7.     Please attach the medical records or other proof that you were injured as a result of using Bextra and/or Celebrex.**

**8.     Please provide any other information you believe is relevant to your claim on a separate sheet.**

Counsel for the Plaintiff[s] certifies and affirms that, upon information and belief, the foregoing is true and complete.

_____          _____

[INSERT NAME OF COUNSEL], Esq.                Date

Counsel for Plaintiff[s]


I certify and affirm that the foregoing is true and complete.

_____          _____

[INSERT NAME OF PLAINTIFF]                    Date