1  **Loren H. Brown**
   **DLA PIPER US LLP**
2  **1251 Avenue of the Americas**
   **New York, NY 10020-1104**
3  **Telephone:  (212) 835-6000**
   **Facsimile:    (212) 835-6001**
4
   **Pfizer's Liaison Counsel**
5
   **[Additional counsel on signature page]**
6

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: BEXTRA AND CELEBREX | Case No. M:05-CV-01699-CRB
11 | MARKETING SALES PRACTICES AND |
   | PRODUCT LIABILITY LITIGATION | MDL No. 1699
12 |
13 | THIS PLEADING RELATES TO: | **STIPULATION TO DEFER HEARING ON**
   | *Blue Cross and Blue Shield of Kansas, Inc., v.* | **PFIZER DEFENDANTS' MOTION TO**
14 | *Pfizer Inc.,* Case No.: CV 08-3344 | **DISMISS PLAINTIFFS' COMPLAINTS,**
   | | **AND TO EXTEND INDEFINITELY THE**
15 | *Blue Cross and Blue Shield of Kansas, Inc., v.* | **TIME TO RESPOND TO PLAINTIFFS'**
   | *Pfizer Inc.,* Case No.: CV 08-3356 | **AMENDED COMPLAINTS**
16 | *Kellett, et al. (Plumbers and Pipefitters Welfare* |
17 | *Education Fund) v. Pfizer Inc., et al.,* |
   | Case No.: CV 08-3668 |
18 | *Kellett, et al. (Plumbers and Pipefitters Welfare* |
   | *Education Fund) v. Pfizer Inc., et al.,* | Date:        No hearing requested
19 | Case No.: CV 08-3669 | Time:        No hearing requested
   | | Courtroom:  8, Hon. Charles R. Breyer
20

21
              Defendants Pfizer Inc., Pharmacia Corporation, and G.D. Searle LLC (f/k/a and
22
   improperly captioned as G.D. Searle & Co.) (collectively "Pfizer"), and Plaintiffs Blue Cross and
23
   Blue Shield of Kansas, Inc. and Patrick Kellett et al. as Trustees of the Plumbers and Pipefitters
24
   Welfare Education Fund (collectively, "Plaintiffs") hereby stipulate as follows:
25
              1.     Plaintiffs have each filed Complaints and Amended Complaints that seek
26
   relief for alleged economic injury similar to that alleged in the Purchase Claims Master Celebrex
27
   Complaint and the Purchase Claims Master Bextra Complaint.
28

                                                          Case No. M:05-CV-01699-CRB; MDL No. 1699
   **STIPULATION RE MOTION TO DISMISS AND RESPONSE TO COMPLAINTS**

2. Pfizer filed a Motion to Dismiss Plaintiffs' Complaints. That motion is set for hearing on October 31. Plaintiffs filed Amended Complaints after the Motion was filed.

3. On October 17, 2008, Pfizer announced that it has reached an agreement in principle to settle the purchase claim class actions.

4. In light of that proposed agreement, it will conserve resources of the parties and the Court to defer any consideration of the Motion to Dismiss and to defer any response by Pfizer to the Amended Complaints, pending action by the Court on the expected motion to approve the class settlement.

5. Pfizer and Plaintiffs therefore stipulate that:

    a. The Motion to Dismiss may be taken off calendar without prejudice to renewal if necessary.

    b. Pfizer need not respond to the Amended Complaints pending further order of the Court.

Dated: October 24, 2008　　　　　　　　　　DLA PIPER US LLP

By: _____/s/_____
    Loren H. Brown
    Pfizer's Liaison Counsel

Thomas P. Hanrahan
SIDLEY AUSTIN LLP

Attorneys for Pfizer Inc., Pharmacia Corp. and G.D. Searle LLC

| | | |
|---|---|---|
| 1 | Dated: October 24, 2008 | WAGSTAFF & CARTMELL LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | Thomas P. Cartmell |
| 5 | | Counsel to Blue Cross and Blue Shield of Kansas, Inc. and Patrick Kellett *et al*. as Trustees of the Plumbers and Pipefitters Welfare Education Fund |

**IT IS SO ORDERED.**

Dated: __October 24, 2008_____

Hon. Charles R. Breyer

*[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

LA1 1273626v.1