IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER RE ACCESS TO LAW LIBRARY** |

*This document relates to:*

Edward Earl Thomas., 06-3674 CRB
_____/

Now pending before the Court are plaintiff's motions for appointment of counsel and for access to the law library.  Plaintiff's motion for appointment of counsel is DENIED without prejudice to plaintiff demonstrating the merits of his personal injury lawsuit, including proof that he took Celebrex and/or Bextra, at what dose, and that he suffered an injury while taking the drug that might have been caused by the drug.

Plaintiff's motion with respect to his access to the law library at his place of custody is DENIED.  This Court is not the proper venue for such action as plaintiff is not incarcerated in this District.  Such a request is beyond the scope of this lawsuit pending in this multi-district litigation matter.

**IT IS SO ORDERED.**

Dated: November 18, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrethomas.frm