1  B. Kristian W. Rasmussen, FL Bar No. 0229430
   Cory, Watson, Crowder, & DeGaris
2  2131 Magnolia Avenue, STE 200
   Birmingham, AL 35205
3  Phone: (205) 328-2200
   Fax: (205) 324-7896
4  E-Mail: krasmussen@cwcd.com

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 <br><br> **District Judge: Charles R. Breyer** <br> **Magistrate:** |
|---|---|
| BRIAN SCOGIN, individually, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., <br><br> Defendants. | Case No. 3:08-cv-00794-CRB <br><br> **NOTICE OF PLAINTIFFS' STIPULATION FOR WITHDRAWAL & SUBSTITUTION OF ATTORNEY** |

## PLAINTIFFS' STIPULATION FOR WITHDRAWAL & SUBSTITUTION OF ATTORNEY

1. Plaintiffs, pursuant to Fed. R. Civ. P. 5(a) and NDCA Local Rule 11-5, by and through the undersigned attorneys, stipulate and consent to the following:

2. B. Kristian W. Rasmussen hereby withdraws as attorney of record and counsel for the Plaintiff in the above captioned matter.

Plaintiff's Stipulation to Withdrawal and Substitute Attorney

CASE NO. CASE NO. 3:08-CV-00794-CRB

3. David G. Scott, attorney at law in good standing with the Arkansas Bar, is hereby substituted in place and instead of attorney, B. Kristian W. Rasmussen, as attorney for the Plaintiffs and counsel of record in this action.

4. David Scott is and has been making all necessary arrangements to receive notice of any and all activity related to the Plaintiffs' claims.

5. This Withdrawal and Substitution will not adversely affect any claims made on behalf of the Plaintiff nor will it cause any delay whatsoever in the litigation.

WHEREFORE, Plaintiffs, by and through the undersigned attorneys respectfully request that this Honorable Court enter the attached Order Granting the Parties Stipulation to Withdrawal and Substitute Attorneys.

Respectfully submitted,

By: /s/ David Scott

David G. Scott
Law Office of David G. Scott, PLLC
142 Washington NW
Camden, AR 71701
Phone: 870-836-0948
Fax: 870-836-6179
Email: davidgscott@comcast.net

Dated: December 3, 2008

By: /s/ B. Kristian W. Rasmussen

B. Kristian W. Rasmussen
Cory Watson Crowder & DeGaris, PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Phone: 205-328-2200
Fax: 205-324-7896
Email: Krasmussen@cwcd.com

**ORDER**

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: Dec. 04, 2008

Hon. Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Plaintiff's Stipulation to Withdrawal and Substitute Attorney

- 2 -

CASE NO. 3:08-CV-00794-CRB