A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 09, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

.699-CRB   Document 2605   Filed 12/11/08

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 21, 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1699

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-111)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,264 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 09, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION**          MDL No. 1699

## SCHEDULE CTO-111 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**COLORADO**
   CO   1   08-2439          Safdar Lilak v. Pfizer Corp., Inc.

**FLORIDA MIDDLE**
   FLM  5   08-217           Tillman Walker, et al. v. Pfizer Inc., et al.

**MINNESOTA**
   MN   0   08-5855          Cynthia A. Kiernan v. Pfizer Inc., et al.
   MN   0   08-5856          Patti Coles, etc. v. Pfizer Inc., et al.
   MN   0   08-5857          Edna Cooper v. Pfizer Inc., et al.
   MN   0   08-5858          Joseph G. Kessen v. Pfizer Inc., et al.