# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
| LENZY MARTIN, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>　　　　　Defendants. | Case No. 07-0473 CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE & ~~PROPOSED~~ ORDER

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: December 12, 2008

Respectfully submitted,

By: _____

B. Kristian W. Rasmussen, Esq.
FL Bar No. 0229430
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-324-7896 (facsimile)

Attorneys for Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Plaintiff's Notice of Dismissal of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed **with** prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this <u>12th</u> day of <u>   December   </u>, 2008, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire

- 2 -