IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br>Magistrate: |
|---|---|

| JAMES SHAFFER, individually,<br><br>       Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>       Defendants. | Case No. 07-0473 CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |
|---|---|

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE & ~~PROPOSED~~ ORDER**

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: December 12, 2008

Respectfully submitted,

By: _/s/_____

B. Kristian W. Rasmussen, Esq.
FL Bar No. 0229430
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-324-7896 (facsimile)

Attorneys for Plaintiff

1
2
3                    **ORDER OF DISMISSAL WITH PREJUDICE**

4      THIS MATTER having come before this Court on the Plaintiff's Notice of Dismissal of
Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND
5   ADJUDGED:

6      This matter is dismissed ***with*** prejudice with each side bearing its own attorneys' fees and
costs.
7
       DONE AND ORDERED this __12th__ day of __December__, 2008, in San Francisco,
8   California.

9                                                         _____
10                                                        CHARLES R. BREYER
                                                          United States District Judge
11

12  Conformed copies to:
    B. Kristian W. Rasmussen, Esquire
13  Stuart M. Gordon, Esquire

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28