IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 District Judge: Charles R. Breyer Magistrate: |
|---|---|

| WILLIAM YOUNG, individually, Plaintiff, v. PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., Defendants. | Case No. 07-0473 CRB **NOTICE OF DISMISSAL WITH PREJUDICE** |
|---|---|

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE & ~~PROPOSED~~ ORDER**

Comes now the Plaintiff, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: December 12, 2008

Respectfully submitted,

By: _____

B. Kristian W. Rasmussen, Esq.
FL Bar No. 0229430
Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
205-328-2200 (office)
205-324-7896 (facsimile)

Attorneys for Plaintiff

1
2
3    **ORDER OF DISMISSAL WITH PREJUDICE**

4    THIS MATTER having come before this Court on the Plaintiff's Notice of Dismissal of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND
5    ADJUDGED:

6    This matter is dismissed *with* prejudice with each side bearing its own attorneys' fees and costs.
7
     DONE AND ORDERED this 12th day of December, 2008, in San Francisco,
8    California.

9
10                                                    CHARLES R. BREYER
                                                      United States District Judge
11
                                                      IT IS SO ORDERED
12   Conformed copies to:                             Judge Charles R. Breyer
     B. Kristian W. Rasmussen, Esquire
13   Stuart M. Gordon, Esquire

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28