IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:06-cv-6080<br><br>MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**NORMA K. BLACK,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**PFIZER, INC., et al.,**<br><br>    **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 3:06-cv-6080** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Norma K. Black, Individually (in the action styled as Kathleen E. Bernard, individually, et al.) is hereby dismissed without prejudice.

1. Plaintiff is NORMA K. BLACK, Individually; Defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2. On September 6, 2006, Plaintiff sued Defendants;

3. Plaintiff moves to dismiss her claims against Defendants;

4. This case is not a class action;

5. A received has not been appointed in this action;

6.  Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.  Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated: 12/9/08

By: /s/ Navan Ward Jr.
Navan Ward, Jr. (AL State Bar No. WAR062)
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 12-11-08

GORDON & REES

By: /s/ Stuart M. Gordon
Stuart M. Gordon, Esquire
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 12, 2008

HONORABLE CHARLES R. BREYER
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA