IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE ELLIS,** | ) |
| Plaintiff, | ) Case Number: 3:06-CV-4511 |
| v. | ) |
| **PFIZER INC.**, a foreign corporation, **B. D. SEARLE, LLC**, a limited liability company and **PHARMACIA CORPORATION**, a foreign corporation, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-entitled action through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action is dismissed with prejudice and without costs to any of the parties as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile copy of this Stipulation shall have the same effect as the original.

Dated: New York, New York

December 12, 2008

By: _____
Christopher W. Luzier
James F. Humphreys & Associates LC
500 Virginia Street, East; 800 United Center
Charleston, WV 25301
(304) 347-5050

Attorneys for Plaintiffs

DLA PIPER US LLP

By: _____
Christopher M. Strongosky
Tiffany L. Christian
1251 Avenue of the Americas
New York, NY 10020-1104
212-335-4500

Attorneys for Pfizer Defendants

IT IS SO ORDERED.

December 16, 2008.

_____
Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer