THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA/CELEBREX LIABILITY LITIGATION | * * * | CIVIL ACTION NO.: 3:06-02690 |
| THIS DOCUMENT RELATES TO: | * | |
| CAROL CUMMINGS | * | JUDGE |
| DONNA HOLIAN | * | CHARLES BREYER |
| JOHN HARDY, HUSBAND OF/AND | * | |
| GRETA HARDY | * | |
| JOHN SHEA, HUSBAND OF/AND | * | |
| JOAN SHEA | * | |
| EARL MORROW, HUSBAND OF/ AND KAREN MORROW | * * | |
| MACK REINE, JR., HUSBAND OF/ AND JULIETTE REINE | * * | |
| LETITIA DEFILLO | * | |
| REGINA MARTIN | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

FILED:_____        _____
                                                                    DEPUTY CLERK

## ~~PROPOSED~~ ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED THAT**, the John D. Sileo is longer an employee of the firm of **ALLAN BERGER & ASSOCIATES, P.L.C.** and attorney **JOHN D. SILEO** should be removed as counsel for plaintiffs and Allan Berger remains as Counsel of Record..

New Orleans, Louisiana, this ___18th___ day of ____December_____, 2008.

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer