Allan Berger, LA Bar 2977
ALLAN BERGER AND ASSOCIATES
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: 504-486-9481
Facsimile: 504-483-2201
aberger@allan-berger.com

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:06-CV-2690 <br><br> MDL NO. 05-1699 <br> JUDGE CHARLES R. BREYER |
|---|---|
| THIS DOCUMENT RELATES TO: <br> *Cummings, et al vs. Pfizer Inc. And Merck & Co., Inc.* No. 3:06-cv-2690 (previously 05-6273 - EDLA USDC | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE FOR CAROL CUMMINGS |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE FOR CAROL CUMMINGS

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants, that the Complaint of the Plaintiff, Carol Cummings, is hereby dismissed with prejudice. This motion applies only to representation of Plaintiff, Carol Cummings. Allan Berger and Associates remain counsel for all other plaintiffs in the action.

1. Carol Cummings is a plaintiff; defendants are Pfizer Inc. and Merck & Co. Inc.

2. On November 23, 2005, Plaintiff sued defendants;

3. Plaintiff Cummings moves to dismiss her claims against defendant, Pfizer Inc. only, reserving all rights against Merck & Co.;

4. Defendants have not filed any counterclaim in this action;

5. This case is not a class action;

6. A receiver has not been appointed to this action;

7. Plaintiff Cummings has not dismissed an action based on or including the same claims as those present in this suit;

          Respectfully submitted by:

          ALLAN BERGER & ASSOC.

Dated: December 18, 2008

/S/ Allan Berger
**Allan Berger, LA Bar 2977**
**ALLAN BERGER AND**
**ASSOCIATES**
**4173 Canal Street**
**New Orleans, Louisiana 70119**
**Telephone: 504-486-9481**
**Facsimile: 504-483-2201**
aberger@allan-berger.com

**Attorney for Plaintiff**

Dated: 12/18/08

DLA PIPER US LLP

Loren Brown
DLA PIPER US LLP
1251 Avenue of the Americas
45th Floor
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
DEFENDANTS' LIAISON COUNSEL

PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: December 18, 2008

Hon. Charles R. Breyer,
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA