IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>The case of Margaret Bell only on <u>Carol Mae Greene et al. v. Pfizer Inc et al</u>, 3:08-cv-01854-CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

### ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, Margaret Bell's case on <u>Carol Mae Greene et al. v. Pfizer Inc et al</u>, 3:08-cv-01854-CRB against the Bextra defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) is dismissed with prejudice.

_____
Judge Charles R. Breyer

