1  LOWELL W. FINSON
   PHILLIPS & ASSOCIATES
2  3030 NORTH THIRD STREET, SUITE 1100
   PHOENIX, AZ 85012
3  TELEPHONE: 602-258-8900
   FACSIMILE:  602-288-1632
4
   Attorneys for Plaintiff,
5  IRWIN BRODY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-06074-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mary Kay Abbott, et al.,<br>            Plaintiffs,<br>       vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, IRWIN BRODY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    DATED: 12/30, 2008

2

3                        By: _____
                               Lowell W. Finson
                            Attorneys for Plaintiff, Irwin Brody

4

5    DATED: 12/30, 2008      GORDON & REES

6

7                        By: _____
                               Stuart M. Gordon
                            Attorneys for Defendants

8

9

10

11    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13    Dated: Jan.07, 2009

14                        Hon. Charles R. Breyer
                       United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*