1  LOWELL W. FINSON
   PHILLIPS & ASSOCIATES
2  3030 NORTH THIRD STREET, SUITE 1100
   PHOENIX, AZ 85012
3  TELEPHONE: 602-258-8900
   FACSIMILE:  602-288-1632
4
   Attorneys for Plaintiff,
5  ROBERTA PHARES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-06074-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mary Kay Abbott, et al.,<br>                    Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ROBERTA PHARES, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

DATED: 12/30, 2008

By: _____
Lowell W. Finson
Attorneys for Plaintiff, Roberta Phares

DATED: 12/30, 2008    GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 7, 2009    _____
Hon. Charles R. Breyer
United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer