```
1  Plaintiff's Counsel:
   Eric Terry # 6282169
2  SimmonsCooper, LLC
   707 Berkshire Blvd.
3  East Alton, IL 62024
   (618) 259-2222
4  (618) 259-2251 (Fax)

5  -and-

6  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
7  112 Madison Ave.
   New York, NY 10016-7416
8  (212) 784-6400
   (212) 784-6420 (Fax)
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Thomas J. Albamonte, et. al. v. Pfizer, Inc.* MDL No. 06-7016: <u>Plaintiff Thomas J. Albamonte, Sr. and Mary Ann Albamonte</u> | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Thomas J. Albamonte, Sr. and Mary Ann Albamonte, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **THOMAS J. ALBAMONTE, SR. AND MARY ANN ALBAMONTE'S** action only, with each side bearing its own attorneys' fees and costs.

| | |
|---|---|
| Dated: January 7, 2009 | By: _____<br>Eric Terry #6282169<br>**SIMMONSCOOPER, LLC**<br>East Alton, IL 62024<br>(618) 259-2222<br>(618) 259-2251 (Fax)<br>Email: eterry@simmonscooper.com |
| | -and- |
| | **HANLY CONROY BIERSTEIN<br>  SHERIDAN FISHER & HAYES LLP**<br>112 Madison Ave.<br>New York, NY 10016-7416<br>(212) 784-6400<br>(212) 784-6420 (Fax)<br><br>*Counsel for Plaintiff Thomas Albamonte, Sr.* |
| Dated: January 7, 2009 | By: _____<br>Matthew A. Holian<br>**DLA PIPER US LLP**<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447<br>(617) 406-6009<br>(617) 406.6109 (Fax)<br>Email: matt.holian@dlapiper.com<br><br>*Counsel for Defendant Pfizer, Inc.* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __January 09_____, 2009    By: _____
United States District [Judge]

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*