Attorneys for Plaintiff,
Pardy & Rodriguez, P.A.
f/k/a Kim, Pardy & Rodriguez, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-481-7939

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Number: 3:06-cv-2448-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Eneida Velez-Ramirez,<br><br>        Plaintiff,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Come now the Plaintiff, ENEIDA VELEZ-RAMIREZ, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

    DATED: this 7th day of January, 2009.

By: _____
Attorneys for Plaintiff,
Eneida Velez-Ramirez

DATED: 1/13, 2009

DLA PIPER, LLP (US)

By: _____
Loren Brown
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan.14, 2009



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE