Attorneys for Plaintiff,
Pardy & Rodriguez, P.A.
f/k/a Kim, Pardy & Rodriguez, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-481-7939

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Number: 3:06-cv-2450-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Elizabeth Baez-Garcia,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer Inc., et al.<br><br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Come now the Plaintiff, ELIZABETH BAEZ-GARCIA, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

　　　DATED: this 7th day of January, 2009.

By: _____
Attorneys for Plaintiff,
Elizabeth Baez-Garcia

DATED: 1/13, 2009

DLA PIPER, LLP (US)

By: _____
Loren Brown
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: Jan. 14, 2009

Hon. Charles R. Breyer
United States District C...



IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE