CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax (916) 924-1829
Email clay@ccalawcorp.com
cliff@ccalawcorp.com
kirk@ccalawcorp.com

Rodney A. Klein, SBN 035541
Lawrence S. Paikoff, M.D., J.D., SBN 191732
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone (916) 929-6000
Fax (916) 929-5137
Email info@klein-paikoff-law.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Celebrex AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01966-CRB |
| This document relates to: | MDL Docket No. 1699 |
| ROBERT EVANS, | Case No.: 3:06-cv-00728-CRB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation; MCKESSON CORPORATION, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff ROBERT EVANS, Clifford L. Carter of CLAYEO C. ARNOLD, PLC, and defendants PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation and MCKESSON CORPORATION, to dismiss case No. 3:06-cv-00728-CRB with prejudice and with each party bearing their own costs and fees.

Dated: 10-15, 2008

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
CLIFFORD L. CARTER
Attorney for Plaintiff
ROBERT EVANS

Dated: 10-20, 2008

TUCKER ELLIS & WEST LLP

By: _____
SU-LYN COMBS
Attorney for Defendants
PFIZER, INC., PHARMACIA & UPJOHN, INC. and MCKESSON CORPORATION

IT IS SO ORDERED.

Dated: Jan. 22, 2009



_____
Judge of the U.S. District Court

IT IS SO ORDERED
Judge Charles R. Breyer

2