1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Clifford L. Carter, SBN 149621
3  Kirk J. Wolden, SBN 138902
   608 University Avenue
4  Sacramento, CA 95825
   Telephone (916) 924-3100
5  Fax (916) 924-1829
   Email clay@ccalawcorp.com
6  cliff@ccalawcorp.com
   kirk@ccalawcorp.com
7

8  Rodney A. Klein, SBN 035541
   Lawrence S. Paikoff, M.D., J.D., SBN 191732
9  2300 Bell Executive Lane
   Sacramento, CA 95825
10 Telephone (916) 929-6000
   Fax (916) 929-5137
11 Email info@klein-paikoff-law.com

12 Attorneys for Plaintiff

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16
   | IN RE: BEXTRA AND CELEBREX              | Master Docket No.
17 | MARKETING SALES PRACTICES AND            | M:05-CV-01966-CRB
   | PRODUCTS LIABILITY LITIGATION            |
18 |                                          |
   | This document relates to:                | MDL Docket No. 1699
19 |                                          |
   | CHRISTOPHER LEESON,                      |
20 |                                          | Case No.: 3:06-cv-04564-CRB
   |       Plaintiff,                         |
21 |                                          | STIPULATION AND ORDER OF
   |   vs.                                    | DISMISSAL WITH PREJUDICE
22 |                                          |
   | MERCK & COMPANY, INC., PFIZER,           |
23 | INC., a Delaware Corporation;            |
   | PHARMACIA & UPJOHN, INC. a/k/a           |
24 | PHARMACIA & UPJOHN COMPANY, a            |
   | New Jersey Corporation; MCKESSON         |
25 | CORPORATION,                             |
   |                                          |
26 |       Defendants.                        |

27

28

                        1

IT IS HEREBY STIPULATED by and between plaintiff CHRISTOPHER LEESON, Clifford L. Carter of CLAYEO C. ARNOLD, PLC, and defendants PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation and MCKESSON CORPORATION, to dismiss case No. 3:06-cv-04564-CRB with prejudice and with each party bearing their own costs and fees. This stipulation for dismissal does not include CHRISTOPHER LEESON's case of *Leeson v. Merck & Company, Inc., et al.* which is venued in the Vioxx MDL in Louisiana, and is still active.

Dated: 10-15, 2008

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
CLIFFORD L. CARTER
Attorney for Plaintiff
CHRISTOPHER LEESON

Dated: 10-20, 2008

TUCKER ELLIS & WEST LLP

By: _____
SU-LYN COMBS
Attorney for Defendants
PFIZER, INC., PHARMACIA &
UPJOHN, INC. and MCKESSON
CORPORATION

IT IS SO ORDERED.

Dated: Jan 22, 2009

_____
Judge Charles R. Breyer

IT IS SO ORDERED

2