UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | |
| SAMUEL LEE BUFFINGTON; LEEMORA CLAIBORNE; ANGELA COOPER; VICTOR CUTTING; LONNY JOSEPH DITIRRO; DEANNA FRANCIS, On Behalf of The Estate of FRANK C. FRANCIS, Deceased; BEVERLY ANN GRIFFIN; ROBERT GUY; ALICE PEARL HOBGOOD; JO ANNA M. HUBNER; GLENDA KEMP; ELSIE LYONS; GLEN D. MOODY; HERMAN NORMAN; JAMES WAYNE REYNOLDS; MARY N. STODDARD, On Behalf of The Estate of SARAH NATALIE STODDARD, Deceased; ANNA MARIE TILLEY; RUBY M. VRBA, On Behalf of The Estate of DAVID ALLEN VRBA, Deceased; BARBARA ANN WOODS; KATHRYN BOWEN; RILEY BRUNSON; CHARLENE CULVERSON; and ETHEL MARIE RIOJAS, Plaintiffs, VS. PFIZER, INC., Defendant. | Civil Action No.: 3:06-CV-07285-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT:

COME NOW SAMUEL LEE BUFFINGTON; LEEMORA CLAIBORNE; ANGELA COOPER; VICTOR CUTTING; LONNY JOSEPH DITIRRO; DEANNA FRANCIS, On Behalf of The Estate of FRANK C. FRANCIS, Deceased; BEVERLY ANN GRIFFIN; ROBERT GUY; ALICE PEARL HOBGOOD; JO ANNA M. HUBNER; GLENDA KEMP; ELSIE LYONS; GLEN D. MOODY; HERMAN NORMAN; JAMES WAYNE REYNOLDS; MARY N.

STODDARD, On Behalf of The Estate of SARAH NATALIE STODDARD, Deceased; ANNA MARIE TILLEY; RUBY M. VRBA, On Behalf of The Estate of DAVID ALLEN VRBA, Deceased; BARBARA ANN WOODS; KATHRYN BOWEN; RILEY BRUNSON; CHARLENE CULVERSON; and ETHEL MARIE RIOJAS, (the "Plaintiffs"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 1/20/09, 2009

THE COREA FIRM, PLLC

Thomas M. Corea
Texas Bar No. 24037906
Kenneth P. Trosclair
Texas Bar No. 24033548
Jeremy R. Wilson
State Bar No. 24033548
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:    214.953.3900
Facsimile:    214.953.3901

**ATTORNEYS FOR PLAINTIFFS**

DATED: 1/20/09, 2009

DLA Piper

By: _____
Loren Brown
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: Jan. 22, 2009



Hon. Charles R. Breyer
United States District Judge

/1035934/6190655v.1