UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | |
| MARGARET E. ALLEN; DAMAS ALVARADO, On Behalf of The Estate of JUANITA MARTINEZ ALVARADO, Deceased; GRADY L. BANKS, SR.; BILL BENNETT; ANTONIO BERMEA; IRIS KAY DAMRON, On Behalf of The Estate of LORETA BOYD, Deceased; LUCY BOYD; SAMUEL LEE BUFFINGTON; LEE A. CARR; MARIA IRMA CAVAZOS; BRENDA CHAISSON; WESSIE COLE; RALPH S. COLLIER; ARCHIE CORNISH; ROBERTO CRUZ, SR.; GERTRUDE DAVENPORT; KATHRYN MAXIE, On Behalf of The Estate of LOIS DAVIS, Deceased; LEE DAWSON; JOHNNY FIELDS; ROBERT FORD; ROBYN ORENE GLOVER; MANUEL GONZALES; ROY GONZALEZ, On Behalf of The Estate of CARMEN GONZALEZ, Deceased; CASIANO GONZALES; SELMA L. GREEN; BEVERLY ANN GRIFFIN; JOHN GUIDRY; CYNTHIA OSBORNE, On Behalf of The Estate of GLORIA HARRIS, Deceased; BRUCE HALE, On Behalf of The Estate of WILMA VIRGINIA HEARD, Deceased; JOSE G. LOZANO, On Behalf of The Estate of GILBERTO S. HERNANDEZ, Deceased; CYNTHIA L. HEWITT; MARY L. HILL; MARIEA C. HITE; MARY ANN HOLLAND; RONALD D. HUDSON; CURITHA HUNTER; ELLIS JOHNSON; GEORGE O. JOHNSTON; DOROTHY WILSON LEE; KATHERINE MAHER; DENNA DOSSEY MANESS; TEOFILA MARTINEZ PALOMINO; JAMES W. PAIR; DOVIE PRUITT; BETTY PUCKETT; RAMON RAMOS; SHIRLEY RICHARD; MELVIN RIMMER, On Behalf of The Estate of BOBBIE LEE RIMMER, | Civil Action No.: 3:06-cv-07284-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Deceased; ALEJANDRO SEPULVEDA; HERBERT GEORGE SHATTUCK; DOROTHY MAE SHAW; BERNICE STERLING; TOMMY HUGHES TAYLOR; WILLIAM TEAGUE; ROGER TEICH; JOSEPH TEREBESSY; RICKEY DWAYNE THOMAS; INA R. TYLER; AURORA VILLAREAL, On Behalf of The Estate of RUBEN VILLAREAL, JR., Deceased; RALPH D. WALLACE; MARIAN B. WILLIAMS, On Behalf of The Estate of DONALD DEAN WILLIAMS, Deceased; RICHARD BARKER; HENRY DIAZ; DOLLIE FARRIS; MIKE FLINT; CORA IMPROTE; MARY JUAREZ; KITTY McGEE; LUTHER PULLINGS; HERMAN SCOTT; LINDA THOMPSON; RAYMOND WRIGHT; and MARIA MORENO,
    Plaintiffs,

VS.

PFIZER, INC.,
    Defendant.

TO THE HONORABLE COURT:

    COME NOW MARGARET E. ALLEN; DAMAS ALVARADO, On Behalf of The Estate of JUANITA MARTINEZ ALVARADO, Deceased; GRADY L. BANKS, SR.; BILL BENNETT; ANTONIO BERMEA; IRIS KAY DAMRON, On Behalf of The Estate of LORETA BOYD, Deceased; LUCY BOYD; SAMUEL LEE BUFFINGTON; LEE A. CARR; MARIA IRMA CAVAZOS; BRENDA CHAISSON; WESSIE COLE; RALPH S. COLLIER; ARCHIE CORNISH; ROBERTO CRUZ, SR.; GERTRUDE DAVENPORT; KATHRYN MAXIE, On Behalf of The Estate of LOIS DAVIS, Deceased; LEE DAWSON; JOHNNY FIELDS; ROBERT FORD; ROBYN ORENE GLOVER; MANUEL GONZALES; ROY GONZALEZ, On Behalf of The Estate of CARMEN GONZALEZ, Deceased; CASIANO GONZALES; SELMA L. GREEN; BEVERLY ANN GRIFFIN; JOHN GUIDRY; CYNTHIA

OSBORNE, On Behalf of The Estate of GLORIA HARRIS, Deceased; BRUCE HALE, On Behalf of The Estate of WILMA VIRGINIA HEARD, Deceased; JOSE G. LOZANO, On Behalf of The Estate of GILBERTO S. HERNANDEZ, Deceased; CYNTHIA L. HEWITT; MARY L. HILL; MARIEA C. HITE; MARY ANN HOLLAND; RONALD D. HUDSON; CURITHA HUNTER; ELLIS JOHNSON; GEORGE O. JOHNSON; DOROTHY WILSON LEE; KATHERINE MAHER; DENNA DOSSEY MANESS; TEOFILA MARTINEZ PALOMINO; JAMES W. PAIR; DOVIE PRUITT; BETTY PUCKETT; RAMON RAMOS; SHIRLEY RICHARD; MELVIN RIMMER, On Behalf of The Estate of BOBBIE LEE RIMMER, Deceased; ALEJANDRO SEPULVEDA; HERBERT GEORGE SHATTUCK; DOROTHY MAE SHAW; BERNICE STERLING; TOMMY HUGHES TAYLOR; WILLIAM TEAGUE; ROGER TEICH; JOSEPH TEREBESSY; RICKEY DWAYNE THOMAS; INA R. TYLER; AURORA VILLAREAL, On Behalf of The Estate of RUBEN VILLAREAL, JR., Deceased; RALPH D. WALLACE; MARIAN B. WILLIAMS, On Behalf of The Estate of DONALD DEAN WILLIAMS, Deceased; RICHARD BARKER; HENRY DIAZ; DOLLIE FARRIS; MIKE FLINT; CORA IMPROTE; MARY JUAREZ; KITTY McGEE; LUTHER PULLINGS; HERMAN SCOTT; LINDA THOMPSON; RAYMOND WRIGHT; and MARIA MORENO, (the "Plaintiffs"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _Jan 20_, 2009

THE COREA FIRM, PLLC

Thomas M. Corea
Texas Bar No. 24037906
Kenneth P. Trosclair
Texas Bar No. 24033548
Jeremy R. Wilson
State Bar No. 24033548
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:    214.953.3900
Facsimile:    214.953.3901

**ATTORNEYS FOR PLAINTIFFS**

DATED: Jan 20, 2009

DLA Piper

By: _____
Loren Brown
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 22, 2009



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer