IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Joe Bynum, Individually and as Representative of the Estate of Glenda Marie Bynum CRB 06-2862 _____/ | CASE NO. 05-1699 CRB  MDL No. 1699 CRB  **ORDER GRANTING MOTION FOR RELIEF FROM JUDGMENT** |

On December 16, 2008, the Court granted Plaintiff's Motion for Leave to File a Motion for Relief from Judgment. The Court directed defendants to file a response to the motion, if any, on or before December 23, 2008. As of the date of this Order defendants have not filed a response. As there is good cause for the motion, plaintiff's motion for relief from judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: February 4, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\ordergrantingrelief06.2862.wpd

G:\CRBALL\2005\1699\ordersmisc\ordergrantingrelief06.2862.wpd