CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax (916) 924-1829
Email clay@ccalawcorp.com
cliff@ccalawcorp.com
kirk@ccalawcorp.com

Rodney A. Klein, SBN 035541
Lawrence S. Paikoff, M.D., J.D., SBN 191732
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone (916) 929-6000
Fax (916) 929-5137
Email info@klein-paikoff-law.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Celebrex AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01966-CRB |
| This document relates to: | MDL Docket No. 1699 |
| VIGEN OGANYAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>PFIZER, INC., a Delaware Corporation; PHARMACIA & UPJOHN, INC. a/k/a PHARMACIA & UPJOHN COMPANY, a New Jersey Corporation; MCKESSON CORPORATION,<br><br>        Defendants. | Case No.: 3:06-cv-02674-CRB<br><br>[~~PROPOSED~~] ORDER FOR MOTION FOR ADMINISTRATIVE RELIEF TO BE RELIEVED AS ATTORNEY OF RECORD<br><br>**Date:**<br>**Time:**<br>**Courtroom: 8** |

1

The motion of KIRK J. WOLDEN to be relieved as counsel of record for Plaintiff VIGEN OGANYAN a party to this action or proceeding, came on regularly for hearing at the date, time and place indicated above.

The court having read and considered the Memorandum of Points and Authorities and Declaration of KIRK J. WOLDEN, and good cause appearing therefore:

IT IS HEREBY ORDERED that Clayeo C. Arnold, A Professional Law Corporation (currently doing business as The Arnold Law Firm), The Law Offices of Rodney A. Klein and The Law Offices of Lawrence S. Paikoff are relieved as counsel of record for Vigen Oganyan effective upon the filing of the proof of service of this signed order upon the client.

Vigen Oganyan shall receive all notices in this case at the following address:

306 Delagua Way, Sacramento, CA 95838

(916) 920-2110 (home phone number)

Dated:   Feb. 03, 2009

JUDGE



2