UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BEXTRA  PRODUCTS LIABILITY LITIGATION | *  MDL No. 1699<br>*<br>*<br>*<br>*  JUDGE CHARLES R. BREYER<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**   *Williamson, Wilburn v. Merck & Co., Inc. et al.*
*Civil Action No. 2:07-cv-03337*   C-07-3489 CRB

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice

IT IS ORDERED, that Plaintiff's claim against Edwardsville Health Care Center Investors, L.L.C. d/b/a University Nursing & Rehabilitation in the above styled lawsuit is hereby dismissed without prejudice, each party to bear its own costs.

SAN FRANCISCO, CALIFORNIA, this __3rd___ day of __February_____, 2009.



_____
DISTRICT JUDGE

Page 3 of 3