**Allan Berger, LA Bar 2977**
**Allan Berger and Associates**
**4173 Canal Street**
**New Orleans, Louisiana   70119**
**Telephone: (504) 486-9481**
**Facsimile:  (504) 483-8130**
**Attorney for Plaintiff**

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX**  *  **MARKETING SALES PRACTICES AND**\* **PRODUCT LIABILITY LITIGATION**   * | **MDL NO. 1699** |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* | |
| **PRISCELLA ADAMS, ET AL**         * | |
| * | * **CASE NO.  C.A. 06-03684** |
| **Plaintiff** * | * |
| * | * |
| **v.** * | * |
| * | * |
| **PFIZER, INC.** * | * |
| **Defendant** * | |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | |

~~PROPOSED~~ ORDER

**CONSIDERING THE FOREGOING:**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of the law firm of Allan Berger & Associates, be permitted to withdraw from HENRY JONES, ON BEHALF OF THE ESTATE OF HELEN BUNNS, and that his name be erased from the court records thereof as counsel for plaintiff.  Michael Hingle will remain Counsel of Record.

Signed at San Francisco, California, this 3rd day of  February , 2009.

_____
**UNITED STATES DISTRICT JUDGE**

*IT IS SO ORDERED*
*Judge Charles R. Breyer*