**Carlos A. Zelaya**
**F. Gerald Maples, P.A.**
**356 Canal Street, Suite 2650**
**New Orleans, LA 70130**
**504-569-8732**
**504-525-6932**
**czelaya@fgmapleslaw.com**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRACISCO

| | |
|---|---|
| **In Re BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION** ) ) ) ) ) ) ) ) ) _____ ) **This document relates to:** ) **06-2673 CRB (Richardson)** ) | **MDL 1699** <br><br> **CASE NO. M:05-cv-01699-CRB** <br><br> **JUDGE CHARLES BREYER** <br><br> **NOTICE OF CHANGE OF FIRM NAME AND MOTION TO SUBSITUTE COUNSEL** |

NOW INTO COURT, through undersigned Counsel, comes Plaintiff, Turlie Richardson and shows the Court:

1. The original complaint named Meredith Mayberry of Maples &Kirwan, L.L.C. as counsel for the plaintiff. The firm now practices under the name F. Gerald Maples, P.A.

2. Meredith A. Mayberry is no longer associated with F. Gerald Maples, P.A. and has no interest in this case.

3. Carlos A. Zelaya, II is associated with F. Gerald Maples, P.A. and plaintiff moves that he be substituted as counsel of record in this matter.

Wherefore, Plaintiff prays the Court to recognize the substitution of Carlos A. Zelaya, II of  F. Gerald Maples, P.A. as counsel of record for the Plaintiff.

Repectfully submitted this 3rd day of February, 2009.

    F. Gerald Maples, P.A.

    By: Carlos A. Zelaya, II
    Carlos A. Zelaya, II
    356 Canal Street, Suite 2650
    New Orleans, LA 70130
    504-569-8732
    504-525-6932
    czelaya@fgmapleslaw.com

### Certificate of Service

I certify that by filing the foregoing pleading with the Clerk's ECF filing system I have caused all ECF counsel of record to be served notice and a copy of the same on the 3rd day of February, 2009. Further a copy of this pleading has been transmitted by electronic mail and facsimile transmission to Liaison Counsel for the Defendants and Liaison Counsel for the Plaintiffs.

    Carlos A. Zelaya, II
    Carlos A. Zelaya, II

### ORDER

Good cause appearing, IT IS ORDERED:

That the substitution of counsel is allowed, attorney Carlos A. Zelaya, II of F. Gerald Maples, P.A. is allowed to appear as counsel for plaintiff and Meredith A. Mayberry is allowed to withdraw as counsel for plaintiffs.

Dated: February  06 , 2009

_____
Char...
Unite...



2