1   LOWELL W. FINSON
    PHILLIPS & ASSOCIATES
2   3030 NORTH THIRD STREET, SUITE 1100
    PHOENIX, AZ 85012
3   TELEPHONE:  602-258-8900
    FACSIMILE:   602-288-1632
4
    Attorneys for Plaintiff,
5   JO ANN PARSONS

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15   _____          )   Case No. 3:06-cv-06074-CRB
                                              )
     IN RE: BEXTRA AND CELEBREX               )
16   MARKETING SALES PRACTICES AND            )   **MDL NO. 1699**
     PRODUCT LIABILITY LITIGATION             )   **District Judge:  Charles R. Breyer**
17                                            )
                                              )
18                                            )
     Mary Kay Abbott, et al.,                 )
19                                            )
                          Plaintiffs,         )   **STIPULATION AND ORDER OF**
20                                            )   **DISMISSAL WITH PREJUDICE**
               vs.                            )
21                                            )
     Pfizer, Inc., et al.                     )
22                        Defendants.         )
                                              )
23   _____

24

25        Come now the Plaintiff, JO ANN PARSONS, and Defendants, by and through the

26   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27   stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

28   fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 2/4, 2009

By: _____
Lowell W. Finson
Attorneys for Plaintiff, Jo Ann Parsons

DATED: 2/4, 2009        GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 06, 2009        _____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE