LOWELL W. FINSON
PHILLIPS & ASSOCIATES
3030 NORTH THIRD STREET, SUITE 1100
PHOENIX, AZ 85012
TELEPHONE: 602-258-8900
FACSIMILE: 602-288-1632

Attorneys for Plaintiff,
CHERIE HODSHIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-06074-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Mary Kay Abbott, et al.,<br>            Plaintiffs,<br>    vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, CHERIE HODSHIRE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

DATED: 2/4, 2009

By: _____
Lowell W. Finson
Attorneys for Plaintiff, Cherie Hodshire

DATED: 2/4, 2009     GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 6, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE