Attorneys for Plaintiff, Donald L. McGrady
Lynn W. Jinks, III
JINKS, CROW & DICKSON, P.C.
P. O. Box 350
Union Springs, AL 36089

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 06-4512 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Donald L. McGrady,<br>        Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>        Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiff, DONALD L. McGRADY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 1/27, 2009        JINKS, CROW & DICKSON, P.C.

By: /s/ Lynn W. Jinks
Lynn W. Jinks, III
Attorneys for Plaintiff, Donald L. McGrady

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2   DATED: Feb 2, 2009        DLA PIPER LLP (US)
3
                              By: _____
4                                  Loren Brown
                                   Attorneys for Defendants
5
6
7
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8    IT IS SO ORDERED.**
9
10   Dated: Feb. 6, 2009       _____
                               Hon. Charles R. Breyer
11                             United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer