Peter W. Burg
Seth A. Katz
Jennifer L. Thompson, CA State Bar No. 241865
BURG SIMPSON ELDREDGE HERSH & JARDINE, PC
40 Inverness Drive, East
Englewood, CO 80112
Telephone: (303)-792-5595
Facsimile: (303)-708-0527

*Counsel Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO 1*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No.: M:05-CV-01699-CRB<br><br>MDL No.: 1699 |
| PEGGY O'NEILL,<br>               Plaintiff,<br><br>v.<br><br>MERCK AND COMPANY, INC and PFIZER, INC.,<br>               Defendant | Case No. C-07-0053<br><br>**STIPULATED PARTIAL DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendant Pfizer, Inc., by and through the undersigned

attorneys, pursuant to Federal Rule Civil Procedure, Rule 41(a), and hereby stipulate to the

dismissal of this personal injury action against Pfizer Inc. only relating to Plaintiff's use of

Bextra and dismissal with prejudice with Defendant, Pfizer, Inc. only.  Each side is to bear its

own attorney's fees and costs.   All claims against Merck and Company, Inc. shall remain.

1

Respectfully submitted,

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**

Dated: January 29, 2009

Peter W. Burg
Seth A. Katz
Jennifer L. Thompson
40 Inverness Drive East
Englewood, Colorado 80112
(303)-792-5595

*Attorneys for Plaintiff*
*Counsel Admitted Pro Hac Vice in MDL*
*1699 per Judge Breyer's PTO 1*

**DLA PIPER, LLP**

Dated: January ~~February 2~~ , 2009

Matthew A. Holian
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
(617) 406-6000

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: February 06 , 2009



IT IS SO ORDERED
Judge Charles R. Breyer
Honorable Charles E. Breyer
United States District Court

2