UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Eula P. Norris v. Pfizer, Inc. et al.,*<br>MDL Case No. 3:07-cv-00406-CRB | Master Docket No.: M:05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Comes now the Plaintiff, Eula P. Norris, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of the above-captioned action by Plaintiff Eula P. Norris, with each side bearing its own attorneys' fees and costs.

Dated: January 21, 2009      By: /s/ Patricia Kasputys
Patricia J. Kasputys
**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, MD 21201
pkasputys@lawpga.com
(410) 649-2000
(410) 649-2101 (fax)

*Counsel for Plaintiff Eula P. Norris*

Dated: January 22, 2009      By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER LLP**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Michelle.sadowsky@dlapiper.com
(212) 335-4625
(212) 884-8675 (fax)

*Counsel for Defendant Pfizer, Inc.*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __February 6__, 2009        By:_____
                                    United States District Court Judge

