Attorneys for Plaintiffs,
Christopher W. Luzier, Esquire
James F. Humphreys & Associates LC
500 Virginia Street, East
800 United Center
Charleston, West Virginia 25301

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:07-CV-00473<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| RUSSELL D. BATTEN, et al., <br><br>            Plaintiffs, <br><br>v. <br><br>PFIZER, INC., et al. <br><br>            Defendants. <br><br>This matter relates to: <br>**LINDA FRANCIS**, Individually, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**COME NOW** the Plaintiff, **LINDA FRANCIS**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Feb. 4, 2009.

By: _____
Christopher W. Luzier, Esquire
James F. Humphreys & Associates LC
500 Virginia Street, East
800 United Center
Charleston, West Virginia 25301
*Counsel for Plaintiff*

DATED: Feb. 4, 2009.

By: _____
Loren H. Brown, Esquire
DLA PIPER
1251 Avenue of the Americas
New York, New York 10020-1104
*Counsel for Defendant*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: February 6, 2009.

By: _____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA