Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
350 Main Street. 25th Floor
2500 Main Place Tower
Buffalo, NY 14202-3290
Phone: (716) 854-2020
Fax: (716) 854-6291
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ———————————— ) | Case Specific Number 05-1699-CRB |
| IN RE: BEXTRA AND CELEBREX ) MARKETING SALES PRACTICES AND ) PRODUCT LIABILITY LITIGATION ) | **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| ) | |
| LASZLO MAGYAR, et al. ) Plaintiffs, ) | **STIPULATION AND ORDER OF** **DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| Pfizer, Inc., et al. ) Defendants. ) | |
| CIV-08-4185 CRB ) | |

Come now the Plaintiff, LASZLO MAGYAR, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED:  January 29, 2009

CELLINO & BARNES, P.C.

By: _____
Brian A. Goldstein, Esq.
Attorneys for Plaintiff, LASZLO MAGYAR

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1   DATED: _Feb. 2_____ , 2009

2                                      DLA PIPER LLP

3                                      By: _____

4                                           Loren H. Brown
                                            Attorneys for Defendants
5

6

7

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

9

10  Dated: _Feb. 06, 2009_      _____

11                              Hon. Charles R. Breyer
                                United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE