Attorneys for Plaintiffs,
Christopher W. Luzier, Esquire
James F. Humphreys & Associates LC
500 Virginia Street, East
800 United Center
Charleston, West Virginia 25301

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 2034<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| JAMES A. ISON, on behalf of BRENDA GAIL ISON,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., *et al.*<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**COME NOW** the Plaintiff, **JAMES A. ISON** on behalf of **BRENDA GAIL ISON**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____ January 29, 2009

By: /s/ Christopher W. Luzier
Christopher W. Luzier, Esquire
James F. Humphreys & Associates LC
500 Virginia Street, East
800 United Center
Charleston, West Virginia 25301
*Counsel for Plaintiff*

DATED: _____ January 29, 2009

By: /s/ Loren H. Brown
Loren H. Brown, Esquire
DLA PIPER
1251 Avenue of the Americas
New York, New York 10020-1104
*Counsel for Defendant*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: _____ February 06 _____, 2009

By: _____
Honorable Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
(United States District Court, Northern District of California seal)