IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: ATTORNEY DECLARATION** |

*This document relates to:*

   Letitia Defillo, 06-2690 CRB

_____/

     Now pending before the Court is the motion of Allan Berger of the law offices of Allan Berger and Associates to withdraw as counsel for the above plaintiff in the above action. Counsel is directed to file a declaration under seal that sets forth the reasons for his motion to withdraw.  The Court will take the motion to withdraw under submission after the filing of the declaration.  Counsel is further advised that the Court will not consider a motion to withdraw as counsel without such declaration or other statement giving good cause for the withdrawal; therefore, in the future counsel should not move to withdraw without simultaneously requesting permission to file under seal, and filing under seal, a declaration supporting the motion to withdraw.

**IT IS SO ORDERED.**

Dated: Feb. 12, 2009

                                                           CHARLES R. BREYER
                                                           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderbergerdeclaration.wpd

G:\CRBALL\2005\1699\ordersmisc\orderbergerdeclaration.wpd