Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ROBERT HOLLAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN LLC f/k/a PHARMACIA AND UPJOHN, INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC f/k/a G.D. SEARLE & CO.<br><br>　　　　Defendants. | Docket No.: 07-CV-1909-CRB<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by all parties in this matter, pursuant to *Fed. R. Civ Pro. 41 (a)*, as follows:

　　1. All claims in this matter including, but not limited to, those against Defendants Pfizer Inc., Pharmacia & Upjohn LLC f/k/a Pharmacia and Upjohn, Inc., Pharmacia Corporation, and G.D. Searle LLC f/k/a G.D. Searle & Co., are voluntarily dismissed with prejudice and without costs;

2. Each party shall bear its own attorneys fees and costs.

The following counsel represent that they have the authority of each of their respective client parties to enter into this Stipulation on their behalf.

The Miller Firm, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Attorneys for Plaintiff

By: *David C. Andersen*
David C. Andersen, Esq.

DATED: 1/19/09

DLA Piper
1251 Avenue of the Americas
New York, NY 10020
Attorneys for Defendants

By: _____
Loren Brown, Esq.

DATED:   1/29/09

IT IS SO ORDERED.

Dated:   February 06   2009.



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer