Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| VALERIE GREENSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN LLC f/k/a PHARMACIA AND UPJOHN, INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC f/k/a G.D. SEARLE & CO.,<br><br>Defendants. | Docket No.: 06-CV-3875-CRB<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by all parties in this matter, pursuant to *Fed. R. Civ Pro. 41 (a)*, as follows:

1. All claims in this matter including, but not limited to, those against Defendants Pfizer Inc., Pharmacia & Upjohn LLC f/k/a Pharmacia and Upjohn, Inc., Pharmacia Corporation, and G.D. Searle LLC f/k/a G.D. Searle & Co., are voluntarily dismissed with prejudice and without costs;


2. Each party shall bear its own attorneys fees and costs.

The following counsel represent that they have the authority of each of their respective client parties to enter into this Stipulation on their behalf.

The Miller Firm, LLC  
2 Bala Plaza, Suite 603  
Bala Cynwyd, PA 19004  
Attorneys for Plaintiff

By: *David C. Andersen*  
David C. Andersen, Esq.

DATED: 1/19/09

DLA Piper  
1251 Avenue of the Americas  
New York, NY 10020  
Attorneys for Defendants

By: *Loren Brown*  
Loren Brown, Esq.

DATED: January 29, 2009

IT IS SO ORDERED.

Dated:   February 6  , 2009.



Hon. Charles R. Breyer  
United States District J...

*IT IS SO ORDERED*  
*Judge Charles R. Breyer*