IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER** |

*This document relates to:*

Shandra Peace, 07-3062 CRB
_____/

The Court is in receipt of a letter from plaintiff Shandra Peace with several letters attached as exhibits. Ms. Peace claims that she has terminated her attorneys and asks about the status of her case. According to the Court's docket, Ms. Peace is represented by Jeffrey J. Lowe, P.C., 8235 Forsyth Blvd., Suite 1100, St. Louis, MO 63105, 314-678-3400. Plaintiff's counsel is directed to contact Ms. Peace immediately to address her concerns.

**IT IS SO ORDERED.**

Dated: February 19, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrePeace.wpd