Michael A. Hackard
Hackard & Holt
3001 I Street, Suite 200
Sacramento, CA 95816

Attorney for Plaintiffs
    Alia Muhieddine and
    Bassema Muhieddine

United States District Court
Northern District of California

| | |
|---|---|
| IN RE: BEXTRA® AND CELEBREX® MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699<br>Case No. C 07-3416 CRB<br>Judge Charles R. Breyer |
| ALI MUHIEDDINE and BASSEMA MUHIEDDINE,<br><br>            Plaintiffs,<br>    v.<br>PFIZER, INC., et al.,<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs, ALI MUHIEDDINE and BASSEMA MUHIEDDINE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), hereby stipulate to the dismissal without prejudice of Plaintiffs ALI MUHIEDDINE and BASSEMA MUHIEDDINE's action, with each side bearing its own attorneys' fees and costs.

Should Plaintiffs, ALI MUHIEDDINE and BASSEMA MUHIEDDINE, or a

///

///

representative of Plaintiff, attempt to refile a claim against Defendants, they should do so only by refiling in the United States District Court.

DATED: 2/12/09

HACKARD & HOLT

By: _____
Michael A. Hackard, Esq. (CA SBN 148899)
HACKARD & HOLT
3001 I Street, Suite 200
Sacramento, California 95816
Telephone: 916-853-3000
Facsimile: 916-853-3010
Email: hackard@hackardlaw.com
Attorneys for Plaintiffs,
    ALI MUHIEDDINE and
    BASSEMA MUHIEDDINE

DATED: 2/17/09

GORDON & REES

By: _____
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Telephone: 415-986-5900
Facsimile: 415-986-8054
Email: sgordon@gordonrees.com
Attorneys for Defendant

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: Feb. 20, 2009

_____
HONORABLE [CHARLES R. BREYER]
United States District [Judge]

*IT IS SO ORDERED*
Judge Charles R. Breyer

Stipulation and Order of Dismissal Without Prejudice - 2