IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING AND SALES PRACTICES<br>AND PRODUCT LAIBILITY LITIGATION | MDL DOCKET 1699<br>Judge Charles R. Breyer |
| Josephine Sadlowsky,<br><br>    Plaintiff,<br>v.<br><br>PFIZER INC., et al.,<br><br>    Defendants | NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE<br><br><br>CASE NO. 06-2686 |

    Plaintiff, Josephine Sadlowsky, and Defendant, Pfizer, Inc., hereby stipulate, pursuant to Fed. R. Civ. Pro. 41 (a)(1), to a voluntary dismissal without prejudice of the above-styled lawsuit, subject to the following conditions:

    Plaintiff agrees that, in the event he/she re-files a lawsuit against Pfizer that contains claims relating to Bextra/Celebrex, such lawsuit will be filed in a United States District Court; and

    Plaintiff agrees to the above-stated conditions and wishes to dismiss the instant lawsuit without prejudice to re-filing. There are no counterclaims or third-party claims.

    WHEREFORE, the parties hereto stipulate to the dismissal of the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

Respectfully submitted:

Dated: 2/17/2009

By: s/Stacy K. Hauer
Ronald S. Goldser, MN #35932
Stacy K. Hauer, MN#
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
612-341-0400 Phone
612-341-0844 Fax

Attorney for Plaintiff Josephine Sadlowsky

Dated: 2/17/09

By: 
Stuart B. Gordon, Esq.
GORDON & REES
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 9411
415-986-5900 Phone
415-986-8054 Fax

Defendant's Liaison Counsel

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Feb. 20, 2009

Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA