Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JULIAN PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, <br><br> Defendants. | Docket No.: 06-CV-4418-CRB <br><br> STIPULATION TO: (1) VACATE DISMISSAL WITH PREJUDICE; AND (2) DISMISS WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by all parties in this matter, pursuant to *Fed. R. Civ Pro. 41 (a)*, as follows:

1. The dismissal of Plaintiffs' claim with prejudice previously issued by this Court should be vacated.

2. All claims in this matter including, but not limited to, those against Defendants Pfizer Inc., Pharmacia & Upjohn LLC f/k/a Pharmacia and Upjohn, Inc., Pharmacia Corporation, and G.D. Searle LLC f/k/a G.D. Searle & Co., are voluntarily dismissed without prejudice and without costs;

3. Each party shall bear its own attorneys fees and costs;

4. All defenses on behalf of all defendants are preserved;

5. If Plaintiffs, their representatives, and/or successors attempt to file claims against any of the defendants, they 1) shall not attempt to file such claims in any Court other than the United States District Court in which venue is proper, 2) may not join any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. §1332, and 3) may not oppose transfer to MDL-1699, *In re: Bextra® and Celebrex® Marketing Sales Practices and Products Liability Litigation*. Other than expressly stated herein, this agreement shall not prejudice any defense or right of the defendants.

The following counsel represent that they have the authority of each of their respective client parties to enter into this Stipulation on their behalf.

The Miller Firm, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Attorneys for Plaintiff

By: _____
David C. Andersen, Esq.

DATED: 2-24-09

DLA Piper
1251 Avenue of the Americas
New York, NY 10020
Attorneys for Defendants

By: _____
Loren Brown, Esq.

DATED: 2/24/09

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 25, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer