UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M:05-cv-01699-CRB |
| This document relates to: | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| *Georgette Asbury. v. Monsanto Company, et al.,* (Case No. 3:06-cv-2099-CRB) | |

Plaintiff Georgette Asbury ("Plaintiff") and Defendants Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC ("Defendants") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Defendants, subject to the following condition:

Plaintiff agrees that, in the event she re-files a lawsuit against Defendants that contains claims relating to Celebrex®, such lawsuit will be filed in United States District Court.

Plaintiff agrees to the above-stated condition and wishes to dismiss her claims in the instant lawsuit without prejudice to re-filing.

The parties shall each bear their own costs.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff Georgette Asbury in the above-styled lawsuit without prejudice to re-filing, subject to the condition stated above.

IT IS SO ORDERED, this __10th__ day of __March__, 2009.



JUDGE CHARLES R. BREYER

Respectfully Submitted by:

Dated: March 2, 2009

_____
Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
FAX (816) 531-2372

J. Scott Bertram    MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205
FAX (816) 523-8258

Wm. Dirk Vandever    MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288
FAX (816) 221-3999

James P. Frickleton    MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300
FAX (913) 266-2366

Grant L. Davis    MO #34799
Shawn G. Foster    MO #47663
Davis Bethune & Jones, LLC
1100 Main St., Ste. 2930
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600
FAX (816) 472-5972

ATTORNEYS FOR PLAINTIFF

Dated: March 5, 2009

/s/ Stuart M. Gordon

Stuart M. Gordon
Gordon & Rees
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900
FAX 415-986-8054
sgordon@gordonrees.com

DEFENDANTS' LIAISON COUNSEL

3