IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:08-cv-0219<br><br>MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**AUDREY OTTERNESS,**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**PFIZER, INC., et al.,**<br><br>       **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO CASE NO. 3:08-cv-0219** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Audrey Otterness, Individually (in the action styled as Shirley McGrier, individually, et al.) is hereby dismissed with prejudice.

1. Plaintiff is AUDREY OTTERNESS, Individually; Defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;
2. On January 11, 2008, Plaintiff sued Defendants;
3. Plaintiff moves to dismiss her claims against Defendants;
4. This case is not a class action;
5. A received has not been appointed in this action;

6. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

Respectfully submitted:

Dated: 3/6/09    By: *Navan Ward Jr.*
Navan Ward, Jr. (AL State Bar No. WAR062)
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 3-6-09    GORDON & REES

By: *Stuart M. Gordon*
Stuart M. Gordon, Esquire
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California  94111
(415) 986-5900 telephone
(415) 986-8054 facsimile

*Defendants' Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 10, 2009
HONORABLE CHARLES R. BREYER
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*