United States District Court
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER RE: GREGORIO FUNTANILLA, JR.** |

The Court is in receipt of a request from Gregorio Funtanilla, Jr. seeking "any and all documents, including Docket Data Sheet, that must be completed." While Mr. Funtanilla, Jr. has filed a litany of federal lawsuits, the Court's records reflect that he has not filed a lawsuit that is part of this Multi-District litigation. If he wishes to pursue a claim arising from his purported use of Bextra or Celebrex, he must file a lawsuit.

**IT IS SO ORDERED.**

Dated: March 12, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrefunanilla.wpd