|  |  |
|---|---|
| PATSEY SORENSEN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE & COMPANY, and MONSANTO COMPANY<br><br>　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>NORTHER DISTRICT OF CALIFORNIA<br><br>MDL NO. 1699<br><br>DOCKET NO. 3:06-CV-3863<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, Pat Sorensen against defendants Pfizer, Inc., Pharmacia Corporation, G.D. Searle, and Monsanto Company be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
James Esparza Attorney for Plaintiff
1434 East 4500 South, #100
Salt Lake City, Utah 84117
Telephone: 801-272-9100

Dated: 2/17/09

_____
Counsel for Pfizer
DLA PIPER LLP (US)
1251 Avenue of the Americas
NewYork, NY 10020

Dated: 03/05/09

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES STIPULATION, IT IS SO ORDERED.

Dated _____

_____
JUDGE CHARLES R. BREYER
United States District

IT IS SO ORDERED
Judge Charles R. Breyer

VE102 11/28/07