Allan Berger, LA Bar 2977
ALLAN BERGER AND ASSOCIATES
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: 504-486-9481
Facsimile: 504-483-2201
aberger@allan-berger.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 3:06-CV-2690<br><br>MDL NO. 05-1699<br>JUDGE CHARLES R. BREYER |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Cummings, et al vs. Pfizer Inc. And Merck & Co., Inc. No. 3:06-cv-2690* (previously 05-6273 - EDLA USDC | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE FOR LETITIA DEFILLO |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE FOR LETITIA DEFILLO

IT IS HEREBY STIPULATED AND AGREED by and between counsels for the Plaintiffs and counsel for the Defendants, that the Complaint of the Plaintiff, Letitia DeFillo, is hereby dismissed with prejudice. This motion applies only to representation of Plaintiff, Letitia DeFillo. Allan Berger and Associates remain counsel for all other plaintiffs in the action.

1. Letitia Defillo is a plaintiff; defendants are Pfizer, Inc. and Merck & Co., Inc.
2. On November 23, 2005, Plaintiff sued defendants;
3. Plaintiff DeFillo moves to dismiss her claims against defendant Pfizer Inc. and against Merck & Co., Inc.;
4. Defendants have not filed any counterclaim in this action;
5. This case is not a class action;

6. Plaintiff DeFillo has not dismissed an action based on or including the same claims as those present in this suit;

Respectfully submitted by:

ALLAN BERGER & ASSOC.

Dated: March 4, 2009

/S/ Allan Berger
**Allan Berger, LA Bar 2977**
**ALLAN BERGER AND**
**ASSOCIATES**
**4173 Canal Street**
**New Orleans, Louisiana 70119**
**Telephone: 504-486-9481**
**Facsimile: 504-483-2201**
aberger@allan-berger.com
**Attorney for Plaintiff**

Dated: 3/5/09

DLA PIPER US LLP

Loren Brown
DLA PIPER US LLP
1251 Avenue of the Americas
45th Floor
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
DEFENDANTS' LIAISON COUNSEL

PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2009

Hon. Charles R. Breyer,
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer