UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 33: AMENDMENT TO PRETRIAL ORDER NO. 1 REGARDING FILING DISMISSALS IN GENERAL DOCKET** |

Paragraph 8 of Pretrial Order No. 1 ordered the Clerk of this Court to establish a master docket case file ("the general docket") as well as individual case dockets ("case-specific dockets"). Paragraph 9 of Pretrial Order No. 1 requires parties to e-file *all* documents in the general docket and also to e-file documents that pertain to only some of the pending actions in the case-specific dockets.

In light of the significant number of dismissals the parties are filing in connection with the resolution of certain cases, Pretrial Order No. 1 is hereby amended. Where the parties e-file a dismissal, they may do so only in the case-specific docket; they need not e-file the dismissal in the general docket. The parties must continue to e-file all other case-specific documents in the general docket and in the case-specific dockets.

*All* counsel are reminded that, pursuant to Paragraph 9 of Pretrial Order No. 1 and Section IV(A) of General Order 45, they are required to register for e-filing. Counsel should register both

in the general docket and in connection with the case-specific dockets for any case in which they represent a client.

**IT IS SO ORDERED.**

Dated:  March 23, 2009

                                  /s/
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE