Attorneys for Plaintiffs, **Bottar Leone, PLLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 3:06-CV-00297 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Richard Zupkas and Edna Zupkas,<br>　　　　　　Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, RICHARD ZUPKUS and EDNA ZUPKAS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: February 3, 2009

2
3  By: _____
   Aaron J. Ryder, Esq.

4  **Bottar Leone, PLLC**
   Attorneys for Plaintiffs
5  AXA Tower II
   Suite 1600
6  120 Madison Street
7  Syracuse, New York  13202

8
9  DATED: February ___, 2009

10 By: _____
   Loren H. Brown, Esq.

11
   **DLA Piper LLP (US)**
12 Attorneys for Defendant
   1251 Avenue of the Americas
13 New York, New York  10020

14
15
16 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17
18 Dated: March 27, 2009    _____
19                          Hon. Charles R. Breyer
                            United States District Court

*IT IS SO ORDERED*
Judge Charles R. Breyer
[Seal: United States District Court, Northern District of California]

-2-