UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Master Docket No.: M:05-CV-01699-CRB )<br>) MDL No. 1699 ) |
| THIS RELATES TO:<br>MDL Case No. 06-cv-6284 **Shawn and Lisa Brumbaugh v. Pfizer, Inc., Pharmacia Corporation and G.D. Searle, LLC** | )<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-entitled action through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action is dismissed with prejudice and without costs to any of the parties as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile copy of this Stipulation shall have the same effect as the original.

Dated: _____March 16_____, 2009

KLINE & SPECTER, P.C.

By: _____
Thomas R. Kline
230 Park Avenue
Suite 2525
New York, NY 10169
212-986-6200

*Attorneys for Plaintiffs*

IT IS SO ORDERED.
MAR 3 0 2009
January _____, 2009

DLA PIPER US LLP

By: _____/s/_____
Christopher M. Strongosky
Tiffany L. Christian
1251 Avenue of the Americas
New York, NY 10020-1104
212-335-4500

*Attorneys for Pfizer Defendants*

_____
Honorable Charles R. Breyer