Peter W. Burg
Seth A. Katz
Jennifer L. Thompson, CA State Bar No. 241865
BURG SIMPSON ELDREDGE HERSH & JARDINE, PC
40 Inverness Drive, East
Englewood, CO 80112
Telephone: (303)-792-5595
Facsimile: (303)-708-0527

*Counsel Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO 1*
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No.: M:05-CV-01699-CRB<br><br>MDL No.: 1699 |
| JOHN MACHULIS, | Case No. C067108 CRB |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| v. | |
| PFIZER, INC., | |
| Defendant | |

Come now the Plaintiff and Defendant Pfizer, Inc., by and through the undersigned

attorneys, pursuant to Federal Rule Civil Procedure, Rule 41(a), and hereby stipulate to the

dismissal of this personal injury action against Pfizer Inc. Each side is to bear its own attorneys'

fees and costs.

Respectfully submitted,

**BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.**

Dated: 3/16/09

Peter W. Burg
Seth A. Katz
Jennifer L. Thompson
40 Inverness Drive East
Englewood, Colorado 80112
(303) 792-5595

*Attorneys for Plaintiff
Counsel Admitted Pro Hac Vice in MDL
1699 per Judge Breyer's PTO 1*

**DLA PIPER, LLP**

Dated: March 24, 2009

Michelle Sadowsky
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4625

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
SO ORDERED.**

Dated: Dated **MAR 3 0 2009**

Honorable Charles E. Breyer
United States District Court

2