UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Master Docket No.: M:05-CV-01699-CRB ) ) MDL No. 1699 ) |
| THIS RELATES TO: MDL Case No. 07-cv-0746 CRB **Beverly Sattler and Roger Sattler, h/w v. Pfizer, Inc., Pharmacia Corporation and G.D. Searle, LLC** | ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-entitled action through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action is dismissed with prejudice and without costs to any of the parties as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile copy of this Stipulation shall have the same effect as the original.

Dated: _____ March 16 ___, 2009

JAMES F. HUMPHREYS & ASSOCIATES, L.C.                DLA PIPER US LLP

By: _____                By: _____/s/_____
Christopher W. Luzier                    Christopher M. Strongosky
500 Virginia Street, East                Tiffany L. Christian
800 United Center                        1251 Avenue of the Americas
Charleston, WV 25301                     New York, NY 10020-1104
(304) 347-5050                           212-335-4500

*Attorneys for Plaintiffs*               *Attorneys for Pfizer Defendants*

IT IS SO ORDERED.

MAR 30 2009
~~February~~ _____, 2009

Honorable Charles R. Breyer