UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX ) Master Docket No.: M:05-CV-01699-CRB
MARKETING, SALES PRACTICES AND )
PRODUCTS LIABILITY LITIGATION ) MDL No. 1699
)
)
THIS RELATES TO: )
MDL Case No. 07-cv-0751 CRB **Connie** )
**J. Farmer and Bobby L. Farmer, h/w** )
**v. Pfizer, Inc., Pharmacia Corporation** )
**and G.D. Searle, LLC** )
)

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-entitled action through their respective attorneys, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action is dismissed with prejudice and without costs to any of the parties as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. A facsimile copy of this Stipulation shall have the same effect as the original.

Dated: March 16, 2009

JAMES F. HUMPHREYS & ASSOCIATES, L.C.   DLA PIPER US LLP

By: /s/ Christopher W. Luzier   By: /s/ Christopher M. Strongosky
Christopher W. Luzier             Christopher M. Strongosky
500 Virginia Street, East         Tiffany L. Christian
800 United Center                 1251 Avenue of the Americas
Charleston, WV 25301              New York, NY 10020-1104
(304) 347-5050                    212-335-4500

*Attorneys for Plaintiffs*        *Attorneys for Pfizer Defendants*
IT IS SO ORDERED.

February MAR 30 2009

Honorable Charles R. Breyer