## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX      ) Master Docket No.: M:05-CV-01699-CRB
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION      ) MDL No. 1699

_____ )
     )
THIS RELATES TO:      )
MDL Case No. 07-cv-0755 CRB      )
**Ernestine Browning v. Pfizer, Inc.,**      )
**Pharmacia Corporation and**      )
**G.D. Searle, LLC**      )
_____ )

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the
above-entitled action through their respective attorneys, that whereas no party hereto is
an infant, incompetent person for whom a committee has been appointed or conservatee
and no person not a party has an interest in the subject matter of this action, the above-
entitled action is dismissed with prejudice and without costs to any of the parties as
against the other. This Stipulation may be filed without further notice with the Clerk of
the Court. A facsimile copy of this Stipulation

shall have the same effect as the original.

Dated: _____ March 16 , 2009

JAMES F. HUMPHREYS & ASSOCIATES, L.C.      DLA PIPER US LLP

By: _____      By: _____/s/_____
     Christopher W. Luzier          Christopher M. Strongosky
     500 Virginia Street, East          Tiffany L. Christian
     800 United Center          1251 Avenue of the Americas
     Charleston, WV 25301          New York, NY 10020-1104
     (304) 347-5050          212-335-4500

*Attorneys for Plaintiffs*      *Attorneys for Pfizer Defendants*
IT IS SO ORDERED.

February MAR 3 0 2009 , 2009      _____
     Honorable Charles R. Breyer