UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JAMES P. FIELDS,<br><br>   Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC. and PFIZER, INC.,<br><br>   Defendants. | Master Docket No. M:05-CV01699-CRB<br><br>MDL No. 1699<br><br>Case No. 06-CV-0727<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO PFIZER INC.** |

IT IS HEREBY STIPULATED AND AGREED UPON by all parties, pursuant to Rule 41 (a)(1)(ii), that all claims of Plaintiff James P. Fields against Defendants Pfizer Inc. (captioned as Pfizer, Inc.) be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: February 3, 2009

**ATTORNEYS FOR PLAINTIFFS**

/s/ Maura Kolb

W. Mark Lanier, Esq.
Maura Kolb, Esq.
The Lanier Law Firm, PC.
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200

-and-

Robert Ladd DeLaney, Esq.
323 Unions Street
Nashville, Tennessee 37201
(T) 615-244-3000

-and-

**ATTORNEYS FOR DEFENDANTS**

/s/ Stuart M. Gordon

Stuart M. Gordon, Esq.
Gordon & Rees
275 Battery Street, 20th Floor, Suite 2000
San Francisco, California 94111
(T) 415-986-5900

```
IT IS SO ORDERED.
              March
Dated:  February    30  , 2009.
```

Hon.
U.S.



IT IS SO ORDERED
Judge Charles R. Breyer