UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRACISCO

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

MDL NO. 1699

CASE: M: 05-cv-1699

District Judge: Charles R. Breyer

TURLIE RICHARDSON,

        Plaintiff,

vs.

Pfizer, Inc., et al.

        Defendants.

06-2673 CRB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiff, TURLIE RICHARDSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 4, 2009

F. Gerald Maples, P.A

By:_____
Carlos A. Zelaya, II
365 Canal Street; Suite 2650
New Orleans, LA 70130
czelaya@fgmapleslaw.com
Attorney for Plaintiff, _____

DATED: February 4, 2009

DLA Piper LLP

By: _____
Loren H. Brown
1251 Avenue of the Americas
New York, NY 10020
T: 212.335.4625
F: 212.884.8675
loren.brown@dlapiper.com

**ORDER**

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ~~February~~ March 27, 2009



IT IS SO ORDERED
Judge Charles R. Breyer