Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
snealey@lchb.com
LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Liaison Counsel*

Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Plaintiffs' Purchaser Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br><br>ALL PURCHASER CASES | STIPULATION AND [PROPOSED] ORDER AMENDING NOTICE PROGRAM SCHEDULE |

WHEREAS, the Court entered an Order Granting Prelminary Approval of Settlement on March 23, 2009 (Docket No. 2926) ("Preliminary Approval Order"); and

WHEREAS, the Preliminary Approval Order set March 27, 2009 as the deadline for filing a Motion to Approve Notice Program; and

WHEREAS, the parties in consultataion with Judge Fern M. Smith (Ret.) continue to confer

STIPULATION AND [PROPOSED] ORDER
M:05-CV-01699-CRB
001682-15  293564 V1

- 1 -

1  on disputed issues regarding the Notice Program; and

2      WHEREAS, the Defendants would like time to consult an expert; and

3      WHEREAS, the parites agree that a one week extension for filing the Motion to Approve a

4  Notice Program will not necessarily delay the Notice Progam schedule as a whole including the

5  Deadline for Opting Out of the Settlement and the Final Approval Hearing;

6  THEREFORE, it is STIPULATED between purchaser Plaintiffs and Defendant:

7      The deadline for filing the Motion for Approval of Notice Program be extended from

8  March 27, 2009 to April 3, 2009.

9  DATED: March 27, 2009    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Steve W. Berman
    Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

*Purchaser Plaintiffs Counsel*

DATED: March 27, 2009    SIDLEY AUSTIN LLP

By    /s/ Thomas P. Hanrahan
    Thomas P. Hanrahan
thanraha@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

*Counsel for Defendant Pfizer Inc.*

IT IS SO ORDERED.

DATED:  March 30, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER
M:05-CV-01699-CRB
001682-15 293564 V1

- 2 -