1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10                 UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14 | IN RE: BEXTRA AND CELEBREX           | Case No. M:05-CV-01699-CRB
15 | MARKETING SALES PRACTICES,
   | AND PRODUCT LIABILITY                | MDL NO. 1699
16 | LITIGATION
   |                                      | **STIPULATION AND ORDER OF DISMISSAL**
17 | This Document Relates To:            | **WITH PREJUDICE**
18 | *Jo ann and Jack Cardwell. vs. Pfizer, Inc.,*
   | *MDL No. 06-5653;* Plaintiff Jo Ann
19 | Cardwell and Jack Cardwell

20
        Come now the Plaintiffs, Jo Ann Cardwell and Jack Cardwell, and Defendant, Pfizer Inc.,
21
   by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
22
23
24
25
26
27
28
                                           - 1 -         STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Jo Ann Cardwell and Jack Cardwell**'s action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN
 SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff*

Dated: _____March 11\_\_\_\_\_, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 3 0\_\_\_\_\_, 2009

By: _____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE