1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br>MDL NO. 1699<br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|
| This Document Relates To:<br>*Karryl and Eugene Carlin, vs. Pfizer, Inc.*, *MDL No. 06-2882*; Plaintiff Karryl A. Carlin and Eugene Carlin | |

Come now the Plaintiffs, Karryl A. Carlin and Eugene Carlin, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Karryl A. Carlin and Eugene Carlin's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: *[signature]*
Jayne Conroy
**HANLY CONROY BIERSTEIN**
  **SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: \_\_\_\_March 11\_\_\_\_, 2009

By: *[signature]*
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_\_MAR 3 0\_\_\_\_, 2009

By: *[signature]*
United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE