1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10             UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                SAN FRANCISCO DIVISION
13

14 | IN RE: BEXTRA AND CELEBREX        | Case No. M:05-CV-01699-CRB
15 | MARKETING SALES PRACTICES,        |
   | AND PRODUCT LIABILITY             | MDL NO. 1699
16 | LITIGATION                        |
   |                                   | **STIPULATION AND ORDER OF DISMISSAL**
17 | This Document Relates To:         | **WITH PREJUDICE**
   |                                   |
18 | *Lorenzo S. and Sarah Black, et. al., vs.*
   | *Pfizer, Inc.,*
19 | MDL No. 06-2887: Plaintiff Lorenzo S. Jr.
   | Black and Sarah Black
20

21     Come now the Plaintiffs, Lorenzo S. Jr. Black and Sarah Black, and Defendant, Pfizer
22 Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23
24
25
26
27
28
                                    - 1 -        STIPULATION OF DISMISSAL WITH PREJUDICE

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Lorenzo S. Jr. Black and**
2  **Sarah Black**'s action only, with each side bearing its own attorneys' fees and costs.
3
4
5
6  Dated: _____, 2009            By: /s/ Jayne Conroy
                                            Jayne Conroy
7                                           **HANLY CONROY BIERSTEIN**
                                            **SHERIDAN FISHER & HAYES LLP**
8                                           112 Madison Avenue
                                            New York, New York 10016-7416
9                                           (212) 784-6400
                                            (212) 784-6420 (Fax)
10                                          Email: jconroy@hanlyconroy.com
11                       -and-
12                                          **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.
13                                          East Alton, IL 62024
                                            (618) 259-2222
14                                          (618) 259-2251 (Fax)
15                                          *Counsel for Plaintiff.*
16
17
18  Dated: ___March 11___, 2009             By: /s/ Michelle W. Sadowsky
                                            Michelle W. Sadowsky
19                                          **DLA PIPER US LLP**
                                            1251 Avenue of the Americas
20                                          New York, New York 10020-1104
                                            (212) 335-4625
21                                          (212) 884-8675 (Fax)
22                                          *Counsel for Defendant Pfizer, Inc.*
23
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**
25
26  Dated: ___MAR 3 0___, 2009              By: _____
                                            United States District Court
27
28

- 2 -                                       STIPULATION OF DISMISSAL WITH PREJUDICE