1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Tina Carlson, Individually and as Administrator of the Estate of Russell W. Carlson (deceased), et. al., vs. Pfizer, Inc.,* MDL No. 06-6941: Plaintiff Russell Carlson and Tina Carlson | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Russell Carlson and Tina Carlson, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Russell Carlson and Tina Carlson's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009         By: _____
                                 Jayne Conroy
                                 **HANLY CONROY BIERSTEIN**
                                   **SHERIDAN FISHER & HAYES LLP**
                                 112 Madison Avenue
                                 New York, New York 10016-7416
                                 (212) 784-6400
                                 (212) 784-6420 (Fax)
                                 Email: jconroy@hanlyconroy.com

                -and-

                                 **SIMMONSCOOPER LLC**
                                 707 Berkshire Blvd.
                                 East Alton, IL 62024
                                 (618) 259-2222
                                 (618) 259-2251 (Fax)

                                 *Counsel for Plaintiff.*


Dated: _____ March 11, 2009    By: _____
                                 Michelle W. Sadowsky
                                 **DLA PIPER US LLP**
                                 1251 Avenue of the Americas
                                 New York, New York 10020-1104
                                 (212) 335-4625
                                 (212) 884-8675 (Fax)

                                 *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ MAR 3 0, 2009     By: _____
                                 United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE