1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14
   IN RE: BEXTRA AND CELEBREX              Case No. M:05-CV-01699-CRB
15 MARKETING SALES PRACTICES,
   AND PRODUCT LIABILITY                   MDL NO. 1699
16 LITIGATION
                                           **STIPULATION AND ORDER OF DISMISSAL
17 This Document Relates To:               WITH PREJUDICE**

18 *Earlene and Haywood Bennett, vs. Pfizer,*
   *Inc...*
19 *MDL No. 06-4061:* Plaintiff Earlene
   Bennett and Haywood Bennett
20

21      Come now the Plaintiffs, Earlene Bennett and Haywood Bennett, and Defendant, Pfizer

22 Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23

24

25

26

27

28

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Earlene Bennett and Haywood Bennett's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009          By: _____
                                               Jayne Conroy
                                               **HANLY CONROY BIERSTEIN**
                                               **SHERIDAN FISHER & HAYES LLP**
                                               112 Madison Avenue
                                               New York, New York 10016-7416
                                               (212) 784-6400
                                               (212) 784-6420 (Fax)
                                               Email: jconroy@hanlyconroy.com

                                    -and-

                                               **SIMMONSCOOPER LLC**
                                               707 Berkshire Blvd.
                                               East Alton, IL 62024
                                               (618) 259-2222
                                               (618) 259-2251 (Fax)

                                               *Counsel for Plaintiff.*

Dated: _____ March 11 _, 2009          By: _____
                                               Michelle W. Sadowsky
                                               **DLA PIPER US LLP**
                                               1251 Avenue of the Americas
                                               New York, New York 10020-1104
                                               (212) 335-4625
                                               (212) 884-8675 (Fax)

                                               *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ **MAR 3 0** _, 2009          By: _____
                                               United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE