Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Anthony P. and Patricia Chapman, vs. Pfizer, Inc.*,<br>MDL No. 06-2877: Plaintiff Anthony P. Chapman and Patricia Chapman | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Come now the Plaintiffs, Anthony P. Chapman and Patricia Chapman, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Anthony P. Chapman and Patricia Chapman's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: /s/ Jayne Conroy
                                    Jayne Conroy
                                    **HANLY CONROY BIERSTEIN**
                                    **SHERIDAN FISHER & HAYES LLP**
                                    112 Madison Avenue
                                    New York, New York 10016-7416
                                    (212) 784-6400
                                    (212) 784-6420 (Fax)
                                    Email: jconroy@hanlyconroy.com

                                    -and-

                                    **SIMMONSCOOPER LLC**
                                    707 Berkshire Blvd.
                                    East Alton, IL 62024
                                    (618) 259-2222
                                    (618) 259-2251 (Fax)

                                    *Counsel for Plaintiff*

Dated: _____March 11, 2009_____     By: /s/ Michelle W. Sadowsky
                                    Michelle W. Sadowsky
                                    **DLA PIPER US LLP**
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (212) 335-4625
                                    (212) 884-8675 (Fax)

                                    *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 30_____, 2009       By: _____
                                    United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE