1   Plaintiff's Counsel:
    Jayne Conroy
2   Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
3   112 Madison Avenue
    New York New York 10016-7416
4   (212) 784-6400
    (212) 284-6420 (fax)
5
    -and-
6
    SimmonsCooper LLC
7   707 Berkshire Blvd.
    East Alton, IL 62024
8   (618) 259-2222
    (212) 259-2251 (Fax)
9

10                     UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14
    IN RE: BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15  MARKETING SALES PRACTICES,
    AND PRODUCT LIABILITY               MDL NO. 1699
16  LITIGATION
                                        STIPULATION AND ORDER OF DISMISSAL
17  This Document Relates To:           WITH PREJUDICE

18  *Lewis W. and Phyllis Covert, et. al., vs.*
    *Pfizer, Inc.,.*
19  *MDL No. 06-4062:* Plaintiff Lewis Covert
    and Phyllis Covert
20

21      Come now the Plaintiffs, Lewis Covert and Phyllis Covert, and Defendant, Pfizer Inc., by

22  and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

23

24

25

26

27

28

                                        - 1 -        STIPULATION OF DISMISSAL WITH PREJUDICE

1   and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Lewis Covert and Phyllis**

2   **Covert's** action only, with each side bearing its own attorneys' fees and costs.

3

4

5

6   Dated: _____, 2009               By: _____
                                                  Jayne Conroy

7                                                 **HANLY CONROY BIERSTEIN**
                                                  **SHERIDAN FISHER & HAYES LLP**

8                                                 112 Madison Avenue
                                                  New York, New York 10016-7416

9                                                 (212) 784-6400
                                                  (212) 784-6420 (Fax)

10                                                Email: jconroy@hanlyconroy.com

11                                          -and-

12                                                **SIMMONSCOOPER LLC**
                                                  707 Berkshire Blvd.

13                                                East Alton, IL 62024
                                                  (618) 259-2222

14                                                (618) 259-2251 (Fax)

15                                                *Counsel for Plaintiff.*

16

17

18   Dated: _____ March 11 , 2009              By: _____
                                                  Michelle W. Sadowsky

19                                                **DLA PIPER US LLP**
                                                  1251 Avenue of the Americas

20                                                New York, New York 10020-1104
                                                  (212) 335-4625

21                                                (212) 884-8675 (Fax)

22                                                *Counsel for Defendant Pfizer, Inc.*

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
     **IT IS SO ORDERED.**
24

25

26   Dated: _____ **MAR 3 0** , 2009           By: _____
                                                  United States District Court

27

28

                                          - 2 -        STIPULATION OF DISMISSAL WITH PREJUDICE