1   Plaintiff's Counsel:
    Jayne Conroy
2   Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
3   112 Madison Avenue
    New York New York 10016-7416
4   (212) 784-6400
    (212) 284-6420 (fax)
5
    -and-
6
    SimmonsCooper LLC
7   707 Berkshire Blvd.
    East Alton, IL 62024
8   (618) 259-2222
    (212) 259-2251 (Fax)
9

10                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13

14
    IN RE: BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15  MARKETING SALES PRACTICES,
    AND PRODUCT LIABILITY               MDL NO. 1699
16  LITIGATION
                                        STIPULATION AND ORDER OF DISMISSAL
17  This Document Relates To:           WITH PREJUDICE

18  *Lynwood Bunnell, as Personal
    Representative of the Estate of Michael*
19  *Bunnell, vs. Pfizer, Inc...*
    *MDL No. 06-4148:* Plaintiff Michael
20  Bunnell and Lynwood Bunnell

21
          Come now the Plaintiffs, Michael Bunnell and Lynwood Bunnell, and Defendant, Pfizer
22
    Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
23

24

25

26

27

28

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Michael Bunnell and Lynwood Bunnell's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By:_____
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ____March 11____, 2009

By:_____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 3 0____, 2009

By:_____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE