Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York, New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Nancy Crandall v. Pfizer, Inc.*<br>*MDL No. 06-1863;* Plaintiff Nancy Crandall | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Nancy Crandall, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

stipulate to the dismissal with prejudice of Plaintiffs, **Nancy Crandall's** action only, with each side bearing its own attorneys' fees and costs.

Dated: Feb 9, 2009

By: /s/ Jayne Conroy
Jayne Conroy
**HANLY CONROY BIERSTEIN**
**SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

-and-

**MOODY, STROPLE, KLOEPPEL,**
**BASILONE & HIGGINBOTHAM, INC.**
500 Crawford St. Suite 300
P.O. Box 1138
Portsmouth, VA 23705

*Counsel for Plaintiffs*

Dated: March 11, 2009

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: MAR 30, 2009

By: /s/
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE