1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3  112 Madison Avenue
   New York, New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Linda and Robert Cullor, et. al., vs. Pfizer, Inc.,*<br>MDL No. 06-2547: Plaintiff Linda S. Cullor and Robert Cullor | |

Come now the Plaintiffs, Linda S. Cullor and Robert Cullor, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Linda S. Cullor and Robert Cullor's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009       By: /s/ Jayne Conroy
                                   Jayne Conroy
                                   **HANLY CONROY BIERSTEIN
                                    SHERIDAN FISHER & HAYES LLP**
                                   112 Madison Avenue
                                   New York, New York 10016-7416
                                   (212) 784-6400
                                   (212) 784-6420 (Fax)
                                   Email: jconroy@hanlyconroy.com

                -and-

                                   **SIMMONSCOOPER LLC**
                                   707 Berkshire Blvd.
                                   East Alton, IL 62024
                                   (618) 259-2222
                                   (618) 259-2251 (Fax)

                                   *Counsel for Plaintiff*

Dated: _____March 11___, 2009      By: /s/ Michelle W. Sadowsky
                                   Michelle W. Sadowsky
                                   **DLA PIPER US LLP**
                                   1251 Avenue of the Americas
                                   New York, New York 10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (Fax)

                                   *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 30___, 2009        By: _____
                                   United States District Court

- 2 -                                    STIPULATION OF DISMISSAL WITH PREJUDICE