Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Linda and Robert Cullor, et. al., vs. Pfizer, Inc.,* | |
| *MDL No. 06-2547:* Plaintiff Mary Jane Del Castillo | |

Come now the Plaintiffs, Mary Jane Del Castillo, and Defendant, Pfizer Inc., by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

STIPULATION OF DISMISSAL WITH PREJUDICE

1    hereby stipulate to the dismissal with prejudice of Plaintiffs, **Mary Jane Del Castillo's** action

2    only, with each side bearing its own attorneys' fees and costs.

3

4

5

6    Dated: _____, 2009          By: _____
                                                Jayne Conroy
7                                               **HANLY CONROY BIERSTEIN**
                                                **SHERIDAN FISHER & HAYES LLP**
8                                               112 Madison Avenue
                                                New York, New York 10016-7416
9                                               (212) 784-6400
                                                (212) 784-6420 (Fax)
10                                              Email: jconroy@hanlyconroy.com

11                                 -and-

12                                              **SIMMONSCOOPER LLC**
                                                707 Berkshire Blvd.
13                                              East Alton, IL 62024
                                                (618) 259-2222
14                                              (618) 259-2251 (Fax)

15                                              *Counsel for Plaintiff.*

16

17

18   Dated: _____ March 11 _____, 2009          By: _____
                                                Michelle W. Sadowsky
19                                              **DLA PIPER US LLP**
                                                1251 Avenue of the Americas
20                                              New York, New York 10020-1104
                                                (212) 335-4625
21                                              (212) 884-8675 (Fax)

22                                              *Counsel for Defendant Pfizer, Inc.*

23   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
     **IT IS SO ORDERED.**
24

25

26   Dated: _____ MAR 3 0 _____, 2009           By: _____
                                                United States District Court
27

28

                                    - 2 -        STIPULATION OF DISMISSAL WITH PREJUDICE