Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Charles and Marianna Dirienzo, et. al., vs. Pfizer, Inc.,*<br>*MDL No. 06-3121:* Plaintiff Charles Dirienzo and Marianna Dirienzo | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Charles Dirienzo and Marianna Dirienzo, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Charles Dirienzo and Marianna Dirienzo's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                  Jayne Conroy
                                  **HANLEY CONROY BIERSTEIN**
                                  **SHERIDAN FISHER & HAYES LLP**
                                  112 Madison Avenue
                                  New York, New York 10016-7416
                                  (212) 784-6400
                                  (212) 784-6420 (Fax)
                                  Email: jconroy@hanlyconroy.com

                    -and-

                                  **SIMMONSCOOPER LLC**
                                  707 Berkshire Blvd.
                                  East Alton, IL 62024
                                  (618) 259-2222
                                  (618) 259-2251 (Fax)

                                  *Counsel for Plaintiff.*

Dated: ____March 11___, 2009      By: _____
                                  Michelle W. Sadowsky
                                  **DLA PIPER US LLP**
                                  1251 Avenue of the Americas
                                  New York, New York 10020-1104
                                  (212) 335-4625
                                  (212) 884-8675 (Fax)

                                  *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 30_____, 2009   By: _____
                                  United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE