```
 1  Plaintiff's Counsel:
    Jayne Conroy
 2  Hanly Conroy Bierstein Sheridan
        Fisher & Hayes LLP
 3  112 Madison Avenue
    New York New York 10016-7416
 4  (212) 784-6400
    (212) 284-6420 (fax)
 5
    -and-
 6
    SimmonsCooper LLC
 7  707 Berkshire Blvd.
    East Alton, IL 62024
 8  (618) 259-2222
    (212) 259-2251 (Fax)
 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Gilbert H. and June Dixon, et. al., vs. Pfizer, Inc.*,<br>*MDL No. 06-5903*: Plaintiff Gilbert Dixon and June Dixon | |

Come now the Plaintiffs, Gilbert Dixon and June Dixon, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Gilbert Dixon and June Dixon's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ____March 11____, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____MAR 3 0____, 2009

By: _____
United States District Court