Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Gilbert H. and June Dixon, et. al., vs. Pfizer, Inc.,*<br>*MDL No. 06-5903:* Plaintiff Margie Doyle and Jerome Doyle | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Margie Doyle and Jerome Doyle, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

1  and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Margie Doyle and Jerome**
2  **Doyle's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009      By: _____
                                Jayne Conroy
                                **HANLY CONROY BIERSTEIN**
                                **SHERIDAN FISHER & HAYES LLP**
                                112 Madison Avenue
                                New York, New York 10016-7416
                                (212) 784-6400
                                (212) 784-6420 (Fax)
                                Email: jconroy@hanlyconroy.com

                                -and-

                                **SIMMONSCOOPER LLC**
                                707 Berkshire Blvd.
                                East Alton, IL 62024
                                (618) 259-2222
                                (618) 259-2251 (Fax)

                                *Counsel for Plaintiff.*

Dated: _____March 11_____, 2009  By: _____
                                Michelle W. Sadowsky
                                **DLA PIPER US LLP**
                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                (212) 335-4625
                                (212) 884-8675 (Fax)

                                *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____MAR 3 0_____, 2009  By: _____
                                United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE