Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Bessie Edison, vs. Pfizer, Inc.,*<br>*MDL No. 06-2293:* Plaintiff Edison Bessie | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Edison Bessie, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

1 | stipulate to the dismissal with prejudice of Plaintiffs, **Edison Bessie**'s action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: /s/ Jayne Conroy
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ___March 11___, 2009

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___MAR 30___, 2009

By: _____
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE