1. Plaintiff's Counsel:
   Jayne Conroy
2. Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3. 112 Madison Avenue
   New York New York 10016-7416
4. (212) 784-6400
   (212) 284-6420 (fax)
5. 
   -and-
6. 
   SimmonsCooper LLC
7. 707 Berkshire Blvd.
   East Alton, IL 62024
8. (618) 259-2222
   (212) 259-2251 (Fax)
9. 

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Patricia Fairley, Individually and as Administrator of the Estate of David D. Fairley (deceased), et. al., vs. Pfizer, Inc.,. MDL No. 06-6943:* Plaintiff David Fairley and Patricia Fairley | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, David Fairley and Patricia Fairley, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **David Fairley and Patricia Fairley's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: _____
Jayne Conroy
**HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: ____March 11____, 2009

By: _____
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____MAR 3 0____, 2009

By: _____
United States District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE