| | |
|---|---|
| 1 | Plaintiff's Counsel: |
| | Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan |
| | Fisher & Hayes LLP |
| 3 | 112 Madison Avenue |
| | New York New York 10016-7416 |
| 4 | (212) 784-6400 |
| | (212) 284-6420 (fax) |
| 5 | |
| | -and- |
| 6 | |
| | SimmonsCooper LLC |
| 7 | 707 Berkshire Blvd. |
| | East Alton, IL 62024 |
| 8 | (618) 259-2222 |
| | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To: | |
| *Carlisa Jones, as Personal Representative of the Estate of Minnie Felton (deceased), et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-7013:* Plaintiff Minnie Felton and Carlisa Jones | |

Come now the Plaintiffs, Minnie Felton and Carlisa Jones, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Minnie Felton and Carlisa Jones's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: *[signature]*
Jayne Conroy
**HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: March 11, 2009

By: *[signature]*
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: MAR 3 0, 2009

By: *[signature]*
United States District Court

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE