IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS** |

*This document relates to:*

JOHN AUGILLARD, 06-2675 CRB
_____/

By Order filed March 4, 2009, the Court ordered plaintiff to show cause by March 27, 2009 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and the claims of John Augillard are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 3, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\Auguillarddismissal.wpd

G:\CRBALL\2005\1699\dismissalorders\Auguilla2ddismissal.wpd