1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to: | **PRETRIAL ORDER NO. 31A: APPLICATION OF PRETRIAL ORDER NO. 31 TO CERTAIN ADDITIONAL PLAINTIFFS** |

| | |
|---|---|
| Allen, Sharon L. | 05-4779 CRB |
| Allen, Shirley A. | 06-2646 CRB |
| Belcher, Pearly | 06-2081 CRB |
| Bigham, Harold D. | 05-4779 CRB |
| Boatwright, James M. | 06-2443 CRB |
| Cameron, John W. Sr. | 06-6081 CRB |
| Clawson, Claudean P. | 06-4046 CRB |
| Click, Paul | 05-4779 CRB |
| Colman, Robert Lee | 08-1016 CRB |
| Cook, Ethel L. | 05-4779 CRB |
| Davis, David R. | 06-2432 CRB |
| Earl, Linda L. | 05-4783 CRB |
| Esfahani, Shawn | 07-1354 CRB |
| Goins, Kay F. | 08-1858 CRB |
| Hailey (Blanton), Janelle | 06-2437 CRB |
| Hicks, Goodlow | 06-6081 CRB |
| Elliott, Jr., James | 06-0087 CRB |
| James, Horace N. | 06-2081 CRB |
| Jefferson, Donald R. | 06-2431 CRB |
| Kulkarni, Vasudev | 07-1528 CRB |
| Laney, Mary L. | 05-4781 CRB |
| Lopez, Juana | 06-2101 CRB |
| Marks, Jimmy | 07-3646 CRB |
| Masterson, William G. | 07-1529 CRB |
| Mullis, Sr., John | 09-0891 CRB |
| Nelson, Rose | 06-2431 CRB |
| Sears, Greg A. | 05-4783 CRB |

-1-

| | |
|---|---|
| Simbulan, Bobby Jo | 06-2101 CRB |
| Smith, Susan | 06-3951 CRB |
| Sousan, John | 06-0087 CRB |
| Tate, Charles | 06-2437 CRB |
| Taylor, Sylvester | 06-2431 CRB |
| Terry, Paul | 06-2437 CRB |
| Waidelich, Alan | 06-7630 CRB |
| White, Margaret Sue | 06-2864 CRB |

1. This Order shall apply to all Plaintiffs listed in the caption hereto.

2. Such plaintiffs shall be required to comply with Pretrial Order No. 31 ("PTO 31") in its entirety. Each such plaintiff shall serve a completed Docket Data Sheet (attached to PTO 31 as Exhibit B) on Pfizer by June 1, 2009 by Federal Express or email at the following address:

>Loren H. Brown, Esq.
>Attn: Bextra/Celebrex MDL Docket Data Sheet
>DLA PIPER LLP (US)
>1251 Avenue of the Americas
>New York, NY  10021
>lbrown@dlapiper.com

3. All other provisions of PTO 31 shall apply to these plaintiffs.

**IT IS SO ORDERED.**

Dated:  April 3, 2009             /s/
                                  **HONORABLE CHARLES R. BREYER**
                                  **UNITED STATES DISTRICT JUDGE**