UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to:<br><br>ALL CASES. | **PRETRIAL ORDER NO. 34: ORDER ESTABLISHING PROCEDURE FOR COMMON BENEFIT FUND APPLICATIONS** |

The consideration of any Application by the Plaintiffs' Steering Committee for payment for common benefit time and expenses from the Common Benefit Fees and Costs Fund created by PTO Nos. 2 and 8, 8A, 8B, and 8C (collectively, "the Common Benefit Orders") hereby is referred to the Special Master, Hon. Fern Smith, for consideration in the first instance.

Plaintiffs' Liaison Counsel shall file electronically an application on April 17, 2009 with her recommendation as to what fees and costs should be paid to participating counsel pursuant to the Common Benefit Orders.

Any opposition to this application shall be filed electronically by May 1, 2009. Liaison Counsel shall file any reply by May 8, 2009.

The Special Master may conduct any hearings or conduct any investigations she believes appropriate, and she may recommend interim payments of costs and fees, partial pro-rata

/////

/////

-1-

1  payments, or other relief she deems appropriate.  Any recommendation and report shall then be

2  submitted by the Special Master for confirmation by this Court.

3  **IT IS SO ORDERED.**

4  Dated:  April 3, 2009                                          /s/
                                                     HONORABLE CHARLES R. BREYER
5                                                     UNITED STATES DISTRICT JUDGE

-2-
PRETRIAL ORDER NO. 34:  ORDER ESTABLISHING PROCEDURE FOR COMMON
BENEFIT FUND APPLICATIONS – M:05-CV-01699-CRB