Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Liaison Counsel*

Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Plaintiffs' Purchaser Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) | No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:                         )<br>                                          )<br>ALL PURCHASER CASES                       )<br>                                          ) | STIPULATION AND [PROPOSED] ORDER AMENDING NOTICE PROGRAM SCHEDULE |

WHEREAS, the Court entered an Order Granting Prelminary Approval of Settlement on March 23, 2009 (Docket No. 2926) ("Preliminary Approval Order"); and

WHEREAS, the Preliminary Approval Order set March 27, 2009, as the deadline for filing a Motion to Approve Notice Program; and

WHEREAS, the parties Stipulated and the Court Ordered that the date for filing such motion for notice program be extended to April 3, 2009.  See Order Amending Notice Progam Schedule, filed March 31, 2009, Docket No. 2973; and

1   WHEREAS, the parties in consultataion with Judge Fern M. Smith (Ret.) continue to confer

2   on disputed issues regarding the Notice Program; and

3   WHEREAS, the parites agree that an additional one week extension for filing the Motion to

4   Approve a Notice Program will not necessarily delay the Notice Progam schedule as a whole

5   including the Deadline for Opting Out of the Settlement and the Final Approval Hearing;

6   THEREFORE, it is STIPULATED between purchaser Plaintiffs and Defendant:

7   The deadline for filing the Motion for Approval of Notice Program be extended from April

8   3, 2009 to April 10, 2009.

9   DATED: April 3, 2009                Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Steve W. Berman
        Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

*Purchaser Plaintiffs Counsel*

DATED: April 3, 2009                SIDLEY AUSTIN LLP

By     /s/ Thomas P. Hanrahan
        Thomas P. Hanrahan
thanraha@sidley.com
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013

*Counsel for Defendant Pfizer Inc.*

IT IS SO ORDERED.

DATED:   April 6, 2009

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED]
ORDER                                               - 2 -
M:05-CV-01699-CRB
001682-15  293564 V1