IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates To: ) ) *Janet Akita, on behalf of Richard Akita,* ) *Deceased v. Monsanto Company, et al.,* ) MDL No. 08-4099-CRB ) <u>Plaintiff Richard Akita, deceased</u> ) ) _____) | Case No. 05-CV-01699-CRB<br><br>MDL No. 1699<br><br>**NOTICE OF SUBSTITUTION OF**<br><br>**COUNSEL** |

It is hereby consented to, stipulated and agreed that attorney V. Andre Sherman of Girardi Keese, 1126 Wilshire Boulevard, Los Angeles, California 90017, is substituted as counsel for plaintiff Janet Akita, on behalf of Richard Akita, deceased, in place of Gerald B. Taylor of The Taylor Law Firm 7208 Fairwoods Place, Montgomery, AL 36117.

Respectfully submitted,

/s/V. Andre Sherman_____
V. Andre Sherman        CA#198684
Girardi Keese
1126 Wilshire Blvd
Los Angeles, CA
213-977-0211
FAX 213-481-1554



 /s/Gerald B. Taylor_____
Gerald B. Taylor        AL #TAY026
The Taylor Law Firm
7208 Fairwoods Place
Montgomery, AL 36117
334-775-1025
FAX 334-775-1022

ATTORNEY FOR PLAINTIFF