IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

06-5263 CRB Marilyn Ruth Pickaree
_____/

    The Court is in receipt of a submission from plaintiff Pickaree requesting that she be excused from compliance with PTO No. 31. Plaintiff's request is DENIED; plaintiff must comply with the orders of the Court the same as all other litigants. Accordingly, she must provide a Case-Specific Expert Report within 60 days of April 22, 2009.

    **IT IS SO ORDERED.**



Dated: May 11, 2009
                                                     CHARLES R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrepickaree1.wpd