IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. M: 05-1699 CRB<br><br>**ORDER** |

The Court is in receipt of two objections to Plaintiffs' Steering Committee's Notice of Motion and Motion to Adopt the Special Master's Report and Recommendation Regarding PSC Application for Common Benefit Costs and Fees. The objections, by (1) Daniel E. Becnel, Jr. and the Becnel Law Firm, and by (2) Gene Locks Esq., Marion C. Fairley, Frances Fairley, Robert L. Nichols and Terri Nichols, were timely filed in response to this Court's Order of June 15, 2009, partially adopting the Special Master's Report and Recommendation. The Court now finds that it would be helpful to have additional briefing on the two objections. Accordingly, the Plaintiffs' Steering Committee is ordered to respond to the objections in writing by July 10, 2009. Objectors (1) Daniel E. Becnel, Jr. and the Becnel Law Firm, and (2) Gene Locks Esq., Marion C. Fairley, Frances Fairley, Robert L. Nichols and Terri Nichols may then submit a reply by July 17, 2009, if they so choose.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\orderreobjectionstofees.wpd