IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____ / | No. M: 05-1699 CRB **ORDER** |

Now pending before the Court is a Report and Recommendation on Plaintiffs' Steering Committee's ("PSC's") Application for Common Benefit Costs and Fees. The Court received objections to the Report by (1) Daniel E. Becnel, Jr. and the Becnel Law Firm, and by (2) Gene Locks Esq., Marion C. Fairley, Frances Fairley, Robert L. Nichols and Terri Nichols, which were timely filed in response to this Court's Order partially adopting the Report. The Court invited PSC and the objectors to submit additional briefing on these objections, and the Court has now received additional briefing from PSC and the Locks Law Firm. Having carefully reviewed the Report, PSC's Application, the objections, and the additional briefing filed by the parties, the Court finds that the Report is well-reasoned and thorough. The Court hereby ADOPTS the Report in its entirety, with two small exceptions. First, on page three of the Report, the Court substitutes "May 13, 2009"on line 6 and "May 14, 2009" on line 8 for the dates now provided on those lines. Second, the Court strikes the award of $17,400 to the Becnel Law Firm recommended at page 8, lines 4-7, for that firm's

//

//

failure to timely present supporting documentation.

**IT IS SO ORDERED.**

Dated: July 22, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE