UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No.: 07-2908<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| LAWRENCE ARDOLINO and DOROTHY ARDOLINO,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, LAWRENCE ARDOLINO and DOROTHY ARDOLINO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 6, 2009          By: *s/ Shands M. Wulbern*
                                  Shands M. Wulbern

                             HENRICHSEN SIEGEL, P.L.L.C.
                             1648 Osceola Street
                             Jacksonville, Florida 32204
                             (904) 381-8183
                             Fax: (904) 381-8190

                             *Attorneys for Plaintiffs, Lawrence Ardolino and Dorothy Ardolino*

DATED: July 27, 2009         By: _____

                             DLA PIPER LLP (US)
                             1251 Avenue of the Americas
                             New York, NY 10020
                             Telephone: (212) 335-4500
                             Facsimile: (212) 335-4501
                             *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JUL 3 1 2009          _____
                             Hon. Charles R. Breyer
                             United States District Court