United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

    *Joseph C. Ruddy, Jr., et al. v. Pfizer Inc. et al.*, Case No. 09-CV-1991-CRB

_____/

    The Court is in receipt of a motion from Plaintiff Joseph C. Ruddy Jr. requesting additional time to comply with Pretrial Orders 6 and 31, as well as the opposition to Plaintiff's motion, filed by Defendant Pfizer. Having carefully reviewed the parties' papers, the Court finds that Plaintiff's failure to comply with PTOS 6 and 31 by either July 6, 2009, the date agreed to with opposing counsel, or July 24, 2009, the motion hearing in his case, is not excused. Plaintiff's motion is therefore DENIED. Plaintiff is free to seek additional time from the Special Master in response to Defendant's expected compliance motion.

    **IT IS SO ORDERED.**

Dated: August 3, 2009

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreruddy.wpd