1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3  112 Madison Avenue
   New York, New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Patricia Fairley, Individually and as Administrator of the Estate of David D. Fairley (deceased), et. al., vs. Pfizer, Inc.,. MDL No. 06-6943:* <u>Plaintiff Lula McDonald</u> | |

Come now the Plaintiffs, Lula McDonald, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

1  stipulate to the dismissal with prejudice of Plaintiffs, **Lula McDonald's** action only, with each
2  side bearing its own attorneys' fees and costs.

Dated: _____, 2009    By: _____
                                Jayne Conroy
                                **HANLY CONROY BIERSTEIN**
                                  **SHERIDAN FISHER & HAYES LLP**
                                112 Madison Avenue
                                New York, New York 10016-7416
                                (212) 784-6400
                                (212) 784-6420 (Fax)
                                Email: jconroy@hanlyconroy.com

                        -and-

                                **SIMMONSCOOPER LLC**
                                707 Berkshire Blvd.
                                East Alton, IL 62024
                                (618) 259-2222
                                (618) 259-2251 (Fax)

                                *Counsel for Plaintiff.*

Dated: ___July 23, 2009___      By: _____
                                Michelle W. Sadowsky
                                **DLA PIPER US LLP**
                                1251 Avenue of the Americas
                                New York, New York 10020-1104
                                (212) 335-4625
                                (212) 884-8675 (Fax)

                                *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___08/03___, 2009        By: _____
                                Judge Charles R. Breyer
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE

- 2 -