IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

Junior Counts v. Pfizer, et al., 3:06-cv-2081
_____/

      The Court is in receipt of a submission from Plaintiff Junior Counts regarding his displeasure with the "attorneys handling the Pfizer case for [him]," whom he contends seek a disproportionate share of recovery as compared to their clients. The court notes that Plaintiff is the subject of a Motion to Withdraw as Counsel, filed by the law firm of Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. on July 30, 2009. That Motion alleges that "a personality conflict has arisen" with Plaintiff and other plaintiffs. Plaintiff's submission to the Court does not refute the existence of a personality conflict with his counsel.

      Plaintiff's letter also attaches correspondence with his counsel and settlement documents. Some of these materials are confidential, and so the Court shall file Plaintiff's submission under seal in 06-2081. The Court, however, will not take any action on

//

//

1 Plaintiff's submission.

2 **IT IS SO ORDERED.**

3

4 Dated: August 4, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrecount2.wpd