IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

06-05263 CRB Marilyn Ruth Pickaree
_____/

The Court is in receipt of a submission from plaintiff Marilyn Ruth Pickaree requesting an additional sixty (60) days in which to file a case-specific expert report in her case against Pfizer, Inc. Plaintiff has been aware of her obligation to file this report since April 2009, and the Court has already granted Plaintiff a sixty (60) day extension to do so, from June 2009 until August 2009. Plaintiff's pending request is therefore DENIED. Plaintiff is free to seek additional time from the Special Master in response to Defendant's expected compliance motion.

**IT IS SO ORDERED.**

Dated: August 28, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrepickaree4.wpd