Francisco M. Troncoso, Sr.
Troncoso & Schell
P.O. Box 9023352
San Juan, Puerto Rico 00902-3352
Telephone: 787-722-0741
Fax: 787-724-2563
Email: ftroncoso@troncosolaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Gloria Lamourt-Cardona v. Pfizer Inc, et al.*<br>(Case No. 06-2661 CRB)<br><br>*Juan Lasalle-Lopez v. Pfizer Inc, et al.*<br>(Case No. 06-2622 CRB)<br><br>*Grissela Lopez-Magobet v. Pfizer Inc, et al.*<br>(Case No. 06-2659 CRB)<br><br>*Carmen Marcial-Hernandez v. Pfizer Inc, et al.*<br>(Case No. 06-2635 CRB)<br><br>*Rosaura Quiles-Rivera v. Pfizer Inc, et al.*<br>(Case No. 06-2624 CRB)<br><br>*Arnaldo Ramos-Martir v. Pfizer Inc, et al.*<br>(Case No. 06-2636 CRB)<br><br>*Elsie Roman-Iglesias v. Pfizer Inc, et al.*<br>(Case No. 06-2631 CRB)<br><br>*Luz Salinas-Roldan v. Pfizer Inc, et al.*<br>(Case No. 06-2623 CRB)<br><br>*Maria Velez-Reyes v. Pfizer Inc, et al.*<br>(Case No. 06-2629 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

-1-

Come now the Plaintiffs, Gloria Lamourt-Cardona, Juan Lasalle-Lopez, Grissela Lopez-Magobet, Carmen Marcial-Hernandez, Rosaura Quiles-Rivera, Arnaldo Ramos-Martir, Elsie Roman-Iglesias, Luz Salinas-Roldan and Maria Velez-Reyes, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions without prejudice with each side bearing its own attorneys' fees and costs.

If any of these Plaintiffs refile any action involving Bextra and/or Celebrex, they must do so in a United States District Court and shall not oppose transfer of the actions to this MDL.

DATED: 8/14/2009   By: _____

TRONCOSO & SCHELL
P.O. Box 9023352
San Juan, Puerto Rico 00904-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563
*Attorneys for Plaintiffs*

DATED: Aug 24, 2009   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Aug. 28, 2009   _____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

EAST\42530388.3