A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Aug 25, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Aug 07, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL No. 1699

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-117)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,291 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 25, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION            MDL No. 1699


## SCHEDULE CTO-117 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**                **CASE CAPTION**

FLORIDA MIDDLE
   FLM  2  09-450         David Claypool v. Pfizer Inc.
   FLM  2  09-451         Joe Kalil v. Pfizer Inc.
   FLM  2  09-452         Jean Major v. Pfizer Inc.
   FLM  2  09-453         Ruth Miller v. Pfizer Inc.
   FLM  2  09-454         Thomas Niemeyer v. Pfizer Inc.
   FLM  2  09-455         Leon Novak v. Pfizer Inc.
   FLM  2  09-456         Dale Smith v. Pfizer Inc.
   FLM  2  09-457         Lacienne Theodoris v. Pfizer Inc.
   FLM  2  09-458         Willie Tompkins v. Pfizer Inc.
   FLM  2  09-479         Vivia Codling v. Pfizer Inc.
   FLM  2  09-480         Beverly Ellberg v. Pfizer Inc.
   FLM  2  09-481         Michael Savino v. Pfizer Inc.
   FLM  2  09-482         Oliver Grant, etc. v. Pfizer Inc.
   FLM  2  09-483         Elaine Pawlak v. Pfizer Inc.
   FLM  2  09-486         Louis Pastore v. Pfizer Inc.
   FLM  2  09-489         Joan Petty v. Pfizer Inc.
   FLM  3  09-692         Eureatha Fugghett v. Pfizer Inc.

FLORIDA SOUTHERN
   FLS  0  09-61064       Weston Michael Cutler v. Pfizer Inc.
   FLS  0  09-61066       Diela Charlot v. Pfizer Inc.
   FLS  0  09-61067       Joyce Edwards v. Pfizer Inc.
   FLS  0  09-61068       Khatchir Garabedian v. Pfizer Inc.
   FLS  0  09-61070       Lena Gordon v. Pfizer Inc.
   FLS  0  09-61108       Joseph Kaufman, etc. v. Pfizer Inc.
   FLS  0  09-61109       Pasquale Berardi, etc. v. Pfizer Inc.
   FLS  0  09-61115       Scott Rodgers v. Pfizer Inc.
   FLS  0  09-61116       Bruce Rutsky v. Pfizer Inc.
   FLS  0  09-61117       Robert Levy, etc. v. Pfizer Inc.
   FLS  0  09-61118       Catherine Schroeder v. Pfizer Inc.
   FLS  0  09-61120       Theresa West v. Pfizer Inc.
   FLS  0  09-61121       Bruce Sabow v. Pfizer Inc.
   FLS  0  09-61122       Cecilia Carmichael v. Pfizer Inc.
   FLS  1  09-22088       Carey Gholston v. Pfizer Inc.
   FLS  1  09-22091       William Gwynn v. Pfizer Inc.
   FLS  1  09-22092       Dharl Keith Hollingsworth v. Pfizer Inc.
   FLS  1  09-22093       Olimpia Iglesia, etc. v. Pfizer Inc.
   FLS  1  09-22099       Danny Johnson v. Pfizer Inc.

**MDL No. 1699 - Schedule CTO-117 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS  1  09-22100 | Henry Mainer v. Pfizer Inc. |
| FLS  1  09-22101 | Earnest Mayweather, Jr. v. Pfizer Inc. |
| FLS  1  09-22102 | John Sabio, etc. v. Pfizer Inc. |
| FLS  1  09-22184 | Patricia Pruett v. Pfizer Inc. |
| FLS  1  09-22188 | Earnestine Roberts v. Pfizer Inc. |
| FLS  1  09-22195 | Edward Stanley v. Pfizer Inc. |
| FLS  1  09-22196 | Sharon Viger v. Pfizer Inc. |
| FLS  1  09-22197 | Elizabeth Watson v. Pfizer Inc. |
| FLS  1  09-22198 | Carol Bialek v. Pfizer Inc. |
| FLS  2  09-14249 | Hope Kelly, etc. v. Pfizer Inc. |
| FLS  9  09-81048 | Cathi Clinton v. Pfizer Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  09-291 | Eva Dady v. Pfizer Inc. |