1  Seth Sharrock Webb, MO Bar No. 505666
2  BROWN & CROUPPEN, P.C.
   720 Olive Street, Suite 1800
3  St. Louis, MO 63101
   Telephone: (314) 421-0216
4  Facsimile:  (314) 421-0395
   swebb@brownandcrouppen.com
5
6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

9  IN RE: BEXTRA and
10 CELEBREX MARKETING,                    MDL NO. 05- 1699
   SALES PRACTICES and                    JUDGE CHARLES R. BREYER
11 PRODUCTS LIABILITY LITIGATION

12 THIS DOCUMENT RELATES TO:
   *Elaine Smith, et. al.  v. G.D. Searle LLC, et. al.*
13 No. 3:06-cv-02101-CRB                   **ORDER TO FILE AFFIDAVIT**
   (previously Case No.                    **UNDER SEAL**
14 4:05-cv-1593-ERW EDMO USDC)

15
16             **ORDER TO FILE AFFIDAVIT UNDER SEAL**

17        Plaintiff's counsel, Brown & Crouppen P.C., through Seth S. Webb, moved for leave to
18 file the Affidavit Under Seal in support of its Motion to Withdraw as Counsel filed in George
19 Moran's case.  Plaintiff's counsel has set forth appropriate grounds to file an Affidavit Under Seal
20 in order to protect the sensitive and confidential nature of the attorney-client communications
21 between Plaintiff and Plaintiff's counsel.

22        Therefore, Brown & Crouppen, P.C.'s Motion to file Affidavit Under Seal is hereby
23 granted.

24
25 **IT IS SO ORDERED.**

26 Dated_ Sept. 8, 2009 _____       _____
                                            HONORABLE
27                                          UNITED STATES

28

                                            *IT IS SO ORDERED*
                                            *Judge Charles R. Breyer*

                                            MOTION TO WITHDRAW