IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

  *Nancy Isaac Burgos, 06-3265*

_____/

  The Court is in receipt of a September 11, 2009 motion from Plaintiff Nancy Isaac Burgos requesting that the Court set aside its judgment dismissing Plaintiff's case for failure to comply with PTO 31. The Court has also received an opposition to Plaintiff's motion from Defendant Pfizer, Inc., filed in response to Plaintiff's earlier-filed motion. Defendant's opposition repeatedly states that Plaintiff failed to comply with PTO 31's requirement that she provide a docket data sheet. Yet Plaintiff's motion purports to attach, as Exhibit A, a docket data sheet and medical records sent to defense counsel (Gordon & Rees) on January 28, 2009. Plaintiff also purports to have submitted an expert report in July 2009.

  Accordingly, Defendant is directed to submit a supplemental response within fourteen (14) days of this Order, specifically addressing the impact of the exhibits Plaintiff attached to

//

1  her September 11, 2009 motion.

2  **IT IS SO ORDERED.**

3  Dated: September 16, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreburgos.wpd