IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

  *Anita P. Mackey, 06-7628*

_____/

The Court received on September 15, 2009 a letter from Plaintiff Anita P. Mackay. In that letter, Plaintiff explains that she has suffered a variety of medical ailments and that her counsel "dismissed [her] case" when she turned down a settlement offer of $5,000. Plaintiff asks the Court to "give me my life back and a chance to live." While the Court is sympathetic to Plaintiff's circumstances, Plaintiff has not asked for a specific form of relief that the Court can provide. Further, on August 28, 2009, the Court ordered Plaintiff (among other plaintiffs) to show cause why her case should not be dismissed in light of her counsel's withdrawal. The Court further advised that "If Plaintiff[] will be proceeding without a lawyer, Plaintiff[] must advise the Court of how the Court should contact Plaintiff[]." The Court will interpret Plaintiff's letter as a request that the Court not dismiss her case; however, Plaintiff must still inform the Court whether she will be replacing her counsel or proceeding without

1 counsel. If Plaintiff is proceeding without counsel, she must advise the Court how it should
2 contact her. Plaintiff is to file this response no later than **October 2, 2009**.
3     **IT IS SO ORDERED.**
4 Dated: September 16, 2009

    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\ordersmisc\orderremackey.wpd