IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME** |

Having carefully considered Blue Cross and Blue Shield's unopposed Motion to Shorten Time for Hearing on Their Objection to the Special Master's Order Dated August 24, 2009, and finding good cause therefor, the Court GRANTS the motion. The Court will hear Blue Cross and Blue Shield's Objection on September 25, 2009, the same date as the Fairness Hearing in this case.

**IT IS SO ORDERED.**

Dated: September 17, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreBCBS.wpd