1

2   Francisco M. Troncoso, Sr.
    Troncoso & Schell
3   P.O. Box 9023352
    San Juan, Puerto Rico 00902-3352
4   Telephone: 787-722-0741
    Fax: 787-724-2563
5   Email: ftroncoso@troncosolaw.com
    Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9   _____ )
                                             )
10  IN RE: BEXTRA AND CELEBREX              )   MDL NO. 1699
    MARKETING SALES PRACTICES AND           )   District Judge: Charles R. Breyer
11  PRODUCT LIABILITY LITIGATION            )
                                             )
12  This Document Relates to:                )
                                             )
13  *Gloria Lamourt-Cardona v. Pfizer Inc, et al.*  )   STIPULATION AND ORDER OF
    (Case No. 06-2661 CRB)                  )   DISMISSAL OF ALL REMAINING
14                                           )   PLAINTIFFS WITHOUT PREJUDICE
    *Juan Lasalle-Lopez v. Pfizer Inc, et al.*      )
15  (Case No. 06-2622 CRB)                  )
                                             )
16  *Grissela Lopez-Magobet v. Pfizer Inc, et al.*  )
    (Case No. 06-2659 CRB)                  )
17                                           )
    *Carmen Marcial-Hernandez v. Pfizer Inc, et al.*)
18  (Case No. 06-2635 CRB)                  )
                                             )
19  *Rosaura Quiles-Rivera v. Pfizer Inc, et al.*   )
    (Case No. 06-2624 CRB)                  )
20                                           )
    *Arnaldo Ramos-Martir v. Pfizer Inc, et al.*    )
21  (Case No. 06-2636 CRB)                  )
                                             )
22  *Elsie Roman-Iglesias v. Pfizer Inc, et al.*    )
    (Case No. 06-2631 CRB)                  )
23                                           )
    *Luz Salinas-Roldan v. Pfizer Inc, et al.*      )
24  (Case No. 06-2623 CRB)                  )
                                             )
25  *Maria Velez-Reyes v. Pfizer Inc, et al.*       )
    (Case No. 06-2629 CRB)                  )
26                                           )
    *Wilfredo Rodriguez-Feliciano v. Pfizer Inc, et )
27  al.* (Case No. 06-2637 CRB)             )
                                             )
28  _____ )

-1-

Come now all remaining Plaintiffs in these actions, including <u>but not limited</u> to Nelson Santiago-Adames, Madelyne Rodriguez-Lamourt, Diana Rodriguez-Lamourt, Carmen Gonzalez-Martinez, Juan Colon-Lopez, Jose Colon-Lopez, Francisco Mendez-Guzman, A.M.M., B.M.M., Francisco Muniz, Jose Velez-Quiles, Samuel Velez-Quiles, Elvith Velez-Quiles, Deosdany Velez-Quiles, Rosa Velez-Quiles, Marisol Cabrera-Gonzalez, I.R.C., N.R.C., Elsie D. Roman-Roman, Luis Roman-Roman, Rolando Ayala-Toledo, Zulein Ayala-Salinas, Xavier Ayala-Salinas, Josue Ayala-Salinas, Miguel Angel Astor-Villanueva, Wilfredo Rodriguez-Feliciano, and Maria C. Gonzalez-Figueroa, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions without prejudice, with each side bearing its own attorneys' fees and costs.

If any of these Plaintiffs re-file any action involving Bextra and/or Celebrex, they must do so in a United States District Court and shall not oppose transfer of the actions to this MDL.

DATED: 9/2, 2009    By: [signature]

TRONCOSO & SCHELL
P.O. Box 9023352
San Juan, Puerto Rico 00904-3352
Telephone: (787) 722-0741
Facsimile: (787) 724-2563
*Attorneys for Plaintiffs*

DATED: 9/9, 2009    By: /s/ Loren Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

EAST\42530388.4

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: Sept. 15, 2009



Hon. Charles R. Breyer
United States D...

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

EAST\42530388.4