IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Shawn Esfahani, 3:07-cv-1354
_____/

    Now pending before the Court is the motion of Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. to withdraw as counsel of record for the above-named Plaintiff in this matter. The Court is also in receipt of a letter from Plaintiff asserting that he intends to continue to pursue his case and is in the process of obtaining new counsel.

    After carefully considering the motion, the Court GRANTS counsel's motion to withdraw as counsel of record for Plaintiff. Further, the Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. The Court will contact Plaintiff through the Spanish Fort, Alabama address included on his September 18, 2009 letter. Plaintiff is

//

//

//

//

1 advised that he must still comply with PTO 31, and must inform the Court when he has
2 obtained new counsel.
3 **IT IS SO ORDERED.**

4 Dated: September 22, 2009



HONORABLE CHARLES R. BREYER
United States District Judge