IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: JUDITH HUBBLE** |

*This document relates to:*

Judith Hubble, 06-0087
_____/

The Court is in receipt of a Notice from Plaintiff Judith Hubble that she is represented by Seth S. Webb, Esq. of Brown & Crouppen, P.C. Plaintiff's case will not be dismissed for failure to prosecute, and the Court will contact Plaintiff through her counsel.

**IT IS SO ORDERED.**

Dated: September 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrehubble.wpd