IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: PATRICK HAYNES** |

*This document relates to:*

   Patrick Haynes, 06-2443
_____/

     The Court is in receipt of a letter from Plaintiff requesting that his case not be dismissed and indicating that he will be representing himself. Plaintiff further supplied the Court with an address, telephone number and email address through which he may be contacted. After carefully considering Plaintiff's letter, the Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that he must still comply with PTO 31.

**IT IS SO ORDERED.**

Dated: September 22, 2009

                                       CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re haynes.wpd