IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW VARIOUS PLEADINGS** |

Having carefully considered Blue Cross and Blue Shield's unopposed Motion to Withdraw Various Pleadings, the Court GRANTS the motion. The Blue Cross Blue Shield Plans' Comments on and Objections to the Proposed Settlement Agreement and Release filed on July 20, 2009 (Dkt. No. 3085), and the Blue Cross Blue Shield Plans' Objection to the Special Master's Order Dated August 24, 2009 and/or Motion for Reconsideration filed on September 8, 2009 (Dkt. No. 3160) shall be withdrawn. The Court will not hear arguments about those pleadings at the upcoming hearing on September 25, 2009.

**IT IS SO ORDERED.**

Dated: September 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreBCBS2.wpd