IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: EDNA MARTINEZ** |

*This document relates to:*

    Edna J. Martinez, 07-1125
_____/

    The Court is in receipt of a filing from Plaintiff requesting that her case not be dismissed. Plaintiff also supplied the Court with an address through which she may be contacted, though she did not indicate whether she has replaced her counsel or will be proceeding without a lawyer. After carefully considering Plaintiff's letter, the Court hereby GRANTS Plaintiff's counsel's motion to withdraw. The Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that she must still comply with PTO 31, and that she should notify the Court if she replaces her counsel.

    **IT IS SO ORDERED.**

Dated: September 24, 2009

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re martinez.wpd