John R. Climaco
Lisa A. Gorshe
Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: lagors@climacolaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Alan Beach, et al., v. Pfizer Inc., et al.*<br>(Case No. 05-3805 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITHOUT PREJUDICE** |

Come now Plaintiffs, Alan and Clementina Beach, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions without prejudice, with each side bearing its own attorneys' fees and costs.

If any of these Plaintiffs re-file any action involving Bextra and/or Celebrex, they must do so in a United States District Court and shall not oppose transfer of the actions to this MDL.

DATED: 9/23, 2009    By: _____

CLIMACO, LEFKOWITZ, PECA,
  WILCOX & GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: 216.621.8484
Facsimile: 216.771.1632
*Attorneys for Plaintiffs*

-1-

DATED: 09/23, 2009     By: /s/ Loren Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: September 24, 2009

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

EAST\42566058.1