**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION REQUESTING PRO HAC VICE** |

*This document relates to:*

   *Nancy Isaac Burgos, 06-3265*

_____/

    The Court is in receipt of a motion requesting that Plaintiff's counsel, Jose R. Melendez Mulero, be permitted to appear pro hac vice. Pursuant to Pretrial Order No. 1 in this case, "attorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation, and the requirements of Northern District of California Local Rule 11-3 are waived." The Court understands from Plaintiff's filing that Mr. Mulero is both admitted to practice and in good standing in the United States District Court, District of Puerto Rico. Accordingly, Plaintiff's motion is DENIED as moot.

    **IT IS SO ORDERED.**

Dated: September 29, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreburgos phv.wpd