IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: JOHN SOUSAN** |

*This document relates to:*

   John Sousan, 06-0087
_____/

    The Court is in receipt of a letter from Plaintiff requesting that his case not be dismissed, and noting that he is not happy with the representation he received from Beasley Allen. Plaintiff also supplied the Court with an address and telephone number through which he may be contacted. After carefully considering Plaintiff's letter, the Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that he must still comply with PTO 31, and that he must inform the Court if he obtains new counsel. For the time being, the Court will assume that Plaintiff is proceeding pro se.

    **IT IS SO ORDERED.**

Dated: September 29, 2009

                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re sousan.wpd