IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MARY HICKS** |

*This document relates to:*

  Mary L. Hicks, 06-6081
_____/

The Court is in receipt of a letter from Plaintiff requesting that her case not be dismissed, and supplying the Court with an address through which she may be contacted. After carefully considering Plaintiff's letter, the Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that she must still comply with PTO 31, and that she must inform the Court if she obtains new counsel. For the time being, the Court will assume that Plaintiff is proceeding pro se.

**IT IS SO ORDERED.**

Dated: September 29, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re hicks.wpd