IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: ANITA P. MACKEY** |

*This document relates to:*

    Anita P. Mackey, 3:06-cv-7628

_____/

    The Court is in receipt of an additional letter from Plaintiff requesting that her case not be dismissed, and noting that she intends to proceed without counsel. Plaintiff also supplied the Court with an address and telephone number through which she may be contacted. After carefully considering Plaintiff's letter, the Court hereby GRANTS Plaintiff's counsel's motion to withdraw. The Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that she must still comply with PTO 31. The court further notes that Plaintiff has asked the Court to "order[] Pfizer to pay my family and me no less than $5,000,000,00." The Court is not in a position to do so.

    **IT IS SO ORDERED.**

Dated: September 29, 2009

                                           CHARLES R. BREYER
                                           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re mackey.wpd