IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB  **ORDER RE: MACK HOLT** |

*This document relates to:*

Mack Holt     06-3037
_____/

The Court ordered the plaintiff identified in the above caption to show cause why his action should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, plaintiff had not responded to the Court's Order. Accordingly, the action identified in the above caption is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**

Dated: October 6, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re holt.wpd