IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

*This document relates to:*

George Moran, Jr.    06-2101 CRB

_____/

The Court ordered the plaintiff identified in the caption to show cause why his action should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, plaintiff has not responded to the Court's Order and has not appeared at the show cause hearing. Accordingly, the action identified in the above caption is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: October 28, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moran.wpd