IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

May Joy Bradley, 06-5258 CRB

_____/

  Now pending before the Court is the motion of John Werner to withdraw as counsel for the above plaintiff in the above action. After carefully considering the motion and the declaration filed under seal therewith, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before **November 18, 2009** of the reasons the withdrawal should not be granted or the case dismissed. If Plaintiff will be proceeding without a lawyer, Plaintiff must advise the Court of how the Court should contact Plaintiff.

  Plaintiff is warned that Plaintiff's failure to communicate with the Court in writing as

1  set forth above may result in dismissal of Plaintiff's claims with prejudice.

2  Plaintiff's counsel shall ensure that Plaintiff receives a copy of this Order.

3  **IT IS SO ORDERED.**

4  Dated: October 28, 2009

5  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrejohnwerner.wpd