IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MAY JOY BRADLEY, INDIVIDUALLY | § | 06-5258 CRB |
| AND ON BEHALF OF ALL WRONGFUL | § | |
| DEATH BENEFICIARIES AND AS | § | |
| REPRESENTATIVE OF THE ESTATE | § | |
| OF JOHN WAYNE BRADLEY, DECEASED | § | MDL NO. M:05-1699 CRB |
| | § | |
| VS. | § | |
| | § | |
| PFIZER INC. | § | |

## ORDER

CAME ON TO BE HEARD Plaintiff's Administrative Motion to File Document Under Seal (Declaration of Counsel) in the above referenced cause of action, and the Court, after considering said motion is of the opinion that same should be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Administrative Motion to File Document Under Seal (Declaration of Counsel) is GRANTED.

_____
JUDGE PRESIDING

