Leila H. Watson
B. Kristian W. Rasmussen, III
**Cory, Watson, Crowder, & Degaris, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Tammie Bridgmon, Administrator of the Estate of Rose Smith, deceased v. Pfizer Inc* (06-7394 CRB)<br><br>*Harmon David Kelley, et al. v. Pfizer Inc* (06-3488 CRB)<br><br>*Randall Harrison, et al. v. Pfizer Inc* (07-2032 CRB)<br><br>*Alvin F. Johnson, et al. v. Pfizer Inc* (07-1406 CRB)<br><br>*Lorenza Minor, et al. v. Pfizer Inc* (07-1470 CRB)<br><br>*Stephen W. Morris, et al. v. Pfizer Inc* (07-2223 CRB)<br><br>*Marie A. Teal, individually v. Pfizer Inc, et al.* (08-1008 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42583498.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/3, 2009    By: /s/ Leila H. Watson

**CORY, WATSON, CROWDER, & DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
Hon. Charles R. Breyer
United States District Court