UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY** | **No. MDL 05-01699 CRB** |
|---|---|
| This Document Relates to:<br><br>Larry Brown           07-1954 CRB<br>Kathy Grant           07-1954 CRB<br>Claudia Marshall      07-1956 CRB<br>LaDonna Mueller       07-1956 CRB<br>Sandra Painter        07-1956 CRB<br>Frances Patterson     07-1956 CRB<br>Yvonne Powell         07-1955 CRB<br>Sandra Rish           07-1956 CRB<br>Brenda Russell        07-1956 CRB<br>Elizabeth Spears      07-1956 CRB<br>LeRoy Wilson, Jr.     07-1955 CRB | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

Now pending before the Court are the motions of Bradford D. Myler and Associates, counsel for the above-named Plaintiffs, to withdraw as counsel of record for the above-named Plaintiffs.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of

1  prosecution. See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the withdrawal of
2  counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify
3  the Court **in writing** on or before  **December 1, 2009** of the reasons the withdrawal should
4  not be granted or the case dismissed.  If any Plaintiff will be proceeding without a lawyer,
5  such Plaintiff must advise the Court of how the Court should contact Plaintiff.

6      Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in
7  writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

8      Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

9  **IT IS SO ORDERED**

11 Dated: November 10, 2009

                                        Hon. Charles R. Breyer
                                        United States District Court