1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12   IN RE: BEXTRA AND CELEBREX          No. MDL 05-01699
     MARKETING SALES PRACTICE, AND
13   PRODUCT LIABILITY LITIGATION

14                                       **ORDER VACATING DISMISSAL**

15   This Document Relates to:

16   Wayne Gunnison v. Pfizer, Inc., et al., 06-
     3665 CRB
17

18

19          WHEREAS, on August 28, 2009, Plaintiff's counsel moved to withdraw as counsel

20   for Plaintiff;

21          WHEREAS, on September 3, 2009, the Court entered an Order to Show Cause

22   requiring Plaintiff to notify the Court in writing on or before September 25, 2009 of the

23   reasons why his case should not be dismissed;

24          WHEREAS, on September 23, 2009, Plaintiff sent a letter to the Court by Federal

25   Express indicating that he intends to proceed with his case, but the letter inadvertently was

26   not posted on the docket such that Pfizer Inc. could be aware that Plaintiff had reached out

27   to the Court; and

28

WHEREAS, on or about September 25, 2009, the Court entered an order dismissing Plaintiff's case with prejudice for lack of prosecution;

THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The dismissal of this action with prejudice is VACATED and this case is reinstated to the Court's docket.

2.    Plaintiff's counsel's motion to withdraw is GRANTED.

3.    Plaintiff must still comply with Pretrial Order No. 35.  In particular, Plaintiff shall have 60 days from the date of this Order to comply with Pretrial Order No. 31 or face dismissal of his claims with prejudice.

4.    Plaintiff's former counsel shall forward all pleadings to Plaintiff until Plaintiff files either a Notice of Substitution of Counsel or a Notice of Intent to Proceed *Pro Se*.

**IT IS SO ORDERED**

Dated: November 10, 2009

_____
Hon. Charles R. Breyer
United States District Court