IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

07-04011 CRB Gladys Hardeman
_____/

    The Court is in receipt of a submission from Plaintiff Gladys Hardeman regarding her settlement negotiations with Pfizer. As such negotiations are confidential, the Court shall file Plaintiff's submission under seal in 07-04011. The Court is sympathetic to Plaintiff's circumstances and the loss of her husband, however it will not be taking any action on Plaintiff's submission and cannot provide Plaintiff with legal advice.

    **IT IS SO ORDERED.**

Dated: November 10, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderhardeman.wpd