IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Debra Randle,
    06-3811 CRB
_____/

    Now pending before the Court is the motion of Michael Hingle and Associates to withdraw as counsel for Plaintiff Debra Randle in the above matter. After carefully considering the motion, the Court hereby ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) Michael Hingle and Associates' motion to withdraw as counsel should not be granted; and (2) Plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court in writing on or before **December 4, 2009** of the reasons the withdrawal should not be granted or the case dismissed. If Plaintiff wishes to proceed with this action, Plaintiff

1  shall advise the Court of the name and address of Plaintiff's new counsel or, if Plaintiff
2  will be representing herself, Plaintiff must advise the Court of Plaintiff's contact
3  information.  Plaintiff is warned that her failure to communicate with the Court in writing
4  as set forth above may result in dismissal of her action with prejudice.

　　Plaintiff's counsel shall ensure that Plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Randle OSC (3).wpd