IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Henry Jones and Others, Individually and on Behalf of the Estate of Helen Bunns,
06-3684 CRB
_____/

    In light of the motion of the law firm of Michael Hingle and Associates to withdraw as counsel for Plaintiffs Henry Jones and others, individually and on behalf of the estate of Helen Bunns, in the above matter, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why Plaintiffs' lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If any Plaintiff wishes to contest the dismissal of Plaintiffs' lawsuit for failure to prosecute, Plaintiff shall notify the Court in writing on or before **December 4, 2009** of the reasons the case should not be dismissed. In particular, if any Plaintiff wishes to proceed with this action, Plaintiff shall advise the Court of the

1  name and address of Plaintiff's new counsel or, if Plaintiff will be representing himself or
2  herself, Plaintiff must advise the Court of Plaintiff's contact information.  Plaintiffs are
3  warned that failure to communicate with the Court in writing as set forth above may result
4  in dismissal of their actions with prejudice.

     Plaintiffs' counsel shall ensure that each Plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Bunns OSC (3).wpd