IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MAY JOY BRADLEY** |

*This document relates to:*

    May Joy Bradley, 06-5258
_____/

    The Court is in receipt of a filing from Plaintiff agreeing that her counsel should be permitted to withdraw, and requesting that her case not be dismissed.[1] Plaintiff also supplied the Court with an address through which she may be contacted, though she did not indicate whether she has replaced her counsel or will be proceeding without a lawyer. After carefully considering Plaintiff's letter, the Court hereby GRANTS Plaintiff's counsel's motion to withdraw. The Court will not dismiss Plaintiff's lawsuit for lack of prosecution at this time. Plaintiff is advised that she must still comply with PTO 31, and that she should notify the

//
//
//
//

---

    [1] Because the filing also includes confidential settlement information, and attorney-client privileged information, the Court will file it under seal in Ms. Bradley's case.

1  Court if she replaces her counsel.

2  **IT IS SO ORDERED.**

4  Dated: November 17, 2009

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re bradley.wpd