IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Correene Labonte and LeRoy Wilson Jr., 07-1956 and 07-1955 CRB
_____/

    The Court is in receipt of a Motion to Amend Motion to Withdraw as Counsel, filed by Bradford D. Myler and Associates, counsel for the above-named Plaintiffs. Counsel seeks to withdraw as counsel for Plaintiff Correene Labonte, and no longer seeks to withdraw as counsel for Plaintiff LeRoy Wilson Jr..

    After carefully considering the motion, and the supporting declaration, the Court no longer requires Plaintff LeRoy Wilson Jr. to contact the Court by December 1, 2009, as directed in the Court's November 10, 2009 Order.

    In addition, the Court ORDERS PLAINTIFF Correene Labonte to SHOW CAUSE as to why (1) the motion to withdraw as counsel should not be granted; and (2) Plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **December 18, 2009** of

1  the reasons the withdrawal should not be granted or the case dismissed.  In particular, if
2  plaintiff wishes to proceed with this action, she shall advise the Court of the name and
3  address of her new counsel or, if she will be representing herself, she must advise the Court
4  of her contact information.

5    Plaintiff's counsel shall ensure that plaintiff receives notice of this Order.

6  **IT IS SO ORDERED.**

7  Dated: Nov. 30, 2009



8  CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Mylerwithdraw.wpd