UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |

This Document Relates to:

| | |
|---|---|
| Larry Brown | 07-1954 CRB |
| Helen Bunns | 06-3684 CRB |
| Kathy Grant | 07-1954 CRB |
| Claudia Marshall | 07-1956 CRB |
| LaDonna Mueller | 07-1956 CRB |
| Sandra Painter | 07-1956 CRB |
| Frances Patterson | 07-1956 CRB |
| Yvonne Powell | 07-1955 CRB |
| Debra Randall | 06-3811 CRB |
| Brenda Russell | 07-1956 CRB |

1  The Court ordered the plaintiffs identified in the caption to show cause why their actions
2  should not be dismissed for lack of prosecution. As of the date listed on the show cause order,
3  no plaintiff listed in the caption has responded to the Court's order. Accordingly, the actions
4  identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil
5  Procedure 41.

6  **IT IS SO ORDERED**.

7  Dated: December 4, 2009

   _____
8  HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE