IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER RE: JUNIOR COUNTS** |

*This document relates to:*

Junior Counts v. Pfizer, et al., 3:06-cv-2081

    The Court is in receipt of a submission from Plaintiff Junior Counts, attaching "documentation pertinent to my Celebrex case," and including a letter to the Court stating that he and others like him are the real "experts." The Court is not in a position to advise Plaintiff as to how to litigate his case against Pfizer. Pretrial Order No. 31 ("PTO 31") requires the submission of case-specific expert reports "regarding causation, signed and sworn to by a physician or other medical expert." Those expert reports are to be sent to Stuart M. Gordon, Esq., as outlined in PTO 31, and not to the Court.

    Because Plaintiff's submission includes medical information and correspondence which Plaintiff might need going forward, the Court is returning Plaintiff's submission to

//

//

//

1  him. However, the Court will not take any further action on Plaintiff's submission.

**IT IS SO ORDERED.**

Dated: December 8, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrecounts2.wpd