United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Manuel Gonzales, 06-7284 CRB;
    Johnnie Fields, 06-7284
_____/

       The Court is in receipt of two Motions to Withdraw as Counsel, filed by the Corea Firm, PLLC, counsel for the above-named Plaintiffs.

       After carefully considering the motion, and the supporting declarations, the Court ORDERS PLAINTIFFS to SHOW CAUSE as to why (1) the motions to withdraw as counsel should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiffs wish to contest the withdrawal of counsel and/or dismissal of Plaintiffs' lawsuits for failure to prosecute, Plaintiffs shall notify the Court in writing on or before **December 30, 2009** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if Plaintiffs wish to proceed with this action, they shall advise the Court of the name and address of their new counsel or, if they will be

1 representing themselves, they must advise the Court of their contact information.

2     Plaintiffs' counsel shall ensure that Plaintiffs receive notice of this Order.

3 **IT IS SO ORDERED.**

4 Dated: December 8, 2009



5 CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\showcauseorders\coreawithdraw.wpd  2