IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Rodney Foushee, 06-0087
Lorine Riley, 08-1858

    Now pending before the Court is the motion of Beasley, Allen, Crow, Methvin, Portis and Miles, P.C., counsel for the above-named Plaintiffs, to withdraw as counsel of record in this matter.

    After carefully considering the motion, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiffs wish to contest the withdrawal of counsel and/or dismissal of Plaintiffs' lawsuits for failure to prosecute, Plaintiffs shall notify the Court **in writing** on or before **January 8, 2010** of the reasons the withdrawal should not be granted or the cases dismissed. If Plaintiffs will be proceeding without a lawyer, Plaintiffs must advise the Court of how the Court should contact Plaintiffs.

Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

**IT IS SO ORDERED.**

Dated: December 18, 2009



HONORABLE CHARLES R. BREYER
United States District Judge

G:\CRBALL\2005\1699\showcauseorders\beasleyosc7.wpd        2