IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Charles Snodgrass, 06-4661
_____/

Now pending before the Court is the motion of Beasley, Allen, Crow, Methvin, Portis and Miles, P.C., counsel for the above-named Plaintiff[1], to withdraw as counsel of record in this matter.

After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before **February 5, 2010** of the reasons the withdrawal should not be granted or the case dismissed. If Plaintiff will be proceeding without a lawyer, Plaintiff must advise the Court of how the Court should contact Plaintiff.

---

[1] The Court understands that Nancy Wilson is pursuing the case on behalf of Charles Snodgrass (deceased).

1   Plaintiff is warned that Plaintiff's failure to communicate with the Court in writing as
2   set forth above may result in dismissal of Plaintiff's claims with prejudice.
3   Plaintiff's counsel shall ensure that Plaintiff receives a copy of this Order.
4   **IT IS SO ORDERED.**

Dated: January 5, 2010



HONORABLE CHARLES R. BREYER
United States District Judge