1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE BEXTRA AND CLELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY 13  LITIGATION | CASE NO.  MDL No.  1699 |
| 14  This Document Relates to: | **ORDER OF DISMISSAL WITH PREJUDICE** |
| 15  Johnny Fields, 06-7284 CRB 16  Manuel Gonzales, 06-7284 CRB Theresa Blackbull, 07-1956 CRB 17  Sandra Rish, 07-1956 CRB Elizabeth Spears, 07-1956 CRB 18  Rodney Foushee, 06-0087 19  Lorine Riley, 08-1858 20 | |

21

        The Court ordered the plaintiffs identified in the above caption to show cause why their

22

actions should not be dismissed for lack of prosecution.  As of the date identified on the show

23

cause order, Plaintiffs have not responded.  Accordingly, the actions identified in the above

24

 //

25

 //

26

//

27

28

1

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB

1    caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

2          **IT IS SO ORDERED**.

3

4    Dated: January 8, 2010

           _____
           HONORABLE CHARLES R.  BREYER
           UNITED STATES DISTRICT JUDGE

5

6    G:\CRBALL\2005\1699\dismissalorders\orderre 12-30-09 and 1-8-10.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB