UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Correene LaBonte     07-1956 CRB | CASE NO. MDL No. 1699<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court ordered the plaintiff identified in the caption to show cause why her action should not be dismissed for lack of prosecution. As of the date on the show cause order, plaintiff had not responded to the Court's Order. Accordingly, the action identified in the above caption is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**

Dated: January 12, 2010

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE