1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Charles Snodgrass          06-4661-CRB | CASE NO. MDL No. 1699<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DISMISSAL WITH PREJUDICE** |
|---|---|

WHEREAS, the stipulation of dismissal for Plaintiff was entered inadvertently in connection with a dismissal involving multiple other Plaintiffs' cases that were resolved at the same time;

THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE THAT, pursuant to Federal Rule of Civil Procedure 41(a), the Court should vacate the dismissal of this action with prejudice and reinstate this case to the Court's docket.

-1-
STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE
EAST\42641983.1

| | | |
|---|---|---|
| 1 | DATED:  December 18, 2009 | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |

By:  /s/ *Navan Ward, Jr.*
   Navan Ward, Jr.
   E. Frank Woodson
   218 Commerce Street
   Post Office Box 4160
   Montgomery, Alabama 36103
   Telephone:  334-269-2343
   Facsimile:  334-954-7555

ATTORNEYS FOR PLAINTIFFS

DATED:  December 18, 2009          DLA PIPER LLP (US)

By:  /s/ *Loren H. Brown*
   Loren H. Brown
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone: 212.335.4500
   Facsimile: 212.335.4501

ATTORNEYS FOR DEFENDANTS

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Jan. 8, 2010

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
STIPULATION AND ORDER VACATING DISMISSAL WITH PREJUDICE

EAST\42641983.1