IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Manuel Gonzales, 06-7284 CRB;
    Johnnie Fields, 06-7284
_____/

    The Court is in receipt of two Motions to Withdraw as Counsel, filed by the Corea Firm, PLLC, counsel for the above-named Plaintiffs. It is also in receipt of a stipulation between the parties. Pursuant to the stipulation, the lawsuits above are reinstated, and Plaintiffs' counsel's motions to withdraw as counsel are hereby reinstated.

    After carefully considering the motions, the Court ORDERS PLAINTIFFS to SHOW CAUSE as to why (1) the motions to withdraw as counsel should not be granted; and (2) plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If Plaintiffs wish to contest the withdrawal of counsel and/or dismissal of their lawsuits for failure to prosecute, Plaintiffs shall notify the Court in writing on or before **May 9, 2010**, of the reasons the withdrawal should not be granted. In particular, if Plaintiffs wish to proceed with this action, they shall advise the Court of the name and address of their new counsel or,

1 if they will be representing themselves, they must advise the Court of their contact
2 information.
3     Plaintiffs' counsel shall ensure that Plaintiffs receive notice of this Order.
4 **IT IS SO ORDERED.**

Dated: April 6, 2010



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7284\coreawithdraw.wpd        2