**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-1699 CRB<br><br>**AMENDMENT TO ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

    Manuel Gonzales, 06-7284 CRB;
    Johnnie Fields, 06-7284
_____/

    This Court previously issued an order to show cause to Plaintiffs. See Dkt. #15. That order erroneously set May 9, 2010, which is a Sunday, as the date by which Plaintiffs are required to respond. That date is hereby VACATED. Instead, Plaintiffs are hereby ORDERED to notify the Court in writing on or before **May 14, 2010** of the reasons the withdrawal should not be granted or the case dismissed.

    **IT IS SO ORDERED.**

Dated: April 9, 2010

                                                               CHARLES R. BREYER
                                                               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7284\AMENDED coreawithdraw.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2006\7284\AMENDED coreawithdraw.wpd