UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| This Document Relates to:<br><br>Tammie Jeffurs, 07-1926 CRB<br>Cassandra Delille, 07-1926 CRB | **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court ordered the plaintiffs identified in the caption to show cause why their actions should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, plaintiffs have not responded to the Court's Order and have not appeared at the show cause hearing. Accordingly, the actions identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

//
//
//
//
//
//

1 **IT IS SO ORDERED.**

3  Dated: April 9, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE