IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER ON MOTIONS FOR EXTENSION OF TIME AND FOR LEAVE TO APPEAR** |

*This document relates to:*

Nancy Isaac-Burgos, No. 06-3265
_____/

Now pending before this Court are Plaintiff's motions for an extension of time and for leave to appear. Good cause appearing, Plaintiff's motion for leave to appear is GRANTED. In light of this new representation, Plaintiff's request for an extension of this Court's previously entered stay is also GRANTED. The stay is hereby extended until May 31, 2010.

**IT IS SO ORDERED.**

Dated: April 23, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\Burgos Extension.wpd