# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITigation, _____/ | No. MDL 05-1699 CRB  **ORDER DENYING MOTION TO REINSTATE CASE** |

*This document relates to:*

CYNTHIA LYNCH, 07-3745 CRB
_____/

This Court is in receipt of Plaintiff's motion to reinstate her case. For the reasons stated in Defendant's opposition, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: April 29, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE