1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

IN RE:  BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CASE NO. M:05-CV-01699-CRB

12

MDL No. 1699

13

This Order Relates to:

14

ALL CASES.

15

**PRETRIAL ORDER NO. 31C:
APPLICATION OF PRETRIAL ORDER
NO. 31 TO ALL REMAINING PLAINTIFFS
IN MDL PROCEEDINGS**

16
17

This Court previously entered Pretrial Order No. 31 ("PTO 31"), which required certain

18

plaintiffs with claims filed in this MDL proceeding as of September 30, 2008 – as well as any

19

other plaintiffs whose cases were originally filed in, transferred to, or removed to this Court and

20

assigned thereto after September 30, 2008 – to:  (1) provide Docket Data Sheets to Defendants,

21

(2) engage in settlement discussions with Defendants, and (3) provide Case-Specific Expert

22

Reports as to injury causation if those discussions were not successful.

23

IT IS HEREBY ORDERED that PTO 31 shall apply **in its entirety** to all remaining

24

plaintiffs in these MDL proceedings.  In particular, any plaintiff not previously required to

25

comply with PTO 31 by providing a Docket Data Sheet shall do so by **June 30, 2010**.  Each

26

Plaintiff shall send his or her Docket Data Sheet to Defendants' counsel by Federal Express or

27

email at the following address:

28

/////

-1-

1

Michelle Sadowsky, Esq.
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
michelle.sadowsky@dlapiper.com

2

3

4

5   If any plaintiff does not provide a Docket Data Sheet that complies with PTO 31 by June 30,

6   2010, the compliance procedures in PTO 31 shall apply, **along with the rest of that order**.  In

7   other words, if a plaintiff does provide a satisfactory Docket Data Sheet to Defendants, the parties

8   then must engage in private settlement discussions.  If those discussions are unsuccessful,

9   Defendants must issue a Notice of Unsuccessful Settlement Conference, after which the plaintiff

10  will be required to provide a Case-Specific Expert Report that complies with PTO 31, after which

11  Defendants may move for summary judgment, if appropriate.  If a plaintiff fails to provide a

12  Case-Specific Expert Report by the required time, the plaintiff will be subject to the compliance

13  procedures in PTO 31.

14  **IT IS SO ORDERED.**

15

16  Dated:  April 30, 2010

17  _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

-2-