IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

Johnnie Fields, 06-7284
_____/

    Now before the Court is Plaintiff's counsel's Motion to Withdraw. For good cause shown, the Motion is hereby GRANTED. Mr. Fields must comply with all applicable pretrial orders, including Pretrial Order Nos. 6, 31, and 35. In particular, Mr. Fields shall file a Notice of Substitution of Counsel or a Notice of Intent to Proceed *Pro Se* with his contact information.

    Until such time, Plaintiff's former counsel shall forward all relevant pleadings filed on ECF to Mr. Fields.

**IT IS SO ORDERED.**

Dated: May 19, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\JohnnyFieldsWithdraw.wpd