Filed
RECEIVED
21
MAY 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br>MDL Case No. 7-0467 CRB | Plaintiff: Nancy C. Williams |

MDL 1699

## AGREED ORDER SUBSTITUTING PLAINTIFF'S COUNSEL

Comes the Plaintiff, through counsel, and hereby substitutes her counsel in this case, relieving Shumacker, Witt, Gaither & Whitaker, P.C. and replacing it with William G. Colvin, PLLC.

Enter this 21st day of May, 2010.

_____
Honorable Charles R. Breyer
United States District Judge

Approved for Entry:

**SHUMACKER WITT GAITHER & WHITAKER, P.C.**

By: _____
Scott M. Shaw, Ga. Bar No. 638614
1100 SunTrust Bank Building
736 Market Street
Chattanooga, TN 37402
Telephone: (423) 425-7000
Facsimile: (423) 266-1842
Attorneys for Plaintiff

**[This space intentionally left blank]**

**WILLIAM G. COLVIN PLLC**

By: /s/ William G. Colvin

William G. Colvin (TN BPR#006733)
801 Broad Street, Ste 428
Chattanooga, TN 37402
Phone 423-265-8804

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for all parties to this proceeding by first class mail, postage prepaid.

On this, the 14th day of May, 2010

Raymond M Williams, Esq.
DLA Piper LLP (US)
One Liberty Place
1650 Market Street - Suite 4900
Philadelphia, Pennsylvania 19103
T 215.656.3368
F 215.606.3388
M 267.312.2810
raymond.williams@dlapiper.com

Michelle W. Sadowsky, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
T: 212.335.4625
F: 212.884.8675
michelle.sadowsky@dlapiper.com

N. Karen Deming, Esq.
Adam C. Bassing, Esq.
Troutman Sanders, LLP
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308-2216
404. 885. 3000
karen.deming@troutmansanders.com
adam.bassing@troutmansanders.com

/s/ William G. Colvin
WILLIAM G. COLVIN, PLLC