IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA U. LYNCH,<br><br>    Plaintiff,<br><br>  v.<br><br>PFIZER INC.,<br><br>    Defendant.               / | No. C 07-3745 CRB<br><br>**ORDER** |

Plaintiff Lynch once again seeks to reopen her case, but provides no new reasons that could justify such a decision. Plaintiff's claim was dismissed with prejudice on September 25, 2009, for failure to comply with Pretrial Order No. 31. There is no reason to believe that, after numerous chances and repeated failures, Lynch is now willing and capable to comply with the Order. Her motion is therefore DENIED.

**IT IS SO ORDERED.**

Dated: June 24, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\MISC\Lynch_Reconsideration.wpd