IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFDAR LILAK, | No. C 08-5777 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| PFIZER CORP., | |
| Defendant. / | |

Plaintiff Safdar Lilak asks this Court to reconsider its order of April 28, 2010, dismissing his case with prejudice. However, Lilak fails to identify any ground sufficient under Rule 60 for reconsideration. For the reasons stated in this Court's previous order, dismissal was appropriate. His motion is therefore DENIED.

**IT IS SO ORDERED.**

Dated: June 24, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\MISC\Lilak_Reconsideration.wpd