1 | THOMAS V. GIRARDI - BAR NO. 36603
2 | V. ANDRE SHERMAN - BAR NO. 198684
  | Girardi | Keese
  | 1126 Wilshire Boulevard
3 | Los Angeles, California 90017
  | Telephone: (213) 977-0211
4 | Facsimile: (213) 481-1554
  | Attorneys for Plaintiffs

FILED

JUL 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-4011 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Hakim A. Chaudry, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Roy Lacey, Jeffrey A. Doughty for Emma Jean Staten, Raymond Elmo Birch, Catherine D. Birch, Roger L. Birch-Mariner, James R. Birch, K. Alexander Birch, and Linda R. Birch for Carol Birch in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 3/9, 2010   By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: July 8, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE