```
1  Daniel E. Becnel, Jr.
   Becnel Law Firm, L.L.C.
2  106 West Seventh Street
   P.O. Drawer H
3  Reserve, LA 70084-2095
   Telephone: (985) 536-1186
4  Facsimile: (985) 536-6445
   Attorneys for Plaintiffs
```

FILED
JUL 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-3526 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Barbara Abrell, et al.,<br><br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>　　　　　　　　Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Marie Suarez, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: July 27, 2010    By: _____

BECNEL LAW FIRM, L.L.C.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiffs*

DATED: July 22, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**