| | |
|---|---|
| 1 | THOMAS V. GIRARDI - BAR NO. 36603 |
| | V. ANDRE SHERMAN - BAR NO. 198684 |
| 2 | Girardi | Keese |
| | 1126 Wilshire Boulevard |
| 3 | Los Angeles, California 90017 |
| | Telephone (213) 977-0211 |
| 4 | Facsimile: (213) 481-1554 |
| | Attorneys for Plaintiffs |

FILED

JUL 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Vaniel Lee Morton, et al. v. Pfizer Inc*<br>(06-6045 CRB)<br><br>*Tommy Lee Watkins, Jr., et al. v. Pfizer Inc*<br>(06-6046 CRB)<br><br>*Thomas Moody, et al. v. Pfizer Inc*<br>(07-1863 CRB)<br><br>*Leslie T. Johnson v. Pfizer Inc, et al.*<br>(07-1989 CRB)<br><br>*Janet Akita, et al. v. Pfizer Inc, et al.*<br>(08-4099 CRB) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 3-9, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: July 8, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**