1 | THOMAS V. GIRARDI - BAR NO. 36603
V. ANDRE SHERMAN - BAR NO. 198684
2 | Girardi | Keese
1126 Wilshire Boulevard
3 | Los Angeles, California 90017
Telephone (213) 977-0211
4 | Facsimile: (213) 481-1554
Attorneys for Plaintiffs

5

6

**FILED**

**JUL 27 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX                    **MDL NO. 1699**
MARKETING SALES PRACTICES AND        **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION

14 | This Document Relates To:

15 | *Vaniel Lee Morton, et al. v. Pfizer Inc*      **STIPULATION AND ORDER OF**
(06-6045 CRB)                                   **DISMISSAL WITH PREJUDICE**
16

17 | *Tommy Lee Watkins, Jr., et al. v. Pfizer Inc*
(06-6046 CRB)

18 | *Thomas Moody, et al. v. Pfizer Inc*
(07-1863 CRB)
19

20 | *Leslie T. Johnson v. Pfizer Inc, et al.*
(07-1989 CRB)

21 | *Janet Akita, et al. v. Pfizer Inc, et al.*
(08-4099 CRB)
22

23

24          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

25 | undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

26 | stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

27 | //

28 | //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 3-9, 2010     By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: July 8, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 26, 2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE