UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **NO. MDL 05-1699 CRB** |
| This Document Relates to:<br><br>Anush Bagramyan   07-4799 CRB<br>Donald Clarke      07-3211 CRB<br>Teri Debnam        06-2484 CRB<br>Larry Haymore      07-1095 CRB<br>Harry Lambert      06-0723 CRB<br>Lora Mason         07-3211 CRB<br>Anita McDonald     07-0403 CRB<br>Karen Mullanix     06-0089 CRB<br>Shandra Pearce     07-3062 CRB<br>Juanice Powers     07-0288 CRB<br>Olivette Woods     07-0403 CRB | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

Now pending before the Court are the motions of counsel for the above-named Plaintiffs to withdraw as counsel of record for the above-named Plaintiffs.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before

- 2 -

1    **September 24, 2010** of the reasons the withdrawal should not be granted or the case
2    dismissed.  If any Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the
3    Court of how the Court should contact Plaintiff.
4        Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as
5    set forth above may result in dismissal of Plaintiffs' claims with prejudice.
6        Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.
7    **IT IS SO ORDERED.**
8
9    Dated:  September 2, 2010                    _____
10                                                  Hon. Charles R. Breyer
                                                  United States District Court