UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **No. MDL 05-1699 CRB** |
| This Document Relates to: | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |
| Norvill Adkins           06-1879 CRB | |
| Direl Fyffe              06-1879 CRB | |
| Bufard Howard            06-1879 CRB | |
| Della Howard             06-1879 CRB | |
| Otto Ramos Morales       06-2438 CRB | |
| Sybil Carter             06-3528 CRB | |
| Crystal Dixon            06-3528 CRB | |
| Priscilla Labeaud        06-3528 CRB | |
| Sofya Prilutskaya        06-3528 CRB | |
| Debra Scroggins          06-3528 CRB | |
| Vivian Schultz           06-6548 CRB | |
| Esfir Klebanova          07-2212 CRB | |

-1-

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**

Now pending before the Court are the motions of counsel for the above-named Plaintiffs to withdraw as counsel of record for the above-named Plaintiffs.  For Plaintiffs Norvill Adkins, Priscilla Labeaud and Sofya Prilutskaya, the captions of the Court's previously filed Order Re: Motion to Withdraw as Counsel, dated July 28, 2010, and subsequent Order of Dismissal with Prejudice, dated September 1, 2010, contained spelling mistakes in the Plaintiffs' names.  For Della Howard, the caption of the Order of Dismissal with Prejudice, dated September 1, 2010, contained a spelling mistake in this Plaintiff's name.  For Plaintiffs Direl Fyffe, Bufard Howard, Sybil Carter, Crystal Dixon, Debra Scroggins and Vivian Schultz, the captions of the Court's previously filed Order Re: Motion to Withdraw as Counsel, dated July 28, 2010, and subsequent Order of Dismissal with Prejudice, dated September 1, 2010, incorrectly listed the deceased party instead of the representative party.  For Otto Ramos Morales, the captions of the Court's previously filed Order Re: Motion to Withdraw as Counsel, dated July 22, 2010, and subsequent Order of Dismissal with Prejudice, dated September 1, 2010, incorrectly listed an administratrix for this Plaintiff.  For Esfir Klebanova, the caption of the Court's previously filed Order Re: Motion to Withdraw as Counsel, dated July 22, 2010, and subsequent Order of Dismissal with Prejudice, dated September 1, 2010, listed the incorrect case number for this Plaintiff.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or before **September 24, 2010** of the reasons the withdrawal should not be granted or the case dismissed. If any Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of how the Court should contact Plaintiff.

Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

**IT IS SO ORDERED**

Dated: September 10, 2010



Hon. Charles R. Breyer
United States District Court

-3-

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**