1   John J. Carey
    CAREY & DANIS, LLC
2   8235 Forsyth Blvd., Suite 1100
    St. Louis, Missouri 63105
3   Telephone: 314-725-7700
    Facsimile:  314-721-0905
4   Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX          Case No. : 07-1769 CRB
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION        MDL NO. 1699
                                        District Judge:  Charles R. Breyer
14  ─────────────────────────────

15  Colleen Dale, et al.,

16                        Plaintiffs
                                        STIPULATION AND ORDER OF
17  vs.                                 DISMISSAL WITH PREJUDICE

18  Pfizer Inc, et al.,

19                        Defendants.

20

21        Come now the Plaintiff, Michael McDonough, in the above-entitled action and

22  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

24

25

26

27

28

                                        -1-

          STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

2

3

4    DATED: 7/27, 2010    By: _____

5

6                         GAREY & DANIS, LLC
                          8235 Forsyth Blvd., Suite 1100
                          St. Louis, Missouri 63105
7                         Telephone: 314-725-7700
                          Facsimile: 314-721-0905

8

9                         *Attorneys for Plaintiffs*

10

11   DATED: Sept. 23, 2010    By: _____/s/_____

12

13                         DLA PIPER LLP (US)
                          1251 Avenue of the Americas
14                        New York, New York 10020
                          Telephone: 212-335-4500
15                        Facsimile: 212-335-4501

16                         *Defendants' Liaison Counsel*

17

18

19   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.

20

21   Dated: 9/24/2010    _____

22                       Hon. Charles R. Breyer
                         United States District Court

23

24

25

26

27

28
                                     2
     _____
            STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE