1  John J. Carey
   CAREY & DANIS, LLC
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-725-7700
   Facsimile: 314-721-0905
4  Attorneys for Plaintiffs

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-1769 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| 14 | |
| 15 Colleen Dale, et al., | |
| 16                    Plaintiffs | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| 17 vs. | |
| 18 Pfizer Inc, et al., | |
| 19                    Defendants. | |

20

21      Come now the Plaintiff, Michael McDonough, in the above-entitled action and

22  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice

24

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 7/27, 2010   By: _____

GAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010   By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 9/24/2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE