1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-678-3400
   Facsimile:  314-678-3401
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX            Case No. : **06-5451 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION          **MDL NO. 1699**
                                          **District Judge:  Charles R. Breyer**
14
15  Irene Anders, et al.,

16                          Plaintiffs

17    vs.                                 **STIPULATION AND ORDER OF
                                          DISMISSAL WITH PREJUDICE**
18  Walgreen Co., et al.,

19                          Defendants.

20

21       Come now the Plaintiffs, Irene Anders, Judith Thompson, and Richard Reed, in the

22  above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to

23  Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

24  with prejudice as to the plaintiffs named herein only with each side bearing its own attorneys'

25

26

27

28

                                         -1-

fees and costs.

DATED: 9/14, 2010   By: _____

                        **THE LOWE LAW FIRM**
                        8235 Forsyth Blvd, Suite 1100
                        St. Louis, Missouri 63105
                        Telephone: 314-678-3400
                        Facsimile:  314-678-3401

                        *Attorneys for Plaintiffs*

DATED: Sept. 23, 2010   By: _____/s/_____

                        **DLA PIPER LLP (US)**
                        1251 Avenue of the Americas
                        New York, New York 10020
                        Telephone:  212-335-4500
                        Facsimile: 212-335-4501

                        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/24/2010   _____
                      Hon. Charles R. Breyer
                      United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE