1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-725-7700
   Facsimile: 314-721-0905
4  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-0288 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Wayne Adamson, et al.,<br>　　　　　Plaintiffs<br>vs.<br>Pfizer Inc, et al.,<br>　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Tollie Brown, George Farmer, Anthony DiRocco for Virginia DiRocco, and Robert Flanigan, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only

1  with each side bearing its own attorneys' fees and costs.

2

3

4  DATED: 7/27, 2010   By: _____

5

6  CAREY & DANIS, LLC
   8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
7  Telephone: 314-725-7700
   Facsimile: 314-721-0905

8

   *Attorneys for Plaintiffs*
9

10  DATED: Sept. 23, 2010   By: /s/

11

12  DLA PIPER LLP (US)
    1251 Avenue of the Americas
    New York, New York 10020
13  Telephone: 212-335-4500
    Facsimile: 212-335-4501

14

    *Defendants' Liaison Counsel*
15

16

17

18  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.

19

20  Dated: Sept. 24, 2010   _____

21  Hon. Charles R. Breyer
    United States District Court

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE