1 | Jeffrey J. Lowe
**The Lowe Law Firm**
2 | 8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
3 | Telephone: 314-678-3400
Facsimile: 314-678-3401
4 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-7742 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Marilyn McCandless, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Billy Pettry and Jerry Kemp, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 9/14, 2010   By: _____

**THE LOWE LAW FIRM**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 09/24/10   _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**