Jeffrey J. Lowe
**The Lowe Law Firm**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. : 07-0403 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Betty Sherman, et al.,<br><br>                              Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, William Fiedler, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    herein only with each side bearing its own attorneys' fees and costs.

2

3

4    DATED: 9/14, 2010        By: _____

5                             **THE LOWE LAW FIRM**
6                             8235 Forsyth Blvd, Suite 1100
                              St. Louis, Missouri 63105
7                             Telephone: 314-678-3400
                              Facsimile: 314-678-3401
8
                             *Attorneys for Plaintiffs*
9

10

11   DATED: Sept 23, 2010     By: _____

12

13                            **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
14                            New York, New York 10020
                              Telephone: 212-335-4500
15                            Facsimile: 212-335-4501

16                            *Defendants' Liaison Counsel*

17

18   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
19   **IT IS SO ORDERED.**

20

21   Dated: Sept 24, 2010     _____

22                            Hon. Charles R. Breyer
                              United States District Court
23

24

25

26

27

28
                             -2-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE