1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-725-7700
   Facsimile: 314-721-0905
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0536 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Seaborn Bishop, et al., <br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc. et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, James Adams, Michael Braddock, Rosie Leach, Mary Moore, and Belinda Havard, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

1.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2
  each side bearing its own attorneys' fees and costs.

3

4

5   DATED: _____, 2010    By: /s/

6
                                        **CAREY & DANIS, LLC**
7                                       8235 Forsyth Blvd., Suite 1100
                                        St. Louis, Missouri 63105
8                                       Telephone: 314-725-7700
                                        Facsimile: 314-721-0905
9
                                        *Attorneys for Plaintiffs*
10

11

12  DATED: Sept 23, 2010    By: /s/

13

14                                      **DLA PIPER LLP (US)**
                                        1251 Avenue of the Americas
15                                      New York, New York 10020
                                        Telephone: 212-335-4500
16                                      Facsimile: 212-335-4501

17                                      *Defendants' Liaison Counsel*

18

19
    PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
20  IT IS SO ORDERED.

21

22  Dated: 09/24/10
                                        Hon. Charles R. Breyer
23                                      United States District Court

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE