1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-725-7700
   Facsimile: 314-721-0905
4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-1095 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Vincent Lombardo, et al., <br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Edith Saunders as the Administrator for the Estate of Omie Newkirk, Floyd Loomis, and Scott Piantek, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  only with each side bearing its own attorneys' fees and costs
2
3
4   DATED: 7/27, 2010      By: _____
5
                                CAREY & DANIS, LLC
6                               8235 Forsyth Blvd., Suite 1100
                                St. Louis, Missouri 63105
7                               Telephone: 314-725-7700
                                Facsimile: 314-721-0905
8
                                *Attorneys for Plaintiffs*
9
10
11  DATED: Sept. 23, 2010   By: /s/
12
                                DLA PIPER LLP (US)
13                              1251 Avenue of the Americas
                                New York, New York 10020
14                              Telephone: 212-335-4500
                                Facsimile: 212-335-4501
15
                                *Defendants' Liaison Counsel*
16
17
18
19  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.
20
21  Dated: 09/24/10
                                _____
22                              Hon. Charles R. Breyer
                                United States District Court
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE