John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 07-3211 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Patsy Baker, et al., <br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al., <br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Patty Bird, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: 9/7, 2010     By: /s/

CAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010     By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 09/27/10

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE