John L. Young
Law Offices of John L. Young
915 St. Louis Street
New Orleans, LA 70112
Telephone: (504) 581-2200
jlylaw@aol.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-03677 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Louise L. McConnell, et al.,<br><br>            Plaintiffs<br>vs.<br><br>Pfizer Inc,<br><br>            Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Louise L. McConnell and Daniel McConnell, in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**prejudice** as to all parties with each side bearing their own attorneys' fees and costs.

DATED: July 16, 2010    By: _____

LAW OFFICES OF JOHN L. YOUNG
915 St. Louis Street
New Orleans, LA 70112
Telephone: (504) 581-2200

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 27, 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE