1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-678-3400
   Facsimile: 314-678-3401
4  Attorneys for Plaintiffs

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **Case No. : 06-3038 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                            **District Judge:  Charles R. Breyer**
14
    Bernadette Dryer, et al.,
15
                              Plaintiffs
16                                          **STIPULATION AND ORDER OF**
    vs.                                     **DISMISSAL WITH PREJUDICE**
17
18  Pfizer Inc, et al.,
19                            Defendants.
20

21       Come now Plaintiffs in the above-entitled action and Defendants, by and through the

22  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

23  stipulate to the dismissal of this action **with prejudice** as to all plaintiffs named therein with

24

25

26

27

28

                                          -1-

                STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    each side bearing its own attorneys' fees and costs.

2

3

4    DATED: 9/14 , 2010        By:

5                                   **THE LOWE LAW FIRM**

6                                   8235 Forsyth Blvd, Suite 1100
                                    St. Louis, Missouri 63105

7                                   Telephone: 314-678-3400
                                    Facsimile: 314-678-3401

8
                                    *Attorneys for Plaintiffs*

9

10

11   DATED: Sept. 23 , 2010        By:                /s/

12

13                                  **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas

14                                  New York, New York 10020
                                    Telephone: 212-335-4500

15                                  Facsimile: 212-335-4501

16                                  *Defendants' Liaison Counsel*

17

18

19   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

20

21   Dated: 09/27/10

22                                  Hon. Charles R. Breyer
                                    United States District Court

23

24

25

26

27

28
                                    -2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE