1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX           Case No. : 06-2484 CRB
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION         **MDL NO. 1699**
                                         District Judge: Charles R. Breyer
14  _____

15  Bobby Joe Conley, et al.,

16                      Plaintiffs       **STIPULATION AND ORDER OF**
                                         **DISMISSAL WITH PREJUDICE**
17         vs.

18  Pfizer Inc, et al.,

19                      Defendants.

20

21      Come now the Plaintiffs, Paul Powell and Betty Wright, in the above-entitled action and

22  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

2

3

4 DATED: 7/27, 2010    By: [signature]

5

6 **CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
7 Telephone: 314-725-7700
Facsimile: 314-721-0905

8

*Attorneys for Plaintiffs*

9

10 DATED: Sept. 23, 2010    By: /s/

11

12 **DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
13 Telephone: 212-335-4500
Facsimile: 212-335-4501

14

*Defendants' Liaison Counsel*

15

16

17

18 PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

19

20 Dated: 09/27/10    [signature]

21 Hon. Charles R. Breyer
United States District Court

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE