UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL 05-01699 CRB |
| This Document Relates to: | **ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |
| Barbara Hunter             06-6419 CRB | |
| Floyd Thanes               08-1411 CRB | |
| Stephanie Pearson       10-3060 CRB | |

Now pending before the Court are the motions of counsel for the above-named Plaintiffs to withdraw as counsel of record for the above-named Plaintiffs.

After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsels' motions to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court **in writing** on or **before October 29, 2010** of the reasons the withdrawal should not be granted or the case dismissed. If any

-2-

1  Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of how the
2  Court should contact Plaintiff.
3      Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as
4  set forth above may result in dismissal of Plaintiffs' claims with prejudice.
5      Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.
6
7  **IT IS SO ORDERED.**
8  Dated: September 28, 2010
9                                Hon. Charles R. Breyer
                              United States District Court

-2-
ORDER RE:  MOTION TO WITHDRAW AS COUNSEL