**FILED**

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL 05-1699 CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Karen Mullanix           06-0089 CRB<br>Harry Lambert          06-0723 CRB<br>Norvill Adkins          06-1879 CRB<br>Direl Fyffe             06-1879 CRB<br>Bufard Howard          06-1879 CRB<br>Della Howard           06-1879 CRB<br>Otto Ramos Morales     06-2438 CRB<br>Teri Debnam            06-2484 CRB<br>Sybil Carter            06-3528 CRB<br>Crystal Dixon          06-3528 CRB<br>Priscilla Labeaud       06-3528 CRB<br>Sofya Prilutskaya      06-3528 CRB<br>Debra Scroggins        06-3528 CRB<br>Vivian Schultz          06-6548 CRB<br>Juanice Powers         07-0288 CRB<br>Anita McDonald         07-0403 CRB<br>Olivette Woods         07-0403 CRB<br>Larry Haymore          07-1095 CRB<br>Esfir Klebanova        07-2212 CRB<br>Shandra Pearce         07-3062 CRB<br>Donald Clark            07-3211 CRB<br>Lora Mason             07-3211 CRB<br>Anush Bagramyan       07-4799 CRB | |

-1-

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

1 | The Court ordered the Plaintiffs identified in the caption to show cause why their actions
2 | should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause
3 | order, no Plaintiff listed in the caption has responded to the Court's order and no Plaintiff appeared
4 | at the show cause hearing. Accordingly, the actions of the Plaintiffs identified in the above
5 | caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: September 27, 2010

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

-2-

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB