1   **CHARLES H. JOHNSON & ASSOCIATES, P.A.**
    2599 Mississippi Street
2   New Brighton, MN 55112
    Telephone: 651-633-5685
3   Facsimile: 651-633-4442

4   Attorneys for Plaintiffs

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13  PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| 14  This Document Relates To: | |
| 15  Fred Mattis, Jr. v. Pfizer Inc, et al.<br>(09-0166 CRB)<br>16 | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17  George Keefer v. Pfizer Inc, et al.<br>(09-0889 CRB) | |
| 18  Carol Evans v. Pfizer Inc, et al.<br>(09-0890 CRB)<br>19 | |
| 20  Dorothy Hanish v. Pfizer Inc, et al.<br>(09-5251 CRB) | |

21

22      Come now Plaintiffs in the above-entitled actions, including Fred Mattis, Jr., George

23   Keefer, Carol Evans, and Dorothy Hanish, and Defendants, by and through the undersigned

24   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

25   dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side

26   //

27   //

28   //

bearing its own attorneys' fees and costs.

DATED: 4·19, 2010      By: _____

**CHARLES H. JOHNSON &
ASSOCIATES, P.A.**
2599 Mississippi Street
New Brighton, MN 55112
Telephone: 651-633-5685
Facsimile: 651-633-4442

*Attorneys for Plaintiffs*

DATED: Sept. 9, 2010      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: 9·28·2010      _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE