1  Brent Coon & Associates
   1220 West 6th Street, Suite 303
2  Cleveland, OH 44113
   Telephone: 216-241-1872
3  Facsimile: 216-241-1873
   Attorneys for Plaintiffs
4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | *Betty Zito, et al. v. Merck & Co., Inc., et al.* (06-2619 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | *Pauline Jackson, et al. v. Merck & Co., Inc., et al.* (06-2691 CRB) | |
| 18 | *Philip J. Fife v. Pfizer Inc* (06-4854 CRB) | |
| 20 | *Stanley Ray Dickerson v. Pfizer Inc* (07-4405 CRB) | |
| 21 | *Harlan G. Yancey v. Pfizer Inc* (07-5562 CRB) | |
| 23 | *Sheldon S. Schion v. Pfizer Inc* (07-5563 CRB) | |

25    Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
26 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
27 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
28 //

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

each side bearing its own attorneys' fees and costs.

DATED: 7/14, 2010    By: _Julie E._

**BRENT COON & ASSOCIATES**
1220 West 6th Street, Suite 303
Cleveland, OH 44113
Telephone: 216-241-1872
Facsimile: 216-241-1873

*Attorneys for Plaintiffs*

DATED: Oct. 7, 2010    By: _[signature]_

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/14/2010

Hon. Charles R. Breyer
United States District Court

-2-