1  Brian A. Goldstein
   Cellino & Barnes, P.C.
2  350 Main St., 25th Floor
   2500 Main Place Tower
3  Buffalo, New York 14202-3725
   Telephone: (716) 854-2020
4  Fax: (716) 854-6291
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | *Marjorie Young v. Pfizer Inc, et al.*<br>(06-0119 CRB) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| 17 | *Judith Johnson, et al. v. Pfizer Inc, et al.*<br>(07-6368 CRB) | |
| 18 | *Rose M. Scuteri v. Pfizer Inc, et al.*<br>(08-3863 CRB) | |
| 20 | *Joseph G. Kessen v. Pfizer Inc, et al.*<br>(08-5637 CRB) | |
| 21 | *Richard Emerson, et al. v. Pfizer Inc, et al.*<br>(09-1031 CRB) | |
| 23 | *Della Beiter, et al. v. Pfizer Inc, et al.*<br>(10-0568 CRB) | |

24      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
25  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
26  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
27  //
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: _____, 2010     By: _____

**CELLINO & BARNES, P.C.**
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
Telephone: (716) 854-2020
Facsimile: (716) 854-6291

*Attorneys for Plaintiffs*

DATED: 10/6, 2010     By: _____/s/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 10/14/2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE