UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Cynthia Ulett Lynch v. Pfizer Inc., et al., | ) | |
| W.D. Texas, C.A. No. 6:10-218 | ) | MDL No. 1699 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Lynch*) on October 12, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Lynch* on October 20, 2010. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Northern District of California on October 20, 2010. The Panel has now been advised that *Lynch* was dismissed by the Honorable Walter S. Smith, Jr., in an order filed on September 21, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-128" filed on October 12, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel