UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. MDL 05-CV-01699-CRB |
| This Document Relates to:<br><br>Barbara Hunter         06-6419 CRB<br>Floyd Thanes          08-1411 CRB<br>Stephanie Pearson    10-3060 CRB | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

The Court ordered the Plaintiffs identified in the above caption to show cause why their actions should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause order, no Plaintiff listed in the above caption has responded to the Court's order and no Plaintiff appeared at the show cause hearing. Accordingly, the actions of the Plaintiffs identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: *October 29*, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-1-

ORDER OF DISMISSAL WITH PREJUDICE - M:05-CV-01699-CRB