United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER** |
| _____ / | |
| *This document relates to:*<br><br>   *Nancy Isaac Burgos, 06-3265*<br><br>_____ / | |

The Court is in receipt of a Notice of Withdrawal of Motion for Reconsideration & Request for an Expedited Disposition of this Motion, filed by Plaintiff Nancy Isaac Burgos. Plaintiff asks the Court to vacate her Motion to Set Aside Judgment (dckt. no. 22), explaining that she has reached a settlement with the Defendants. The Court finds that there is good cause for Plaintiff's Motion and therefore GRANTS the motion and VACATES her Motion to Set Aside Judgment (dckt. no. 22).

**IT IS SO ORDERED.**

Dated: November 5, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderreburgos3.wpd