# Exhibit A

**Bextra Celebrex Settlement Fund History & Amounts Due Class Members**

| | |
|---|---:|
| Initial Funding - Wire from Pfizer 4/2/09 | $ 89,000,000.00 |
| Amount Reserved for Notice and Claims Administration (see below) | $ (4,000,000.00) |
| Attorneys' Fees (Paid 10/09 & 11/09) | $ (22,250,000.00) |
| Incentive Awards (Paid 11/24/09) | $ (173,000.00) |
| Investment Earnings | $ 187,841.66 |
| **Amount To Be Transferred to Rust - To Be Paid To Class** | **$ 62,764,841.66** |

**Notice & Administration Costs**

| | | | |
|---|---|---:|---:|
| Total Amount Allowed / Reserved | | | $ 4,000,000.00 |
| Less Notice & Admin. Costs Paid: | | | |
| Kinsell Media LLC (Notice Costs) | Paid 5/7/09 | $ (2,211,000.00) | |
| Frontier Bank Escrow Fees | Paid thru 9/21/10 | $ (30,925.01) | |
| Key Bank Escrow Fees | Paid thru 9/21/10 | $ (81,319.46) | |
| Rust Consulting | Paid thru 9/21/10 | $ (510,369.19) | |
| Total Notice & Admin. Costs Paid: | | | $ (2,833,613.66) |
| Costs Estimated To Complete Distribution | | | |
| Balance Invoiced and Due Rust Consulting | | $ (123,454.11) | |
| Rust Consulting Estimated Costs to Complete | | $ (85,248.00) | |
| Bank Fees | | $ (15,000.00) | |
| Total Costs Estimated To Complete Distribution | | | $ (223,702.11) |
| **Estimated Balance Due Pfizer** | | | **$ 942,684.23** |