1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB MDL No. 1699 |
| This Document Relates To: ALL PLAINTIFFS | **ORDER TO SHOW CAUSE WHY ALL PLAINTIFFS OTHER THAN THOSE LISTED IN EXHIBIT B SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** Date:   December 17, 2010 Time:   10:00 a.m. Judge: Hon. Charles R. Breyer |

This multidistrict litigation has been pending before this Court since September 6, 2005, when the Judicial Panel on Multidistrict Litigation ("JPML") coordinated certain cases involving Bextra and Celebrex and assigned them to this Court.  After extensive discovery, motions practice, and a bellwether selection process, in May 2008, immediately before the start of the first bellwether trial in these MDL proceedings, the parties informed the Court that they had resolved in principle a large number of the product liability cases on the Court's docket and anticipated resolving a large number of the remaining product liability cases.  On October 17, 2008, the Court issued Pretrial Order No. 31, which required certain remaining product liability plaintiffs – those who had not resolved their claims in a settlement process overseen by Special Master Fern M.

Smith – to provide case-specific expert reports on causation ("the *Lone Pine* Order"), which further advanced the parties' resolution efforts.  Over the past two years, with the able assistance of Special Master Smith and Plaintiffs' and Defendants' Liaison Counsel, the parties resolved the vast majority of the remaining product liability cases.  The Court recognizes that the process of finalizing the product liability settlements has been a complex one that has required extensive effort from the parties given the large number of cases at issue.  In consultation with Plaintiffs' and Defendants' Liaison Counsel, the Court has granted the parties considerable time to complete the settlement process.

While the Court has allowed substantial time to allow the product liability settlement process to conclude, the Court sees no reason why the parties cannot complete long-pending product liability settlements this year.  At the case management conference held on September 24, 2010 ("the September 24 CMC"), this Court indicated that it would hold a hearing on December 17, 2010 at 10:00 a.m. for any Plaintiff in these MDL proceedings who has executed a settlement agreement with Pfizer (or reached an agreement in principle), but whose case is not yet dismissed with prejudice, and require such Plaintiffs to show cause why their cases should not be dismissed with prejudice for lack of prosecution ("the OSC hearing").  After the September 24 CMC, counsel for the Pfizer Defendants advised all product liability Plaintiffs with whom it had such agreements that the Court intended to hold the OSC hearing on December 17 so that all such Plaintiffs would have sufficient time to complete the settlement process.  At the Court's request, counsel for the Pfizer Defendants also provided to the Court a list of the remaining product liability Plaintiffs with active cases, including both those with executed settlement agreements or agreements in principle and those without such agreements.

After carefully considering the status of the litigation and the ample notice provided to litigants by the Court and the Pfizer Defendants, the Court hereby ORDERS as follows:

1.      Exhibit A Plaintiffs – Subject to Agreements or Agreements in Principle.  All counsel for Plaintiffs listed in Exhibit A (or Plaintiffs themselves, if they are pro se) ("Exhibit A Plaintiffs") – all of whom are subject to executed agreements or agreements in principle – must appear in person at the OSC hearing on December 17, 2010 at 10:00 a.m. to show cause as to why

1  Plaintiffs' lawsuits should not be dismissed <u>with prejudice</u> for a lack of prosecution.  *See* Fed. R.

2  Civ. P. 41.  If any Exhibit A Plaintiff wishes to contest the dismissal of his or her lawsuit for

3  failure to prosecute, the Exhibit A Plaintiff shall notify the Court in writing on or before

4  <u>December 7, 2010</u> of the reasons the case should not be dismissed and shall provide a copy of any

5  such communication to counsel for the Pfizer Defendants and Plaintiffs' Liaison Counsel.

6  Exhibit A Plaintiffs are warned that failure to communicate with the Court in writing as set forth

7  above <u>and</u> appear at the hearing will result in dismissal of the Exhibit A Plaintiff's claims <u>with</u>

8  <u>prejudice</u>.  Counsel for the Pfizer Defendants may appear at the hearing telephonically.

9       2.  <u>Exhibit B Plaintiffs – Not Subject to Agreements or Agreements in Principle</u>.  All

10  counsel for Plaintiffs listed in Exhibit B (or Plaintiffs themselves, if they are pro se) ("Exhibit B

11  Plaintiffs") – all of whom are not subject to executed agreements or agreements in principle –

12  need not appear in person or submit any documents to the Court prior to the hearing.  Counsel for

13  the Pfizer Defendants shall be prepared to advise the Court orally with respect to the Exhibit B

14  Plaintiffs' compliance with the *Lone Pine* Order and the Court's other discovery orders, including

15  whether the Pfizer Defendants anticipate filing any motions as permitted by the *Lone Pine* Order

16  against any of the Exhibit B Plaintiffs.  Plaintiffs' Liaison Counsel and Defendants' Liaison

17  Counsel also shall be prepared to advise the Court regarding any other cases that may be pending

18  transfer to this Court by the JPML.

19       3.  <u>Exhibit C Plaintiffs – Duplicate Plaintiffs</u>.  All counsel for Plaintiffs listed in

20  Exhibit C (or Plaintiffs themselves, if they are pro se) ("Exhibit C Plaintiffs") – all of whom filed

21  cases that appear to be duplicative with cases that this Court dismissed already – must appear <u>in</u>

22  <u>person</u> at the OSC hearing on <u>December 17, 2010 at 10:00 a.m.</u> to show cause as to why the

23  lawsuits should not be dismissed <u>with prejudice</u> as duplicative of already dismissed actions.  *See*

24  Fed. R. Civ. P. 41.  If any Exhibit C Plaintiff wishes to contest the dismissal of his or her lawsuit,

25  the Exhibit C Plaintiff shall notify the Court in writing on or before <u>December 7, 2010</u> of the

26  reasons the case should not be dismissed and shall provide a copy of any such communication to

27  counsel for the Pfizer Defendants and Plaintiffs' Liaison Counsel.  Exhibit C Plaintiffs are warned

28  that failure to communicate with the Court in writing as set forth above <u>and</u> appear at the hearing

will result in dismissal of the Exhibit C Plaintiff's claims <u>with prejudice</u>.  This Order shall not be construed to affect any arguments Pfizer may have with respect to the dismissal of the duplicative suits.

**IT IS SO ORDERED.**


Dated: November __19__, 2010

_____
HONORABLE ~~~~~~~~~~~~~~~ YER
UNITED~~~~~~~~~~~~~~~ T JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 1 | 3:05-cv-03860 | Turner | William |
| 2 | 3:05-cv-04296 | Todini | Helen |
| 3 | 3:05-cv-04298 | Hoffman | George |
| 4 | 3:05-cv-04299 | Bridges | Terry |
| 5 | 3:05-cv-04301 | Babin | Ronald |
| 6 | 3:05-cv-04302 | Aiola | Carol |
| 7 | 3:05-cv-04436 | Sneer | Louis |
| 8 | 3:05-cv-04489 | Nichols | Robert |
| 9 | 3:05-cv-04489 | Nichols | Terri |
| 10 | 3:05-cv-04579 | Jones | Nancy |
| 11 | 3:05-cv-04782 | Wolfe | Jacque |
| 12 | 3:05-cv-04783 | Dickman | Ruth |
| 13 | 3:05-cv-04783 | Fugate | Donald |
| 14 | 3:05-cv-04783 | Slaton | Robin |
| 15 | 3:05-cv-04783 | Stevens-Rucker | Patti |
| 16 | 3:05-cv-04920 | Garlett | Vicky |
| 17 | 3:05-cv-04921 | Weber | Hattie |
| 18 | 3:05-cv-04921 | Weber | Richard |
| 19 | 3:05-cv-04926 | Vilmer | Larry |
| 20 | 3:05-cv-04926 | Vilmer | Nancy |
| 21 | 3:05-cv-04927 | Schach | Francis |
| 22 | 3:05-cv-04927 | Schach | Rolland |
| 23 | 3:05-cv-04928 | Rupniewski | Richard |
| 24 | 3:05-cv-04928 | Rupniewski | Sharon |
| 25 | 3:05-cv-05057 | McCoy | Lessie |
| 26 | 3:05-cv-05205 | Howard | Dewain |
| 27 | 3:05-cv-05324 | Briley | Robert |
| 28 | 3:05-cv-05324 | Carpenter | Robert |
| 29 | 3:05-cv-05324 | Goodman | Sherman |
| 30 | 3:05-cv-05324 | Kocher | Jerry |
| 31 | 3:05-cv-05355 | Armstrong | Linda |
| 32 | 3:05-cv-05355 | Belleck | Charles |
| 33 | 3:05-cv-05355 | Daniels | Jack |
| 34 | 3:05-cv-05355 | Donoho | William |
| 35 | 3:05-cv-05355 | Hicks | Stephen |
| 36 | 3:05-cv-05355 | Kennedy | Laurie |
| 37 | 3:05-cv-05355 | Lewis | Ruth |
| 38 | 3:05-cv-05355 | Patrick | Gene |
| 39 | 3:05-cv-05356 | Disher | Scott |
| 40 | 3:05-cv-05356 | Hunt | Kenneth |
| 41 | 3:05-cv-05356 | Roseneau | Randal |
| 42 | 3:05-cv-05356 | Sneer | Louis |
| 43 | 3:05-cv-05356 | Untalan | Jose |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

### Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 44 | 3:05-cv-05376 | Goddard | Barbara |
| 45 | 3:05-cv-05376 | Goddard | John |
| 46 | 3:05-cv-05377 | Cavanah | Maisie |
| 47 | 3:05-cv-05377 | Cavanah | Richard |
| 48 | 3:05-cv-05378 | Ryan | Anna |
| 49 | 3:05-cv-05378 | Ryan | John |
| 50 | 3:05-cv-05379 | Kanngiesser | Karen |
| 51 | 3:05-cv-05379 | Kanngiesser | Phillip |
| 52 | 3:05-cv-05380 | McKinney | Mary |
| 53 | 3:05-cv-05381 | Banning | Kimberly |
| 54 | 3:05-cv-05381 | Banning | William |
| 55 | 3:05-cv-05388 | Koester | Leo |
| 56 | 3:05-cv-05388 | Wood | Elaine |
| 57 | 3:05-cv-05388 | Wooden | Tammy |
| 58 | 3:06-cv-00087 | Jones | Joyce |
| 59 | 3:06-cv-00156 | Lockwood | Ronald |
| 60 | 3:06-cv-00229 | Armstrong | Linda |
| 61 | 3:06-cv-00229 | Belleck | Charles |
| 62 | 3:06-cv-00229 | Daniels | Jack |
| 63 | 3:06-cv-00229 | Donoho | William |
| 64 | 3:06-cv-00229 | Hicks | Stephen |
| 65 | 3:06-cv-00229 | Kennedy | Laurie |
| 66 | 3:06-cv-00229 | Lewis | Ruth |
| 67 | 3:06-cv-00229 | Patrick | Gene |
| 68 | 3:06-cv-00354 | Gilbert | Maria |
| 69 | 3:06-cv-00362 | Wegerski | Mary |
| 70 | 3:06-cv-00365 | Pea | Dora |
| 71 | 3:06-cv-00370 | Sitek | Gregory |
| 72 | 3:06-cv-00431 | Schnack | Eileen |
| 73 | 3:06-cv-00431 | Schnack | Garland |
| 74 | 3:06-cv-00432 3:06-cv-00452 | Jackson | James |
| 75 | 3:06-cv-00440 | Gahagans | Octavia |
| 76 | 3:06-cv-00444 | Hancock | Helene |
| 77 | 3:06-cv-00449 | Walker | Sharon |
| 78 | 3:06-cv-00454 | Stubbs | Edith |
| 79 | 3:06-cv-00463 | Redman | Larry |
| 80 | 3:06-cv-01348 | Chandler | Gary |
| 81 | 3:06-cv-01351 | Gray | Christie |
| 82 | 3:06-cv-01652 | Smith | Leon |
| 83 | 3:06-cv-01875 | Magnusson | Dorothy |
| 84 | 3:06-cv-01879 | Bryant | James |
| 85 | 3:06-cv-01879 | Burns | Mary |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

### Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 86 | 3:06-cv-01879 | Clevinger | John |
| 87 | 3:06-cv-01879 | Fugate | Vurl |
| 88 | 3:06-cv-01879 | Gibbs | Buna |
| 89 | 3:06-cv-01879 | Good | Phyllis |
| 90 | 3:06-cv-01879 | Hamilton | Noralene |
| 91 | 3:06-cv-01879 | Johnson | Shurlie |
| 92 | 3:06-cv-01879 | Keene | Jerry |
| 93 | 3:06-cv-01879 | Mannie | Dortha |
| 94 | 3:06-cv-01879 | Mayard | Doris |
| 95 | 3:06-cv-01879 | Newsome | Sally |
| 96 | 3:06-cv-01879 | Pendleton | Kevin |
| 97 | 3:06-cv-01879 | Ramey | Joey |
| 98 | 3:06-cv-01879 | Rowe | Catherine |
| 99 | 3:06-cv-01879 | Slone | Laverne |
| 100 | 3:06-cv-01879 | Terry | Billy |
| 101 | 3:06-cv-01880 | Casey | Roger |
| 102 | 3:06-cv-01880 | Fortney | Fredrick |
| 103 | 3:06-cv-01880 | Hall | Deborah |
| 104 | 3:06-cv-01880 | Hall | Patricia |
| 105 | 3:06-cv-01880 | Hampton | Lonnie |
| 106 | 3:06-cv-01880 | Huff | James |
| 107 | 3:06-cv-01880 | Jones | Patricia |
| 108 | 3:06-cv-01880 | Newsome | Naomi |
| 109 | 3:06-cv-01880 | Russell | Myrtlene |
| 110 | 3:06-cv-01880 | Salisbury | Billie |
| 111 | 3:06-cv-01880 | Sesco | Bobby |
| 112 | 3:06-cv-01880 | St. John | Bonnie |
| 113 | 3:06-cv-01881 | Clark | Beverly |
| 114 | 3:06-cv-01881 | Kilgore | Evelyn |
| 115 | 3:06-cv-01881 | Moore | Carolyn |
| 116 | 3:06-cv-01881 | Ratliff | Lucille |
| 117 | 3:06-cv-01881 | Robinson | Joel |
| 118 | 3:06-cv-01881 | Smith | Joe |
| 119 | 3:06-cv-01881 | Taylor | Fon |
| 120 | 3:06-cv-02081 | Wilson | Mark |
| 121 | 3:06-cv-02432 | Estes | Gary |
| 122 | 3:06-cv-02432 | Hill | Joeann |
| 123 | 3:06-cv-02436 | Jones | Darrel |
| 124 | 3:06-cv-02436 | McElfresh | Jeffrey |
| 125 | 3:06-cv-02436 | McGuire | Corinna |
| 126 | 3:06-cv-02436 | Murillo | Barbara |
| 127 | 3:06-cv-02436 | Williams | Marcia |
| 128 | 3:06-cv-02438 | Acosta | Jose |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

### **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 129 | 3:06-cv-02438 | Alicea | Juan |
| 130 | 3:06-cv-02438 | Alicea | Julio |
| 131 | 3:06-cv-02438 | Arocho | Ricardo |
| 132 | 3:06-cv-02438 | Casanova | Rene |
| 133 | 3:06-cv-02438 | Cordova | Gladys |
| 134 | 3:06-cv-02438 | Cruz | Gladys |
| 135 | 3:06-cv-02438 | de Agosto | Rosaura |
| 136 | 3:06-cv-02438 | de Emerson | Camelia |
| 137 | 3:06-cv-02438 | De Gomez | Iris |
| 138 | 3:06-cv-02438 | De Sosa | Ana |
| 139 | 3:06-cv-02438 | Deleon | Jesus |
| 140 | 3:06-cv-02438 | Diaz | Jose |
| 141 | 3:06-cv-02438 | Echevarria | Eleanor |
| 142 | 3:06-cv-02438 | Estate of Miguel A. Rivera Perez | |
| 143 | 3:06-cv-02438 | Franco | Benedicto |
| 144 | 3:06-cv-02438 | Garcia | Maria |
| 145 | 3:06-cv-02438 | Gomez | Ramona |
| 146 | 3:06-cv-02438 | Gonzalez | Ana |
| 147 | 3:06-cv-02438 | Gonzalez-Aviles | Manuel |
| 148 | 3:06-cv-02438 | Hernandez | Esmeralda |
| 149 | 3:06-cv-02438 | Hodge | Hector |
| 150 | 3:06-cv-02438 | Jiminez | Edgar |
| 151 | 3:06-cv-02438 | Laureano | Ernestina |
| 152 | 3:06-cv-02438 | Lopez | Francisco |
| 153 | 3:06-cv-02438 | Malave | Hector |
| 154 | 3:06-cv-02438 | Montanez | Reinaldo |
| 155 | 3:06-cv-02438 | Morales | Ana Lydia |
| 156 | 3:06-cv-02438 | Muniz | Maria |
| 157 | 3:06-cv-02438 | Nater | Dorcas |
| 158 | 3:06-cv-02438 | Nieves | Eduardo |
| 159 | 3:06-cv-02438 | Nieves | Miguel |
| 160 | 3:06-cv-02438 | Nieves | Rafael |
| 161 | 3:06-cv-02438 | Nieves-Matos | Aida |
| 162 | 3:06-cv-02438 | Ortiz | Roberto |
| 163 | 3:06-cv-02438 | Perez | Eva |
| 164 | 3:06-cv-02438 | Perez | Luis |
| 165 | 3:06-cv-02438 | Pizarro | Rafael |
| 166 | 3:06-cv-02438 | Rivera | Blasina |
| 167 | 3:06-cv-02438 | Rivera | Rafael |
| 168 | 3:06-cv-02438 | Rivera | Rafaela |
| 169 | 3:06-cv-02438 | Robles | Nelson David |
| 170 | 3:06-cv-02438 | Rodriguez | Epifania |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

