Elizabeth J. Cabraser
ecabraser@lchb.com
Scott P. Nealey
snealey@lchb.com
LIEFF, CABRASER, HEIMANN, & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Liaison Counsel*

Steve W. Berman
steve@hbsslaw.com
Lisa Hasselman
lisah@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Plaintiffs' Purchaser Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | No. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br><br>ALL PURCHASER CASES | [PROPOSED] ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUND |

001682-15 395686 v1

For the reasons set forth in Purchaser Plaintiffs' Unopposed Motion for an Order Approving Distribution of the Settlement Fund, the Declaration of Steve W. Berman in support of same, and the Declaration of Eric J. Miller, Claims Administrator, Regarding Allocation and Distribution of the Net Settlement Fund to Consumer Claimants and Third-Party Payors, filed November 16, 2010, the Court hereby:

- Approves the procedures used and actions taken by the Class Notice Consultant and the Claims Administrator;
- Approves payment of the timely-filed valid claims as determined by the Claims Administrator;
- Approves payment of valid, but late-filed, claims as determined by the Claims Administrator;
- Approves disallowance of claims identified by the Claims Administrator as deficient, invalid, or otherwise ineligible for payment;
- Approves the spillover of unclaimed amounts amongst the subclasses as agreed upon in the Plan of Allocation and as cacluated by the Claims Administrator; and
- Directing distribution of the settlement fund to eligible claimants in *pro rata* shares as determined by the Claims Administrator.

**SO ORDERED.**

Dated: San Francisco, California
This  1st  day of  December , 2010



_____
Charles R. Breyer, Judge
United States