1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11  | IN RE: BEXTRA AND CELEBREX | CASE NO. 05-CV-01699 CRB |
    | MARKETING SALES PRACTICES AND | |
12  | PRODUCT LIABILITY LITIGATION | MDL No. 1699 |

13
14  This Document Relates To:          **ORDER (1) DISMISSING WITH
                                       PREJUDICE CERTAIN PLAINTIFFS
    ALL PLAINTIFFS                     SUBJECT TO ORDER TO SHOW CAUSE;
15                                     AND (2) STAYING ORDER TO SHOW
                                       CAUSE WITH RESPECT TO CERTAIN
16                                     PLAINTIFFS UNTIL FEBRUARY 4, 2011**

17                                     Date:   December 17, 2010
                                       Time:   10:00 a.m.
18                                     Judge: Hon. Charles R. Breyer

19

20         On November 22, 2010, this Court issued an Order to Show Cause why certain Plaintiffs

21  – those who had executed settlement agreements with Pfizer or who had agreements in principle,

22  but who had not yet completed the settlement process, or who appeared to file duplicative

23  complaints where the Court dismissed at least one of the complaints already – should not be

24  dismissed for failure to prosecute their claims ("the OSC").  *See* Docket No. 3445.  The OSC

25  required any such Plaintiff who wished to oppose the dismissal of his or her suit with prejudice to

26  file a response to the OSC by December 7.

27         Only three Plaintiffs' counsel filed timely responses to the OSC; two others filed untimely

28  responses.  The Court also required Pfizer to submit a report regarding the progress Plaintiffs had

1  made in completing their settlements since the Court issued the OSC, in which Pfizer identified

2  five other Plaintiffs' counsel that had made substantial progress.  A number of Plaintiffs did

3  complete their settlements since the Court issued the OSC, but numerous Plaintiffs neither filed

4  responses to the OSC nor made further progress in their settlements.

5      After carefully considering the status of the litigation and the ample notice provided to

6  litigants by the Court and Pfizer, the Court hereby ORDERS as follows:

7      1.      This Court finds that the Plaintiffs listed in Exhibit 1 – who did not respond to the

8  Court's OSC and did not make progress toward settlement – have failed to prosecute their claims.

9  The claims of all such Plaintiffs hereby are DISMISSED WITH PREJUDICE.

10     2.      While the other Plaintiffs subject to the OSC either responded to the Court's OSC

11  or made progress toward settlement, the Court believes that the settlements should be completed

12  expeditiously for the sake of the litigants and the Court, and the Court sees no reason why the

13  Plaintiffs should not be able to complete their settlements in short order.  Accordingly, the Court

14  hereby STAYS its OSC until <u>Friday, February 4, 2011, at 10:00 a.m.</u>  At that time, all counsel for

15  Plaintiffs listed in Exhibit 2 (or Plaintiffs themselves, if they are pro se) must appear <u>in person</u> to

16  show cause why their cases should not be dismissed <u>with prejudice</u> for a lack of prosecution.  *See*

17  Fed. R. Civ. P. 41.  If any Exhibit 2 Plaintiff wishes to contest the dismissal of his or her lawsuit

18  at that time, the Exhibit 2 Plaintiff shall notify the Court in writing on or before <u>January 25, 2011</u>

19  of the reasons the case should not be dismissed and shall provide a copy of any such

20  communication to counsel for Pfizer and Plaintiffs' Liaison Counsel.  Exhibit 2 Plaintiffs are

21  warned that failure to communicate with the Court in writing as set forth above <u>and</u> appear at the

22  hearing will result in dismissal of the Exhibit 2 Plaintiff's claims <u>with prejudice</u>.

23  **IT IS SO ORDERED.**

24

25  Dated: December 17 , 2010

26  _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

27

28

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT 1

### Plaintiffs to be Dismissed with Prejudice

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 1 | 3:05-cv-04540 | Henderson | Mary |
| 2 | 3:05-cv-04920 | Garlett | Vicky |
| 3 | 3:05-cv-05057 | McCoy | Lessie |
| 4 | 3:05-cv-05205 | Howard | Dewain |
| 5 | 3:05-cv-05355 | Latimer | Helen |
| 6 | 3:05-cv-05355 | Threet | Lamar |
| 7 | 3:05-cv-05388 | Wood | Elaine |
| 8 | 3:05-cv-05388 | Wooden | Tammy |
| 9 | 3:06-cv-00361 | Pennington | Darla |
| 10 | 3:06-cv-00361 | Allen | Juanita |
| 11 | 3:06-cv-00361 | Benson | Rosie |
| 12 | 3:06-cv-00361 | Blackwood | Eddean |
| 13 | 3:06-cv-00361 | Gorman | Hsiao-Hua |
| 14 | 3:06-cv-00361 | Jordan | Charles |
| 15 | 3:06-cv-00362 | Wegerski | Mary |
| 16 | 3:06-cv-00365 | Pea | Dora |
| 17 | 3:06-cv-00370 | Sitek | Gregory |
| 18 | 3:06-cv-01348 | Chandler | Gary |
| 19 | 3:06-cv-01351 | Gray | Christie |
| 20 | 3:06-cv-01875 | Magnusson | Dorothy |
| 21 | 3:06-cv-02089 | Bruun | Charles |
| 22 | 3:06-cv-02485 | Knott | Danell |
| 23 | 3:06-cv-03095 | Melton | Vivie |
| 24 | 3:06-cv-03207 | Bilal | Jamal |
| 25 | 3:06-cv-03208 | Welch | Jimmy |
| 26 | 3:06-cv-03265 | Isaac-Burgos | Nancy |
| 27 | 3:06-cv-03265 | Rosario-Isaac | Antonio |
| 28 | 3:06-cv-03665 | Gunnison | Wayne |
| 29 | 3:06-cv-03669 | Hall | Doris |
| 30 | 3:06-cv-03669 | Hall | Hollis |
| 31 | 3:06-cv-04082 | Thornsberry | Richard |
| 32 | 3:06-cv-04213 | Beernick | Gary |
| 33 | 3:06-cv-04213 | Belcher | John |
| 34 | 3:06-cv-04213 | Boyce | Grayce |
| 35 | 3:06-cv-04213 | Brazee | Cynthia |
| 36 | 3:06-cv-04213 | Bridgewater | Olga |
| 37 | 3:06-cv-04213 | Fiedler | William |
| 38 | 3:06-cv-04213 | Gregory | Rose |
| 39 | 3:06-cv-04213 | Moyer | Hazel |
| 40 | 3:06-cv-04213 | Royster | Melissa |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## EXHIBIT 1

