UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | No. MDL 05-01699 CRB |
| This Document Relates to:<br><br>Faye Wilson    06-2474 CRB<br>                06-2479 CRB<br><br>Mary Lyn Boggs    06-7649 CRB<br><br>William Edwards    07-1959 CRB | **ORDER RE: MOTIONS TO WITHDRAW AS COUNSEL** |

    Now pending before the Court are the motions of counsel for the above-named Plaintiffs to withdraw as counsel of record for the above-named Plaintiffs.

    After carefully considering the motions, the Court ORDERS PLAINTIFFS TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiffs' lawsuits should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court in writing on or before February 4, 2011 of the reasons the withdrawal should not be granted or the case dismissed.  If Plaintiffs do not respond before February 4, Plaintiffs shall be dismissed in connection with the Order to

Show Cause hearing previously set by this Court, which also involves these Plaintiffs. <u>See</u> Docket No. 3463. If any Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of how the Court should contact Plaintiff.

      Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

      Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order.

**IT IS SO ORDERED**

Dated: December 20, 2010

                                      Hon. Charles R. Breyer
                                      United States District Court