IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX MARKETING       CASE NO: 05-CV-01699 CRB
SALES PRACTICES AND PRODUCT LIABILITY      MDL NO: 1699
LITIGATION

This Document Relates To:
WILLIE KENDRICK          08-4281 CRB

## MOTION TO SUBSTITUTE PARTY

COMES NOW Plaintiff Ms. Teecola F. Kendrick, Administratrix of the Estate of Willie James Kendrick and she moves this Court pursuant to Rule 25 of the Federal Rules of Civil Procedure for an order substituting her in her capacity as Administratrix of the Estate of Willie James Kendrick as the named Plaintiff in the above styled and numbered cause. As grounds for this motion Movant shows the following:

(1) Willie Kendrick, Plaintiff, died on April 10, 2009, as shown by his Death Certificate which is attached as Exhibit A.

(2) Movant, Ms. Teecola F. Kendrick, widow of Plaintiff Willie Kendrick, was appointed Administratrix of the Estate of Willie James Kendrick, deceased, by the Chancery Court of the First Judicial District Of Hinds County, Mississippi on June 16, 2009. A true copy of the order appointing Ms. Teecola F. Kendrick as Administratrix is attached as Exhibit B.

(3) On June 16, 2009 Letters of Administration were issued to Ms. Teecola F. Kendrick, Movant, by the Chancery Court of the First Judicial District Of Hinds County, Mississippi and a true copy of said letters is attached as Exhibit C.

(4) Ms. Teecola F. Kendrick, Movant, therefore request the Court to substitute her as the named Plaintiff in the above styled and numbered cause.

WHEREFORE, Mrs. Teecola F. Kendrick, Administratrix of the Estate of Willie James Kendrick, Movant, prays that this Court enter an order substituting her in her capacity as Administratrix of the Estate of Willie James Kendrick as the named Plaintiff in the above styled and numbered cause.

RESPECTFULLY SUBMITTED,

WILLIE KENDRICK

BY: s/ John L. Walker
JOHN L. WALKER (MSB #6883)
PHILLIP J. BROOKINS (MSB #4568)
GALE N. WALKER (MSB #101109)
**WALKER GROUP, PC**
1410 LIVINGSTON LANE, SUITE A
POST OFFICE BOX 22849
JACKSON, MISSISSIPPI 39225-2849
PHONE: (601) 948-4589
FACSIMILE: (601) 354-2507

ATTORNEYS FOR PLAINTIFF

IT IS SO ORDERED
_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
12/28/2010

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on <u>December 22, 2010</u>, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record, and:

>Loren H. Brown, Esq.
>DLA Piper, LLP (US)
>1251 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 335-4500
>Facsimile: (212) 335-4501
>E-mail: loren.brown@dlapiper.com

This the 22nd day of December, 2010.

s/ John L. Walker

# STATE OF MISSISSIPPI

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**
**VITAL RECORDS**

8996411

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: APR 28 2009
STATE FILE NUMBER: 2009-008141

1. NAME: Willie James Kendrick
2. SEX: M
3a. HOUR OF DEATH: 1915 pm
3b. DATE OF DEATH: April 10, 2009
4. RACE: Black
5a. AGE AT LAST BIRTHDAY: 53 Years
6. DATE OF BIRTH: 01/10/1956
7. STATE OF BIRTH: Mississippi
8. PLACE OF DEATH: Inpatient
9a. FACILITY NAME: Central Mississippi Medical Center 25H
9b. CITY: Jackson
9c. COUNTY: Hinds
10. DECEDENT'S EDUCATION: 12
11. MARRIED
12. SURVIVING SPOUSE: Teecola Finch
13. WAS DECEASED EVER IN U.S. ARMED FORCES: No
14. HISPANIC ORIGIN: No
16a. USUAL OCCUPATION: Truck Driver
16b. KIND OF BUSINESS/INDUSTRY: Texarkana Sugar Hill Corporation
17a. RESIDENCE - STATE: Mississippi
17b. COUNTY: Hinds
17c. CITY OR TOWN: Jackson
17d. INSIDE CITY LIMITS: Yes
17e. STREET: 217 Colebrook Avenue
18. FATHER'S NAME: Garner Kendrick
19. MOTHER'S NAME: Lula Williams
20a. INFORMANT: Teecola F. Kendrick
20b. RELATIONSHIP: Wife
20c. MAILING ADDRESS: 217 Colebrook Ave., Jackson, MS 39209
21a. DISPOSITION: Burial
21b. CEMETERY: Autumn Woods Cemetery
21c. LOCATION: Jackson, MS
22a. FUNERAL HOME: Lakeover Memorial 25H
22b. LICENSE NUMBER: 394
22d. MAILING ADDRESS: 1525 Beasley Road, Jackson, MS 39206
23a. PERSON WHO PRONOUNCED DEATH: FRANK DiTRAGLIA MD
23b. PRONOUNCED DEAD ON: 4/10/09
23c. AT: 19:15
24a. CERTIFIER: GREGORY S. ODEN
24b. MAILING ADDRESS: 5903 RIDGEWOOD RD, JACKSON MS 39211
25b. DATE SIGNED: 4/14/09
25c. STATE LICENSE NUMBER: 16685

CAUSE OF DEATH:
(a) IMMEDIATE CAUSE: Systolic Heart Failure



APR 30 2009

Judy Moulder
STATE REGISTRAR



**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**

ATTEST A TRUE COPY
**F I L E D**
JUN 1 6 2009

IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

EDDIE JEAN CARR, CHANCERY CLERK
BY D.N. Sanders D.C.

