IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

_____/

*This document relates to:*

    Larry B. Moore, 10-4275

_____/

No. MDL 05-01699 CRB

**ORDER RE: LARRY B. MOORE**

      The Court is in receipt of filing from pro per Plaintiff Larry B. Moore entitled

Application for Permission for Leave to File Application for Enlargement of Time to Submit

Reply to Defendants' Motion for Opposition; Affidavit in Support.  See dckt. no. 35.  The

Court is sympathetic to Plaintiff's problems with the mail, however, an enlargement of time

is not necessary in this case.  No further arguments Plaintiff could make would change the

Court's disposition.  For this reason, and the reasons stated in the Court's December 21, 2010

Order denying Plaintiff's motions, see dckt. no. 34, the Application is DENIED.

      **IT IS SO ORDERED.**

Dated: January 7, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California