UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **No. MDL 05-01699 CRB** |
| This Document Relates to:<br><br>Estate of Ann Hall by her Administrator Leslie Hall, Case No. 07-2212 CRB | **ORDER RE:  MOTION TO WITHDRAW AS COUNSEL** |

Now pending before the Court is the motion of counsel for the above-named Plaintiff to withdraw as counsel of record for the above-named Plaintiff.

After carefully considering the motion, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) counsel's motion to withdraw as counsel of record should not be granted; and (2) Plaintiff's lawsuit should not be dismissed for a lack of prosecution.  See Fed. R. Civ. P. 41.  If Plaintiff wishes to contest the withdrawal of counsel and/or dismissal of Plaintiff's lawsuit for failure to prosecute, Plaintiff shall notify the Court in writing on or before February 4, 2011 of the reasons the withdrawal should not be granted or the case dismissed.  If Plaintiff does not respond before February 4, Plaintiff shall be dismissed in connection with the Order to Show Cause hearing previously set by this Court, which also involves this Plaintiff.  See Docket No. 3463.  If Plaintiff will be proceeding without a lawyer, such Plaintiff must advise the Court of

- 1 -
**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**

- 2 -

1  how the Court should contact Plaintiff.

2  Plaintiff is warned that Plaintiff's failure to communicate with the Court in writing as set
3  forth above may result in dismissal of Plaintiff's claims with prejudice.

4  Plaintiff's counsel shall ensure that Plaintiff receives a copy of this Order.

5  **IT IS SO ORDERED.**

7  Dated: January 10, 2011

8  Hon. Charles R. Breyer
   United States District Court

- 2 -
**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**