Douglas R. Plymale
dplymale@dugan-lawfirm.com
James R. Dugan, II
jdugan@dugan-lawfirm.com
Dugan Law Firm
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

*Plaintiffs' Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | No. 3:05-md-1699-CRB<br><br>MDL No. 1699 |
| THIS RELATES TO:<br><br>Case No.: 3:05-cv-04296-CRB<br><br>Hoffman v. Pfizer, Inc.,<br>Case No.: 3:05-cv-04298-CRB<br><br>Bridges v. Pfizer, Inc.,<br>Case No.: 3:05-cv-04299-CRB<br><br>Lockwood v. Pfizer, Inc.,<br>Case No.: 3:06-cv-00156-CRB<br><br>Beard, et al. v. Pfizer, Inc., et al.<br>Case No.: 3:06-cv-02474-CRB<br><br>Foulon, et al. v. Pfizer, Inc., et al.<br>Case No.: 3:06-cv-02475-CRB<br><br>Foulon, et al. v. Pfizer, Inc., et al.<br>Case No.: 3:06-cv-02478-CRB<br><br>Pierce, et al. v. Pfizer, Inc., et al.<br>Case No.: 3:06-cv-02479-CRB | **RESPONSE TO NOVEMBER 22, 2010 ORDER TO SHOW CAUSE WHY ALL PLAINTIFFS OTHER THAN THOSE LISTED IN EXHIBIT B SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**<br><br>Date: February 4, 2010<br>Time: 10 am<br>Location: Courtroom 8, 19th Floor |

Counsel, on behalf of Plaintiffs in the above-captioned cases, all of whom were listed on Exhibit A of the Court's Order To Show Cause Why All Plaintiffs Other Than Those Listed In Exhibit B Should Not Be Dismissed For Lack Of Prosecution dated November 22, 2010, which was stayed by the Court's Order of December 17, 2010, continue to work diligently on finalizing their settlement and respectfully urge the Court to not dismiss their cases for failure to prosecute.

Plaintiffs' counsel and co-counsel have been working very hard to complete all the necessary requirements of the Settlement Term Sheet, compliance with Professional Rule 1.8(g) (the aggregate settlement Rule), and federal law regarding healthcare leins. After Plaintiffs submitted all of their Qualifying Materials to Pfizer, Pfizer's counsel identified a number of purported deficiencies in these materials. Plaintiffs cured a number of these deficiencies. A revised and expanded list of deficiencies was received on January 5, 2011. Forty three clients had no outstanding deficiencies. The outstanding deficiencies are nearly all related to either an issue stemming from a succession (estate) proceeding or are clients that Pfizer's counsel has indicated that it may challenge the claimants award allocation. For nine clients, the only outstanding deficiency was related to a succession proceeding. The succession proceedings for the estates of the deceased clients are being handled by the individual estate lawyers for those clients, not undersigned counsel. A number of these successions proceedings are merely awaiting the signature of a state court judge to grant authority for one or more of the heirs the authority to bind the estate in signing the settlement release. Finalizing these settlements is a tremendous amount of work by all parties involved, and all parties involved have been working very diligently to finalize these settlements. While we have made good progress, we are not there yet.

Finally, Plaintiffs' counsel again respectfully asks the Court to consider allowing Plaintiffs' counsel to also be allowed to appear telephonically at the February 4, 2011 hearing of this matter.

For all of the foregoing, Plaintiffs cases should <u>not</u> be dismissed with prejudice.

Respectfully submitted, this 25th day of January, 2011.

_/s/ Douglas R Plymale______________
Douglas R. Plymale
dplymale@dugan-lawfirm.com
James R. Dugan, II
jdugan@dugan-lawfirm.com
DUGAN LAW FIRM
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Walter J. Leger, Jr.
Franklin G. Shaw
LEGER & SHAW
600 Carondelet St., Ninth Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

Jessica Wittmer Hayes
jhayes@murray-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: 504-525-8100
Facsimile: 504-584-5249

Attorneys for Plaintiffs