UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br>MDL No. 1699 |
|---|---|
| This Document Relates To:<br><br>Bertha Townsend         07-3417 CRB<br>Elizabeth Cochran      07-3418 CRB<br>Arthur Bluett              07-3447 CRB<br>Lois Hornsby              07-3449 CRB<br>Lisa Mathews            07-3491 CRB<br>Deborah Dohner       07-3493 CRB<br>Rachel Murillo          10-4345 CRB | **ORDER DISMISSING WITH PREJUDICE CERTAIN PLAINTIFFS SUBJECT TO ORDER TO SHOW CAUSE & STAYING ORDER FOR 90 DAYS**<br><br>Date:  February 4, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

On November 22, 2010, this Court issued an Order to Show Cause why certain Plaintiffs – those who had executed settlement agreements with Pfizer or who had agreements in principle, but who had not yet completed the settlement process, or who appeared to file duplicative complaints where the Court dismissed at least one of the complaints already – should not be dismissed for failure to prosecute their claims ("the OSC"). *See* Docket No. 3445. The OSC required any such Plaintiff who wished to oppose the dismissal of his or her suit with prejudice to file a response to the OSC by December 7 and appear in person at a hearing on December 17. Prior to the hearing, Plaintiffs' counsel for the above-captioned seven plaintiffs filed an untimely response to the OSC, and Plaintiffs' counsel did not appear at the hearing.

ORDER DISMISSING WITH PREJUDICE CERTAIN PLAINTIFFS SUBJECT TO ORDER TO SHOW CAUSE & STAYING ORDER FOR 90 DAYS – M:05-CV-01699-CRB

EAST\44205218.1

1    After the hearing, the Court stayed the OSC until February 4, 2011 with respect to these
2    seven Plaintiffs, among a number of other Plaintiffs ("the OSC Dismissal & Stay"). *See* Docket
3    No. 3463. Plaintiffs' counsel again filed an untimely response to the OSC Dismissal & Stay, in
4    which counsel consented to the dismissal of certain other Plaintiffs but claimed to have made
5    some progress in completing the settlements of these seven Plaintiffs.

6    After carefully considering the status of the litigation, the ample notice provided to these
7    litigants by the Court and Pfizer, Plaintiffs' counsel's failure to appear in person at either hearing
8    (as ordered by the Court), Plaintiffs' counsel's failure to file timely responses, and the lack of
9    progress made toward settlement by these Plaintiffs, the Court hereby DISMISSES WITH
10   PREJUDICE the claims of these seven Plaintiffs. The Court hereby STAYS this Order, however,
11   until May 6, 2011, so that Plaintiffs may attempt to complete their settlements with Pfizer. This
12   Order shall take effect at 9:00 a.m. on May 6 unless the parties file stipulations of dismissal with
13   prejudice before that time or otherwise show good cause why the Order should be stayed further.

**IT IS SO ORDERED.**

Dated: February ___, 2011

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING WITH PREJUDICE CERTAIN PLAINTIFFS SUBJECT TO ORDER TO SHOW CAUSE
& STAYING ORDER FOR 90 DAYS – M:05-CV-01699-CRB

EAST\44205218.1