IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING REQUEST FOR ENLARGEMENT OF TIME RE: LARRY B. MOORE** |

*This document relates to:*

Larry B. Moore, 10-4275
_____/

    The Court is in receipt of a letter from MedicoLegal Consultants on behalf of pro per Plaintiff Larry B. Moore, asking the Court for a "2-3 month postponement" to review Plaintiff's mother's medical records. The Court construes this letter as a request by Plaintiff for an enlargement of time. As the Court explained in response to Plaintiff's last such request, an enlargement of time is not necessary. For this reason, and the reasons stated in the Court's December 21, 2010 Order denying Plaintiff's motions, see dckt. no. 34, the request is DENIED.

    **IT IS SO ORDERED.**

Dated: February 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moore 2-28-11.wpd