## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 1699

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO–129)

On September 6, 2005, the Panel transferred 30 civil action(s) to the United States District Court for the Northern Distirct of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 1,365 additional action(s) have been transferred to the Northern Distirct of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern Distirct of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern Distirct of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern Distirct of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 18, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: BEXTRA AND CELEBREX
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION** MDL No. 1699

### SCHEDULE CTO–129 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 11–00467 | Robinson v. Pfizer Inc |