| | |
|---|---|
| 1 | Brian K. Balser |
| | **Brian K. Balser Co., LPA** |
| 2 | 5311 Meadow Lane Ct |
| | Elyria, OH 44035 |
| 3 | Telephone: (440) 934-0044 |
| | Email: brian@vioxxohio.com |
| 4 | |
| | Attorney for Plaintiff |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-6916 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Richard Oravec, Executor of the Estate of Linda Oravec, deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 2/2/2011   By: /s/

**BRIAN K. BALSER CO., LPA**
5311 Meadow Lane Ct
Elyria, Ohio 44035
Telephone: (440) 934-0044

*Attorney for Plaintiff*

DATED: June 1, 2011   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 6-7-2011

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE