Douglas R. Plymale
James R. Dugan, II
**The Dugan Law Firm**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2479 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joyce Pierce, individually and o/b/o Almeady Alford, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Joyce Pierce, individually and o/b/o Almeady Alford, deceased, Lawanna Eager, Bill Johnson, Leolder McDowell, Sheryl Robinson, Lucinda Williams, Thomas Anderson, Diane Scott, Mary Wheeler, Theresa Causey, Jerry Collins, Mattie Price Higgins, Lewis Peel, Sr., Marsha Roberts, Veronica Schleuter, Vivian Baker, individually o/b/o Christine White, deceased, Eva Andrews, Ruby Lee Harris, Essie Meadows, Jennifer Ruffino, individually

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

and o/b/o Marilyn Ruffino, deceased, Calvin McDonald, Robert Coats, Michael Davis, Billie Davis, Evelyn Snow Warlick, and Jane Hayes, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: May 20, 2011         By: _____

**THE DUGAN LAW FIRM**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*

DATED: June 1, 2011         By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6-07-2011         _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**