Douglas R. Plymale
James R. Dugan, II
**The Dugan Law Firm**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2479 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Joyce Pierce, individually and o/b/o Almeady Alford, et al.,<br><br>                         Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                         Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Diane Hassen individually and o/b/o Rosie Burks, deceased, Tony Cappo, Mike Davidson individually, and Pamela Davidson, spouse, Mary Dossett Moncrief individually and o/b/o Hugh Dossett, deceased, Arwood Finley, Jr., Aubrey G. Gates individually, and Allyn Gates, spouse, Jamie Guerriero, Amy Guerriero, Marion Kay Harvey individually and o/b/o William Harvey deceased, Bill Hendrix, Larry Jackson, Jacqueline

1  Jackson, Judy Jenkins, Charles Johnson, Georgia Murphy, Ciro Pennino, Gregory Sant, Teresa
2  Sant, Williams Shows, Marilyn Shows, Ruth Sullivan, Robbie Taylor, Carrie Williams, Sharon
3  Williams, Gregory Jones, Nettie Jones, Tosha Davis, Bernell Fuselier, Mary Locks, Sharon
4  Robinson individually and o/b/o Alice Robinson, deceased, Sonny Day, Deborah Dianne Dunn,
5  Sam Edwards individually and o/b/o Ella Edwards, deceased, Ruthie Gipson, Gary Kenney,
6  Alvin Livas, Arlena Marles, Lottie Moore, Oscar Pace individually and o/b/o Donna Pace,
7  deceased, Henry Scott, Terry Sherman individually o/b/o Ollie Sharman-Tillman, deceased,
8  Beatrice Watson, Eddie Williams, Melba Woods, Patricia Williams, Mary Jewel Banks, Guy
9  Murray, Sueann Clements, Henry Tennant individually and o/b/o Ollie Tennant, deceased, Paul
10 Marc Taylor individually and o/b/o Paul Taylor, deceased, Paul Marc Taylor individually and
11 o/b/o Mary Taylor, deceased, Michael Dewayne Green, James Powell, Arlice Morris, Edrice
12 Thomas, Lois Jordan, Debbie LaDart, Ezel Smith, Patricia Byrnes individually and o/b/o Samuel
13 Houston Byrnes, II, deceased, Emily Byrnes, Vernon King, John David Lyons, Billy Pennington
14 individually and o/b/o Ruth Pennington, deceased, Iris St. Amant, Joseph St. Amant, Elnora
15 Williams, and Lucille Graf, in the above-entitled action and Defendants, by and through the
16 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
17 stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

//
//
//
//
//
//
//

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

each side bearing its own attorneys' fees and costs.

DATED: 4/7, 2011    By: _____

**THE DUGAN LAW FIRM**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*

DATED: June 1, 2011    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6·7·2011    _____
Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**