Douglas R. Plymale
James R. Dugan, II
**The Dugan Law Firm**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2479 CRB<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Joyce Pierce, individually and o/b/o Almeady Alford, et al.,<br><br>                                     Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                     Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Marvin Varnell, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

1  herein only with each side bearing its own attorneys' fees and costs.

2

3
  DATED: May 24, 2011          By: _____
4

5                                THE DUGAN LAW FIRM
                                 365 Canal St., Suite 1000
                                 New Orleans, LA 70130
6                                Telephone: (504) 648-0180
                                 Fax: (504) 648-0181
7

8                                *Attorneys for Plaintiffs*

9
  DATED: June 1, 2011          By: _____
10

11                               DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
12                               New York, NY 10020
                                 Telephone: (212) 335-4500
13

14                               *Defendants' Liaison Counsel*

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
16

17  Dated: 6-7-2011             _____
                                 Hon. Charles R. Breyer
18                               United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**