Douglas R. Plymale
James R. Dugan, II
**The Dugan Law Firm**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2474 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mark Beard, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Mark Beard, Diane Hassen individually and o/b/o Rosie Burks, deceased, Tony Cappo, Linda Copeland individually and o/b/o Willie Copeland, deceased, Mike Davidson, Pamela Davidson, Mary Dossett Moncrief individually and o/b/o Hugh Dossett, deceased, Arwood Finley, Jr., Aubrey Gates, Allyn Gates, Jamie Guerriero, Amy Guerriero, Peter Hagan, III, Marion Kay Harvey individually and o/b/o William Harvey, deceased, Bill

-1-

1  Hendrix, Larry Jackson, Judy Jenkins, Glenda Johnson, Antis Marie Landry, Eugene Landry,
2
3  Arthur Lewis, Tonia Lewis, Edgar McLarrin, Charlotta McLarrin, Georgia Murphy, Ciro
4  Pennino, Gregory Sant, Teresa Sant, William Shows, Marilyn Shows, Ruth Sullivan, Eulah
5  Taylor, Robbie Taylor, Ollie Walker, Carrie Williams, Gregory Jones, Nettie Jones, Tosha
6  Davis, Bernell Fuselier, Mary Locks, Sharon Robinson individually and o/b/o Alice Robinson,
7  deceased, Glen Robison, Sonny Day, Deborah Dianne Dunn, Sam Edwards individually and
8
9  o/b/o Ella Edwards, deceased, Ruthie Gipson, Gary Kenney, Alvin Livas, Arlena Marles, Lottie
10 Moore, Oscar Pace individually and o/b/o Donna Pace, deceased, Henry Scott, Terry Sherman
11 individually and o/b/o Ollie Sherman-Tillman, deceased, Beatrice Watson, Eddie Williams,
12 Melba Woods, Patricia Williams, Mary Jewel Banks, Guy Murray, Lucille Graf, Elnora
13 Williams, Martin Aday, Sueann Clements, Henry Tennant individually and o/b/o Ollie Tennant,
14 deceased, Paul Marc Taylor individually and o/b/o Paul Taylor, deceased, Paul Marc Taylor
15 individually and o/b/o Mary Taylor, deceased, Michael Dewayne Green, James Powell, Arlice
16
17 Morris, Edrice Thomas, and John David Lyons, in the above-entitled action and Defendants, by
18 and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
19 and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named
20 //
21 //
22 //
23
24 //
25 //
26 //
27 //
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

herein only with each side bearing its own attorneys' fees and costs.

DATED: 4/7, 2011    By: _____

**THE DUGAN LAW FIRM**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*

DATED: June 1, 2011    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6·7·2011

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**