1  Douglas R. Plymale
   James R. Dugan, II
2  **The Dugan Law Firm**
   365 Canal St., Suite 1000
3  New Orleans, LA 70130
   Telephone: (504) 648-0180
4  Fax: (504) 648-0181

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-2475 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Robert Foulon, as Administrator on behalf of the Estate of Jannifer Bateman, deceased, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Robert Foulon, as Administrator on behalf of the Estate of Jannifer Bateman, deceased, and as legal guardian of Hunter Bateman and Marlin Bateman, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

//

-1-

1  with prejudice as to the plaintiff named herein only with each side bearing its own attorneys'
2  fees and costs.

DATED: May 20, 2011       By: _____

**THE DUGAN LAW FIRM**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*

DATED: June 1, 2011       By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6-7-2011

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**