1    Douglas R. Plymale
     James R. Dugan, II
2    **The Dugan Law Firm**
     365 Canal St., Suite 1000
3    New Orleans, LA 70130
     Telephone: (504) 648-0180
4    Fax: (504) 648-0181

5    Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   IN RE: BEXTRA AND CELEBREX              **Case No.: 06-2478 CRB**
     MARKETING SALES PRACTICES AND
13   PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                             **District Judge:  Charles R. Breyer**
14   Robert Foulon, as Administrator on behalf of
     the Estate of Jannifer Bateman, deceased, et al.,
15
                                   Plaintiffs
16                                            **STIPULATION AND ORDER OF**
     vs.                                      **DISMISSAL WITH PREJUDICE**
17

18   Pfizer Inc, et al.,

19                                 Defendants.

20

21

22

23          Come now the Plaintiffs, Malissa Carson and Virgie Warren, in the above-entitled action

24   and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

25   Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

26   //

27   //

28

                                          -1-

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.


DATED: **4/7**, 2011        By: _____

**THE DUGAN LAW FIRM**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*Attorneys for Plaintiffs*


DATED: June 1, 2011        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 335-4500

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 6 · 7 · 2011        _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**