IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: TELEPHONIC APPEARANCE** |

*This document relates to:*

    Larry B. Moore, 10-1516
    Larry B. Moore, 10-4275
    Dyan R. Moore, 10-4825
_____/

The Court is in receipt of an Application and [proposed] Order to Allow Telephonic Number for Plaintiffs Dyan R. Moore, Lashaunita B. Moore, Malika M. Moore, and Medical Expert Dr. Arthur H. Weintraub to participate telephonically in the July 15, 2011 hearing on Defendant Pfizer's motion to dismiss, dkt. 3497. The Court GRANTS the Application and advises Plaintiffs Dyan R. Moore, Lashaunita B. Moore, Malika M. Moore, and Medical Expert Dr. Arthur H. Weintraub to dial 888-895-4286 shortly in advance of the hearing, and then use participant code 818683 to access the call.

**IT IS SO ORDERED.**

Dated: June 24, 2011

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re other moore pltfs 6-24-11.wpd