1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  In re BEXTRA AND CELEBREX
   MARKETING, SALES PRACTICE, AND              No.  05-md-01699 CRB,
6  PRODUCT LIABILITY LITIGATION.
                                          /
7
   This Document Relates to:
8
   Larry B. Moore       10-1516 CRB           **JUDGMENT IN A CIVIL CASE**
9  Larry B. Moore       10-4275 CRB
   Dyan Moore           10-4825 CRB
10                                        /

11

12

13

14         **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues

15  have been tried and the jury has rendered its verdict.

16         **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

17  issues have been tried or  heard and a decision has been rendered.

18         **IT IS SO ORDERED AND ADJUDGED** judgment is entered in accordance with

19  the order granting defendant's motion to dismiss claims with prejudice.

20
    Dated: July 18, 2011                              Richard W. Wieking, Clerk
21
                                                      By: _____
22                                                    Deputy Clerk

23

24

25

26

27

28