IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:*    Larry B. Moore, 10-1516    Larry B. Moore, 10-4275    Dyan Moore 10-4825 _____/ | No. MDL 05-01699 CRB **ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO ALTER OR AMEND JUDGMENT AND MOTION TO STAY JUDGMENT** |

     The Court is in receipt of two motions filed by *pro se* Plaintiff Larry B. Moore, dkts. 33 and 34, asking the Court (1) for an extension of time to file a motion to alter or amend its judgment against him, and (2) to stay the judgment pending appeal.  Federal Rule of Civil Procedure 59(e) provides that motions to alter or amend judgments must be filed within 28 days of entry of judgment, and Federal Rule of Civil Procedure 6(b)(2) prevents the Court from extending the time to act under Rule 59(e).  In addition, Plaintiff has not provided the Court with any compelling basis for staying the judgment.  Accordingly, both of Plaintiff's motions are DENIED.

     **IT IS SO ORDERED.**

Dated: August 18, 2011

                                                    CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moore 8-16-11.wpd