**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                    No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,                **ORDER DENYING REQUEST FOR
                                                  JUDICIAL NOTICE**
13   _____/

14   *This document relates to:*

15        Larry B. Moore, 10-1516
          Larry B. Moore, 10-4275
16        Dyan Moore, 10-4825

17   _____/

18        *Pro se* Plaintiff Larry B. Moore has filed a Request for Judicial Notice in Support of

19   his Motion for Judgment by Default, Motion to Enlarge the Record, and Motion to Alter or

20   Amend Judgment. See dkt. 46.  Mr. Moore's case was dismissed in July 2011. See dkt. 30.

21   The Court has subsequently denied Mr. Moore's Motion for Judgment by Default, his

22   Motion to Enlarge the Record, and his Motion to Alter or Amend the Judgment. See dkt. 44.

23   The Request for Judicial Notice is therefore moot, and the case is closed.

24        **IT IS SO ORDERED.**

25

26   Dated:  October 24, 2011                     _____
                                                  CHARLES  R. BREYER
27                                                UNITED STATES DISTRICT JUDGE

28

G:\CRBALL\2005\1699\ordersmisc\order re moore 10-21-11.wpd