IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. MDL 05-01699 CRB<br><br>**ORDER DENYING REQUEST FOR JUDICIAL NOTICE** |

*This document relates to:*

    Larry B. Moore, 10-1516
    Larry B. Moore, 10-4275
    Dyan Moore, 10-4825

    *Pro se* Plaintiff Larry B. Moore has filed a Request for Judicial Notice in Support of his Motion for Judgment by Default, Motion to Enlarge the Record, and Motion to Alter or Amend Judgment. See dkt. 46. Mr. Moore's case was dismissed in July 2011. See dkt. 30. The Court has subsequently denied Mr. Moore's Motion for Judgment by Default, his Motion to Enlarge the Record, and his Motion to Alter or Amend the Judgment. See dkt. 44. The Request for Judicial Notice is therefore moot, and the case is closed.

    **IT IS SO ORDERED.**

Dated: October 24, 2011

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moore 10-21-11.wpd