UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB<br>Individual Case No. 11-CV-00310 CRB<br>MDL No. 1699 |
| This Document Relates To:<br><br>HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY operating through its divisions as BLUE CROSS BLUE SHIELD OF ILLINOIS, BLUE CROSS BLUE SHIELD OF TEXAS, BLUE CROSS BLUE SHIELD OF NEW MEXICO, and BLUE CROSS BLUE SHIELD OF OKLAHOMA,<br><br>              Plaintiff,<br><br>    v.<br><br>MARK BROWN, MITCHELL GANDELMAN, RICK BURCH, JAKE FRIEDMAN, MATTHEW LUSTIG, PHARMACIA & UPJOHN, INC., and PFIZER, INC.,<br>              Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES**<br><br>Date:  January 27, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

On October 31, 2011, this Court ordered the Pfizer Defendants to re-file their motion to dismiss the complaint in this action, which they originally filed prior to the transfer of this action to these MDL proceedings. *See* Doc. No. 3565. Ordinarily, under this Court's Standing Orders, memoranda of points and authorities in support of any motions other than motions for summary

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES – 11-CV-00310 CRB

1 judgment may not exceed fifteen pages.  *See* Standing Orders, May 9, 2011, ¶ 5.  In light of the
2 complexity of the issues raised in the Plaintiff's complaint and in the Pfizer Defendants' motion
3 to dismiss, however, the parties hereby stipulate – subject to the Court's approval – to filing
4 memoranda in excess of the page limit established in the Court's Standing Orders, as follows:
5   1. The Pfizer Defendants may file a memorandum of points and authorities in support
6 of their motion to dismiss, which may not exceed thirty pages, on the date ordered by the Court
7 (Friday, November 18, 2011).
8   2. Plaintiff may file a memorandum of points and authorities in opposition to the
9 Pfizer Defendants' motion to dismiss, which may not exceed thirty pages, on the date ordered by
10 the Court (Friday, December 16, 2011).
11   3. The Pfizer Defendants may file a reply memorandum of points and authorities in
12 support of their motion to dismiss, which may not exceed fifteen pages, on the date ordered by the
13 Court (Tuesday, January 10, 2012).
14   4. Plaintiff may file a sur-reply memorandum of points and authorities in opposition
15 to the Pfizer Defendants' motion to dismiss, which may not exceed five pages, and which
16 Plaintiff must file by Friday, January 13, 2012.
17 **IT IS SO STIPULATED.**
18
19 Dated: November 17, 2011      SCOTT YUNG LLP
20
21               ___/s/___
              Andrew Yung
22               208 N. Market St., Suite 200
              Dallas, TX 75202
23               Telephone:  (214) 220-0422
              Fax: (214) 220-9932
24               Email: ayung@scottyung.com
25               *Counsel for Plaintiff Health Care Service*
              *Corporation*
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR
MEMORANDA OF POINTS AND AUTHORITIES – 11-CV-00310 CRB

| | | |
|---|---|---|
| 1 | Dated: November 17, 2011 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

                                          /s/
                                  John H. Beisner
                                  Jessica D. Miller
                                  1440 New York Avenue, N.W.
                                  Washington, D.C.  20005-2111
                                  Telephone:  (202) 371-7410
                                  Facsimile:  (202) 661-8301
                                  Email: john.beisner@skadden.com
                                  Email: jessica.miller@skadden.com

*Counsel for Defendants Pfizer Inc, Pharmacia & Upjohn Company LLC, Mark Brown and Mitchell Gandelman*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __November 21, 2011

                                  HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES – 11-CV-00310 CRB