IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Larry B. Moore, 10-4275, 10-1516, 10-4825 _____/ | No. MDL 05-01699 CRB **ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS** |

The Court is in receipt of filing from pro per Plaintiff Larry B. Moore entitled Notice of Lodging of Orders on Court Fee Waivers (Superior Court) in Lieu of Request for Payment of Docket Fee and Order. See dkt. no. 35. The Court construes this filing as a request to proceed *in forma pauperis* for the purposes of Plaintiff's appeal to the Ninth Circuit.

The Ninth Circuit will waive its filing fee when an appellant has obtained *in forma pauperis* status from the district court. See 9th Cir. R 3-1; Fed. R. App. P. 24(a). Plaintiff has attached to his filing evidence that the Superior Court of California, County of Los Angeles granted him a fee waiver in March 2010 when he initiated this suit. See dkt. 35 Exs. B and C; dkt. 1 (Notice of Removal). The Court understands that Plaintiff is in Pleasant Valley State Prison and has no reason to believe that his financial circumstances have

improved since March 2010.  Accordingly, the request to proceed *in forma pauperis* on appeal is GRANTED.

**IT IS SO ORDERED.**

Dated: December 2, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moot IFP.wpd