IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Larry B. Moore, 10-4275, 10-1516, 10-4825 _____/ | No. MDL 05-01699 CRB **ORDER DENYING MOTION FOR TRANSCRIPTS AT GOVERNMENT EXPENSE** |

Pro per Plaintiff Larry B. Moore has filed a motion seeking transcripts and various court filings at government expense. See dkt. 105. To the extent that Plaintiff believes that his *in forma pauperis* status entitles him to free copies of transcripts, that is incorrect. See Bonner v. Henderson, 517 F.2d 135, 136 (5th Cir. 1975). Although a litigant proceeding *in forma pauperis* might be entitled to an order providing him free transcripts if a notice of appeal is filed, such order is proper only if a court certifies that the appeal is "not frivolous" and that the transcript is needed to decide the issue presented by the appeal. See 28 U.S.C. § 753(f). The Ninth Circuit Court of Appeals recently concluded that Plaintiff's appeal is frivolous. See dkt. 104 ("we find that these consolidated appeals are frivolous.").

//

//

1  Accordingly, Plaintiff's motion is DENIED.

2  **IT IS SO ORDERED.**

4  Dated: February 16, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re moore 2-16-12.wpd