## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Roberta L. Stonehill v. Pfizer Pharmaceutical Company, Inc. ) | |
| D. New Jersey, C.A. No. 3:11-6751 ) | MDL No. 1699 |

### TRANSFER ORDER

**Before the Panel:**[*] Pursuant to Rule 7.1, plaintiff in this action (*Stonehill*), who is proceeding *pro se*, moves to vacate our order conditionally transferring the action to MDL No. 1699. Responding defendant Pfizer Inc. opposes the motion.

In opposing transfer, plaintiff argues, *inter alia*, that we should defer a decision on transfer of her action to afford the parties an opportunity to amicably resolve the matter. There is no reason, however, why settlement discussions cannot continue after transfer, and we are aware of no reason why participation in such discussions would necessarily require plaintiff to travel to the transferee district. Furthermore, in the event that such discussions prove unproductive, transfer will facilitate plaintiff's access to discovery already produced in the MDL.

After considering all argument, we find that *Stonehill* involves common questions of fact with actions in this litigation previously centralized in the MDL, and that transfer of the action to the Northern District of California for inclusion in the centralized proceedings will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Similar to plaintiffs in many previously-centralized actions, the *Stonehill* plaintiff alleges that she suffered personal injuries from taking the prescription medication Bextra. *See In re Bextra and Celebrex Mktg., Sales Practices and Prods. Liab. Litig.*, 391 F. Supp. 2d 1377, 1379 (J.P.M.L. 2005).

---

[*] Judge John G. Heyburn II and Judge Charles R. Breyer took no part in the decision of this matter.

- 2 -

      IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of California, and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings.

                              PANEL ON MULTIDISTRICT LITIGATION

                              Kathryn H. Vratil
                              Acting Chairman

W. Royal Furgeson, Jr.        Barbara S. Jones
Paul J. Barbadoro             Marjorie O. Rendell