UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB<br>Individual Case No. 11-CV-00310 CRB<br>MDL No. 1699 |
| This Document Relates To:<br><br>HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA & UPJOHN, INC., and PFIZER, INC.,<br>Defendants. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

WHEREAS Plaintiff filed a Second Amended Complaint ("SAC") on April 23, 2012;

WHEREAS Defendants' deadline to answer or move to dismiss the SAC ordinarily would be May 7, 2012; and

WHEREAS the parties agree that the complexity of the legal issues raised in Defendants' anticipated motion to dismiss the SAC warrant additional time for Defendants to complete their brief in support of their motion to dismiss;

/////

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB

THEREFORE, the parties hereby stipulate and respectfully request that the Court extend the time for Defendants to file its motion to dismiss the SAC by seven (7) days, to May 14, 2012.

**IT IS SO STIPULATED.**

Dated: April 30, 2012             SCOTT YUNG LLP

                                   /s/
                                   Andrew Yung
                                   208 N. Market St., Suite 200
                                   Dallas, TX 75202
                                   Telephone: (214) 220-0422
                                   Fax: (214) 220-9932
                                   Email: ayung@scottyung.com

                                   *Counsel for Plaintiff Health Care Service Corporation*

Dated: April 30, 2012             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                   /s/
                                   John H. Beisner
                                   Jessica D. Miller
                                   1440 New York Avenue, N.W.
                                   Washington, D.C. 20005-2111
                                   Telephone: (202) 371-7410
                                   Facsimile: (202) 661-8301
                                   Email: john.beisner@skadden.com
                                   Email: jessica.miller@skadden.com

                                   *Counsel for Defendants Pfizer Inc and Pharmacia & Upjohn, Inc.*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____May 1__, 2012        _____
                                   HONORABLE CHARLES R. BREYER
                                   UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB