UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB<br>Individual Case No. 11-CV-00310 CRB<br>MDL No. 1699 |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY, | |
| Plaintiff, | |
| v. | |
| PHARMACIA & UPJOHN, INC., and PFIZER, INC., | |
| Defendants. | |

WHEREAS Plaintiff filed a Second Amended Complaint ("SAC") on April 23, 2012;

WHEREAS Defendants' deadline to answer or move to dismiss the SAC ordinarily would be May 7, 2012; and

WHEREAS the parties agree that the complexity of the legal issues raised in Defendants' anticipated motion to dismiss the SAC warrant additional time for Defendants to complete their brief in support of their motion to dismiss;

/////

-1-

1  THEREFORE, the parties hereby stipulate and respectfully request that the Court extend

2  the time for Defendants to file its motion to dismiss the SAC by seven (7) days, to May 14, 2012.

3  **IT IS SO STIPULATED.**

4  Dated: April 30, 2012                            SCOTT YUNG LLP

5

6                                                   _____/s/_____
                                                    Andrew Yung
7                                                   208 N. Market St., Suite 200
                                                    Dallas, TX 75202
8                                                   Telephone: (214) 220-0422
                                                    Fax: (214) 220-9932
9                                                   Email: ayung@scottyung.com

10                                                  *Counsel for Plaintiff Health Care Service
                                                    Corporation*

11 Dated: April 30, 2012                            SKADDEN, ARPS, SLATE, MEAGHER &
                                                    FLOM LLP
12

13                                                  _____/s/_____
                                                    John H. Beisner
14                                                  Jessica D. Miller
                                                    1440 New York Avenue, N.W.
15                                                  Washington, D.C. 20005-2111
                                                    Telephone: (202) 371-7410
16                                                  Facsimile: (202) 661-8301
                                                    Email: john.beisner@skadden.com
17                                                  Email: jessica.miller@skadden.com

18                                                  *Counsel for Defendants Pfizer Inc and Pharmacia
                                                    & Upjohn, Inc.*
19

20 **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

21

22 Dated: _____May 1_, 2012                       _____
                                                    HONORABLE CHARLES R. BREYER
23                                                  UNITED STATES DISTRICT JUDGE

24

25                                                  IT IS SO ORDERED
                                                    Judge Charles R. Breyer

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB