UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB<br>Individual Case No. 11-CV-00310 CRB<br>MDL No. 1699 |
| This Document Relates To:<br><br>HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA & UPJOHN, INC., and PFIZER, INC.,<br><br>Defendants. | ~~STIPULATION AND [PROPOSED]~~ **ORDER REGARDING BRIEFING SCHEDULE PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES** |

On May 22, 2012, this Court granted Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, while granting Plaintiff leave to amend. Plaintiff's Second Amended Complaint ("SAC") was filed, in accordance with this Court's order, on April 23, 2012. Defendants intend to move to dismiss the SAC. Ordinarily, under this Court's Standing Orders, memoranda of points and authorities in support of any motions other than motions for summary judgment may not exceed fifteen pages. (*See* Standing Orders, May 9, 2011, ¶ 5.) This Court previously granted extensions of the page limits so as to allow the parties to file opening memoranda for 30 pages in connection with Defendants' Motion to Dismiss the First Amended

-1-

1 | Complaint. In light of the complexity of the issues raised in the SAC and in Defendants' motion
2 | to dismiss, the parties hereby stipulate – subject to the Court's approval – to filing memoranda in
3 | excess of the page limit established in the Court's Standing Orders, as follows:

4     1. Defendants may file a memorandum of points and authorities in support of their
5 motion to dismiss, which may not exceed thirty pages.[1]

6     2. Plaintiff may file a memorandum of points and authorities in opposition to the Pfizer
7 Defendants' motion to dismiss, which may not exceed thirty pages, 14 calendar days after
8 Pfizer's motion is served.

9     3. The Defendants may file a reply memorandum of points and authorities in support of
10 their motion to dismiss, which may not exceed fifteen pages, 10 calendar days after Plaintiff's
11 opposition is served.

12     4. Plaintiff may file a sur-reply memorandum of points and authorities in opposition to the
13 Pfizer Defendants' motion to dismiss, which may not exceed eight pages, 7 calendar days after
14 Defendants' reply is served.

15 Dated: May 15, 2012     SCOTT YUNG LLP

    /s/
Andrew Yung
Dennis J. Keithly Jr.
208 N. Market St., Suite 200
Dallas, TX 75202
Telephone: (214) 220-0422
Fax: (214) 220-9932
Email: ayung@scottyung.com

*Counsel for Plaintiff Health Care Service Corporation*

---

[1] Subject to court approval, the parties previously stipulated that Defendants' motion to dismiss would be due on May 17, 2012.

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES – 11-CV-00310 CRB

| | | |
|---|---|---|
| 1 | Dated: May 15, 2012 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |

    /s/
    John H. Beisner
    Jessica D. Miller
    1440 New York Avenue, N.W.
    Washington, D.C. 20005-2111
    Telephone: (202) 371-7410
    Facsimile: (202) 661-8301
    Email: john.beisner@skadden.com
    Email: jessica.miller@skadden.com

*Counsel for Defendants Pfizer Inc and Pharmacia & Upjohn, Inc.*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __May 17__, 2012

    _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE PAGE LIMITS FOR MEMORANDA OF POINTS AND AUTHORITIES – 11-CV-00310 CRB