1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA
10      SAN FRANCISCO DIVISION

11  |                                      |                                      |
|------------------------------------|--------------------------------------|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB<br>Individual Case No. 11-CV-00310 CRB<br>MDL No. 1699 |
| This Document Relates To: | ~~STIPULATION AND [PROPOSED]~~ **ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY, | |
| Plaintiff, | |
| v. | |
| PHARMACIA & UPJOHN, INC., and PFIZER, INC., | |
| Defendants. | |

WHEREAS Plaintiff filed a Second Amended Complaint ("SAC") on April 23, 2012;

WHEREAS Defendants' deadline to answer or move to dismiss the SAC ordinarily would be May 7, 2012; and

WHEREAS the parties agree that the complexity of the legal issues raised in Defendants' anticipated motion to dismiss the SAC warrant additional time for Defendants to complete their brief in support of their motion to dismiss;

/////

-1-

1   WHEREAS this Court has previously extended Defendants time Defendants to file its

2   motion to dismiss the SAC by seven (7) days, to May 14, 2012 (Dkt. No. 3602);

3   WHEREAS Defendants have requested a transcript of the hearing on their first motion to

4   dismiss, which they would like to refer to in connection with their motion to dismiss the SAC,

5   and have been advised by the court reporter that the transcript should be ready the afternoon of

6   May 11, 2011;

7   WHEREAS Defendants have requested an additional three business days after receipt of

8   the transcript to file their motion and Plaintiff has agreed to this request;

9   THEREFORE, the parties hereby stipulate and respectfully request that the Court extend

10  the time for Defendants to file its motion to dismiss the SAC by three (3) days, to May 17, 2012.

11  **IT IS SO STIPULATED.**

12  Dated:  May 11, 2012                    SCOTT YUNG LLP

13

14                                          _____
                                            /s/
                                            Andrew Yung
15                                          208 N. Market St., Suite 200
                                            Dallas, TX 75202
16                                          Telephone:  (214) 220-0422
                                            Fax: (214) 220-9932
17                                          Email: ayung@scottyung.com

18                                          *Counsel for Plaintiff Health Care Service*
                                            *Corporation*

19  Dated: May 11, 2012                     SKADDEN, ARPS, SLATE, MEAGHER &
                                            FLOM LLP
20

21                                          _____
                                            /s/
22                                          John H. Beisner
                                            Jessica D. Miller
23                                          1440 New York Avenue, N.W.
                                            Washington, D.C.  20005-2111
24                                          Telephone:  (202) 371-7410
                                            Facsimile:  (202) 661-8301
25                                          Email: john.beisner@skadden.com
                                            Email: jessica.miller@skadden.com

26                                          *Counsel for Defendants Pfizer Inc and Pharmacia*
                                            *& Upjohn, Inc.*

27

28

-2-

1  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2

3  Dated: _May 17_____, 2012

4  _____
   HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-