1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Master Case No. 05-CV-01699 CRB Individual Case No. 11-CV-00310 CRB MDL No. 1699 |
| This Document Relates To:<br><br>HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACIA & UPJOHN, INC., and PFIZER, INC.,<br><br>Defendants. | ~~STIPULATION AND [PROPOSED]~~ **ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

        WHEREAS Plaintiff filed a Second Amended Complaint ("SAC") on April 23, 2012;

        WHEREAS Defendants' deadline to answer or move to dismiss the SAC ordinarily would

be May 7, 2012; and

        WHEREAS the parties agree that the complexity of the legal issues raised in Defendants'

anticipated motion to dismiss the SAC warrant additional time for Defendants to complete their

brief in support of their motion to dismiss;

/////

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB

1      WHEREAS this Court has previously extended Defendants time Defendants to file its

2 motion to dismiss the SAC by seven (7) days, to May 14, 2012 (Dkt. No. 3602);

3      WHEREAS Defendants have requested a transcript of the hearing on their first motion to

4 dismiss, which they would like to refer to in connection with their motion to dismiss the SAC,

5 and have been advised by the court reporter that the transcript should be ready the afternoon of

6 May 11, 2011;

7      WHEREAS Defendants have requested an additional three business days after receipt of

8 the transcript to file their motion and Plaintiff has agreed to this request;

9      THEREFORE, the parties hereby stipulate and respectfully request that the Court extend

10 the time for Defendants to file its motion to dismiss the SAC by three (3) days, to May 17, 2012.

11 **IT IS SO STIPULATED.**

12 Dated:  May 11, 2012            SCOTT YUNG LLP

13

14                                 _____/s/_____
                                Andrew Yung

15                                 208 N. Market St., Suite 200
                                Dallas, TX 75202

16                                 Telephone:  (214) 220-0422
                                Fax: (214) 220-9932

17                                 Email: ayung@scottyung.com

18                                 *Counsel for Plaintiff Health Care Service*
                                *Corporation*

19 Dated: May 11, 2012            SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP

20

21                                   _____/s/_____
                                John H. Beisner

22                                 Jessica D. Miller

23                                 1440 New York Avenue, N.W.
                                Washington, D.C.  20005-2111

24                                 Telephone:  (202) 371-7410
                                Facsimile:  (202) 661-8301

25                                 Email: john.beisner@skadden.com
                                Email: jessica.miller@skadden.com

26                                 *Counsel for Defendants Pfizer Inc and Pharmacia*

27                                 *& Upjohn, Inc.*

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB

1   **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

2

3   Dated: _May 17_____, 2012

4   _____
    HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – 11-CV-00310 CRB