IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION,_____/ *This document relates to:* Harril Glen Scott, 12-2033 _____/ | No. MDL 05-01699 CRB **ORDER RE MOTION TO INTRODUCE ADDITIONAL EVIDENCE AND REQUEST OF TIME TO SECURE REQUESTED DOCUMENTS** |

The Court is in receipt of two filings from Plaintiff Harril Glen Scott: (1) a Motion to Introduce Additional Evidence and (2) a Request for an Extension of Time to Secure Requested Documents. Defendant Pfizer has filed a notice of non-opposition to both filings. Good cause appearing therefore, the Court GRANTS Plaintiff's requests. Plaintiff shall have until July 13, 2012 to provide Defendant with the evidence at issue in his second request.

**IT IS SO ORDERED.**

Dated: July 5, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott.wpd