IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION REQUESTING APPOINTMENT OF COUNSEL** |

*This document relates to:*

   Harril Glen Scott, 12-2033
_____/

   The Court is in receipt of *pro se* Plaintiff Harril Glen Scott's Motion Requesting Appointment of Counsel. See dkt. 37. There is no constitutional right to counsel in a civil case. See United States v. 30.64 Acres of Land, 795 F.2d 796, 801 (9th Cir. 1986). Although the Court recognizes that, as Plaintiff notes, it has the discretion to appoint counsel, the Court does not find that appointment of counsel is appropriate in this case. Accordingly, Plaintiff's Motion is DENIED without prejudice.

   **IT IS SO ORDERED.**

Dated: July 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott 7-20-12.wpd