IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Harril Glen Scott, 12-2033 _____/ | No. MDL 05-01699 CRB **ORDER RE MOTIONS (1) REQUESTING PRODUCTION OF DOCUMENTS AND THINGS AND (2) REQUESTING 90 DAY EXTENSION OF TIME TO COMPLETE DISCOVERY** |

The Court is in receipt of two filings from Plaintiff Harril Glen Scott: (1) a Motion Requesting Production of Documents and Things (dkt. 34) and (2) a Motion Requesting a 90 Day Extension of Time to Complete Discovery (dkt. 40). Defendant Pfizer has filed a notice of non-opposition to both filings (dkt. 41).

Good cause appearing therefor, the Court GRANTS Plaintiff's Motion for an Extension of Time; Plaintiff has until October 25, 2012 to provide the required evidence.

However, the Court DENIES Plaintiff's Motion Requesting Production. That Motion appears to seek Plaintiff's medical records from various entities. Plaintiff likely already has the right to his own medical records, and should be able to request them from those entities directly. To the extent that court intervention is required, Plaintiff should seek subpoenas

//

1 | from courts in the proper jurisdiction(s).

2 | **IT IS SO ORDERED.**

4 | Dated: August 2, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott2.wpd