**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____/ | Master Case No. 05-CV-01699 CRB Individual Case No. 11-CV-00310 CRB MDL No. 1699 |
| This Document Relates To: HEALTH CARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE COMPANY,     Plaintiff,   v. PHARMACIA & UPJOHN, INC., and PFIZER, INC.,     Defendants. _____/ | **JUDGMENT** |

      Having granted Defendants' Motion to Dismiss with prejudice, <u>see</u> Order (dkt. 51), the Court hereby enters judgment for Defendants and against Plaintiff.

      **IT IS SO ORDERED.**

Dated: August 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\310\judgment.wpd