**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE: BEXTRA AND CELEBREX                    Master Case No. 05-CV-01699 CRB
     MARKETING SALES PRACTICES AND                 Individual Case No. 11-CV-00310 CRB
11   PRODUCT LIABILITY LITIGATION                  MDL No. 1699
     _____/
12
     This Document Relates To:
13
     HEALTH CARE SERVICE                           **JUDGMENT**
14   CORPORATION, a MUTUAL LEGAL
     RESERVE COMPANY,
15
              Plaintiff,
16
       v.
17
     PHARMACIA & UPJOHN, INC., and
18   PFIZER, INC.,
19            Defendants.
     _____/
20
21          Having granted Defendants' Motion to Dismiss with prejudice, <u>see</u> Order (dkt. 51),

22   the Court hereby enters judgment for Defendants and against Plaintiff.

23          **IT IS SO ORDERED.**

24
25   Dated: August 3, 2012                     _____
                                               CHARLES  R. BREYER
26                                             UNITED STATES DISTRICT JUDGE
27
28

G:\CRBALL\2011\310\judgment.wpd