IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION TO APPOINT EXPERT AND MOTION REQUESTING PRODUCTION OF DOCUMENTS** |

*This document relates to:*

Harril Glen Scott, 12-2033
_____/

The Court is in receipt of *pro se* Plaintiff Harril Glen Scott's Motion to Appoint Expert (dkt. 47) and Motion Requesting Production of Documents and Things (dkt. 48). The Court has already addressed both issues in previous orders. Accordingly, the Court DENIES the first motion for the reasons stated in its Order of August 10, 2012 (dkt. 46), and it DENIES the second motion for the reasons stated in its Order of August 2, 2012 (dkt. 42).

**IT IS SO ORDERED.**

Dated: August 23, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott 8-22-12.wpd