UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>*This Document Relates To:*<br><br>Harril Glen Scott, 12-2033 | **Case No.: 12-cv-2033-CRB**<br><br>MDL No. 1699<br><br>[~~PROPOSED~~] **ORDER FOR OFFENDER TO PARTICIPATE IN A CONFERENCE CALL COURT HEARING ON DEFENDANT PFIZER INC'S EXPEDITED MOTION FOR AN ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS**<br><br>**(PTO 31 COMPLIANCE MOTION NO. 10)**<br><br>Date: March 29, 2013<br>Time: 10:00 a.m. (Pacific)<br>Judge: Hon. Charles R. Breyer (U.S.D.J) |

THIS MATTER having come before the Court on Defendant Pfizer Inc's Expedited Motion for an Order Dismissing Plaintiff's Claims with Prejudice or Other Appropriate Sanctions, and this Court having considered Defendant Pfizer Inc's request for an order to permit Plaintiff to participate in the hearing on this motion telephonically:

IT IS HEREBY ORDERED THAT Plaintiff Harril Glenn Scott (a/k/a Harold Milton Scott), TDCJ-CID No. 1319015, being an offender incarcerated at the Mark W. Stiles Unit of the Texas Department of Criminal Justice located at 3060 FM 3514, Beaumont, TX 77705, may

DLA Piper LLP (US)
New York

[PROPOSED] ORDER FOR OFFENDER TO PARTICIPATE IN A CONF. CALL COURT HEARING ON DEF. PFIZER'S EXPEDITED MOTION FOR COMPLIANCE WITH PTO NO. 31 – M:05-CV-01699-CRB

participate in the hearing of this motion on March 29, 2013 at 10:00 a.m. (Pacific) telephonically by dialing the toll free call-in number 888-472-4293 to be connected to the DLA Piper Conference Network and entering the seven digit access code 406-6009 for the conference call with Judge Breyer.

Defendant shall file this Order in the MDL general docket and in the docket for this case upon receipt from the Court, and shall transmit this Order via facsimile to the Office of the Warden at the Mark W. Stiles Unit of the Texas Department of Criminal Justice at facsimile no. 409-719-4159.

**IT IS SO ORDERED.**

Dated: February __19__, 2013

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA Piper LLP (US)
New York

[PROPOSED] ORDER FOR OFFENDER TO PARTICIPATE IN A CONF. CALL COURT HEARING ON DEF. PFIZER'S EXPEDITED MOTION FOR COMPLIANCE WITH PTO NO. 31 – M:05-CV-01699-CRB