IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AND REHEARING** |

*This document relates to:*

Harril Glen Scott, 12-2033
_____/

The Court is in receipt of a filing by pro se Plaintiff Harril Glen Scott entitled "Motion for Reconsideration and Rehearing." See Mot. (dkt. 69). To the extent that Plaintiff asks the Court to review a February 13, 2013 holding in the Southern District of Texas, this Court has no jurisdiction to do so. To the extent that Plaintiff asks the Court to "empower itself with jurisdiction to subpoena the documents needed to support the loss sustained," Plaintiff provides no authority permitting the Court to do so. Id. at 2. Moreover, there has been no order in this Court "dismissing Claimant as a tag along Claimant." See id. Defendant's motion to dismiss Plaintiff's case is set for March 29, 2013. See MTD (dkt. 66).

**IT IS SO ORDERED.**

Dated: March 6, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott -3-5-13.wpd