**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: SUBMISSION** |

*This document relates to:*

06-2438 CRB Jose Cosme Santiago

_____/

    The Court is in receipt of a submission from Plaintiff Santiago attaching a confidential release from Defendant Pfizer, Inc., and seeking help in resolving a problem he has encountered with his counsel, Sanders Viener Grossman, LLP.  As these matters are confidential, the Court shall file Plaintiff's submission under seal in 06-2438.  The Court is not in a position, however, to take any action on such matters.  Plaintiff is directed to contact Plaintiffs' Liason Counsel, Elizabeth J. Cabraser of Lieff, Cabraser, Heimann & Bernstein, LLP, for assistance.

    **IT IS SO ORDERED.**

Dated: September 23, 2014                                 CHARLES R. BREYER
                                                                       UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re santiago.wpd