IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: REQUEST FOR SETTLEMENT AGREEMENT** |

*This document relates to:*

   Harril Glen Scott, 12-2033
_____/

    The Court is in receipt of *pro se* Plaintiff Harril Glen Scott's letter asking the clerk to send him "the actual settlement agreement(s)" in this case. See Letter (dkt. 84). The Court is not in a position to assist Plaintiff with this matter. Plaintiff is directed to contact Plaintiffs' Liason Counsel, Elizabeth J. Cabraser of Lieff, Cabraser, Heimann & Bernstein, LLP, for assistance.

**IT IS SO ORDERED.**

Dated: April 28, 2015

                                                    CHARLES R. BREYER
                                                    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott 4-28-15.wpd