### **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 171 | 3:06-cv-02438 | Rodriguez | Luz |
| 172 | 3:06-cv-02438 | Rodriguez | Rosa |
| 173 | 3:06-cv-02438 | Rosado | Marta |
| 174 | 3:06-cv-02438 | Rosario | Madeline |
| 175 | 3:06-cv-02438 | Santana | Miguel |
| 176 | 3:06-cv-02438 | Santiago | Jose |
| 177 | 3:06-cv-02438 | Santos | Luz |
| 178 | 3:06-cv-02438 | Sorrentini-Davila | Miriam |
| 179 | 3:06-cv-02438 | Torres | Carmen |
| 180 | 3:06-cv-02438 | Torres | Juanita |
| 181 | 3:06-cv-02438 | Trujillo | Javier |
| 182 | 3:06-cv-02438 | Vega | Martin |
| 183 | 3:06-cv-02438 | Villafane | Aracelis |
| 184 | 3:06-cv-02474 | Aday | Martin |
| 185 | 3:06-cv-02474 | Anderson | Thomas |
| 186 | 3:06-cv-02474 | Andrews | Eva |
| 187 | 3:06-cv-02474 | Baker | Vivian |
| 188 | 3:06-cv-02474 | Banks | Mary |
| 189 | 3:06-cv-02474 | Beard | Mark |
| 190 | 3:06-cv-02474 | Cappo | Tony |
| 191 | 3:06-cv-02474 | Causey | Theresa |
| 192 | 3:06-cv-02474 | Clements | Sueann |
| 193 | 3:06-cv-02474 | Collins | Jerry |
| 194 | 3:06-cv-02474 | Copeland | Linda |
| 195 | 3:06-cv-02474 | Davidson | Mike |
| 196 | 3:06-cv-02474 | Davidson | Pamela |
| 197 | 3:06-cv-02474 | Davis | Tosha |
| 198 | 3:06-cv-02474 | Day | Sonny |
| 199 | 3:06-cv-02474 | Dunn | Deborah |
| 200 | 3:06-cv-02474 | Eager | Lawanna |
| 201 | 3:06-cv-02474 | Edwards | Sam |
| 202 | 3:06-cv-02474 | Finley | Arwood |
| 203 | 3:06-cv-02474 | Fuselier | Bernell |
| 204 | 3:06-cv-02474 | Gates | Allyn |
| 205 | 3:06-cv-02474 | Gates | Aubrey |
| 206 | 3:06-cv-02474 | Gipson | Ruthie |
| 207 | 3:06-cv-02474 | Graf | Lucille |
| 208 | 3:06-cv-02474 | Green | Michael |
| 209 | 3:06-cv-02474 | Grice | Daisey |
| 210 | 3:06-cv-02474 | Guerriero | Amy |
| 211 | 3:06-cv-02474 | Guerriero | Jamie |
| 212 | 3:06-cv-02474 | Hagan | Peter |
| 213 | 3:06-cv-02474 | Hall | James |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

**Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 214 | 3:06-cv-02474 | Hall | Suzie |
| 215 | 3:06-cv-02474 | Harris | Ruby |
| 216 | 3:06-cv-02474 | Harvey | Marion |
| 217 | 3:06-cv-02474 | Hassen | Diane |
| 218 | 3:06-cv-02474 | Hendrix | Bill |
| 219 | 3:06-cv-02474 | Higgins | Mattie |
| 220 | 3:06-cv-02474 | Howard | Roberta |
| 221 | 3:06-cv-02474 | Jackson | Larry |
| 222 | 3:06-cv-02474 | Jenkins | Judy |
| 223 | 3:06-cv-02474 | Johnson | Bill |
| 224 | 3:06-cv-02474 | Johnson | Glenda |
| 225 | 3:06-cv-02474 | Jones | Gregory |
| 226 | 3:06-cv-02474 | Jones | Nettie |
| 227 | 3:06-cv-02474 | Kinney | Gary |
| 228 | 3:06-cv-02474 | Lambert | Jules |
| 229 | 3:06-cv-02474 | Landry | Antis |
| 230 | 3:06-cv-02474 | Landry | Eugene |
| 231 | 3:06-cv-02474 | Lewis | Arthur |
| 232 | 3:06-cv-02474 | Lewis | Tonia |
| 233 | 3:06-cv-02474 | Livas | Alvin |
| 234 | 3:06-cv-02474 | Locks | Mary |
| 235 | 3:06-cv-02474 | Lyons | John |
| 236 | 3:06-cv-02474 | Marles | Arlena |
| 237 | 3:06-cv-02474 | McDonald | Calvin |
| 238 | 3:06-cv-02474 | McDowell | Leolder |
| 239 | 3:06-cv-02474 | McLarrin | Charlotta |
| 240 | 3:06-cv-02474 | McLarrin | Edgar |
| 241 | 3:06-cv-02474 | Meadows | Essie |
| 242 | 3:06-cv-02474 | Modicue | Vera |
| 243 | 3:06-cv-02474 | Moncrief | Mary |
| 244 | 3:06-cv-02474 3:06-cv-02479 | Moore | Lottie |
| 245 | 3:06-cv-02474 | Morris | Arlice |
| 246 | 3:06-cv-02474 | Murphy | Georgia |
| 247 | 3:06-cv-02474 | Murray | Guy |
| 248 | 3:06-cv-02474 | Pace | Oscar |
| 249 | 3:06-cv-02474 | Peel | Lewis |
| 250 | 3:06-cv-02474 | Pennino | Ciro |
| 251 | 3:06-cv-02474 | Pierce | Joyce |
| 252 | 3:06-cv-02474 | Powell | James |
| 253 | 3:06-cv-02474 | Roberts | Marsha |
| 254 | 3:06-cv-02474 | Robinson | Sharon |
| 255 | 3:06-cv-02474 | Robinson | Sheryl |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

### Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 256 | 3:06-cv-02474 | Robison | Glen |
| 257 | 3:06-cv-02474 | Ruffino | Jennifer |
| 258 | 3:06-cv-02474 | Sant | Gregory |
| 259 | 3:06-cv-02474 | Sant | Teresa |
| 260 | 3:06-cv-02474 | Schleuter | Veronica |
| 261 | 3:06-cv-02474 | Scott | Diane |
| 262 | 3:06-cv-02474 | Scott | Henry |
| 263 | 3:06-cv-02474 | Sherman | Terry |
| 264 | 3:06-cv-02474 | Shoemaker | Edward |
| 265 | 3:06-cv-02474 | Shows | Marilyn |
| 266 | 3:06-cv-02474 | Shows | William |
| 267 | 3:06-cv-02474 | Stark | George |
| 268 | 3:06-cv-02474 | Sullivan | Ruth |
| 269 | 3:06-cv-02474 | Taylor | Eulah |
| 270 | 3:06-cv-02474 | Taylor | Paul |
| 271 | 3:06-cv-02474 | Taylor | Paul |
| 272 | 3:06-cv-02474 | Taylor | Robbie |
| 273 | 3:06-cv-02474 | Tennant | Henry |
| 274 | 3:06-cv-02474 | Thomas | Edrice |
| 275 | 3:06-cv-02474 | Varnell | Marvin |
| 276 | 3:06-cv-02474 | Walker | Ollie |
| 277 | 3:06-cv-02474 | Watson | Beatrice |
| 278 | 3:06-cv-02474 | Wheeler | Mary |
| 279 | 3:06-cv-02474 | Williams | Carrie |
| 280 | 3:06-cv-02474 | Williams | Eddie |
| 281 | 3:06-cv-02474 | Williams | Elnora |
| 282 | 3:06-cv-02474 | Williams | Lucinda |
| 283 | 3:06-cv-02474 | Williams | Patricia |
| 284 | 3:06-cv-02474 | Wilson | Faye |
| 285 | 3:06-cv-02474 | Woods | John |
| 286 | 3:06-cv-02474 | Woods | Melba |
| 287 | 3:06-cv-02474 | Zagone | Pamela |
| 288 | 3:06-cv-02474 | Zagone | Victor |
| 289 | 3:06-cv-02475 | Carson | Malissa |
| 290 | 3:06-cv-02475 | Carson | Ricky |
| 291 | 3:06-cv-02475 | Foulon | Robert |
| 292 | 3:06-cv-02475 | Warren | Virgie |
| 293 | 3:06-cv-02478 | Carson | Malissa |
| 294 | 3:06-cv-02478 | Foulon | Robert |
| 295 | 3:06-cv-02478 | Warren | Virgie |
| 296 | 3:06-cv-02479 | Amant | Iris |
| 297 | 3:06-cv-02479 | Amant | Joseph |
| 298 | 3:06-cv-02479 | Anderson | Thomas |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