### Plaintiffs to be Dismissed with Prejudice

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 41 | 3:06-cv-04213 | Vanpatter | Ray |
| 42 | 3:06-cv-04213 | Volpe | James |
| 43 | 3:06-cv-04213 | Wagner | Joyce |
| 44 | 3:06-cv-04225 | Garza | Debra |
| 45 | 3:06-cv-04603 | Cowan (Jackson, Sr., et al.) | Doretha |
| 46 | 3:06-cv-04927 | Johnson | Linda |
| 47 | 3:06-cv-05264 | Tyler | Calvert |
| 48 | 3:06-cv-05264 | Tyler | Clevert |
| 49 | 3:06-cv-05264 | Tyler | Eddie |
| 50 | 3:06-cv-05264 | Tyler | Mary |
| 51 | 3:06-cv-05264 | Tyler | Willie |
| 52 | 3:06-cv-05799 | Adams | Anthony |
| 53 | 3:06-cv-06164 | Hall | Cecilia |
| 54 | 3:06-cv-06164 | Hall | Larry |
| 55 | 3:06-cv-06187 | Tripp | Ira |
| 56 | 3:06-cv-06187 | Tripp | Mattie |
| 57 | 3:06-cv-06189 | Severson | Elmer |
| 58 | 3:06-cv-06281 | Henson | Shirley |
| 59 | 3:06-cv-06314 | Cammack | Leslie |
| 60 | 3:06-cv-06314 | Drewett | Leeza |
| 61 | 3:06-cv-06314 | Koudssi | Judity |
| 62 | 3:06-cv-06334 | Wright | Opal |
| 63 | 3:06-cv-06335 | Rice | Joyce |
| 64 | 3:06-cv-06359 | Welch | Charlotte |
| 65 | 3:06-cv-06437 | Harris | Shirlene |
| 66 | 3:06-cv-06437 | Hernandez | Jorge |
| 67 | 3:06-cv-06437 | Hornak | Alexander |
| 68 | 3:06-cv-06437 | Jones | Candy |
| 69 | 3:06-cv-06437 | Kobielus | Rosemary |
| 70 | 3:06-cv-06437 | Maddox | Linda |
| 71 | 3:06-cv-06437 | Reagan | Tommy |
| 72 | 3:06-cv-06437 | Stevenson | Patricia |
| 73 | 3:06-cv-06437 | Stiff | David |
| 74 | 3:06-cv-06437 | Sullins | Richard |
| 75 | 3:06-cv-06591 | Cork | Bobbi |
| 76 | 3:06-cv-06591 | Gregory | Freddy |
| 77 | 3:06-cv-06591 | Gregory | Norma |
| 78 | 3:06-cv-07277 | Solis | Milsa |
| 79 | 3:06-cv-07277 | Solis | Vicente |
| 80 | 3:06-cv-07395 3:06-cv-7558 | Holcomb | Larry |

*In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation*
MDL No. 1699

## **EXHIBIT 1**

## **Plaintiffs to be Dismissed with Prejudice**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 81 | 3:06-cv-07395<br>3:06-cv-7558 | Holcomb | Sandra |
| 82 | 3:06-cv-07436 | Herrera | Irma |
| 83 | 3:06-cv-07486 | Schenk | Michael |
| 84 | 3:06-cv-07503 | Abram | Dolores |
| 85 | 3:06-cv-07504 | McDaniel | John |
| 86 | 3:06-cv-07557 | Fox | Bobby |
| 87 | 3:06-cv-07648 | Parrish | Dorothy |
| 88 | 3:06-cv-07891 | Shenefield | Roger |
| 89 | 3:07-cv-00215 | Fisch | Robert |
| 90 | 3:07-cv-00405 | Farrell | Eileen |
| 91 | 3:07-cv-00973 | Harris | Leo |
| 92 | 3:07-cv-00973 | Harris | Verla |
| 93 | 3:07-cv-01125 | Martinez | Edna |
| 94 | 3:07-cv-01861 | Payton | Ernest |
| 95 | 3:07-cv-01913 | Terry | Lavanda |
| 96 | 3:07-cv-02037 | Lamm | Alan |
| 97 | 3:07-cv-02144 | Hamilton | Billy |
| 98 | 3:07-cv-02355 | Smith | Victor |
| 99 | 3:07-cv-04445 | Bradly | Tammy |
| 100 | 3:08-cv-05311 | Francis | Eddie |
| 101 | 3:10-cv-01326 | Wilson | Susan |
| 102 | 3:10-cv-01517 | Foust | Martha |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 1 | 3:05-cv-03860 | Turner | William |
| 2 | 3:05-cv-04296 | Todini | Helen |
| 3 | 3:05-cv-04298 | Hoffman | George |
| 4 | 3:05-cv-04299 | Bridges | Terry |
| 5 | 3:05-cv-04301 | Babin | Ronald |
| 6 | 3:05-cv-04302 | Aiola | Carol |
| 7 | 3:05-cv-04436 | Sneer | Louis |
| 8 | 3:05-cv-04489 | Nichols | Robert |
| 9 | 3:05-cv-04489 | Nichols | Terri |
| 10 | 3:05-cv-04579 | Jones | Nancy |
| 11 | 3:05-cv-04921 | Weber | Hattie |
| 12 | 3:05-cv-04921 | Weber | Richard |
| 13 | 3:05-cv-04926 | Vilmer | Larry |
| 14 | 3:05-cv-04926 | Vilmer | Nancy |
| 15 | 3:05-cv-04927 | Schach | Francis |
| 16 | 3:05-cv-04927 | Schach | Rolland |
| 17 | 3:05-cv-04928 | Rupniewski | Richard |
| 18 | 3:05-cv-04928 | Rupniewski | Sharon |
| 19 | 3:05-cv-05324 | Briley | Robert |
| 20 | 3:05-cv-05324 | Carpenter | Robert |
| 21 | 3:05-cv-05324 | Goodman | Sherman |
| 22 | 3:05-cv-05324 | Kocher | Jerry |
| 23 | 3:05-cv-05355 | Armstrong | Linda |
| 24 | 3:05-cv-05355 | Belleck | Charles |
| 25 | 3:05-cv-05355 | Daniels | Jack |
| 26 | 3:05-cv-05355 | Donoho | William |
| 27 | 3:05-cv-05355 | Hicks | Stephen |
| 28 | 3:05-cv-05355 | Kennedy | Laurie |
| 29 | 3:05-cv-05355 | Lewis | Ruth |
| 30 | 3:05-cv-05355 | Patrick | Gene |