IN THE MATTER OF THE ESTATE
WILLIE JAMES KENDRICK, DECEASED

NO. P2009-279 S/2

TEECOLA F. KENDRICK                                                                                PETITIONER

### ORDER GRANTING LETTERS OF ADMINISTRATION AND AUTHORIZATION TO PURSUE THE BODILY INJURY CLAIM OF WILLIE JAMES KENDRICK

THIS CAUSE having come before this Court to be heard on the petition of Teecola F. Kendrick, pursuant to Miss. Code Anno. Sec. 91-7-61 and 91-7-63 for the appointment as administratrix the Estate of Willie James Kendrick, deceased, and for authorization to pursue the bodily injury claim of Willie Kendrick that he filed before his death. The Court, after being fully advised in the premises finds that the petition should be granted and finds as follows, to-wit:

1. That this Court has jurisdiction of the parties hereto and of the subject matter hereof;

2. That the petitioner, Teecola F. Kendrick, is an adult resident citizen of Hinds County, Mississippi;

3. That the petitioner is the wife of Willie James Kendrick, deceased, who departed this life on April 10, 2009, while a resident of Hinds County, Mississippi, without leaving a will and testament insofar as your petitioner knows or believes;

4. That petitioner, Teecola F. Kendrick is of sound mind and is not a convicted felon;

5. That Willie James Kendrick, deceased, at the time of his death owned no real

G:\Work\WK4223\Estate\Order Granting Letters of Administration No Bond 06-16-09.wpd


EXHIBIT B

property and personal property of only nominal value and no other property except for the bodily injury claim of Willie Kendrick that he filed before his death

6. That Willie James Kendrick, deceased, died on April 10, 2009, and left surviving the following heirs:

    a. Teecola F. Kendrick, wife, over the age of 21 years;

    b. Commanika Shunta Finch, daughter, over the age of 21 years;

    c. Willie James Kendrick, Jr., son, over the age of 21 years; and

    d. Zabiers Andreas Kendrick, son, DOB 10/25/1988.

7. That it is in the best interest of the estate that Petitioner should be granted letters of Administration and be authorized, pursuant to Miss. Code Ann. Section 91-7-61 to pursue said wrongful death and survival claims in her official capacity as Administratrix of the Estate of Willie James Kendrick;

8. That since the death of Willie James Kendrick no other person or entity has applied for said administration and, as a result, petitioner, pursuant to Miss. Code Ann. Sec. 91-7-63, makes application for same;

9. That said estate should be immediately administered to pursue wrongful death and legal claims as set out in the Complaint of Willie Kendrick in the matter captioned <u>Kendrick v. Pfizer</u>, Cause number 251-08-296CIV (Hinds County Circuit Court, Mississippi; Filed 4/07/2008).

10. That petitioner requested that bond be waived or set in the minimum allowed amount since there is presently nothing of value in the estate.

11. That bond is hereby waived with direction to petitioner and her counsel to notify this Court in the event that something of significant value belonging to the estate is located, received or anticipated.

IT IS THEREFORE ORDERED AND ADJUDGED that Letters of Administration be issued to Teecola F. Kendrick, and that she be appointed Administratrix of the Estate of Willie James Kendrick, deceased, without requirement of bond upon taking the oath of office as prescribed by law. *That an inventory shall be filed within 30 days.*

IT IS FURTHER ORDERED AND ADJUDGED that petitioner, Teecola F. Kendrick, is hereby authorized to pursue the hereinabove referred to wrongful death claims and legal claims of Willie Kendrick that he filed before his death in her capacity as Administratrix of the Estate of Willie James Kendrick, deceased.

SO ORDERED AND ADJUDGED this the _16th_ day of June, 2009.

_____
CHANCELLOR

SUBMITTED BY:

PHILLIP J. BROOKINS (MSB #4568)
**WALKER GROUP, PC**
1410 LIVINGSTON LANE, SUITE A
POST OFFICE BOX 22849
JACKSON, MISSISSIPPI 39225-2849
PHONE: (601) 948-4589
FACSIMILE: (601) 354-2507
ATTORNEYS FOR ESTATE

3

LETTERS OF ADMINISTRATION

**FILED**
JUN 1 6 2009
EDDIE JEAN CARR, CHANCERY CLERK
BY _DN Sanders_

P2009-279 S/L

THE STATE OF MISSISSIPPI
COUNTY OF HINDS

TO ALL TO WHOM THESE PRESENTS SHALL COME – GREETINGS:

WHEREAS _Willie James Kendrick_, deceased, late of said county, died intestate, and had at _his_ death, credits and property in said State.

WE THEREFORE, by these Letters authorize _Jeecola F. Kendrick_ as administra~~trix~~ of the goods and chattels, rights and credits of said decedent faithfully, truly and promptly to perform and discharge all the duties required of _her_ by law, or by the order of this Court.

WITNESS the Honorable _Denise Owens_, Chancellor of the Chancery Court, at the Courtroom thereof, at Jackson, Mississippi on the _16th_ day of _June_, A.D., 20_09_, and seal of said Court.

ISSUED this _16th_ day of _June_, 20_09_.

EDDIE JEAN CARR, CHANCERY CLERK
By: _DN Sanders_, D.C.

========================================================

I, EDDIE JEAN CARR, Clerk of the Chancery Court in and for the County of Hinds, and State of Mississippi, certify that the above is a true copy of the Letters of Administration upon the estate of _Willie James Kendrick_, deceased, granted and issued to _Jeecola F. Kendrick_ administrat_rix_, on the _16th_ day of _June_, 20_09_, as the same appears on file and of record in my office, in Jackson, in said County and State.

Given under my hand and seal of said Court at Jackson, in said County and State, this the _16th_ day of _June_, 20_09_.

(SEAL)

**EXHIBIT C**

EDDIE JEAN CARR, CHANCERY CLERK
By: _DN Sanders_ D.C.