### **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 299 | 3:06-cv-02479 | Andrews | Eva |
| 300 | 3:06-cv-02479 | Baker | Vivian |
| 301 | 3:06-cv-02479 | Banks | Mary |
| 302 | 3:06-cv-02479 | Byrnes | Emily |
| 303 | 3:06-cv-02479 | Byrnes | Patricia |
| 304 | 3:06-cv-02479 | Cappo | Tony |
| 305 | 3:06-cv-02479 | Causey | Theresa |
| 306 | 3:06-cv-02479 | Clements | Sueann |
| 307 | 3:06-cv-02479 | Coats | Robert |
| 308 | 3:06-cv-02479 | Collins | Jerry |
| 309 | 3:06-cv-02479 | Davidson | Mike |
| 310 | 3:06-cv-02479 | Davidson | Pamela |
| 311 | 3:06-cv-02479 | Davis | Billie |
| 312 | 3:06-cv-02479 | Davis | Michael |
| 313 | 3:06-cv-02479 | Davis | Tosha |
| 314 | 3:06-cv-02479 | Day | Sonny |
| 315 | 3:06-cv-02479 | Dunn | Deborah |
| 316 | 3:06-cv-02479 | Eager | Lawanna |
| 317 | 3:06-cv-02479 | Edwards | Sam |
| 318 | 3:06-cv-02479 | Finley | Arwood |
| 319 | 3:06-cv-02479 | Fuselier | Bernell |
| 320 | 3:06-cv-02479 | Gates | Aubrey |
| 321 | 3:06-cv-02479 | Gates | |
| 322 | 3:06-cv-02479 | Gipson | Ruthie |
| 323 | 3:06-cv-02479 | Graf | Lucille |
| 324 | 3:06-cv-02479 | Green | Michael |
| 325 | 3:06-cv-02479 | Guerriero | Amy |
| 326 | 3:06-cv-02479 | Guerriero | Jamie |
| 327 | 3:06-cv-02479 | Harris | Ruby |
| 328 | 3:06-cv-02479 | Harvey | Marion |
| 329 | 3:06-cv-02479 | Hassen | Diane |
| 330 | 3:06-cv-02479 | Hayes | Jane |
| 331 | 3:06-cv-02479 | Hendrix | Bill |
| 332 | 3:06-cv-02479 | Higgins | Mattie |
| 333 | 3:06-cv-02479 | Jackson | Jacqueline |
| 334 | 3:06-cv-02479 | Jackson | Larry |
| 335 | 3:06-cv-02479 | Jenkins | Judy |
| 336 | 3:06-cv-02479 | Johnson | Bill |
| 337 | 3:06-cv-02479 | Johnson | Johnson |
| 338 | 3:06-cv-02479 | Jones | Gregory |
| 339 | 3:06-cv-02479 | Jones | Nettie |
| 340 | 3:06-cv-02479 | Jordan | Lois |
| 341 | 3:06-cv-02479 | Kenney | Gary |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 342 | 3:06-cv-02479 | King | Vernon |
| 343 | 3:06-cv-02479 | LaDart | Debbie |
| 344 | 3:06-cv-02479 | Livas | Alvin |
| 345 | 3:06-cv-02479 | Locks | Mary |
| 346 | 3:06-cv-02479 | Lyons | John |
| 347 | 3:06-cv-02479 | Marles | Arlena |
| 348 | 3:06-cv-02479 | McDonald | Calvin |
| 349 | 3:06-cv-02479 | McDowell | Leolder |
| 350 | 3:06-cv-02479 | Meadows | Essie |
| 351 | 3:06-cv-02479 | Moncrief | Mary |
| 352 | 3:06-cv-02479 | Morris | Arlice |
| 353 | 3:06-cv-02479 | Murphy | Georgia |
| 354 | 3:06-cv-02479 | Murray | Guy |
| 355 | 3:06-cv-02479 | Pace | Oscar |
| 356 | 3:06-cv-02479 | Peel | Lewis |
| 357 | 3:06-cv-02479 | Pennington | Billy |
| 358 | 3:06-cv-02479 | Pennino | Ciro |
| 359 | 3:06-cv-02479 | Pierce | Joyce |
| 360 | 3:06-cv-02479 | Powell | James |
| 361 | 3:06-cv-02479 | Roberts | Marsha |
| 362 | 3:06-cv-02479 | Robinson | Sharon |
| 363 | 3:06-cv-02479 | Robinson | Sheryl |
| 364 | 3:06-cv-02479 | Ruffino | Jennifer |
| 365 | 3:06-cv-02479 | Sant | Gregory |
| 366 | 3:06-cv-02479 | Sant | Teresa |
| 367 | 3:06-cv-02479 | Schleuter | Veronica |
| 368 | 3:06-cv-02479 | Scott | Diane |
| 369 | 3:06-cv-02479 | Scott | Henry |
| 370 | 3:06-cv-02479 | Sherman | Terry |
| 371 | 3:06-cv-02479 | Shows | Marilyn |
| 372 | 3:06-cv-02479 | Shows | Williams |
| 373 | 3:06-cv-02479 | Smith | Ezel |
| 374 | 3:06-cv-02479 | Sullivan | Ruth |
| 375 | 3:06-cv-02479 | Taylor | Paul |
| 376 | 3:06-cv-02479 | Taylor | Paul |
| 377 | 3:06-cv-02479 | Taylor | Robbie |
| 378 | 3:06-cv-02479 | Tennant | Henry |
| 379 | 3:06-cv-02479 | Thomas | Edrice |
| 380 | 3:06-cv-02479 | Varnell | Marvin |
| 381 | 3:06-cv-02479 | Warlick | Evelyn |
| 382 | 3:06-cv-02479 | Watson | Beatrice |
| 383 | 3:06-cv-02479 | Wheeler | Mary |
| 384 | 3:06-cv-02479 | Williams | Carrie |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 385 | 3:06-cv-02479 | Williams | Eddie |
| 386 | 3:06-cv-02479 | Williams | Elnora |
| 387 | 3:06-cv-02479 | Williams | Lucinda |
| 388 | 3:06-cv-02479 | Williams | Patricia |
| 389 | 3:06-cv-02479 | Williams | Sharon |
| 390 | 3:06-cv-02479 | Wilson | Faye |
| 391 | 3:06-cv-02479 | Woods | Melba |
| 392 | 3:06-cv-02485 | Knott | Danell |
| 393 | 3:06-cv-02678 | Bennett | Stela |
| 394 | 3:06-cv-02678 | Hoyt | Elsie |
| 395 | 3:06-cv-02682 | Hanson | Steve |
| 396 | 3:06-cv-02682 | Karl | Sherry |
| 397 | 3:06-cv-02682 | Pearce | Carol |
| 398 | 3:06-cv-02682 | Wilkinson | James |
| 399 | 3:06-cv-02688 | Talbert | Russell |
| 400 | 3:06-cv-02813 | Fountain | Linda |
| 401 | 3:06-cv-02813 | Gates | Joyce |
| 402 | 3:06-cv-02813 | Gremillion | Deanna |
| 403 | 3:06-cv-02813 | Soileau | David |
| 404 | 3:06-cv-02814 | Butler | James |
| 405 | 3:06-cv-02814 3:06-cv-03680 | Gay | Dana |
| 406 | 3:06-cv-02814 | Lebourgeois | Lynn |
| 407 | 3:06-cv-03095 | Melton | Vivie |
| 408 | 3:06-cv-03207 | Bilal | Jamal |
| 409 | 3:06-cv-03208 | Welch | Jimmy |
| 410 | 3:06-cv-03265 | Isaac-Burgos | Nancy |
| 411 | 3:06-cv-03265 | Rosario-Isaac | Antonio |
| 412 | 3:06-cv-03487 | Sanders | Barbara |
| 413 | 3:06-cv-03487 | Sanders | Victor |
| 414 | 3:06-cv-03526 | Brantley | Donald |
| 415 | 3:06-cv-03526 | Bridges | Lavonne |
| 416 | 3:06-cv-03526 | Corbeil | Guy |
| 417 | 3:06-cv-03526 | Doolen | Daniel |
| 418 | 3:06-cv-03526 | Hayes | Howard |
| 419 | 3:06-cv-03526 | Hendricks | Lawrence |
| 420 | 3:06-cv-03526 | Howard | Willie |
| 421 | 3:06-cv-03526 | Isreal | Scott |
| 422 | 3:06-cv-03526 | Linberg | Richard |
| 423 | 3:06-cv-03526 | Miller | Deborah |
| 424 | 3:06-cv-03526 | Nairne | Joyce |
| 425 | 3:06-cv-03526 | Nall | Mabel |
| 426 | 3:06-cv-03526 | New | Louise |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 427 | 3:06-cv-03526 | Poorman | Jim |
| 428 | 3:06-cv-03526 | Rainey | Joyce |
| 429 | 3:06-cv-03526 | Reynolds | James |
| 430 | 3:06-cv-03526 | Smith | Forrest |
| 431 | 3:06-cv-03526 | Smith | Walter |
| 432 | 3:06-cv-03526 | Stone | Paulette |
| 433 | 3:06-cv-03526 | Turnage | Peggy |
| 434 | 3:06-cv-03526 | Wallace | Raymond |
| 435 | 3:06-cv-03526 | Wood | Dimple |
| 436 | 3:06-cv-03526 | Woods | Eunice |
| 437 | 3:06-cv-03527 | Bullard | Arthur |
| 438 | 3:06-cv-03527 | Crum | Freda |
| 439 | 3:06-cv-03527 | Mills | Bessie |
| 440 | 3:06-cv-03528 | Adams | Tilford |
| 441 | 3:06-cv-03528 | Blankenship | Emma |
| 442 | 3:06-cv-03528 | Brady | Terriann |
| 443 | 3:06-cv-03528 | Bruner | Carlie |
| 444 | 3:06-cv-03528 | Bucklin | David |
| 445 | 3:06-cv-03528 | Buskirk | Jo |
| 446 | 3:06-cv-03528 | Castle | Tommy |
| 447 | 3:06-cv-03528 | Collins | Martin |
| 448 | 3:06-cv-03528 | Durrell | Elaine |
| 449 | 3:06-cv-03528 | Felton | Carroll |
| 450 | 3:06-cv-03528 | Gayheart | Billy |
| 451 | 3:06-cv-03528 | Griffin | Kervin |
| 452 | 3:06-cv-03528 | Hicks | Charles |
| 453 | 3:06-cv-03528 | Ingram | Tammy |
| 454 | 3:06-cv-03528 | Jackson | Sarah |
| 455 | 3:06-cv-03528 | James | Barbara |
| 456 | 3:06-cv-03528 | Johnson | Cathey |
| 457 | 3:06-cv-03528 | Johnson | Mildred |
| 458 | 3:06-cv-03528 | Ladner | Kirk |
| 459 | 3:06-cv-03528 | Leavings | Horace |
| 460 | 3:06-cv-03528 | Martin | Clara |
| 461 | 3:06-cv-03528 | Maynard | Eva |
| 462 | 3:06-cv-03528 | Moore | Sarah |
| 463 | 3:06-cv-03528 | Moye | James |
| 464 | 3:06-cv-03528 | Noe | Kathy |
| 465 | 3:06-cv-03528 | Pack | Melda |
| 466 | 3:06-cv-03528 | Pellegrin | Justillian |
| 467 | 3:06-cv-03528 | Philpot | Shirley |
| 468 | 3:06-cv-03528 | Powell | John |
| 469 | 3:06-cv-03528 | Price | James |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 470 | 3:06-cv-03528 | Roberts | Ricky |
| 471 | 3:06-cv-03528 | Schellhaas | William |
| 472 | 3:06-cv-03528 | Simmons | Verlina |
| 473 | 3:06-cv-03528 | Slone | Benny |
| 474 | 3:06-cv-03528 | Smallwood | Leroy |
| 475 | 3:06-cv-03528 | Smith | John |
| 476 | 3:06-cv-03528 | Smith | Margie |
| 477 | 3:06-cv-03528 | Spillers | Elizabeth |
| 478 | 3:06-cv-03528 | Sprague | Deborah |
| 479 | 3:06-cv-03528 | Sullwold | Aline |
| 480 | 3:06-cv-03528 | Swisher | John |
| 481 | 3:06-cv-03528 | White | Patricia |
| 482 | 3:06-cv-03655 | Langham | Vandell |
| 483 | 3:06-cv-03658 | Jermea | Ann |
| 484 | 3:06-cv-03658 | Jermea | Tom |
| 485 | 3:06-cv-03663 | Douglas | Evelyene |
| 486 | 3:06-cv-03665 | Gunnison | Wayne |
| 487 | 3:06-cv-03668 | McCullough | Bryan |
| 488 | 3:06-cv-03668 | McCullough | Cheryl |
| 489 | 3:06-cv-03669 | Hall | Doris |
| 490 | 3:06-cv-03669 | Hall | Hollis |
| 491 | 3:06-cv-03670 | Madere | Kathy |
| 492 | 3:06-cv-03670 | Madere | Robert |
| 493 | 3:06-cv-03671 | Graves | June |
| 494 | 3:06-cv-03671 | Graves | Larry |
| 495 | 3:06-cv-03813 | Taylor | Marsha |
| 496 | 3:06-cv-04082 | Thornsberry | Richard |
| 497 | 3:06-cv-04090 | Brown | Richard |
| 498 | 3:06-cv-04090 | Scott | Luscious |
| 499 | 3:06-cv-04090 | Scott | Willie |
| 500 | 3:06-cv-04213 | Beernick | Gary |
| 501 | 3:06-cv-04213 | Belcher | John |
| 502 | 3:06-cv-04213 | Boyce | Grayce |
| 503 | 3:06-cv-04213 | Brazee | Cynthia |
| 504 | 3:06-cv-04213 | Bridgewater | Olga |
| 505 | 3:06-cv-04213 | Fiedler | William |
| 506 | 3:06-cv-04213 | Gregory | Rose |
| 507 | 3:06-cv-04213 | Moyer | Hazel |
| 508 | 3:06-cv-04213 | Royster | Melissa |
| 509 | 3:06-cv-04213 | Vanpatter | Ray |
| 510 | 3:06-cv-04213 | Volpe | James |
| 511 | 3:06-cv-04213 | Wagner | Joyce |
| 512 | 3:06-cv-04225 | Garza | Debra |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