| 31 | 3:05-cv-05356 | Disher | Scott |
| 32 | 3:05-cv-05356 | Hunt | Kenneth |
| 33 | 3:05-cv-05356 | Roseneau | Randal |
| 34 | 3:05-cv-05356 | Sneer | Louis |
| 35 | 3:05-cv-05356 | Untalan | Jose |
| 36 | 3:05-cv-05376 | Goddard | Barbara |
| 37 | 3:05-cv-05376 | Goddard | John |
| 38 | 3:05-cv-05377 | Cavanah | Maisie |
| 39 | 3:05-cv-05377 | Cavanah | Richard |
| 40 | 3:05-cv-05378 | Ryan | Anna |
| 41 | 3:05-cv-05378 | Ryan | John |
| 42 | 3:05-cv-05379 | Kanngiesser | Karen |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 43 | 3:05-cv-05379 | Kanngiesser | Phillip |
| 44 | 3:05-cv-05380 | McKinney | Mary |
| 45 | 3:05-cv-05381 | Banning | Kimberly |
| 46 | 3:05-cv-05381 | Banning | William |
| 47 | 3:06-cv-00156 | Lockwood | Ronald |
| 48 | 3:06-cv-00229 | Armstrong | Linda |
| 49 | 3:06-cv-00229 | Belleck | Charles |
| 50 | 3:06-cv-00229 | Daniels | Jack |
| 51 | 3:06-cv-00229 | Donoho | William |
| 52 | 3:06-cv-00229 | Hicks | Stephen |
| 53 | 3:06-cv-00229 | Kennedy | Laurie |
| 54 | 3:06-cv-00229 | Lewis | Ruth |
| 55 | 3:06-cv-00229 | Patrick | Gene |
| 56 | 3:06-cv-00354 | Gilbert | Maria |
| 57 | 3:06-cv-00431 | Schnack | Eileen |
| 58 | 3:06-cv-00431 | Schnack | Garland |
| 59 | 3:06-cv-00432 3:06-cv-00452 | Jackson | James |
| 60 | 3:06-cv-00440 | Gahagans | Octavia |
| 61 | 3:06-cv-00444 | Hancock | Helene |
| 62 | 3:06-cv-00449 | Walker | Sharon |
| 63 | 3:06-cv-00454 | Stubbs | Edith |
| 64 | 3:06-cv-00463 | Redman | Larry |
| 65 | 3:06-cv-01652 | Smith | Leon |
| 66 | 3:06-cv-01879 | Bryant | James |
| 67 | 3:06-cv-01879 | Burns | Mary |
| 68 | 3:06-cv-01879 | Clevinger | John |
| 69 | 3:06-cv-01879 | Fugate | Vurl |
| 70 | 3:06-cv-01879 | Gibbs | Buna |
| 71 | 3:06-cv-01879 | Good | Phyllis |
| 72 | 3:06-cv-01879 | Hamilton | Noralene |
| 73 | 3:06-cv-01879 | Johnson | Shurlie |
| 74 | 3:06-cv-01879 | Keene | Jerry |
| 75 | 3:06-cv-01879 | Mannie | Dortha |
| 76 | 3:06-cv-01879 | Mayard | Doris |
| 77 | 3:06-cv-01879 | Newsome | Sally |
| 78 | 3:06-cv-01879 | Pendleton | Kevin |
| 79 | 3:06-cv-01879 | Ramey | Joey |
| 80 | 3:06-cv-01879 | Rowe | Catherine |
| 81 | 3:06-cv-01879 | Slone | Laverne |
| 82 | 3:06-cv-01879 | Terry | Billy |
| 83 | 3:06-cv-01880 | Casey | Roger |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|------------------------|-------------------------|
| 84 | 3:06-cv-01880 | Fortney | Fredrick |
| 85 | 3:06-cv-01880 | Hall | Deborah |
| 86 | 3:06-cv-01880 | Hall | Patricia |
| 87 | 3:06-cv-01880 | Hampton | Lonnie |
| 88 | 3:06-cv-01880 | Huff | James |
| 89 | 3:06-cv-01880 | Jones | Patricia |
| 90 | 3:06-cv-01880 | Newsome | Naomi |
| 91 | 3:06-cv-01880 | Russell | Myrtlene |
| 92 | 3:06-cv-01880 | Salisbury | Billie |
| 93 | 3:06-cv-01880 | Sesco | Bobby |
| 94 | 3:06-cv-01880 | St. John | Bonnie |
| 95 | 3:06-cv-01881 | Clark | Beverly |
| 96 | 3:06-cv-01881 | Kilgore | Evelyn |
| 97 | 3:06-cv-01881 | Moore | Carolyn |
| 98 | 3:06-cv-01881 | Ratliff | Lucille |
| 99 | 3:06-cv-01881 | Robinson | Joel |
| 100 | 3:06-cv-01881 | Smith | Joe |
| 101 | 3:06-cv-01881 | Taylor | Fon |
| 102 | 3:06-cv-02081 | Wilson | Mark |
| 103 | 3:06-cv-02438 | Acosta | Jose |
| 104 | 3:06-cv-02438 | Alicea | Juan |
| 105 | 3:06-cv-02438 | Alicea | Julio |
| 106 | 3:06-cv-02438 | Arocho | Ricardo |
| 107 | 3:06-cv-02438 | Casanova | Rene |
| 108 | 3:06-cv-02438 | Cordova | Gladys |
| 109 | 3:06-cv-02438 | Cruz | Gladys |
| 110 | 3:06-cv-02438 | de Agosto | Rosaura |
| 111 | 3:06-cv-02438 | de Emerson | Camelia |
| 112 | 3:06-cv-02438 | De Gomez | Iris |
| 113 | 3:06-cv-02438 | De Sosa | Ana |
| 114 | 3:06-cv-02438 | Deleon | Jesus |
| 115 | 3:06-cv-02438 | Diaz | Jose |
| 116 | 3:06-cv-02438 | Echevarria | Eleanor |
| 117 | 3:06-cv-02438 | Estate of Miguel A. Rivera Perez | |
| 118 | 3:06-cv-02438 | Franco | Benedicto |
| 119 | 3:06-cv-02438 | Garcia | Maria |
| 120 | 3:06-cv-02438 | Gomez | Ramona |
| 121 | 3:06-cv-02438 | Gonzalez | Ana |
| 122 | 3:06-cv-02438 | Gonzalez-Aviles | Manuel |
| 123 | 3:06-cv-02438 | Hernandez | Esmeralda |
| 124 | 3:06-cv-02438 | Hodge | Hector |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