### **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 513 | 3:06-cv-04603 | Cowan | Doretha |
| 514 | 3:06-cv-04832 | Rinche | Linda |
| 515 | 3:06-cv-04832 | Rinche | Paul |
| 516 | 3:06-cv-05264 | Tyler | Calvert |
| 517 | 3:06-cv-05264 | Tyler | Clevert |
| 518 | 3:06-cv-05264 | Tyler | Eddie |
| 519 | 3:06-cv-05264 | Tyler | Mary |
| 520 | 3:06-cv-05264 | Tyler | Willie |
| 521 | 3:06-cv-05799 | Adams | Anthony |
| 522 | 3:06-cv-06080 | Kiper | Ted |
| 523 | 3:06-cv-06081 | Gibasiewicz | Claude |
| 524 | 3:06-cv-06081 | King | Jack |
| 525 | 3:06-cv-06160 | Duvall | Arlene |
| 526 | 3:06-cv-06160 | Duvall | Sam |
| 527 | 3:06-cv-06164 | Hall | Cecilia |
| 528 | 3:06-cv-06164 | Hall | Larry |
| 529 | 3:06-cv-06176 | Frisby | Lois |
| 530 | 3:06-cv-06177 | Fox | Charles |
| 531 | 3:06-cv-06179 | Malone | Norman |
| 532 | 3:06-cv-06187 | Tripp | Ira |
| 533 | 3:06-cv-06187 | Tripp | Mattie |
| 534 | 3:06-cv-06189 | Severson | Elmer |
| 535 | 3:06-cv-06191 | Byrd | Anne |
| 536 | 3:06-cv-06191 | Byrd | Jerry |
| 537 | 3:06-cv-06191 | Jacobs | Mistianne |
| 538 | 3:06-cv-06191 | Stokes | Sharona |
| 539 | 3:06-cv-06192 | Fields | Jill |
| 540 | 3:06-cv-06192 | Streeter | Thomas |
| 541 | 3:06-cv-06193 | Constant | Tony |
| 542 | 3:06-cv-06281 | Henson | Shirley |
| 543 | 3:06-cv-06314 | Cammack | Leslie |
| 544 | 3:06-cv-06314 | Drewett | Leeza |
| 545 | 3:06-cv-06314 | Koudssi | Judity |
| 546 | 3:06-cv-06334 | Wright | Opal |
| 547 | 3:06-cv-06335 | Rice | Joyce |
| 548 | 3:06-cv-06359 | Welch | Charlotte |
| 549 | 3:06-cv-06362 | Eblin | Anthony |
| 550 | 3:06-cv-06409 | Fairey | Frances |
| 551 | 3:06-cv-06409 | Fairey | Marion |
| 552 | 3:06-cv-06437 | Harris | Shirlene |
| 553 | 3:06-cv-06437 | Harris | Shirlene |
| 554 | 3:06-cv-06437 | Hernandez | Jorge |
| 555 | 3:06-cv-06437 | Hernandez | Jorge |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 556 | 3:06-cv-06437 | Hornak | Alexander |
| 557 | 3:06-cv-06437 | Jones | Candy |
| 558 | 3:06-cv-06437 | Kobielus | Rosemary |
| 559 | 3:06-cv-06437 | Maddox | Linda |
| 560 | 3:06-cv-06437 | Reagan | Tommy |
| 561 | 3:06-cv-06437 | Reagan | Tommy |
| 562 | 3:06-cv-06437 | Stevenson | Patricia |
| 563 | 3:06-cv-06437 | Stiff | David |
| 564 | 3:06-cv-06437 | Sullins | Richard |
| 565 | 3:06-cv-06548 | Brandt | Gaylene |
| 566 | 3:06-cv-06548 | Cleek | Mary |
| 567 | 3:06-cv-06548 | Odom | Evelyn |
| 568 | 3:06-cv-06591 | Cork | Bobbi |
| 569 | 3:06-cv-06591 | Gregory | Freddy |
| 570 | 3:06-cv-06591 | Gregory | Norma |
| 571 | 3:06-cv-06778 | Crane | Connie |
| 572 | 3:06-cv-06778 | Crane | Jerry |
| 573 | 3:06-cv-07277 | Solis | Milsa |
| 574 | 3:06-cv-07277 | Solis | Vicente |
| 575 | 3:06-cv-07282 | Cote | Linda |
| 576 | 3:06-cv-07331 | Henry | Mamie |
| 577 | 3:06-cv-07392 | Wellborn | Joyce |
| 578 | 3:06-cv-07392 | Wellborn | Vernon |
| 579 | 3:06-cv-07395 3:06-cv-7558 | Holcomb | Larry |
| 580 | 3:06-cv-07395 3:06-cv-7558 | Holcomb | Sandra |
| 581 | 3:06-cv-07405 | Champagne | Matthew |
| 582 | 3:06-cv-07503 | Abram | Dolores |
| 583 | 3:06-cv-07504 | McDaniel | John |
| 584 | 3:06-cv-07648 | Parrish | Dorothy |
| 585 | 3:06-cv-07649 | Boggs | Mary |
| 586 | 3:06-cv-07737 | Norris | Louise |
| 587 | 3:06-cv-07737 | Norris | Robert |
| 588 | 3:06-cv-07891 | Shenefield | Roger |
| 589 | 3:06-cv-07893 | Gray | Martha |
| 590 | 3:06-cv-07893 | Gray | Thomas |
| 591 | 3:06-cv-07894 | Papa | Annetta |
| 592 | 3:06-cv-07895 | Heeter | Ferrell |
| 593 | 3:06-cv-07895 | Heeter | Judy |
| 594 | 3:06-cv-07896 | Sanburg | Ronald |
| 595 | 3:06-cv-07902 | Nunez | Jacob |
| 596 | 3:06-cv-07902 | Nunez | Linda |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 597 | 3:06-cv-07903 | Lunday | Lonnie |
| 598 | 3:06-cv-07904 | Serrata | John |
| 599 | 3:06-cv-07904 | Serrata | Sharon |
| 600 | 3:07-cv-00106 | Sutherland | Sanford |
| 601 | 3:07-cv-00213 | Wiles | Geraldine |
| 602 | 3:07-cv-00215 | Fisch | Robert |
| 603 | 3:07-cv-00358 | Anderson | Dale |
| 604 | 3:07-cv-00405 | Farrell | Eileen |
| 605 | 3:07-cv-00443 | Burnside | Frieda |
| 606 | 3:07-cv-00468 | Streich | Elizabeth |
| 607 | 3:07-cv-00862 | Lewis | Gwendolyn |
| 608 | 3:07-cv-00862 | Lewis | Richard |
| 609 | 3:07-cv-00864 | Surratt | Vena |
| 610 | 3:07-cv-00973 | Harris | Leo |
| 611 | 3:07-cv-00973 | Harris | Verla |
| 612 | 3:07-cv-01125 | Martinez | Edna |
| 613 | 3:07-cv-01354 | Tessneer | Roy |
| 614 | 3:07-cv-01469 | Sullivan | Michelle |
| 615 | 3:07-cv-01862 | Stevens | Geneva |
| 616 | 3:07-cv-01862 | Stevens | Owen |
| 617 | 3:07-cv-01865 | Sosebee | Dennis |
| 618 | 3:07-cv-01865 | Sosebee | Louise |
| 619 | 3:07-cv-01867 | Godfrey | Beverly |
| 620 | 3:07-cv-01867 | Godfrey | Render |
| 621 | 3:07-cv-01894 | Keil | Charlotte |
| 622 | 3:07-cv-01894 | Keil | Hans |
| 623 | 3:07-cv-01895 | Smith | Allen |
| 624 | 3:07-cv-01895 | Smith | Patricia |
| 625 | 3:07-cv-01900 | Shaver | Joe |
| 626 | 3:07-cv-01913 | Terry | Lavanda |
| 627 | 3:07-cv-01922 | Beachnaw | Dennis |
| 628 | 3:07-cv-01959 | Edwards | William |
| 629 | 3:07-cv-01973 | Caldwell | Jene |
| 630 | 3:07-cv-01973 | Caldwell | Richard |
| 631 | 3:07-cv-01973 | Lonardo | Riccardo |
| 632 | 3:07-cv-01973 | Stewart | Dorothy |
| 633 | 3:07-cv-01973 | Wadnik | Linda |
| 634 | 3:07-cv-01973 | Zamorski | John |
| 635 | 3:07-cv-02037 | Lamm | Alan |
| 636 | 3:07-cv-02144 | Allgood | Ruth |
| 637 | 3:07-cv-02144 | Andrus | Isaac |
| 638 | 3:07-cv-02144 | Boose | Marilyn |
| 639 | 3:07-cv-02144 | Brown | Gary |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

### Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 640 | 3:07-cv-02144 | Caudill | Janice |
| 641 | 3:07-cv-02144 | Dent | Daihann |
| 642 | 3:07-cv-02144 | Flato | Walter |
| 643 | 3:07-cv-02144 | Fromkneht | Wayne |
| 644 | 3:07-cv-02144 | Hauth | Charles |
| 645 | 3:07-cv-02144 | Hill | Beverly |
| 646 | 3:07-cv-02144 | Klink | Rosa |
| 647 | 3:07-cv-02144 | Koester | Michael |
| 648 | 3:07-cv-02144 | Lewis | Louanda |
| 649 | 3:07-cv-02144 | Martin | Robert |
| 650 | 3:07-cv-02144 | McCormick | Pamela |
| 651 | 3:07-cv-02144 | Merger | Terry |
| 652 | 3:07-cv-02144 | Schooley | Linda |
| 653 | 3:07-cv-02144 | Staples | Margaret |
| 654 | 3:07-cv-02144 | Torain | Kathy |
| 655 | 3:07-cv-02144 | Watkins | Tamara |
| 656 | 3:07-cv-02144 | Weddington | Trevis |
| 657 | 3:07-cv-02212 | Alvarez | Felicita |
| 658 | 3:07-cv-02212 | Brito | Ana |
| 659 | 3:07-cv-02212 | Burris | Sarah |
| 660 | 3:07-cv-02212 | DeDonno | Anna |
| 661 | 3:07-cv-02212 | Estate of Agrippina Spichka by her Administrator Lubov Philpson | |
| 662 | 3:07-cv-02212 | Estate of Ann Hall by her Administrator Leslie Hall | |
| 663 | 3:07-cv-02212 | Estate of Anna Rivera; Neal by her Administrator Robert; Neal | |
| 664 | 3:07-cv-02212 | Estate of Boris Adesman by his administrator Alex Adesman | |
| 665 | 3:07-cv-02212 | Forestier | Maria |
| 666 | 3:07-cv-02212 | Garcia | Isabel |
| 667 | 3:07-cv-02212 | Kasht | Khalil |
| 668 | 3:07-cv-02212 | Khiemovich | Bella |
| 669 | 3:07-cv-02212 | Miranda | Francisca |
| 670 | 3:07-cv-02212 | Perez | Elba |
| 671 | 3:07-cv-02212 | Rubinshteyn | Gigoriy |
| 672 | 3:07-cv-02212 | Samuel | Wagdy |
| 673 | 3:07-cv-02212 | Sanchez | Ismael |
| 674 | 3:07-cv-02212 | Trinidad | Angel |
| 675 | 3:07-cv-02355 | Smith | Victor |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT A**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 676 | 3:07-cv-02530 | Whitaker | Jerry |
| 677 | 3:07-cv-03415 | Styles | Geneva |
| 678 | 3:07-cv-03415 | Styles | John |
| 679 | 3:07-cv-03417 | Townsend | Bertha |
| 680 | 3:07-cv-03417 | Townsend | Herman |
| 681 | 3:07-cv-03418 | Cochran | Elizabeth |
| 682 | 3:07-cv-03419 | Chaney | Kevin |
| 683 | 3:07-cv-03447 | Bluett | Patricia |
| 684 | 3:07-cv-03449 | Hornsby | Howard |
| 685 | 3:07-cv-03449 | Hornsby | Lois |
| 686 | 3:07-cv-03491 | Leaks | Harold |
| 687 | 3:07-cv-03491 | Mathews | Lisa |
| 688 | 3:07-cv-03492 | Vantine | Wendel |
| 689 | 3:07-cv-03493 | Dohner | Barry |
| 690 | 3:07-cv-06088 | Allums | Marcus |
| 691 | 3:07-cv-06088 | Ammons | John |
| 692 | 3:07-cv-06088 | Bates | Surletha |
| 693 | 3:07-cv-06088 | Bell | Bobbye |
| 694 | 3:07-cv-06088 | Boykin | Rebecca |
| 695 | 3:07-cv-06088 | Cross | Ruth |
| 696 | 3:07-cv-06088 | Cummings | Ellen |
| 697 | 3:07-cv-06088 | Davis | Joyce |
| 698 | 3:07-cv-06088 | Derhaag | Diana |
| 699 | 3:07-cv-06088 | Erickson | Joann |
| 700 | 3:07-cv-06088 | Freeman | Linda |
| 701 | 3:07-cv-06088 | Garrett | Joan |
| 702 | 3:07-cv-06088 | Graves | Jack |
| 703 | 3:07-cv-06088 | Hardesty | Thomas |
| 704 | 3:07-cv-06088 | Hart | Hermine |
| 705 | 3:07-cv-06088 | Herbert | Wallace |
| 706 | 3:07-cv-06088 | James | Jesse |
| 707 | 3:07-cv-06088 | Johnson | Ada |
| 708 | 3:07-cv-06088 | Johnson | Kelli |
| 709 | 3:07-cv-06088 | Jones | Robert |
| 710 | 3:07-cv-06088 | Lindstrom | John |
| 711 | 3:07-cv-06088 | McCoid | Chester |
| 712 | 3:07-cv-06088 | Perrin | Norman |
| 713 | 3:07-cv-06088 | Phifer | Thelma |
| 714 | 3:07-cv-06088 | Poole | Timothy |
| 715 | 3:07-cv-06088 | Ray | Paul |
| 716 | 3:07-cv-06088 | Recamier | Christina |
| 717 | 3:07-cv-06088 | Renfroe | Edith |
| 718 | 3:07-cv-06088 | Roberts | Robin |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

### Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|-----------------------|------------------------|
| 719 | 3:07-cv-06088 | Seabolt | Rocky |
| 720 | 3:07-cv-06088 | Simmons | Harold |
| 721 | 3:07-cv-06088 | Solomon | Carolyn |
| 722 | 3:07-cv-06088 | Thompson | Harold |
| 723 | 3:07-cv-06088 | Vann | Lella |
| 724 | 3:07-cv-06088 | Williams | Keith |
| 725 | 3:07-cv-06088 | Williams | Lillie |
| 726 | 3:07-cv-06088 | Willis | Gregory |
| 727 | 3:08-cv-01492 | Green | Jerome |
| 728 | 3:08-cv-01975 | Williams | Mary |
| 729 | 3:08-cv-03642 | McAdam | Marlene |
| 730 | 3:08-cv-03650 | Seacat | Billy |
| 731 | 3:08-cv-03650 | Seacat | Dorothy |
| 732 | 3:08-cv-03743 | Sjoberg | Gene |
| 733 | 3:08-cv-05311 | Francis | Eddie |
| 734 | 3:09-cv-04314 | Russell | Mary |
| 735 | 3:09-cv-04315 | Dock | Trevaris |
| 736 | 3:09-cv-04316 | Garcon | Marie |
| 737 | 3:09-cv-04317 | Muscat | Catherine |
| 738 | 3:09-cv-04318 | Turner | Evelyn |
| 739 | 3:09-cv-04319 | Flagler | Ronald |
| 740 | 3:09-cv-04320 | Knight | Regina |
| 741 | 3:09-cv-04321 | Williams-Fudge | Elizabeth |
| 742 | 3:09-cv-04322 | Borja | Carlos |
| 743 | 3:09-cv-04323 | Roman | David |
| 744 | 3:09-cv-04324 | Charlot | Diela |
| 745 | 3:09-cv-04325 | Cutler | Weston |
| 746 | 3:09-cv-04326 | Edwards | Joyce |
| 747 | 3:09-cv-04327 | Garabedian | Khatchir |
| 748 | 3:09-cv-04328 | Gordon | Lena |
| 749 | 3:09-cv-04329 | Kaufman | Joseph |
| 750 | 3:09-cv-04330 | Berardi | Pasquale |
| 751 | 3:09-cv-04331 | Rodgers | Scott |
| 752 | 3:09-cv-04332 | Rutsky | Bruce |
| 753 | 3:09-cv-04333 | Levy | Robert |
| 754 | 3:09-cv-04334 | Schroeder | Catherine |
| 755 | 3:09-cv-04335 | West | Theresa |
| 756 | 3:09-cv-04346 | Tompkins | Willie |
| 757 | 3:09-cv-04347 | Codling | Vivia |
| 758 | 3:09-cv-04348 | Ellberg | Beverly |
| 759 | 3:09-cv-04349 | Savino | Michael |
| 760 | 3:09-cv-04350 | Grant | Oliver |
| 761 | 3:09-cv-04351 | Pawlak | Elaine |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|------------------------|-------------------------|
| 762 | 3:09-cv-04352 | Pastore | Louis |
| 763 | 3:09-cv-04359 | Kelly | Hope |
| 764 | 3:09-cv-04360 | Charlot | Diela |
| 765 | 3:09-cv-04361 | Russell | Mary |
| 766 | 3:09-cv-04362 | Cardone | Natalie |
| 767 | 3:09-cv-04363 | Mazzarella | Lila |
| 768 | 3:09-cv-04364 | Roman | David |
| 769 | 3:09-cv-04365 | Eagen | Marcos |
| 770 | 3:09-cv-04366 | Vivona | Ben |
| 771 | 3:09-cv-04367 | Clinton | Cathi |
| 772 | 3:09-cv-04368 | Petty | Joan |
| 773 | 3:09-cv-04369 | Fugghett | Eureatha |
| 774 | 3:09-cv-04371 | Sabow | Bruce |
| 775 | 3:09-cv-04372 | Carmichael | Cecilia |
| 776 | 3:09-cv-04373 | Gholston | Carey |
| 777 | 3:09-cv-04374 | Gwynn | William |
| 778 | 3:09-cv-04375 | Hollingsworth | Dharl |
| 779 | 3:09-cv-04376 | Iglesia | Olimpia |
| 780 | 3:09-cv-04377 | Johnson | Danny |
| 781 | 3:09-cv-04395 | Claypool | David |
| 782 | 3:09-cv-04438 | Dady | Eva |
| 783 | 3:09-cv-04440 | Kalil | Joe |
| 784 | 3:09-cv-04441 | Major | Jean |
| 785 | 3:09-cv-04442 | Miller | Ruth |
| 786 | 3:09-cv-04443 | Niemeyer | Thomas |
| 787 | 3:09-cv-04444 | Novak | Leon |
| 788 | 3:09-cv-04445 | Smith | Dale |
| 789 | 3:09-cv-04446 | Theodoris | Lacienne |
| 790 | 3:09-cv-04464 | Mainer | Henry |
| 791 | 3:09-cv-04627 | Mayweather | Earnest |
| 792 | 3:09-cv-04628 | Sabio | John |
| 793 | 3:09-cv-04629 | Pruett | Patricia |
| 794 | 3:09-cv-04632 | Roberts | Earnestine |
| 795 | 3:09-cv-04634 | Stanley | Edward |
| 796 | 3:09-cv-04635 | Viger | Sharon |
| 797 | 3:09-cv-04636 | Watson | Elizabeth |
| 798 | 3:09-cv-04638 | Bialek | Carol |
| 799 | 3:09-cv-04640 | Clinton | Cathi |
| 800 | 3:10-cv-00191 | Norman | Garry |
| 801 | 3:10-cv-00199 | Zachery | Gayle |
| 802 | 3:10-cv-00200 | Jackson | Debbie |
| 803 | 3:10-cv-00814 | Hill | Robert |
| 804 | 3:10-cv-01326 | Wilson | Susan |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT A