**EXHIBIT 2**

**Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 125 | 3:06-cv-02438 | Jiminez | Edgar |
| 126 | 3:06-cv-02438 | Laureano | Ernestina |
| 127 | 3:06-cv-02438 | Lopez | Francisco |
| 128 | 3:06-cv-02438 | Malave | Hector |
| 129 | 3:06-cv-02438 | Montanez | Reinaldo |
| 130 | 3:06-cv-02438 | Morales | Ana Lydia |
| 131 | 3:06-cv-02438 | Muniz | Maria |
| 132 | 3:06-cv-02438 | Nater | Dorcas |
| 133 | 3:06-cv-02438 | Nieves | Eduardo |
| 134 | 3:06-cv-02438 | Nieves | Miguel |
| 135 | 3:06-cv-02438 | Nieves | Rafael |
| 136 | 3:06-cv-02438 | Nieves-Matos | Aida |
| 137 | 3:06-cv-02438 | Ortiz | Roberto |
| 138 | 3:06-cv-02438 | Perez | Eva |
| 139 | 3:06-cv-02438 | Perez | Luis |
| 140 | 3:06-cv-02438 | Pizarro | Rafael |
| 141 | 3:06-cv-02438 | Rivera | Blasina |
| 142 | 3:06-cv-02438 | Rivera | Rafael |
| 143 | 3:06-cv-02438 | Rivera | Rafaela |
| 144 | 3:06-cv-02438 | Robles | Nelson David |
| 145 | 3:06-cv-02438 | Rodriguez | Epifania |
| 146 | 3:06-cv-02438 | Rodriguez | Luz |
| 147 | 3:06-cv-02438 | Rodriguez | Rosa |
| 148 | 3:06-cv-02438 | Rosado | Marta |
| 149 | 3:06-cv-02438 | Rosario | Madeline |
| 150 | 3:06-cv-02438 | Santana | Miguel |
| 151 | 3:06-cv-02438 | Santiago | Jose |
| 152 | 3:06-cv-02438 | Santos | Luz |
| 153 | 3:06-cv-02438 | Sorrentini-Davila | Miriam |
| 154 | 3:06-cv-02438 | Torres | Carmen |
| 155 | 3:06-cv-02438 | Torres | Juanita |
| 156 | 3:06-cv-02438 | Trujillo | Javier |
| 157 | 3:06-cv-02438 | Vega | Martin |
| 158 | 3:06-cv-02438 | Villafane | Aracelis |
| 159 | 3:06-cv-02474 | Aday | Martin |
| 160 | 3:06-cv-02474 | Anderson | Thomas |
| 161 | 3:06-cv-02474 | Andrews | Eva |
| 162 | 3:06-cv-02474 | Baker | Vivian |
| 163 | 3:06-cv-02474 | Banks | Mary |
| 164 | 3:06-cv-02474 | Beard | Mark |
| 165 | 3:06-cv-02474 | Cappo | Tony |
| 166 | 3:06-cv-02474 | Causey | Theresa |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|----------------------|
| 167 | 3:06-cv-02474 | Clements | Sueann |
| 168 | 3:06-cv-02474 | Collins | Jerry |
| 169 | 3:06-cv-02474 | Copeland | Linda |
| 170 | 3:06-cv-02474 | Davidson | Mike |
| 171 | 3:06-cv-02474 | Davidson | Pamela |
| 172 | 3:06-cv-02474 | Davis | Tosha |
| 173 | 3:06-cv-02474 | Day | Sonny |
| 174 | 3:06-cv-02474 | Dunn | Deborah |
| 175 | 3:06-cv-02474 | Eager | Lawanna |
| 176 | 3:06-cv-02474 | Edwards | Sam |
| 177 | 3:06-cv-02474 | Finley | Arwood |
| 178 | 3:06-cv-02474 | Fuselier | Bernell |
| 179 | 3:06-cv-02474 | Gates | Allyn |
| 180 | 3:06-cv-02474 | Gates | Aubrey |
| 181 | 3:06-cv-02474 | Gipson | Ruthie |
| 182 | 3:06-cv-02474 | Graf | Lucille |
| 183 | 3:06-cv-02474 | Green | Michael |
| 184 | 3:06-cv-02474 | Grice | Daisey |
| 185 | 3:06-cv-02474 | Guerriero | Amy |
| 186 | 3:06-cv-02474 | Guerriero | Jamie |
| 187 | 3:06-cv-02474 | Hagan | Peter |
| 188 | 3:06-cv-02474 | Hall | James |
| 189 | 3:06-cv-02474 | Hall | Suzie |
| 190 | 3:06-cv-02474 | Harris | Ruby |
| 191 | 3:06-cv-02474 | Harvey | Marion |
| 192 | 3:06-cv-02474 | Hassen | Diane |
| 193 | 3:06-cv-02474 | Hendrix | Bill |
| 194 | 3:06-cv-02474 | Higgins | Mattie |
| 195 | 3:06-cv-02474 | Howard | Roberta |
| 196 | 3:06-cv-02474 | Jackson | Larry |
| 197 | 3:06-cv-02474 | Jenkins | Judy |
| 198 | 3:06-cv-02474 | Johnson | Bill |
| 199 | 3:06-cv-02474 | Johnson | Glenda |
| 200 | 3:06-cv-02474 | Jones | Gregory |
| 201 | 3:06-cv-02474 | Jones | Nettie |
| 202 | 3:06-cv-02474 | Kinney | Gary |
| 203 | 3:06-cv-02474 | Lambert | Jules |
| 204 | 3:06-cv-02474 | Landry | Antis |
| 205 | 3:06-cv-02474 | Landry | Eugene |
| 206 | 3:06-cv-02474 | Lewis | Arthur |
| 207 | 3:06-cv-02474 | Lewis | Tonia |
| 208 | 3:06-cv-02474 | Livas | Alvin |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

**Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|-----------------------|------------------------|
| 209 | 3:06-cv-02474 | Locks | Mary |
| 210 | 3:06-cv-02474 | Lyons | John |
| 211 | 3:06-cv-02474 | Marles | Arlena |
| 212 | 3:06-cv-02474 | McDonald | Calvin |
| 213 | 3:06-cv-02474 | McDowell | Leolder |
| 214 | 3:06-cv-02474 | McLarrin | Charlotta |
| 215 | 3:06-cv-02474 | McLarrin | Edgar |
| 216 | 3:06-cv-02474 | Meadows | Essie |
| 217 | 3:06-cv-02474 | Modicue | Vera |
| 218 | 3:06-cv-02474 | Moncrief | Mary |
| 219 | 3:06-cv-02474 3:06-cv-02479 | Moore | Lottie |
| 220 | 3:06-cv-02474 | Morris | Arlice |
| 221 | 3:06-cv-02474 | Murphy | Georgia |
| 222 | 3:06-cv-02474 | Murray | Guy |
| 223 | 3:06-cv-02474 | Pace | Oscar |
| 224 | 3:06-cv-02474 | Peel | Lewis |
| 225 | 3:06-cv-02474 | Pennino | Ciro |
| 226 | 3:06-cv-02474 | Pierce | Joyce |
| 227 | 3:06-cv-02474 | Powell | James |
| 228 | 3:06-cv-02474 | Roberts | Marsha |
| 229 | 3:06-cv-02474 | Robinson | Sharon |
| 230 | 3:06-cv-02474 | Robinson | Sheryl |
| 231 | 3:06-cv-02474 | Robison | Glen |
| 232 | 3:06-cv-02474 | Ruffino | Jennifer |
| 233 | 3:06-cv-02474 | Sant | Gregory |
| 234 | 3:06-cv-02474 | Sant | Teresa |
| 235 | 3:06-cv-02474 | Schleuter | Veronica |
| 236 | 3:06-cv-02474 | Scott | Diane |
| 237 | 3:06-cv-02474 | Scott | Henry |
| 238 | 3:06-cv-02474 | Sherman | Terry |
| 239 | 3:06-cv-02474 | Shoemaker | Edward |
| 240 | 3:06-cv-02474 | Shows | Marilyn |
| 241 | 3:06-cv-02474 | Shows | William |
| 242 | 3:06-cv-02474 | Stark | George |
| 243 | 3:06-cv-02474 | Sullivan | Ruth |
| 244 | 3:06-cv-02474 | Taylor | Eulah |
| 245 | 3:06-cv-02474 | Taylor | Paul |
| 246 | 3:06-cv-02474 | Taylor | Robbie |
| 247 | 3:06-cv-02474 | Tennant | Henry |
| 248 | 3:06-cv-02474 | Thomas | Edrice |
| 249 | 3:06-cv-02474 | Varnell | Marvin |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 250 | 3:06-cv-02474 | Walker | Ollie |
| 251 | 3:06-cv-02474 | Watson | Beatrice |
| 252 | 3:06-cv-02474 | Wheeler | Mary |
| 253 | 3:06-cv-02474 | Williams | Carrie |
| 254 | 3:06-cv-02474 | Williams | Eddie |
| 255 | 3:06-cv-02474 | Williams | Elnora |
| 256 | 3:06-cv-02474 | Williams | Lucinda |
| 257 | 3:06-cv-02474 | Williams | Patricia |
| 258 | 3:06-cv-02474 | Wilson | Faye |
| 259 | 3:06-cv-02474 | Woods | John |
| 260 | 3:06-cv-02474 | Woods | Melba |
| 261 | 3:06-cv-02474 | Zagone | Pamela |
| 262 | 3:06-cv-02474 | Zagone | Victor |
| 263 | 3:06-cv-02475 | Carson | Malissa |
| 264 | 3:06-cv-02475 | Carson | Ricky |
| 265 | 3:06-cv-02475 | Foulon | Robert |
| 266 | 3:06-cv-02475 | Warren | Virgie |
| 267 | 3:06-cv-02478 | Carson | Malissa |
| 268 | 3:06-cv-02478 | Foulon | Robert |
| 269 | 3:06-cv-02478 | Warren | Virgie |
| 270 | 3:06-cv-02479 | Amant | Iris |
| 271 | 3:06-cv-02479 | Amant | Joseph |
| 272 | 3:06-cv-02479 | Anderson | Thomas |
| 273 | 3:06-cv-02479 | Andrews | Eva |
| 274 | 3:06-cv-02479 | Baker | Vivian |
| 275 | 3:06-cv-02479 | Banks | Mary |
| 276 | 3:06-cv-02479 | Byrnes | Emily |
| 277 | 3:06-cv-02479 | Byrnes | Patricia |
| 278 | 3:06-cv-02479 | Cappo | Tony |
| 279 | 3:06-cv-02479 | Causey | Theresa |
| 280 | 3:06-cv-02479 | Clements | Sueann |
| 281 | 3:06-cv-02479 | Coats | Robert |
| 282 | 3:06-cv-02479 | Collins | Jerry |
| 283 | 3:06-cv-02479 | Davidson | Mike |
| 284 | 3:06-cv-02479 | Davidson | Pamela |
| 285 | 3:06-cv-02479 | Davis | Billie |
| 286 | 3:06-cv-02479 | Davis | Michael |
| 287 | 3:06-cv-02479 | Davis | Tosha |
| 288 | 3:06-cv-02479 | Day | Sonny |
| 289 | 3:06-cv-02479 | Dunn | Deborah |
| 290 | 3:06-cv-02479 | Eager | Lawanna |
| 291 | 3:06-cv-02479 | Edwards | Sam |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 292 | 3:06-cv-02479 | Finley | Arwood |
| 293 | 3:06-cv-02479 | Fuselier | Bernell |
| 294 | 3:06-cv-02479 | Gates | Aubrey |
| 295 | 3:06-cv-02479 | Gates | |
| 296 | 3:06-cv-02479 | Gipson | Ruthie |
| 297 | 3:06-cv-02479 | Graf | Lucille |
| 298 | 3:06-cv-02479 | Green | Michael |
| 299 | 3:06-cv-02479 | Guerriero | Amy |
| 300 | 3:06-cv-02479 | Guerriero | Jamie |
| 301 | 3:06-cv-02479 | Harris | Ruby |
| 302 | 3:06-cv-02479 | Harvey | Marion |
| 303 | 3:06-cv-02479 | Hassen | Diane |
| 304 | 3:06-cv-02479 | Hayes | Jane |
| 305 | 3:06-cv-02479 | Hendrix | Bill |
| 306 | 3:06-cv-02479 | Higgins | Mattie |
| 307 | 3:06-cv-02479 | Jackson | Jacqueline |
| 308 | 3:06-cv-02479 | Jackson | Larry |
| 309 | 3:06-cv-02479 | Jenkins | Judy |
| 310 | 3:06-cv-02479 | Johnson | Bill |
| 311 | 3:06-cv-02479 | Johnson | Johnson |
| 312 | 3:06-cv-02479 | Jones | Gregory |
| 313 | 3:06-cv-02479 | Jones | Nettie |
| 314 | 3:06-cv-02479 | Jordan | Lois |
| 315 | 3:06-cv-02479 | Kenney | Gary |
| 316 | 3:06-cv-02479 | King | Vernon |
| 317 | 3:06-cv-02479 | LaDart | Debbie |
| 318 | 3:06-cv-02479 | Livas | Alvin |
| 319 | 3:06-cv-02479 | Locks | Mary |
| 320 | 3:06-cv-02479 | Lyons | John |
| 321 | 3:06-cv-02479 | Marles | Arlena |
| 322 | 3:06-cv-02479 | McDonald | Calvin |
| 323 | 3:06-cv-02479 | McDowell | Leolder |
| 324 | 3:06-cv-02479 | Meadows | Essie |
| 325 | 3:06-cv-02479 | Moncrief | Mary |
| 326 | 3:06-cv-02479 | Morris | Arlice |
| 327 | 3:06-cv-02479 | Murphy | Georgia |
| 328 | 3:06-cv-02479 | Murray | Guy |
| 329 | 3:06-cv-02479 | Pace | Oscar |
| 330 | 3:06-cv-02479 | Peel | Lewis |
| 331 | 3:06-cv-02479 | Pennington | Billy |
| 332 | 3:06-cv-02479 | Pennino | Ciro |
| 333 | 3:06-cv-02479 | Pierce | Joyce |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