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 805 | 3:10-cv-01517 | Foust | Martha |
| 806 | 3:10-cv-01700 | York | Larry |
| 807 | 3:10-cv-01842 | Walker-Ketch | Diane |
| 808 | 3:10-cv-03060 | Barbareck | Bonnie |
| 809 | 3:10-cv-03060 | Blunt | Dolores |
| 810 | 3:10-cv-03060 | Boschert | Harvey |
| 811 | 3:10-cv-03060 | Boyer | Mary |
| 812 | 3:10-cv-03060 | Brushwitz | Anna |
| 813 | 3:10-cv-03060 | Cody | Wilma |
| 814 | 3:10-cv-03060 | Coleman | Josephine |
| 815 | 3:10-cv-03060 | Duncan | Gennie |
| 816 | 3:10-cv-03060 | Hawes | Dorothy |
| 817 | 3:10-cv-03060 | Ledbetter | Betty |
| 818 | 3:10-cv-03060 | Napier | Patricia |
| 819 | 3:10-cv-03060 | Redmond | Rose |
| 820 | 3:10-cv-03060 | Rinehart | Steve |
| 821 | 3:10-cv-03060 | Robinson | Barbara |
| 822 | 3:10-cv-03060 | Williams | Elmer |
| 823 | 3:10-cv-04344 | Carlton | Cynthia |
| 824 | 3:10-cv-04345 | Murillo | Rachael |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT B

## Plaintiffs Not Subject to Order to Show Cause

| No. | Case Number | Primary Plaintiff (Last Name, First Name) | Notes |
|---|---|---|---|
| 1 | 3:05-cv-03902 | Bolwell, John | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 2 | 3:06-cv-00382 | Stockert, Margaret | |
| 3 | 3:06-cv-00446 | Davis, Maudie | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 4 | 3:06-cv-00446 | Maddox, Bernice | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 5 | 3:06-cv-02101 | Simbulan, Bobby | Subject to Pfizer's PTO 31 Compliance Motion No. 6 |
| 6 | 3:06-cv-05258 | Bradley, May Joy | Subject to Pfizer's PTO 31 Compliance Motion No. 6 |
| 7 | 3:06-cv-06779 | Porac, Louise | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 8 | 3:06-cv-06916 | Oravec, Richard | |
| 9 | 3:07-cv-03494 | Stacy, Dustin | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 10 | 3:08-cv-04187 | Monger, Rhonda | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 11 | 3:08-cv-04281 | Kendrick, Willie | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 12 | 3:08-cv-04282 | Smith, Barbara | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 13 | 3:08-cv-04283 | Kinds, Debra | Subject to Pfizer's PTO 31 Compliance Motion No. 7 |
| 14 | 3:09-cv-05259 | Clark, Bobby | In Bextra skin program |
| 15 | 3:10-cv-03060 | Wright, Alvin | Subject to Pfizer's PTO 31 Compliance Motion No. 6 |
| 16 | 3:10-cv-01516 3:10-cv-04275 | Moore, Larry | |
| 17 | 3:10-cv-04831 | Lilak, Safdir | Subject to Pfizer's Motion to Dismiss (noticed for 12/17) |
| 18 | 3:10-cv-04825 | Moore, Dyan | |
| 19 | 3:10-cv-04875 | Bickford, Sarah | |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT C

## Duplicative Plaintiffs Subject to Order to Show Cause

|   | Plaintiff's Last Name | Plaintiff's First Name | Docket Number | Docket Number of Duplicate Dismissal | Primary or Derivative Plaintiff | Notes |
|---|---|---|---|---|---|---|
| 1 | Latimer | Helen | 3:05-cv-05355 | 3:06-cv-0229 | Primary | |
| 2 | Threet | Lamar | 3:05-cv-05355 | 3:06-cv-0229 | Primary | |
| 3 | Henderson | Mary | 3:05-cv-04540 | 3:06-cv-7599 | Primary | |
| 4 | Pennington | Darla | 3:06-cv-00361 | 3:06-cv-3303 | Derivative | This plaintiff's claims derive from the claims of primary plaintiff **Ayres, Earl** |
| 5 | Allen | Juanita | 3:06-cv-00361 | 3:06-cv-3303 | Primary | |
| 6 | Benson | Rosie | 3:06-cv-00361 | 3:06-cv-3303 | Primary | |
| 7 | Blackwood | Eddean | 3:06-cv-00361 | 3:06-cv-3303 | Primary | |
| 8 | Gorman | Hsiao-Hua | 3:06-cv-00361 | 3:06-cv-3303 | Derivative | This plaintiff's claims derive from the claims of primary plaintiff **Gorman, Larry** |
| 9 | Jordan | Charles | 3:06-cv-00361 | 3:06-cv-3303 | Primary | |
| 10 | Bruun | Charles | 3:06-cv-02089 | 3:06-cv-7305 | Primary | |
| 11 | Johnson | Linda | 3:06-cv-04927 | 3:07-cv-0536 | Primary | |
| 12 | Herrera | Irma | 3:06-cv-07436 | 3:06-cv-3560 | Primary | |
| 13 | Schenk | Michael | 3:06-cv-07486 | 3:06-cv-3559 | Primary | |
| 14 | Fox | Bobby | 3:06-cv-07557 | 3:07-cv-0465 | Primary | |
| 15 | Payton | Ernest | 3:07-cv-01861 | BC 412568 (CA State Court) | Primary | |
| 16 | Hamilton | Billy | 3:07-cv-02144 | 3:06-cv-3528 | Primary | |
| 17 | Bradly | Tammy | 3:07-cv-04445 | 3:07-cv-5395 | Derivative | This plaintiff's claims derive from the claims of primary plaintiff **Brady, Charles** |