**EXHIBIT 2**

**Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 334 | 3:06-cv-02479 | Powell | James |
| 335 | 3:06-cv-02479 | Roberts | Marsha |
| 336 | 3:06-cv-02479 | Robinson | Sharon |
| 337 | 3:06-cv-02479 | Robinson | Sheryl |
| 338 | 3:06-cv-02479 | Ruffino | Jennifer |
| 339 | 3:06-cv-02479 | Sant | Gregory |
| 340 | 3:06-cv-02479 | Sant | Teresa |
| 341 | 3:06-cv-02479 | Schleuter | Veronica |
| 342 | 3:06-cv-02479 | Scott | Diane |
| 343 | 3:06-cv-02479 | Scott | Henry |
| 344 | 3:06-cv-02479 | Sherman | Terry |
| 345 | 3:06-cv-02479 | Shows | Marilyn |
| 346 | 3:06-cv-02479 | Shows | Williams |
| 347 | 3:06-cv-02479 | Smith | Ezel |
| 348 | 3:06-cv-02479 | Sullivan | Ruth |
| 349 | 3:06-cv-02479 | Taylor | Paul |
| 350 | 3:06-cv-02479 | Taylor | Robbie |
| 351 | 3:06-cv-02479 | Tennant | Henry |
| 352 | 3:06-cv-02479 | Thomas | Edrice |
| 353 | 3:06-cv-02479 | Varnell | Marvin |
| 354 | 3:06-cv-02479 | Warlick | Evelyn |
| 355 | 3:06-cv-02479 | Watson | Beatrice |
| 356 | 3:06-cv-02479 | Wheeler | Mary |
| 357 | 3:06-cv-02479 | Williams | Carrie |
| 358 | 3:06-cv-02479 | Williams | Eddie |
| 359 | 3:06-cv-02479 | Williams | Elnora |
| 360 | 3:06-cv-02479 | Williams | Lucinda |
| 361 | 3:06-cv-02479 | Williams | Patricia |
| 362 | 3:06-cv-02479 | Williams | Sharon |
| 363 | 3:06-cv-02479 | Wilson | Faye |
| 364 | 3:06-cv-02479 | Woods | Melba |
| 365 | 3:06-cv-02678 | Bennett | Stela |
| 366 | 3:06-cv-02678 | Hoyt | Elsie |
| 367 | 3:06-cv-02682 | Hanson | Steve |
| 368 | 3:06-cv-02682 | Karl | Sherry |
| 369 | 3:06-cv-02682 | Pearce | Carol |
| 370 | 3:06-cv-02682 | Wilkinson | James |
| 371 | 3:06-cv-02688 | Talbert | Russell |
| 372 | 3:06-cv-02813 | Fountain | Linda |
| 373 | 3:06-cv-02813 | Gates | Joyce |
| 374 | 3:06-cv-02813 | Gremillion | Deanna |
| 375 | 3:06-cv-02813 | Soileau | David |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 376 | 3:06-cv-02814 | Butler | James |
| 377 | 3:06-cv-02814 3:06-cv-03680 | Gay | Dana |
| 378 | 3:06-cv-02814 | Lebourgeois | Lynn |
| 379 | 3:06-cv-03487 | Sanders | Barbara |
| 380 | 3:06-cv-03487 | Sanders | Victor |
| 381 | 3:06-cv-03526 | Brantley | Donald |
| 382 | 3:06-cv-03526 | Bridges | Lavonne |
| 383 | 3:06-cv-03526 | Corbeil | Guy |
| 384 | 3:06-cv-03526 | Doolen | Daniel |
| 385 | 3:06-cv-03526 | Hayes | Howard |
| 386 | 3:06-cv-03526 | Hendricks | Lawrence |
| 387 | 3:06-cv-03526 | Howard | Willie |
| 388 | 3:06-cv-03526 | Isreal | Scott |
| 389 | 3:06-cv-03526 | Linberg | Richard |
| 390 | 3:06-cv-03526 | Miller | Deborah |
| 391 | 3:06-cv-03526 | Nairne | Joyce |
| 392 | 3:06-cv-03526 | Nall | Mabel |
| 393 | 3:06-cv-03526 | New | Louise |
| 394 | 3:06-cv-03526 | Poorman | Jim |
| 395 | 3:06-cv-03526 | Rainey | Joyce |
| 396 | 3:06-cv-03526 | Reynolds | James |
| 397 | 3:06-cv-03526 | Smith | Forrest |
| 398 | 3:06-cv-03526 | Smith | Walter |
| 399 | 3:06-cv-03526 | Stone | Paulette |
| 400 | 3:06-cv-03526 | Turnage | Peggy |
| 401 | 3:06-cv-03526 | Wallace | Raymond |
| 402 | 3:06-cv-03526 | Wood | Dimple |
| 403 | 3:06-cv-03526 | Woods | Eunice |
| 404 | 3:06-cv-03527 | Bullard | Arthur |
| 405 | 3:06-cv-03527 | Crum | Freda |
| 406 | 3:06-cv-03527 | Mills | Bessie |
| 407 | 3:06-cv-03528 | Adams | Tilford |
| 408 | 3:06-cv-03528 | Blankenship | Emma |
| 409 | 3:06-cv-03528 | Brady | Terriann |
| 410 | 3:06-cv-03528 | Bruner | Carlie |
| 411 | 3:06-cv-03528 | Bucklin | David |
| 412 | 3:06-cv-03528 | Buskirk | Jo |
| 413 | 3:06-cv-03528 | Castle | Tommy |
| 414 | 3:06-cv-03528 | Collins | Martin |
| 415 | 3:06-cv-03528 | Durrell | Elaine |
| 416 | 3:06-cv-03528 | Felton | Carroll |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 417 | 3:06-cv-03528 | Gayheart | Billy |
| 418 | 3:06-cv-03528 | Griffin | Kervin |
| 419 | 3:06-cv-03528 | Hicks | Charles |
| 420 | 3:06-cv-03528 | Ingram | Tammy |
| 421 | 3:06-cv-03528 | Jackson | Sarah |
| 422 | 3:06-cv-03528 | James | Barbara |
| 423 | 3:06-cv-03528 | Johnson | Cathey |
| 424 | 3:06-cv-03528 | Johnson | Mildred |
| 425 | 3:06-cv-03528 | Ladner | Kirk |
| 426 | 3:06-cv-03528 | Leavings | Horace |
| 427 | 3:06-cv-03528 | Martin | Clara |
| 428 | 3:06-cv-03528 | Maynard | Eva |
| 429 | 3:06-cv-03528 | Moore | Sarah |
| 430 | 3:06-cv-03528 | Moye | James |
| 431 | 3:06-cv-03528 | Noe | Kathy |
| 432 | 3:06-cv-03528 | Pack | Melda |
| 433 | 3:06-cv-03528 | Pellegrin | Justillian |
| 434 | 3:06-cv-03528 | Philpot | Shirley |
| 435 | 3:06-cv-03528 | Powell | John |
| 436 | 3:06-cv-03528 | Price | James |
| 437 | 3:06-cv-03528 | Roberts | Ricky |
| 438 | 3:06-cv-03528 | Schellhaas | William |
| 439 | 3:06-cv-03528 | Simmons | Verlina |
| 440 | 3:06-cv-03528 | Slone | Benny |
| 441 | 3:06-cv-03528 | Smallwood | Leroy |
| 442 | 3:06-cv-03528 | Smith | John |
| 443 | 3:06-cv-03528 | Smith | Margie |
| 444 | 3:06-cv-03528 | Spillers | Elizabeth |
| 445 | 3:06-cv-03528 | Sprague | Deborah |
| 446 | 3:06-cv-03528 | Sullwold | Aline |
| 447 | 3:06-cv-03528 | Swisher | John |
| 448 | 3:06-cv-03528 | White | Patricia |
| 449 | 3:06-cv-03655 | Langham | Vandell |
| 450 | 3:06-cv-03658 | Jermea | Ann |
| 451 | 3:06-cv-03658 | Jermea | Tom |
| 452 | 3:06-cv-03663 | Douglas | Evelyene |
| 453 | 3:06-cv-03668 | McCullough | Bryan |
| 454 | 3:06-cv-03668 | McCullough | Cheryl |
| 455 | 3:06-cv-03670 | Madere | Kathy |
| 456 | 3:06-cv-03670 | Madere | Robert |
| 457 | 3:06-cv-03671 | Graves | June |
| 458 | 3:06-cv-03671 | Graves | Larry |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|-----------------------|------------------------|
| 459 | 3:06-cv-03813 | Taylor | Marsha |
| 460 | 3:06-cv-04090 | Brown | Richard |
| 461 | 3:06-cv-04090 | Scott | Luscious |
| 462 | 3:06-cv-04090 | Scott | Willie |
| 463 | 3:06-cv-04832 | Rinche | Linda |
| 464 | 3:06-cv-04832 | Rinche | Paul |
| 465 | 3:06-cv-06160 | Duvall | Arlene |
| 466 | 3:06-cv-06160 | Duvall | Sam |
| 467 | 3:06-cv-06176 | Frisby | Lois |
| 468 | 3:06-cv-06177 | Fox | Charles |
| 469 | 3:06-cv-06179 | Malone | Norman |
| 470 | 3:06-cv-06191 | Byrd | Anne |
| 471 | 3:06-cv-06191 | Byrd | Jerry |
| 472 | 3:06-cv-06191 | Jacobs | Mistianne |
| 473 | 3:06-cv-06191 | Stokes | Sharona |
| 474 | 3:06-cv-06192 | Fields | Jill |
| 475 | 3:06-cv-06192 | Streeter | Thomas |
| 476 | 3:06-cv-06193 | Constant | Tony |
| 477 | 3:06-cv-06362 | Eblin | Anthony |
| 478 | 3:06-cv-06409 | Fairey | Frances |
| 479 | 3:06-cv-06409 | Fairey | Marion |
| 480 | 3:06-cv-06548 | Brandt | Gaylene |
| 481 | 3:06-cv-06548 | Cleek | Mary |
| 482 | 3:06-cv-06548 | Odom | Evelyn |
| 483 | 3:06-cv-06778 | Crane | Connie |
| 484 | 3:06-cv-06778 | Crane | Jerry |
| 485 | 3:06-cv-07282 | Cote | Linda |
| 486 | 3:06-cv-07331 | Henry | Mamie |
| 487 | 3:06-cv-07392 | Wellborn | Joyce |
| 488 | 3:06-cv-07392 | Wellborn | Vernon |
| 489 | 3:06-cv-07405 | Champagne | Matthew |
| 490 | 3:06-cv-07649 | Boggs | Mary |
| 491 | 3:06-cv-07737 | Norris | Louise |
| 492 | 3:06-cv-07737 | Norris | Robert |
| 493 | 3:06-cv-07893 | Gray | Martha |
| 494 | 3:06-cv-07893 | Gray | Thomas |
| 495 | 3:06-cv-07894 | Papa | Annetta |
| 496 | 3:06-cv-07895 | Heeter | Ferrell |
| 497 | 3:06-cv-07895 | Heeter | Judy |
| 498 | 3:06-cv-07896 | Sanburg | Ronald |
| 499 | 3:06-cv-07902 | Nunez | Jacob |
| 500 | 3:06-cv-07902 | Nunez | Linda |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## **EXHIBIT 2**

## **Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 501 | 3:06-cv-07903 | Lunday | Lonnie |
| 502 | 3:06-cv-07904 | Serrata | John |
| 503 | 3:06-cv-07904 | Serrata | Sharon |
| 504 | 3:07-cv-00106 | Sutherland | Sanford |
| 505 | 3:07-cv-00213 | Wiles | Geraldine |
| 506 | 3:07-cv-00358 | Anderson | Dale |
| 507 | 3:07-cv-00443 | Burnside | Frieda |
| 508 | 3:07-cv-00468 | Streich | Elizabeth |
| 509 | 3:07-cv-00862 | Lewis | Gwendolyn |
| 510 | 3:07-cv-00862 | Lewis | Richard |
| 511 | 3:07-cv-00864 | Surratt | Vena |
| 512 | 3:07-cv-01469 | Sullivan | Michelle |
| 513 | 3:07-cv-01862 | Stevens | Geneva |
| 514 | 3:07-cv-01862 | Stevens | Owen |
| 515 | 3:07-cv-01865 | Sosebee | Dennis |
| 516 | 3:07-cv-01865 | Sosebee | Louise |
| 517 | 3:07-cv-01867 | Godfrey | Beverly |
| 518 | 3:07-cv-01867 | Godfrey | Render |
| 519 | 3:07-cv-01894 | Keil | Charlotte |
| 520 | 3:07-cv-01894 | Keil | Hans |
| 521 | 3:07-cv-01895 | Smith | Allen |
| 522 | 3:07-cv-01895 | Smith | Patricia |
| 523 | 3:07-cv-01900 | Shaver | Joe |
| 524 | 3:07-cv-01922 | Beachnaw | Dennis |
| 525 | 3:07-cv-01959 | Edwards | William |
| 526 | 3:07-cv-01973 | Caldwell | Jene |
| 527 | 3:07-cv-01973 | Caldwell | Richard |
| 528 | 3:07-cv-01973 | Lonardo | Riccardo |
| 529 | 3:07-cv-01973 | Stewart | Dorothy |
| 530 | 3:07-cv-01973 | Wadnik | Linda |
| 531 | 3:07-cv-01973 | Zamorski | John |
| 532 | 3:07-cv-02144 | Allgood | Ruth |
| 533 | 3:07-cv-02144 | Andrus | Isaac |
| 534 | 3:07-cv-02144 | Boose | Marilyn |
| 535 | 3:07-cv-02144 | Brown | Gary |
| 536 | 3:07-cv-02144 | Caudill | Janice |
| 537 | 3:07-cv-02144 | Dent | Daihann |
| 538 | 3:07-cv-02144 | Flato | Walter |
| 539 | 3:07-cv-02144 | Fromkneht | Wayne |
| 540 | 3:07-cv-02144 | Hauth | Charles |
| 541 | 3:07-cv-02144 | Hill | Beverly |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 542 | 3:07-cv-02144 | Klink | Rosa |
| 543 | 3:07-cv-02144 | Koester | Michael |
| 544 | 3:07-cv-02144 | Lewis | Louanda |
| 545 | 3:07-cv-02144 | Martin | Robert |
| 546 | 3:07-cv-02144 | McCormick | Pamela |
| 547 | 3:07-cv-02144 | Merger | Terry |
| 548 | 3:07-cv-02144 | Schooley | Linda |
| 549 | 3:07-cv-02144 | Staples | Margaret |
| 550 | 3:07-cv-02144 | Torain | Kathy |
| 551 | 3:07-cv-02144 | Watkins | Tamara |
| 552 | 3:07-cv-02144 | Weddington | Trevis |
| 553 | 3:07-cv-02212 | Alvarez | Felicita |
| 554 | 3:07-cv-02212 | Brito | Ana |
| 555 | 3:07-cv-02212 | Burris | Sarah |
| 556 | 3:07-cv-02212 | DeDonno | Anna |
| 557 | 3:07-cv-02212 | Estate of Agrippina Spichka by her Administrator Lubov Philpson | |
| 558 | 3:07-cv-02212 | Estate of Ann Hall by her Administrator Leslie Hall | |
| 559 | 3:07-cv-02212 | Estate of Anna Rivera; Neal by her Administrator Robert; Neal | |
| 560 | 3:07-cv-02212 | Estate of Boris Adesman by his administrator Alex Adesman | |
| 561 | 3:07-cv-02212 | Forestier | Maria |
| 562 | 3:07-cv-02212 | Garcia | Isabel |
| 563 | 3:07-cv-02212 | Kasht | Khalil |
| 564 | 3:07-cv-02212 | Khiemovich | Bella |
| 565 | 3:07-cv-02212 | Miranda | Francisca |
| 566 | 3:07-cv-02212 | Perez | Elba |
| 567 | 3:07-cv-02212 | Rubinshteyn | Gigoriy |
| 568 | 3:07-cv-02212 | Samuel | Wagdy |
| 569 | 3:07-cv-02212 | Sanchez | Ismael |
| 570 | 3:07-cv-02212 | Trinidad | Angel |
| 571 | 3:07-cv-03415 | Styles | Geneva |
| 572 | 3:07-cv-03415 | Styles | John |
| 573 | 3:07-cv-03417 | Townsend | Bertha |
| 574 | 3:07-cv-03417 | Townsend | Herman |
| 575 | 3:07-cv-03418 | Cochran | Elizabeth |
| 576 | 3:07-cv-03419 | Chaney | Kevin |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 577 | 3:07-cv-03447 | Bluett | Patricia |
| 578 | 3:07-cv-03449 | Hornsby | Howard |
| 579 | 3:07-cv-03449 | Hornsby | Lois |
| 580 | 3:07-cv-03491 | Leaks | Harold |
| 581 | 3:07-cv-03491 | Mathews | Lisa |
| 582 | 3:07-cv-03492 | Vantine | Wendel |
| 583 | 3:07-cv-03493 | Dohner | Barry |
| 584 | 3:07-cv-06088 | Allums | Marcus |
| 585 | 3:07-cv-06088 | Ammons | John |
| 586 | 3:07-cv-06088 | Bates | Surletha |
| 587 | 3:07-cv-06088 | Bell | Bobbye |
| 588 | 3:07-cv-06088 | Boykin | Rebecca |
| 589 | 3:07-cv-06088 | Cross | Ruth |
| 590 | 3:07-cv-06088 | Cummings | Ellen |
| 591 | 3:07-cv-06088 | Davis | Joyce |
| 592 | 3:07-cv-06088 | Derhaag | Diana |
| 593 | 3:07-cv-06088 | Erickson | Joann |
| 594 | 3:07-cv-06088 | Freeman | Linda |
| 595 | 3:07-cv-06088 | Garrett | Joan |
| 596 | 3:07-cv-06088 | Graves | Jack |
| 597 | 3:07-cv-06088 | Hardesty | Thomas |
| 598 | 3:07-cv-06088 | Hart | Hermine |
| 599 | 3:07-cv-06088 | Herbert | Wallace |
| 600 | 3:07-cv-06088 | James | Jesse |
| 601 | 3:07-cv-06088 | Johnson | Ada |
| 602 | 3:07-cv-06088 | Johnson | Kelli |
| 603 | 3:07-cv-06088 | Jones | Robert |
| 604 | 3:07-cv-06088 | Lindstrom | John |
| 605 | 3:07-cv-06088 | McCoid | Chester |
| 606 | 3:07-cv-06088 | Perrin | Norman |
| 607 | 3:07-cv-06088 | Phifer | Thelma |
| 608 | 3:07-cv-06088 | Poole | Timothy |
| 609 | 3:07-cv-06088 | Ray | Paul |
| 610 | 3:07-cv-06088 | Recamier | Christina |
| 611 | 3:07-cv-06088 | Renfroe | Edith |
| 612 | 3:07-cv-06088 | Roberts | Robin |
| 613 | 3:07-cv-06088 | Seabolt | Rocky |
| 614 | 3:07-cv-06088 | Simmons | Harold |
| 615 | 3:07-cv-06088 | Solomon | Carolyn |
| 616 | 3:07-cv-06088 | Thompson | Harold |
| 617 | 3:07-cv-06088 | Vann | Lella |
| 618 | 3:07-cv-06088 | Williams | Keith |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

**EXHIBIT 2**

**Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause**

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 619 | 3:07-cv-06088 | Williams | Lillie |
| 620 | 3:07-cv-06088 | Willis | Gregory |
| 621 | 3:08-cv-01492 | Green | Jerome |
| 622 | 3:08-cv-03642 | McAdam | Marlene |
| 623 | 3:08-cv-03650 | Seacat | Billy |
| 624 | 3:08-cv-03650 | Seacat | Dorothy |
| 625 | 3:08-cv-03743 | Sjoberg | Gene |
| 626 | 3:09-cv-04314 | Russell | Mary |
| 627 | 3:09-cv-04315 | Dock | Trevaris |
| 628 | 3:09-cv-04316 | Garcon | Marie |
| 629 | 3:09-cv-04317 | Muscat | Catherine |
| 630 | 3:09-cv-04318 | Turner | Evelyn |
| 631 | 3:09-cv-04319 | Flagler | Ronald |
| 632 | 3:09-cv-04320 | Knight | Regina |
| 633 | 3:09-cv-04321 | Williams-Fudge | Elizabeth |
| 634 | 3:09-cv-04322 | Borja | Carlos |
| 635 | 3:09-cv-04323 | Roman | David |
| 636 | 3:09-cv-04324 | Charlot | Diela |
| 637 | 3:09-cv-04325 | Cutler | Weston |
| 638 | 3:09-cv-04326 | Edwards | Joyce |
| 639 | 3:09-cv-04327 | Garabedian | Khatchir |
| 640 | 3:09-cv-04328 | Gordon | Lena |
| 641 | 3:09-cv-04329 | Kaufman | Joseph |
| 642 | 3:09-cv-04330 | Berardi | Pasquale |
| 643 | 3:09-cv-04331 | Rodgers | Scott |
| 644 | 3:09-cv-04332 | Rutsky | Bruce |
| 645 | 3:09-cv-04333 | Levy | Robert |
| 646 | 3:09-cv-04334 | Schroeder | Catherine |
| 647 | 3:09-cv-04335 | West | Theresa |
| 648 | 3:09-cv-04346 | Tompkins | Willie |
| 649 | 3:09-cv-04347 | Codling | Vivia |
| 650 | 3:09-cv-04348 | Ellberg | Beverly |
| 651 | 3:09-cv-04349 | Savino | Michael |
| 652 | 3:09-cv-04350 | Grant | Oliver |
| 653 | 3:09-cv-04351 | Pawlak | Elaine |
| 654 | 3:09-cv-04352 | Pastore | Louis |
| 655 | 3:09-cv-04359 | Kelly | Hope |
| 656 | 3:09-cv-04360 | Charlot | Diela |
| 657 | 3:09-cv-04361 | Russell | Mary |
| 658 | 3:09-cv-04362 | Cardone | Natalie |
| 659 | 3:09-cv-04363 | Mazzarella | Lila |
| 660 | 3:09-cv-04364 | Roman | David |

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|---|---|---|---|
| 661 | 3:09-cv-04365 | Eagen | Marcos |
| 662 | 3:09-cv-04366 | Vivona | Ben |
| 663 | 3:09-cv-04367 | Clinton | Cathi |
| 664 | 3:09-cv-04368 | Petty | Joan |
| 665 | 3:09-cv-04369 | Fugghett | Eureatha |
| 666 | 3:09-cv-04371 | Sabow | Bruce |
| 667 | 3:09-cv-04372 | Carmichael | Cecilia |
| 668 | 3:09-cv-04373 | Gholston | Carey |
| 669 | 3:09-cv-04374 | Gwynn | William |
| 670 | 3:09-cv-04375 | Hollingsworth | Dharl |
| 671 | 3:09-cv-04376 | Iglesia | Olimpia |
| 672 | 3:09-cv-04377 | Johnson | Danny |
| 673 | 3:09-cv-04395 | Claypool | David |
| 674 | 3:09-cv-04438 | Dady | Eva |
| 675 | 3:09-cv-04440 | Kalil | Joe |
| 676 | 3:09-cv-04441 | Major | Jean |
| 677 | 3:09-cv-04442 | Miller | Ruth |
| 678 | 3:09-cv-04443 | Niemeyer | Thomas |
| 679 | 3:09-cv-04444 | Novak | Leon |
| 680 | 3:09-cv-04445 | Smith | Dale |
| 681 | 3:09-cv-04446 | Theodoris | Lacienne |
| 682 | 3:09-cv-04464 | Mainer | Henry |
| 683 | 3:09-cv-04627 | Mayweather | Earnest |
| 684 | 3:09-cv-04628 | Sabio | John |
| 685 | 3:09-cv-04629 | Pruett | Patricia |
| 686 | 3:09-cv-04632 | Roberts | Earnestine |
| 687 | 3:09-cv-04634 | Stanley | Edward |
| 688 | 3:09-cv-04635 | Viger | Sharon |
| 689 | 3:09-cv-04636 | Watson | Elizabeth |
| 690 | 3:09-cv-04638 | Bialek | Carol |
| 691 | 3:09-cv-04640 | Clinton | Cathi |
| 692 | 3:10-cv-00814 | Hill | Robert |
| 693 | 3:10-cv-01700 | York | Larry |
| 694 | 3:10-cv-01842 | Walker-Ketch | Diane |
| 695 | 3:10-cv-03060 | Barbareck | Bonnie |
| 696 | 3:10-cv-03060 | Blunt | Dolores |
| 697 | 3:10-cv-03060 | Boschert | Harvey |
| 698 | 3:10-cv-03060 | Boyer | Mary |
| 699 | 3:10-cv-03060 | Brushwitz | Anna |
| 700 | 3:10-cv-03060 | Cody | Wilma |
| 701 | 3:10-cv-03060 | Coleman | Josephine |
| 702 | 3:10-cv-03060 | Duncan | Gennie |

17

In re: Bextra & Celebrex Marketing, Sales Practices, & Product Liability Litigation
MDL No. 1699

## EXHIBIT 2

## Plaintiffs With Executed Agreements or Agreements in Principle Subject to Order to Show Cause

| No. | Case Number | Plaintiff's Last Name | Plaintiff's First Name |
|-----|-------------|----------------------|------------------------|
| 703 | 3:10-cv-03060 | Hawes | Dorothy |
| 704 | 3:10-cv-03060 | Ledbetter | Betty |
| 705 | 3:10-cv-03060 | Napier | Patricia |
| 706 | 3:10-cv-03060 | Redmond | Rose |
| 707 | 3:10-cv-03060 | Rinehart | Steve |
| 708 | 3:10-cv-03060 | Robinson | Barbara |
| 709 | 3:10-cv-03060 | Williams | Elmer |
| 710 | 3:10-cv-04344 | Carlton | Cynthia |
| 711 | 3:10-cv-04345 | Murillo | Rachael |